PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570


Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | CASE NO.: 18-6753 |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | **DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P 7.1 AND LOCAL CIVIL RULE 3-15** |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1    Pursuant to Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned Defendants Ripple Labs Inc. and XRP II, LLC certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Ripple Labs Inc. has no parent corporation. SBI Holdings Inc. is a publicly held corporation that owns 10% or more of the stock of Ripple Labs Inc.

The parent corporation of XRP II, LLC is Ripple Labs Inc. No publicly held corporation owns 10% or more of the membership interests in XRP, II LLC.

Pursuant to Civil Local Rule 3-15, the undersigned Defendants Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita certify that as of this date, other than the named parties, there is no such interest to report.

Defendants reserve the right to supplement this disclosure statement if needed.

DATED: November 7, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    */s/Peter B. Morrison*
         Peter B. Morrison
         Attorney for Defendants

2
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS