PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | CASE NO.: 4:18-cv-06753-WHA |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney John Neukom, Skadden, Arps, Slate, Meagher & Flom, LLP is appearing in this matter, in addition to those who have previously appeared as counsel on behalf of Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita ("Defendants").

Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to or served upon Defendants' counsel at the address set forth below:

> JOHN NEUKOM (SBN 275887)
> john.neukom@skadden.com
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> 525 University Avenue, Suite 1400
> Palo Alto, California 94301
> Telephone:   (650) 470-4500
> Facsimile:   (650) 470-4570

Dated: November 8, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   */s/ John Neukom*
John Neukom
Attorney for Defendants