PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:      (650) 470-4570

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley
Garlinghouse, Christian Larsen, Ron Will,
Antoinette O'Gorman, Eric van Miltenburg,
Susan Athey, Zoe Cruz, Ken Kurson, Ben
Lawsky, Anja Manuel, and Takashi Okita

(Additional Counsel on Signature Page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | CASE NO.:  4:18-cv-06753 |
| | |
| VLADI ZAKINOV, DAVID OCONER, & AVNER GREENWALD, individually and on behalf of all others similarly situated, | CLASS ACTION |
| | STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND PURSUANT TO CIVIL L.R. 6-1(a) |
| Plaintiff, | |
| v. | |
| RIPPLE LABS INC., et al., | |
| Defendants. | |

WHEREAS, on November 7, 2018, Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, "Defendants"), removed this matter from the Superior Court of the State of California, County of San Mateo ("San Mateo Superior Court"), to the United States District Court for the Northern District of California;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' deadline to answer, move, or otherwise respond to the Complaint is November 14, 2018;

WHEREAS, Plaintiffs have indicated their intent to file a motion to remand this matter back to the San Mateo Superior Court within 30 days provided by 28 U.S.C. § 1447(c);

WHEREAS, the parties have agreed to defer the time for Defendants to answer, move, or otherwise respond to the Complaint until a time after the Court decides the forthcoming motion to remand in order to avoid unnecessary motion practice before the Court has decided subject matter jurisdiction;

WHEREAS, the stipulated change to Defendants' time to answer, move, or otherwise respond to Plaintiffs' Complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(A), IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1.     If the Court grants Plaintiffs' forthcoming motion to remand, and this action is remanded to the San Mateo Superior Court, Defendants' deadline to answer, move, or otherwise respond shall be in fourteen (14) days "from the day the original court receives the case on remand." Cal. Civ. Proc. Code § 430.90(a)(2).

2.     If the Court denies Plaintiffs' forthcoming motion to remand, Defendants' deadline to answer, move, or other otherwise respond to the Complaint shall be fourteen (14) days from the date the Court enters an order denying the motion to remand.

1    3.    Nothing herein shall be deemed to constitute a waiver of any rights, claims,

2  defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue

3  and/or the claims set forth in this action.

4    **IT IS SO STIPULATED.**

5  DATED: November 8, 2018

6

7                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

8                                    By:  _____*/s/Peter B. Morrison*_____
                                           Peter B. Morrison
9                                          Attorneys For Defendants

10  DATED: November 8, 2018

11                                   ROBBINS ARROYO LLP

12
                                     By:  _____*/s/Stephen J. Oddo*_____
13                                         Stephen J. Oddo
                                           Attorneys For Plaintiffs
14
                                     Brian J. Robbins
15                                   Eric M. Carrino
                                     600 B Street, Suite 1900
16                                   San Diego, CA 92101
                                     Telephone:  619-525-3990
17                                   Facsimile:   619-525-3991
                                     Email:  brobbins@robbinsarroyo.com
18                                           soddo@robbinsarroyo.com
                                             ecarrino@robbinsarroyo.com
19

20                                   ROBBINS GELLER RUDMAN
                                     & DOWD LLP
21                                   Brian O. O'Mara (229737)
                                     655 West Broadway, Suite 1900
22                                   San Diego, CA 92101
                                     Telephone: (619) 231-1058
23                                   Facsimile: (619) 231-7423
                                     bomara@rgrdlaw.com
24
                                     Shawn A. Williams (213113)
25                                   Post Montgomery Center
                                     One Montgomery Street, Suite 1800
26                                   San Francisco, CA  94104
                                     Telephone: (415) 288-4545
27                                   Facsimile: (415) 288-4534
                                     E-mail: shawnw@rgrdlaw.com
28

**E-FILING ATTESTATION**

I, Peter Morrison, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: November 8, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  _____/s/Peter B. Morrison_____
                    PETER B. MORRISON