PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:     (650) 470-4570

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | CASE NO.: 3:18-cv-06753 |
| VLADI ZAKINOV, DAVID OCONER, & AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., et al.,<br>Defendants. | <u>CLASS ACTION</u><br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 525 University Ave., Palo Alto, CA 94301. My email address is alissa.turnipseed@skadden.com.

On November 8, 2018, I served the documents described as:

1. Notice of Removal (Dkts 2 & 2.1)
2. Civil Case Cover sheet (Dkt 2.2)
3. Certificate of Interested Entities (Dkt 1)
4. Notice of Assignment of Judge (Dkt 3)
5. Notice of Appearance for John Neukom (Dkt 4)
6. Notice of Appearance for Virginia Milstead (Dkt 5)
7. Stipulation Regarding Defendants' Time to Answer or Otherwise Respond Pursuant to Civil L.R. 6-1(a) (Dkt 6)
8. Initial Case Management Scheduling Order with ADR Deadlines (Dkt 7)
9. Filing Procedures for San Francisco
10. ECF Registration Information
11. Standing Order for all Judges of the Northern District of California
12. Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases before Honorable William Alsup
13. Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases before Honorable William Alsup
14. Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup
15. Standing Order for Early Notice to Class Members in Federal Securities Cases before the Honorable William Alsup

on the interested parties in this action addressed as follows:

SEE ATTACHED LIST

☒ **(BY US MAIL)** I am readily familiar with the firms' practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Palo Alto, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 8, 2018, at Palo Alto, California.

    Alissa Turnipseed                  /s/ Alissa Turnipseed

## SERVICE LIST

| | |
|---|---|
| BRIAN J. ROBBINS<br>brobbins@robbinsarroyo.com<br>STEPHEN J. ODDO<br>soddo@robbinsarroyo.com<br>ERIC M. CARRINO<br>ecarrino@robbinsarroyo.com<br>ROBBINS ARROYO LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone:    (619) 525-3990<br>Facsimile:     (619) 525-3991<br><br>Attorneys for Plaintiffs Vladi Zakinov and David Oconer | David C. Walton<br>Brian O. O'Mara<br>Brian E. Cochran<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>E-mail: davew@rgrdlaw.com<br>bomara@rgrdlaw.com<br>bcochran@rgrdlaw.com<br><br>Attorneys for Plaintiff Vladi Zakinov |
| Shawn A. Williams<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>E-mail: shawnw@rgrdlaw.com<br><br>Attorneys for Plaintiff Vladi Zakinov | Andrew J. Ceresney<br>aceresney@debevoise.com<br>Mary Jo White<br>mjwhite@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York  10022<br>Telephone: (212) 909-6000<br>Facsimile:   (212) 909-6836<br><br>Attorneys for Defendants<br>Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse |

Courtesy copy:

| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>John T. Jasnoch<br>600 W. Broadway, Suite 3300<br>San Diego, CA  92101<br>Telephone: 619-233-4565<br>Facsimile: 619-233-0508<br>jjasnoch@scott-scott.com<br><br>Attorneys for Plaintiff – Avner Greenwald | SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>Thomas L. Laughlin, IV<br>Rhiana L. Swartz<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-223-6334<br><br>Attorneys for Plaintiff - Avner Greenwald |