UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Zakinov et al

Plaintiff(s),

v.

Ripple Labs, Inc. et al

Defendant(s).

Case No: 4:18-cv-06753-PJH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lauren S. McCabe, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Avner Greenwald in the above-entitled action. My local co-counsel in this case is John T. Jasnoch, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Scott+Scott Attorneys at Law LLP | Scott+Scott Attorneys at Law LLP |
| 230 Park Avenue, 17th Floor, NY, NY 10169 | 600 W. Broadway, Suite 3300, San Diego, CA |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 223-6444 | (619) 233-4565 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lmccabe@scott-scott.com | jjasnoch@scott-scott.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4771648.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/04/18

Lauren S. McCabe
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lauren S. McCabe is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 4, 2018

UNITED STATES DISTRICT/MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton