**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| VLADI ZAKINOV, DAVID OCONER, & AVNER GREENWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., *et al.*,<br><br>Defendants. | Case No. 4:18-cv-06753-PJH<br><br><u>**CLASS ACTION**</u><br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO REMAND**<br><br>Date:  February 13, 2019<br>Time: 9:00 a.m.<br>Courtroom:  3 – 3rd Floor<br><br>Hon. Phyllis J. Hamilton |

The Court, having considered Plaintiff's Motion to Remand this case to the Superior Court of the State of California, County of San Mateo and the authorities and arguments therein, is of the opinion that Plaintiff's Motion to Remand should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Remand is GRANTED and that the Clerk is directed to take all necessary action to effectuate the remand of the above-referenced matter to the State of California, County of San Mateo.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Submitted by,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

s/John T. Jasnoch
John T. Jasnoch
600 W. Broadway, Suite 3300
San Diego, CA  92101

*Attorney for Plaintiff Avner Greenwald*