1
2
3
4
5
6
7
8

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12  | In re RIPPLE LABS INC. LITIGATION | ) | Case No. 4:18-cv-06753-PJH
    |                                    | ) |
13  |                                    | ) | <u>CLASS ACTION</u>
    | This Document Relates To:          | ) |
14  |                                    | ) | [PROPOSED] ORDER GRANTING
    | ALL ACTIONS.                       | ) | PLAINTIFF ZAKINOV AND OCONER'S
15  |                                    | ) | MOTION TO REMAND

16
17
18
19
20
21
22
23
24
25
26
27
28

1510795_1

1     Having considered Plaintiffs Zakinov and Oconer's Notice of Motion and Motion to Remand (the "Motion"), the accompanying Memorandum of Points and Authorities, the pleadings and filings herein and any additional materials and arguments as may be presented in further support of the Motion, IT IS HEREBY ORDERED that:

    1.     Plaintiffs' Motion is GRANTED;

    2.     The Actions are immediately REMANDED to San Mateo County Superior Court; and,

    3.     Pursuant to 28 U.S.C. §1447(c), the Court GRANTS Plaintiffs' request for costs and any actual expenses, including attorney fees, incurred as a result of the removal.

\*    \*    \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                                                                 THE HONORABLE PHYLLIS J. HAMILTON
                                                                                 UNITED STATES DISTRICT JUDGE