PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

JOHN NEUKOM (SBN 275887)
john.neukom@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorney for Defendants
Ripple Labs Inc., XRP II, LLC, Bradley
Garlinghouse, Christian Larsen, Ron Will,
Antoinette O'Gorman, Eric van Miltenburg,
Susan Athey, Zoe Cruz, Ken Kurson, Ben
Lawsky, Anja Manuel, and Takashi Okita

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | CASE NO.: 4:18-cv-06753-PJH |
| This Document Relates To: | **(1) STIPULATION SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO REMAND PURSUANT TO CIVIL LOCAL RULE 6-1(b); and** |
| ALL ACTIONS. | **(2) [PROPOSED] ORDER (separate cover).** |

## STIPULATION SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO REMAND

Plaintiffs Avner Greenwald, Vladi Zakinov, and David Oconer ("Plaintiffs") and Defendants Ripple Labs Inc. ("Ripple"), XRP II, LLC ("XRP II"), Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS,** on November 7, 2018, Defendants removed this matter from the Superior Court of the State of California, County of San Mateo ("San Mateo Superior Court") pursuant to the Class Action Fairness Act;

**WHEREAS,** on December 7, 2018, Plaintiff Greenwald filed a Motion to Remand this matter to San Mateo Superior Court (ECF No. 17) and Plaintiffs Zakinov and Oconer also filed a Motion to Remand (ECF No. 18) (collectively, "Motions to Remand");

**WHEREAS,** Defendants' Oppositions to the Motions to Remand are currently due on Friday, December 21, 2018;

**WHEREAS,** Plaintiffs' Replies are currently due on Friday, December 28, 2018;

**WHEREAS,** the hearing on Plaintiffs' Motions to Remand is set for Wednesday, February 13, 2019;

**WHEREAS,** the parties have agreed to extend Defendants' time to file their Oppositions until Friday, December 28, 2018 and Plaintiffs' Replies will be due Monday, January 14, 2019;

THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(b), IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

1. Defendants' Oppositions to Plaintiffs' Motions to Remand are due Friday, December 28, 2018.

2. Plaintiffs' Replies in support of their Motions to Remand are due Monday, January 14, 2019.

3.     Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue and/or the claims set forth in this action.

**IT IS SO STIPULATED.**

DATED: December 11, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     _/s/ Peter B. Morrison_
Peter B. Morrison
Attorney for Defendants

DATED: December 11, 2018

ROBBINS GELLER RUDMAN & DOWD LLP

By:     _/s/Brian O. O'Mara_
Brian O. O'Mara
Attorneys For Plaintiffs Vladi Zakinov and David Oconer

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
Email:  bomara@rgrdlaw.com

Shawn A. Williams (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415-288-4545
Facsimile:  415-288-4534
Email: shawnw@rgrdlaw.com

ROBBINS ARROYO LLP
Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:   619-525-3990
Facsimile:    619-525-3991
Email:  brobbins@robbinsarroyo.com
         soddo@robbinsarroyo.com
         ecarrino@robbinsarroyo.com

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By:     _/s/John T. Jasnoch_
John T. Jasnoch

2

Attorneys For Plaintiff Avner Greenwald

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619-233-4565
Facsimile:   619-233-0508
Email:  jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice*)
Rhiana L. Swartz (*pro hac vice*)
Lauren S. McCabe (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
Email:  tlaughlin@scott-scott.com
           rswartz@scott-scott.com
           lmccabe@scott-scott.com

STIPULATION SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO REMAND
CASE NO.: 4:18-cv-06753-PJH

**E-FILING ATTESTATION**

I, Peter Morrison, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: December 11, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____ */s/ Peter B. Morrison* _____
Peter B. Morrison
Attorney for Defendants

STIPULATION SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO REMAND
CASE NO.: 4:18-cv-06753-PJH