**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.: 4:18-cv-06753-PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO REMAND PURSUANT TO CIVIL LOCAL RULE 6-1(b)** |

**[PROPOSED] ORDER**

The Court, having considered the parties Stipulation Setting A Briefing Schedule for Plaintiffs' Motions to Remand is hereby GRANTED.

1. Defendants' Oppositions to Plaintiffs' Motions to Remand are due Friday, December 28, 2018.

2. Plaintiffs' Replies in support of their Motions to Remand are due Monday, January 14, 2019.

IT IS SO ORDERED.

DATED: December 12, 2018

Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California