1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  STEPHEN J. ODDO (174828)
   ERIC M. CARRINO (310765)
3  5040 Shoreham Place
   San Diego, CA 92122
4  Telephone: (619) 525-3990
   Facsimile: (619) 525-3991
5  E-mail: brobbins@robbinsarroyo.com
             soddo@robbinsarroyo.com
6            ecarrino@robbinsarroyo.com

7  Co-Lead Counsel for Plaintiffs

8  [Additional counsel appear on signature page]

9
                **UNITED STATES DISTRICT COURT**
10
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

12 | IN RE RIPPLE LABS INC. LITIGATION | ) | Case No. 4:18-cv-06753-PJH |

   )

   ) CLASS ACTION
13 This Document Relates To:             )
                                         ) STIPULATION TO EXTEND PLAINTIFFS'
14    ALL ACTIONS.                       ) TIME TO FILE REPLY BRIEFS IN
                                         ) FURTHER SUPPORT OF MOTIONS TO
15                                       ) REMAND AND RELATED DEADLINES

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on November 7, 2018, defendants Ripple Labs Inc., XRP II, LLC, Bradley

2  Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan

3  Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita (collectively,

4  "Defendants") removed this matter from the Superior Court of the State of California, County of

5  San Mateo (the "San Mateo Superior Court");

6    WHEREAS, on November 8, 2018, the parties stipulated and agreed to extend

7  Defendants' deadline to answer, move, or otherwise respond to the complaints in this Action[1]

8  pending the outcome of Plaintiffs'[2] forthcoming motions to remand (Document 6);

9    WHEREAS, on December 7, 2018, plaintiff Greenwald moved this Court for an order

10  remanding *Avner Greenwald v. Ripple Labs, Inc.*, No. 18-CIV-03461 (Cal. Super. Ct. San

11  Mateo Cty.) ("Greenwald Action") (the "Greenwald Motion") to the San Mateo Superior Court

12  (Document 17);

13    WHEREAS, on December 7, 2018, plaintiffs Zakinov and Oconer moved this Court for

14  an order remanding *In re Ripple Labs Inc. Litigation*, No. 18-CIV-02845 (Cal. Super. Ct. San

15  Mateo Cty.) and the Greenwald Action to the San Mateo Superior Court (Document 18)

16  (collectively with the Greenwald Motion, the "Motions");

17    WHEREAS, on December 12, 2018, pursuant to a stipulation of the parties, the Court

18  set a briefing schedule for Plaintiffs' Motions (Document 20) (the "Briefing Schedule");

19    WHEREAS, on December 28, 2018, Defendants filed an omnibus opposition to

20  Plaintiffs' Motions (Document 21);

21    WHEREAS, pursuant to the Briefing Schedule, Plaintiffs' replies in support of the

22  Motions are currently due to be filed on January 14, 2019;

23  ///

24

25  [1] "Action" refers to *In Re Ripple Labs Inc. Litigation*, No. 4:18-cv-06753-PJH (N.D. Cal.).

26  [2] "Plaintiffs" refer to plaintiffs Avner Greenwald ("Greenwald"), Vladi Zakinov ("Zakinov"),
   and David Oconer ("Oconer").

27

28
                                          - 1 -

1  WHEREAS, counsel for the parties to this stipulation have conferred regarding the

2  timing of Plaintiffs' replies to the Motions and agreed to extend Plaintiffs' deadline to file the

3  replies;

4  WHEREAS, the parties have agreed to defer the time for Defendants to answer, move,

5  or otherwise respond to the complaints until a time after the Court decides on the Motions;

6  WHEREAS, the agreement to extend Plaintiffs' reply deadlines and Defendants' time to

7  answer, move or otherwise respond to the complaints will not alter the date of any event or any

8  deadline already fixed by Court order; and

9  WHEREAS, this stipulation is not for the purpose of delay, promotes judicial efficiency,

10  and will not cause prejudice to the respective parties.

11  THEREFORE, PURSUANT TO CIVIL LOCAL RULE 6-1(b), IT IS HEREBY

12  STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as

13  follows:

14  1.  Plaintiffs' replies in support of the Motions are due on January 25, 2019.

15  2.  If the Court grants Plaintiffs' Motions, and this Action is remanded to the San

16  Mateo Superior Court, Defendants' deadline to answer, move, or otherwise respond to the

17  complaints shall be in twenty-one (21) days "from the day the original court receives the case on

18  remand."  Cal. Civ. Proc. Code § 430.90(a)(2).

19  3.  If the Court denies Plaintiffs' Motions, Defendants' deadline to answer, move, or

20  other otherwise respond to the complaints shall be twenty-one (21) days from the date the Court

21  enters an order denying the Motions.

22  ///

23  ///

24  ///

25

26

27

28

- 2 -

4.      Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or objections that a party may have or make with respect to jurisdiction, venue and/or the claims set forth in this Action.

**IT IS SO STIPULATED.**

DATED: January 11, 2019

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ERIC M. CARRINO


/S/ Stephen J. Oddo
                    STEPHEN J. ODDO

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
        soddo@robbinsarroyo.com
        ecarrino@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: bomara@rgrdlaw.com

SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@rgrdlaw.com

Co-Lead Counsel for Plaintiffs

SCOTT+SCOTT
ATTORNEYS AT LAW LLP
JOHN T. JASNOCH (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCOTT+SCOTT
ATTORNEYS AT LAW LLP
THOMAS L. LAUGHLIN, IV
RHIANA SWARTZ
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: tlaughlin@scott-scott.com
         rswartz@scott-scott.com

Additional Counsel for Plaintiff Avner
Greenwald

DATED: January 11, 2019

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PETER B. MORRISON
VIRGINIA F. MILSTEAD


/S/ Virginia F. Milstead
VIRGINIA F. MILSTEAD

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: peter.morrison@skadden.com
         virginia.milstead@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
JOHN NEUKOM
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: john.neukom@skadden.com

Counsel for Defendants Ripple Labs Inc., XRP
II, LLC, Bradley Garlinghouse, Christian
Larsen, Ron Will, Antoinette O'Gorman, Eric
van Miltenburg, Susan Athey, Zoe Cruz, Ken
Kurson, Ben Lawsky, Anja Manuel, and
Takashi Okita

1327986

- 4 -

STIPULATION TO EXTEND
CASE NO. 4:18-CV-06753-PJH

1

**E-FILING ATTESTATION**

2

I, Stephen J. Oddo, am the ECF user whose ID and password are being used to file this

3

document.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4

signatories identified above has concurred in this filing.

5

/S/ Stephen J. Oddo

6

STEPHEN J. ODDO

7

**CERTIFICATE OF SERVICE**

8

9

I hereby certify that on January 11, 2019.   I authorized the electronic filing of the

10

foregoing STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE REPLY BRIEFS IN

11

FURTHER SUPPORT OF MOTIONS TO REMAND AND RELATED DEADLINES with the

12

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

13

e-mail addresses on the attached Electronic Mail Notice List for this action.

14

/S/ Stephen J. Oddo

15

STEPHEN J. ODDO

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -