ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
          soddo@robbinsarroyo.com
          ecarrino@robbinsarroyo.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE RIPPLE LABS INC. LITIGATION | ) | Case No. 3:18-cv-06753-PJH |
|---|---|---|
| | ) | |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| | ) | **NOTICE OF CHANGE OF ADDRESS** |
| ALL ACTIONS. | ) | |
| | ) | |
| | ) | |

1  TO:    THE CLERK OF THE COURT AND ALL PARTIES

2         PLEASE TAKE NOTICE that, effective January 2, 2019, the law firm of Robbins

3  Arroyo LLP has change its address from 600 B Street, Suite 1900, San Diego, CA 92101 to:

4                                  5040 Shoreham Place
                                    San Diego, CA 92122
5

6         The telephone and facsimile numbers, and email and website addresses will remain the

7  same. Please revise your records accordingly.

8  DATED: January 11, 2019                    ROBBINS ARROYO LLP
                                               BRIAN J. ROBBINS
9                                              STEPHEN J. ODDO
                                               ERIC M. CARRINO
10

11                                              /S/ Stephen J. Oddo
                                                   STEPHEN J. ODDO
12
                                               5040 Shoreham Place
13                                             San Diego, CA 92122
                                               Telephone: (619) 525-3990
14                                             Facsimile: (619) 525-3991
                                               E-mail: brobbins@robbinsarroyo.com
15                                                      soddo@robbinsarroyo.com
                                                        ecarrino@robbinsarroyo.com
16
                                               ROBBINS GELLER RUDMAN
17                                                & DOWD LLP
                                               DAVID C. WALTON (167268)
18                                             BRIAN E. COCHRAN (286202)
                                               655 West Broadway, Suite 1900
19                                             San Diego, CA 92101
                                               Telephone: (619) 231-1058
20                                             Facsimile: (619) 231-7423
                                               E-mail: davew@rgrdlaw.com
21                                                      bomara@rgrdlaw.com
                                                        bcochran@rgrdlaw.com
22
                                               SHAWN A. WILLIAMS (213113)
23                                             Post Montgomery Center
                                               One Montgomery Street, Suite 1800
24                                             San Francisco, CA  94104
                                               Telephone: (415) 288-4545
25                                             Facsimile: (415) 288-4534
                                               E-mail: shawnw@rgrdlaw.com
26
                                               Co-Lead Counsel for Plaintiffs
27
                                               SCOTT+SCOTT
28

- 1 -
NOTICE OF CHANGE OF ADDRESS

Case 4:18-cv-06753-PJH   Document 23   Filed 01/11/19   Page 3 of 4

| | |
|---|---|
| 1 | ATTORNEYS AT LAW LLP |
| | JOHN T. JASNOCH (CA 281605) |
| 2 | 600 W. Broadway, Suite 3300 |
| | San Diego, CA 92101 |
| 3 | Telephone: (619) 233-4565 |
| | Facsimile: (619) 233-0508 |
| 4 | Email: jjasnoch@scott-scott.com |

SCOTT+SCOTT
ATTORNEYS AT LAW LLP
THOMAS L. LAUGHLIN, IV
RHIANA SWARTZ
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169 .
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: tlaughlin@scott-scott.com
rswartz@scott-scott.com

Additional counsel for Plaintiff Avner Greenwald

1317430

- 2 -
NOTICE OF CHANGE OF ADDRESS

**E-FILING ATTESTATION**

I, Stephen J. Oddo, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/S/ Stephen J. Oddo
STEPHEN J. ODDO

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019. I authorized the electronic filing of the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List for this action.

/S/ Stephen J. Oddo
STEPHEN J. ODDO