**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RIPPLE LABS INC. LITIGATION | ) ) CASE NO.: 4:18-CV-06753-PJH ) |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) **[PROPOSED] ORDER GRANTING**<br>) **STIPULATION TO EXTEND**<br>) **PLAINTIFFS' TIME TO FILE REPLY**<br>) **BRIEFS IN FURTHER SUPPORT OF**<br>) **MOTIONS TO REMAND AND**<br>) **RELATED DEADLINES**<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

The Court, having considered the parties Stipulation to Extend Plaintiffs' Time to File Reply Briefs in Further Support of Motions to Remand and Related Deadlines is hereby GRANTED.

1. Plaintiffs' replies to the Motions are due on January 25, 2019.

2. If the Court grants Plaintiffs' Motions, and this Action is remanded to the San Mateo Superior Court, Defendants' deadline to answer, move, or otherwise respond to the complaints shall be in twenty-one (21) days "from the day the original court receives the case on remand." Cal. Civ. Proc. Code § 430.90(a)(2).

3. If the Court denies Plaintiffs' Motions, Defendants' deadline to answer, move, or other otherwise respond to the complaints shall be twenty-one (21) days from the date the Court enters an order denying the Motions.

IT IS SO ORDERED.

DATED: __January 11_____, 2019

_____
Hon. Phyllis J. Hamilton
United States Chief District Judge
Northern District of California

[PROPOSED] ORDER