ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
ecarrino@robbinsarroyo.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
E-mail: shawnw@rgrdlaw.com
       – and –

Co-Lead Counsel for Plaintiffs

BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: bomara@rgrdlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | DECLARATION OF STEPHEN J. ODOO IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO REMAND |
| | DATE: February 13, 2019<br>TIME: 9:00 a.m.<br>CTRM: 3, 3rd Floor<br>JUDGE: Hon. Phyllis J. Hamilton |

I, STEPHEN J. ODDO, declare as follows:

I am a partner with the law firm Robbins Arroyo LLP, one of the counsel of record for plaintiffs Vladi Zakinov and David Oconer in the above-captioned action. I am a member in good standing of the Bar of the State of California. I submit this declaration in support of Plaintiffs' Reply Memorandum in Further Support of Plaintiffs' Motion to Remand. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached hereto are true and correct copies of the following documents:

Exhibit A: *Savadians v. Toledo, et al.*, Case No. HG09447714, Case Management Order (Alameda Super. Ct. Dec. 9, 2009);

Exhibit B: *Bryant v. Matson Navigation Co., et al.*, Case No. RG07361995, Case Management Order (Alameda Super. Ct. Nov. 6, 2008);

Exhibit C: *Taylor v. Belen*, Case No. HG06261686, Order Overruling Defendant's Demurrer and Consolidating Action (Alameda Super. Ct. June 15, 2006);

Exhibit D: *Johnson v. Vowell, et al.*, Case No. CGC-03-421113, Order Denying Motion to Dismiss (San Francisco Super. Ct. Nov. 24, 2003); and

Exhibit E: *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845, Notice of Related Case (San Mateo Super. Ct. Oct. 25, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of January, 2019, at San Diego, California.

    /S/ Stephen J. Oddo
    STEPHEN J. ODDO

1331468

DECLARATION OF STEPHEN J. ODOO IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO REMAND - 1 -

1   CERTIFICATE OF SERVICE

2   I hereby certify that on, I authorized the electronic filing of the foregoing with the Clerk of
3   the Court using the CM/ECF system which will send notification of such filing to the e-mail
4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to
5   be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6   participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct. Executed on January 25, 2019.

/s/ Stephen J. Oddo
STEPHEN J. ODDO