# EXHIBIT A

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
IN AND FOR THE COUNTY OF ALAMEDA

ZARIK SAVADIANS, et al.,

        Plaintiffs,

vs.

ANGELES R. TOLEDO, et al.,

        Defendants.
_____/

No. HG09447714

FILED
ALAMEDA COUNTY
DEC 9 - 2009
CLERK OF THE SUPERIOR COURT
By _____
                        Deputy

## CASE MANAGEMENT ORDER

On the court's own motion, this action is consolidated with two related cases:

*Savadians v. Norcup,* No. HGO9449593.

*Savadians v. McKinney,* No. HG09449589

The case captioned above will be the lead case. All future pleadings will use its number.

The next case management conference scheduled for all of these cases will be on **February 26, 2009** at 9:00 a.m. in Department 19. All other case management conferences scheduled in any of these cases are vacated.

A copy of this order is to be served on the parties in each case. The plaintiff in each case should assure that all parties are notified.

Dated: December 9, 2009

                                    _____
                                    Stephen Dombrink
                                    Judge of the Superior Court

DEC 17 2009

CLERK'S CERTIFICATE OF SERVICE BY MAIL
CCP 1013a(3)

CASE NAME:     Zarik Savadians, et al., v. Angeles R. Toledo, et al.,

ACTION NO.:    HG09447714

I certify that, I am not a party to the within action. I served the foregoing

CASE MANAGEMENT ORDER by depositing a true copy thereof in the United States mail in

Oakland, California on December 14, 2009 in a sealed envelope with postage fully prepaid

thereon addressed to:

Zarik Savadians
Armen Savadians
16563 E. 14th Street
San Leandro, CA 94578

Alvin D. Hunter
MacMORRIS & CARBONE
505 14th Street, Suite 600
Oakland, CA 94612

James R. Miller
POWERS & MILLER
1545 River Park Drive, Suite 515
Sacramento, CA 95815

Elizabeth Pacheco
BENNETT, SAMUELSEN, REYNOLDS & ALLARD
1301 Marina Village Parkway, Suite 300
Alameda, CA 94501

I declare under penalty of perjury that the following is true and correct

Executed on December 14, 2009 at Oakland, California.

Pat Sweeten
Executive Officer/Clerk

by _____
Deputy