# EXHIBIT B



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
IN AND FOR THE COUNTY OF ALAMEDA

BECKY BRYANT and
WILLIAM BRYANT,

          Plaintiffs,

vs.

MATSON NAVIGATION COMPANY,
et al.,

          Defendants.

No. RG07361995

FILED
ALAMEDA COUNTY
NOV 6 - 2008
CLERK OF THE SUPERIOR COURT
By _____
Deputy

### CASE MANAGEMENT ORDER

On the court's own motion, this action is consolidated for all purposes with another case involving many of the same issues:

*Rybicki v Matson Navigation Company*, No. RG08397230.

The next case management conference for these consolidated cases will be on February 6, 2009 at 9:00 a.m. in Department 19.

The case management conference now set for December 4, 2008 at 8:30 a.m. in Department 18 is VACATED.

The case management of these related cases goes to the judge with the case that was filed first.

Dated: November 6, 2008

                                          Stephen Dombrink
                                          Judge of the Superior Court



NOV 10 2008

CLERK'S CERTIFICATE OF SERVICE BY MAIL
CCP 1013a(3)

CASE NAME:   Bryant v. Matson Navigation Co., et al.,

ACTION NO.:   RG07-361995 c/w RG08-397230

I certify that, I am not a party to the within action. I served the foregoing CASE MANAGEMENT ORDER by depositing a true copy thereof in the United States mail in Oakland, California on November 7, 2008 in a sealed envelope with postage fully prepaid thereon addressed to:

Kelly Balamuth
BALAMUTH HARRINGTON, LLP
3 Altarinda Road, Suite 210
Orinda, CA  94563

Elise R. Sanguinetti
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Suite 600
Walnut Creek, CA  94596

John P. Cotter
DIEPENBROCK & COTTER, LLP
1545 River Park Drive, Suite 201
Sacramento, CA  92825

Robert B. Zaro
ZARO, SILLIS & RAMAZZINI, LLP
1315 I Street, Suite 200
Sacramento, CA  95814

I declare under penalty of perjury that the following is true and correct

Executed on November 7, 2008 at Oakland, California.

Pat Sweeten
Executive Officer/Clerk

by _____
Deputy