# EXHIBIT C



**FILED**
ALAMEDA COUNTY

JUN 15 2006

CLERK OF THE SUPERIOR COURT
By /s/ Vicki Daybell

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| MATTHEW TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>GENORIMA BELEN and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. HG06261686<br><br>ORDER OVERRULING DEFENDANT'S DEMURRER AND CONSOLIDATING ACTION |

The Demurrer of Defendant Genorima Belen ("Defendant") to Plaintiff's Complaint came on for hearing on June 13, 2006 at 2:00 p.m. in Department 31 of the above-entitled court, the Honorable Frank Roesch presiding. Daphne C. Lin of Trump, Alioto, Trump & Prescott, LLP appeared on behalf of Defendant. Joseph R. Faria, Jr. appeared by telephone on behalf of Plaintiff Matthew Taylor ("Plaintiff").

The Court has considered all of the papers filed in connection with the Demurrer, the arguments of counsel, and, good cause appearing, HEREBY ORDERS as follows:

The Demurrer to the Quiet Title Complaint is OVERRULED. Defendant shall answer within ten (10) days of notice of entry of this ORDER.

The Court, on its own motion, consolidates this action for all purposes with the related matter of Belen v. Taylor (Alameda County Superior Court Case No. HG05230854). Case No. HG05230854 shall be the lead case.

The Clerk is directed to file a copy of this ORDER in Case No. HG05230854. All papers filed in this matter shall henceforth be filed using Case No. HG05230854.

Defendant's Request for Judicial Notice in Support of Demurrer is GRANTED.

JUN 1 5 2006
_____
Date

_____
Frank Roesch
Judge of the Superior Court

## CLERK'S DECLARATION OF MAILING

I certify that I am not a party to this cause and that on the date stated below I caused a true copy of the foregoing ORDER OVERRULING DEFENDANT'S DEMURRER AND CONSOLIDATING ACTION to be mailed first class, postage pre paid, in a sealed envelope to the persons hereto, addressed as follows:

Daphne C. Lin, Esq.
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2201 Walnut Ave., Suite 200
Fremont, CA 94538


Joseph R. Faria, Jr.
JOSEPH R. FARIA, JR., A Professional Corporation
43551 Mission Blvd., Suite 109
Fremont, CA 94539


I declare under penalty of perjury that the same is true and correct.
Executed on June 15, 2006.

By: *Vicki Daybell*
Vicki Daybell, Deputy Clerk
Department 31