# EXHIBIT D



## San Francisco Superior Courts
Information Technology Group

# Document Scanning Lead Sheet

Dec-04-2003 11:43 am

Case Number: CGC-03-421113

Filing Date: Nov-24-2003 11:41

Juke Box: 001    Image: 00844655

ORDER TO CONSOLIDATE ACTIONS

DAVID F JOHNSON VS. BRIAN VOWELL

001C00844655

**Instructions:**
Please place this sheet on top of the document to be scanned.

FILED
/ 2003

GORDON PARK-LI, Clerk
BY: _____ AUDREY HUIE
Deputy Clerk

CALIFORNIA SUPERIOR COURT, UNLIMITED JURISDICTION

COUNTY OF SAN FRANCISCO

DEPARTMENT 301

| | |
|---|---|
| DAVID F. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN VOWELL et al.,<br><br>Defendants. | 423566<br><br>**ORDER DENYING MOTION TO DISMISS** |

Defendant's Motion to Dismiss came on regularly for hearing before the Honorable James L. Warren on November 21, 2003, in Department 301.

This action was filed after the Court entered an order in Case Number 421113 dated August 15, 2003 that inadvertently dismissed that case with prejudice. On November 21, 2003, the Court also heard a motion to modify that August 15, 2003, order filed by the Plaintiff. That motion was granted and the order was modified to delete any indication that Defendant's motion to quash should result in the litigation being dismissed with prejudice. Accordingly, case number 421113 is not and should not have been dismissed and thus there was never a need to file case number 423566.

ORDER DENYING MOTION TO DISMISS

Defendant's Motion to Dismiss is DENIED. However, on the Court's own motion, the Court orders that case number 421113 is hereby consolidated with case number 423566 for all purposes. All future filings shall be made only in case number 421113.

IT IS SO ORDERED.

Dated: 11/24/03     By: _____
                    Honorable James L. Warren
                    Judge of the Superior Court

#423566

2

ORDER DENYING MOTION TO DISMISS