# EXHIBIT E

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Peter B. Morrison (SBN 230148)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90012<br>TELEPHONE NO.: (213) 687-5000    FAX NO. *(Optional):* (213) 687-5600<br>E-MAIL ADDRESS *(Optional):* peter.morrison@skadden.com<br>ATTORNEY FOR *(Name):* Ripple Labs Inc. et al. | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Mateo<br>STREET ADDRESS: 400 County Center<br>MAILING ADDRESS: 400 County Center<br>CITY AND ZIP CODE: Redwood City, CA 94063<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Vladi Zakinov & David Oconer | CASE NUMBER:<br>Lead Case No. 18-CIV-02845 |
| DEFENDANT/RESPONDENT: Ripple Labs Inc. et al. | JUDICIAL OFFICER:<br>Judge Richard. H. DuBois |
| **NOTICE OF RELATED CASE** | DEPT.:<br>16 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Greenwald v. Ripple Labs Inc. et al.
    b. Case number: 18-CIV-03461
    c. Court: [✓] same as above
        [ ] other state or federal court *(name and address):*
    d. Department:
    e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
    f. Filing date: July 3, 2018
    g. Has this case been designated or determined as "complex?" [ ] Yes [✓] No
    h. Relationship of this case to the case referenced above *(check all that apply):*
        [✓] involves the same parties and is based on the same or similar claims.
        [✓] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
        [ ] involves claims against, title to, possession of, or damages to the same property.
        [✓] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
            [ ] Additional explanation is attached in attachment 1h
    i. Status of case:
        [✓] pending
        [ ] dismissed [ ] with [ ] without prejudice
        [ ] disposed of by judgment

2. a. Title:
    b. Case number:
    c. Court: [ ] same as above
        [ ] other state or federal court *(name and address):*
    d. Department:

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3,300
*www.courtinfo.ca.gov*

| | CM-015 |
|---|---|
| PLAINTIFF/PETITIONER: Vladi Zakinov & David Oconer<br>DEFENDANT/RESPONDENT: Ripple Labs Inc. et al. | CASE NUMBER:<br>Lead Case No. 18-CIV-02845 |

2. *(continued)*

    e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

    f. Filing date:

    g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

    h. Relationship of this case to the case referenced above *(check all that apply):*

        ☐ involves the same parties and is based on the same or similar claims.

        ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

            ☐ Additional explanation is attached in attachment 2h

    i. Status of case:
        ☐ pending
        ☐ dismissed ☐ with ☐ without prejudice
        ☐ disposed of by judgment

3. a. Title:
    b. Case number:
    c. Court: ☐ same as above
        ☐ other state or federal court *(name and address):*
    d. Department:
    e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*
    f. Filing date:
    g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No
    h. Relationship of this case to the case referenced above *(check all that apply):*

        ☐ involves the same parties and is based on the same or similar claims.

        ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐ involves claims against, title to, possession of, or damages to the same property.

        ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

            ☐ Additional explanation is attached in attachment 3h

    i. Status of case:
        ☐ pending
        ☐ dismissed ☐ with ☐ without prejudice
        ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: October 25, 2018

Peter B. Morrison                        ▸ *Peter B. Morrison / VFM*
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)        (SIGNATURE OF PARTY OR ATTORNEY)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 S. Grand Avenue, Los Angeles, California 90071. My email address is candice.spoon@skadden.com.

On October 25, 2018 I served the documents described as:

## NOTICE OF RELATED CASE

on the interested parties in this action addressed as follows:

| | |
|---|---|
| BRIAN J. ROBBINS<br>brobbins@robbinsarroyo.com<br>STEPHEN J. ODDO<br>soddo@robbinsarroyo.com<br>ERIC M. CARRINO<br>ecarrino@robbinsarroyo.com<br>ROBBINS ARROYO LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone:   (619) 525-3990<br>Facsimile:    (619) 525-3991<br><br>Attorneys for Plaintiffs Vladi Zakinov and David Oconer | David C. Walton<br>Brian O. O'Mara<br>Brian E. Cochran<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>E-mail: davew@rgrdlaw.com<br>bomara@rgrdlaw.com<br>bcochran@rgrdlaw.com<br><br>Attorneys for Plaintiff Vladi Zakinov |
| Shawn A. Williams<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br>E-mail: shawnw@rgrdlaw.com<br><br>Attorneys for Plaintiff Vladi Zakinov | Andrew J. Ceresney<br>aceresney@debevoise.com<br>Mary Jo White<br>mjwhite@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile:   (212) 909-6836<br><br>Attorneys for Defendants<br>Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse |
| SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>John T. Jasnoch<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: 619-233-4565<br>Facsimile: 619-233-0508<br>jjasnoch@scott-scott.com<br><br>Attorneys for Plaintiff – Avner Greenwald | SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>Thomas L. Laughlin, IV<br>Rhiana L. Swartz<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212-223-6444<br>Facsimile: 212-223-6334<br><br>Attorneys for Plaintiff - Avner Greenwald |

☒   **(BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same

2

PROOF OF SERVICE

day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Los Angeles, California and placed for collection and delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 25, 2018 at Los Angeles, California.

| | |
|---|---|
| Candice Spoon | [signature] |
| PRINT NAME | SIGNATURE |