UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** February 13, 2019 (Time: 41 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-06753-PJH
**Case Name:** Zakinov, et al. v. Ripple Labs, Inc., et al.

**Attorney(s) for Plaintiff:**   Tom Laughlin (Greenwald)
                                  Stephen Oddo; Brian O'Mara (Zakinov; Oconer)
**Attorney(s) for Defendant:**   Peter Morrison

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Pamela Batalo Hebel

### PROCEEDINGS

Plaintiff Greenwald's Motion to Remand - Held.  The Court takes the matter under submission.

Plaintiff Zakinov and Oconer's Motion to Remand – Held. The Court takes the matter under submission.

Case management conference set for 2/21/2019 is VACATED.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

cc: chambers