ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
ecarrino@robbinsarroyo.com

Counsel for Plaintiffs Vladi Zakinov and David Oconer

[Additional Counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING PUBLICATION OF NOTICE PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT, 15 U.S.C. §77z-1, BRIEFING SCHEDULE ON MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, FILING OF LEAD PLAINTIFFS' CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE TO THE CONSOLIDATED COMPLAINT |

WHEREAS, on November 11, 2018, Defendants[1] removed *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845 (Cal. Super. Ct. San Mateo Cty.) (the "Action") to this Court;

WHEREAS, on December 7, 2018, Plaintiff Avner Greenwald and Plaintiffs Vladi Zakinov and David Oconer ("Plaintiffs," and collectively with Defendants, the "Parties") filed motions to remand the Action (ECF Nos. 17-18);

WHEREAS, on February 28, 2019, the Court entered an Order Denying Motions to Remand (ECF No. 33);

WHEREAS, the Action asserts, among other things, claims arising under the Securities Act of 1933 and is thus subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §77z-1 *et seq.*, which, *inter alia*, requires the Court to appoint a lead plaintiff and approve the selection of lead counsel;

WHEREAS, pursuant to 15 U.S.C. §77z-1(a)(3)(A)(i), Plaintiffs are required to publish notice "in a widely circulated national business-oriented publication or wire service," advising members of the purported class of, *inter alia*: (1) the pendency of the action; (2) the claims asserted therein; (3) the purported class period; and (4) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as lead plaintiff of the class;

WHEREAS, pursuant to the PSLRA, 15 U.S.C. §77z-1(a)(3)(A)(i)(II), "not later than 60 days after the date on which notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class;"

WHEREAS, pursuant to the PSLRA, 15 U.S.C. §77z-1(a)(3)(B)(i), "not later than 90 days after the date on which a notice is published . . . , the court shall consider any motion made by a purported class member in response to the notice . . . and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the court determines to be most capable of adequately representing the interests of class members;"

---

[1] Defendants are Ripple Labs Inc. ("Ripple"), XRP II, LLC ("XRP II"), Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita.

WHEREAS, pursuant to the procedures contemplated by this Court's "Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions" ("Model Stipulation"), "Defendants are not required to respond to the complaint in any action" until the lead plaintiff files a consolidated complaint (¶11);

WHEREAS, pursuant to the procedures contemplated by this Court's Model Stipulation, the Court-appointed "Lead Plaintiff shall file a consolidated complaint within thirty (30) days after filing the order designating the Lead Plaintiff, unless otherwise agreed upon by the parties" (¶12);

WHEREAS, the Parties have met and conferred and agree that in compliance with the PSLRA, consistent with this Court's Model Stipulation, and in the interest of judicial efficiency and for the economy of the Parties' litigation resources, any response to a complaint by Defendants should be deferred until a lead plaintiff has been appointed, a lead counsel selected, and a consolidated complaint is filed; and

WHEREAS, the Parties disagree as to whether, in connection with stipulating to the schedule set forth herein, the Parties should also stipulate to an order providing, pursuant to the procedures contemplated by this Court's Model Stipulation, that "all related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for pretrial purposes" (¶2); with Defendants seeking such a provision as helpful in efficiently managing this action in the event additional lawsuits are filed and Plaintiffs finding such a provision unnecessary given that there is only one pending action and thus no consolidation issues at this time.  Defendants present within the proposed order to the Court proposed language from the Model Stipulation *italicized and in brackets*, so that the Court may determine whether or not to include such language in the order.

IT IS HEREBY STIPULATED and AGREED among the parties, subject to the Court's approval, as follows:

1. Within two business days following the entry of this stipulation, but no later than March 20, 2019, Plaintiffs shall cause notice to be published consistent with 15 U.S.C. §77z-1(a)(3)(A)(i);

2. Pursuant to the PSLRA, 15 U.S.C. §77z-1(a)(3)(A)(i)(II), any member of the purported class seeking to serve as lead plaintiff of the purported class shall, no later than 60 days

after the date on which notice is published, move the Court for appointment as lead plaintiff and approval of lead plaintiffs' selection of lead counsel;

  3.  Defendants are not required to respond to the complaint in any action previously consolidated into this Action;

  4.  The court-appointed lead plaintiff shall file a consolidated complaint within forty-five (45) days after entry of the order designating the lead plaintiff, unless otherwise agreed upon by the Parties. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any action consolidated into this Action;

  5.  Defendants shall respond to the consolidated complaint within forty-five (45) days after service, unless otherwise agreed upon by the Parties and so ordered by the Court. If Defendants file any motions directed at the consolidated complaint, the opposition brief shall be filed within forty-five (45) days of the date the motion was filed, and the reply brief shall be filed within thirty (30) days of the date the opposition brief was filed, unless otherwise agreed upon by the Parties and so ordered by the Court.

  6.  Nothing herein shall be deemed to constitute a waiver of any rights, claims, defenses, motions, or relief any Party may assert or seek with respect to this Action.

DATED:  March 15, 2019  ROBBINS GELLER RUDMAN
              &amp; DOWD LLP
            BRIAN O. O'MARA

               s/ Brian O. O'Mara
            BRIAN O. O'MARA

            655 West Broadway, Suite 1900
            San Diego, CA  92101
            Telephone:  619/231-1058
            619/231-7423 (fax)

            ROBBINS GELLER RUDMAN
              &amp; DOWD LLP
            SHAWN A. WILLIAMS
            Post Montgomery Center
            One Montgomery Street, Suite 1800
            San Francisco, CA  94104
            Telephone:  415/288-4545
            415/288-4534 (fax)

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | ROBBINS ARROYO LLP<br>BRIAN J. ROBBINS |
| 3 |   | STEPHEN J. ODDO<br>ERIC M. CARRINO |
| 4 |   | 5040 Shoreham Place<br>San Diego, CA  92122 |
| 5 |   | Telephone:  619/525-3990<br>619/525-3991 (fax) |
| 6 |   | Attorneys for Plaintiffs Vladi Zakinov and David Oconer |
| 7 |   |   |
| 8 | DATED:  March 15, 2019 | SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>JOHN T. JASNOCH |
| 9 |   |   |
| 10 |   |     s/ John T. Jasnoch |
| 11 |   | JOHN T. JASNOCH |
| 12 |   | 600 W. Broadway, Suite 3300<br>San Diego, CA 92101 |
| 13 |   | Telephone: 619-233-4565<br>Facsimile: 619-233-0508 |
| 14 |   | jjasnoch@scott-scott.com |
| 15 |   | Attorneys for Plaintiff Avner Greenwald |
| 16 | DATED:  March 15, 2019 | SKADDEN, ARPS, SLATE, MEAGHER<br>  & FLOM LLP |
| 17 |   | PETER B. MORRISON (SBN 230148)<br>peter.morrison@skadden.com |
| 18 |   | VIRGINIA F. MILSTEAD (SBN 234578)<br>virginia.milstead@skadden.com |
| 19 |   |   |
| 20 |   |     s/ Peter B. Morrison |
| 21 |   | PETER B. MORRISON |
| 22 |   | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071 |
| 23 |   | Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600 |
| 24 |   | JOHN NEUKOM (SBN 275887) |
| 25 |   | john.neukom@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & |
| 26 |   | FLOM LLP<br>525 University Avenue, Suite 1400 |
| 27 |   | Palo Alto, California 94301<br>Telephone: (650) 470-4500 |
| 28 |   | Facsimile: (650) 470-4570 |

STIPULATION AND [PROPOSED] ORDER - 4:18-cv-06753-PJH    - 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, Bradley Garlinghouse, Christian Larsen, Ron Will, Antoinette O'Gorman, Eric van Miltenburg, Susan Athey, Zoe Cruz, Ken Kurson, Ben Lawsky, Anja Manuel, and Takashi Okita

1  I, Brian O. O'Mara, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PUBLICATION OF NOTICE PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT, 15 U.S.C. §77z-1, BRIEFING SCHEDULE ON MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, FILING OF LEAD PLAINTIFFS' CONSOLIDATED COMPLAINT AND DEFENDANTS' RESPONSE TO THE CONSOLIDATED COMPLAINT. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff, John T. Jasnoch and counsel for Defendants, Peter B. Morrison, concurs in this filing.

Dated:  March 15, 2019

                                                s/ Brian O. O'Mara
                                                BRIAN O. O'MARA

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 15, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                s/ Brian O. O'Mara
                BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: bomara@rgrdlaw.com

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric M. Carrino**
  ecarrino@robbinsarroyo.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,dlmlclac@skadden.com,mayra.aguilera@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alissa.turnipseed@skadden.com,nandi.berglund@skadden.com

- **John M. Neukom**
  John.Neukom@skadden.com,alissa.turnipseed@skadden.com,ecf-ffe64b85f282@ecf.pacerpro.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,kmccarty@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Rhiana Swartz**
  rswartz@scott-scott.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)