1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL ACTIONS. ) <br> ) | Case No. 4:18-cv-06753-PJH <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER APPOINTING VLADI ZAKINOV, DAVID OCONER, AND AVNER GREENWALD AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Cases\4850-7981-9927.v1-5/20/19

Having considered Vladi Zakinov, David Oconer, and Avner Greenwald's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), hereby appoints Vladi Zakinov, David Oconer, and Avner Greenwald as Lead Plaintiff; and

3. Lead Plaintiff's choice of counsel is approved. Robbins Arroyo LLP and Scott + Scott LLC are approved as Lead Counsel for the class, and Robbins Geller Rudman & Dowd LLP is approved as local counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE