BRIAN O. O'MARA (229737)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
lolts@rgrdlaw.com

Local Counsel

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
ecarrino@robbinsarroyo.com

SCOTT+SCOTT ATTORNEYS
   AT LAW LLP
THOMAS L. LAUGHLIN, IV
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone:  212/233-6444
212/233-6334 (fax)
tlaughlin@scott-scott.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | DECLARATION OF BRIAN O. O'MARA IN SUPPORT OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
| | DATE: June 26, 2019<br>TIME: 9:00 a.m.<br>CTRM: 3, 3rd Floor<br>JUDGE: Hon. Phyllis J. Hamilton |

I, BRIAN O. O'MARA, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, counsel for Vladi Zakinov, David Oconer, and Avner Greenwald ("collectively, "Movants"), and proposed local counsel for the class. I make this declaration in support of Movants' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on March 20, 2019;

Exhibit B:   Movants' Sworn Certifications;

Exhibit C:   Robbins Arroyo LLP firm résumé;

Exhibit D:   Scott+Scott Attorneys at Law LLP firm résumé; and

Exhibit E:   Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of May, 2019, at San Diego, California.

                                              s/ Brian O. O'Mara
                                              BRIAN O. O'MARA

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Brian O. O'Mara
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bomara@rgrdlaw.com

Cases\4850-1074-4727.v1-5/20/19

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric M. Carrino**
  ecarrino@robbinsarroyo.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,dlmlclac@skadden.com,mayra.aguilera@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alissa.turnipseed@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **John M. Neukom**
  John.Neukom@skadden.com,alissa.turnipseed@skadden.com,ecf-ffe64b85f282@ecf.pacerpro.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,kmccarty@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Rhiana Swartz**
  rswartz@scott-scott.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`