# EXHIBIT A

**Scott+Scott Attorneys at Law LLP Announces Pendency of Federal Securities Claims Against Ripple Labs, Inc. and Other Defendants Regarding XRP Tokens and Related Lead Plaintiff Deadline**

NEW YORK- March 20, 2019-(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), a national securities and consumer rights litigation firm, announces that a lawsuit is pending in the Northern District of California that alleges Ripple Labs, Inc. ("Ripple Labs" or the "Company") and others (collectively, "Defendants") with the violation of federal securities laws and other laws in connection with the sale of Ripple Labs' XRP tokens ("XRP"), also known as "Ripples." The lawsuit, captioned Zakinov et al v. Ripple Labs, Inc. et al., is pending under docket number 4:18-cv-03286-PJH.

The federal securities claims are brought under Sections 5, 12(a)(1), and 15 of the Securities Act of 1933 (the "Exchange Act"), 15 U.S.C. §§77e, 77l, and 77o, on behalf of all persons or entities who purchased XRP from July 3, 2015 through the present.

Pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §77z-1(a)(3)(A)(i)(II), any member of the purported class seeking to serve as lead plaintiff of the purported class shall, no later than 60 days after the date on which this notice is published, move the Court for appointment as lead plaintiff and approval of lead plaintiffs' selection of lead counsel. Any member of the proposed class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed class.

If you wish to discuss this action or have any questions concerning this notice or your legal rights or interests, please contact plaintiff's counsel, Rhiana Swartz at (844) 818-6980, or via email at rswartz@scott-scott.com.

**About Scott+Scott Attorneys at Law LLP**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and employee retirement plan actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Connecticut, California, and Ohio.

**Contacts**

Rhiana Swartz
Scott+Scott Attorneys at Law LLP
(844) 818-6980
rswartz@scott-scott.com