# EXHIBIT B

## CERTIFICATION OF MOVANT
## PURSUANT TO FEDERAL SECURITIES LAW

Vladi Zakinov ("Movant") declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Movant has reviewed the class action complaint and has retained Robbins Arroyo LLP as counsel in this action for all purposes, and authorized the filing of the Consolidated Complaint for Violations of California Law in *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845 (San Mateo Super. Ct. Oct. 15, 2018), and authorize the filing of this Certification and lead plaintiff motion.

2. Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. Movant has made the following transaction(s) during the Class Period in the securities that are subject of this action:

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| XRP | Purchase | 162 | 1/11/2018 | $1.43 |
| XRP | Purchase | 57 | 1/11/2018 | $1.36 |
| XRP | Purchase | 299 | 1/27/2018 | $1.09 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

4. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary, and Movant is willing to serve as a lead Movant, a lead Movant being a representative party who acts on behalf of other class members in directing the action.

5. Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below: _____

_____

6. Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

7. Movant represents and warrants that he is fully authorized to enter into and execute this certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _19_ day of ___May___, 2019.

_____
VLADI ZAKINOV

## SCHEDULE A

## SECURITIES TRANSACTIONS

**XRP/USD**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/11/2018 | 162 | 1.43 |
| 01/11/2018 | 57 | 1.36 |
| 01/27/2018 | 299 | 1.09 |

# CERTIFICATION OF MOVANT
## PURSUANT TO FEDERAL SECURITIES LAW

David Oconer ("Movant") declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Movant has reviewed the class action complaint and has retained Robbins Arroyo LLP as counsel in this action for all purposes, and authorized the filing of the Consolidated Complaint for Violations of California Law in *In re Ripple Labs Inc. Litigation*, Lead Case No. 18-CIV-02845 (San Mateo Super. Ct. Oct. 15, 2018), and authorize the filing of this Certification and lead plaintiff motion.

2. Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. Movant has made the following transaction(s) during the Class Period in the securities that are subject of this action:

| SECURITY | TRANSACTION (Purchase/Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| XRP | Purchase | 15 | 01/11/2018 | $1.90 |
| XRP | Purchase | 100 | 01/22/2018 | $1.19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

4. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary, and Movant is willing to serve as a lead Movant, a lead Movant being a representative party who acts on behalf of other class members in directing the action.

5. Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below: No_____

_____

6. Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

7. Movant represents and warrants that he is fully authorized to enter into and execute this certification.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20 day of May, 2019.



_____
DAVID OCONER

## SCHEDULE A

## SECURITIES TRANSACTIONS

**XRP/USD**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 01/11/2018 | 15 | 1.9 |
| 01/22/2018 | 100 | 1.19 |

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Avner Greenwald, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

2. I have reviewed the complaints in this matter and authorize the filing of lead plaintiff papers on my behalf.

3. I am willing to serve as a representative party on behalf of the purchasers of XRP tokens (the "security") during the Class Period, including providing testimony at deposition and trial if necessary.

4. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

5. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private actions arising under the Securities Act or the Exchange Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  Hadera Israel , on the 19 of May, 2019.

AVNER GREENWALD

# SCHEDULE A

## SECURITIES TRANSACTIONS

### XRP/USD

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/14/2017 | 500 | 0.53549 |
| 05/12/2018 | 344.7927 | 0.68028 |
| 05/18/2019 | 4,246.624 | 0.37628 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 12/14/2017 | 500 | 0.67369 |
| 05/14/2019 | 1,000 | 0.39764 |
| 05/14/2019 | 1,000 | 0.39704 |
| 05/14/2019 | 500 | 0.39403 |
| 05/14/2019 | 100 | 0.39688 |
| 05/14/2019 | 1,029.39 | 0.41023 |
| 05/14/2019 | 360.78 | 0.41214 |

### XRP/BTC

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/19/2017 | 1,009.9569 | 0.00004149 |
| 12/26/2017 | 837.2093 | 0.00006623 |
| 01/07/2018 | 405.0444 | 0.00016097 |
| 01/09/2018 | 454.2 | 0.00014935 |
| 01/11/2018 | 461.5485 | 0.000124 |
| 01/30/2019 | 897.3222 | 0.00011101 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 01/07/2018 | 405.0444 | 0.00016752 |