BRIAN O. O'MARA (229737)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
lolts@rgrdlaw.com

Local Counsel

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
ecarrino@robbinsarroyo.com

SCOTT+SCOTT ATTORNEYS
   AT LAW LLP
THOMAS L. LAUGHLIN, IV
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
212/233-6334 (fax)
tlaughlin@scott-scott.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | CLASS ACTION |
| This Document Relates To: | |
| | CERTIFICATE OF THOMAS L. LAUGHLIN, IV PURSUANT TO LOCAL RULE 3-7(d) |
| ALL ACTIONS. | |

Cases\4850-7425-0135.v1-5/20/19

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I Thomas L. Laughlin, IV, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 20th day of May, 2019, at New York, New York.

s/ Thomas L. Laughlin, IV<br>THOMAS L. LAUGHLIN, IV

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Brian O. O'Mara
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bomara@rgrdlaw.com

Cases\4850-7425-0135.v1-5/20/19

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric M. Carrino**
  ecarrino@robbinsarroyo.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,dlmlclac@skadden.com,mayra.aguilera@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alissa.turnipseed@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **John M. Neukom**
  John.Neukom@skadden.com,alissa.turnipseed@skadden.com,ecf-ffe64b85f282@ecf.pacerpro.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,kmccarty@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Rhiana Swartz**
  rswartz@scott-scott.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`