1  BRIAN O. O'MARA (229737)
   LUCAS F. OLTS (234843)
2  655 West Broadway, Suite 1900
   San Diego, CA  92101
3  Telephone:  619/231-1058
   619/231-7423 (fax)
4  bomara@rgrdlaw.com
   lolts@rgrdlaw.com
5
   Local Counsel
6
   ROBBINS ARROYO LLP                     SCOTT+SCOTT ATTORNEYS
7  BRIAN J. ROBBINS (190264)                 AT LAW LLP
   STEPHEN J. ODDO (174828)               THOMAS L. LAUGHLIN, IV
8  ERIC M. CARRINO (310765)               The Helmsley Building
   5040 Shoreham Place                    230 Park Avenue, 17th Floor
9  San Diego, CA  92122                   New York, NY  10169
   Telephone:  619/525-3990               Telephone:  212/233-6444
10 619/525-3991 (fax)                     212/233-6334 (fax)
   brobbins@robbinsarroyo.com             tlaughlin@scott-scott.com
11 soddo@robbinsarroyo.com
   ecarrino@robbinsarroyo.com
12
   [Proposed] Lead Counsel for [Proposed] Lead Plaintiff
13
                     UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                            OAKLAND DIVISION
16
   In re RIPPLE LABS INC. LITIGATION    )  Case No. 4:18-cv-06753-PJH
17 _____      )
                                        )  CLASS ACTION
18 This Document Relates To:            )
                                        )  CERTIFICATE OF LUCAS F. OLTS
19     ALL ACTIONS.                     )  PURSUANT TO LOCAL RULE 3-7(d)
                                        )
20 _____      )

21

22

23

24

25

26

27

28

1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

2

Pursuant to Northern District Local Rule 3-7(d), I Lucas F. Olts, declare as follows:

3

I do not directly own or otherwise have a beneficial interest in the securities that are the

4

subject of this action.

5

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness,

6

I could and would competently testify thereto. Executed this 20th day of May, 2019, at San Diego,

7

California.

8

9

s/ Lucas F. Olts

LUCAS F. OLTS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify under penalty of perjury that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       s/ BRIAN O. O'MARA
       BRIAN O. O'MARA

       ROBBINS GELLER RUDMAN
         & DOWD LLP
       655 West Broadway, Suite 1900
       San Diego, CA  92101-8498
       Telephone:  619/231-1058
       619/231-7423 (fax)

       E-mail:  bomara@rgrdlaw.com

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric M. Carrino**
  ecarrino@robbinsarroyo.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,dlmlclac@skadden.com,mayra.aguilera@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alissa.turnipseed@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **John M. Neukom**
  John.Neukom@skadden.com,alissa.turnipseed@skadden.com,ecf-ffe64b85f282@ecf.pacerpro.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,kmccarty@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Rhiana Swartz**
  rswartz@scott-scott.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)