ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA (229737)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
19/231-7423 (fax)
bomara@rgrdlaw.com
lolts@rgrdlaw.com

Local Counsel

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
ecarrino@robbinsarroyo.com

SCOTT+SCOTT ATTORNEYS
  AT LAW LLP
THOMAS L. LAUGHLIN, IV
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone:  212/233-6444
212/233-6334 (fax)
tlaughlin@scott-scott.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION ) ) ) This Document Relates To: ) ) ) ALL ACTIONS. ) ) | Case No. 4:18-cv-06753-PJH<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE OF COUNSEL |

Cases\4812-3128-5655.v1-5/20/19

1    Please note the appearance of the undersigned Patton L. Johnson of Robbins Geller
2 Rudman & Dowd LLP, Post Montgomery Center, One Montgomery Street, Suite 1800, San
3 Francisco, California 94104, phone number 415/288-4545; email: pjohnson@rgrdlaw.com as
4 counsel for lead plaintiff movants Vladi Zakinov, David Oconer, and Avner Greenwald in this
5 action. The undersigned respectfully requests to be included via e-mail on the Court's notification
6 of all electronic filings in this action.

7  DATED: May 20, 2019                  Respectfully submitted,

8                                       ROBBINS GELLER RUDMAN
                                          & DOWD LLP
9                                       SHAWN A. WILLIAMS
                                        PATTON L. JOHNSON
10

11
                                              s/ Patton L. Johnson
12                                           PATTON L. JOHNSON

13                                      Post Montgomery Center
                                        One Montgomery Street, Suite 1800
14                                      San Francisco, CA  94104
                                        Telephone:  415/288-4545
15                                      415/288-4534 (fax)

16                                      ROBBINS GELLER RUDMAN
                                          & DOWD LLP
17                                      BRIAN O. O'MARA
                                        LUCAS F. OLTS
18                                      655 West Broadway, Suite 1900
                                        San Diego, CA  92101
19                                      Telephone:  619/231-1058
                                        619/231-7423 (fax)
20

21                                      Local Counsel

22                                      ROBBINS ARROYO LLP
                                        BRIAN J. ROBBINS
23                                      STEPHEN J. ODDO
                                        ERIC M. CARRINO
24                                      5040 Shoreham Place
                                        San Diego, CA  92122
25                                      Telephone:  619/525-3990
                                        619/525-3991 (fax)
26

27

28

1
2   SCOTT+SCOTT ATTORNEYS
      AT LAW LLP
3   THOMAS L. LAUGHLIN, IV
    The Helmsley Building
4   230 Park Avenue, 17th Floor
    New York, NY  10169
5   Telephone:  212/233-6444
    212/233-6334 (fax)
6
    [Proposed] Lead Counsel for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          s/ Patton L. Johnson
          PATTON L. JOHNSON

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  pjohnson@rgrdlaw.com

Cases\4812-3128-5655.v1-5/20/19

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric M. Carrino**
  ecarrino@robbinsarroyo.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,dlmlclac@skadden.com,mayra.aguilera@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alissa.turnipseed@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **John M. Neukom**
  John.Neukom@skadden.com,alissa.turnipseed@skadden.com,ecf-ffe64b85f282@ecf.pacerpro.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,kmccarty@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Rhiana Swartz**
  rswartz@scott-scott.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`