TAYLOR-COPELAND LAW
James Q. Taylor-Copeland (SBN 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Tel: 619-400-4944

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH3<br><br>CLASS ACTION<br><br>DECLARATION OF JAMES Q. TAYLOR-COPELAND IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:  June 26, 2019<br>TIME:  9:00 a.m.<br>CTRM:  Courtroom 3 (3rd Floor) |

I, JAMES Q. TAYLOR-COPELAND, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California and this Court. I am counsel for the proposed lead plaintiff in the above-captioned action, Bradley Sostack. I make this declaration in support of Mr. Sostack's motion for consolidation of related actions, appointment as lead plaintiff, and approval of selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Certification of Mr. Sostack.

3. Attached hereto as **Exhibit B** is a true and correct copy of Taylor-Copeland Law's firm resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2019.

                                                      s/ James Q. Taylor-Copeland
                                                     JAMES Q. TAYLOR-COPELAND

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on May 20, 2019.

    s/James Taylor-Copeland
James Q. Taylor-Copeland (SBN 284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
E-mail: james@taylorcopelandlaw.com

# Exhibit A

# Exhibit A

# CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Bradley Sostack, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

2. I have reviewed the complaints in this matter and authorize the filing of lead plaintiff papers on my behalf.

3. I am willing to serve as a representative party on behalf of the purchasers of XRP tokens (the "security") during the Class Period, including providing testimony at deposition and trial if necessary.

4. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

5. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private actions arising under the Securities Act or the Exchange Act.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ____St. Petersburg, FL____, on the 17 of May, 2019.

## Schedule A

**Purchases**

| Transaction Date | Consideration Paid | XRP Tokens Received for Consideration |
|---|---|---|
| 1/3/2018 18:07 | 1.237517 Bitcoin | 6653.319 |
| 1/3/2018 18:07 | 0.055491 Bitcoin | 298.3407 |
| 1/3/2018 18:07 | 0.000371 Bitcoin | 1.995 |
| 1/3/2018 18:07 | 0.078976 Bitcoin | 424.6 |
| 1/3/2018 18:07 | 0.619772 Bitcoin | 3332.11 |
| 1/3/2018 18:07 | 0.164775 Bitcoin | 886.0775 |
| 1/3/2018 18:07 | 0.409849 Bitcoin | 2204.083 |
| 1/3/2018 18:07 | 0.134021 Bitcoin | 720.7779 |
| 1/3/2018 18:07 | 1.32714 Bitcoin | 7138.231 |
| 1/3/2018 18:07 | 0.448424 Bitcoin | 2412.176 |
| 1/3/2018 18:07 | 1.831405 Bitcoin | 9852.088 |
| 1/3/2018 18:07 | 0.014155 Bitcoin | 76.20227 |
| 1/4/2018 9:08 | 0.197193 Bitcoin | 920 |
| 1/5/2018 9:55 | 0.668879 Bitcoin | 3766.846 |
| 1/5/2018 9:55 | 2.007201 Bitcoin | 11304.35 |
| 1/5/2018 9:55 | 0.164899 Bitcoin | 928.8 |
| 1/5/2018 14:23 | 1.679859 Bitcoin | 9958.848 |
| 1/5/2018 14:23 | 0.006934 Bitcoin | 41.15181 |
| 1/6/2018 10:38 | 0.028424 Bitcoin | 176.2165 |
| 1/6/2018 10:38 | 0.044717 Bitcoin | 277.2295 |
| 1/6/2018 10:42 | 0.128396 Bitcoin | 796.005 |
| 1/6/2018 10:42 | 0.04839 Bitcoin | 300 |
| 1/6/2018 10:42 | 0.717874 Bitcoin | 4450.549 |
| 1/8/2018 10:07 | 0.453343 Bitcoin | 2781.248 |
| 1/8/2018 10:07 | 0.361657 Bitcoin | 2218.752 |
| 1/10/2018 1:55 | 0.29134 Bitcoin | 2023.338 |
| 1/10/2018 1:55 | 0.000213 Bitcoin | 1.478387 |
| 1/10/2018 1:55 | 0.148354 Bitcoin | 1030.805 |
| 1/10/2018 1:55 | 3.67751 Bitcoin | 25554.24 |
| 1/10/2018 1:55 | 0.000219 Bitcoin | 1.523359 |
| 1/10/2018 1:55 | 0.0002 Bitcoin | 1.394358 |
| 1/10/2018 1:55 | 0.199469 Bitcoin | 1387.225 |
| 1/11/2018 8:25 | 131.2281 USDT | 70 |
| 1/16/2018 9:32 | 18835.16 USDT | 14269.06 |

| | | |
|---|---|---|
| 1/16/2018 9:32 | 2926 USDT | 2216.667 |
| 1/16/2018 9:32 | 5280 USDT | 4000 |
| 1/16/2018 9:33 | 641.0548 USDT | 485.6475 |
| 1/16/2018 9:33 | 7943.112 USDT | 6017.509 |

**Sales**

| Transaction Date | Consideration Received | XRP Tokens Sold |
|---|---|---|
| 1/9/2018 13:19 | 0.012616 Bitcoin | 85.48702 |
| 1/9/2018 13:19 | 0.044274 Bitcoin | 300 |
| 1/9/2018 13:19 | 0.02952 Bitcoin | 200 |
| 1/9/2018 13:19 | 0.05908 Bitcoin | 400 |
| 1/9/2018 13:19 | 0.003 Bitcoin | 20.30457 |
| 1/9/2018 13:19 | 0.07369 Bitcoin | 498.75 |
| 1/9/2018 13:19 | 0.170404 Bitcoin | 1152.861 |
| 1/9/2018 13:19 | 0.000939 Bitcoin | 6.349937 |
| 1/9/2018 13:19 | 0.018784 Bitcoin | 127.0455 |
| 1/9/2018 13:19 | 0.011297 Bitcoin | 76.38499 |
| 1/9/2018 13:19 | 0.138005 Bitcoin | 933.0989 |
| 1/9/2018 13:19 | 0.001249 Bitcoin | 8.444625 |
| 1/9/2018 13:19 | 0.030071 Bitcoin | 203.2793 |
| 1/9/2018 13:19 | 0.003 Bitcoin | 20.27986 |
| 1/9/2018 13:19 | 0.423424 Bitcoin | 2861.939 |
| 1/9/2018 13:19 | 0.0296 Bitcoin | 200 |
| 1/9/2018 13:19 | 0.127432 Bitcoin | 861.0297 |
| 1/9/2018 13:19 | 0.02716 Bitcoin | 183.5145 |
| 1/9/2018 13:19 | 0.011636 Bitcoin | 78.53727 |
| 1/9/2018 13:19 | 0.401906 Bitcoin | 2712.465 |
| 1/9/2018 13:19 | 1.347689 Bitcoin | 9095.56 |
| 1/9/2018 13:19 | 0.423888 Bitcoin | 2854.467 |
| 1/9/2018 13:19 | 0.275605 Bitcoin | 1867.494 |
| 1/9/2018 13:19 | 0.294422 Bitcoin | 1995 |
| 1/9/2018 13:19 | 0.003216 Bitcoin | 21.7911 |
| 1/9/2018 13:19 | 0.019699 Bitcoin | 133.4814 |
| 1/9/2018 13:19 | 0.019923 Bitcoin | 135 |
| 1/9/2018 13:19 | 0.23946 Bitcoin | 1622.578 |
| 1/9/2018 13:19 | 0.111128 Bitcoin | 753 |
| 1/9/2018 13:19 | 0.058884 Bitcoin | 399 |
| 1/9/2018 13:19 | 0.028462 Bitcoin | 192.8578 |
| 1/10/2018 6:03 | 19 USDT | 10 |
| 1/10/2018 8:55 | 662.5665 USDT | 400 |

| | | |
|---:|---|---|
| 1/10/2018 8:55 | 4092.474 USDT | 2470.68 |
| 1/10/2018 8:55 | 23568.06 USDT | 14228.34 |
| 1/10/2018 8:55 | 4805.231 USDT | 2900.98 |
| 1/10/2018 10:17 | 63.11382 USDT | 33.19683 |
| 1/10/2018 10:17 | 4.387889 USDT | 2.307958 |
| 1/10/2018 10:17 | 2561.995 USDT | 1347.567 |
| 1/10/2018 10:17 | 25252.34 USDT | 13282.32 |
| 1/10/2018 10:17 | 19.65955 USDT | 10.29324 |
| 1/10/2018 10:17 | 0.06977 USDT | 0.036529 |
| 1/10/2018 10:17 | 10169.38 USDT | 5324.282 |
| 1/17/2018 15:27 | 5.53534 Bitcoin | 58272.87 |
| 1/17/2018 15:27 | 0.03599 Bitcoin | 378.8402 |
| 1/17/2018 15:27 | 0.000137 Bitcoin | 1.447216 |
| 1/17/2018 15:27 | 0.000137 Bitcoin | 1.447216 |
| 1/17/2018 15:27 | 0.000137 Bitcoin | 1.447216 |
| 1/17/2018 15:27 | 0.010359 Bitcoin | 109 |

# Exhibit B

# Exhibit B

# Taylor-Copeland Law

501 W. Broadway Suite 800
San Diego, CA  92101
(619) 734-8770
www.taylorcopelandlaw.com

James Taylor-Copeland | 619 734 8770 | james@taylorcopelandlaw.com

## **FIRM RESUME**

Taylor-Copeland Law was one of the first firms in the country to focus on blockchain and cryptocurrency litigation and is at the forefront of this rapidly developing area of law.  It is focused on representing aggrieved investors and cryptocurrency users seeking to recover financial losses in what is often described as the "wild west."

The last two years have seen the explosive growth of blockchain technology and the value of cryptocurrencies.  A blockchain is a decentralized digital ledger (such as Bitcoin or Ethereum) on which transactions (or other information) are recorded and added in chronological order.  It allows participants to keep track of digital currency transactions (or information exchanges) without central record keeping.  There are now hundreds of different cryptocurrencies worth more than $500 billion—up from just $20 billion a year ago.  These currencies use encryption techniques to regulate the generation of units of currency and facilitate and verify the transfer of funds without the need for an intermediary, like a bank.

Taking advantage of this rapid growth, many blockchain and cryptocurrency startups have attempted to skirt fundraising regulations by raising funds though initial coin offerings (ICOs).  In an ICO, tokens are sold to consumers in exchange for legal tender or other cryptocurrencies (most often Bitcoin and Ethereum).  These tokens generally give the purchaser various rights on the blockchain network and resemble the shares of a company sold to investors in an initial public offering.  Unfortunately, these ICOs have become a magnet for unscrupulous practices and fraud.

Taylor-Copeland Law focuses on helping aggrieved ICO investors, and in October 2017, Taylor-Copeland Law filed *Baker v. Dynamic Ledger Solutions*, the first suit to allege that an initial coin offering (ICO) violated U.S. securities laws.  Since then Taylor-Copeland Law has helped aggrieved ICO investors recover millions of dollars in confidential settlements with ICO promoters.

Taylor-Copeland Law is also currently prosecuting claims against the four largest U.S. based cryptocurrency exchanges—Coinbase, Bittrex, Kraken, and Poloniex—on behalf of consumers who have lost assets as a result of fraud and/or negligence by those exchanges.

## Professional Experience

James Taylor-Copeland began his legal career working in the litigation and dispute resolution department of the large international firm Clifford Chance US LLP in Washington, D.C. James' practice as a litigator involved all aspects of civil litigation, including significant experience with multi-district litigation and cross-border issues. In 2015, James left Clifford Chance US LLP and joined Mintz Levin Cohn Ferris Glovsky and Popeo PC in San Diego, California, where he was a member of the firm's Institutional Investor Class Action Recovery group. In 2017, James founded Taylor-Copeland Law to focus on blockchain and cryptocurrency litigation.

## Bar Admissions

California, U.S. District Court, Northern District of California, U.S. District Court, Central District of California, U.S. District Court, Southern District of California, U.S. District Court, Eastern District of California.

## Education

James obtained his Juris Doctorate from Georgetown University Law Center and an undergraduate degree in economics from Indiana University.

## **REPRESENTATIVE MATTERS**

*John Hastings v. Unikrn, Inc., et al.*
Washington Superior Court, King County, Case No. 18-2-20303-6
- Securities class action alleging that Unikrn, Inc. violated the registration provisions of federal securities law by offering unregistered UKG securities to the general public

*Ryan Coffey v. Ripple Labs, Inc., et al.*
U.S. Dist. Ct. – Northern District of California – Case No. 4:18-cv-566271
- Securities class action alleging that Ripple Labs and its subsidiary XRP II violated state and federal securities laws by offering unregistered XRP securities to the general public

*Andrew Baker v. Dynamic Ledger Solutions, et al.*
U.S. Dist. Ct. – Northern District of California – Case No. 3:17-cv-06850
- First case alleging that sale of pre-functional tokens through an initial coin offering (ICO) violated U.S. securities laws
- Litigation against $1.2 billion ICO promoter and its principals

*Jacob Zowie Thomas Rensel et. al. v. Centra Tech, Inc., et al.*
U.S. Dist. Ct. – Southern District of Florida – Case No. 1:17-cv-24500
- Appointed co-lead counsel in class action alleging that defendants violated the registration provisions of the Securities Act through the unregistered offer and sale of CTR Tokens to the general public

*CrossFit, Inc. v. National Strength and Conditioning Association*
U.S. Dist. Ct. – Southern District of California – Case No. 14-cv-1911
- Obtained favorable summary judgment ruling in Lanham Act action arising from manipulation of date in an article published in competitor's scientific journal
- Obtained significant monetary and evidentiary sanctions against defendant based on discovery abuses

*MediVas LLC, et al. v. Marubeni Corporation*
California Superior Court – County of San Diego – Case No. 37-2010-00090830
- Negotiated favorable settlement for Marubeni Corporation mid-way through a two-week jury trial in case involving hundred million dollar claims and multi-million-dollar cross-claims

*Tatung Company, Ltd. v. Shu Tze Hsu, et al.*
U.S. Dist. Ct. – Central District of California – Case No. SACV13-01743
- Obtained favorable summary judgment ruling and negotiated favorable settlement for client in civil RICO action arising out of a complex scheme to conceal assets