TAYLOR-COPELAND LAW
James Q. Taylor-Copeland (SBN 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-400-4944
james@taylorcopelandlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | Case No. 4:18-cv-06753-PJH<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
|---|---|

Having considered Bradley Sostack's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), Mr. Sostack is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Mr. Sostack's selection of Taylor-Copeland Law is approved and Taylor-Copeland Law is appointed as Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Submitted by:

s/James Taylor-Copeland
TAYLOR-COPELAND LAW
James Taylor-Copeland
501 W. Broadway, Suite 800
San Diego, CA 92101