TAYLOR-COPELAND LAW
James Q. Taylor-Copeland (SBN 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Tel: 619-400-4944

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH3 |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF APPEARANCE OF COUNSEL |
| All Actions | |

Please note the appearance of the undersigned James Taylor-Copeland of Taylor-Copeland Law, 501 W. Broadway, Suite 800, San Diego, CA 92101, phone number 619-400-4944; email: james@taylorcopelandlaw.com as counsel for lead plaintiff movant Bradley Sostack in this action. The undersigned respectfully requests to be included via e-mail on the Court's notifications of all electronic filings in this action.

DATED:  May 20, 2019                                    Respectfully submitted,


                                                        s/James Taylor-Copeland
                                            James Q. Taylor-Copeland (SBN 284743)
                                            TAYLOR-COPELAND LAW
                                            501 W. Broadway, Suite 800
                                            San Diego, CA 92101
                                            james@taylorcopelandlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2019.

    s/James Taylor-Copeland
James Q. Taylor-Copeland (SBN 284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
E-mail: james@taylorcopelandlaw.com