TAYLOR-COPELAND LAW
James Q. Taylor-Copeland (SBN 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Tel: 619-400-4944

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Case No. 4:18-cv-06753-PJH <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATE OF JAMES TAYLOR-COPELAND PURSUANT TO LOCAL RULE 3-7(D) |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(D)**

Pursuant to Northern District Local Rule 3-7(d), I, James Taylor-Copeland, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed on May 20, 2019.

                                       s/ James Taylor-Copeland
                                       JAMES TAYLOR-COPELAND

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2019.

  s/James Taylor-Copeland
James Q. Taylor-Copeland (SBN 284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
E-mail: james@taylorcopelandlaw.com