TAYLOR-COPELAND LAW
James Q. Taylor-Copeland (SBN 284743)
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Tel: 619-400-4944

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Case No. 4:18-cv-06753-PJH <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

|   |   |
|---|---|
| 1 | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 2 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, no such interest |
| 3 | is known other than that of the named parties to the action and lead plaintiff movant Bradley |
| 4 | Sostack. |

<pre>
                                           s/ James Taylor-Copeland
                                          JAMES TAYLOR-COPELAND
</pre>

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2019.

       s/James Taylor-Copeland
James Q. Taylor-Copeland (SBN 284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
E-mail: james@taylorcopelandlaw.com