ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA (229737)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
19/231-7423 (fax)
bomara@rgrdlaw.com
lolts@rgrdlaw.com

Local Counsel

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
ecarrino@robbinsarroyo.com

SCOTT+SCOTT ATTORNEYS
  AT LAW LLP
THOMAS L. LAUGHLIN, IV
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
212/233-6334 (fax)
tlaughlin@scott-scott.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Case No. 4:18-cv-06753-PJH <br><br> <u>CLASS ACTION</u> <br><br> VLADI ZAKINOV, DAVID OCONER, AND AVNER GREENWALD'S MEMORANDUM IN RESPONSE TO THE COMPETING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL <br><br> DATE: June 26, 2019 <br> TIME: 9:00 a.m. <br> CTRM: 3, 3rd Floor <br> JUDGE: Hon. Phyllis J. Hamilton |

4842-9908-9048.v1

Presently pending before the Court are two motions for appointment as lead plaintiff filed pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  *See* ECF Nos. 36, 45. In addition to the motion filed by movants Vladi Zakinov, David Oconer, and Avner Greenwald, a motion was filed by Bradley Sostack ("Sostack"). Both movants agree that the PSLRA directs the Court to appoint as lead plaintiff the movant "that the court determines to be most capable of adequately representing the interests of [the] class members" in this litigation. 15 U.S.C. §77z-1(a)(3)(B)(i). Nor is there any dispute that, pursuant to the PSLRA, the presumptively most adequate plaintiff is the movant that both: (1) "has the largest financial interest in the relief sought by the class"; ***and*** (2) "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure."  15 U.S.C. §77z-1(a)(3)(B)(iii)(I).

Based upon a review of the documentation provided by the movants seeking appointment as lead plaintiff, it appears that Sostack claims a larger financial interest than Zakinov, Oconer, and Greenwald. However, should the Court determine that Sostack is inadequate, incapable of serving as lead plaintiff, or otherwise fails to satisfy the requirements of the PSLRA, 15 U.S.C. §77z-1, *et seq.*, Zakinov, Oconer, and Greenwald stand ready, willing, and able to serve as lead plaintiff. Indeed, "if the presumptive lead plaintiff has selected a … sole practitioner who appears to lack the staff to handle a major class action lawsuit, the district court should inquire how the lawyer proposes to get the job done. If no satisfactory answer is forthcoming, the court may consider whether the plaintiff's decision to select that lawyer casts doubt on his ability to handle the responsibilities of lead plaintiff." *See In re Cavanaugh*, 306 F.3d 726, 733 (9th Cir. 2002). And here, movant Sostack has selected as his counsel a sole practitioner of the sort discussed in *Cavanaugh*, raising questions about how this large, potentially expensive to litigate, class action will be prosecuted.  *See* ECF No. 45-1.

Moreover, should Sostack be appointed lead plaintiff and later withdraw, fail to present himself as class representative or fail to satisfy Fed. R. Civ. P. 23, Zakinov, Oconer, and Greenwald respectfully reserve their right to be considered the most adequate plaintiffs and be substituted as lead plaintiffs on behalf of the class. *See In re NYSE Specialists Sec. Litig.*, 240 F.R.D. 128, 133 (S.D.N.Y. 2007) (removing lead plaintiff finding courts have a "continuing 'duty to monitor whether

1  lead plaintiffs are capable of adequately protecting the interests of the class members'") (citation
2  omitted); *Borenstein v. Finova Grp. Inc.*, No. 00-619 PHXSMM, 2000 WL 34524743 (D. Ariz. Aug.
3  30, 2000). Zakinov, Oconer, and Greenwald timely filed their motion, and as discussed in their
4  motion, they possess a significant financial interest and unquestionably satisfy the typicality and
5  adequacy requirements of Fed. R. Civ. P. 23. *See* ECF No. 36 at 4.

6  DATED: June 3, 2019                     Respectfully submitted,

7                                          ROBBINS GELLER RUDMAN
                                              & DOWD LLP
8                                          BRIAN O. O'MARA
                                           LUCAS F. OLTS
9

10
                                           _____s/ BRIAN O. O'MARA_____
11                                              BRIAN O. O'MARA

12                                         655 West Broadway, Suite 1900
                                           San Diego, CA 92101
13                                         Telephone: 619/231-1058
                                           619/231-7423 (fax)
14
                                           ROBBINS GELLER RUDMAN
15                                            & DOWD LLP
                                           SHAWN A. WILLIAMS
16                                         PATTON L. JOHNSON
                                           Post Montgomery Center
17                                         One Montgomery Street, Suite 1800
                                           San Francisco, CA 94104
18                                         Telephone: 415/288-4545
                                           415/288-4534 (fax)
19
                                           Local Counsel
20
                                           ROBBINS ARROYO LLP
21                                         BRIAN J. ROBBINS
                                           STEPHEN J. ODDO
22                                         ERIC M. CARRINO
                                           5040 Shoreham Place
23                                         San Diego, CA 92122
                                           Telephone: 619/525-3990
24                                         619/525-3991 (fax)

25

26

27

28
   VLADI ZAKINOV, DAVID OCONER AND AVNER GREENWALD'S MEMORANDUM IN
   RESPONSE TO THE COMPETING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND
   APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL - 4:18-cv-06753-PJH                - 2 -
   4842-9908-9048.v1

1
2   SCOTT+SCOTT ATTORNEYS
      AT LAW LLP
3   THOMAS L. LAUGHLIN, IV
    The Helmsley Building
4   230 Park Avenue, 17th Floor
    New York, NY  10169
5   Telephone:  212/233-6444
    212/233-6334 (fax)
6
    [Proposed] Lead Counsel for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VLADI ZAKINOV, DAVID OCONER AND AVNER GREENWALD'S MEMORANDUM IN
RESPONSE TO THE COMPETING MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL - 4:18-cv-06753-PJH                     - 3 -
4842-9908-9048.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 3, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ BRIAN O. O'MARA
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bomara@rgrdlaw.com

4842-9908-9048.v1

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric M. Carrino**
  ecarrino@robbinsarroyo.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,efile@scott-scott.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,dlmlclac@skadden.com,mayra.aguilera@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alissa.turnipseed@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **John M. Neukom**
  John.Neukom@skadden.com,alissa.turnipseed@skadden.com,ecf-ffe64b85f282@ecf.pacerpro.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,kmccarty@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,9870190420@filings.docketbird.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Rhiana Swartz**
  rswartz@scott-scott.com

- **James Quinn Taylor-Copeland**
  james@taylorcopelandlaw.com,docketing@mintz.com,DSJohnson@mintz.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,1101510420@filings.docketbird.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`