1  Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2  Steven G. Sklaver (237612)
   ssklaver@susmangodfrey.com
3  Oleg Elkhunovich (269238)
   oelkhunovich@susmangodfrey.com
4  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, 14th Floor
5  Los Angeles, CA 90067
   Telephone: (310) 789-3100
6  Facsimile:  (310) 789-3150

7  Attorneys for Plaintiff Bradley Sostack

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 | In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
12 |                                     | CLASS ACTION |
13 | This Document Relates To:           | **NOTICE OF APPEARANCE OF STEVEN G. SKLAVER** |
14 | All Actions                         |  |

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that attorney Steven G. Sklaver of Susman Godfrey L.L.P.,
19  1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of
20  California and admitted to practice before this Court, hereby enters an appearance as counsel on
21  behalf of plaintiff Bradley Sostack in the above referenced matter.

23  Dated:  June 10, 2019              SUSMAN GODFREY L.L.P.

25                                     By: /s/ *Steven G. Sklaver*
                                           Marc M. Seltzer
26                                         Steven G. Sklaver
                                           Oleg Elkhunovich

27                                     Attorneys for Plaintiff Bradley Sostack

28