Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
|---|---|
|  | CLASS ACTION |
| This Document Relates To: | CERTIFICATE OF STEVEN G. SKLAVER PURSUANT TO LOCAL RULE 3-7(D) |
| All Actions |  |

Pursuant to Northern District Local Rule 3-7(d), I, Steven G. Sklaver, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Dated:  June 10, 2019                    SUSMAN GODFREY L.L.P.

By: /s/ *Steven G. Sklaver*
Marc M. Seltzer
Steven G. Sklaver
Oleg Elkhunovich

Attorneys for Plaintiff Bradley Sostack

1
CERTIFICATE OF STEVEN G. SKLAVER PURSUANT TO LOCAL RULE 3-7(D)