Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
|---|---|
|  | CLASS ACTION |
| This Document Relates To: | **NOTICE OF APPEARANCE OF OLEG ELKHUNOVICH** |
| All Actions |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that attorney Oleg Elkhunovich of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiff Bradley Sostack in the above referenced matter.

Dated:  June 10, 2019

SUSMAN GODFREY L.L.P.

By: /s/ *Oleg Elkhunovich*
Marc M. Seltzer
Steven G. Sklaver
Oleg Elkhunovich

Attorneys for Plaintiff Bradley Sostack