James Q. Taylor-Copeland (SBN 284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-400-4944
Fax: 619-566-4341
james@taylorcopelandlaw.com

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Proposed] Co-Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>CLASS ACTION<br><br>DECLARATION OF MARC M. SELTZER IN SUPPORT OF BRADLEY SOSTACK'S REPLY MEMORANDUM IN SUPPORT MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL<br><br>DATE:     June 26, 2019<br>TIME:     9:00 a.m.<br>JUDGE:    Hon. Phyllis J. Hamilton<br>CTRM:     Courtroom 3 (3rd Floor) |

I, Marc M. Seltzer, hereby declare as follows:

1.  I am a partner in the law firm of Susman Godfrey L.L.P. and one of the attorneys of record for the plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.  I make this declaration in support of Bradley Sostack's reply memorandum in support of motion for appointment as lead plaintiff and approval of counsel.

3.  A copy of Susman Godfrey L.L.P.'s firm resume is attached along with copies of the profiles of Marc M. Seltzer, Steven G. Sklaver, and Oleg Elkhunovich attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of June, 2019, at Los Angeles, California.

                                                           */s/ Marc M. Seltzer*
                                                         Marc M. Seltzer

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2019.

      s/James Taylor-Copeland
James Q. Taylor-Copeland (SBN 284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
E-mail: james@taylorcopelandlaw.com