UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>) | Case No. 4:18-cv-06753-PJH<br><br>CLASS ACTION<br><br>ORDER DENYING APPOINTMENT OF VLADI ZAKINOV, DAVID OCONER, AND AVNER GREENWALD AS LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Cases\4850-7981-9927.v1-5/20/19

Having considered Vladi Zakinov, David Oconer, and Avner Greenwald's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is DENIED.

IT IS SO ORDERED.

DATED: June 21, 2019_____

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE