1  TAYLOR-COPELAND LAW
   James Q. Taylor-Copeland (SBN 284743)
2  501 W. Broadway, Suite 800
   San Diego, CA 92101
3  Tel: 619-400-4944
   james@taylorcopelandlaw.com
4

5  [Proposed] Lead Counsel for Plaintiff

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8  In re RIPPLE LABS INC. LITIGATION,  )  Case No. 4:18-cv-06753-PJH
                                       )
9                                      )  CLASS ACTION
   _____ )
10                                     )  [PROPOSED] ORDER GRANTING
   This Document Relates To:           )  MOTION FOR APPOINTMENT AS LEAD
11                                     )  PLAINTIFF AND APPROVAL OF
   All Actions                         )  SELECTION OF COUNSEL, AS MODIFIED
12                                     )  BY THE COURT
                                       )
13                                     )
                                       )
14 _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered Bradley Sostack's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B), Mr. Sostack is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Mr. Sostack's selection of Taylor-Copeland Law and Susman Godfrey is approved and Taylor-Copeland Law and Susman Godfrey are appointed as co-Lead Counsel.

4. The hearing date of June 26, 2019 is VACATED.

IT IS SO ORDERED.

DATED: June 21, 2019

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Submitted by:

s/James Taylor-Copeland
TAYLOR-COPELAND LAW
James Taylor-Copeland
501 W. Broadway, Suite 800
San Diego, CA 92101

[PROPOSED] ORDER - 1 -