1  Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2  Steven G. Sklaver (237612)
   ssklaver@susmangodfrey.com
3  Oleg Elkhunovich (269238)
   oelkhunovich@susmangodfrey.com
4  Meng Xi (280099)
   mxi@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, 14th Floor
6  Los Angeles, CA 90067
   Telephone: (310) 789-3100
7  Facsimile:  (310) 789-3150

8  Attorneys for Plaintiff Bradley Sostack

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12  In re RIPPLE LABS INC. LITIGATION,        Case No. 4:18-cv-06753-PJH

13  _____          CLASS ACTION

14  This Document Relates To:                 **NOTICE OF APPEARANCE OF
                                              MENG XI**
15  All Actions

16  _____

17

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that attorney Meng Xi of Susman Godfrey L.L.P., 1900

20  Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of California

21  and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of

22  plaintiff Bradley Sostack in the above referenced matter.

23

24  Dated:  August 5, 2019                    SUSMAN GODFREY L.L.P.

25                                            By: /s/ Meng Xi
                                                  _____
26                                                Marc M. Seltzer
                                                  Steven G. Sklaver
27                                                Oleg Elkhunovich
                                                  Meng Xi
28
                                              Attorneys for Plaintiff Bradley Sostack