| | |
|---|---|
| 1 | Kathleen R. Hartnett (SBN 314267) |
| 2 | BOIES SCHILLER FLEXNER LLP |
|   | 44 Montgomery Street, 41st Floor |
| 3 | San Francisco, CA 94104 |
|   | Telephone:   (415) 293-6800 |
| 4 | Facsimile:   (415) 293-6899 |
|   | Email:        khartnett@bsfllp.com |
| 5 | |
| 6 | Damien J. Marshall (*pro hac vice forthcoming*) |
|   | BOIES SCHILLER FLEXNER LLP |
| 7 | 55 Hudson Yards, 20th Floor |
|   | New York, NY 10001 |
| 8 | Telephone:   (212) 446-2300 |
|   | Facsimile:   (212) 446-2350 |
| 9 | Email:        dmarshall@bsfllp.com |
| 10 | |
|    | *Attorneys for Defendant Ripple Labs, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
|---|---|
|  | <u>CLASS ACTION</u> |
| This Document Relates To:<br>All Actions | **NOTICE OF APPEARANCE OF KATHLEEN R. HARTNETT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Kathleen R. Hartnett of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of defendant Ripple Labs, Inc. in the above referenced matter.

Dated: September 16, 2019                Respectfully Submitted,

By:   /s/ Kathleen R. Hartnett
Kathleen R. Hartnett (SBN 314267)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
Email: khartnett@bsfllp.com

Damien J. Marshall (*pro hac vice forthcoming*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone:     (212) 446-2300
Facsimile:     (212) 446-2350
Email:         dmarshall@bsfllp.com

*Attorneys for Defendant Ripple Labs, Inc.*