UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RIPPLE LABS INC. LITIGATION.

Case No: 4:18-cv-06753-PJH

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Damien J. Marshall, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse in the above-entitled action. My local co-counsel in this case is Kathleen R. Hartnett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| BOIES SCHILLER FLEXNER LLP, 55 Hudson Yards, 20th Floor, New York, NY 10001 | BOIES SCHILLER FLEXNER LLP, 44 Montgomery St., 41st Fl., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 446-2300 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dmarshall@bsfllp.com | khartnett@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4090213.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/16/2019

Damien J. Marshall
APPLICANT

**ORDER GRANTING AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Damien J. Marshall is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE