UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RIPPLE LABS INC. LITIGATION )
) Case No: 4:18-cv-06753-PJH
)
) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
)

I, __Andrew J. Ceresney__, an active member in good standing of the bar of __State of New York__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse in the above-entitled action. My local co-counsel in this case is __Kathleen R. Hartnett__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| DEBEVOISE & PLIMPTON LLP, 919 Third Avenue, New York, New York 10022 | BOIES SCHILLER FLEXNER LLP, 44 Montgomery St., 41st Fl., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 909-6000 | (415) 293-6800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aceresney@debevoise.com | khartnett@bsfllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is __2820918__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/17/2019

/s/ Andrew J. Ceresney
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Andrew J. Ceresney__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE