1  PETER B. MORRISON (SBN 230148)
   peter.morrison@skadden.com
2  VIRGINIA F. MILSTEAD (SBN 234578)
   virginia.milstead@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071
   Telephone: (213) 687-5000
5  Facsimile:   (213) 687-5600

6  JOHN NEUKOM (SBN 275887)
   john.neukom@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
8  Palo Alto, CA 94301
   Telephone: (650) 470-4500
9  Facsimile:   (650) 470-4570

10
   Attorney for Defendants
11 Ripple Labs Inc., XRP II, LLC, Bradley
   Garlinghouse
12

13

14                    **UNITED STATES DISTRICT COURT**

                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                         **OAKLAND DIVISION**
16
                                    )    CASE NO.:  4:18-cv-06753-PJH
17 VLADI ZAKINOV, et al.,           )
                                    )    **(1) NOTICE OF MOTION AND**
18                    Plaintiff,     )    **MOTION TO WITHDRAW AS**
                                    )    **COUNSEL FOR DEFENDANTS RIPPLE**
19                                    )    **LABS INC., XRP II, LLC, AND**
                                    )    **BRADLEY GARLINGHOUSE;**
20         v.                        )
                                    )    **(2) DECLARATION OF VIRGINIA F.**
21 RIPPLE LABS INC., et al.,        )    **MILSTEAD (filed under separate cover);**
                                    )
22                    Defendants.    )    **(3) [PROPOSED] ORDER (lodged under**
                                    )    **separate cover).**
23                                    )
                                    )    Judge: Hon. Phyllis Hamilton
24
25

26

27

28

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5(a), the law firm Skadden, Arps, Slate, Meagher & Flom LLP hereby moves to withdraw as counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants"). Defendants were given notice of Skadden's request to withdraw.  The law firm Boies Schiller Flexner LLP, which has already appeared in this action, will substitute in as Defendants' counsel of record.  Accordingly, Skadden respectfully requests that the Court grant the Motion to Withdraw as Counsel.

DATED: October 11, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____ */s/Peter B. Morrison*_____
Peter B. Morrison

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____ */s/Virginia F. Milstead*_____
Virginia F. Milstead

1

**E-FILING ATTESTATION**

2        I, Peter Morrison, am the ECF user whose ID and password are being used to file this

3 document.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4 signatories identified above has concurred in this filing.

5

6                                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7
                                           By: _____*/s/Peter B. Morrison*_____
8                                                        Peter B. Morrison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28