```
 1  PETER B. MORRISON (SBN 230148)
    peter.morrison@skadden.com
 2  VIRGINIA F. MILSTEAD (SBN 234578)
    virginia.milstead@skadden.com
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA 90071
    Telephone: (213) 687-5000
 5  Facsimile:  (213) 687-5600

 6  JOHN NEUKOM (SBN 275887)
    john.neukom@skadden.com
 7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    525 University Avenue, Suite 1400
 8  Palo Alto, CA 94301
    Telephone: (650) 470-4500
 9  Facsimile:  (650) 470-4570

10
    Attorney for Defendants
11  Ripple Labs Inc., XRP II, LLC, Bradley
    Garlinghouse
12
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VLADI ZAKINOV, et al., | CASE NO.: 4:18-cv-06753-PJH |
| Plaintiff, | **DECLARATION OF VIRGINIA F. MILSTEAD ISO MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE** |
| v. | |
| RIPPLE LABS INC., et al., | |
| Defendants. | |

**DECLARATION OF VIRGINIA F. MILSTEAD**

1.  I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am counsel in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Withdraw as Counsel for Defendants.

2.  Defendants were provided with notice of Skadden's request to withdraw.

3.  The law firm of Boies Schiller Flexner LLP, which has already appeared in this action, will substitute in as Defendants' counsel of record.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 11, 2019 in Los Angeles, California.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _/s/ Virginia F. Milstead_
    Virginia F. Milstead