**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

|  |  |
|---|---|
| VLADI ZAKINOV, et al., | CASE NO.: 4:18-cv-06753-PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE** |
| v. |  |
| RIPPLE LABS INC., et al., |  |
| Defendants. |  |

1  Pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5(a), Skadden, Arps, Slate, Meagher &
2  Flom LLP's request to withdraw as counsel for Defendants Ripple Labs Inc., XRP II, LLC, and
3  Bradley Garlinghouse is GRANTED.
4  IT IS SO ORDERED.
5
   DATED:_____
6
7  _____
   Honorable Phyllis Hamilton
   United States District Judge
8  Northern District of California