**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VLADI ZAKINOV, <u>et al.</u>,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., <u>et al.</u>,<br><br>　　　　　　Defendants. | CASE NO.: 4:18-cv-06753-PJH<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE** |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5(a), Skadden, Arps, Slate, Meagher & |
| 2 | Flom LLP's request to withdraw as counsel for Defendants Ripple Labs Inc., XRP II, LLC, and |
| 3 | Bradley Garlinghouse is GRANTED. |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | DATED: October 18, 2019 |
| 7 | _____ |
| 8 | Honorable Phyllis Hamilton<br>United States District Judge<br>Northern District of California |

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
CASE NO. 4:18-CV-06753-PJH