UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER DENYING DEFENDANTS RIPPLE LABS INC., XRP II, LLC, AND BRADLEY GARLINGHOUSE'S MOTION TO DISMISS**<br><br>Consolidated Complaint Filed: August 5, 2019 |

On January 15, 2020, at 9:00 a.m., Defendants Ripple Labs Inc. ("Ripple"), XRP II, LLC ("XRP II"), and Bradley Garlinghouse's (collectively, "Defendants'") Motion to Dismiss the Consolidated Class Action Complaint of Plaintiff Bradley Sostack pursuant to Federal Rule of Civil Procedure 12(b)(6) was heard in Courtroom 3 of the above-referenced Court. Upon consideration of all the papers filed in connection therewith and the oral argument of counsel, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

Dated:_____  _____
                                         HON. PHYLLIS J. HAMILTON
                                         UNITED STATES CHIEF DISTRICT JUDGE