UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** January 15, 2020 (Time: 56 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-06753-PJH
**Case Name:** Zakinov, et al. v. Ripple Labs, Inc., et al.

**Attorney(s) for Plaintiff:**     James Taylor-Copeland; Oleg Elkhunovich for Sostack

**Attorney(s) for Defendant:**     Damien Marshall; Kathleen Hartnett; Menno Goedman

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Defendants Ripple Labs, XRP II, LLC and Bradly Garlinghouse's Motion to Dismiss Consolidated Complaint - Held. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl  [] Def  [X] Court

**Notes:**

**cc:** chambers