```
1  Maxwell V. Pritt (SBN 253155)
   BOIES SCHILLER FLEXNER LLP
2  44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
3  Telephone:    (415) 293-6800
   Facsimile:    (415) 293-6899
4  Email:        mpritt@bsfllp.com

5  Damien J. Marshall (Admitted pro hac vice)
   BOIES SCHILLER FLEXNER LLP
6  55 Hudson Yards, 20th Floor
   New York, NY 10001
7  Telephone:    (212) 446-2300
   Facsimile:    (212) 446-2350
8  Email:        dmarshall@bsfllp.com

9  Andrew J. Ceresney (Admitted pro hac vice)
   DEBEVOISE & PLIMPTON LLP
10 919 Third Avenue
   New York, NY 10022
11 Telephone:    (212) 909-6000
   Facsimile:    (212) 909-6836
12 Email:        aceresney@debevoise.com

13 Attorneys for Defendants Ripple Labs Inc.,
   XRP II, LLC, and Bradley Garlinghouse
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>All Actions | **NOTICE OF APPEARANCE OF MAXWELL V. PRITT**<br><br>Consolidated Complaint filed: August 5, 2019<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Maxwell V. Pritt of Boies Schiller Flexner LLP, 44 Montgomery Street, 41st Floor, San Francisco, CA 94104, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse.

Dated: February 6, 2020                                    Respectfully Submitted,

By:  /s/ Maxwell V. Pritt
Maxwell V. Pritt (SBN 253155)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899
Email: mpritt@bsfllp.com

Damien J. Marshall (Admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile:  (212) 446-2350
Email: dmarshall@bsfllp.com

Andrew J. Ceresney (Admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile:  (212) 909-6836
Email: aceresney@debevoise.com

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*