Maxwell V. Pritt (SBN 253155)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:      (415) 293-6800
Facsimile:       (415) 293-6899
Email:            mpritt@bsfllp.com

Damien J. Marshall (Admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone:      (212) 446-2300
Facsimile:       (212) 446-2350
Email:            dmarshall@bsfllp.com

Andrew J. Ceresney (Admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone:      (212) 909-6000
Facsimile:       (212) 909-6836
Email:            aceresney@debevoise.com

*Attorneys for Defendants Ripple Labs Inc.,*
*XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>All Actions | **UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW KATHLEEN R. HARTNETT AS COUNSEL OF RECORD, AND SUBSTITUTE MAXWELL V. PRITT AS LOCAL COUNSEL AND COUNSEL FOR *PRO HAC VICE* SPONSORSHIP; DECLARATION OF MAXWELL V. PRITT; [PROPOSED] ORDER**<br><br>Consolidated Complaint filed:  August 5, 2019<br>Trial Date: None Set |

Pursuant to Civil Local Rules 5-1(c)(2)(B), 7-11, 11-3(a)(3), 11-3(e), and 11-5(a), Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse USA (collectively "Defendants") hereby move for an order: (1) permitting the withdrawal of Kathleen R. Hartnett; and (2) substituting Maxwell V. Pritt as local counsel and sponsoring counsel for Damien J. Marshall and Andrew J. Ceresney, counsel for Defendants appearing *pro hac vice* in this matter. Defendants state the following grounds for this administrative motion:

1. On September 16, 2019, Kathleen R. Hartnett, formerly a partner with the law firm Boies Schiller Flexner LLP ("BSF"), appeared in this action as counsel of record for Defendants. (Dkt. 66.) As of January 31, 2020, Ms. Hartnett is no longer associated with BSF. Prior to her departure, BSF and Ms. Hartnett provided notice to Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse USA of her intention to withdraw from this litigation upon her departure. (Pritt Decl. ¶ 4.)

2. Maxwell V. Pritt and Damien J. Marshall of BSF, and Andrew J. Ceresney of Debevoise & Plimpton LLP, continue to represent Defendants in this matter.

3. Messrs. Marshall and Ceresney appear in this action *pro hac vice* with the permission of the Court. (Dkt. 68 and 71.) Messrs. Marshall and Ceresney both identified Ms. Hartnett as local counsel and *pro hac vice* sponsor in their respective applications.

4. Mr. Pritt, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, will replace Ms. Hartnett as local counsel in this matter. (Pritt Decl. ¶¶ 1, 2.)

5. Ms. Hartnett's withdrawal will not cause any prejudice or delay in this case.

/ / /

/ / /

/ / /

THEREFORE, Defendants respectfully request that this Court permit Kathleen R. Hartnett's withdrawal as counsel of record in this matter, remove Ms. Hartnett's name and e-mail address from the service list that is on file with the Court, and grant permission for Maxwell V. Pritt to substitute as local counsel and *pro hac vice* sponsor for Damien J. Marshall and Andrew J. Ceresney.

Dated: February 6, 2020                              Respectfully Submitted,

By:   */s/ Maxwell V. Pritt*
Maxwell V. Pritt (SBN 253155)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899
Email: mpritt@bsfllp.com

Damien J. Marshall (Admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile:  (212) 446-2350
Email: dmarshall@bsfllp.com

Andrew J. Ceresney (Admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile:  (212) 909-6836
Email: aceresney@debevoise.com

*Attorneys for Defendants Ripple Labs Inc.,*
*XRP II, LLC, and Bradley Garlinghouse*

ADMINISTRATIVE MOTION AND [PROPOSED] ORDER
CASE NO. 4:18-cv-06753-PJH

### DECLARATION OF MAXWELL V. PRITT

I, Maxwell V. Pritt, hereby declare as follows:

1.      I am a member of the bar of this Court in good standing.  I am a partner in the law firm of Boies Schiller Flexner LLP, counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse USA in this action.  I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2.      My business address is 44 Montgomery Street, 41st Floor, San Francisco, CA 94104.

3.      Concurrently with this filing, I am entering my appearance in this matter. (Dkt. 77)

4.      As of January 31, 2020, Kathleen R. Hartnett is no longer associated with BSF.  Prior to her departure, I am informed and believe that BSF and Ms. Hartnett provided notice to Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse USA of Ms. Hartnett's intention to withdraw from this litigation upon her departure.

5.      I consent to serving as local counsel and sponsor for Damien J. Marshall and Andrew J. Ceresney's *pro hac vice* applications.

6.      I am informed and believe that on February 4, 2020, my colleague, Damien Marshall of BSF, contacted of Steven G. Sklaver of Susman Godfrey L.L.P., counsel for plaintiffs, and notified him of our intention to file this administrative motion.  Mr. Sklaver confirmed that he does not oppose this motion.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 6th day of February, 2020, in San Francisco, California.

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt
BOIES SCHILLER FLEXNER LLP

**[PROPOSED] ORDER**

The above ADMINISTRATIVE MOTION is approved.  Kathleen R. Hartnett is withdrawn as counsel of record in this matter, and Maxwell V. Pritt is substituted as local counsel and *pro hac vice* sponsor for Damien J. Marshall and Andrew J. Ceresney.  The Clerk of the Court is directed to remove Ms. Hartnett's name and e-mail address from the service list that is on file with the Court.

IT IS SO ORDERED.


Dated: _____          _____
                                        Hon. Phyllis J. Hamilton
                                        United States District Judge