# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

| Field | Value |
|---|---|
| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
| | CAND 435 (CAND Rev. 08/2018) |
| COURT USE ONLY DUE DATE: | |
| 1a. CONTACT PERSON FOR THIS ORDER | Rana Moses |
| 1b. ATTORNEY NAME (if different) | |
| 2a. CONTACT PHONE NUMBER | (516) 830-1082 |
| 2b. ATTORNEY PHONE NUMBER | |
| 3. CONTACT EMAIL ADDRESS | orders@usretrieval.com |
| 3. ATTORNEY EMAIL ADDRESS | |
| 4. MAILING ADDRESS | US Litigation Support Services, 1 Newark Street, Hoboken, NJ 07030 |
| 5. CASE NAME | Zakinov et al v. Ripple Labs, Inc. et al |
| 6. CASE NUMBER | 18-cv-06753 |
| 7. COURT REPORTER NAME | Raynee Mercado |
| 8. THIS TRANSCRIPT ORDER IS FOR: | ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL ☑ CIVIL ☐ In forma pauperis |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g., witness or time)) |
|---|---|---|---|
| 01/15/2020 | | | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

c. DELIVERY TYPE (Choose one per line)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE  Rana Moses

12. DATE  01/16/2020