Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re RIPPLE LABS, INC.,

              Plaintiff(s),

    v.

              Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No: 4:18-cv-06753

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, P. Ryan Burningham , an active member in good standing of the bar of W.D. of Washington , hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiff Bradley Sostack in the above-entitled action. My local co-counsel in this case is Oleg Elkunovich , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(206) 516-3880 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 789-3100 |
| MY EMAIL ADDRESS OF RECORD:<br>rburningham@susmangodfrey.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>oelkunovich@susmangodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 54358 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 04/02/20

                                   P. Ryan Burningham
                                     APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of P. Ryan Burningham is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE