Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re RIPPLE LABS, INC.,                      )
                                              )   Case No: 4:18-cv-06753/RLJ
                      Plaintiff(s),           )
                                              )   **APPLICATION FOR**
            v.                                )   **ADMISSION OF ATTORNEY**
                                              )   **PRO HAC VICE**
                                              )   (CIVIL LOCAL RULE 11-3)
                                              )
                                              )
                      Defendant(s).           )
                                              )

I, P. Ryan Burningham , an active member in good standing of the bar of W.D. of Washington , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Bradley Sostack in the above-entitled action. My local co-counsel in this case is Oleg Elkunovich , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1201 Third Avenue, Suite 3800 Seattle, WA 98101 | 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 |
| My telephone # of record: (206) 516-3880 | Local co-counsel's telephone # of record: (310) 789-3100 |
| My email address of record: rburningham@susmangodfrey.com | Local co-counsel's email address of record: oelkunovich@susmangodfrey.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 54358 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 04/02/20                                P. Ryan Burningham
                                                    APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of P. Ryan Burningham is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 2, 2020

_____
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*