1  Damien J. Marshall (Admitted *pro hac vice*)
   dmarshall@bsfllp.com
2  BOIES SCHILLER FLEXNER LLP
   55 Hudson Yards, 20th Floor
3  New York, NY 10001
   Telephone:   (212) 446-2300
4  Facsimile:   (212) 446-2350

5  Maxwell V. Pritt (SBN 253155)
   mpritt@bsfllp.com
6  BOIES SCHILLER FLEXNER LLP
   44 Montgomery Street, 41st Floor
7  San Francisco, CA 94104
   Telephone:   (415) 293-6800
8  Facsimile:   (415) 293-6899

9  Menno Goedman (SBN 301271)
   mgoedman@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington, DC  20005
   Telephone:   (202) 237-2727
12 Facsimile:   (202) 237-6131

13 *Attorneys for Defendants Ripple Labs, Inc.,*
   *XRP II LLC, and Bradley Garlinghouse*
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                     OAKLAND DIVISION

18 | In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |

19 | | **NOTICE OF APPEARANCE OF MENNO GOEDMAN** |

20 | This Document Relates To: ALL ACTIONS | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Menno Goedman of Boies Schiller Flexner LLP, 1401 New York Avenue N.W., Washington, DC 20005, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendants Ripple Labs Inc., XRP II LLC, and Bradley Garlinghouse in the above referenced matter.

Dated:  April 4, 2020

*/s/ Menno Goedman*
Damien J. Marshall
Max V. Pritt
Menno Goedman

Attorneys for Defendants