James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
Meng Xi (SBN 280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Lead Plaintiff
Bradley Sostack*

Damien J. Marshall (Admitted *pro hac vice*)
dmarshall@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone:   (212) 446-2300
Facsimile:   (212) 446-2350

Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:   (415) 293-6899

Menno Goedman (SBN 301271)
mgoedman@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone:   (202) 237-2727
Facsimile:   (202) 237-6131

*Attorneys for Defendants Ripple Labs, Inc.,
XRP II LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 18-cv-06753-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |
|---|---|

Pursuant to Civ. L.R. 6-2, the Parties hereby stipulate as follows:

**WHEREAS**, on February 26, 2020, the Court granted in part and denied in part the Motion to Dismiss filed by Defendants Ripple Labs, Inc., XRP II LLC, and Bradley Garlinghouse (collectively, "Defendants"), and granted Plaintiff Bradley Sostack leave to file a First Amended Complaint ("FAC"), Dkt. 85;

**WHEREAS**, on March 25, 2020, Plaintiff filed his FAC, Dkt. No. 87;

**WHEREAS**, the current deadline for Defendants to respond to the FAC is April 8, 2020;

**WHEREAS**, COVID-19 has resulted in an unprecedented national emergency and shutdown orders in many jurisdictions, including those in which the Court, the parties, and their counsel reside;

**WHEREAS**, due to logistical challenges presented by COVID-19, Plaintiff has agreed to Defendants' request to extend the deadline to respond to the FAC by 60 days from April 8, 2020 until June 8, 2020;

**WHEREAS**, Defendants reserve the right to move to dismiss certain claims in the FAC and, should they so move, have agreed, along with this extension, to a stipulated briefing schedule whereby Plaintiff's opposition would be due 30 days later on July 8, 2020, and Defendants' reply would be due 21 days later on July 29, 2020;

**WHEREAS**, on November 8, 2018, the parties stipulated, in light of a forthcoming motion to remand, to extend Defendants' time to answer or otherwise respond.  Dkt. No. 6.  Subsequently, on January 11, 2019, the parties stipulated to extend the time to file reply briefs on pending motions to remand, Dkt. No. 22, which the Court so ordered, Dkt. No. 24.  The Court has granted no other extensions to either party.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff Bradley Sostack and Defendants Ripple Labs, Inc., XRP II LLC, and Bradley Garlinghouse, through their respective counsel, that:

1. Defendants shall respond to the FAC on or before June 8, 2020; and if a motion to dismiss is filed, Plaintiffs' opposition shall be due July 8, 2020, and Defendants' reply due July 29, 2020.

Dated: April 4, 2020

By: */s/ Steven G. Sklaver*
Steven G. Sklaver
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067

*Counsel for Lead Plaintiff
Bradley Sostack*

By: */s/ Damien J. Marshall*
Damien J. Marshall
BOIES SCHILLER FLEXNER L.L.P.
55 Hudson Yards, 20th Floor
New York, NY 10001

*Counsel for Defendants Ripple Labs, Inc.,
XRP II LLC, and Bradley Garlinghouse*

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

Dated: _____   _____
Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE