Damien J. Marshall (Admitted *pro hac vice*)
dmarshall@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Menno Goedman (SBN 301271)
mgoedman@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Defendants Ripple Labs, Inc.,
XRP II LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 18-cv-06753-PJH<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |

Pursuant to Civ. L.R. 6-2, I, Maxwell V. Pritt declare as follows:

1. I am a member of the bar of this Court in good standing. I am a partner in the law firm of Boies Schiller Flexner LLP, counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2. On February 26, 2020, the Court granted in part and denied in part the Motion to Dismiss filed by Defendants, and granted Plaintiff Bradley Sostack leave to file a First Amended Complaint. Dkt. No. 85. Plaintiff filed his FAC on March 25, 2020. Dkt. No. 87.

3. The current deadline for Defendants to respond to the FAC is April 8, 2020.

4. COVID-19 has resulted in an unprecedented national emergency and shutdown orders in many jurisdictions, including those in which the Court, the parties, and their counsel reside.

5. Due to the challenges presented by COVID-19, Plaintiff agreed to Defendants' request to extend the deadline to respond to the FAC by 60 days from April 8, 2020 until June 8, 2020.

6. Defendants reserve the right to move to dismiss certain claims in the FAC and, should they so move, have agreed, along with this extension, to a stipulated briefing schedule whereby Plaintiff's opposition would be due 30 days later on July 8, 2020, and Defendants' reply would be due 21 days later on July 29, 2020.

7. On November 8, 2018, the parties stipulated, in light of a forthcoming motion to remand, to extend Defendants' time to answer or otherwise respond. Dkt. No. 6. Subsequently, on January 11, 2019, the parties stipulated to extend the time to file reply briefs on the motions to remand, Dkt. No. 22, which the Court granted, Dkt. No. 24. The Court has granted no other extensions to either party.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 4, 2020, in San Francisco, California.

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt