James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
Meng Xi (SBN 280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

P. Ryan Burningham (Admitted *Pro Hac Vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Counsel for Lead Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION <br><br> This Document Relates to: <br><br> All Actions | Case No. 4:18-cv-06753-PJH <br><br> CLASS ACTION <br><br> **CERTIFICATE OF P. RYAN BURNINGHAM PURSUANT TO LOCAL RULE 3-7(d)** <br><br> Consolidated Complaint Filed: August 5, 2019 <br> Trial Date: None Set |

1     Pursuant to Civil L.R. 3-7(d), I, P. Ryan Burningham, declare as follows:

2     I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

3     I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Dated: April 29, 2020      SUSMAN GODFREY L.L.P.

By:    */s/ P. Ryan Burningham*

Marc M. Seltzer (SBN 54534)
Steven G. Sklaver (SBN 237612)
Oleg Elkhunovich (SBN 269238)
Meng Xi (SBN 280099)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
mxi@susmangodfrey.com

P. Ryan Burningham (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
rburningham@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

*/s/ P. Ryan Burningham*
P. Ryan Burningham

016433\7293276.v1