UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED FOR PRETRIAL PURPOSES** |

**[PROPOSED] ORDER**

This matter comes before the Court pursuant to a Joint Administrative Motion to Consider Whether Cases Should be Related and Consolidated for Pretrial Purposes, filed by Lead Plaintiff Bradley Sostack and Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse under Civil Local Rule 3-12 (the "Motion"). Having considered the Motion, and there appearing to be good cause to grant relief, the Court hereby GRANTS the Motion as follows:

1. The action recently filed in this District and captioned *Bitcoin Manipulation Abatement LLC v. Ripple Labs, Inc., XRP II, LLC and Bradley Garlinghouse*, Case No. 3:20-cv-03022, filed on May 1, 2020, (the "BMA Action"), is hereby related to the instant earlier-filed matter, *In re Ripple Labs Inc. Litig.*, Case No. 4:18-cv-06753;

2. The BMA Action is hereby reassigned to this Court, the Honorable Phyllis J. Hamilton, accordingly; and

3. The cases are consolidated for pretrial purposes consistent with this Court's prior order.

IT IS SO ORDERED.

Dated: _____

Hon. Phyllis J. Hamilton
United States District Judge