| Attorney or Party without Attorney:<br>MAXWELL V. PRITT (#SBN 253155)<br>BOIES SCHILLER FLEXNER LLP<br>44 MONTGOMERY STREET 41ST FLOOR<br>SAN FRANCISCO, CA 94104<br>  Telephone No:  415-293-6807<br><br>  Attorney For:  Defendant | For Court Use Only |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |

*Ref. No. or File No.:*

| Plaintiff:  IN RE | |
| Defendant:   RIPPLE LABS INC. LITIGATION | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18-CV-06753-PJH |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATED FOR PRETRIAL PURPOSES; DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF MOTION; [PROPOSED] ORDER

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Mon, May 11, 2020
    b. Place of Mailing: SAN FRANCISCO, CA 94103
    c. Addressed as follows: BITCOIN MANIPULATION ABATEMENT LLC
          5245 AVE. ISLA VERDE 203, CAROLINA, PR 00979

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, May 11, 2020 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5.  **Person Serving:**
    a. 02- Juan Cruz ()
    **b. FIRST LEGAL**
       1202 Howard Street
       SAN FRANCISCO, CA 94103
    c. (415) 626-3111

**d.** *The Fee for Service was:*

**e.** I am: Not a Registered California Process Server

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

05/11/2020

(Date)                                               (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**BY MAIL**

*4528006*
*(7715130)*