UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>All Actions | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTS FOUR, SIX, AND SEVEN OF THE CONSOLIDATED FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** |

Defendants Ripple Labs Inc. ("Ripple"), XRP II LLC, and Bradley Garlinghouse's (collectively, "Defendants'") Motion to Dismiss Counts Four, Six, and Seven of the Consolidated First Amended Complaint and Defendants' Request for Judicial Notice was heard in the above-referenced Court. Appearances of counsel are as noted in the Court's record.

On consideration of all the papers filed in connection therewith and the oral argument of counsel, **IT IS HEREBY ORDERED** that:

1. Defendants' Request for Judicial Notice is **GRANTED**. The Court takes judicial notice of Exhibits A through D attached to the Declaration of Maxwell V. Pritt in Support of Defendants' Request for Judicial Notice, including because they are relied upon, cited to, and quoted from in Plaintiff's Consolidated First Amended Complaint, or because such notice is required by statute.

2. Defendants' Motion to Dismiss Counts Four, Six, and Seven of the Consolidated First Amended Complaint is **GRANTED** and Plaintiff's Fourth, Sixth, and Seventh Claims are **DISMISSED WITH PREJUDICE**.

Dated: _____        _____

                                                                 HON. PHYLLIS J. HAMILTON
                                                                  UNITED STATES CHIEF DISTRICT JUDGE