Damien J. Marshall (Admitted *pro hac vice*)
dmarshall@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone:   (212) 446-2300
Facsimile:    (212) 446-2350

Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:    (415) 293-6899

Menno Goedman (SBN 301271)
mgoedman@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone:   (202) 237-2727
Facsimile:    (202) 237-6131

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br>All Actions | Case No. 18-cv-06753-PJH<br><br>**DECLARATION OF MAXWELL V. PRITT IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   August 26, 2020<br>Time:  9:00 a.m.<br>Place:  Courtroom 3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Consolidated First Amended Complaint filed: March 25, 2020<br><br>[FILED CONCURRENTLY WITH NOTICE OF MOTION AND MOTION TO DISMISS, MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST FOR JUDICIAL NOTICE] |

## DECLARATION OF MAXWELL V. PRITT

I, Maxwell V. Pritt, declare and state as follows:

1. I am a partner with the law firm Boies Schiller Flexner LLP, attorneys of record in this action for defendants Ripple Labs Inc. ("Ripple"), XRP II LLC, and Bradley Garlinghouse (collectively, "Defendants"). I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called on to do so, I would testify competently to them.

2. A true and correct copy of the Bureau of Consumer Financial Protection's Notice of Final Rule on Remittance Transfers under the Electronic Fund Transfer Act, as published in the Federal Register, available at https://www.govinfo.gov/content/pkg/FR-2020-06-05/pdf/2020-10278.pdf, is attached as **Exhibit A**.

3. Plaintiff's Consolidated First Amended Complaint ("FAC") cites and quotes from Ripple's Submission to the Conference of State Bank Supervisors, dated February 14, 2015. FAC ¶ 42 & n.23. A true and correct copy of this submission is attached as **Exhibit B**.

4. Plaintiff's FAC cites and quotes from a CNBC article titled "Ripple is sitting on close to $80 billion and could cash out hundreds of millions per month—but it isn't." FAC ¶¶ 56, 57 & n.37. This article, published January 16, 2018, is available at https://www.cnbc.com/2018/01/16/why-ripple-is-not-cashing-out-its-xrp-holdings.html. A true and correct copy of the article is attached as **Exhibit C**.

5. Plaintiff's FAC cites and quotes from a tweet posted by Ripple on April 26, 2017 at 9:17 AM. FAC ¶ 66 & n.45. The tweet is available at https://twitter.com/Ripple/status/857267304618278912. The tweet, in turn, links to a press release posted by Ripple on April 26, 2017, available at https://ripple.com/insights/ten-new-customers-join-ripples-global-payment-network/. A true and correct copy of the tweet and the press release are attached as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2020, in San Francisco, California.

*/s/ Maxwell V. Pritt*
Maxwell V. Pritt