# EXHIBIT D

← 🔍 Search Twitter ⋯

**Log in** **Sign up**

**Ripple** ✓
@Ripple

#Ripple welcomes 10 additional customers to our #blockchain #payments network.



**Ten New Customers Join Ripple's Global Payment Network | Ripple**
Ripple is proud to announce the addition of 10 new customers to our growing global network.
🔗 ripple.com

12:17 PM · Apr 26, 2017 · Twitter Web Client

**90** Retweets  **100** Likes

💬   🔁   ♡   ↑



**TplusZero** @TplusZero · Apr 26, 2017
Replying to @Ripple
That is great news!!!! It's good seeing the network growing so quickly! #XRP going to be happy 😊

💬   🔁   ♡ 1   ↑

**koji ito** @gon61811 · Apr 27, 2017
Replying to @Ripple



Search Twitter

Log in

Sign up

Just scam xrp not ripple 😂

1

**Crytopan™** @cryptopan · Apr 26, 2017

lol

**Mi sicky sicky** @ndiggidy87 · Apr 26, 2017

Replying to @Ripple

@Sav80patel

**Waseem Niazi** @khanjany · Apr 26, 2017

Replying to @Ripple

open new door for fast international payments transfer. Congratulation 👍

**dmik** @Dmix1 · Apr 27, 2017

Replying to @Ripple

Polo what a bunch of crooks blocked me from Saying Bank of England adopting Ripple..

**.....................................** @jeffdenimes · Apr 26, 2017

Replying to @Ripple

scam not ripple sell poloneix

1

**.....................................** @jeffdenimes · Apr 26, 2017

scam

Case 4:18-cv-06753-PJH Document 103-5 Filed 06/08/20 Page 4 of 9

← 🔍 Search Twitter ⋯

Log in   Sign up

(/)   (/insights)

← Back to Insights Home (/insights)

# Ten New Customers Join Ripple's Global Payment Network

4 MIN READ • TEAM RIPPLE                                                                 APR 26, 2017



Image: Shutterstock

Ripple is proud to announce the addition of 10 new customers to our growing global network. These financial institutions include MUFG (http://www.mufg.jp/english/), BBVA (https://www.bbva.com/en/us/), SEB (https://sebgroup.com/), Akbank (http://www.akbank.com/en-us/Pages/default.aspx), Axis Bank (https://www.axisbank.com/), YES BANK (https://www.yesbank.in/), SBI Remit (https://www.remit.co.jp/MainVisitorsHome.jsf?lang=en), Cambridge Global Payments (http://www.cambridgefx.com/home/), Star One Credit Union

(/insights) (https://www.starone.org/) and eZforex.com (https://www.ezforex.com/), representing some of the world's largest banks, innovative smaller banks, and payment service providers (PSPs). As the only blockchain provider that has real use cases and customers using our solution commercially, more and more customers are turning to Ripple for cross-border payments.

"The world's largest banks have been the first to adopt Ripple's technology, and the network effect from our customer base is accelerating," said Ripple CEO Brad Garlinghouse. "People know Ripple is the only blockchain solution for payments that is proven in the real world, and it's driving demand from financial institutions of all kinds and sizes because they want to stay ahead of the curve."

Here are just a few examples of how this new group of customers are using Ripple to significantly reduce the time and cost associated with global transactions:

- BBVA, one of the top 50 largest banks in the world, is using Ripple to enable real-time payments between Europe and Mexico.
- Digital banking pioneer and one of Turkey's largest private banks, Akbank, is the first bank in Turkey to adopt blockchain and is a model for other banks who want to make faster cross-border payments without the need for correspondents.
- Star One is the first credit union to offer Ripple remittances to customers via eZforex.com, demonstrating how smaller banks can lower costs and achieve much greater reach for their customers.
- Cambridge Global Payments and Earthport are collaborating with Ripple to improve the customer experience, increase the reach and reduce the cost of real-time cross-border payments.

These ten customers are now among the most forward-thinking financial institutions around the world, who are committed to moving beyond the sandbox and are using Ripple's enterprise blockchain solution to move real money around the world *today*.

Several of the financial institutions commented on their use of Ripple's blockchain network:

**Hirofumi Aihara, General Manager, Bank of Tokyo-Mitsubishi UFJ, a member of MUFG:**

"We are very pleased to be working with Ripple to provide new types of payments services to change our customers' experience using the power of the blockchain technology. To demonstrate our commitment to the technology, we are joining the

(/insights) Japan Bank Consortium to collaborate with other Japanese banks move to commercial use of Ripple's global network. I do believe we can bring our experience from the Japan Bank Consortium to the Global Payments Steering Group (https://ripple.com/insights/mufg-joins-ripples-global-payments-steering-group/)."

**Tolga Ulutaş, Executive Vice President in charge of Akbank Direct Banking:**

"We are excited and happy to be the first bank in Turkey to take the important step of using blockchain technology for international money transfer services. We believe that this new phase in technology will increase speed and transparency for our customers while at the same time reducing costs and providing a higher quality of service."

**Amresh Acharya, Group President and Head, Global Indian Banking, YES BANK:**

"India is the largest recipient of personal remittances in the world, and as a leading Indian bank with a strong focus on technology, we are glad to partner with Ripple to realize the enhanced efficiencies of blockchain for real time cross-border payments. This partnership is a continuation of YES BANK's ethos of using state-of-the-art technology intervention to offer a superior banking experience to our customers."

**Mr. V Srinivasan, Deputy Managing Director, Axis Bank:**

"We are committed to using innovation in technology to make banking simple and convenient for our customers. Remittances have been a key strategic area for us, we at Axis are excited with the tie-up and the potential that the use of blockchain technology could deliver in enabling real-time affordable money transfers. We have commenced work with Ripple and are in active discussions with other Banks on the network to collaborate and test various use-cases across retail and corporate remittances."

**Paula da Silva, Head of Transaction Services, SEB:**

"We are implementing cross-border payments in real-time over Ripple. For us this is a first step in exploiting the advantages of using blockchain and distributed ledger technology in the payment area. We appreciate our partnership with Ripple."

To learn more about joining Ripple's growing global settlement network, please contact us (https://ripple.com/contact/).

(/)  (/insights)

## Subscribe to the Ripple Insights newsletter.

Enter your email address

Sign Up

[ ] I'm not a robot
reCAPTCHA
Privacy - Terms

# Related Stories

MAY 28, 2020

**XRP: A Preferred Base Currency for Arbitrage Trading (https://ripple.com/insights/xrp-a-preferred-base-currency-for-arbitrage-trading/)**

4 MIN READ • BREANNE MADIGAN


(https://ripple.com/insights/xrp-a-preferred-base-currency-for-arbitrage-trading/)

MAY 14, 2020

**Applying the Disruptive Innovation Theory to Cross-Border Payments (https://ripple.com/insights/applying-the-disruptive-innovation-theory-to-cross-border-payments/)**

4 MIN READ • EMI YOSHIKAWA


(https://ripple.com/insights/applying-the-disruptive-innovation-theory-to-cross-border-payments/)

APR 21, 2020

**Enough Is Enough: It's Time to Protect the Community (https://ripple.com/insights/enough-is-enough-its-time-to-protect-the-community/)**

3 MIN READ • TEAM RIPPLE


(https://ripple.com/insights/enough-is-enough-its-time-to-protect-the-community/)

(/) (/insights)

## Payments Network

RippleNet (https://ripple.com/ripplenet/)

On-Demand Liquidity (https://ripple.com/ripplenet/on-demand-liquidity/)

Your Journey With Us (https://ripple.com/your-journey-with-us/)

Join the Network (https://ripple.com/join-the-network/)

RippleNet Committee (https://ripple.com/ripplenet-committee/)

## Customers

Our Customers (https://ripple.com/customers/)

Customer Case Studies (https://ripple.com/customer-case-study/)

## Resources

Blog (https://ripple.com/insights/)

Content Library (https://ripple.com/content-library/)

XRP (https://ripple.com/xrp/)

XRP Ledger Dev Portal (https://xrpl.org/)

Press Releases (https://ripple.com/press-releases/)

## Regulators

Compliance (https://ripple.com/compliance/)

Policy Framework (https://ripple.com/policy-framework/)

## Support

FAQ (https://ripple.com/faq/)

Contact Us (https://ripple.com/contact/)

## About Us

Our Story (https://ripple.com/company/)

Careers (https://ripple.com/company/careers/)

SBI Ripple Asia (https://ripple.com/sbi-ripple-asia/)

Xpring (http://xpring.io/)

Ripple for Good (https://ripple.com/ripple-for-good/)

UBRI (https://ubri.ripple.com/)

 (https://www.facebook.com/ripplepay)      (https://twitter.com/Ripple)      (https://www.linkedin.com/company/ripple-labs)

© 2013 - 2020 Ripple, All Rights Reserved.    Terms (/terms-of-use/)    Privacy (/privacy-policy/)