# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | <u>CLASS ACTION</u> |
| This Document Relates to:<br><br>All Actions | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS COUNTS FOUR, SIX, AND SEVEN OF THE CONSOLIDATED FIRST AMENDED COMPLAINT** |

On June 8, 2020, Defendants filed a motion to dismiss counts four, six, and seven of Plaintiff's Consolidated First Amended Complaint (CFAC). *See* ECF No. 102. For the reasons below, that motion is **DENIED**.

\*\*\*

Plaintiff alleges that, in a scheme to raise hundreds of millions of dollars, Defendants illegally sold useless XRP tokens to retail investors around the globe. To maximize their profit from these sales, Defendants consistently promoted XRP through false and misleading statements. Plaintiff seeks to hold Defendants liable for defrauding investors in addition to selling unregistered securities.

Plaintiff's state-law fraud claims in counts four, six, and seven of the CFAC are subject to Rule 9(b)'s heightened pleading requirement. Consequently, the CFAC must allege the "who, what, when, where, and how of the misconduct charged." *Vess v. Ciba-Geigy Corp. USA*, 317 F.3d 1097, 1106 (9th Cir. 2003) (quotation omitted); *see also* Fed. R. Civ. P. 9(b). In addition to these neutral facts, the CFAC must also set forth "what is false or misleading about a statement, and why it is false." *Vess*, 317 F.3d at 1106.

The Court's review of the CFAC shows that it does precisely this. Although even one misleading statement is sufficient to support Plaintiff's state-law fraud claims, the CFAC identifies more than a dozen such statements, particularly pleading who made them, when they were made, and where. Critically, the CFAC also alleges why each statement was false or misleading when made. Consequently, Plaintiff's pleadings satisfy the heightened pleading requirement, and Defendants' motion is denied.

Dated: _____        _____

HON. PHYLLIS J. HAMILTON
UNITED STATES CHIEF DISTRICT JUDGE