UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE CASES FOR PRETRIAL PURPOSES** |

1  Pursuant to Civ. L.R. 7-11(a) and 7-12, the undersigned parties hereby stipulate as follows:

2  **WHEREAS**, on July 27, 2020, the case captioned *Simmons v. Ripple Labs, Inc.*, No. 20-cv-5127-KAW, was transferred to this District from the Southern District of New York, *Simmons*, ECF 16 at 1;

3  **WHEREAS**, the complaint in *Simmons* involves claims, allegations, and parties that are substantially similar to the operative complaint in *In re Ripple Labs Litigation*;

4  **WHEREAS**, all the affected parties in both actions—specifically, Defendants Ripple Labs Inc., XRP II LLC, and Bradley Garlinghouse, Lead Plaintiff Bradley Sostack, and Plaintiff Daniel Simmons—hereby stipulate that *Simmons* is related to the putative class action *In re Ripple Labs Litigation* pending before the Court;

5  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Lead Plaintiff Bradley Sostack, Plaintiff Daniel Simmons, and Defendants Ripple Labs, Inc., XRP II LLC, and Bradley Garlinghouse, through their respective counsel, that:

1. The *Simmons* action is related to *In re Ripple Labs Litigation* and, under the Court's standing order, Dkt. 35 at ¶¶ 6-7, that it should be consolidated therewith.

Dated: August 6, 2020

By: */s/ P. Ryan Burningham*
P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101

*Counsel for Lead Plaintiff Bradley Sostack*

By: */s/ Ross E. Pitcoff*
Ross E. Pitcoff
ROSS PITCOFF LAW
387 Park Avenue South, 5th Floor
New York, NY 10016

*Counsel for Plaintiff Daniel Simmons*

By: */s/ Menno Goedman*
Menno Goedman
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005

*Counsel for Defendants Ripple Labs, Inc., XRP II LLC, and Bradley Garlinghouse*

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

Dated: _____            _____
                                    Phyllis J. Hamilton
                                    UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Menno Goedman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

By: */s/ Menno Goedman*
    Menno Goedman