Damien J. Marshall (Admitted *pro hac vice*)
dmarshall@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone:   (212) 556-2100

Maxwell V. Pritt (SBN 253155)
mpritt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800
Facsimile:    (415) 293-6899

Menno Goedman (SBN 301271)
mgoedman@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC  20005
Telephone:   (202) 237-2727
Facsimile:    (202) 237-6131

Andrew J. Ceresney (Admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br>All Actions | Case No. 18-cv-06753-PJH<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO LEAD PLAINTIFF'S OBJECTION TO REPLY EVIDENCE**<br><br>[Civil Local Rules 7-3(d) and 7-11]<br><br>Consolidated First Amended Complaint filed: March 25, 2020 |

1  Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants Ripple Labs, Inc., XRP II, LLC, and
2  Bradley Garlinghouse hereby move for leave to file a Response to Lead Plaintiff's Objection to Reply
3  Evidence ("Objection").  Defendants' proposed Response to Lead Plaintiff's Objection ("Response") is
4  attached as Exhibit A to the Declaration of Maxwell V. Pritt ("Pritt Declaration") filed herewith.

5  On June 8, 2020, Defendants filed a Motion to Dismiss Counts Four, Six, and Seven of the
6  Consolidated First Amended Complaint ("Motion to Dismiss").  Dkt. 102.  Plaintiff filed an Opposition
7  on July 8, Dkt. 105, and Defendants filed their Reply on July 29, Dkt. 106.  Per Civil Local Rule 7-3(d)(1),
8  Plaintiff filed his Objection on August 4.  Dkt. 109.  Defendants now seek leave to file a Response to that
9  Objection.

10  Defendants' proposed Response is limited to addressing Plaintiff's erroneous arguments that (1)
11  Defendants' Reply brief purportedly raised "new" evidence (it did not), and (2) the Court cannot consider
12  materials cited or referenced in the First Amended Complaint that form the basis of Plaintiff's claims and
13  bear directly on the Motion to Dismiss (the Court can).  The filing of this Response will not prejudice
14  Plaintiff, and it would be unfair to deprive Defendants of the chance to respond to the inaccurate Objection.
15  Courts routinely grant parties leave to respond in similar circumstances.  *Patel v. Nike Retail Serv., Inc.*,
16  2016 WL 1241777, at *1 n.1 (N.D. Cal. Mar. 29, 2016) (granting leave to respond to Rule 7-3(d)
17  objections); *Banerjee v. Avinger, Inc.*, 2017 WL 4552063, at *3 (N.D. Cal. Oct. 11, 2017) (same).

18  Pursuant to Local Civil Rule 7-11(a), Defendants and Plaintiff were not able to stipulate to the
19  filing of this motion.  Pritt Decl. ¶ 3.

20  For the reasons set forth above and in the Pritt Declaration, Defendants respectfully request the
21  Court grant this administrative motion and consider Defendants' Response to Lead Plaintiff's Objection
22  to Reply Evidence in connection with the Motion to Dismiss.

24  Dated: August 7, 2020                         Respectfully submitted,

26                                                By:  */s/ Maxwell V. Pritt*
                                                       Maxwell V. Pritt (SBN 253155)
27                                                     BOIES SCHILLER FLEXNER LLP
                                                       44 Montgomery Street, 41st Floor
28                                                     San Francisco, CA 94104

1
ADMIN. MOTION FOR LEAVE TO RESPOND TO OBJECTION TO REPLY EVIDENCE
CASE NO. 18-cv-06753-PJH

Telephone: (415) 293-6800
Facsimile:  (415) 293-6899
Email: mpritt@bsfllp.com

Damien J. Marshall (Admitted *pro hac vice*)
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Email: dmarshall@kslaw.com

Menno Goedman (SBN 301271)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC  20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: mgoedman@bsfllp.com

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*