UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>All Actions | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO LEAD PLAINTIFF'S OBJECTION TO REPLY EVIDENCE<br><br>[Civil Local Rules 7-3(d) and 7-11]<br><br>Consolidated First Amended Complaint filed: March 25, 2020 |

1  Having duly considered Defendants' Administrative Motion for Leave To File a Response To Lead Plaintiff's Objection to Reply Evidence, and good cause appearing, IT IS HEREBY ORDERED that:

    1. Leave to file Defendants' Response to Lead Plaintiff's Objection to Reply Evidence is GRANTED.

    2. Defendants' Response to Lead Plaintiff's Objection to Reply Evidence, attached as Exhibit A to the Declaration of Maxwell V. Pritt and filed concurrently with Defendants' Administrative Motion for Leave To File a Response, is deemed filed and made part of the record on Defendants' June 8, 2020 Motion to Dismiss.

    **IT IS SO ORDERED.**

Dated:  August 10, 2020

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES CHIEF DISTRICT JUDGE