UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE CASES FOR PRETRIAL PURPOSES AS MODIFIED BY THE COURT** |

Pursuant to Civ. L.R. 7-11(a) and 7-12, the undersigned parties hereby stipulate as follows:

**WHEREAS**, on July 27, 2020, the case captioned *Simmons v. Ripple Labs, Inc.*, No. 20-cv-5127-KAW, was transferred to this District from the Southern District of New York, *Simmons*, ECF 16 at 1;

**WHEREAS**, the complaint in *Simmons* involves claims, allegations, and parties that are substantially similar to the operative complaint in *In re Ripple Labs Litigation*;

**WHEREAS**, all the affected parties in both actions—specifically, Defendants Ripple Labs Inc., XRP II LLC, and Bradley Garlinghouse, Lead Plaintiff Bradley Sostack, and Plaintiff Daniel Simmons—hereby stipulate that *Simmons* is related to the putative class action *In re Ripple Labs Litigation* pending before the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Lead Plaintiff Bradley Sostack, Plaintiff Daniel Simmons, and Defendants Ripple Labs, Inc., XRP II LLC, and Bradley Garlinghouse, through their respective counsel, that:

1. The *Simmons* action is related to *In re Ripple Labs Litigation* and, under the Court's standing order, Dkt. 35 at ¶¶ 6-7, that it should be consolidated therewith.

Dated: August 6, 2020

By: */s/ P. Ryan Burningham*
P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101

*Counsel for Lead Plaintiff Bradley Sostack*

By: */s/ Ross E. Pitcoff*
Ross E. Pitcoff
ROSS PITCOFF LAW
387 Park Avenue South, 5th Floor
New York, NY 10016

*Counsel for Plaintiff Daniel Simmons*

By: */s/ Menno Goedman*
Menno Goedman
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005

*Counsel for Defendants Ripple Labs, Inc., XRP II LLC, and Bradley Garlinghouse*

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**. The court directs the clerk to take all action prescribed to it under paragraph 7 of this court's March 18, 2019 order regarding publication of notice (Dkt. 35).

Dated: August 21, 2020

_____
Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

### SIGNATURE ATTESTATION

I, Menno Goedman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

By: */s/ Menno Goedman*
Menno Goedman