1  SUZANNE E. NERO (284894)
   snero@kslaw.com
2  **KING & SPALDING LLP**
   101 Second Street, Suite 1000
3  San Francisco, CA 94105
4  Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
5

6  *Attorney for Defendants Ripple Labs Inc.,*
   *XRP II, LLC, and Bradley Garlinghouse*
7

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                        OAKLAND DIVISION
11

12 | In re RIPPLE LABS INC. LITIGATION, | Case No.: 18-cv-06753-PJH |

13 |  | **NOTICE OF APPEARANCE OF SUZANNE E. NERO** |

14 |  |  |

15 |  | Consolidated Complaint Filed: August 5, 2019
    |  | Trial Date: None Set |

16 | This Document Relates To: |  |

17 | ALL ACTIONS |  |

18

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Suzanne E. Nero of King & Spalding LLP, 101 Second Street, Suite 1000, San Francisco, CA 94105, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse.

Dated: September 25, 2020

Respectfully Submitted,

KING & SPALDING LLP

By: */s / Suzanne E. Nero*
    Suzanne E. Nero

SUZANNE E. NERO (284894)
snero@kslaw.com
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorney for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*