UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 12, 2020  (Time: 17 minutes)       **JUDGE:** Phyllis J. Hamilton

**Case No:** 18-cv-06753-PJH
**Case Name:** Zakinov v. Ripple Labs, Inc.

**Attorney(s) for Plaintiff:**     Oleg Elkhunovich; James Taylor-Copeland
**Attorney(s) for Defendants:**    Andrew Michaelson; Suzanne Nero

**Deputy Clerk:** Kelly Collins       **Court Reporter:** Not reported

### PROCEEDINGS

Initial Case Management Conference-Held.  Motion for class certification to be filed by 8/26/2022. Opposition due 9/23/2022. Reply due 10/21/2022.  Hearing on motion for class certification set for 11/23/2022 at 9:00 a.m.  Dispositive motions to be filed by 12/16/2022. Oppositions due 1/27/2023. Replies due 2/17/2023.  Court adopts parties schedule and sets a trial date.

**REFERRALS:**
[X] Case referred to ADR for Private Mediation by 3/19/2021.


**PRETRIAL SCHEDULE:**

**Non-Expert Discovery Cutoff: 4/15/2022**
**Expert Disclosure: 5/13/2022 (Plaintiff), 6/10/2022 (Defendant)  Rebuttal: 7/8/2022**
**Expert Discovery Cutoff: 7/29/2022**
**Dispositive Motions heard by: 3/15/2023**
**Pretrial Conference: 6/22/2023 at 2:00 p.m.**
**Trial: 7/17/2023 at 8:30 a.m., for 12 days, by [X] Jury [] Court**


Order to be prepared by:   [] Pl [] Def [X] Court


cc: chambers; ADR