SUZANNE E. NERO (Bar No. 284894)
snero@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorney for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No.: 18-cv-06753-PJH |
| | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| This Document Relates To: ALL ACTIONS | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective November 23, 2020, the address for Suzanne Nero from KING & SPALDING LLP, attorney for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse, will move to 50 California Street, Suite 3300, San Francisco, CA 94111. The telephone and facsimile numbers shall remain the same.

All notices, pleadings, and correspondence should be directed to counsel at the above address.

Dated:  November 20, 2020

KING & SPALDING LLP

By: */s / Suzanne E. Nero*
   Suzanne E. Nero

*Attorney for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*