1  DAMIEN J. MARSHALL (admitted *pro hac vice*)
   dmarshall@kslaw.com
2  ANDREW MICHAELSON (admitted *pro hac vice*)
   amichaelson@kslaw.com
3  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
4  New York, NY 10036
   Tel: (212) 556-2100; Fax: (212) 556-2222
5
   SUZANNE E. NERO (SBN 284894)
6  snero@kslaw.com
   KING & SPALDING LLP
7  50 California Street, Suite 3300
   San Francisco, CA 94111
8  Tel: (415) 318-1200; Fax: (415) 318-1300
9  ANDREW J. CERESNEY (admitted *pro hac vice*)
   aceresney@debevoise.com
10 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
11 New York, NY 10022
   Tel: (212) 909-6000; Fax: (212) 909-6836
12
13 *Attorneys for Defendants Ripple Labs Inc.,*
   *XRP II, LLC, and Bradley Garlinghouse*
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         OAKLAND DIVISION
17

18
   In re RIPPLE LABS INC. LITIGATION          Case No. 4:18-cv-06753-PJH
19
   _____           **NOTICE OF CHANGE IN COUNSEL**
20
   This Document Relates to:
21
   ALL ACTIONS
22

23

24

25

26

27

28

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Damien J. Marshall, counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (together "Defendants"), is now a partner of the law firm King & Spalding LLP, which will serve as Defendants' lead counsel going forward.  Mr. Marshall's updated address and contact information are as follows:

> KING & SPALDING LLP
> 1185 Avenue of the Americas, 34th Floor
> New York, NY 10036
> Tel: (212) 556-2100
> Fax: (212) 556-2222
> Email: dmarshall@kslaw.com

PLEASE TAKE FURTHER NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(C), that Maxwell Vaughn Pritt and Menno Goedman of Boies Schiller Flexner LLP will no longer serve as attorneys of record for Defendants.  Defendants hereby request that Mr. Pritt and Mr. Goedman be removed from the Court's electronic mail notification list.

Counsel for Defendants otherwise remains unchanged.  Counsel of record Andrew J. Ceresney, Andrew Michaelson, and Suzanne E. Nero continue to represent Defendants.

DATED: January 7, 2021                    KING & SPALDING LLP


                                  By:   */s/ Suzanne E. Nero*
                                        Suzanne E. Nero

                                        DAMIEN J. MARSHALL (admitted *pro hac vice*)
                                        dmarshall@kslaw.com
                                        ANDREW MICHAELSON (admitted *pro hac vice*)
                                        amichaelson@kslaw.com
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas, 34th Floor
                                        New York, NY 10036
                                        Tel: (212) 556-2100; Fax: (212) 556-2222

                                        SUZANNE E. NERO (SBN 284894)
                                        snero@kslaw.com
                                        KING & SPALDING LLP
                                        50 California St., Suite 3300
                                        San Francisco, CA 94111
                                        Tel: (415) 318-1200; Fax: (415) 318-1300

                                        ANDREW J. CERESNEY (admitted *pro hac vice*)
                                        aceresney@debevoise.com
                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        Tel: (212) 909-6000; Fax: (212) 909-6836

                                        *Attorneys for Defendants Ripple Labs Inc.,*
                                        *XRP II, LLC, and Bradley Garlinghouse*