Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Meng Xi (280099)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
mxi@susmangodfrey.com

P.  Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
rburningham@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH<br><br>**DECLARATION OF P. RYAN BURNINGHAM IN SUPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG** |

I, Ryan Burningham, hereby declare as follows:

1. I am an attorney in the law firm of Susman Godfrey, LLP. I am counsel for Lead Plaintiff Bradley Sostack. I am admitted *pro hac vice* to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Lead Plaintiff's Motion to File Under Seal Materials Relating to Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log.

3. The documents below contain and describe information that has been designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the parties' Stipulated Protective Order. *See* ECF No. 120 at §§ 2(B), 2(G).

| Documents to be Filed Under Seal | Line Nos. to be Redacted / Sealed in Full |
|---|---|
| Portions of Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log | 9:12-13<br>9:15-16<br>16:4-9<br>16:12-13<br>16:17<br>17:14-15<br>17:17-18<br>17:24 |
| Portions of the Declaration of P. Ryan Burningham in Support of Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log | 3:9-12<br>4:3-4<br>4:7-10 |
| Exhibit 3 (RPLI_0004564) | Sealed in Full |
| Exhibit 4 (RPLI_00041073) | Sealed in Full |
| Exhibit 5 (RPLI_00301745) | Sealed in Full |
| Exhibit 7 (RPLI_00137882) | Sealed in Full |
| Exhibit 8 (RPLI_00296003) | Sealed in Full |

1   I declare under penalty of perjury that the foregoing is true and correct.

3   Signed this 8th day of February, 2021, at Seattle, WA.

4   By: */s/ P. Ryan Burningham*
P. Ryan Burningham

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

/s/ *P. Ryan Burningham*
P. Ryan Burningham