1  Marc M. Seltzer (54534)
   Steven G. Sklaver (237612)
2  Oleg Elkhunovich (269238)
   Meng Xi (280099)
3  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
4  Los Angeles, CA  90067-6029
   Telephone: (310) 789-3100
5  Facsimile: (310) 789-3150
   mseltzer@susmangodfrey.com
6  ssklaver@susmangodfrey.com
   oelkhunovich@susmangodfrey.com
7  mxi@susmangodfrey.com

8  P.  Ryan Burningham (*pro hac vice*)
   SUSMAN GODFREY L.L.P.
9  1201 Third Avenue, Suite 3800
   Seattle, WA  98101
10 Telephone: (206) 516-3880
   Facsimile: (206) 516-3883
11 rburningham@susmangodfrey.com

12 James Q. Taylor-Copeland (284743)
   TAYLOR-COPELAND LAW
13 501 W. Broadway, Suite 800
   San Diego, CA 92101
14 james@taylorcopelandlaw.com
   Telephone: (619) 400-4944
15 Facsimile: (619) 566-4341

16 *Counsel for Lead Plaintiff Bradley Sostack*

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19                   **OAKLAND DIVISION**

20

| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
|---|---|
| This Document Relates to: | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG** |
| All Actions | |

21
22
23
24
25
26
27
28

1

Pursuant to Civil Local Rules 7-11 and 79-5(e), on February 8, 2021, Lead Plaintiff Bradley Sostack filed his Administrative Motion to File Under Seal Materials Relating to Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log. The documents contain and describe information that Defendants designated as confidential or highly confidential under the Court's protective order. Having reviewed Lead Plaintiff's Administrative Motion to File Under Seal, Defendants' declaration in response, if any, and for good cause appearing, the motion is granted as follows:

| Documents to be Filed Under Seal | Line Nos. to be Redacted / Sealed in Full | Court Order |
|---|---|---|
| Portions of Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log | 9:12-13<br>9:15-16<br>16:4-9<br>16:12-13<br>16:17<br>17:14-15<br>17:17-18<br>17:24 | |
| Portions of the Declaration of P. Ryan Burningham in Support of Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log | 3:9-12<br>4:3-4<br>4:7-10 | |
| Exhibit 3 (RPLI_0004564) | Sealed in Full | |
| Exhibit 4 (RPLI_00041073) | Sealed in Full | |
| Exhibit 5 (RPLI_00301745) | Sealed in Full | |
| Exhibit 7 (RPLI_00137882) | Sealed in Full | |
| Exhibit 8 (RPLI_00296003) | Sealed in Full | |

**IT IS SO ORDERED.**

Date: _____          By: _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge

[PROPOSED] ORDER GRANTING LEAD PLTF'S MTN TO FILE UNDER SEAL