Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Meng Xi (280099)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
mxi@susmangodfrey.com

P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
rburningham@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br><br>All Actions | **LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG** |

1

Pursuant to Civil Local Rules 7-11 and 79-5(e), and §§ 7(C) and 7(D) of the parties' Stipulated Protective Order as Modified by the Court, ECF No. 120, Lead Plaintiff Bradley Sostack moves this Court to file under seal the following documents related to Lead Plaintiff's Reply in Support of His Motion to Compel Production of Documents and Privilege Log. Plaintiff seeks to seal portions of its brief and its accompanying declaration and exhibits based on confidentiality designations made by Defendants. Plaintiff takes no position concerning whether there is good cause to seal these documents.

| Documents to be Filed Under Seal | Line Nos. to be Redacted / Sealed in Full |
|---|---|
| Portions of Lead Plaintiff's Reply in Support of His Motion to Compel Production of Documents and Privilege Log | 6:15-17<br>6:25-28<br>7:1-5 |
| Burningham Decl. Exhibit 1 (RPLI_00302981) | Sealed in Full |
| Burningham Decl. Exhibit 2 (RPLI_00302989) | Sealed in Full |
| Burningham Decl. Exhibit 3 (RPLI_00303004) | Sealed in Full |
| Burningham Decl. Exhibit 4 (RPLI_00303011) | Sealed in Full |
| Burningham Decl. Exhibit 5 (RPLI_00303032) | Sealed in Full |

The documents above contain and describe information that has been designated by Defendants as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the parties' Stipulated Protective Order. *See* ECF No. 120 at §§ 2(B), 2(G). Pursuant to Civil L.R. 79-5(d)(1)(A)–(D), filed herewith are the following:

(1) the Declaration of P. Ryan Burningham in support of this motion;

(2) a proposed order;

(3) unredacted versions of the documents listed above; and

(4) a redacted version of the reply brief.

Plaintiff respectfully requests that, if the Court finds good cause, it enter the attached proposed order.

Dated: March 1, 2021							SUSMAN GODFREY L.L.P.

										By:	/s/ *P. Ryan Burningham*

Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Meng Xi (280099)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
mxi@susmangodfrey.com

P.  Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
rburningham@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

/s/ *P. Ryan Burningham*
P. Ryan Burningham