1   Marc M. Seltzer (54534)
    Steven G. Sklaver (237612)
2   Oleg Elkhunovich (269238)
    Meng Xi (280099)
3   SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
4   Los Angeles, CA  90067-6029
    Telephone: (310) 789-3100
5   Facsimile: (310) 789-3150
    mseltzer@susmangodfrey.com
6   ssklaver@susmangodfrey.com
    oelkhunovich@susmangodfrey.com
7   mxi@susmangodfrey.com

8   P. Ryan Burningham (*pro hac vice*)
    SUSMAN GODFREY L.L.P.
9   1201 Third Avenue, Suite 3800
    Seattle, WA  98101
10  Telephone: (206) 516-3880
    Facsimile: (206) 516-3883
11  rburningham@susmangodfrey.com

12  James Q. Taylor-Copeland (284743)
    TAYLOR-COPELAND LAW
13  501 W. Broadway, Suite 800
    San Diego, CA 92101
14  james@taylorcopelandlaw.com
    Telephone: (619) 400-4944
15  Facsimile: (619) 566-4341

16  *Counsel for Lead Plaintiff Bradley Sostack*

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19                   **OAKLAND DIVISION**

20

| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
|---|---|
| | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG** |
| This Document Relates to: | |
| All Actions | |

1

1    Pursuant to Civil Local Rules 7-11 and 79-5(e), on March 1, 2021, Lead Plaintiff Bradley

2    Sostack filed his Administrative Motion to File Under Seal Materials Relating to Lead Plaintiff's

3    Reply in Support of his Motion to Compel Production of Documents and Privilege Log. The

4    documents contain and describe information that Defendants designated as confidential or highly

5    confidential under the Court's protective order. Having reviewed Lead Plaintiff's Administrative

6    Motion to File Under Seal, Defendants' declaration in response, if any, and for good cause

7    appearing, the motion is granted as follows:

8

| Documents to be Filed Under Seal | Line Nos. to be Redacted / Sealed in Full | Court Order |
|---|---|---|
| Portions of Lead Plaintiff's Reply in Support of His Motion to Compel Production of Documents and Privilege Log | 6:15-17 6:25-28 7:1-5 | |
| Burningham Decl. Exhibit 1 (RPLI_00302981) | Sealed in Full | |
| Burningham Decl. Exhibit 2(RPLI_00302989) | Sealed in Full | |
| Burningham Decl. Exhibit 3 (RPLI_00303004) | Sealed in Full | |
| Burningham Decl. Exhibit 4 (RPLI_00303011) | Sealed in Full | |
| Burningham Decl. Exhibit 5 (RPLI_00303032) | Sealed in Full | |

**IT IS SO ORDERED.**

Date: _____          By: _____

PHYLLIS J. HAMILTON
United States District Judge

7947380v1/016433

[PROPOSED] ORDER GRANTING LEAD PL.'S MOT. TO FILE UNDER SEAL