Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Meng Xi (280099)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
mxi@susmangodfrey.com

P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
rburningham@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | **DISCOVERY MATTER** |
| This Document Relates to:<br><br>All Actions | **DECLARATION OF P. RYAN BURNINGHAM IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG**<br><br>DATE:       March 25, 2021<br>TIME:       1:30 pm<br>PLACE:    Courtroom 3, Oakland |

1

BURNINGHAM DECL. ISO PL.'S REPLY

7943920v1/016433

I, Ryan Burningham, hereby declare as follows:

1. I am an attorney in the law firm of Susman Godfrey, LLP. I am counsel for Lead Plaintiff Bradley Sostack. I am admitted *pro hac vice* to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Lead Plaintiff's Reply in Support of His Motion to Compel Production of Documents and Privilege Log.

3. Attached to this declaration as **Exhibit 1** is a true and correct copy of a document produced by Defendants on February 22, 2021, at 3:28 p.m. Pacific and numbered RPLI_00302981.

4. Attached to this declaration as **Exhibit 2** is a true and correct copy of a document produced by Defendants on February 22, 2021, at 3:28 p.m. Pacific and numbered RPLI_00302989.

5. Attached to this declaration as **Exhibit 3** is a true and correct copy of a document produced by Defendants on February 22, 2021, at 3:28 p.m. Pacific and numbered RPLI_00303004.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of a document produced by Defendants on February 22, 2021, at 3:28 p.m. Pacific and numbered RPLI_00303011.

7. Attached to this declaration as **Exhibit 5** is a true and correct copy of a document produced by Defendants on February 22, 2021, at 3:28 p.m. Pacific and numbered RPLI_00303032.

8. [This paragraph intentionally left blank]

9. To date, Plaintiff has served 102 RFPs on Defendants.

10. To date, Defendants have served 88 RFPs on Plaintiff.

1    I declare under penalty of perjury that the foregoing is true and correct.

3    Signed this 1ˢᵗ day of March, 2021, at Seattle, WA.

4                                       By: /s/ *P. Ryan Burningham*
                                              P. Ryan Burningham

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

/s/ *P. Ryan Burningham*
P. Ryan Burningham