UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADI ZAKINOV, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RIPPLE LABS, INC., et al.,<br>　　　　Defendants. | Case No. 18-cv-06753-PJH<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

　　　　Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to compel production of documents and privilege log (Dkt. 129), that motion's associated motions to seal (Dkt. 128 and Dkt. 132), and all further discovery disputes. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is **VACATED**.

　　　　The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

　　　　**IT IS SO ORDERED.**

Dated: March 12, 2021　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: MagRef, Assigned M/J, counsel of record