SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 1400 | 32ND FLOOR |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10019-6023 |
| (713) 651-9366 | (310) 789-3100 | (212) 336-8330 |

Ryan Burningham
Direct Dial (206) 505-3823

E-Mail RBurningham@susmangodfrey.com

March 24, 2021

Hon. Robert M. Illman
Eureka-McKinleyville Courthouse
3140 Boeing Ave
McKinleyville, CA 95519

Dear Judge Illman:

We write regarding Plaintiff's pending motion to compel (ECF No. 129) in *In re Ripple Labs, Inc. Litigation*, No. 4:18-cv-06753-PJH (RMI).

The parties met and conferred on March 22 and are pleased to inform the Court that they have resolved all issues raised in Plaintiff's motion. Because no issues remain outstanding, the parties respectfully request that the Court deny the motion as moot.

Sincerely,

*/s/ P. Ryan Burningham*                */s/ Suzanne E. Nero (w/ perm.)*

P. Ryan Burningham                       Suzanne E. Nero
SUSMAN GODFREY L.L.P.                    KING & SPALDING LLP
*Counsel for Plaintiff*                  *Counsel for Defendants*

8011128v2/016433