Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Meng Xi (280099)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
mxi@susmangodfrey.com

P. Ryan Burningham (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
rburningham@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH<br><br>[~~PROPOSED~~] **ORDER GRANTING LEAD PLAINTIFF'S MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG** |

1

Pursuant to Civil Local Rules 7-11 and 79-5(e), on February 8, 2021, Lead Plaintiff Bradley Sostack filed his Administrative Motion to File Under Seal Materials Relating to Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log. The documents contain and describe information that Defendants designated as confidential or highly confidential under the Court's protective order. Having reviewed Lead Plaintiff's Administrative Motion to File Under Seal, Defendants' declaration in response, if any, and for good cause appearing, the motion is granted as follows:

| Documents to be Filed Under Seal | Line Nos. to be Redacted / Sealed in Full | Court Order |
|---|---|---|
| Portions of Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log | 9:12-13<br>9:15-16<br>16:4-9<br>16:12-13<br>16:17<br>17:14-15<br>17:17-18<br>17:24 | **GRANTED** |
| Portions of the Declaration of P. Ryan Burningham in Support of Lead Plaintiff's Motion to Compel Production of Documents and Privilege Log | 3:9-12<br>4:3-4<br>4:7-10 | **GRANTED** |
| Exhibit 3 (RPLI_0004564) | Sealed in Full | **GRANTED** |
| Exhibit 4 (RPLI_00041073) | Sealed in Full | **GRANTED** |
| Exhibit 5 (RPLI_00301745) | Sealed in Full | **GRANTED** |
| Exhibit 7 (RPLI_00137882) | Sealed in Full | **GRANTED** |
| Exhibit 8 (RPLI_00296003) | Sealed in Full | **GRANTED** |

**IT IS SO ORDERED.**

Date: March 24, 2021    By: _____
Robert M. Illman
United States Magistrate Judge