1   James Q. Taylor-Copeland (284743)          Damien J. Marshall (*pro hac vice*)
    james@taylorcopelandlaw.com                dmarshall@kslaw.com
2   TAYLOR-COPELAND LAW                        KING & SPALDING LLP
    501 W. Broadway, Suite 800                 Andrew Michaelson (*pro hac vice*)
3   San Diego, CA 92101                        amichaelson@kslaw.com
    Telephone: (619) 400-4944                  1185 Avenue of the Americas, 34th Floor
4   Facsimile: (619) 566-4341                  New York, NY 10036
                                               Telephone:    (212) 556-2100
5   Marc M. Seltzer (54534)                    Facsimile:    (212) 556-2222
    mseltzer@susmangodfrey.com
6   Steven G. Sklaver (237612)                 Suzanne E. Nero (SBN 284894)
    ssklaver@susmangodfrey.com                 snero@kslaw.com
7   Oleg Elkhunovich (269238)                  KING & SPALDING LLP
    oelkhunovich@susmangodfrey.com             50 California Street, Suite 3300
8   Meng Xi (280099)                           San Francisco, CA 94111
    mxi@susmangodfrey.com                      Tel: (415) 318-1200; Fax: (415) 318-1300
9   SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, 14th Floor       Andrew J. Ceresney (*pro hac vice*)
10  Los Angeles, CA 90067                      aceresney@debevoise.com
    Telephone: (310) 789-3100                  DEBEVOISE & PLIMPTON LLP
11  Facsimile: (310) 789-3150                  919 Third Avenue
                                               New York, NY 10022
12  P. Ryan Burningham (*pro hac vice*)        Tel: (212) 909-6000; Fax: (212) 909-6836
    rburningham@susmangodfrey.com
13  SUSMAN GODFREY L.L.P.                          *Attorneys for Defendants Ripple Labs Inc.,*
    1201 Third Avenue, Suite 3800                  *XRP II LLC, and Bradley Garlinghouse*
14  Seattle, WA  98101
    Telephone: (206) 516-3880
15  Facsimile:  206) 516-3883

16  *Counsel for Lead Plaintiff Bradley Sostack*

17
                        UNITED STATES DISTRICT COURT
18
                      NORTHERN DISTRICT OF CALIFORNIA
19
                              OAKLAND DIVISION
20

21  |                                    | Case No.     18-cv-06753-PJH       |
    | In re RIPPLE LABS INC. LITIGATION, |                                    |
22  |                                    | **STIPULATION REGARDING**          |
    |                                    | **REVISED STIPULATED**             |
23  |                                    | **[PROPOSED] PROTECTIVE ORDER**    |
    | This Document Relates To:          |                                    |
24  |                                    |                                    |
    | ALL ACTIONS                        |                                    |
25

26

27

28

1   Lead Plaintiff Bradley Sostack and Defendants Ripple Labs, Inc., XRP II LLC, and

2   Bradley Garlinghouse (collectively, the "Parties"), by and through their respective counsel, agree

3   and request as follows:

4   WHEREAS, on November 4, 2020, the Court entered the Stipulated Protective Order as

5   Modified by the Court, ECF No. 120;

6   WHEREAS, the parties are seeking or may seek discovery in this action from third-parties

7   who produced documents in connection with proceedings in *SEC v. Ripple Labs*, Case No. 20-cv-

8   10832 (AT);

9   WHEREAS, in order to facilitate third-party discovery in this case in an efficient manner

10  that will reduce burdens on third-parties to re-produce documents already subject to production in

11  *SEC v. Ripple Labs*, the Parties have agreed on a revision to the definition of "Designating Party"

12  in section 2.D of the Protective Order;

13  WHEREAS, the Parties have included the agreed-upon Revised Stipulated [Proposed]

14  Protective Order as **Exhibit A** and a redline version showing the changes in section 2.D as

15  **Exhibit B;**

16  NOW, THEREFORE, the Parties, through their respective counsel hereby stipulate and

17  agree and request the Court order as follows:

18      1.  Grant the Parties' request to modify the Protective Order and enter the Revised

19          Stipulated [Proposed] Protective Order attached as Exhibit A as the operative

20          Protective Order in the case.

21  IT IS SO STIPULATED.

22                              Respectfully submitted,

23  Dated: August 6, 2021

24  By: _/s/ James Taylor-Copeland_____          By: _/s/ Suzanne E. Nero_____
    James Q. Taylor-Copeland (284743)              Suzanne E. Nero (SBN 284894)
25  james@taylorcopelandlaw.com                    snero@kslaw.com
    TAYLOR-COPELAND LAW                            KING & SPALDING LLP
26  501 W. Broadway, Suite 800                     50 California Street, Suite 3300
    San Diego, CA 92101                            San Francisco, CA 94111
27  Telephone: (619) 400-4944                      Tel: (415) 318-1200; Fax: (415) 318-1300
    Facsimile: (619) 566-4341
28

1

STIPULATION REGARDING REVISED STIPULATED [PROPOSED] PROTECTIVE
ORDER
Case No. 18-cv-06753-PJH

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:    August 6, 2021                     /s/ Suzanne E. Nero

                                                 Suzanne E. Nero

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated:                                      _____

                                      The Honorable Phyllis J. Hamilton
                                      United States District Judge

STIPULATION REGARDING REVISED STIPULATED [PROPOSED] PROTECTIVE ORDER
Case No. 18-cv-06753-PJH