1

2

3

4                                  UNITED STATES DISTRICT COURT

5                               NORTHERN DISTRICT OF CALIFORNIA

6

7    TYLER TOOMEY, et al.,                           Case No.  21-cv-06518-SK

8                        Plaintiffs,

                                                     **ORDER OF SUA SPONTE REFERRAL**
9            v.

10   RIPPLE LABS, INC., et al.,

11                       Defendants.

12

13           Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned

14   case is referred to Judge Phyllis J. Hamilton to determine whether it is related to *Zakinov et al v.*

15   *Ripple Labs, Inc., et al.*, Case No. 18-cv-06753-PJH.

16           **IT IS SO ORDERED**.

17   Dated: September 1, 2021

18                                                   _____

19                                                   SALLIE KIM
                                                     United States Magistrate Judge
20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California