James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

P. Ryan Burningham (Admitted *pro hac vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: 206) 516-3883

*Counsel for Lead Plaintiff Bradley Sostack*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 4:18-cv-06753-PJH <br><br> **LEAD PLAINTIFF BRADLEY SOSTACK'S OBJECTION TO JOINT STIPULATION TO CONTINUE NOTICED HEARING DATE AND RESPONSE TO MOTIONS TO DISMISS IN THE *TOOMEY* ACTION** <br><br> Judge: Hon. Phyllis J. Hamilton |

Lead Plaintiff Bradley Sostack respectfully submits this Objection to the Joint Stipulation to Continue Noticed Hearing Date and Response to Motions to Dismiss ("Stipulation," ECF No.

153), filed on October 26, 2021, by plaintiffs Tyler Toomey and Markas Sergalis ("*Toomey* Plaintiffs"), defendants Foris, Inc., Foris Dax, Inc., and Foris DAX Global Limited (collectively, the "Foris Defendants"), and defendant MCO Malta Dax Limited ("MCO"). The scheduling relief sought by the Stipulation should be denied.

On September 20, 2021, the Court consolidated the *Toomey* action with this *In re Ripple Labs, Inc. Litig.* action for pretrial purposes. ECF No. 149. The Court also vacated all hearing dates for noticed motions. The consolidation order issued in the *Toomey* action explained that, "to the extent that the newly-consolidated action involves legal issues arising only under Florida state law, or involves legal issues relating to defendants that are not named in *In re Ripple*, those issues will not be addressed until the court has resolved the legal issues raised by the earlier filed action." *Toomey v. Ripple Labs, Inc.*, Case No. 3:21-cv-06518, ECF No. 85.

On October 20, 2021, the Foris Defendants filed a Motion for Clarification (ECF No. 150), asking the Court to reverse course and address issues relating to the Foris Defendants now despite the Court's clear instruction that it would address them later. The next day, the *Toomey* Plaintiffs filed a response and argued that the Court had effectively stayed resolution of the *Toomey* action pending resolution of the issues raised in this consolidated action. ECF No. 152 at 2. Then, on October 25, 2021, Lead Plaintiff also responded to the Foris Defendants' Motion for Clarification, reiterating that the Court's consolidation orders in *In re Ripple* and in *Toomey* had vacated any hearing dates in *Toomey* and delayed resolution of any legal issues relating to defendants not named in *In re Ripple* (*i.e.*, the Foris Defendants and MCO). ECF No. 152.

Now, days after asking the Court to follow a vacated briefing schedule, the Foris Defendants propose a new briefing schedule. Likewise, days after telling the Court that they understood the *Toomey* action to be stayed, the *Toomey* Plaintiffs now join the Foris Defendants' request to set new briefing deadlines.

For the reasons explained in Lead Plaintiff's Response to Foris Defendants' Motion for Clarification, there is no reason for the Court to address issues raised by defendants not named in *In re Ripple* at this stage in the proceedings. ECF No. 152 at 2–3. There is no prejudice to the Foris Defendants or to MCO resulting from the mere fact that they are defendants in a stayed

lawsuit. *Id.* The issues raised in the *Toomey* action substantially overlap with those being litigated in *In re Ripple*. *Id.* at 3. The *Toomey* Plaintiffs are members of the putative class in *In re Ripple*, no parties have objected to consolidation, and it is the Court-appointed Lead Plaintiff, not the *Toomey* Plaintiffs, that is "empowered to control the management of the litigation as a whole." *Id.* at 3 (quoting *In re Bank of Am. Corp. Securities, Derivative & ERISA Litig.*, 2010 WL 1438780, at *2 (S.D.N.Y. Apr. 9, 2010)). Mr. Toomey, who claims a mere $48.56 in damages, is not the proper party to litigate issues that will impact all members of the putative class. *See Toomey v. Ripple Labs et al.*, No. 4:21-cv-0615-PJH, ECF No. 58 (Motion to Appoint Lead Plaintiff) at 4. Nor is Mr. Sergalis, who did not join Mr. Toomey in seeking appointment as lead plaintiff. *See generally id.*

The Court's orders were clear. The *Toomey* action is effectively stayed pending resolution of *In re Ripple*. For the reasons above and in Lead Plaintiff's Response to Foris Defendants' Motion for Clarification, that should not change. The Stipulation should be denied.

Dated: October 28, 2021

By: */s/ P. Ryan Burningham*
P. Ryan Burningham

James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Meng Xi (SBN 280099)
mxi@susmangodfrey.com

| | |
|---|---|
| 1 | SUSMAN GODFREY L.L.P. |
| 2 | 1000 Louisiana, Ste. 5100 |
|   | Houston, TX 77002 |
| 3 | Telephone: (713) 651-9366 |
|   | Facsimile: (713) 654-6666 |

P. Ryan Burningham (Admitted *pro hac vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: 206) 516-3883

*Counsel for Lead Plaintiff Bradley Sostack*