Damien J. Marshall (Admitted *pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (Admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

Suzanne E. Nero (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

Andrew J. Ceresney (Admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 4:18-cv-06753-PJH <br><br> **RIPPLE DEFENDANTS' OBJECTIONS TO JOINT STIPULATION TO CONTINUE NOTICED HEARING DATE AND RESPONSE TO MOTIONS TO DISMISS IN THE *TOOMEY* ACTION** <br><br> Judge: Hon. Phyllis J. Hamilton |

Defendants Ripple Labs, Inc., XRP II, LLC and Bradley Garlinghouse (collectively the "Ripple Defendants") hereby submit this Objection to the Joint Stipulation to Continue Noticed Hearing Date and Response to Motions to Dismiss ("Stipulation," ECF No. 153) filed on October 26, 2021 by certain parties in *Toomey et al. v. Ripple Labs Inc. et al.*, Case No. 21-cv-06518-PJH (the "*Toomey* action"). The *Toomey* action was related and consolidated with the above-referenced matter by this Court on September 20, 2021 (the "Order"). ECF No. 85. The scheduling relief sought by the Stipulation should be denied in accordance with the Order.

The Court's Order consolidated the *Toomey* action into *In re Ripple* for all pretrial purposes. It contains a clear directive that to the extent the *Toomey* action "involves legal issues arising only under Florida state law, **or involves legal issues relating to defendants that are not named in** *In re Ripple*, those issues **will not be addressed** until the court has resolved the legal issues raised by the earlier-filed action." ECF No. 85 (emphasis added). In direct contravention of that Order, the *Toomey* Plaintiffs and certain defendants in *Toomey* who are not named defendants in *In re Ripple* now ask the Court to set a briefing schedule on a motion to dismiss. The Court should deny this request.

Lead Plaintiff Bradley Sostack and the Ripple Defendants have been litigating this case for over two years. It is efficient and proper for the legal issues in *In re Ripple* to be resolved before addressing legal issues of newly-named defendants in a tag-along action that was filed years later, by plaintiffs who are members of the putative class in *In re Ripple*, but who did not seek to be appointed Lead Plaintiff. The *Toomey* case has rightfully been consolidated with *In re Ripple* for pretrial purposes, and the proposed stipulation should be denied.

Dated: October 29, 2021

Respectfully submitted,

By: */s/ Suzanne E. Nero*
Suzanne E. Nero
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200

*Counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*