DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |

Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

1. On November 16, 2020, the Court issued a Case Management and Pretrial Order, which set forth pretrial deadlines, including a non-expert discovery cutoff of April 15, 2022. ECF No. 124 & ECF No. 125.

2. The Parties have been diligently engaged in fact discovery since the Court issued its Pretrial Order, including both producing documents and responding to written discovery.

3. Ripple is concurrently litigating a case against the Securities and Exchange Commission in the Southern District of New York that involves many of the same factual and legal questions at issue in this case, including whether XRP is a "security" under federal securities law. *SEC v. Ripple Labs Inc. et al.*, Case No. 20 Civ. 10832 (AT) (S.D.N.Y.) (the "SEC Action").

4. Due to the overlap of factual and legal issues between this case and the SEC Action, the Parties agree that there are efficiencies in having certain aspects of the SEC Action precede certain deadlines in this action. Doing so will reduce the burden on the Parties, streamline discovery in this case, and potentially reduce the burden on the Court by narrowing the issues in dispute.

5. To ensure this case is nonetheless proceeding efficiently, and in as timely a fashion as developments in the SEC Action permit, the Parties have agreed to a revised schedule set forth below.

6. Pursuant to Local Rule 6-2(a)(2), the Parties state that there have been no previous modifications to the case schedule since the Court issued its Pretrial Order, ECF No. 125.

7. The Parties stipulate and agree and request the Court modify the pretrial schedule as follows:

|  | **Current Date** | **New Agreed Date** |
|---|---|---|
| **Class Certification Motion** | August 26, 2022 (ECF No. 124) | November 18, 2022 |
| **Class Certification Opposition** | September 23, 2022 (ECF No. 124) | January 27, 2023 |
| **Class Certification Reply** | October 12, 2022 (ECF No. 124) | March 24, 2023 |
| **Non-Expert Discovery Cutoff** | April 15, 2022 (ECF No. 125) | March 31, 2023 |
| **Class Certification Hearing** | November 23, 2022 (ECF No. 124) | April 26, 2023 |
| **Plaintiff's Expert Disclosures** | May 13, 2022 (ECF No. 125) | April 28, 2023 |
| **Defendants' Expert Disclosures** | June 10, 2022 (ECF No. 125) | May 26, 2023 |
| **Plaintiff's Expert Rebuttal** | July 8, 2022 (ECF No. 125) | June 23, 2023 |
| **Expert Discovery Cutoff** | July 29, 2022 (ECF No. 125) | July 21, 2023 |
| **Dispositive Motions Filed** | December 16, 2022 (ECF No. 124) | August 25, 2023 |
| **Dispositive Motion Oppositions** | January 27, 2023 (ECF No. 124) | September 22, 2023 |
| **Dispositive Motion Replies** | February 17, 2023 (ECF No. 124) | October 20, 2023 |
| **Dispositive Motions Heard By** | March 15, 2023 (ECF No. 125) | November 22, 2023 |
| **Pretrial Conference** | June 22, 2023 (ECF No. 125) | December 22, 2023 |
| **Trial Date** | July 17, 2023 (ECF No. 125) | January 29, 2024 |

DATED: February 23, 2022						KING & SPALDING LLP

									By: /s/ Suzanne E. Nero
									Suzanne E. Nero

									DAMIEN J. MARSHALL (admitted *pro hac vice*)
									dmarshall@kslaw.com
									ANDREW MICHAELSON (admitted *pro hac vice*)
									amichaelson@kslaw.com
									KING & SPALDING LLP
									1185 Avenue of the Americas, 34th Floor
									New York, NY 10036
									Tel: (212) 556-2100; Fax: (212) 556-2222

									SUZANNE E. NERO (SBN 284894)
									snero@kslaw.com
									KING & SPALDING LLP
									50 California St., Suite 3300
									San Francisco, CA 94111
									Tel: (415) 318-1200; Fax: (415) 318-1300

									ANDREW J. CERESNEY (admitted *pro hac vice*)
									aceresney@debevoise.com
									DEBEVOISE & PLIMPTON LLP
									919 Third Avenue
									New York, NY 10022
									Tel: (212) 909-6000; Fax: (212) 909-6836

									*Attorneys for Defendants Ripple Labs Inc.,*
									*XRP II, LLC, and Bradley Garlinghouse*


								By: /s/ Oleg Elkhunovich
									Oleg Elkhunovich

									James Q. Taylor-Copeland (SBN 284743)
									james@taylorcopelandlaw.com
									TAYLOR-COPELAND LAW
									501 W. Broadway, Suite 800
									San Diego, CA 92101
									Telephone: (619) 400-4944
									Facsimile: (619) 566-4341

									Marc M. Seltzer (SBN 54534)
									mseltzer@susmangodfrey.com
									Steven G. Sklaver (SBN 237612)

ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Meng Xi (SBN 280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Ste. 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

P. Ryan Burningham (Admitted *pro hac vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: 206) 516-3883

*Counsel for Lead Plaintiff Bradley Sostack*

### [PROPOSED] ORDER

For good cause shown, the Parties' Joint Stipulation Modifying Pretrial Schedule is GRANTED.  It is hereby ORDERED that the Parties' modified pretrial schedule shall be adopted.

Dated: _____, 2022

_____
THE HONORABLE PHYLLIS J. HAMILTON

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Suzanne E. Nero, attest that each of the other Signatories on this JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE have concurred in the filing of this document.

/s/ *Suzanne E. Nero*
Suzanne E. Nero