UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RIPPLE LABS INC. LITIGATION | Case No. 18-cv-06753-PJH<br><br>**ORDER RE STIPULATION TO MODIFY CASE SCHEDULE**<br><br>Re: Dkt. No. 157 |

      The parties in the above-captioned action have filed a joint stipulation to modify the case schedule.  See Dkt. 157.  The stipulation explains that SEC v. Ripple, a concurrent litigation in the Southern District of New York, involves many of the same factual and legal questions at issue in this case, and that there would be efficiencies in allowing the SDNY case to precede this case.  Id., ¶¶ 3-4.  The parties thus request that the pretrial schedule be modified in this case.

      While the court agrees with the rationale behind the parties' request, and thus GRANTS the stipulation in part, the court also modifies the parties' proposed pretrial and trial dates to conform with the court's long-standing practice of hearing dispositive motions at least 120 days before trial, to afford adequate time for trial preparation after receipt of the order on dispositive motions.  The court thus adopts the following schedule:

      Class certification motion:  **November 18, 2022**

      Class certification opposition:  **January 27, 2023**

      Class certification reply:  **March 24, 2023**

      Non-expert discovery cutoff:  **March 31, 2023**

      Class certification hearing:  **April 26, 2023**

      Plaintiff's expert disclosures:  **April 28, 2023**

Defendants' expert disclosures:  **May 26, 2023**

Plaintiff's expert rebuttal:  **June 23, 2023**

Expert discovery cutoff:  **July 21, 2023**

Dispositive motions filed:  **August 25, 2023**

Dispositive motion oppositions:  **September 22, 2023**

Dispositive motion replies:  **October 20, 2023**

Dispositive motions heard by:  **November 22, 2023**

Pretrial conference:  **February 29, 2024**

Trial date:  **March 25, 2024**

**IT IS SO ORDERED.**

Dated:  February 23, 2022

                    /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge