Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
| | CLASS ACTION |
| This Document Relates To:<br><br>All Actions | **NOTICE OF APPEARANCE OF KRYSTA KAUBLE PACHMAN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Krysta Kauble Pachman of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiff Bradley Sostack in the above referenced matter.

Dated:  February 25, 2022            SUSMAN GODFREY L.L.P.

By:  /s/ *Krysta Kauble Pachman*
    Marc M. Seltzer
    Steven G. Sklaver
    Oleg Elkhunovich
    Krysta Kauble Pachman

    Attorneys for Plaintiff Bradley Sostack