Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>All Actions | CERTIFICATE OF KRYSTA KAUBLE PACHMAN PURSUANT TO LOCAL RULE 3-7(D) |

Pursuant to Northern District Local Rule 3-7(d), I, Krysta Kauble Pachman, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Dated:  February 25, 2022          SUSMAN GODFREY L.L.P.

                                                            By:  /s/ *Krysta Kauble Pachman*
                                                                   Marc M. Seltzer
                                                                   Steven G. Sklaver
                                                                   Oleg Elkhunovich
                                                                   Krysta Kauble Pachman

                                                                   Attorneys for Plaintiff Bradley Sostack

1
CERTIFICATE OF KRYSTA KAUBLE PACHMAN PURSUANT TO LOCAL RULE 3-7(D)
10388729v1/016433