| | |
|---|---|
| 1 | Marc M. Seltzer (54534) |
| | mseltzer@susmangodfrey.com |
| 2 | Steven G. Sklaver (237612) |
| | ssklaver@susmangodfrey.com |
| 3 | Oleg Elkhunovich (269238) |
| | oelkhunovich@susmangodfrey.com |
| 4 | Krysta Kauble Pachman (280951) |
| | kpachman@susmangodfrey.com |
| 5 | Nicholas N. Spear (304281) |
| | nspear@susmangodfrey.com |
| 6 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, 14th Floor |
| 7 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 8 | Facsimile:  (310) 789-3150 |
| 9 | Attorneys for Plaintiff Bradley Sostack |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
| | CLASS ACTION |
| This Document Relates To: | **NOTICE OF APPEARANCE OF NICHOLAS N. SPEAR** |
| All Actions | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Nicholas N. Spear of Susman Godfrey L.L.P., 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiff Bradley Sostack in the above referenced matter.

Dated:  February 25, 2022            SUSMAN GODFREY L.L.P.

By:  /s/ *Nicholas N. Spear*
    Marc M. Seltzer
    Steven G. Sklaver
    Oleg Elkhunovich
    Krysta Kauble Pachman
    Nicholas N. Spear

Attorneys for Plaintiff Bradley Sostack