April 27, 2022

**DISCOVERY MATTER**

<u>BY ECF</u>
Honorable Robert M. Illman
United States District Court
Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave
McKinleyville, CA 95519

      Re:   *In re Ripple Labs Inc. Litigation*, Case No. 4:18-cv-06753-PJH

Dear Judge Illman:

Pursuant to the Court's April 26, 2022 hearing and related minute entry (Dkt. 165), the parties jointly submit the following proposed order text:

> Defendants are required to produce all documents and written discovery produced in the *Securities and Exchange Commission v. Ripple Labs Inc., et al.*, Case No. 1:20-cv-1083-AT-SN (S.D.N.Y.) action, including: (a) all documents produced by any party or third party, (b) all discovery responses, (c) all deposition transcripts, and (d) all expert reports produced by any party, pursuant to the following schedule: Within seven (7) days of the issuance of this order, Plaintiff must provide notice to all third parties who have not consented to production pursuant to section 9 of the protective order in this action and paragraph 23 of the protective order in the *SEC Action*, along with a copy of this order. Any third party who does not consent to production must notify both Plaintiff and Defendants of their intent to object within fourteen (14) days of receipt of such notice, and must file any motion for relief from this Court within twenty-one (21) days of receipt of such notice. Prior to the filing of any request for relief from this Court, the moving third party must meet and confer with Plaintiff in good faith. With respect to documents of third parties who do not provide notice of intent to object, Defendants shall produce such documents within thirty (30) days of this Order. With respect to documents of third parties who provide notice of their intent to object, Defendants shall produce such documents within fourteen (14) days upon resolution of the objection (including the failure of a third party to file a motion for a protective order), by agreement of the parties, or further Order from this Court or by a different date agreed to by the Parties.

A proposed order is filed with this letter as Exhibit A.

///

///

Dated: April 27, 2022

| | |
|---|---|
| /s/ Nicholas N. Spear | /s/ Suzanne E. Nero |
| James Q. Taylor-Copeland (SBN 284743) | Damien J. Marshall (pro hac vice) |
| james@taylorcopelandlaw.com | dmarshall@kslaw.com |
| TAYLOR-COPELAND LAW | Andrew Michaelson (pro hac vice) |
| 501 W. Broadway, Suite 800 | amichaelson@kslaw.com |
| San Diego, CA 92101 | KING & SPALDING LLP |
| Telephone: (619) 400-4944 | 1185 Avenue of the Americas, 34th Floor |
| Facsimile: (619) 566-4341 | New York, NY 10036 |
| | Telephone: (212) 556-2100 |
| Marc M. Seltzer (SBN 54534) | Facsimile: (212) 556-2222 |
| mseltzer@susmangodfrey.com | |
| Steven G. Sklaver (SBN 237612) | Suzanne E. Nero (SBN 284894) |
| ssklaver@susmangodfrey.com | snero@kslaw.com |
| Oleg Elkhunovich (SBN 269238) | KING & SPALDING LLP |
| oelkhunovich@susmangodfrey.com | 50 California Street, Suite 3300 |
| Krysta Kauble Pachman (280951) | San Francisco, CA 94111 |
| kpachman@susmangodfrey.com | Telephone: (415) 318-1200 |
| Nicholas N. Spear (304281) | Facsimile: (415) 318-1300 |
| nspear@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | Andrew J. Ceresney (pro hac vice) |
| 1900 Avenue of the Stars, 14th Floor | aceresney@debevoise.com |
| Los Angeles, CA 90067 | DEBEVOISE & PLIMPTON LLP |
| Telephone: (310) 789-3100 | 919 Third Avenue |
| Facsimile: (310) 789-3150 | New York, NY 10022 |
| | Telephone: (212) 909-6000 |
| P. Ryan Burningham (pro hac vice) | Facsimile: (212) 909-6836 |
| rburningham@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | *Attorneys for Defendants Ripple Labs* |
| 1201 Third Avenue, Suite 3800 | *Inc., XRP II, LLC, and Bradley* |
| Seattle, WA 98101 | *Garlinghouse* |
| Telephone: (206) 516-3880 | |
| Facsimile: 206) 516-3883 | |

*Counsel for Lead Plaintiff Bradley Sostack*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: April 27, 2021                          /s/ *Nicholas N. Spear*
                                               Nicholas N. Spear

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2022, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

Damien J. Marshall
dmarshall@kslaw.com
Andrew Michaelson
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Suzanne E. Nero (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Andrew J. Ceresney
*aceresney*@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

                                                                                           */s/ Nicholas N. Spear*
                                                                                           Nicholas N. Spear