Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorney for Non-Party Christian Larsen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>ALL ACTIONS | **NON-PARTY CHRISTIAN LARSEN'S NOTICE OF APPEARANCE OF MEREDITH R. DEARBORN** |

Doc#: US1:16077090v3

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         I, MEREDITH R. DEARBORN, of Paul, Weiss, Rifkind, Wharton & Garrison LLP,

3    hereby enter my appearance as counsel for Non-Party Christian Larsen in this matter.  I am a

4    member of the State Bar of California and am admitted to practice in the Northern District of

5    California.  My address and telephone number are as follows:

6         Meredith R. Dearborn
          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
7         535 Mission Street, 24th Floor
          San Francisco, CA 94105
8         Telephone: (628) 432-5100
          Facsimile: (628) 232-3101
9

10   Dated: May 20, 2022                    By:   /s/ Meredith R. Dearborn
                                            Meredith R. Dearborn
11                                          PAUL, WEISS, RIFKIND, WHARTON
                                            & GARRISON LLP
12                                          535 Mission Street, 24th Floor
                                            San Francisco, CA 94105
13                                          Telephone: (628) 432-5100
                                            Facsimile: (628) 232-3101
14
                                            Counsel for Non-Party Christian Larsen
15

16

17

18

19

20

21

22

23

24

25

26

27

28