James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

P. Ryan Burningham (*pro hac vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800 Seattle, WA 98101 Telephone: (206) 516-3880
Facsimile: 206) 516-3883

*Attorneys for Lead Plaintiff Bradley Sostack*

Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Suzanne E. Nero (284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorney for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse and Third Parties David Schwartz and Ethan Beard*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | **DISCOVERY MATTER** |
| | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF MOTION FOR RELIEF FOR DAVID SCHWARTZ AND ETHAN BEARD** |

STIPULATED [PROPOSED] ORDER TO EXTEND TIME TO OBJECT TO THIRD PARTY DISCOVERY
CASE NO. 18-cv-06753-PJH

10622811v1/016433

Pursuant to Civ. L.R. 6-2, Lead Plaintiff Bradley Sostack ("Plaintiff"), Defendants Ripple Labs Inc, XRP II, LLC, and Bradley Garlinghouse (collectively, "Defendants"), and Third Parties David Schwartz and Ethan Beard hereby stipulate as follows:

**WHEREAS**, on April 28, 2022, the Court ordered that Defendants produce all documents and written discovery produced in *Securities and Exchange Commission v. Ripple Labs, Inc.,* 20 Civ. 10832 (AT), S.D.N.Y) (the "SEC Action") and that Plaintiff must provide notice to all relevant third parties who have not previously consented to production within seven days of the Order (the "April 28, 2022 Order");

**WHEREAS**, in the April 28, 2022 Order, the Court also ordered that any third party who does not consent to production must notify both Plaintiff and Defendants of their intent to object within fourteen days of receipt of the notice and must file any motion for relief within twenty-one days of receipt of such notice;

**WHEREAS**, on May 4, 2022, Plaintiff provided notice of the April 28, 2022 Order to Mr. Schwartz and Mr. Beard, third parties in this matter who produced documents in the *SEC Action*;

**WHEREAS**, Mr. Schwartz and Mr. Beard timely notified Plaintiff and Defendants of their intent to object to production by May 18, 2022, and any motion for relief is due on May 25, 2022;

**WHEREAS**, Plaintiff, Mr. Schwartz, and Mr. Beard are in the process of meeting and conferring about the documents that Mr. Schwartz and Mr. Beard will produce to Plaintiff pursuant to the April 28, 2022 Order;

**WHEREAS**, the parties request to extend the May 25, 2022 deadline for Mr. Schwartz and Mr. Beard to seek relief from the Court to allow the parties to continue to meet and confer productively; and

**WHEREAS**, granting this extension is not expected to affect the schedule for the matter.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Lead Plaintiff, Defendants, Mr. Schwartz, and Mr. Beard, through their respective counsel, that:

1. Mr. Schwartz's and Mr. Beard's deadline to move the Court for relief from its April 28, 2022 Order is extended until June 1, 2022.

Dated: May 24, 2022

By: */s/ Nicholas N. Spear*
James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

P. Ryan Burningham (*pro hac vice*)
rburningham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800 Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: 206) 516-3883

*Attorneys for Lead Plaintiff Bradley Sostack*

Dated: May 24, 2022

By: */s/ Suzanne E. Nero*
Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

|  | Suzanne E. Nero (284894)<br>snero@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 |
|---|---|
|  | Andrew J. Ceresney (*pro hac vice*)<br>aceresney@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836 |
|  | *Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse* |
| Dated: May 24, 2022 | By:   */s/ Andrew J. Ceresney*<br>Andrew J. Ceresney (*pro hac vice*)<br>aceresney@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836 |
|  | *Attorney for David Schwartz and Ethan Beard* |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 25, 2022

Robert M. Illman
United States Magistrate Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: May 24, 2022                             /s/ Nicholas N. Spear
                                                                    Nicholas N. Spear