| | |
|---|---|
| James Q. Taylor-Copeland (284743) | Andrew J. Ceresney (pro hac vice) |
| james@taylorcopelandlaw.com | aceresney@debevoise.com |
| TAYLOR-COPELAND LAW | DEBEVOISE & PLIMPTON LLP |
| 501 W. Broadway, Suite 800 | 919 Third Avenue |
| San Diego, CA 92101 | New York, NY 10022 |
| Telephone: (619) 400-4944 | Telephone: (212) 909-6000 |
| Facsimile: (619) 566-4341 | Facsimile: (212) 909-6836 |
| | |
| Marc M. Seltzer (54534) | Damien J. Marshall (*pro hac vice*) |
| mseltzer@susmangodfrey.com | dmarshall@kslaw.com |
| Steven G. Sklaver (237612) | Andrew Michaelson (*pro hac vice*) |
| ssklaver@susmangodfrey.com | amichaelson@kslaw.com |
| Oleg Elkhunovich (269238) | KING & SPALDING LLP |
| oelkhunovich@susmangodfrey.com | 1185 Avenue of the Americas, 34th Floor |
| Krysta Kauble Pachman (280951) | New York, NY 10036 |
| kpachman@susmangodfrey.com | Telephone: (212) 556-2100 |
| Nicholas N. Spear (304281) | Facsimile: (212) 556-2222 |
| nspear@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | Suzanne E. Nero (284894) |
| 1900 Avenue of the Stars, 14th Floor | snero@kslaw.com |
| Los Angeles, CA 90067 | KING & SPALDING LLP |
| Telephone: (310) 789-3100 | 50 California Street, Suite 3300 |
| Facsimile: (310) 789-3150 | San Francisco, CA 94111 |
| | Telephone: (415) 318-1200 |
| *Attorneys for Lead Plaintiff Bradley Sostack* | Facsimile: (415) 318-1300 |
| | |
| | *Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>ALL ACTIONS | **JOINT ADMINISTRATIVE MOTION FOR AN ORDER APPROVING OF STIPULATION TO EXCEED PAGE LIMITS** |

Lead Plaintiff Bradley Sostack ("Plaintiff") and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants"), by and through their respective counsel, hereby jointly move for approval of the following stipulation to exceed page limits under Northern District of California Local Rule 7-11. The parties have met and conferred and agree that the briefing of the issues for class certification would benefit from an increase in page limits. The parties therefore jointly request that the Court issue an order approving the stipulation and setting the following page limits:

- Memorandum in Support of Plaintiff's Motion for Class Certification: 35 Pages
- Defendants' Opposition to Plaintiff's Motion for Class Certification: 40 Pages
- Plaintiff's Reply in Support of the Motion for Class Certification: 20 Pages

**STIPULATION**

WHEREAS, on February 23, 2022, the Court filed its "Order re Stipulation to Modify Case Schedule" (the "Order");

WHEREAS, pursuant to the Order, Plaintiff's motion for class certification is due on November 18, 2022; Defendants' opposition to the motion for class certification is due on January 27, 2023, and Plaintiff's reply is due on March 24, 2023;

WHEREAS, pursuant to Local Rule 7-4(b), the memoranda in support of Plaintiff's motion for class certification and Defendants' opposition are limited to 25 pages of text, and Plaintiff's reply is limited to 15 pages of text;

WHEREAS, the parties have met and conferred and agreed that the briefing of the issues for class certification would benefit from an increase in page limits; and

WHEREAS, pursuant to Local Rules 7-4(b) and 7-11, the parties require leave of Court to submit briefs that exceed the page limits set forth in Local Rule 7-4.

11086987v1/016433

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, subject to approval of the Court, that the memorandum in support of Plaintiff's motion for class certification may not exceed 35 pages, that Defendant's opposition to Plaintiff's motion may not exceed 40 pages, and Plaintiff's reply in support of the motion may not exceed 20 pages.

**IT IS SO STIPULATED.**

Dated: November 9, 2022

By: */s/ Nicholas N. Spear*
James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Lead Plaintiff Bradley Sostack*

Dated: November 9, 2022

By: */s/ Suzanne E. Nero*
Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Suzanne E. Nero (284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: November 9, 2022      */s/ Nicholas N. Spear*
                                                     Nicholas N. Spear

# **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022          _____

5

11086987v1/016433

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

*/s/ Nicholas N. Spear*
Nicholas N. Spear