Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Consolidated First Amended Complaint Filed:  March 25, 2020 |

Pursuant to Civil Local Rule 79-5(f), Lead Plaintiff Bradley Sostack respectfully asks the Court to consider whether the following materials, filed in relation to Lead Plaintiff's motion for class certification, should be sealed. These documents have been designated as confidential by Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse; or the identified third parties.

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Lead Plaintiff's Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof | • Defendants<br>• Securities and Exchange Commission (third party)<br>• Chris Larsen (third party)<br>• GSR (third party)<br>• Poloniex (third party) | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Declaration of Nicholas N. Spear | • Defendants | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 1 to the Spear Declaration (RPLI_00623257) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 2 to the Spear Declaration (RPLI_00339374) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the |

| | | | Revised Stipulated Protective Order (Dkt. 143) |
|---|---|---|---|
| Exhibit 3 to the Spear Declaration (RPLI_00339208) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 4 to the Spear Declaration (RPLI_00294765) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 6 to the Spear Declaration (RPLI_00555674) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 7 to the Spear Declaration (RPLI_00160553) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 8 to the Spear Declaration (RPLI_01641423) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes |

| | | | |
|---|---|---|---|
| | | | Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 9 to the Spear Declaration (RPLI_01931261) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 10 to the Spear Declaration (RPLI_00276363) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 11 to the Spear Declaration (RPLI_00000041) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 12 to the Spear Declaration (RPLI_01030511) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 13 to the Spear Declaration (RPLI_01673352) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential |

| | | | |
|---|---|---|---|
| | | | – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 14 to the Spear Declaration (RPLI_00177952) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 15 to the Spear Declaration (RPLI_00978159) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 16 to the Spear Declaration (RPLI_01018075) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 17 to the Spear Declaration (RPLI_01017858) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 18 to the Spear Declaration (RPLI_00327099) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or |

| | | | "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
|---|---|---|---|
| Exhibit 19 to the Spear Declaration (RPLI_00924526) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 20 to the Spear Declaration (RPLI_00753899) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 21 to the Spear Declaration (RPLI_03572534) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 22 to the Spear Declaration (RPLI_00157641) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |

| Exhibit 23 to the Spear Declaration (RPLI_00380882) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
|---|---|---|---|
| Exhibit 24 to the Spear Declaration (RPLI_00308325) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 25 to the Spear Declaration (RPLI_01022302) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 26 to the Spear Declaration (RPLI_00000943) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 27 to the Spear Declaration (RPLI_01371390) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated |

| | | | Protective Order (Dkt. 143) |
|---|---|---|---|
| Exhibit 28 to the Spear Declaration (RPLI_03455221) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 29 to the Spear Declaration (RPLI_01675579) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 30 to the Spear Declaration (RPLI_01169730) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 31 to the Spear Declaration (RPLI_01674718) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 32 to the Spear Declaration (RPLI_01169610) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the |

| | | | Revised Stipulated Protective Order (Dkt. 143) |
|---|---|---|---|
| Exhibit 33 to the Spear Declaration (RPLI_01169378) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 34 to the Spear Declaration (RPLI_01675072) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 35 to the Spear Declaration (RPLI_03496477) | • Defendants<br>• Securities and Exchange Commission (third party)<br>• GSR (third party)<br>• Chris Larsen (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 36 to the Spear Declaration (RPLI_03570145) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 37 to the Spear Declaration (RPLI_03566384) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes |

| | | | Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
|---|---|---|---|
| Exhibit 38 to the Spear Declaration (RPLI_03568452) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 39 to the Spear Declaration (RPLI_03565597) | • Defendants<br>• Securities and Exchange Commission (third party) | Entirety of the transcript | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 40 to the Spear Declaration (RPLI_03566726) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 41 to the Spear Declaration (RPLI_03564173) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 42 to the Spear Declaration (Defendants' | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential |

| | | | |
|---|---|---|---|
| 10/31/22 Rog Resp.) | | | – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 43 to the Spear Declaration (POLO_SOSTACK _00000001) | • Defendants<br>• Poloniex (third party) | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 64 (Declaration of Cristian Gil) | • Defendants<br>• GSR (third party)<br>• Chris Larsen (third party) | Entirety of the declaration | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |

Pursuant to Civil Local Rule 79-5(f), Defendants and third parties, as the Designating Parties, bears the responsibility to establish that its designated material is sealable.

Dated: November 18, 2022           SUSMAN GODFREY L.L.P.

By */s/ Nicholas N. Spear*
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Krysta Kauble Pachman (280951)
Nicholas N. Spear (304281)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
kpachman@susmangodfrey.com
nspear@susmangodfrey.com

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800

San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(f)
11104368v1/016433