# EXHIBIT 43

# Filed Under Seal

# Will be Provided to the Court

# In Native Format on a USB