# EXHIBIT 45

# Will be Provided to the Court In Native Format on a USB