EXHIBIT 46

Will be Provided to the

Court In Native Format on a

USB