# EXHIBIT 49









Would appreciate any argument against my examples here.

.

.

CASE 1

8 Comments    Share    Save    Hide    Report

---

r/Ripple · Posted by u/AutoModerator 3 days ago

17

**Daily Discussion** 11/14/22 [Join XRPLounge Discord] - discord.com/invite/XRPLounge

Join

## XRPLounge Discord

>>> **Invite Link:** discord.com/invite/XRPLounge

**Official Discord for the following Partner Subs:**

- r/XRP
- r/Ripple
- r/FlareNetwork
- r/Songbird

6 Comments    Share    Save    Hide    Report

---

r/Ripple · Posted by u/AutoModerator 2 days ago

13

**Daily Discussion** 11/15/22 [Join XRPLounge Discord] - discord.com/invite/XRPLounge

Join

## XRPLounge Discord

>>> **Invite Link:** discord.com/invite/XRPLounge

**Official Discord for the following Partner Subs:**

- r/XRP
- r/Ripple
- r/FlareNetwork
- r/Songbird

6 Comments    Share    Save    Hide    Report

See more posts like this in r/Ripple →