# EXHIBIT 50

screenshot-www.reddit.com-2022.11.17-10:44_58AM
https://www.reddit.com/r/Ripple/comments/6lv8r0/comment/djwut3a/
17.11.2022





Explain to me, just how, what you have stated:

1. improves the DR (Decentralization Rate) and helps in becoming more decentralized than Bitcoin - as stated by Ripple management...
2. Or adds to the future liquidity of Ripple?

With both being critical to the success of Ripples future.

"Because US dollars have a banking "Use Case" we are not pursing retail. We have no need for retail customers to hold US dollars and nor are we pursuing it..."

Ummm wrong. Sorry man but if citizens stopped accepting US dollars it would be a disaster, much like that of XRP. -- Period.

You might as well tweet out on Ripple twitter, "It is our hope at Ripple that any non-Institutional holder or XRp sells all XRP holdings by August 01, 2017" - which is not the case at all. So just let it be.

ripple

1   Reply   Share   Report   Save   Follow

Continue this thread →



(The 2nd Amicus Brief for SEC) The New Sports Economy...

97%   19 · 6d

r/Ripple

What can I do with my XRP in this bear market?

90%   84 · 5d

r/Ripple

Was David Schwartz tweet an analogy?

More posts you may like

u/rockstargames · Promoted

Vote

If you're looking for a way to infiltrate the island paradise of Cayo Perico, the Kosatka submarine and all its Upgrades and Modifications are 35% off this week. Plus, get 35% off the Nagasaki Weaponized Dinghy and much more. Offers end November 21.







