# EXHIBIT 51









