# EXHIBIT 52

screenshot-www.reddit.com-2022.11.16-05:28_55PM
https://www.reddit.com/r/Ripple/comments/7cwa2n/comment/dptl0pj/
16.11.2022

