# EXHIBIT 53

screenshot-www.reddit.com-2022.11.17-10:54_37AM
https://www.reddit.com/r/IAmA/comments/80ppfl/comment/duxcl4p/?utm_source=share&utm_medium=web2x&context=3
17.11.2022

reddit    r/IAmA                    r/IAmA    Search Reddit                    Sign Up    Log

**FEEDS**
- Home
- Popular

**RECENT COMMUNITIES**
- r/IAmA
- r/Ripple

**TOPICS**
- Gaming
- Sports
- Business, Economics, a...
- Crypto
- Television
- Celebrity
- More Topics

Join Reddit

# ask me anything

Posts    FAQ and Wiki

r/IAmA

Posted by u/sjoelkatz 5 years ago

506  **I am David Schwartz, Chief Cryptographer at Ripple. AMA!**

Technology

518 Comments    Share    Save    Hide    Report

⚠ **This thread is archived**
New comments cannot be posted and votes cannot be cast

Sort By: Best

View all comments

**AnotherAvgAsshole** · 5 yr. ago

There's lot of talk re: XLM and XRP. What really sets your company apart? (Or rather XLM and XRP/Stellar and Ripple apart - are both providing different solutions?

Also could you please elaborate on your tie-up with Bill and Melinda Gates Foundation? How exactly do your solutions help the needy and bridge the gap that we unfortunately face in society (evident even more so in the digital sphere)

50    Share    Report    Save

**sjoelkatz** OP · 5 yr. ago

I think three things really set XRP apart from any other digital asset. One is the amazing team of dedicated professionals that Ripple has managed to amass to develop an ecosystem around XRP. The other is a focused use case for XRP and a coherent strategy to drive adoption for that use case. Last, the set of real customers finding business value in it. The history of technological innovation around the XRP Ledger speaks for itself.

The Bill and Melinda Gates Foundation's Mojaloop project is aimed at providing national open source infrastructure for interoperable payment systems. The project uses the interledger protocol (ILP) to create that

**About Community**

r/IAmA

I Am A, where the mundane becomes fascinating and the outrageous suddenly seems normal.

Created May 27, 2009

22.4m Members    • 2.1k Online

Join

**Similar to this post**

r/Ripple
Bank of A...
93%

r/Crypto...

Log in or sign up for the best

Continue with Google
Continue with Apple

Continue with Email    Log In

Ripple Block... Payments Provider
78%    18    2/7/2018

r/Ripple
"Banks aren't adopting XRP"
87%    293    2/8/2018

r/IAmA



