# EXHIBIT 54

screenshot-www.xrpchat.com-2022.11.17-11:03_16AM
https://www.xrpchat.com/topic/8282-is-miguel-vias-in-xrpchat/#comment-79213
17.11.2022

**miguel**



Ripple Employee

💬 31

Posted August 11, 2017

Popular Post

Fits and starts guys. There's a lot of noise out there so I understand it can be frustrating and confusing. Our path was never going to be a short one. We work with enterprises so the pace is slower but the payoff will be worth it. What I would say, it's a little disappointing to hear complaints about XRP not appreciating fast enough, as if it were simply some get rich quick scheme. I don't mean to sound naive, but it's such a stark difference to how I and everyone else at Ripple thinks about XRP. Our vision is literally world changing, and the last thing we are worried about is the price going up. That's a forgone conclusion if we continue to focus on the work, which is exactly what we're doing.

Xrpdude, jindiesel, IEDave and 118 others  86   32   1   1   1