# EXHIBIT 59





## XRP Price Live Data

The live **XRP price today** is $0.377450 USD with a 24-hour trading volume of $1,305,503,016 USD. We update our XRP to USD price in real-time. XRP is down 1.73% in the last 24 hours. The current CoinMarketCap ranking is #7, with a live market cap of $18,960,238,055 USD. It has a circulating supply of 50,232,406,634 XRP coins and a max. supply of 100,000,000,000 XRP coins.

If you would like to know where to buy XRP at the current rate, the top cryptocurrency exchanges for trading in XRP stock are currently Binance, MEXC, CoinW, BTCEX, and Bitrue. You can find others listed on our crypto exchanges page.

## What Is XRP / XRP Ledger?

Launched in 2021, the XRP Ledger (XRPL) is an open-source, permissionless and decentralized technology. Benefits of the XRP Ledger include its low-cost ($0.0002 to transact), speed (settling transactions in 3-5 seconds), scalability (1,500 transactions per second) and inherently green attributes (carbon-neutral and energy-efficient). The XRP Ledger also features the first decentralized exchange (DEX) and custom tokenization capabilities built into the protocol. Since 2012, the XRP Ledger has been operating reliably, having closed 70 million ledgers.

### Who Are the Founders of the XRP Ledger?

In 2012, David Schwartz, Jed McCaleb and Arthur Britto launched the XRP Ledger with its native currency XRP as a faster, more energy-efficient alternative to the Bitcoin blockchain. In September that year, along with Chris Larsen, they founded the company that is today known as Ripple.

### What Makes XRPL Unique?

The XRP Ledger presents a wide variety of applications and use cases related to payments including micropayments, DeFi, and, soon, NFTs. Deployed in 2012, the XRPL supports enterprises and Python, Java and JavaScript developers with powerful utility and flexibility. On the XRP website, developers can access different tutorials to help them get started using different coding languages, building apps, managing accounts and more.

Alongside its native coin, XRP, the XRP Ledger is used by developers to create solutions that solve inefficiencies, including remittance and asset tokenization. Currently, the five main applications of the XRP Ledger are payments, tokenization, DeFi, CBDCs and stablecoins.

### How Many XRP Coins Are There in Circulation?

The XRP Ledger architects gifted 80 billion XRP to Ripple so that the company could build use cases — including its global payments network, RippleNet — around the digital asset.

### How Is the XRP Ledger Network Secured?

Unlike Bitcoin or Ethereum, the XRPL uses a unique Federated Consensus mechanism as its method of validating transactions. Transactions are confirmed on the XRPL through a consensus protocol, in which designated independent



servers called validators come to an agreement on the order and outcome of XRP transactions. All servers in the network process each transaction according to the same rules, and any transaction that follows the protocol is confirmed right away. All transactions are public and transparent, and anyone can operate a validator. There are currently over 150 validators on the ledger, operated by universities, exchanges, businesses, and individuals around the world.

Through the Federated Consensus mechanism, all verified transactions can be processed without a single point of failure as no single participant makes a decision independently.

### Where Can You Buy XRP?

XRP is listed on many CeFi exchanges globally, including Binance, Huobi, FTX and Bitstamp.

To learn more about this project, check out our deep dive of XRP.

### Ripple and the SEC

Since late 2020, Ripple Labs, the creators of the XRP token, has been locked in a legal battle with the United States Securities and Exchange Commission. The big question is whether or not XRP is a security.

On Dec. 22, 2020, the SEC filed a lawsuit against Ripple Labs and two of its executives on the grounds that they traded $1.3 billion in their XRP token as security without registering it with the commission. There have been arguments for and against the lawsuit. However, Ripple has strongly countered the claims, arguing that the SEC has been biased in its assessment.

The SEC uses the "Howey test," based on the Supreme Court ruling on SEC v. W.J. Howey Co in 1946, to determine whether a cryptocurrency is a security. An asset is considered a security if it is sold with the expectation of getting profits from the efforts of other parties. Based on the commission's definition of XRP in its lawsuit, the cryptocurrency would pass the Howey test, and according to SEC regulations, all securities must be registered.

While most companies targeted by the SEC in a similar matter chose to settle, Ripple decided to fight. The outcome of the lawsuit will undoubtedly have far-reaching implications in the crypto space. If Ripple prevails, the SEC could lose some of its credibility, giving other crypto-based companies the confidence to revolt. On the flip side, if the SEC wins the case, it could upend the way crypto firms operate and usher in a new wave of registration rules that apply to securities.

Our most recent articles about XRP:

- Bitcoin Falls 15% in Three Hours and Hits Two-Year Lows as Market Reels from FTX Crisis
- CoinMarketCap News, Sept 20: The Walls Are Closing In on Do Kwon
- Both SEC and Ripple Demand Summary Judgment over Whether XRP Is a Security
- CoinMarketCap News, August 9: U.S. Comes for Tornado Cash
- Zipmex Resumes Withdrawals on Bitcoin and Ether, But Some Restrictions Remain

Read Less ^

**How do you feel about XRP today?**
Vote to see what our Community thinks!

👍 Good   👎 Bad

**Social XRP Price Estimates** BETA

This feature is in beta testing. Place your estimates for next 6 months and see what other's are thinking about it. Data displayed are based on user input compiled by CoinMarketCap. The cut-off for estimates for each month-end is on the 21st of each month.



Show more

**Trending Coins and Tokens** 🔥



NFT interest account
Up to 16% APY and exclusive NFT
Earn now
Sponsored

FTX Token FTT   #209
Solana SOL   #13
PancakeSwap CAKE   #66
Bitcoin BTC   #1
Polygon MATIC   #10



(Statistics updated a minute ago)

This is not financial advice. Please be careful using this information. See terms here.

## XRP Markets    ALL  CEX  DEX                                   See All Markets >

| # ▲ | Source | Pairs | Price | +2% Depth | -2% Depth | Volume | Volume % | Confidence | Liquidity Score | Updated |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Binance | XRP/USDT | $0.3773 | $2,841,418.96 | $1,818,289.86 | $136,519,653 | 10.46% | High | 764 | Recently |
| 2 | Binance | XRP/BUSD | $0.3777 | $1,003,647.96 | $923,656.46 | $70,779,021 | 5.42% | High | 710 | Recently |
| 3 | Bithumb | XRP/KRW | $0.3876 | $1,474,955.57 | $1,311,678.28 | $34,927,920 | 2.68% | High | 509 | Recently |
| 4 | Bitstamp | XRP/EUR | $0.3775 | $845,253.30 | $1,256,329.36 | $30,168,077 | 2.31% | High | 570 | Recently |
| 5 | KuCoin | XRP/USDT | $0.3778 | $800,366.59 | $599,409.61 | $20,726,608 | 1.59% | High | 603 | Recently |
| 6 | Bitstamp | XRP/USD | $0.3772 | $951,840.58 | $885,182.14 | $17,286,638 | 1.32% | High | 579 | Recently |

Disclaimer: This page may contain affiliate links. CoinMarketCap may be compensated if you visit any affiliate links and you take certain actions such as signing up and transacting with these affiliate platforms. Please refer to Affiliate Disclosure.

See All Markets

## XRP News    All  News  Alexandria  Articles                    Read More >



Fact/FUD            Fact   FUD

**Tom Brady, Gisele Bundchen And Sam Bankman-Fried Sued Over FTX Collapse**

Per a report from the Washington Examiner, NFL Legend Tom Brady and others are facing a class action lawsuit from FTX…

NewsBTC • 6 hours ago   XRP



NewsBTC • 6 hours ago  XRP

1/1 voted FUD            😊 Fact   🙁 FUD

**XRP Whale Withdraws Massive $135M From Binance, Bullish Signal?**

Data shows an XRP whale has made a massive withdrawal of $134 million from Binance, something that could prove to be bullish for the price of the crypto. Whale Transfers $135...

NewsBTC • 6 hours ago  XRP

6/9 voted FUD            😊 Fact   🙁 FUD

**SHIB, XRP Show Strength As Crypto Market Begins Recovery**

Shiba Inu (SHIB) and XRP have shown strength in the present recovery in the market. The crypto market decline had been...

NewsBTC • 8 hours ago  XRP

11/13 voted FUD          😊 Fact   🙁 FUD

**Ripple (XRP) and Cardano (ADA) are Tanking Amid the FTX/Binance Drama**

The Ripple (XRP) and Cardano (ADA) price dropped following the recent FTX/Binancedrama. The broader crypto market tanked...

Crypto Daily™ • 11 hours ago  XRP



**Read More**

## People Also Watch


GoldMint
$0.08119
▲ 4.27%


Band Protocol
$2.09
▲ 39.49%


Uniswap
$6.04
▲ 19.52%


Firo
$1.65
▲ 11.35%


Chainlink
$6.24
▼ -4.41%


Oasis Network
$0.04696
▼ -1.51%

**CoinMarketCap**

| Products | Company | Support | Socials |
|---|---|---|---|
| Blockchain Explorer | About us | Request Form | Facebook |
| Crypto API | Terms of use | Contact Support | Twitter |
| Crypto Indices | Privacy Policy | FAQ | Telegram |
| Jobs Board | Community Rules | Glossary | Instagram |
| Sitemap | Disclaimer | Advertising | Interactive Chat |
| | Methodology | | |
| | Careers  We're hiring! | | |

© 2022 CoinMarketCap. All rights reserved