# EXHIBIT 60

# Ripple

**in** **linkedin.com**/company/rippleofficial/about



Our mission is to build breakthrough crypto solutions for a world without economic borders.

Technology, Information and Internet

<u>Blockchain Platforms</u>
San Francisco, CA

298,307 followers

<u>Visit website</u>  ↗



## Overview

Using proven crypto and blockchain technology honed over a decade, Ripple's enterprise-grade solutions are faster, more transparent, and more cost-effective than traditional financial services. Our customers use these solutions to source crypto, facilitate instant payments, empower their treasury, engage new audiences, lower capital requirements, and drive new revenue. Founded in 2012, Ripple's vision is to enable a world where value moves as seamlessly as information flows today—an Internet of Value. Ripple is the only enterprise blockchain company today with products in commercial use. Ripple's global payments network includes over 300 customers across 40+ countries and six continents.

**Website**
http://www.ripple.com

**Industry**
Technology, Information and Internet

**Company size**

501-1,000 employees

923 on LinkedIn

**Headquarters**
San Francisco, CA

**Founded**
2012

**Specialties**
Cross-Border Payments, Financial Technology, Cryptography, Distributed Ledgers, Fintech, Finance, Blockchain, Payments, Cryptocurrency, and Payments

## Locations (1)
## Primary

**HQ**

**San Francisco, CA 94104, US**

**Get directions Get directions to San Francisco, CA 94104, US** ⬈



## Pages people also viewed

- 

  Coinbase

  Technology, Information and Internet

  626,041 followers

  - 

  3 connections follow this page

- 

  Ethereum

  Technology, Information and Internet

  268,612 followers

  

  1 connection follows this page

- 

  Crypto.com

  Financial Services

  484,901 followers

  

  1 connection follows this page

🔍

Attention screen reader users, messaging items continuously update. Please use the tab and shift + tab keys instead of your up and down arrow keys to navigate between messaging items.



**Holly Turnock PHR, SHRM-CP**

Nov 12

You: Congrats on your work anniversary!



**Robert Safi**

Nov 12

You: Congrats on your work anniversary!



**Jason from LinkedIn**

Oct 24

LinkedIn Offer Search for jobs on LinkedIn



**Pima Medical Institute**

Oct 3

Sponsored Pima Medical Institute: Hi Monika, My name is Adam and I'm a medical career specialist at Pima Medical Institute. Are you interested in advancing in your current role or starting a new career? If you enjoy serving as a leader, inspiring others and have an interest in the business of health care, then the 100% online Health Care Administration associate and bachelor's degree programs could be a great fit for you. Would you like to learn more?



## Karen Youngs

Aug 2

InMail You: Hi Karen, Thanks for reaching out, but I'm not interested.



## Morgan Bristow

Jul 27

Morgan: Congrats on your work anniversary!

Status is reachable

## Stacy Schulze

Jul 11

Stacy: Congrats on your work anniversary!



## Marina Valdes

Jul 8

You: I truly miss many of the nice folks at SG



## Mike Boutelle

Jul 8

Mike: Congrats on your work anniversary Mom!



Status is reachable

## Suzette Peoples

Jul 7

Suzette: Congrats on your work anniversary!



Status is reachable

## Ayomide Shittu

May 25

Ayomide: Hey Monika! Checking in to see if you'll be available to chat on a call soon



## Doc Smith

May 6

You: Thank you



## Clarence Robertson II, MLS

May 4

You: Thank you for reaching out.  I've called and left you a message.  Feel free to give me a call and we can discuss your needs. Monika Miura The Executive Librarian



Status is reachable

## Jackson Seamans II

May 2

You: Thank you



## Issen Christopher Alibris

May 2

You: Happy birthday!



Status is reachable

## Jane Ray

Apr 22

Jane: Thanks, Monika!



Status is reachable

## Irene Carleton

Mar 30

Irene: Thank you so much ❤️



## Samantha Parker

Mar 29

Samantha: Thank you



## Karon Allen

Mar 28

Karon: I totally get it!  I don't look at very many social media posts these days.  I miss seeing you.  Hope we can have lunch sometime.



## Sammy Ford IV

Mar 28

You: Congrats on your work anniversary!



## James Southwick

Oct 6, 2021

You: Congrats on your work anniversary!



Status is reachable

## Emily Hall Bergeron

Aug 11, 2021

Emily Hall: Thank you Monika!



## Carl Peters

Aug 11, 2021

You: Congrats on your work anniversary!



**Monica Ortale**

Jul 22, 2021

You: Thanks



**KIMBERLEY WILSON**

Jul 10, 2021

KIMBERLEY: 😊



Status is reachable

**Richard Huebner**

Jul 10, 2021

Richard: Congrats on your work anniversary!



Status is reachable

**Marilyn Houser-Nelson**

May 4, 2021

Marilyn: It's my pleasure



## Jeff Chambers

May 4, 2021

You: I APPRECIATE EBING REMEMBERED



## Donna Ward

May 4, 2021

You: Thanks so much for reaching out.



## Wes Stevens-Palmer

Oct 12, 2020

You: Thanks for reaching out but I don't have a need for your program.  Thank you



Status is reachable

## Catherine James

Aug 3, 2020

Catherine: That's awesome

## Barbara Barfield

Jul 22, 2020

Barbara: You are very welcome.



## Jerry Daniels

Jul 9, 2020

Jerry: Congrats on your work anniversary!



## Annette Kahler Peter

May 8, 2020

You: Hello - if you need the Librarian services of The Executive Librarian - let me know



## Sanjeev Ayyar

May 2, 2020

Sanjeev: Happy birthday!