# EXHIBIT 61



| | Enter Domain or IP | WHOIS |
| --- | --- | --- |

DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

# ripple.com

Updated 1 second ago ↻

## Domain Information

| | |
| --- | --- |
| Domain: | ripple.com |
| Registrar: | MarkMonitor Inc. |
| Registered On: | 1998-03-13 |
| Expires On: | 2024-03-12 |
| Updated On: | 2022-03-29 |
| Status: | clientDeleteProhibited clientTransferProhibited clientUpdateProhibited serverDeleteProhibited serverTransferProhibited serverUpdateProhibited |
| Name Servers: | ns-1069.awsdns-05.org ns-144.awsdns-18.com ns-1843.awsdns-38.co.uk ns-924.awsdns-51.net |

## Registrant Contact

| | |
| --- | --- |
| Organization: | Ripple Labs |
| State: | CA |
| Country: | US |
| Email: | Select Request Email Form at https://domains.markmonitor.com/whois/ripple.com |

## Administrative Contact

| | |
| --- | --- |
| Organization: | Ripple Labs |
| State: | CA |
| Country: | US |
| Email: | Select Request Email Form at https://domains.markmonitor.com/whois/ripple.com |

## Technical Contact

| | |
| --- | --- |
| Organization: | Ripple Labs |
| State: | CA |
| Country: | US |

### Interested in similar domains?

| | |
| --- | --- |
| **thisripple.com** | Buy Now |
| **winripple.com** | Buy Now |
| **whatripple.com** | Buy Now |
| **greatripplegames.com** | Buy Now |
| **ripplegames.net** | Buy Now |
| **rippleclothing.net** | Buy Now |

.space

$~~24.88~~  $0.88

BUY NOW

*Offer ends 31st October 2022

On Sale!



.ME @ $8.88 ~~$34.88~~

Introducing

WORDPRESS HOSTING

$3.58/mo

VIEW MORE

| Email: | Select Request Email Form at |
|---|---|
| | https://domains.markmonitor.com/whois/ripple.com |

## Raw Whois Data

```
Domain Name: ripple.com
Registry Domain ID: 2554779_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2022-03-29T22:56:26+0000
Creation Date: 1998-03-13T05:00:00+0000
Registrar Registration Expiration Date: 2024-03-12T05:00:00+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhib
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferPr
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhib
Domain Status: serverUpdateProhibited (https://www.icann.org/epp#serverUpdateProhib
Domain Status: serverTransferProhibited (https://www.icann.org/epp#serverTransferPr
Domain Status: serverDeleteProhibited (https://www.icann.org/epp#serverDeleteProhib
Registrant Organization: Ripple Labs
Registrant State/Province: CA
Registrant Country: US
Registrant Email: Select Request Email Form at https://domains.markmonitor.com/whoi
Admin Organization: Ripple Labs
Admin State/Province: CA
Admin Country: US
Admin Email: Select Request Email Form at https://domains.markmonitor.com/whois/rip
Tech Organization: Ripple Labs
Tech State/Province: CA
Tech Country: US
Tech Email: Select Request Email Form at https://domains.markmonitor.com/whois/ripp
Name Server: ns-1843.awsdns-38.co.uk
Name Server: ns-924.awsdns-51.net
Name Server: ns-1069.awsdns-05.org
Name Server: ns-144.awsdns-18.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-11-18T18:03:54+0000 <<<

For more information on WHOIS status codes, please visit:
   https://www.icann.org/resources/pages/epp-status-codes

If you wish to contact this domain's Registrant, Administrative, or Technical
contact, and such email address is not visible above, you may do so via our web
form, pursuant to ICANN's Temporary Specification. To verify that you are not a
robot, please enter your email address to receive a link to a page that
facilitates email communication with the relevant contact(s).

Web-based WHOIS:
   https://domains.markmonitor.com/whois

If you have a legitimate interest in viewing the non-public WHOIS details, send
your request and the reasons for your request to whoisrequest@markmonitor.com
and specify the domain name in the subject line. We will review that request and
may ask for supporting documentation and explanation.

The data in MarkMonitor's WHOIS database is provided for information purposes,
and to assist persons in obtaining information about or related to a domain
name's registration record. While MarkMonitor believes the data to be accurate,
the data is provided "as is" with no guarantee or warranties regarding its
accuracy.

By submitting a WHOIS query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
   (1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
   (2) enable high volume, automated, or electronic processes that send queries,
data, or email to MarkMonitor (or its systems) or the domain name contacts (or
its systems).

MarkMonitor reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by this policy.
```

```
MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

related domain names

markmonitor.com    icann.org    awsdns-05.org    awsdns-18.com    awsdns-38.co.uk    awsdns-51.net    internic.net

## Whois
Identity for everyone

Leading provider of web presence
solutions that empower you to establish
and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

### Domains

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

### Hosting & Products

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

Google Workspace

SSL Certificates

Sitelock

CodeGuard

### Infrastructure

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

### Support

View Knowledge Base

Contact Support

Report Abuse

About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy