# EXHIBIT 66

**Taylor-Copeland Law**

501 W. Broadway Suite 800
San Diego, CA  92101
(619) 734-8770
www.taylorcopelandlaw.com

James Taylor-Copeland | 619 734 8770 | james@taylorcopelandlaw.com

## **FIRM RESUME**

Taylor-Copeland law focuses on helping aggrieved investors and shareholders and has successfully prosecuted several securities class actions on behalf of aggrieved investors. Taylor-Copeland Law has also helped aggrieved investors and shareholders recover millions of dollars in confidential settlements.

Taylor-Copeland Law was one of the first firms in the country to focus on blockchain and cryptocurrency litigation and is at the forefront of this rapidly developing area of law.  It is focused on representing aggrieved investors and cryptocurrency users seeking to recover financial losses in what is often described as the "wild west."

The last five years have seen the explosive growth of blockchain technology and the value of cryptocurrencies.  A blockchain is a decentralized digital ledger (such as Bitcoin or Ethereum) on which transactions (or other information) are recorded and added in chronological order.  It allows participants to keep track of digital currency transactions (or information exchanges) without central record keeping.  There are now hundreds of different cryptocurrencies worth hundreds of billions of dollars.  These currencies use encryption techniques to regulate the generation of units of currency and facilitate and verify the transfer of funds without the need for an intermediary, like a bank.

Taking advantage of this rapid growth, many blockchain and cryptocurrency startups have attempted to skirt fundraising regulations by raising funds though the sale of unregistered securities, through various means, including token sales and initial coin offerings. In a token sale or ICO, tokens are sold to consumers in exchange for legal tender or other cryptocurrencies (most often Bitcoin and Ethereum).  These tokens generally give the purchaser various rights on the blockchain network and resemble the shares of a company sold to investors in an initial public offering.  Unfortunately, these token sales have become a magnet for unscrupulous practices and fraud.

Taylor-Copeland Law focuses on helping aggrieved crypto investors, and in October 2017, filed *Baker v. Dynamic Ledger Solutions Inc.*, the first suit to allege that an ICO violated U.S. securities laws.  This litigation ultimately resulted in a $25 million settlement on behalf of a class of all Tezos ICO purchasers.  Since then, Taylor-Copeland Law has helped aggrieved ICO investors recover millions of dollars in confidential settlements and is currently prosecuting several additional securities class actions on behalf of aggrieved ICO investors.

## Professional Experience

James Taylor-Copeland began his legal career working in the litigation and dispute resolution department of the large international firm Clifford Chance US LLP in Washington, D.C. James' practice as a litigator involved all aspects of civil litigation, including significant experience with multi-district litigation and cross-border issues. In 2015, James left Clifford Chance US LLP and joined Mintz Levin Cohn Ferris Glovsky and Popeo PC in San Diego, California, where he was a member of the firm's Institutional Investor Class Action Recovery group.

After working for years at two of the largest and best respected law firms in the country, James Taylor-Copeland founded Taylor-Copeland Law with the goal of providing the same high-quality representation to individuals and businesses looking for a more efficient approach to litigation. He is an experienced trial attorney who has represented individuals and businesses in federal and state courts throughout the United States. He focuses on cryptocurrency and blockchain, securities fraud, corporate mismanagement, consumer protection, employment, and complex commercial litigation.

## Bar Admissions

California, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court, Northern District of California, U.S. District Court, Central District of California, U.S. District Court, Southern District of California, U.S. District Court, Eastern District of California.

## Education

James obtained his Juris Doctorate from Georgetown University Law Center and an undergraduate degree in economics from Indiana University.

## REPRESENTATIVE MATTERS

*Tezos ICO Cases*: *Baker v. Dynamic Ledger Solutions, Inc. et al.*
California Superior Court – County of San Francisco – Case No. CGC-17562144
- First case alleging that sale of pre-functional digital tokens through an initial coin offering (ICO) violated U.S. securities laws
- Obtained $25 million settlement on behalf of class of all Tezos token purchasers

*Jacob Zowie Thomas Rensel et. al. v. Centra Tech, Inc., et al.*
U.S. Dist. Ct. – Southern District of Florida – Case No. 1:17-cv-24500
- Appointed co-lead counsel in class action alleging that defendants violated the registration provisions of the Securities Act through the unregistered offer and sale of CTR Tokens to the general public

- Certified as class counsel and obtained a $33.4 million default judgment against defendant Centra Tech on behalf of the class

*John Hastings v. Unikrn, Inc., et al.*
Washington Superior Court – King County – Case No. 18-2-20303-6
- Securities class action alleging that Unikrn, Inc. violated the registration provisions of the Securities Act by offering unregistered UKG securities to the general public
- Defeated defendants' motion to compel arbitration in decision affirmed by the Court of Appeals
- Reached favorable settlement agreement with Defendants

*Harrison Wang v. Kik Interactive, Inc., et al.*
California Superior Court – County of San Mateo – Case No. 20-CIV-01941
- Securities fraud action alleging that defendants induced plaintiff into purchasing unregistered Kin token securities through a number of material misrepresentations and omissions
- Obtained favorable resolution for plaintiff

*Barry Sandrew, et al. v. Legend3D, Inc., et al.*
California Superior Court – County of Los Angles – Case No. 19STCP00925
- Breach of fiduciary duty and appraisal action on behalf of minority shareholders in visual effects production company
- Obtained favorable ruling on Defendants' demurrer
- Obtained favorable settlement for minority shareholders

*Kevin Ogar v. OC Throwdown, et al.*
California Superior Court – County of Orange – Case No. 30-2016-00828804
- Obtained $22.3 million judgment on behalf of plaintiff who was permanently paralyzed at a fitness and weightlifting competition
- Obtained favorable resolution on insurance coverage issues, facilitating substantial recovery by plaintiff despite defendant's bankruptcy filing

*MediVas LLC, et al. v. Marubeni Corporation*
California Superior Court – County of San Diego – Case No. 37-2010-00090830
- Negotiated favorable settlement for Marubeni Corporation mid-way through a two-week jury trial in case involving hundred million dollar claims and multi-million-dollar cross-claims

*CrossFit, Inc. v. National Strength and Conditioning Association*
U.S. Dist. Ct. – Southern District of California – Case No. 14-cv-1911

- Obtained favorable summary judgment ruling in Lanham Act action arising from manipulation of data in an article published in competitor's scientific journal
- Obtained significant monetary and evidentiary sanctions against defendant based on discovery abuses

*Tatung Company, Ltd. v. Shu Tze Hsu, et al.*
U.S. Dist. Ct. – Central District of California – Case No. SACV13-01743
- Obtained favorable summary judgment ruling and negotiated favorable settlement for client in civil RICO action arising out of a complex scheme to conceal assets