Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF LEAD PLAINTIFF BRADLEY SOSTACK IN SUPPORT OF CLASS CERTIFICATION**<br><br>Consolidated Complaint Filed:  August 5, 2019<br>Trial Date:  July 17, 2023<br>Motion Cutoff:  January 14, 2022<br>Discovery Cutoff:  April 15, 2022 |

1

I, Bradley Sostack, hereby declare as follows:

1. I make this declaration in support of the Motion for Class Certification. I have personal knowledge of the facts stated herein, and if called upon as a witness, I would and could testify competently as to the matters set forth herein.

2. I am a resident of Florida.

3. Between January 1, 2018, and January 16, 2018, I purchased 128,978.88 XRP on the Poloniex cryptocurrency exchange for approximately $307,700 in Bitcoin and USDT. I sold that XRP between January 9, 2018, and January 17, 2018 for approximately $189,600 in Bitcoin and USDT.

4. A true and correct copy of a spreadsheet obtained from Poloniex detailing my XRP trades during this time period is attached hereto as **Exhibit A**.

5. I did not purchase XRP for any consumptive use. Rather, I purchased XRP with the expectation that I would be able to profit from that purchase by selling the XRP later at a higher price.

6. This expectation was based on Ripple's promotional activity, including its repeated representations that adoption of XRP by financial institutions would increase demand for XRP. I also expected Ripple to develop and improve the XRP Ledger as well as secure additional exchanges through which XRP could be traded or sold.

7. I am knowledgeable about the nature of this case and am ready and able to serve as a class representative in this action. I have dedicated a significant amount of time to this case and have been actively working with the law firms Susman Godfrey L.L.P. and Taylor-Copeland Law on this litigation. I searched for and produced documents responsive to Defendants' requests and have discussed the status of the case with counsel. I also reviewed the "Motion to Appoint Lead Plaintiff and Lead Counsel," the consolidated complaints, and the oppositions to the motion to dismiss before they were filed with the Court. I am willing to make myself available to testify at deposition and trial.

8. I understand that as class representative, I owe a fiduciary duty to all unnamed class members and will have the duty to represent the interests of all unnamed class members. To my knowledge, I do not have any conflicts of interest with the absent class members or individual interests that could be deemed antagonistic to the interests of the class.

9. I have never sought to be appointed as a class representative on behalf of a class in any other action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of November, 2022, at Miami, FL.

*Bradley Sostack*
Bradley Sostack

3
DECLARATION OF LEAD PLAINTIFF BRADLEY SOSTACK
IN SUPPORT OF CLASS CERTIFICATION