# EXHIBIT A

| Date | Market | Category | Type | Price | Amount | Total | Fee | Order Number | Base Total Less Fee | Quote Total Less Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.000186 | 6653.319315 | 1.23751739 | 0.25% | 1.08E+11 | -1.23751739 | 6636.686 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.000186 | 298.3407448 | 0.05549137 | 0.25% | 1.08E+11 | -0.05549137 | 297.5949 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.000186 | 1.995 | 0.00037107 | 0.25% | 1.08E+11 | -0.00037107 | 1.990013 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.000186 | 424.6 | 0.0789756 | 0.25% | 1.08E+11 | -0.0789756 | 423.5385 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.000186 | 3332.109538 | 0.61977237 | 0.25% | 1.08E+11 | -0.61977237 | 3323.779 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.00018596 | 886.0774877 | 0.16477496 | 0.25% | 1.08E+11 | -0.16477496 | 883.8623 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.00018595 | 2204.082943 | 0.40984922 | 0.25% | 1.08E+11 | -0.40984922 | 2198.573 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.00018594 | 720.7779 | 0.13402144 | 0.25% | 1.08E+11 | -0.13402144 | 718.976 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.00018592 | 7138.230557 | 1.32713982 | 0.25% | 1.08E+11 | -1.32713982 | 7120.385 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.0001859 | 2412.176056 | 0.44842352 | 0.25% | 1.08E+11 | -0.44842352 | 2406.146 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.00018589 | 9852.088184 | 1.83140467 | 0.25% | 1.08E+11 | -1.83140467 | 9827.458 |
| 1/3/2018 18:07 | XRP/BTC | Exchange | Buy | 0.00018575 | 76.20227405 | 0.01415457 | 0.25% | 1.08E+11 | -0.01415457 | 76.01177 |
| 1/4/2018 9:08 | XRP/BTC | Exchange | Buy | 0.00021434 | 920 | 0.1971928 | 0.15% | 1.08E+11 | -0.1971928 | 918.62 |
| 1/5/2018 9:55 | XRP/BTC | Exchange | Buy | 0.00017757 | 3766.846467 | 0.66887892 | 0.25% | 1.09E+11 | -0.66887892 | 3757.429 |
| 1/5/2018 9:55 | XRP/BTC | Exchange | Buy | 0.00017756 | 11304.35353 | 2.00720101 | 0.25% | 1.09E+11 | -2.00720101 | 11276.09 |
| 1/5/2018 9:55 | XRP/BTC | Exchange | Buy | 0.00017754 | 928.8 | 0.16489915 | 0.25% | 1.09E+11 | -0.16489915 | 926.478 |
| 1/5/2018 14:23 | XRP/BTC | Exchange | Buy | 0.00016868 | 9958.848185 | 1.67985851 | 0.25% | 1.09E+11 | -1.67985851 | 9933.951 |
| 1/5/2018 14:23 | XRP/BTC | Exchange | Buy | 0.00016851 | 41.15181475 | 0.00693449 | 0.25% | 1.09E+11 | -0.00693449 | 41.04894 |
| 1/6/2018 10:38 | XRP/BTC | Exchange | Buy | 0.0001613 | 176.2164786 | 0.02842371 | 0.15% | 1.09E+11 | -0.02842371 | 175.9522 |
| 1/6/2018 10:38 | XRP/BTC | Exchange | Buy | 0.0001613 | 277.2295397 | 0.04471712 | 0.15% | 1.09E+11 | -0.04471712 | 276.8137 |
| 1/6/2018 10:42 | XRP/BTC | Exchange | Buy | 0.0001613 | 796.0050245 | 0.12839561 | 0.15% | 1.09E+11 | -0.12839561 | 794.811 |
| 1/6/2018 10:42 | XRP/BTC | Exchange | Buy | 0.0001613 | 300 | 0.04839 | 0.15% | 1.09E+11 | -0.04839 | 299.55 |
| 1/6/2018 10:42 | XRP/BTC | Exchange | Buy | 0.0001613 | 4450.548957 | 0.71787354 | 0.15% | 1.09E+11 | -0.71787354 | 4443.873 |
| 1/8/2018 10:07 | XRP/BTC | Exchange | Buy | 0.000163 | 2781.248156 | 0.45334344 | 0.15% | 1.10E+11 | -0.45334344 | 2777.076 |
| 1/8/2018 10:07 | XRP/BTC | Exchange | Buy | 0.000163 | 2218.751844 | 0.36165655 | 0.15% | 1.10E+11 | -0.36165655 | 2215.424 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 85.48701635 | 0.01261617 | 0.15% | 1.10E+11 | 0.01259725 | -85.487 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 300 | 0.044274 | 0.15% | 1.10E+11 | 0.04420759 | -300 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.0001476 | 200 | 0.02952 | 0.25% | 1.10E+11 | 0.0294462 | -200 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.0001477 | 400 | 0.05908 | 0.25% | 1.10E+11 | 0.0589323 | -400 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014775 | 20.30456853 | 0.003 | 0.25% | 1.10E+11 | 0.0029925 | -20.3046 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014775 | 498.75 | 0.07369031 | 0.25% | 1.10E+11 | 0.07350609 | -498.75 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014781 | 1152.860912 | 0.17040437 | 0.25% | 1.10E+11 | 0.16997836 | -1152.86 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014785 | 6.34993658 | 0.00093883 | 0.25% | 1.10E+11 | 0.00093649 | -6.34994 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014785 | 127.0454935 | 0.01878367 | 0.25% | 1.10E+11 | 0.01873672 | -127.045 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.0001479 | 76.38498986 | 0.01129734 | 0.25% | 1.10E+11 | 0.0112691 | -76.385 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.0001479 | 933.0988506 | 0.13800531 | 0.25% | 1.10E+11 | 0.1376603 | -933.099 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.0001479 | 8.44462475 | 0.00124896 | 0.25% | 1.10E+11 | 0.00124584 | -8.44462 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014793 | 203.2793121 | 0.0300711 | 0.25% | 1.10E+11 | 0.02999593 | -203.279 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014793 | 20.2798621 | 0.003 | 0.25% | 1.10E+11 | 0.0029925 | -20.2799 |

| Date/Time | Pair | Type | Side | Price | Amount | Total | Fee | ID | Net | Delta |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014795 | 2861.938966 | 0.42342387 | 0.25% | 1.10E+11 | 0.42236532 | -2861.94 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.000148 | 200 | 0.0296 | 0.25% | 1.10E+11 | 0.029526 | -200 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.000148 | 861.0297297 | 0.1274324 | 0.25% | 1.10E+11 | 0.12711382 | -861.03 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.000148 | 183.514527 | 0.02716015 | 0.25% | 1.10E+11 | 0.02709225 | -183.515 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014816 | 78.53727403 | 0.01163608 | 0.25% | 1.10E+11 | 0.01160699 | -78.5373 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014817 | 2712.465175 | 0.40190596 | 0.25% | 1.10E+11 | 0.4009012 | -2712.47 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014817 | 9095.56023 | 1.34768915 | 0.25% | 1.10E+11 | 1.34431993 | -9095.56 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.0001485 | 2854.466756 | 0.42388831 | 0.25% | 1.10E+11 | 0.42282859 | -2854.47 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 1867.494 | 0.27560476 | 0.15% | 1.10E+11 | 0.27519136 | -1867.49 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 1995 | 0.2944221 | 0.15% | 1.10E+11 | 0.29398047 | -1995 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 21.79110395 | 0.00321593 | 0.15% | 1.10E+11 | 0.00321111 | -21.7911 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 133.4814064 | 0.01969918 | 0.15% | 1.10E+11 | 0.01966964 | -133.481 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 135 | 0.0199233 | 0.15% | 1.10E+11 | 0.01989342 | -135 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 1622.577516 | 0.23945998 | 0.15% | 1.10E+11 | 0.2391008 | -1622.58 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 753 | 0.11112774 | 0.15% | 1.10E+11 | 0.11096105 | -753 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 399 | 0.05888442 | 0.15% | 1.10E+11 | 0.0587961 | -399 |
| 1/9/2018 13:19 | XRP/BTC | Exchange | Sell | 0.00014758 | 192.8577505 | 0.02846194 | 0.15% | 1.10E+11 | 0.02841925 | -192.858 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.00014399 | 2023.337674 | 0.29134039 | 0.25% | 1.11E+11 | -0.29134039 | 2018.279 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.00014398 | 1.47838716 | 0.00021285 | 0.25% | 1.11E+11 | -0.00021285 | 1.474691 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.00014392 | 1030.8054 | 0.14835351 | 0.25% | 1.11E+11 | -0.14835351 | 1028.228 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.00014391 | 25554.236 | 3.6775101 | 0.25% | 1.11E+11 | -3.6775101 | 25490.35 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.0001439 | 1.52335863 | 0.00021921 | 0.25% | 1.11E+11 | -0.00021921 | 1.51955 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.00014379 | 1.39435833 | 0.00020049 | 0.25% | 1.11E+11 | -0.00020049 | 1.390872 |
| 1/10/2018 1:55 | XRP/BTC | Exchange | Buy | 0.00014379 | 1387.224822 | 0.19946905 | 0.25% | 1.11E+11 | -0.19946905 | 1383.757 |
| 1/10/2018 6:03 | XRP/USDT | Exchange | Sell | 1.9 | 10 | 19 | 0.25% | 75862936252 | 18.9525 | -10 |
| 1/10/2018 8:55 | XRP/USDT | Exchange | Sell | 1.65641636 | 400 | 662.566544 | 0.25% | 75893240917 | 660.9101276 | -400 |
| 1/10/2018 8:55 | XRP/USDT | Exchange | Sell | 1.65641636 | 2470.679591 | 4092.474095 | 0.25% | 75893240917 | 4082.24291 | -2470.68 |
| 1/10/2018 8:55 | XRP/USDT | Exchange | Sell | 1.65641637 | 14228.34 | 23568.05529 | 0.25% | 75893240917 | 23509.13516 | -14228.3 |
| 1/10/2018 8:55 | XRP/USDT | Exchange | Sell | 1.65641636 | 2900.980409 | 4805.231409 | 0.15% | 75893240917 | 4798.023562 | -2900.98 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.9012 | 33.19683358 | 63.11382 | 0.25% | 75909136006 | 62.95603545 | -33.1968 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.9012 | 2.3079578 | 4.38788936 | 0.25% | 75909136006 | 4.37691964 | -2.30796 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.90120003 | 1347.567387 | 2561.995157 | 0.25% | 75909136006 | 2555.590169 | -1347.57 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.90120003 | 13282.316 | 25252.33958 | 0.25% | 75909136006 | 25189.20873 | -13282.3 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.90994813 | 10.29323885 | 19.65955229 | 0.25% | 75909136006 | 19.61040341 | -10.2932 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.91 | 0.03652867 | 0.06976975 | 0.25% | 75909136006 | 0.06959533 | -0.03653 |
| 1/10/2018 10:17 | XRP/USDT | Exchange | Sell | 1.91000003 | 5324.282054 | 10169.37888 | 0.25% | 75909136006 | 10143.95544 | -5324.28 |
| 1/11/2018 8:25 | XRP/USDT | Exchange | Buy | 1.87468672 | 70 | 131.2280704 | 0.25% | 76106937007 | -131.2280704 | 69.825 |
| 1/16/2018 9:32 | XRP/USDT | Exchange | Buy | 1.32 | 14269.06337 | 18835.16365 | 0.15% | 77121770158 | -18835.16365 | 14247.66 |
| 1/16/2018 9:32 | XRP/USDT | Exchange | Buy | 1.32 | 2216.666667 | 2926 | 0.15% | 77121770158 | -2926 | 2213.342 |
| 1/16/2018 9:32 | XRP/USDT | Exchange | Buy | 1.32 | 4000 | 5280 | 0.15% | 77121770158 | -5280 | 3994 |

| Date | Pair | Type | Side | Price | Amount | Total | Fee | ID | Net1 | Net2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/16/2018 9:33 | XRP/USDT | Exchange | Buy | 1.32 | 485.6475491 | 641.0547649 | 0.15% | 77121770158 | -641.0547649 | 484.9191 |
| 1/16/2018 9:33 | XRP/USDT | Exchange | Buy | 1.32 | 6017.508788 | 7943.111601 | 0.15% | 77121770158 | -7943.111601 | 6008.483 |
| 1/17/2018 15:27 | XRP/BTC | Exchange | Sell | 0.00009499 | 58272.86619 | 5.53533955 | 0.25% | 1.14E+11 | 5.52150121 | -58272.9 |
| 1/17/2018 15:27 | XRP/BTC | Exchange | Sell | 0.000095 | 378.840215 | 0.03598982 | 0.25% | 1.14E+11 | 0.03589985 | -378.84 |
| 1/17/2018 15:27 | XRP/BTC | Exchange | Sell | 0.00009501 | 1.44721608 | 0.00013749 | 0.25% | 1.14E+11 | 0.00013715 | -1.44722 |
| 1/17/2018 15:27 | XRP/BTC | Exchange | Sell | 0.00009501 | 1.44721608 | 0.00013749 | 0.25% | 1.14E+11 | 0.00013715 | -1.44722 |
| 1/17/2018 15:27 | XRP/BTC | Exchange | Sell | 0.00009501 | 1.44721608 | 0.00013749 | 0.25% | 1.14E+11 | 0.00013715 | -1.44722 |
| 1/17/2018 15:27 | XRP/BTC | Exchange | Sell | 0.00009504 | 109 | 0.01035936 | 0.25% | 1.14E+11 | 0.01033347 | -109 |