1  DAMIEN J. MARSHALL (admitted *pro hac vice*)
   dmarshall@kslaw.com
2  ANDREW MICHAELSON (admitted *pro hac vice*)
   amichaelson@kslaw.com
3  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
4  New York, NY 10036
   Tel: (212) 556-2100; Fax: (212) 556-2222
5
   SUZANNE E. NERO (SBN 284894)
6  snero@kslaw.com
   KING & SPALDING LLP
7  50 California Street, Suite 3300
   San Francisco, CA 94111
8  Tel: (415) 318-1200; Fax: (415) 318-1300

9  ANDREW J. CERESNEY (admitted *pro hac vice*)
   aceresney@debevoise.com
10 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
11 New York, NY 10022
   Tel: (212) 909-6000; Fax: (212) 909-6836
12

13 *Attorneys for Defendants Ripple Labs Inc.,*
   *XRP II, LLC, and Bradley Garlinghouse*
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rule 79-5(f), on November 18, 2022, Lead Plaintiff Bradley Sostack filed an Administrative Motion to File Under Seal Materials Relating to Lead Plaintiff's Motion for Class Certification ("Motion to Seal"). The documents contain and describe information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Stipulated Protective Order as Modified by the Court, Dkt. 143. On November 23, 2022, pursuant to Civil Local Rules 79-5(f)(3) and 79-5(c), Defendants filed a declaration in support of the Motion to Seal detailing why the sealed materials should be sealed. Having reviewed Lead Plaintiff's Motion to Seal and Defendants' declaration, the Motion is granted as follows:

| Documents to be Filed Under Seal | Page/Paragraph/Exhibit Numbers to be Redacted or Sealed in Full | Court Order |
|---|---|---|
| Lead Plaintiff's Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof | Pages i, 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, 20, 21, 23, 24, 26, 27, 31 | |
| Declaration of Nicholas N. Spear | ¶ 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 38, 39, 40, 41 | |
| Exhibit 1 to the Spear Declaration (RPLI_00623257) | Sealed in Full | |
| Exhibit 2 to the Spear Declaration (RPLI_00339374) | Sealed in Full | |
| Exhibit 4 to the Spear Declaration (RPLI_00294765) | Sealed in Full | |
| Exhibit 6 to the Spear Declaration (RPLI_00555674) | Sealed in Full | |
| Exhibit 7 to the Spear Declaration (RPLI_00160553) | Sealed in Full | |
| Exhibit 8 to the Spear Declaration (RPLI_01641423) | Sealed in Full | |

| | | |
|---|---|---|
| Exhibit 9 to the Spear Declaration (RPLI_01931261) | Sealed in Full | |
| Exhibit 10 to the Spear Declaration (RPLI_00276363) | Sealed in Full | |
| Exhibit 11 to the Spear Declaration (RPLI_00000041) | Sealed in Full | |
| Exhibit 12 to the Spear Declaration (RPLI_01030511) | Sealed in Full | |
| Exhibit 13 to the Spear Declaration (RPLI_01673352) | Sealed in Full | |
| Exhibit 14 to the Spear Declaration (RPLI_00177952) | Sealed in Full | |
| Exhibit 15 to the Spear Declaration (RPLI_00978159) | Sealed in Full | |
| Exhibit 16 to the Spear Declaration (RPLI_01018075) | Sealed in Full | |
| Exhibit 17 to the Spear Declaration (RPLI_01017858) | Sealed in Full | |
| Exhibit 18 to the Spear Declaration (RPLI_00327099) | Sealed in Full | |
| Exhibit 19 to the Spear Declaration (RPLI_00924526) | Sealed in Full | |
| Exhibit 20 to the Spear Declaration (RPLI_00753899) | Sealed in Full | |
| Exhibit 21 to the Spear Declaration (RPLI_03572534) | Sealed in Full | |
| Exhibit 22 to the Spear Declaration (RPLI_00157641) | Sealed in Full | |
| Exhibit 23 to the Spear Declaration (RPLI_00380882) | Sealed in Full | |
| Exhibit 25 to the Spear Declaration (RPLI_01022302) | Sealed in Full | |

| | | |
|---|---|---|
| Exhibit 26 to the Spear Declaration (RPLI_00000943) | Sealed in Full | |
| Exhibit 27 to the Spear Declaration (RPLI_01371390) | Sealed in Full | |
| Exhibit 28 to the Spear Declaration (RPLI_03455221) | Sealed in Full | |
| Exhibit 29 to the Spear Declaration (RPLI_01675579) | Sealed in Full | |
| Exhibit 30 to the Spear Declaration (RPLI_01169730) | Sealed in Full | |
| Exhibit 31 to the Spear Declaration (RPLI_01674718) | Sealed in Full | |
| Exhibit 32 to the Spear Declaration (RPLI_01169610) | Sealed in Full | |
| Exhibit 33 to the Spear Declaration (RPLI_01169378) | Sealed in Full | |
| Exhibit 34 to the Spear Declaration (RPLI_01675072) | Sealed in Full | |
| Exhibit 35 to the Spear Declaration (RPLI_03496477) | Sealed in Full | |
| Exhibit 36 to the Spear Declaration (RPLI_03570145) | Sealed in Full | |
| Exhibit 37 to the Spear Declaration (RPLI_03566384) | Sealed in Full | |
| Exhibit 38 to the Spear Declaration (RPLI_03568452) | Sealed in Full | |
| Exhibit 39 to the Spear Declaration (RPLI_03565597) | Sealed in Full | |
| Exhibit 40 to the Spear Declaration (RPLI_03566726) | Sealed in Full | |
| Exhibit 41 to the Spear Declaration (RPLI_03564173) | Sealed in Full | |

| | |
|---|---|
| Exhibit 43 to the Spear Declaration (POLO_SOSTACK_00000001) | Sealed in Full |
| Exhibit 64 (Declaration of Cristian Gil) | Sealed in Full |

**IT IS SO ORDERED.**

Date:_____                              By:_____

                                                            PHYLLIS J. HAMILTON

                                                            United State District Judge