DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

Additional counsel on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

1  Pursuant to Civil Local Rule 6-2, Lead Plaintiff Bradley Sostack and Defendants Ripple
2  Labs Inc., XRP II, LLC, and Bradley Garlinghouse, by and through their respective counsel of
3  record, hereby jointly move for approval of the following stipulation to extend the briefing
4  schedule on Lead Plaintiff's Motion for Class Certification by one week as follows:

- Deadline for Defendants to file their Opposition: February 3, 2023
- Deadline for Lead Plaintiff to file his Reply: March 31, 2023

## STIPULATION

WHEREAS Lead Plaintiff filed his Motion for Class Certification, ECF No. 181, on November 18, 2022, and submitted with it the Expert Report of Professor Steven P. Feinstein;

WHEREAS Defendants' Opposition to Lead Plaintiff's Motion is currently due January 27, 2023;

WHEREAS Defendants requested to depose Dr. Feinstein the week of January 9-13, two weeks before Defendants' Opposition is due;

WHEREAS, due to Dr. Feinstein's scheduling conflicts, he is unavailable to be deposed earlier than January 20, 2023, just one week before Defendants' Opposition is due;

WHEREAS the parties have agreed that the deadline for Defendants' Opposition should be extended by one week to provide sufficient time between the deposition of Dr. Feinstein and the filing of the Opposition;

WHEREAS the parties have further agreed that the deadline for Lead Plaintiff's Reply, which is currently due March 24, 2023, will also be extended by one week;

WHEREAS, pursuant to Local Rule 6-2(a), the Parties state that there was one previous modification to the case schedule since the Court issued its Pretrial Order, ECF No. 125, on February 23, 2022, ECF No. 158;

WHEREAS, the modification to the briefing schedule will not impact any other Court Ordered deadline or the scheduled class certification hearing date of April 26, 2023.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court, that the deadlines for the Class Certification Opposition and Reply are extended as follows:

- Deadline for Defendants to file their Opposition to the Lead Plaintiff's Motion for Class Certification is extended one week to February 3, 2023
- Deadline for Lead Plaintiff to file his Reply in support of Lead Plaintiff's Motion for Class Certification is extended one week to March 31, 2023

IT IS SO STIPULATED.

DATED: December 13, 2022          KING & SPALDING LLP

By: */s/ Suzanne E. Nero*
Suzanne E. Nero

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

By: */s/ Nicholas N. Spear*
Nicholas N. Spear

James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com

TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (SBN 304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Counsel for Lead Plaintiff Bradley Sostack*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022

_____
THE HONORABLE PHYLLIS J. HAMILTON

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Suzanne E. Nero, attest that each of the other Signatories on this STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER have concurred in the filing of this document.

/s/ Suzanne E. Nero
Suzanne E. Nero