1  DAMIEN J. MARSHALL (admitted *pro hac vice*)
   dmarshall@kslaw.com
2  ANDREW MICHAELSON (admitted *pro hac vice*)
   amichaelson@kslaw.com
3  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
4  New York, NY 10036
   Tel: (212) 556-2100; Fax: (212) 556-2222
5
   SUZANNE E. NERO (SBN 284894)
6  snero@kslaw.com
   KING & SPALDING LLP
7  50 California Street, Suite 3300
   San Francisco, CA 94111
8  Tel: (415) 318-1200; Fax: (415) 318-1300

9  *Attorneys for Defendants Ripple Labs Inc.,
   XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF SUZANNE E. NERO IN SUPPORT OF STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER [PURSUANT TO L.R. 6-2(a)]** |

I, Suzanne E. Nero, hereby declare as follows:

1.     I am a member in good standing of the bar of the State of California, a partner with the law firm King & Spalding LLP, and counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.     Pursuant to Civil Local Rule 6-2(a), I make this declaration in support of the parties' Stipulation Modifying Class Certification Briefing Schedule and [Proposed] Order.

3.     On November 18, 2022, Lead Plaintiff filed his Motion for Class Certification ("Motion"), ECF No. 181, and submitted with it the Expert Report of Professor Steven P. Feinstein.

4.     Defendants' Opposition to Lead Plaintiff's Motion is currently due January 27, 2023, pursuant to the Court's Order Re Stipulation to Modify Case Schedule, ECF No. 158.

5.     On November 29, 2022, I emailed counsel for Lead Plaintiff requesting that Dr. Feinstein appear for a deposition during the week of January 9-13, two weeks before Defendants' Opposition deadline.

6.     On December 6, 2022, counsel for Lead Plaintiff responded stating that Dr. Feinstein is unavailable to be deposed earlier than January 20, 2023, just one week before Defendants' Opposition deadline.

7.     On December 6, 2022, I responded that this date was too close to Defendants' Opposition deadline, and if Dr. Feinstein was not available earlier, we requested extending the briefing deadlines (both for Defendants' Opposition and Lead Plaintiff's Reply) by one week to accommodate Dr. Feinstein's schedule. On December 12, 2022, Lead Plaintiff's counsel agreed to this extension.

8.     Pursuant to Local Rule 6-2(a)(2), the parties have previously requested one modification to the case schedule since the Court issued its Pretrial Order, ECF No. 125. *See* ECF No. 157. On February 23, 2022, the Court partially approved the parties' stipulation to

modify the case schedule, ECF No. 158.

9. The parties do not believe this modification to the briefing schedule will impact any other Courter Ordered deadline or the scheduled class certification hearing date of April 26, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of December, 2022, at Oakland, California.

/s/ Suzanne E. Nero
Suzanne E. Nero