1 | DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
2 | ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
3 | KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
4 | New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222
5 |
SUZANNE E. NERO (SBN 284894)
6 | snero@kslaw.com
KING & SPALDING LLP
7 | 50 California Street, Suite 3300
San Francisco, CA 94111
8 | Tel: (415) 318-1200; Fax: (415) 318-1300
9 | *Attorneys for Defendants Ripple Labs Inc.,*
*XRP II, LLC, and Bradley Garlinghouse*
10 |
Additional counsel on signature page
11 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | **STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| This Document Relates to: | |
| ALL ACTIONS | |

1    Pursuant to Civil Local Rule 6-2, Lead Plaintiff Bradley Sostack and Defendants Ripple

2  Labs Inc., XRP II, LLC, and Bradley Garlinghouse, by and through their respective counsel of

3  record, hereby jointly move for approval of the following stipulation to extend the briefing

4  schedule on Lead Plaintiff's Motion for Class Certification by one week as follows:

5         • Deadline for Defendants to file their Opposition: February 3, 2023

6         • Deadline for Lead Plaintiff to file his Reply: March 31, 2023

7                                    **STIPULATION**

8    WHEREAS Lead Plaintiff filed his Motion for Class Certification, ECF No. 181, on

9  November 18, 2022, and submitted with it the Expert Report of Professor Steven P. Feinstein;

10    WHEREAS Defendants' Opposition to Lead Plaintiff's Motion is currently due January

11  27, 2023;

12    WHEREAS Defendants requested to depose Dr. Feinstein the week of January 9-13, two

13  weeks before Defendants' Opposition is due;

14    WHEREAS, due to Dr. Feinstein's scheduling conflicts, he is unavailable to be deposed

15  earlier than January 20, 2023, just one week before Defendants' Opposition is due;

16    WHEREAS the parties have agreed that the deadline for Defendants' Opposition should

17  be extended by one week to provide sufficient time between the deposition of Dr. Feinstein and

18  the filing of the Opposition;

19    WHEREAS the parties have further agreed that the deadline for Lead Plaintiff's Reply,

20  which is currently due March 24, 2023, will also be extended by one week;

21    WHEREAS, pursuant to Local Rule 6-2(a), the Parties state that there was one previous

22  modification to the case schedule since the Court issued its Pretrial Order, ECF No. 125, on

23  February 23, 2022, ECF No. 158;

24    WHEREAS, the modification to the briefing schedule will not impact any other Court

25  Ordered deadline or the scheduled class certification hearing date of April 26, 2023.

26

27

28

STIPULATION & [PROPOSED]                    2                    Case No. 4:18-cv-06753-PJH
ORDER MODIFYING CLASS CERT
BRIEFING SCHEDULE

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

2  the undersigned counsel, subject to approval of the Court, that the deadlines for the Class

3  Certification Opposition and Reply are extended as follows:

4    • Deadline for Defendants to file their Opposition to the Lead Plaintiff's Motion for

5       Class Certification is extended one week to February 3, 2023

6    • Deadline for Lead Plaintiff to file his Reply in support of Lead Plaintiff's Motion

7       for Class Certification is extended one week to March 31, 2023

8    IT IS SO STIPULATED.

9

10  DATED: December 13, 2022          KING & SPALDING LLP

11
                                By:  /s/ Suzanne E. Nero
12                                   Suzanne E. Nero

13                                   SUZANNE E. NERO (SBN 284894)
                                     snero@kslaw.com
14                                   KING & SPALDING LLP
                                     50 California St., Suite 3300
15                                   San Francisco, CA 94111
16                                   Tel: (415) 318-1200; Fax: (415) 318-1300

17                                   DAMIEN J. MARSHALL (admitted *pro hac vice*)
                                     dmarshall@kslaw.com
18                                   ANDREW MICHAELSON (admitted *pro hac vice*)
                                     amichaelson@kslaw.com
19                                   KING & SPALDING LLP
20                                   1185 Avenue of the Americas, 34th Floor
                                     New York, NY 10036
21                                   Tel: (212) 556-2100; Fax: (212) 556-2222

22
                                     *Attorneys for Defendants Ripple Labs Inc.,*
23                                   *XRP II, LLC, and Bradley Garlinghouse*

24                                By: /s/ Nicholas N. Spear
                                      Nicholas N. Spear
25
                                     James Q. Taylor-Copeland (SBN 284743)
26                                   james@taylorcopelandlaw.com

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (SBN 304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Counsel for Lead Plaintiff Bradley Sostack*

STIPULATION & [PROPOSED]
ORDER MODIFYING CLASS CERT
BRIEFING SCHEDULE

4

Case No. 4:18-cv-06753-PJH

1                                         **[PROPOSED] ORDER**

2                 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: ___December 14_____, 2022

5



6            THE HONORABLE ~~~~~~~~~~ ~ILTON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED]                5                Case No. 4:18-cv-06753-PJH
ORDER MODIFYING CLASS CERT
BRIEFING SCHEDULE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Suzanne E. Nero, attest that each of the other Signatories on this STIPULATION MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE AND [PROPOSED] ORDER have concurred in the filing of this document.

/s/ Suzanne E. Nero
Suzanne E. Nero