1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DAVID C. WALTON (167268)
   BRIAN O. O'MARA (229737)
3  LUCAS F. OLTS (234843)
   BRIAN E. COCHRAN (286202)
4  PATTON L. JOHNSON (320631)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  19/231-7423 (fax)
   davew@rgrdlaw.com
7  bomara@rgrdlaw.com
   lolts@rgrdlaw.com
8  pjohnson@rgrdlaw.com

9  ROBBINS LLP
   BRIAN J. ROBBINS (190264)
10 STEPHEN J. ODDO (174828)
   ERIC M. CARRINO (310765)
11 5040 Shoreham Place
   San Diego, CA  92122
12 Telephone:  619/525-3990
   619/525-3991 (fax)
13 brobbins@robbinsllp.com
   soddo@robbinsllp.com
14 ecarrino@robbinsllp.com

15 Counsel for Plaintiff Vladi Zakinov and
   Lead Plaintiff Movants David Oconer and Avner Greenwald
16

17                     UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20 In re RIPPLE LABS INC. LITIGATION    )   Case No. 4:18-cv-06753-PJH
                                        )
21 _____  )
                                        )   CLASS ACTION
22 This Document Relates To:            )
                                        )   NOTICE OF REQUEST FOR
23       ALL ACTIONS.                   )   WITHDRAWAL OF COUNSEL
                                        )   PURSUANT TO CIV. L.R. 11-5
24 _____  )

25

26

27

28

1    PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5, plaintiff Vladi Zakinov, along

2  with lead plaintiff movants David Oconer and Avner Greenwald's ("Movants") counsel, David C.

3  Walton, Shawn A. Williams, Brian O. O'Mara, Lucas F. Olts, Brian E. Cochran, and Patton L.

4  Johnson of Robbins Geller Rudman & Dowd LLP and Brian J. Robbins, Stephen J. Oddo, and Eric

5  M. Carrino of Robbins LLP hereby request to withdraw as counsel in this action.  On June 21, 2019,

6  this Court appointed Bradley Sostack as Lead Plaintiff and approved Lead Plaintiff's selection of

7  Taylor-Copeland Law and Susman Godfrey LP as Lead Counsel  *See* ECF 60.  Consequently,

8  Movants and their counsel have no representative role in the action and the putative class will be

9  represented by Lead Plaintiff and his counsel.  Mr. Zakinov is also concurrently filing a Notice of

10  Voluntary Dismissal of his claims.  Please remove Robbins Geller Rudman & Dowd LLP and

11  Robbins LLP from the docket as counsel of record, along with the above-named attorneys.  A

12  [Proposed] Order granting the withdrawal is submitted herewith.

13  DATED:  December 22, 2022                    ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
14                                               DAVID C. WALTON
                                                 BRIAN O. O'MARA
15                                               LUCAS F. OLTS
                                                 BRIAN E. COCHRAN
16                                               PATTON L. JOHNSON

17

18                                                    s/ Brian O. O'Mara
                                                      BRIAN O. O'MARA
19
                                                 655 West Broadway, Suite 1900
20                                               San Diego, CA  92101
                                                 Telephone:  619/231-1058
21                                               619/231-7423 (fax)
                                                 davew@rgrdlaw.com
22                                               boomara@rgrdlaw.com
                                                 lolts@rgrdlaw.com
23                                               bcochran@rgrdlaw.com
                                                 pjohnson@rgrdlaw.com
24

25

26

27

28

1

2   ROBBINS GELLER RUDMAN
      & DOWD LLP
    SHAWN A. WILLIAMS
3   Post Montgomery Center
    One Montgomery Street, Suite 1800
4   San Francisco, CA  94104
    Telephone:  415/288-4545
5   415/288-4534 (fax)
    shawnw@rgrdlaw.com
6
    ROBBINS LLP
7   BRIAN J. ROBBINS
    STEPHEN J. ODDO
8   ERIC M. CARRINO
    5040 Shoreham Place
9   San Diego, CA  92122
    Telephone:  619/525-3990
10  619/525-3991 (fax)

11  Counsel for Plaintiff Vladi Zukinov and Lead
    Plaintiff Movants David Oconer and Avner
12  Greenwald

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Brian O. O'Mara
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  bomara@rgrdlaw.com

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Gordon Ball**
  matthew.ball@klgates.com,david.dunbar@klgates.com,klgateseservice@klgates.com,andrew.wu@klgates.com,Litigation.Docketing@klgates.com,kim.love@klgates.c

- **Eric M. Carrino**
  ecarrino@robbinsllp.com

- **Andrew J. Ceresney**
  aceresney@debevoise.com,mao-ecf@debevoise.com,csford@debevoise.com,eashane@debevoise.com,jguo@debevoise.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Meredith Richardson Dearborn**
  mdearborn@paulweiss.com,imcmillan@paulweiss.com,mao_fednational@paulweiss.com

- **Oleg Elkhunovich**
  oelkhunovich@susmangodfrey.com,ecf-3e7980029b5e@ecf.pacerpro.com,tbayliss@susmangodfrey.com

- **John T. Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,edewan@scott-scott.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,E_File_SD@rgrdlaw.com,PJohnson2019@ecf.courtdrive.com,tdevries@rgrdlaw.com

- **Stavroula Elias Lambrakopoulos**
  stavroula.lambrakopoulos@klgates.com

- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com

- **Damien J. Marshall**
  dmarshall@kslaw.com,jcmccullough@kslaw.com

- **Lauren Sager McCabe**
  lmccabe@scott-scott.com

- **Andrew Zenner Michaelson**
  amichaelson@kslaw.com,LWilliams@KSLAW.com,tle@kslaw.com,andrew-michaelson-7338@ecf.pacerpro.com,MGonzalez@KSLAW.com

- **Suzanne Elizabeth Nero**
  snero@kslaw.com,slima@kslaw.com,mstrong@kslaw.com,tle@kslaw.com,suzanne-nero-6530@ecf.pacerpro.com,rrobot2@kslaw.com,rrobot@kslaw.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stephen J. Oddo**
  soddo@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Krysta Kauble Pachman**
  kpachman@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,kerene-palmer-9134@ecf.pacerpro.com,kpalmer@susmangodfrey.com,hdanielson@susmangodfrey.com,ecf-722572b98eb1@ecf.pacerpro.com

- **Ross Evan Pitcoff**
  ross@rosspitcofflaw.com

- **Pavel I. Pogodin, Ph.D., Esq.**
  pp@consensuslaw.io,ppogodin@gmail.com

- **Brian J. Robbins**
  notice@robbinsllp.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com

- **Steven Gerald Sklaver**
  ssklaver@susmangodfrey.com,GWise@susmangodfrey.com,jwilliams@susmangodfrey.com,jerod-williams-0433@ecf.pacerpro.com,ecf-d2dbeeed8fe0@ecf.pacerpro.com,gregory-wise-3486@ecf.pacerpro.com

- **Nicholas Nathan Spear**
  nspear@susmangodfrey.com,nick-spear-0758@ecf.pacerpro.com,ecf-f8a7a120fec0@ecf.pacerpro.com,mwilliams@susmangodfrey.com

- **Rhiana Swartz**
  rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,efile@scott-scott.com

- **James Quinn Taylor-Copeland**
  james@taylorcopelandlaw.com,docketing@mintz.com,DSJohnson@mintz.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Sarah Nicole Westcot**
  swestcot@bursor.com,ecf-notices@bursor.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Meng Xi**
  mxi@susmangodfrey.com,tgutiererz@susmangodfrey.com,ecf-9f8dc9551d55@ecf.pacerpro.com,eball@susmangodfrey.com,ecf-9b823860588d@ecf.pacerpro.com,7078@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)