UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates To:<br>ALL ACTIONS. | <u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL PURSUANT TO CIV. L.R. 11-5 |

1    Upon consideration of Notice of Request for Withdrawal of Counsel, and for good cause
2 shown, it is HEREBY ORDERED that David C. Walton, Shawn A. Williams, Brian O. O'Mara,
3 Lucas F. Olts, Brian E. Cochran, and Patton L. Johnson of Robbins Geller Rudman & Dowd LLP,
4 and Brian J. Robbins, Stephen J. Oddo, and Eric M. Carrino of Robbins LLP are hereby withdrawn
5 as counsel of record.  The clerk is directed to remove the above-named attorneys and law firms from
6 the docket as well as the ECF Service List.
7    IT IS SO ORDERED.
8 DATED: _____    _____
                                            HON. PHYLLIS J. HAMILTON
9                                           UNITED STATES DISTRICT COURT JUDGE