ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID C. WALTON (167268)
BRIAN O. O'MARA (229737)
LUCAS F. OLTS (234843)
BRIAN E. COCHRAN (286202)
PATTON L. JOHNSON (320631)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
19/231-7423 (fax)
davew@rgrdlaw.com
bomara@rgrdlaw.com
lolts@rgrdlaw.com
pjohnson@rgrdlaw.com

ROBBINS LLP
BRIAN J. ROBBINS (190264)
STEPHEN J. ODDO (174828)
ERIC M. CARRINO (310765)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

Counsel for Plaintiff Vladi Zakinov and
Lead Plaintiff Movants David Oconer and Avner Greenwald

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re RIPPLE LABS INC. LITIGATION | ) | Case No. 4:18-cv-06753-PJH |
| | ) | |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| | ) | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| ALL ACTIONS. | ) | |
| | ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Vladi Zukinov hereby voluntarily dismisses his claims without prejudice to this ability to participate in this consolidated action as an absent class member. The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED: December 22, 2022

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID C. WALTON
BRIAN O. O'MARA
LUCAS F. OLTS
BRIAN E. COCHRAN
PATTON L. JOHNSON

s/ Brian O. O'Mara
BRIAN O. O'MARA

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com
boomara@rgrdlaw.com
lolts@rgrdlaw.com
bcochran@rgrdlaw.com
pjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ERIC M. CARRINO
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

Counsel for Plaintiff Vladi Zukinov and Lead Plaintiff Movants David Oconer and Avner Greenwald

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Brian O. O'Mara
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: bomara@rgrdlaw.com

# Mailing Information for a Case 4:18-cv-06753-PJH Zakinov et al v. Ripple Labs, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Gordon Ball**
  matthew.ball@klgates.com,david.dunbar@klgates.com,klgateseservice@klgates.com,andrew.wu@klgates.com,Litigation.Docketing@klgates.com,kim.love@klgates.c
- **Eric M. Carrino**
  ecarrino@robbinsllp.com
- **Andrew J. Ceresney**
  aceresney@debevoise.com,mao-ecf@debevoise.com,csford@debevoise.com,eashane@debevoise.com,jguo@debevoise.com
- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Meredith Richardson Dearborn**
  mdearborn@paulweiss.com,imcmillan@paulweiss.com,mao_fednational@paulweiss.com
- **Oleg Elkhunovich**
  oelkhunovich@susmangodfrey.com,ecf-3e7980029b5e@ecf.pacerpro.com,tbayliss@susmangodfrey.com
- **John T. Jasnoch**
  jjasnoch@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,edewan@scott-scott.com
- **Patton L. Johnson**
  pjohnson@rgrdlaw.com,E_File_SD@rgrdlaw.com,PJohnson2019@ecf.courtdrive.com,tdevries@rgrdlaw.com
- **Stavroula Elias Lambrakopoulos**
  stavroula.lambrakopoulos@klgates.com
- **Thomas L Laughlin , IV**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,aweas@scott-scott.com,efile@scott-scott.com
- **Damien J. Marshall**
  dmarshall@kslaw.com,jcmccullough@kslaw.com
- **Lauren Sager McCabe**
  lmccabe@scott-scott.com
- **Andrew Zenner Michaelson**
  amichaelson@kslaw.com,LWilliams@KSLAW.com,tle@kslaw.com,andrew-michaelson-7338@ecf.pacerpro.com,MGonzalez@KSLAW.com
- **Suzanne Elizabeth Nero**
  snero@kslaw.com,slima@kslaw.com,mstrong@kslaw.com,tle@kslaw.com,suzanne-nero-6530@ecf.pacerpro.com,rrobot2@kslaw.com,rrobot@kslaw.com
- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Stephen J. Oddo**
  soddo@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com
- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com
- **Krysta Kauble Pachman**
  kpachman@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,kerene-palmer-9134@ecf.pacerpro.com,kpalmer@susmangodfrey.com,hdanielson@susmangodfrey.com,ecf-722572b98eb1@ecf.pacerpro.com
- **Ross Evan Pitcoff**
  ross@rosspitcofflaw.com
- **Pavel I. Pogodin, Ph.D., Esq.**
  pp@consensuslaw.io,ppogodin@gmail.com
- **Brian J. Robbins**
  notice@robbinsllp.com
- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com,ecf-4d2b1f772250@ecf.pacerpro.com,hdanielson@susmangodfrey.com,ecf-67366a65900c@ecf.pacerpro.com
- **Steven Gerald Sklaver**
  ssklaver@susmangodfrey.com,GWise@susmangodfrey.com,jwilliams@susmangodfrey.com,jerod-williams-0433@ecf.pacerpro.com,ecf-d2dbeeed8fe0@ecf.pacerpro.com,gregory-wise-3486@ecf.pacerpro.com
- **Nicholas Nathan Spear**
  nspear@susmangodfrey.com,nick-spear-0758@ecf.pacerpro.com,ecf-f8a7a120fec0@ecf.pacerpro.com,mwilliams@susmangodfrey.com
- **Rhiana Swartz**
  rswartz@scott-scott.com,scott-scott@ecf.courtdrive.com,efile@scott-scott.com

- **James Quinn Taylor-Copeland**
  james@taylorcopelandlaw.com,docketing@mintz.com,DSJohnson@mintz.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Sarah Nicole Westcot**
  swestcot@bursor.com,ecf-notices@bursor.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Meng Xi**
  mxi@susmangodfrey.com,tgutiererz@susmangodfrey.com,ecf-9f8dc9551d55@ecf.pacerpro.com,eball@susmangodfrey.com,ecf-9b823860588d@ecf.pacerpro.com,7078@ecf.pacerpro.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)