DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE** |

# [PROPOSED] ORDER

Pursuant to Defendants' Motion to Modify the Scheduling Order and for good cause shown, this Court modifies the scheduling order (ECF No. 158) by extending the below dates as follows:

| | |
|---|---|
| Non-expert discovery cutoff: | October 2, 2023 |
| Plaintiff's expert disclosures: | November 2, 2023 |
| Defendants' expert disclosures: | December 5, 2023 |
| Plaintiff's expert rebuttal: | January 5, 2024 |
| Expert discovery cutoff: | February 5, 2024 |
| Dispositive motions filed: | March 5, 2024 |
| Dispositive motion oppositions: | April 2, 2024 |
| Dispositive motion replies: | April 30, 2024 |
| Dispositive motions heard by: | May 28, 2024 |
| Pretrial conference: | August 28, 2024 |
| Trial date: | September 25, 2024 |

Dated: _____, 2022

THE HONORABLE PHYLLIS J. HAMILTON