Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH<br><br>[~~PROPOSED~~] **ORDER DENYING DEFENDANTS' MOTION PURSUANT TO LOCAL RULES 6-3 AND 7-11 TO MODIFY THE SCHEDULING ORDER** |

1  The Court, having read and considered Defendants' Motion Pursuant to Local Rules 6-3
2  and 7-11 to Modify the Scheduling Order, Lead Plaintiff's opposition to the motion, and the
3  accompanying filings, hereby DENIES the motion.

**IT IS SO ORDERED.**

Date: January 3, 2023                    By: _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge