1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

| In re RIPPLE LABS INC. LITIGATION | ) | Case No. 4:18-cv-06753-PJH |
|---|---|---|
| | ) | |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING |
| ALL ACTIONS. | ) | REQUEST FOR WITHDRAWAL OF |
| | ) | COUNSEL PURSUANT TO CIV. L.R. 11-5 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Upon consideration of Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that David C. Walton, Shawn A. Williams, Brian O. O'Mara, Lucas F. Olts, Brian E. Cochran, and Patton L. Johnson of Robbins Geller Rudman & Dowd LLP, and Brian J. Robbins, Stephen J. Oddo, and Eric M. Carrino of Robbins LLP are hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law firms from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED:   January 3, 2023                          _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*