DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse respectfully ask the Court to consider whether the following materials, filed in relation to the parties' Joint Letter Brief, should be sealed. These documents have been designated as confidential by Lead Plaintiff Bradley Sostack.

| Documents to be Filed Under Seal | Portions to Be Filed Under Seal |
|---|---|
| Joint Letter Brief | Redacted references to Ex. B and to Lead Plaintiff's trading records |
| Ex. B, Excerpts of Sostack Deposition Transcript | Entirety of the document |

The documents above contain and describe information that has been designated by Lead Plaintiff as "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order. *See* ECF No. 143 at § 2(B).

Pursuant to Civil Local Rule 79-5(f), Lead Plaintiff, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

DATED: January 19, 2023                          Respectfully,

 */s/ Suzanne E. Nero*
Suzanne E. Nero
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Tel: +1 415 318 1200
Fax: +1 415 318 1300
snero@kslaw.com
*Counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*