DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF SUZANNE E. NERO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Suzanne E. Nero, hereby declare as follows:

1.  I am an attorney in the law firm of King & Spalding LLP. I am counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse. I am admitted to practice before this Court, and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

DECLARATION OF SUZANNE E. NERO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

Case No. 4:18-cv-06753-PJH

2. I make this declaration in support of Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

3. The documents below contain and describe information that has been designated by Lead Plaintiff as "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order. *See* ECF No. 143 at § 2(B).

| Documents to be Filed Under Seal | Portions to Be Filed Under Seal |
|---|---|
| Joint Letter Brief | Redacted references to Ex. B and to Lead Plaintiff's trading records |
| Ex. B, Excerpts of Sostack Deposition Transcript | Entirety of the document |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 19, 2023

Respectfully,

 /s/ *Suzanne E. Nero*
Suzanne E. Nero
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Tel: +1 415 318 1200
Fax: +1 415 318 1300
snero@kslaw.com
*Counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*