DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Having reviewed Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and the Declaration of Suzanne E. Nero in support therefor, Lead Plaintiff's declaration in response, if any, and for good cause appearing, the motion is granted as follows:

| Documents to be Filed Under Seal | Portions to Be Filed Under Seal | Court Order |
|---|---|---|
| Joint Letter Brief | Redacted references to Ex. B and to Lead Plaintiff's trading records | |
| Ex. B, Excerpts of Sostack Deposition Transcript | Entirety of the document | |

**IT IS SO ORDERED.**

Date: _____     By: _____
                                  Honorable Robert M. Illman
                                  United States Magistrate Judge

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED

2

Case No. 4:18-cv-06753-PJH