1  Marc M. Seltzer (SBN 54534)
   mseltzer@susmangodfrey.com
2  Steven G. Sklaver (SBN 237612)
   ssklaver@susmangodfrey.com
3  Oleg Elkhunovich (SBN 269238)
   oelkhunovich@susmangodfrey.com
4  Krysta Kauble Pachman (280951)
   kpachman@susmangodfrey.com
5  Nicholas N. Spear (304281)
   nspear@susmangodfrey.com
6  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, 14th Floor
7  Los Angeles, CA 90067
   Telephone: (310) 789-3100
8  Facsimile: (310) 789-3150

9  James Q. Taylor-Copeland (SBN 284743)
   james@taylorcopelandlaw.com
10 TAYLOR-COPELAND LAW
   501 W. Broadway, Suite 800
11 San Diego, CA 92101
   Telephone: (619) 400-4944
12 Facsimile: (619) 566-4341

13
14 *Counsel for Lead Plaintiff Bradley Sostack*
15
16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18                           OAKLAND DIVISION

19 | In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
20 | | **LEAD PLAINTIFF'S STATEMENT IN SUPPORT OF SEALING MATERIALS IDENTIFIED IN DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
21 | This Document Relates to: | |
22 | ALL ACTIONS | |
23 | | |
24 | | (Civil L.R. 79-5) |
25 | | Judge: Hon. Phyllis J. Hamilton |
26
27
28

Pursuant to Northern District of California Civil Local Rules 7-11, 79-5(c), 79-5(f), and this Court's Standing Order, Plaintiff Bradley Sostack ("Plaintiff") respectfully submits this statement and declaration in response to Defendants' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 193). Plaintiff seeks an order sealing portions of the Joint Letter Brief filed on January 19, 2023, and Exhibit B thereto, as those materials contain numerous references to Plaintiff's confidential financial affairs.

The excerpts of the transcript of Mr. Sostack's deposition included in Exhibit B contain numerous references to Plaintiff's private financial affairs, including information regarding a limited liability company created by Plaintiff, Plaintiff's ownership of various digital assets, Plaintiff's use of wallets to store digital assets, and specific transactions in various digital assets. Declaration of James Taylor-Copeland ("Taylor-Copeland Decl."), ¶ 4.

The redacted portions of the Joint Letter Brief contain detailed references to (a) Plaintiff's trading records on the Poloniex exchange and (b) excerpts of the transcript of Plaintiff's deposition. Both the trading records and references to the deposition transcript reflect Plaintiff's "confidential financial affairs," including the timing of Plaintiff's purchases of both XRP and various other digital assets and the circumstances surrounding those purchases. *See* Taylor-Copeland Decl. at ¶ 5.

"It has been well established that the rights of privacy extend to one's confidential financial affairs." *Christensen-Thorson v. E*TRADE Fin. Corp.*, No. C 06-01575 JW, 2006 WL 8431340, at *3 (N.D. Cal. July 11, 2006) *Ryan*, 2007 U.S. Dist. LEXIS 62725, at *9 ("Private financial records are normally entitled to privacy protections."); *Valley Bank of Nevada v. Superior Ct.*, 15 Cal. 3d 652, 656 (1975) ("'right of privacy extends to one's confidential financial affairs."). Indeed, this Court's Order regarding the Joint Letter Brief noted that this type of financial information is "attended with weighty privacy rights." ECF No. 194 at 3.

If these documents are not properly sealed, Plaintiff's personal and private financial records will become part of the public record, thereby eviscerating Plaintiff's privacy. Taylor-Copeland Decl. at ¶ 6. There is thus no less restrictive alternative to sealing that will protect Plaintiff's

privacy in his confidential financial affairs. Plaintiff therefore respectfully requests that the Court seal the following materials.

| Documents to be Sealed | Portions to Be Sealed |
|---|---|
| Joint Letter Brief | Redacted references to Ex. B and to Lead Plaintiff's trading records |
| Ex. B, Excerpts of Sostack Deposition Transcript | Entirety of document |

Dated: January 25, 2023

By: /s/ Nicholas N. Spear
    Marc M. Seltzer (54534)
    Steven G. Sklaver (237612)
    Oleg Elkhunovich (269238)
    Krysta Kauble Pachman (280951)
    Nicholas N. Spear (304281)
    SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067-6029
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150
    mseltzer@susmangodfrey.com
    ssklaver@susmangodfrey.com
    oelkhunovich@susmangodfrey.com
    kpachman@susmangodfrey.com
    nspear@susmangodfrey.com

    James Q. Taylor-Copeland (284743)
    TAYLOR-COPELAND LAW
    501 W. Broadway, Suite 800
    San Diego, CA 92101
    james@taylorcopelandlaw.com
    Telephone: (619) 400-4944
    Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

| | |
|---|---|
| 1 | Marc M. Seltzer (SBN 54534) |
| | mseltzer@susmangodfrey.com |
| 2 | Steven G. Sklaver (SBN 237612) |
| | ssklaver@susmangodfrey.com |
| 3 | Oleg Elkhunovich (SBN 269238) |
| | oelkhunovich@susmangodfrey.com |
| 4 | Krysta Kauble Pachman (280951) |
| | kpachman@susmangodfrey.com |
| 5 | Nicholas N. Spear (304281) |
| | nspear@susmangodfrey.com |
| 6 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, 14th Floor |
| 7 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 8 | Facsimile: (310) 789-3150 |
| 9 | James Q. Taylor-Copeland (SBN 284743) |
| | james@taylorcopelandlaw.com |
| 10 | TAYLOR-COPELAND LAW |
| | 501 W. Broadway, Suite 800 |
| 11 | San Diego, CA 92101 |
| | Telephone: (619) 400-4944 |
| 12 | Facsimile: (619) 566-4341 |

*Counsel for Lead Plaintiff Bradley Sostack*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
| This Document Relates to: | **DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF SEALING PURSUANT TO LOCAL RULES 79-5(C) & (E)** |
| ALL ACTIONS | |

**DECLARATION OF JAMES TAYLOR-COPELAND**

1. I am an attorney in the law form of Taylor-Copeland Law, and counsel for Lead Plaintiff Bradley Sostack. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I respectfully submit this declaration in support of Plaintiffs' Administrative Motion to Seal materials submitted in connection with the Parties' January 19, 2023 Joint Discovery Letter (the "Joint Discovery Letter").

3. The documents below contain and describe information that has been designated by Lead Plaintiff as "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order. *See* ECF No. 143.

| Documents Filed Under Seal | Portions Filed Under Seal |
|---|---|
| Joint Letter Brief | Redacted references to Ex. B and to Lead Plaintiff's trading records |
| Ex. B, Excerpts of Sostack Deposition Transcript | Entirety of document |

4. The excerpts of the transcript of Mr. Sostack's deposition included in Exhibit B contain numerous references to Plaintiff's private financial affairs, including information regarding a limited liability company created by Plaintiff, Plaintiff's ownership of various digital assets, Plaintiff's use of wallets to store digital assets, and specific transactions in various digital assets.

5. The redacted portions of the Joint Letter Brief contain detailed references to (a) Plaintiff's trading records on the Poloniex exchange and (b) excerpts of the transcript of Plaintiff's deposition. Both the trading records and references to the deposition transcript reflect Plaintiff's private financial affairs, including the timing of Plaintiff's purchases of both XRP and various other digital assets and the circumstances surrounding those purchases.

6. If these documents are not properly sealed, Plaintiff's personal and private financial records will become part of the public record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2023

By: _____
James Taylor-Copeland
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 734-8770
james@taylorcopelandlaw.com

*Counsel for Lead Plaintiff*