REBACCA A. BELLOW (SBN 293360)
rbellow@cmbg3.com
CMBG3 LAW LLC
100 Spectrum Center Drive, Suite 820
Irvine, California 92618
Telephone: (949) 467-9500
Facsimile: (949) 377-3355

Attorney for
*Jordan Deaton, James LaMonte, Tyler LaMonte, Mya LaMonte, Mitchell McKenna and Kristiana Warner*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS, INC., LITIGATION | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE**<br><br>DATE: April 26, 2023<br>TIME: 1:30 p.m.<br>PLACE: 1301 Clay St., Oakland, CA 94612<br>Courtroom 3<br>JUDGE: Hon. Phyllis J. Hamilton<br>Consolidated First Amended Complaint Filed: March 25, 2020 |

///

///

///

///

///

///

///

///

///

1

TO THE CLERK OF THE COURT FOR USDC NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Rebecca A. Bellow of the law firm CMBG3 Law P.C., hereby make their appearance as the attorney of record for Jordan Deaton, James LaMonte, Tyler LaMonte, Mya LaMonte, Mitchell McKenna and Kristiana Warner, in the above-captioned matter, in addition to counsel of record for this party who has previously appeared, and requests that notification of all filings and other activities in this case be sent to the above referenced email address.

DATED: January 31, 2023

CMBG3 LAW LLC

By: *Rebecca A. Bellow*

REBECCA A. BELLOW
Attorney for
JORDAN DEATON, JAMES LAMONTE,
TYLER LAMONTE, MYA LAMONTE,
MITCHELL MCKENNA AND KRISTIANA
WARNER

2

NOTICE OF APPEARENCE

**PROOF OF SERVICE**
*IN RE RIPPLE LABS, INC., LITIGATION*
United States Northern District Court of California | Case No: 4:18-cv-06753-PJH (RMI)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 100 Spectrum Center Drive, Suite 820, Irvine, CA 92618. On **January 31, 2023,** I served the following document(s) described below on the interested parties in this action as follows:

**NOTICE OF APPEARANCE**

☒ **BY ELECTRONIC SERVICE:** I transmitted a copy of the foregoing document(s) via Internet/electronic mail to CM/ECF for service on all parties in this case via their email addresses, pursuant to court order, which includes plaintiff(s) counsel.

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 31, 2023,** at Irvine, CA.

_____
Alex J. Avila