REBACCA A. BELLOW (SBN 293360)
rbellow@cmbg3.com
CMBG3 LAW LLC
100 Spectrum Center Drive, Suite 820
Irvine, California 92618
Telephone: (949) 467-9500
Facsimile: (949) 377-3355

Attorney for
*Jordan Deaton, James LaMonte, Tyler LaMonte, Mya LaMonte, Mitchell McKenna and Kristiana Warner*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS, INC., LITIGATION | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**<br><br>DATE: April 26, 2023<br>TIME: 1:30 p.m.<br>PLACE: 1301 Clay St., Oakland, CA 94612<br>Courtroom 3<br>JUDGE: Hon. Phyllis J. Hamilton<br>Consolidated First Amended Complaint Filed: March 25, 2020 |

///
///
///
///
///
///
///
///

TO THE CLERK OF THE COURT FOR USDC NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to USDC Civil Local Rule 11-3, Rebecca A. Bellow as a member of the California bar, hereby moves for the admission pro hac vice of John E. Deaton, Esq., The Deaton Law Firm, 450 N. Broadway, East Providence, RI 02914 as additional counsel for JORDAN DEATON, JAMES LAMONTE, TYLER LAMONTE, MYA LAMONTE, MITCHELL MCKENNA AND KRISTIANA WARNER in this action. The Certification required and completed by Mr. Deaton is attached as Exhibit "A," together with the pro hac vice application & order.

I hereby certify that I find the applicant to be a reputable and competent attorney and that I am in the position to recommend the applicant's admission. The applicant is admitted, practicing and in good standing in the State of Rhode Island, Iowa, Massachusetts, .

DATED: February 1, 2023

CMBG3 LAW LLC

By: _____/s/ Rebecca A. Bellow_____
       REBECCA A. BELLOW
Attorneys for
JORDAN DEATON, JAMES LAMONTE,
TYLER LAMONTE, MYA LAMONTE,
MITCHELL MCKENNA AND KRISTIANA
WARNER

# EXHIBIT A