

## Supreme Court of Rhode Island
### Providence

This Certifies that

# John E. Deaton

of East Providence, RI

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 16th day of November, 2001 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 3rd day of January, 2023.

*Debra A Saunders*
Clerk



# UNITED STATES DISTRICT COURT
### District of Rhode Island

## CERTIFICATE OF GOOD STANDING

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, **DO HEREBY CERTIFY** that **John E. Deaton,** was duly admitted to practice in said Court on June 21, 2005 and is in good standing as a member of the bar of said Court.

Dated at Providence, RI
On January 23, 2023

Hanorah Tyer-Witek, Clerk

By: *[signature]*
Deputy Clerk



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **February 24, 2004**, said Court being the highest Court of Record in said Commonwealth:

## John E. Deaton

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **December** in the year of our Lord **two thousand and twenty-two.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

**The Commonwealth of Massachusetts**

**SUPREME JUDICIAL COURT**

FOR SUFFOLK COUNTY

JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

December 27, 2022

Attorney John E. Deaton
John Deaton
450 N. Broadway
East Providence , RI  02914
all-deaton@deatonlawfirm.com

**IN RE:**  **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **John E. Deaton .** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  12/27/2022 12.23.24.25.26.2022
Enclosures

# The Supreme Court of Iowa
# THE STATE OF IOWA

## *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that *John E. Deaton* was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on June 16, 1995.

I further certify that John E. Deaton's license to practice law in Iowa is in good standing at the present time, but is in exempt or inactive status with the Client Security and Continuing Legal Education Commissions of the Supreme Court. *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 29th day of December, 2022.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

---

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines  IA  50319

# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at

**Hartford**

on the **05th** day of **December, 2005**

**John E. Deaton**

of

**Barrington, RI**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day   **January 5, 2023**

Carl D. Cicchetti
Chief Clerk

# United States Court of Appeals



### For the
### First Circuit

---

## Certificate of Good Standing

I, Maria R. Hamilton, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that John Deaton was on the third day of August, in the year of our Lord, two thousand and twenty-one, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof,** I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this twenty-fourth day of January, in the year of our Lord, two thousand and twenty-three.



Clerk of the United States Court of Appeals for the First Circuit