DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
MEGHAN H. STRONG (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), and the Stipulated Protective Order as Modified by the Court ("Protective Order"), ECF No. 143, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse respectfully ask the Court to consider whether the following materials, filed in relation to Defendants' Opposition to Class Certification, should be sealed. These documents have been designated as confidential by Lead Plaintiff Bradley Sostack ("Plaintiff") or the identified third parties.

| Document | Portion(s) to be Filed Under Seal | Basis for Sealing |
|---|---|---|
| Defendants' Opposition to Class Certification to Lead Plaintiff's Motion for Class Certification | Portions highlighted in yellow throughout | Refers to material provisionally filed under seal per the below and filed under seal as part of Plaintiff's Motion. |
| Exhibit 6 to the Strong Decl. | Entire document | Excerpts of deposition of Plaintiff, which was designated by him as Confidential. |
| Exhibit 7 to the Strong Decl. | Entire document | Exhibit 1 to the deposition of Plaintiff, which was designated by him as Confidential. |
| Exhibit 8 to the Strong Decl. | Entire document | Document produced by third-party Poloniex and designated by them as Confidential; also containing the Personal Identifiable Information of Plaintiff. |
| Exhibits 26-51 to the Strong Decl. | Entire document(s) | Affidavits submitted by third-party XRP purchasers and filed under seal in the SEC Action, containing their Personal Identifiable Information. |

Pursuant to Civil Local Rule 79-5(f), Lead Plaintiff and third parties, as the Designating Parties, bear the responsibility to establish that its designated material is sealable.

| | | |
|---|---|---|
| 1 | Dated: February 3, 2023 | **KING & SPALDING LLP** |

/s/ Meghan H. Strong
MEGHAN H. STRONG (SBN 324503)
mstrong@kslaw.com
SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

DAMIEN J. MARSHALL (admitted pro hac vice)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted pro hac vice)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

ANDREW J. CERESNEY (admitted pro hac vice)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*