# EXHIBIT 1

```
 1        UNITED STATES DISTRICT COURT
 2        SOUTHERN DISTRICT OF NEW YORK
 3
 4  SECURITIES AND EXCHANGE    )
    COMMISSION,                )
 5                             )
        PLAINTIFF,             )
 6                             ) Case No.
    vs.                        ) 20-Civ-10832(AT)(SN)
 7                             )
    RIPPLE LABS, INC., BRADLEY )
 8  GARLINGHOUSE, AND CHRISTIAN)
    LARSEN,                    )
 9                             )
        DEFENDANTS.            )
10  _____)
11
12
13          HIGHLY CONFIDENTIAL
14          VIDEOTAPED DEPOSITION OF
15          CHRISTIAN A. LARSEN
16          Tuesday, September 14, 2021
17
18
19
20
21
22
    Reported By:
23  KATHLEEN WILKINS,
    STENOGRAPHIC REPORTER,
24  CSR NO. 10068
    RPR-RMR-CRR-CCRR-CLR-CRC
25  JOB No. 210914KWI
```

Page 1

```
 1     VIDEOTAPED DEPOSITION OF CHRISTIAN A. LARSEN
 2     BE IT REMEMBERED that on Tuesday,
 3  September 14, 2021, commencing at the hour of
 4  8:01 a.m. thereof, at Ripple Labs,
 5  315 Montgomery Street, 8th Floor, San Francisco,
 6  California, before me, Kathleen A. Wilkins,
 7  RPR-RMR-CRR-CCRR-CLR-CRC, a Certified Stenographic
 8  Shorthand Reporter, in and for the State of
 9  California, personally appeared CHRISTIAN A. LARSEN,
10  a witness in the above-entitled court and cause,
11  who, being by me first duly sworn, was thereupon
12  examined as a witness in said action.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1          APPEARANCES OF COUNSEL
 2  FOR THE PLAINTIFF:
 3     SECURITIES AND EXCHANGE COMMISSION
       New York Regional Office
 4     200 Vesey Street, Suite 400
       New York, New York 10281-1022
 5     BY: MARK SYLVESTER, ESQ.
           JORGE G. TENREIRO, ESQ.
 6         ROBERT MOYE, ESQ.
       Telephone: (212) 336-0153
 7     Email: Sylvesterm@sec.gov
              tenreiroj@sec.gov
 8            moyer@sec.gov
 9  FOR DEFENDANT CHRISTIAN A. LARSEN:
10     PAUL, WEISS, RIFKIND, WHARTON & GARRISON
       1285 Avenue of the Americas
11     New York, NY 10019-6064
       BY: MARTIN FLUMENBAUM, ESQ.
12         KRISTINA A. BUNTING, ESQ.
       Telephone: (212) 373-3191
13     Email: Mflumenbaum@paulweiss.com
              Kbunting@paulweiss.com
14
    FOR THE DEFENDANT RIPPLE LABS:
15
       DEBEVOISE & PLIMPTON LLP
16     919 Third Avenue
       New York, New York 10022
17     BY: ANDREW J. CERESNEY, ESQ.
           CHRISTOPHER S. FORD, ESQ.
18     Telephone: (212) 909.6947
       Email: Aceresney@debevoise.com
19            csford@debevoise.com
20  FOR DEFENDANT BRADLEY GARLINGHOUSE:
21     CLEARY GOTTLIEB STEEN & HAMILTON
       One Liberty Plaza
22     New York, New York  10006
       BY: SAMUEL LEVANDER, ESQ.
23     Telephone: (212) 225 2951
       Email: Slevander@cgsh.com
24
25
```

Page 3

```
 1          APPEARANCES (Continued)
 2  ALSO PRESENT:
 3     Deborah McCrimmon, Ripple in-house counsel
       Madison Butko, Videographer
 4
    ZOOM PARTICIPANTS (Via Zoom Videoconference):
 5
       Daphna Waxman, Esq., Securities and Exchange
 6        Commission, for the Plaintiff; Jon
          Daniels, Esq., Benjamin J. Hanauer, Esq.,
 7        Laden Stewart, Esq., Nicole Forbes, SEC
          Paralegal
 8
       Lisa Zornberg, Esq.; Matt Hirsch, Esq.; Ashley
 9        V. Hahn, Esq., Debevoise & Plimpton, on
          behalf of Ripple and Ron Will
10
       Connor J. Ritschard, Esq.; Michael Gertzman,
11        Esq.; Robin Linsenmayer, Esq., Sarah J.
          Prostko, Esq., Paul, Weiss, Rifkind,
12        Wharton & Garrison LLP, for Christian A.
          Larsen
13
       Matthew C. Solomon, Esq.; Robin Linsenmayer,
14        Esq.; Michael E. Gertzman, Esq.; Nicole
          Tatz, Esq.; Jackie M. Brune, Esq.; Taylor
15        Bates, Esq., Cleary Gottlieb Steen &
          Hamilton LLP, for defendant Bradley
16        Garlinghouse
17     William Lee, Esq., WilmerHale
18     Jorge Bonilla
19
20
21
22
23
24
25
```

Page 4



```
19        Has Ripple taken steps in furtherance of
20   XRP becoming a part of the future of global finance?
21        MR. FLUMENBAUM:  Objection as to form.
22        THE WITNESS:  Ripple wants to be part of
23   what we consider to be an internet of value.  We
24   think what is happening here is exactly the same
25   thing that happened with the internet of data, which
```

```
 1  now dominates global communications.  We think being
 2  part of an internet of value is going to be the
 3  future of the way value moves around the world.
 4  BY MR. SYLVESTER:
 5      Q.  And does XRP have a role to play in that?
 6          MR. FLUMENBAUM:  Objection as to form.
 7          THE WITNESS:  I believe, yes, very much,
 8  because XRP, again, just like Bitcoin or Ethereum,
 9  is a currency.  It's a medium of exchange.  It's
10  store of value.  It's a unit of account.  It's
11  durable.  It's fungible.  It's divisible.  But it's
12  far superior as a currency to Bitcoin or Ethereum.
13          It's substantially faster.  It's
14  substantially lower cost.  It has much higher
15  throughput.  It provides -- it produces a small
16  fraction of the energy consumption and is carbon
17  neutral, whereas Bitcoin, as you guys know, it
18  produces 80 -- roughly megatons of CO2 per year,
19  using 100 trillion-watt hours of power.  That's a
20  far superior currency for the future of an internet
21  of value.
22  BY MR. SYLVESTER:
23      Q.  Has Ripple taken steps to position XRP to
24  be a part of that internet of value, as you put it?
25          MR. FLUMENBAUM:  Objection as to form.
```

233

```
 1          THE WITNESS:  It already is.  XRP already
 2  is.  It's a global ecosystem.  Trades on hundreds of
 3  exchanges all around the world.  There's developers
 4  all over the world building on it.
 5          And we also believe that Ripple can build
 6  products that will be very valuable to enterprise
 7  customers so that cross-border payments can be more
 8  efficient.  It's one -- one of the use cases that we
 9  think is important.
10  BY MR. SYLVESTER:
11      Q.  Did Ripple take steps to position XRP to
12  be in the position you just described?
13          MR. FLUMENBAUM:  Objection as to form.
14  Asked and answered.
15          You can answer again.
16          THE WITNESS:  Ripple has taken steps to
17  build successful products that utilize those
18  technologies.
```

234

```
 1              CERTIFICATE OF WITNESS
 2
 3
 4      I, CHRISTIAN A. LARSEN, do hereby declare under
 5   penalty of perjury that I have read the entire
 6   foregoing transcript of my deposition testimony,
 7   or the same has been read to me, and certify that
 8   it is a true, correct and complete transcript of
 9   my testimony given on September 14, 2021, save and
10   except for changes and/or corrections, if any, as
11   indicated by me on the attached Errata Sheet, with
12   the understanding that I offer these changes and/or
13   corrections as if still under oath.
14      _____ I have made corrections to my deposition.
15      _____ I have NOT made any changes to my deposition.
16
17   Signed: _____
             CHRISTIAN A. LARSEN
18
19   Dated this _____ day of _____ of 20____.
20
21   Sworn to and Subscribed before me,
22   this _____ day of _____ of 20____.
23
     _____
24   Notary Public     My Commission expires: _____
25

                          413
```

```
 1              ERRATA SHEET
 2   Deposition of: CHRISTIAN A. LARSEN
     Date taken: SEPTEMBER 14, 2021
 3   Case: SEC v. RIPPLE LABS, INC., et al.
 4   PAGE  LINE
             _____ CHANGE: _____
 5           REASON: _____
             _____ CHANGE: _____
 6           REASON: _____
 7
             _____ CHANGE: _____
 8           REASON: _____
             _____ CHANGE: _____
 9           REASON: _____
10
             _____ CHANGE: _____
11           REASON: _____
12           _____ CHANGE: _____
             REASON: _____
13
             _____ CHANGE: _____
14           REASON: _____
15           _____ CHANGE: _____
             REASON: _____
16
             _____ CHANGE: _____
17           REASON: _____
18           _____ CHANGE: _____
             REASON: _____
19
             _____ CHANGE: _____
20           REASON: _____
21           _____ CHANGE: _____
             REASON: _____
22
             _____ CHANGE: _____
23           REASON: _____
24   Signed_____
25   Dated_____

                          415
```

```
 1              CERTIFICATE OF REPORTER
 2      I, Kathleen A. Wilkins, Certified
 3   Shorthand Reporter licensed in the State of
 4   California, License No. 10068, hereby certify that
 5   deponent was by me first duly sworn, and the
 6   foregoing testimony was reported by me and was
 7   thereafter transcribed with computer-aided
 8   transcription; that the foregoing is a full,
 9   complete, and true record of proceedings.
10          I further certify that I am not of counsel
11   or attorney for either or any of the parties in the
12   foregoing proceeding and caption named or in any way
13   interested in the outcome of the cause in said
14   caption.
15          The dismantling, unsealing, or unbinding
16   of the original transcript will render the
17   reporter's certificates null and void.
18          In witness whereof, I have hereunto set my
19   hand this day:
20   __x__ Reading and Signing was requested.
21   _____ Reading and Signing was waived.
22   _____ Reading and Signing was not requested.
23   _____
24   KATHLEEN A. WILKINS
25   CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC

                          414
```