# EXHIBIT 2

CONFIDENTIAL

Asheesh Birla, 6/23/2021

## Page 1

```
 1       UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,                )
 5                              )
         Plaintiff,    ) Case No.:
 6       v.           ) 20-Civ-10832(AT)(SN)
                      )
 7   RIPPLE LABS, INC., BRADLEY )
     GARLINGHOUSE, and CHRISTIAN )
 8   LARSEN,                    )
                                )
 9       Defendants.    )
     _____)
10
11
12         **CONFIDENTIAL**
13
14   VIDEOTAPED DEPOSITION OF
15         ASHEESH BIRLA
16   Wednesday, June 23, 2021
17
18
19
20
21
22
23
     Reported by:
24   BRIDGET LOMBARDOZZI,
     CSR, RMR, CRR, CLR
25   Job No. 210623BLO
```

## Page 2

```
 1       UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE    )
     COMMISSION,                )
 5                              )
         Plaintiff,    ) Case No.:
 6       v.           ) 20-Civ-10832(AT)(SN)
                      )
 7   RIPPLE LABS, INC., BRADLEY )
     GARLINGHOUSE, and CHRISTIAN )
 8   LARSEN,                    )
                                )
 9       Defendants.    )
     _____)
10
11
12
13
14
15       Videotaped deposition of ASHEESH BIRLA taken on
16   behalf of Plaintiff, held at the offices of Debevoise &
17   Plimpton, 919 Third Avenue, New York, New York,
18   commencing at 9:21 a.m. and ending at 6:49 p.m., on
19   Wednesday, June 23, 2021, before Bridget Lombardozzi,
20   CCR, RMR, CRR, CLR, and Notary Public of the States
21   of New York and New Jersey, pursuant to notice.
22
23
24
25
```

## Page 3

```
 1   A P P E A R A N C E S (Via Remote where indicated):
 2
 3   For the Plaintiff:
 4
 5
 6       UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 7       NEW YORK REGIONAL OFFICE
 8       BY:  BENJAMIN HANAUER, ESQUIRE
 9            JORGE G. TENREIRO, ESQUIRE
10            MARK SYLVESTER, ESQUIRE
11       200 Vesey Street
12       Suite 400
13       New York, New York  10281-1022
14       Telephone:  212.336.1060
15       Email:   tenreiroj@sec.gov
16                hanauerb@sec.gov
17                sylvesterm@sec.gov
18
19
20
21
22
23
24
25
```

## Page 4

```
 1   A P P E A R A N C E S (Continued):
 2
 3   For Defendant Ripple Labs Inc.:
 4
 5       DEBEVOISE & PLIMPTON LLP
 6       BY:  LISA ZORNBERG, ESQUIRE
 7            ANNA GRESSEL, ESQUIRE
 8       919 Third Avenue
 9       New York, New York  10022
10       Telephone:  212.909.6000
11       E-Mail:  Lzornberg@debevoise.com
12                argressel@debevoise.com
13
14            -and-
15
16       KELLOGG, HANSEN, TODD, FIGEL & FREDERICK PLLC
17       BY:  LILLIAN V. SMITH, ESQUIRE (Remote)
18       Sumner Square
19       1615 M Street, N.W.
20       Suite 400
21       Washington, D.C.  20036
22       Telephone:  202.326.7999
23       E-mail:  Lsmith@kellogghansen.com
24
25
```

CONFIDENTIAL                                                    RPLI_01674718

```
 1   A P P E A R A N C E S (Continued)
 2
 3   For Defendant Bradley Garlinghouse:
 4
 5       CLEARY GOTTLIEB STEEN & HAMILTON
 6       BY:  MATTHEW C. SOLOMON, ESQUIRE
 7            JACKIE M. BRUNE, ESQUIRE (Remote)
 8            CALEB ROBERTSON, ESQUIRE
 9       2112 Pennsylvania Avenue, NW
10       Washington, D.C.  20037
11       Telephone:  202.974.1500
12       E-mail:  Msolomon@cgsh.com
13                jbrune@cgsh.com
14                crobertson@cgsh.com
15
16   For Defendant Christian A. Larsen:
17
18       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
19       By:  SARAH PROSTKO, ESQUIRE
20            MEREDITH DEARBORN, ESQUIRE (Remote)
21       1285 Avenue of the Americas
22       New York, New York  10019-6064
23       Telephone:  212.373.2491
24       E-mail:  sprostko@paulweiss.com
25                mdearborn@paulweiss.com
```

```
 1   A P P E A R A N C E S (Continued):
 2
 3   For the Witness:
 4
 5       KAPLAN HECKER & FINK LLP
 6       BY:  SEAN HECKER, ESQUIRE
 7            JUSTIN R. HORTON, ESQUIRE
 8       350 Fifth Avenue
 9       Suite 7110
10       New York, New York  10018
11       Telephone:  646.889.3906
12       E:mail:  shecker@kaplanhecker.com
13                jhorton@kaplanhecker.com
14
15   ALSO PRESENT:
16
17       DEBORAH McCRIMMON, Ripple
18       ERIC NOLAN, Videographer
         Shereck Video Service
19
20
21
22
23
24
25
```



CONFIDENTIAL

Asheesh Birla,
6/23/2021



```
10      Q.  Okay.  So it's my understanding that
11  xRapid would transfer one currency to another
12  currency using XRP to facilitate that transfer.
13      Is that accurate?
14      A.  The -- yeah, the -- the way the product
15  works is that it facilitates the liquidity or the
16  settlement portion from one currency to another by
17  leveraging exchanges around the world.
```

41

43

42

44

GRADILLAS COURT REPORTERS
(424) 239-2800

CONFIDENTIAL

RPLI_01674728



```
1    STATE OF NEW YORK    )
2                         ) ss:
3    COUNTY OF NEW YORK   )
4         I hereby certify that the witness in the
5    foregoing deposition, ASHEESH BIRLA, was by me duly
6    sworn to testify to the truth, the whole truth and
7    nothing but the truth, in the within-entitled cause;
8    that said deposition was taken at the time and place
9    herein named; and that the deposition is a true record
10   of the witness's testimony as reported by me, a duly
11   certified shorthand reporter and a disinterested person,
12   and was thereafter transcribed into typewriting by
13   computer.
14        I further certify that I am not interested in
15   the outcome of the said action, nor connected with nor
16   related to any of the parties in said action, nor to
17   their respective counsel.
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 25th day of June, 2021.
20        Reading and Signing was:
21   ___ requested   ___ waived  _X_ not requested.
22
23
24        _____
25        BRIDGET LOMBARDOZZI, CSR, RMR, CRR
```

268