# EXHIBIT 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   Dinuka Samarasinghe 6/9/2021
SEC v. Ripple Labs, Inc., et al.

**Page 1**

```
 1  IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ---------------------------------------------------x
 3  SECURITIES AND EXCHANGE COMMISSION,
 4       Plaintiff,      Case No.
                    20-civ-10832(AT)(SN)
 5       vs.
 6  RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
    and CHRISTIAN LARSEN,
 7
         Defendants.
 8
    ---------------------------------------------------x
 9
10
11     ** CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER **
12
13         VIDEOTAPED DEPOSITION OF
14         DINUKA SAMARASINGHE
15         919 Third Avenue
16         New York, New York
17         June 9, 2021
18         9:17 a.m.
19
20
21
22
23
24  Reported By:
    Cheryll Kerr, CSR
25  JOB No. 210609CK
```

**Page 2**

```
 1  IN THE UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ---------------------------------------------------x
 3  SECURITIES AND EXCHANGE COMMISSION,
 4       Plaintiff,      Case No.
                    20-civ-10832(AT)(SN)
 5       vs.
 6  RIPPLE LABS, INC., BRADLEY GARLINGHOUSE,
    and CHRISTIAN LARSEN,
 7
         Defendants.
 8
    ---------------------------------------------------x
 9
10
11
12
       ** CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER **
13
14
15
16     VIDEOTAPED DEPOSITION OF DINUKA SAMARASINGHE, held
17  at the offices of Debevoise & Plimpton, LLP, located
18  at 919 Third Avenue, New York, New York, before
19  Cheryll Kerr, CSR, a Certified Shorthand Reporter
20  and Notary Public, on Wednesday, June 9, 2021, at
21  9:17 a.m.
22
23
24
25
```

**Page 3**

```
 1  COUNSEL FOR PLAINTIFF:
 2  UNITED STATES SECURITIES AND EXCHANGE COMMISSION
    NEW YORK REGIONAL OFFICE
 3  BY: ROBERT MOYE, ESQ.
    BY: JORGE TENREIRO, ESQ.
 4  BY: JON DANIELS, ESQ.
    200 Vesey Street, Suite 400
 5  New York, NY 10281-1022
    Phone: (212) 336-1060
 6  E-mail: moyer@sec.gov
    E-mail: tenreiroj@sec.gov
 7  E-mail: danielsj@sec.gov
 8
    COUNSEL FOR DEFENDANT RIPPLE LABS, INC.:
 9
    DEBEVOISE & PLIMPTON LLP
10  BY: LISA ZORNBERG, ESQ.
    BY: JOY GUO, ESQ.
11  919 Third Avenue
    New York, NY 10022
12  Phone: (212) 909-6000
    E-Mail: lzornberg@debevoise.com
13  E-mail: jguo@debevoise.com
14
         - and -
15
16  KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
    BY: LILLIAN V. SMITH, ESQ.
17  Sumner Square
    1615 M Street, N.W.
18  Suite 400
    Washington, D.C. 20036
19  Phone: (202) 326-7999
    E-mail: lsmith@kellogghansen.com
20
21
22
23
24
25  (Continued on the next page)
```

**Page 4**

```
 1  APPEARANCES: (Cont.)
 2
    COUNSEL FOR DEFENDANT BRADLEY GARLINGHOUSE:
 3
    CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 4  BY: SAMUEL LEVANDER, ESQ.
    BY: ALEXANDER JANGHORBANI
 5  2112 Pennsylvania Avenue, N.W.
    Washington, D.C. 20037
 6  Phone: (202) 974-1500
    E-mail: slevander@cgsh.com
 7  E-mail: ajanghorbani@cgsh.com
 8
    COUNSEL FOR DEFENDANT CHRISTIAN A. LARSEN:
 9
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP:
10  BY: GRACE TIEDEMANN, ESQ.
    BY: ROBIN LINSENMAYER, ESQ.
11  1285 Avenue of the Americas
    New York, NY 10019-6064
12  Phone: (212) 373-3547
    E-mail: gtiedemann@paulweiss.com
13  E-mail: rlinsenmayer@paulweiss.com
14
    COUNSEL FOR WITNESS:
15
    KAPLAN HECKER & FINK, LLP
16  BY: SEAN HECKER, ESQ.
    BY: JUSTIN HORTON, ESQ.
17  350 Fifth Avenue, Suite 7110
    New York, NY 10118
18  Phone: (929) 367-4578
    E-mail: shecker@kaplanhecker.com
19  E-mail: jhorton@kaplanhecker.com
20
    Also Present:
21
    Michael Bennett, Legal Videographer
22
23         ***   ***   ***
24
25
```

CONFIDENTIAL                                                                                 RPLI_01675579

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  Dinuka Samarasinghe 6/9/2021
SEC v. Ripple Labs, Inc., et al.

```
 1     A.   I think this -- XRP allows movement of value
 2   from one, essentially borderless and close to free
 3   24 hours a day.  If a market maker can deliver Filipino
 4   peso, they can still support orders, say, over weekends
 5   and holidays where banks may be closed.
```

229

231

```
21     Q.   Okay, so if market makers are using
22   traditional rails, why is XRP needed at all?
23           MS. ZORNBERG:  Object to form.
24   BY MR. MOYE:
25     Q.   You can answer.
```

230

232

GRADILLAS COURT REPORTERS
(424) 239-2800

Case 4:18-cv-06753-PJH   Document 201-4   Filed 02/03/23   Page 4 of 4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   Dinuka Samarasinghe 6/9/2021
SEC v. Ripple Labs, Inc., et al.

```
 1  STATE OF NEW YORK     )
                          ss:
 2  COUNTY OF NEW YORK    )
 3
            C E R T I F I C A T E
 4
        I, CHERYLL KERR, CSR, a Notary Public
 5
    within and for the State of New York, do hereby
 6
    certify that the witness whose deposition is
 7
    hereinbefore set forth, was duly sworn by me,
 8
    and that such deposition is a true record of the
 9
    testimony given by such witness.
10
        I further certify that I am not related to
11
    any of the parties to this action by blood or
12
    marriage; and that I am in no way interested in
13
    the outcome of this matter.
14
        IN WITNESS WHEREOF, I have hereunto set my
15
    hand this 11th day of June, 2021.
16
17
18       ----------------------------
            CHERYLL KERR, CSR
19
20
21
22
23
24
25
                     317
```

```
 1           ERRATA SHEET
 2  Deposition of: DINUKA SAMARASINGHE
    Date taken:  JUNE 9, 2021
 3  Case: SEC vs. RIPPLE LABS, INC., et al.
    PAGE LINE
 4  ____ ____ CHANGE: _____
            REASON: _____
 5
            CHANGE: _____
 6  ____ ____ REASON: _____
 7  ____ ____ CHANGE: _____
            REASON: _____
 8
            CHANGE: _____
 9  ____ ____ REASON: _____
10  ____ ____ CHANGE: _____
            REASON: _____
11
            CHANGE: _____
12  ____ ____ REASON: _____
13  ____ ____ CHANGE: _____
            REASON: _____
14
            CHANGE: _____
15  ____ ____ REASON: _____
16  ____ ____ CHANGE: _____
            REASON: _____
17
            CHANGE: _____
18  ____ ____ REASON: _____
19  ____ ____ CHANGE: _____
            REASON: _____
20
            CHANGE: _____
21  ____ ____ REASON: _____
22  ____ ____ CHANGE: _____
            REASON: _____
23
24
    Signed _____
25  Dated  _____
                     318
```

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

CONFIDENTIAL                                                 RPLI_01675658