# EXHIBIT 26

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL