# EXHIBIT 27

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL