# EXHIBIT 28

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL