# EXHIBIT 29

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL