# EXHIBIT 30

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL