# EXHIBIT 31

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL