# EXHIBIT 32

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL