# EXHIBIT 33

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL