# EXHIBIT 34

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL