# EXHIBIT 35

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL