# EXHIBIT 36

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL