# EXHIBIT 37

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL