# EXHIBIT 38

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL