# EXHIBIT 39

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL