# EXHIBIT 40

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL