# EXHIBIT 41

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL