# EXHIBIT 42

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL