# EXHIBIT 43

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL