# EXHIBIT 44

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL