# EXHIBIT 45

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL