# EXHIBIT 46

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL