# EXHIBIT 48

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL