# EXHIBIT 49

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL