# EXHIBIT 50

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL