# EXHIBIT 51

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL