# EXHIBIT 54

DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**DECLARATION OF MONICA LONG IN SUPPORT OF OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Monica Long, hereby declare as follows:

1. I am President of Ripple Labs Inc. ("Ripple"). In that capacity, I am responsible for overseeing Ripple's business units, including payment solutions, liquidity solutions, and developer relations. I began working at Ripple in September 2013. I have worked for Ripple continuously since then. I make this declaration based on my personal knowledge and on information made known to me in the course of my duties at Ripple. If called to testify, I would testify competently to them.

2. Ripple is a privately-held financial technology company employing more than 700 people in 15 offices worldwide. Its current Chief Executive Officer is Bradley Garlinghouse.

3. Cross-border payments is a roughly $20 trillion dollar market that depends on outdated technology. RippleNet is a software product developed by Ripple that allows customers to clear and settle cross-border financial transactions on terms upon which the customers mutually agree. RippleNet has hundreds of customers who are financial institutions and payments providers (not retail customers) across more than 55 countries and six continents. Ripple's customers currently send approximately $1 billion across RippleNet every month, and that number has been increasing over time.

4. RippleNet customers can settle cross-border transactions using fiat currency, or they can opt to use a feature of RippleNet known as ODL, or "On-Demand Liquidity" (formerly known as xRapid). ODL leverages the inherent properties of XRP — fast settlement, low transaction costs, and more transparency — to allow cross-border transactions to settle in nearly real-time rather than in a period of days that traditional means require. Customers using ODL enter into negotiated, bilateral agreements with Ripple that contain provisions to minimize the

customer's financial risk of holding XRP after purchase and before the XRP is used as a bridge asset to facilitate the customer's cross-border transaction. Since its launch, ODL has experienced tremendous growth. To date, nearly $15 billion in ODL payments have been made — which means nearly $15 billion in XRP has been used to facilitate cross-border transactions using Ripple's products.

5. XRP is part of a worldwide market for currency exchanges, including trades between XRP and various other currencies (both traditional fiat currencies and digital assets). Before the SEC filed a lawsuit against Ripple,[1] XRP was listed on more than 200 exchanges globally.

6. In the weeks after the SEC brought its lawsuit against Ripple, nearly every known exchange accessible to United States parties de-listed XRP or blocked United States parties' access to it.

7. Today, XRP is traded freely on at least 180 exchanges against more than 150 different currencies (both traditional fiat currencies and digital assets like bitcoin and ether). Scores of these exchanges chose to list (and sometimes delist) XRP with no involvement from Ripple. Global XRP trading markets remain active. Market data providers calculate XRP 24-hour trading volumes between approximately $600,000,000 and approaching $1,000,000,000.

8. Since May 2020, essentially all of Ripple's sales of XRP have been to certain ODL customers who have sourced XRP directly from Ripple to facilitate cross-border payments.

9. XRP has also been put to other uses. For example, it is my understanding from my professional experience and my review of current and archived versions of websites that several major charities — including the American Red Cross, American Cancer Society, St. Jude

---

[1] *SEC v. Ripple Labs Inc. et al.*, No. 1:20-cv-10832 (S.D.N.Y.).

Children's Research Hospital, and Fidelity Charitable — currently do or have accepted XRP for donations, at least before the SEC filed its lawsuit.

10. I have reviewed certain of Ripple's records regarding its distributions in order to refresh my recollection of the details of certain of Ripple's giveaways. Those records indicate that in its early years (roughly 2013 to 2015), Ripple gave away more than 500 million XRP to early adopters and developers. Ripple stopped running that program due to abuse by scammers.

11. Ripple has donated more than two billion XRP, including two billion to a charity and grant-writing organization known as RippleWorks. Ripple also gave away hundreds of millions of XRP to developers who develop XRP-focused software through an initiative called Xpring, which is now known as RippleX.

12. Ripple's website reports the amount of XRP it holds. According to Ripple's website, as of January 22, 2023, Ripple owns less than 50 billion XRP, which is largely stored in the escrow. Ripple has only about 5.8 billion in XRP outside the escrow. Over 50 billion are held by persons and institutions other than (and mostly unknown to) Ripple.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 3rd day of February, 2023.

*Monica Long*
Monica Long