# EXHIBIT 63




# CERTIFICATE OF AMENDMENT
# TO
# ARTICLES OF INCORPORATION
# OF
# NEWCOIN, INC.

**FILED**
In the Office of the Secretary of State
of the State of California

OCT -3 2012

The undersigned certifies that:

1. She is the sole incorporator of NewCoin, Inc, a California corporation (the "*Corporation*"), and as such, constitutes a majority of the incorporators of the Corporation.

2. That the Articles of Incorporation of the Company were originally filed with the Secretary of State of the State of California on September 19, 2011.

3. The Corporation has issued no shares, and the incorporator adopts the amendments set forth herein.

4. Directors were not named in the original articles of incorporation of the Corporation and have not been elected.

5. That pursuant to Chapter 9 of the California Corporations Code, Article 1 of the Articles of Incorporation of the Company is hereby amended to read in its entirety as follows:

## "ARTICLE 1: NAME

The name of this corporation is OpenCoin Inc."

The undersigned declares this 3rd day of October, 2012 at Palo Alto, CA under penalty of perjury under the laws of the state of California that she has read the foregoing certificate and knows the contents thereof and that the same is true of his own knowledge.

Ryan Stouffer
Incorporator