DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
MEGHAN H. STRONG (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. 4:18-cv-06753-PJH <br><br> **DECLARATION OF MEGHAN H. STRONG IN RELATION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Meghan H. Strong, declare as follows:

1. I am a member of the bar of the State of California, an associate with the law firm of King & Spalding LLP, and counsel of record for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Ripple"). I make this declaration pursuant to Northern District of California Civil Local Rule 79-5, in relation to Ripple's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 200). Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

2. Defendants filed their Opposition to Lead Plaintiff's Motion for Class Certification and related filings on February 3, 2023 (ECF No. 201).

3. Because these filings contained materials that other parties and third parties had designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order as Modified by the Court ("Protective Order") (ECF No. 143), Ripple filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion") (ECF No. 200). Among the documents Ripple filed under seal were nearly 3,500 affidavits, filed as 26 separate exhibits—Exhibits 26 through 51—due to their volume. These affidavits had been signed by various individuals who state they hold or held XRP and were also submitted and filed under seal in *SEC v. Ripple Labs et al.*, No. 1:20-cv-10832 (S.D.N.Y.) (the "SEC Action").

4. Pursuant to Local Rule 79-5(f), Ripple gave notice to and conferred with counsel for these third party affiants regarding the Administrative Motion and sealed affidavits. Counsel for the third-party affiants informed counsel for Ripple that he has no objection to Exhibits 26 through 51 being filed publicly so long as the Personal Identifiable Information ("PII") of the affiants, including their names and addresses, is redacted.

5. PII is properly redacted under Federal Rule of Civil Procedure 5.2 and also satisfies the Ninth Circuit standard for sealing. *See Kamakana v. City & Cnty. of Honolulu*, 447

F.3d 1172, 1182 (9th Cir. 2006); *see also Cancino Castellar v. Mayorkas*, No. 17-CV-00491-BAS-AHG, 2021 WL 3678440, at *34 (S.D. Cal. Aug. 19, 2021).

6. Accordingly, attached hereto are true and correct copies of Exhibits 26 through 51 with all PII redacted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February, 2023, in San Francisco, California.

Dated: February 10, 2023         **KING & SPALDING LLP**

*/s/ Meghan H. Strong*
MEGHAN H. STRONG (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

*Attorney for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*