EXHIBIT 42

# Exhibit 167
# (Part 17 of 26)

CONFIDENTIAL

RPLI_03633301

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12 / 23 / 2017 .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: 11th Nov 2021

RPLI_03633302

Under oath...

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/1/2017__
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a Top 10 cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: __11/3/2021__

████████████████████████

ASHTON BAILEY
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES FEBRUARY 19, 2025
COMMISSION #50123099

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __06/22/2021__
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _11/02/2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *5/30/2019*.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: *November 8 / 2021*

CONFIDENTIAL

State of **FLORIDA**

County of ST LUAE

The foregoing instrument was acknowledged before me this ___8___ day of
__November__ , 20 21   by ████████████████ , who.

☐ is personally known to me or ☒ who produced a FL Driver License   as
identification, regarding the attached instrument described as A##DAVIT

and to whose signature(s) this notarization applies.

SEAL

JOSE MANUEL REYES
Commission # HH 125018
Expires August 30, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

notary public signature

Jose M. Reyes
notary public printed name

FL-2001-ACK

www.NotaryFL.com provides this form pursuant to Florida Statutes §695.25(1), §117.05(13)(b)

CONFIDENTIAL

RPLI_03633306

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████.

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __8/8/2021__.

   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████

Date: __17/11/21__

DD/MM/YY

RPLI_03633307

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ███████████████████████ and I am 18 years of age or older.
    **{full legal name}**

2.  I reside at ████████████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on  __2 / 5 / 2021__  .
    **[mm/dd/yyyy]**

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████████████          Date: __11-28-21__

RPLI_03633308

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/26/2021_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



Signature of Affiant ████████████████████      Date: Nov 18 /2021

SANAA MAHMOOD
Barrister, Solicitor & Notary Public
in and for the Province of Ontario.
My commission is of unlimited duration.

13 Nov 2021
647-389-4631

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on  08/28/2014  .
    **[mm/dd/yyyy]**

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████          Date:  05/11/2021

                                                                    RPLI_03633310

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  03/12/2021 .

   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████     Date: 11/02/2021

State of  UTAH   County of  SALT LAKE
Subscribed and sworn before me on  11/2/21
(Date)

(Notary Signature)

NOTARY PUBLIC
KARL A STONE
COMM. # 705086
COMMISSION EXPIRES
OCTOBER 19, 2023
STATE OF UTAH

CONFIDENTIAL

RPLI_03633311

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on $03/26/2020$.

   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████  Date: $11-12-21$

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ███████████████████████████, and I am 18 years of age or older.

    [full legal name]

2.  I reside at ███████████████████████████████.

    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___12_/_06_/_2017___.

    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant █████████████████████ Date: __11_/_06_/_21__

CONFIDENTIAL

RPLI_03633313



RPLI_03633314

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/14/2021 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████        Date: 11/06/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/19/2019 _____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affi████████████████████     Date: 11/2/2021

BRENDA K. FRANCIS
Notary Public - State of Florida
Commission # HH 061167
My Comm. Expires Nov 8, 2024
Bonded through National Notary Assn.

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/01/2017_____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __11/4/21__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/02/2020__.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____      Date: __11/1/2021__

RPLI_03633318

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/10/2020
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: 11·3·2021

RPLI_03633319

# TEXAS NOTARY ACKNOWLEDGMENT

State of Texas

County of Palo Pinto

Before me, Catherine Bennett Field, on this day personally appeared

_____ [redacted]

known to me (or proved to me on the oath of _____ or through _DRIVER LICENSE_
description of identity card or other document) to be the person whose name is subscribed to
the foregoing instrument and acknowledged to me that he executed the same for the
purposes and consideration therein expressed.

Signature(s) _____

_____

Given under my hand and seal of office this _3rd_ day of _November_, 20_21_.

_____

Notary Public Signature

(Seal)

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __06/15/2018__ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: __11/3/21__

RPLI_03633321

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/28/2020_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████        Date: _11-1-2021_

Personally Known to me

Wendy Burnett
Wendy Burnett

WENDY BURNETT
Notary Public, State Of Florida
Commission No. HH 174723
My Commission Expires: 9/11/2025

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*08-21-2020*___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████    Date: ___*11-2-2021*___

Laura L. Chavez
Notary Public - State of Michigan
County of Wayne
My Commission Expires 07/30/2027
Acting in the County of Wayne

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _*04 JUL 2017*_.
   **[mm/dd/yyyy]**
   *07/04/2017*

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____         Date: _*03 NOV 21*_

*Pat A Walter*

PAT A WALTER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

RPLI_03633324

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12/29/2017__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: 11/5/21

Amy Strache Notary Public
11/5/2021

[Notary seal: AMY STRACHE, COMMISSION EXPIRES, NOTARY PUBLIC, 13668, 8-29-24, STATE OF WASHINGTON]

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.

2. I reside at ████████████████████████

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on April 29, 2020.

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP, I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP, I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████          Date: January 3, 2022

STATE OF TEXAS
COUNTY OF HARRIS

This XRP Holder Affidavit was executed before me on January 3, 2022 by ████████████████

PHONG Q PHAM
Notary ID #11193442
My Commission Expires
April 27, 2022

Notary Public, State of Texas

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01 / 24 / 2021_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████  Date: _11-24-21_

State of Nevada
County of Nye
Signed and sworn for affirmed before me
on _11.24.21_ by ████████████████
Notary Public

ROBYN STEVENS
Notary Public, State of Nevada
No. 20-7620-14
My Appt. Exp. April 19, 2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/16/2019 .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓▓▓▓     Date: 5/27/22

RPLI_03633328

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/01/2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __11/5/2021__

DENNESKA GODOY
Notary Public - State of Florida
Commission # HH 048214
My Comm. Expires Sep 29, 2024
Bonded through National Notary Assn.

11/05/2021

RPLI_03633329

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 03 /19 /2021 _____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████   Date: _11 /04 /2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/27/2018_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team, for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████     Date: _9/11/21_

Signature of witness :
Name :
Sea Lauren Church.          Kieran Evans          9/11/21

RPLI_03633331

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___4/30/2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Acknowledge Statement
State of PA
County of Cumberland
signed and sworn to before me
on this 4th day of November 2021
by ████████████████

_____
Notary Public
Valerie Gipe

Date: 11/4/2021

Commonwealth of Pennsylvania - Notary Seal
VALERIE S. GIPE, Notary Public
Cumberland County
My Commission Expires May 3, 2023
Commission Number 1350154

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____21 Aug 2017____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____ Date: ___1 Nov 2021___

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 9/8/2020 _____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████  Date: 11/21/2021



Subscribed and Sworn to before me, a Notary
Public ... and for County ... Fairfield ...
and State ... 21st ... of ...

TIMOTHY A MALVASO
NOTARY PUBLIC, STATE OF CONNECTICUT
My Commission Expires July 31, 2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02 / 17 / 2021.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████████    Date: 11/03/2021

Notary Public Acknowledgment
State of OHIO                    I hereby certify that ████████
County of Ashland               appeared before me on 3rd
November, 2021, and signed this form

Alexis R Jeffries

ALEXIS R.
JEFFRIES
NOTARY PUBLIC
My Commission
Expires
Sept 15, 2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/21/2017_.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11/3/2021_

*Ariana Acosta*

*NOTARY*          _11/04/21_
                   *DATE*

ARIANA ACOSTA
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 15, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___quarter 3 or 4 of 2018___.
   
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮        Date: 11/4/21

Notary: Kari Muller

Kari Muller

Exp: 3-11-27

[Notary Public Seal: KARI MULLER, NOTARY PUBLIC SEAL, STATE OF SOUTH DAKOTA]

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___8.7.2021_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___12.11.2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05 / 06 / 2013___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: __11 / 16 / 2021__

RPLI_03633339

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____06/21/2021_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮    Date: 11/04/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/23/2020___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: __11/24/21__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   
   **[full legal name]**

2. I reside at _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/12/2018_____.

   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant                                    Date: ___11/01/2021_____

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/08/2021_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



Signature of Affiant: _____     Date: _____11/05/2021_____

RPLI_03633343

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/16/2017__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████     Date: __11/2/2021__

**JURAT**

State of __Washington__
County of __Thurston__
Subscribed and sworn/affirmed to before me this __2nd__ day of __November__ 2021 by ████████████

_Corry Cavin_
Notary Public

My Commission Expires: __09.20.22__

Notary Public stamp: Corry Cavin, Notary Public, License #209229, State of Washington, My Comm. Expires Sep. 20 2022

RPLI_03633344

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09_/_22_/_2018_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: _11/01/2018_

Scanned with CamScanner

RPLI_03633345

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   [full legal name]

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/12/2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ⬛⬛⬛⬛⬛  Date: 2/11/21

CONFIDENTIAL

RPLI_03633346

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____3/18/20____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____        Date: 11/3/21

DAVID A. OCASIO ROSS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OC6315292
Qualified in Schenectady County
My Commission Expires 11-24-2022

Sworn before me this 3rd day of November, 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/23/2018_____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____        Date: __November 1, 2021__

RPLI_03633348

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/13/2020_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████   Date: 11/02/2021

City/County of ████████
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this ___ day of ___ 20__ by ___
_____
(Name of person seeking acknowledgment)
_____
Notary Public's Signature
Notary registration number: _____
My commission expires _____

RPLI_03633349

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/5/2017___ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████     Date: _11/4/21_

RPLI_03633350

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ~~4/12/2020~~ 12/4/2020 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████          Date: _November 15, 2021_

SWORN before me at orangeville Ontario
Nov. 15, 2021

WAYNE D. BALL
Barrister & Solicitor
20 FIRST STREET
ORANGEVILLE ONT. L9W 2C7

RPLI_03633351

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/02/2018___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: 11/2/21

State of Texas
County of Dallas

The foregoing instrument was acknowledged before me
on this 2nd day of Nov, 20 21 by the signer.

_____
Notary

TERRENCE PROSSER, JR.
My Notary ID # 131565312
Expires July 31, 2022

RPLI_03633352

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/12/2021_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

_Autograph_
Signature of Affiant: ████████████████████     Date: _11/9/2021_

CONFIDENTIAL                                                    RPLI_03633353

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  9/2017
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮          Date: 11/5/2021

Commonwealth of Pennsylvania
County of _Allegheny_

Commonwealth of Pennsylvania - Notary Seal
Carole Sue Curtis, Notary Public
Allegheny County
My commission expires November 26, 2024
Commission number 1357522
Member, Pennsylvania Association of Notaries

11/5/2021

RPLI_03633354

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ███████████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 06/02/2020 .

   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: 11/02/2021

RPLI_03633355

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of __TEXAS__ )
)
☐ City ☑ County of __Collin__ )

On __11/02/2021__ before me, __Brock Repec__ ,
    *Date*                                                      *Notary Name*

personally appeared █████████████████
                                              *Name(s) of Signer(s)*

☐ personally known to me **-- OR --**

☐ proved to me on the basis of the oath of _____ **-- OR --**
                                         *Name of Credible Witness*

☑ proved to me on the basis of satisfactory evidence: __driver_license__
                                                *Type of ID Presented*

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: *Brock Repec*

Notary Name: __Brock Repec__

Notary Commission Number: __133277577__

Notary Commission Expires: __08/18/2025__

*Notarized online using audio-video communication*

**Brock Repec**
ID NUMBER
133277577
COMMISSION EXPIRES
August 18, 2025

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Xrp Holder Affidavit__

Document Date: __11/02/2021__     Number of Pages (w/ certificate): __7__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __█████████__

☐ Corporate Officer Title: _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: _____
Signer Is Representing: __Himself__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____

☐ Corporate Officer Title: _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian of Conservator
☐ Other: _____
Signer Is Representing: _____

( 7 )

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/31/2018_____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: 11-7-21

RPLI_03633357

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **RIVERSIDE**

Subscribed and sworn to (or affirmed) before me on this **7th** day of **NOVEMBER**,

20 **21** by ████████████████████,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Ana L. Locklin_                (Seal)

Signature

ANA L. LOCKLIN
Notary Public - California
Riverside County
Commission # 2342422
My Comm. Expires Feb 14, 2023

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

**XRP HOLDER AFFIDAVIT**
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages **1** Document Date **11-7-21**

_____
Additional information

## INSTRUCTIONS

The wording of all jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

CONFIDENTIAL

RPLI_03633358

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **05/05/2019** .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████     Date: **April 7, 2022**

RPLI_03633359

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 23 / 07 / 2020 .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: Nov 6, 2021

Sworn/Declared/Affirmed before
me at the City of Edmonton in the
Province of Alberta this 6 day
of Nov 2021 A.D.

Single Law Barrister & Solicitor
Notary Public and Commissioner for
Oaths in the Province of Alberta
██████████████████████████

NO LEGAL ADVICE
SOUGHT OR GIVEN

CONFIDENTIAL

RPLI_03633360

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __04/19/2021__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____  Date: __11/1/21__

RPLI_03633361

# NORTH CAROLINA NOTARY ACKNOWLEDGEMENT
## (INDIVIDUAL)

State of North Carolina }

County of _Mecklenburg_ }

I, _Cameron Scott Ragland_ , Notary Public, do hereby certify that ███████████████
[Name of Individual(s) Whose Acknowledgment is Being Taken] personally appeared before me
this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this _1st_ day of _November_ , 20 _21_ .

(Official Seal)

> Cameron Scott Ragland
> NOTARY PUBLIC
> Mecklenburg County, NC
> My Commission Expires January 4, 2026

_Official Signature of Notary_

_Cameron Scott Ragland_
Notary's Printed or Typed Name

Notary Public

My Commission Expires: _Janny 4, 2026_

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 03 / 02 / 2019 _____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████  Date: 11 / 02 / 2024

RPLI_03633363

# CARTÓRIO NOTARIAL EM AVEIRO



## ANTÓNIO AMARAL MARQUES
### NOTÁRIO
Telef.234 373 000  Fax 234 373 009
Email: notarioantonioamaralmarques@gmail.com
Av. 5 de Outubro, 29 – loja 20, Ed. Aveiro Centrum,
Ap 300 -  3810-082 AVEIRO

Reconheço a assinatura, no documento em anexo, de ███████████ ████████████ na presença do signatário, no acto, que declarou havê-la feito, pessoa cuja identidade verifiquei pela exibição do Cartão de Cidadão nº 12201312 3 ZX5 válido até 18/10/2027. _____

Cartório Notarial em Aveiro, do Notário Lic. António Amaral Marques, aos 04 de Novembro de 2021. _____

_(Daniela Catarina Tavares Branco)_

(Trabalhadora Autorizada pelo Notário António Amaral Marques, nos termos do art. 8º do E.N., inscrita na Ordem sob o nº 62/19, conforme autorização publicada no sítio da Ordem dos Notários em 2018-02-07)

Conta nº. 5164

CONFIDENTIAL

RPLI_03633364

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/30/20___ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████     Date: __11·03·21__

**See Attached Notarial Certificate**

CONFIDENTIAL

# CALIFORNIA NOTARIAL CERTIFICATE
## (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___San Diego___

Subscribed and sworn to (or affirmed) before me on this **3** day of **November**,
20 **21**, by ████████████████, proved to me on the basis of
satisfactory evidence to be the person(s) who appeared before me.

**MARIA SANCHEZ**
Commission No. 2361898
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires June 19, 2025

Signature _Maria Sanchez_ . (Seal)

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

RPLI_03633366

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07/08/2021_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████ ............... Date: _6 Nov 71_

November 06, 2021
Salvador De La Cruz

SALVADOR DE LA CRUZ
Notary ID #129083347
My Commission Expires
August 14, 2024

CONFIDENTIAL

RPLI_03633367

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP, for the first time on ___05/10/2020___.
   , after learning of Ripple,    [mm/dd/yyyy]

5. When I ~~first~~ acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓▓    Date: __11/02/2021__

State of Missouri
County of St. Louis
This foregoing instrument was acknowledged before me this 2nd day
of November, 2021 by ▓▓▓▓▓▓▓▓

Quinton Wade Chatfield

QUINTON WADE CHATFIELD
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 20289540
My Commission Expires 04-06-2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/21/2017 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: 11/12/2021

RPLI_03633369

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/08/2019___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████    Date: __11/4/2021__

Caitlyn Jo Livingston
Notary Public
Minnesota
My Commission Expires January 31, 2022

11/4/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **09/29/2020**
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



Signature of Affiant: ████████████████        Date: 3 Nov 4 2021

CONFIDENTIAL

RPLI_03633371

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _8/5/2020_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████    Date _11-1-2021_

Signed this _1ST_ day of _November 2021_,
before me, _Courtney Grim_
a Notary Public in and for the State of Washington.

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/30/2020___
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: _8 Nov 2021_

RPLI_03633373

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____8/27/2020_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████     Date: 11/2/2021

Acknowledgement

State of Michigan

County of ___WAYNE___

On ___NOVember 2___, 20 __21__ before me, the undersigned notary public,
personally appeared

███████████████████████████

_____, who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on
the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument

Signature _____

Printed name ___Dontell Cokley___

Notary Public, State of Michigan,
Commissioned in County of ___WAYNE___
My commission expires ___MAY 22, 2027___
Acting in County of ___WAYNE___

DONTELL COKLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2027
ACTING IN COUNTY OF ___WAYNE___

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01 / 15 / 2021
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▮▮▮▮▮▮▮▮    Date: 1 Dec 2021

REJAMA SMITH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184002852
MY COMMISSION EXPIRES JANUARY 20, 2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _01/27/2020_
    **[mm/dd/yyyy]**

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮ Date: _12-2-2021_

State of California, County of _Santa Clara_
Subscribed and sworn to (or affirmed) before me
on this _2nd_ day of _Dec_, 20_21_,
by ▮▮▮▮▮▮▮▮▮▮
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature: _Namita K. Devi_

NAMITA KUMARI DEVI
Commission # 2245698
Notary Public - California
Santa Clara County
My Comm. Exp. JUN. 18, 2022

A Notary Public or other officer completing
this certificate verifies only the identity of
the individual who signed the document
to which this certificate is attached,
and not the truthfulness, accuracy,
or validity of that document.

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/16/2017_____ .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: __11/04/2021__

CONFIDENTIAL

This certificate pertains to a certified copy of _Affidavit_ (title), consisting of _1_ pages copied by _Nolan Thuma_ (name of notary) on _11/4/21_ (date).

**Copy Certification by Notary Public**

State of Georgia

County of _Pickens_

On this _11/4/21_ ,
_____Date_

I certify that this is a true, correct and complete copy made by me from the original record in the

possession of _███████████████████████_ _____

and that, to the best of my knowledge, the original record is neither a public record nor a publicly

recordable document, certified copies of which are available from an official source other than a

notary public.

_(signature of notary public)_

Notary Public, State of Georgia

My commission expires: _9/20/35_

NOLAN THUMA
NOTARY
EXPIRES
State of GEORGIA
September 20, 2025
PUBLIC
PICKENS COUNTY

Copy Certification by Notary Public Ver F.docx

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/15/2021_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: _11/3/21_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2017 _____
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.
   (I OWN RIPPLE STOCK!!)

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: 5/26/22

CONFIDENTIAL

RPLI_03633381

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/31/2021_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: _Nov 2/2021_

CONFIDENTIAL

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____8/5/2020_____
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: __11/7/21__

CONFIDENTIAL                                                  RPLI_03633383

**XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)**

Under oath, I solemnly swear:

1. My name is ███████████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/04/2016___
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross-border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████        Date: 09/11/2021

          RPLI_03633384

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *11 / 01 / 2017*
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Date: *November 4, 2021*

RPLI_03633385

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 08/02/2019 .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████     Date: 12/20/21

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH
The foregoing instrument was acknowledged
before me this 20th of Dec, 2021,
for ███████████, who is
personally known, OR X produced identification.
type of identification FL DL # W320-505-90-043-0

_____
Notary Public



HELEN SCOTT
Notary Public · State of Florida
Commission # HH 181260
My Comm. Expires Oct 4, 2025
Bonded through National Notary Assn.

CONFIDENTIAL            RPLI_03633386

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _5/1/17_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████        Date: 11-29-21

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/15/2013___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████████          Date: _11/2/21_

_appeared before me in Van Buren_
_County, MI on 11/02/2021_
_Don Pollard_
_Notary Public_
_Kalamazoo County_
_Acting in Van Buren County_
_Commission Expires 17 Sept 2028_

LISA POLLARD
NOTARY PUBLIC - MICHIGAN
Kalamazoo County
My Commission Expires September 17, 2028

CONFIDENTIAL                                                     RPLI_03633388

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __23/11/2020_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __03/11/2021_____

RPLI_03633389

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/23/2021___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: __11/4/21__

11/8/21
KW

SIGNED BEFORE ME ON 11/8/2021
IN SAINT LOUIS, MISSOURI

_Mujib A. Khan_

```
MUJIB A. KHAN
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 14859070
My Commission Expires Apr 11, 2022
```

CONFIDENTIAL

**XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)**

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04 / 14 / 2021___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▓▓▓▓▓▓▓▓    Date: __11 / 4 / 2021__

RPLI_03633391

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __4-15-2020__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████    Date: __11-9-2021__

Apurva Patel
My Commission Expires
03/07/2025
ID No. 131033718

11/9/2021

RPLI_03633392

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____05/18/2019____
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____  Date: __11-4-21__

Notary Public

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/01/2019_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: _11/06/2021_

*[Notary seal: DEVIN GRAVES, NOTARY PUBLIC, STATE OF SOUTH CAROLINA]*

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/08/2021_.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _4 Nov 2021_

RPLI_03633395

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**     GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me

on this 4 day of November, 20 21
        *Date*      *Month*      *Year*
by
(1) ███████████████████████

(and (2) _____ ),
            *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
           *Signature of Notary Public*

DOUGLAS J. WINTER
Notary Public · California
San Mateo County
Commission # 2260193
My Comm. Expires Sep 28, 2022

*Place Notary Seal and/or Stamp Above*

─────── OPTIONAL ───────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit (investor/use – category 2B)

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

RPLI_03633396

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/04/2019 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



Signature of Affiant ███████████████     Date: 11/5/21

STATE OF HAWAII
CITY AND COUNTY OF HONOLULU } ss.

SUBSCRIBED AND SWORN to before me this
___ day of _____ 20__

_Laureen Kubota_
Notary Public, First Judicial Circuit,
State of Hawaii
My commission expires: 11/16/2023

Doc. Description: XRP Holder
Affidavit (Investor/User Category)
Doc. Date: 11/5/21 No. Pages: 1 pf

_Laureen Kubota_
Notary Printed Name        Jud. Circuit

LAUREEN KUBOTA
NOTARY PUBLIC
Comm. No. 91-406
STATE OF HAWAII

LAUREEN KUBOTA
NOTARY PUBLIC
Comm. No. 91-406
STATE OF HAWAII

CONFIDENTIAL

RPLI_03633397

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/20/2020___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: _11/2/2021_

Notary Public

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/03/2020_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████     Date: _11-16-2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/13/2020_.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: _11-2-2021_

Lee Milhoan
1959 Majestic Circle
Steubenville OH 43952

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____03/02/2017_____
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross-border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____      Date __11/2/21__

Notary - Carol Swanson
State of Wisconsin Rusk County
expire 04-15-2023

CAROL SWANSON
NOTARY
PUBLIC
STATE OF WISCONSIN

RPLI_03633401

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 00/18/1900.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: 11/8/21

RPLI_03633402

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/02/2020___
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___11/04/2021___

CONFIDENTIAL

3 of 3

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/28/2018_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _12/10/2021_

OFFICIAL STAMP
TANANY SUN SI VON PEOU
NOTARY PUBLIC - OREGON
COMMISSION NO.1017673
MY COMMISSION EXPIRES   OCTOBER 6, 2025

12/10/2021

CONFIDENTIAL

Dec 14 2021 04:55 LVW Vonee 1(503)639-8102

RPLI_03633404

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/10/2021_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: _12/08/2021_

RPLI_03633405

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___6/10/2017___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: __4/3/21__

VICKI WARNER
NOTARY PUBLIC - State of Kansas
My Appt. Exp. _____

RPLI_03633406

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12/31/2013__.

   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: __11/01/2021__

## XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ███████████ © and I am 18 years of age or older.

2.  I dwell at ███████████████

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on, or around the 25th day of October, 2020.

5.  The first time I purchased XRP I was completely unaware of a company called Ripple and its use of XRP.

6.  Considering that I was unaware of Ripple, when I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  Because I was unaware of Ripple, when I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Because I was unaware of Ripple when I acquired XRP, I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



**JURAT**

**Texas state**        )
                       )
**Harris County**      )

On this 04 day of November, 2021, before me, the undersigned Notary Public on and for Texas state, appeared Marchelle-Denise: Cook ©, and known to me and proved to be on the basis of satisfactory evidence, to be the one whose autograph appear on this instrument and who acknowledged to me that they executed the same.

Witness my hand and official seal:

Notary:

My Commission Expires:

February 8, 2023

{SEAL}

ADILENE CANTU
Notary ID #131887957
My Commission Expires
February 8, 2023

Copyright © 2021 ████████████████████. All rights reserved. Any unauthorized duplication or use in any manner is strictly prohibited and will be civilly, criminally and commercially enforced by Record Owner ████████████████. © is Copyright Protected by Record Owner 1903-1903. ██████████████ is doing business as: ████████████████████ or any variation, derivation or abbreviation thereon. For permission of use ████████████████.

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 2B)**                Page **1** of **1**

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/22/2017_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████    Date: 12/3/2021

RPLI_03633409

**CALIFORNIA ACKNOWLEDGMENT**　　　　　　　　　　**CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Contra Costa___ }

On ___12/03/2021___ before me, ___Natalie J. Chop, Notary Public___,
　　　　*Date*　　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared ███████████████████████████████
　　　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NATALIE J. CHOP
Notary Public - California
Contra Costa County
Commission # 2296482
My Comm. Expires Aug 7, 2023

*Place Notary Seal and/or Stamp Above*

Signature ___Natalie J Chop___
　　　　　*Signature of Notary Public*

─────────── **OPTIONAL** ───────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact
☐ Trustee　　☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact
☐ Trustee　　☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ▮▮/▮▮/2021 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮        Date: 7/12/2021

RPLI_03633411

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▬▬▬▬ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▬▬▬▬
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/7/2016_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▬▬▬▬   Date: _26 5 22_

WITNESSED BY 6INHS

THOMAS RICHARD HELM
JUSTICE OF THE PEACE
W.A. 1723

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/20/2018_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _11/10/2021_

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of _____ _Illinois_ _____ ⎫
County of _____ _Lake_ _____ ⎬ ss.
⎭

☑ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____    _____ _N/A_ _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this __10th__ day of __November__ __2021__ by
        *Day*          *Month*         *Year*

██████████████████████

Name of Signer No. 1

_____ _N/A_ _____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

```
┌─────────────────────────────────┐
│       FRANCISCO HINOJOSA         │
│          Official Seal           │
│   Notary Public - State of Illinois │
│ My Commission Expires Dec 11, 2023 │
└─────────────────────────────────┘
```

*Place Notary Seal/Stamp Above*          *Any Other Required Information*
                                          *(Residence, Expiration Date, etc.)*

──────────────────────── **OPTIONAL** ────────────────────────

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __XRP  Holder  Affidavit__

Document Date: __11/10/2021__                    Number of Pages: __1__

Signer(s) Other Than Named Above: _____

©2020 National Notary Association

M2010-02 (09/2021)
Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

CONFIDENTIAL                                          RPLI_03633414

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/06/2018_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: _11/4/21_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *08/19/2017* .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮     Date: *3/November/2021*

CONFIDENTIAL

RPLI_03633416

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __01/19/2020__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████     Date: __11/03/2021__

Tabitha Mignon Smitherman
My Commission Expires
03/20/2023
ID No. 124563953

RPLI_03633417

**XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)**

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/01/2017 .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████        Date: 5 November 2021

RPLI_03633418

## XRP HOLDER AFFIDAVIT (INVENTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/03/2020_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: 11/02/21

State of Florida
County of Palm Beach

Notarized for _____ on Nov 2nd 2021

NILESH K. PARIKH
MY COMMISSION # GG 267244
EXPIRES: February 26, 2023
Bonded thru Notary Public Underwriters

RPLI_03633419

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___April 24, 2020___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____          Date: ___11/01/2021___

**JURAT**

State/Commonwealth of _____ FLORIDA _____ )
                                             )
☐ City ☑ County  of _____ duval _____ )

On __11/01/2021__, before me, _____ Lola Denise Strickland _____,
         *Date*                              *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____ ███████████ _____.

*Name of Affiant(s)*

☐  Personally known to me  **-- OR --**

☐  Proved to me on the basis of the oath of _____  **-- OR --**
                                          *Name of Credible Witness*

☑  Proved to me on the basis of satisfactory evidence: _____ ██████████████
                                                      *Type of ID Presented*

WITNESS my hand and official seal.

Notary Public Signature: *Lola Denise Strickland*

Notary Name: _____ Lola Denise Strickland _____

Notary Commission Number: __HH137805__

Notary Commission Expires: __06/04/2025__

*Notarized online using audio-video communication*

**[Notary Seal]**
LOLA DENISE STRICKLAND
Notary Public - State of Florida
Commission # HH137805
Expires on June 4, 2025

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __XRP Holder Affidavit__

Document Date: __11/1/2021__

Number of Pages (including notarial certificate): _____ 2 _____

RPLI_03633421

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/09/2021___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___02/11/21___

I certify that this document is a true copy of the original

Signed: _____

Date: ___4/3/2022___

**JR** Accounts

Chartered Certified Accountants & Registered Auditors
164 - 166 High Road, Ilford, Essex, IG1 1LL
Tel: 02089118899 Fax: 02089118917

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/06/2020_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided, and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████        Date _29 Nov 21_

   RPLI_03633423

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03_/_02_/_2018___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11_/_03_/_2021_

CONFIDENTIAL

RPLI_03633424

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___9-24-2018___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: 11-5-21

11/5/21

*Erica Larson*

ERICA LARSON
Notary Public, State of Florida
Commission# HH 167598
My comm. expires Aug. 4, 2022

RPLI_03633425

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/03/20___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: 11/5/21

RPLI_03633426

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _July 15 /2018_ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████      Date: _11/14 /2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/14/2018___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: _11/04/2021_

*See attached certificate*

CONFIDENTIAL

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Stanislaus _____ )

On _____ November 4, 2021 _____ before me, Kristin Moser, notary public
_____
(insert name and title of the officer)

personally appeared █████████████ _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KRISTIN MOSER
Notary Public - California
Stanislaus County
Commission # 2369128
My Comm. Expires Aug 2, 2025

Signature _____   **(Seal)**

CONFIDENTIAL

RPLI_03633429

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____10/13/2017_____
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons.
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: ███████████

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _10/17/2020_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮    Date: _4/1/21_

RPLI_03633431

**CALIFORNIA JURAT**

GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of *LOS ANGELES*

Subscribed and sworn to (or affirmed) before me on

this _01_ day of _NOVEMBER_, 20_21_, by
     *Date*        *Month*        *Year*

(1) ███████████████████████

(and (2) _____ ),
          *Name(s) of Signer(s)*



GHAZI JAMSHED
Notary Public · California
Los Angeles County
Commission # 2376760
My Comm. Expires Oct 22, 2025

*Place Notary Seal and/or Stamp Above*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
           *Signature of Notary Public*

---
          **————— OPTIONAL —————**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *XRP HOLDER AFFIDAVIT (INVESTOR/USER-CATEGORY 2B)*

Document Date: _11. 01. 2021_       Number of Pages: _ONE_

Signer(s) Other Than Named Above: _NO OTHER SIGNER_

©2019 National Notary Association

CONFIDENTIAL

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)</u>

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___11/1/2019___.
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████     Date: 11-2-2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __5/24/2019__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: __14/8/2021__

RPLI_03633434

## JURAT WITH AFFIANT STATEMENT

State of _New York_ ⎫
County of _Onondaga_ ⎬ ss.

☒ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

_Signature of Document Signer (Affiant) No. 1_      _Signature of Document Signer (Affiant) No. 2 (if any)_

Subscribed and sworn to (or affirmed) before me

this _8th_ day of _November_, _2021_, by
   Date     Month     Year

(1) ████████████████████
        Name of Signer No. 1

(2) _N/A_
        Name of Signer No. 2 (if any)

_Michelle Kolis_
        Signature of Notary Public

MICHELLE A KOLIS
Notary Public - State of New York
NO. 01K06261392
Qualified in Onondaga County
My Commission Expires May 7, 2024

_N/A_
        Any Other Required Information
        (Residence, Expiration Date, etc.)

_Place Notary Seal/Stamp Above_

————————————— OPTIONAL —————————————

Not required by law, this information can be useful to those relying on the
document and prevent fraud.

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

**Further Description of Any Attached Document**

Title or Type of Document: _XRP Holder Affidavit_
_(Investor/User – Category QB)_
Document Date: _11/8/21_    Number of Pages: _1_

Signer(s) Other Than Named Above: _N/A_

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #15924

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____7/1/2021_____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____     Date: __11/1/2021__

RPLI_03633436

XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ███████████, and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

3.  I acquired XRP for the first time on July 11, 2019 .
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████  Date: 11-4-21

RPLI_03633437

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/30/2019___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████          Date: 11-3-21

*marilu-sca* 11/3/2021

MARILU GOMEZ
COMMISSION NUMBER 316612
MY COMMISSION EXPIRES
APRIL 24, 2022

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12 / 20 / 2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: ___09 / 16 / 2021___

CONFIDENTIAL

Jurat

This certificate is attached to a _XRP Holder affidavit (investor/User - Category 3B)_

dated _November 09, 2021_

Document information: _1 page_

COMMONWEALTH OF VIRGINIA

CITY/COUNTY OF _Fairfax_

The foregoing instrument was subscribed and sworn/affirmed before me this _9th_ day of

_November_, 20 _21_ by █████████████████

> MERCEDES NICOLE PETTUS
> NOTARY PUBLIC
> REG. #7853675
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES 02/28/2023

_[signature]_
Notary Public

_Mercedes Nicole Pettus_
Print name

_7853675_
Notary registration number

_02/28/2023_
My commission expires

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ████████████████ and I am 18 years of age or older.
    {full legal name}

2.  I reside at ███████████████████████████████████████████████
    {street name, city, state, ZIP code, country}

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _June 15th 2019_.
    {mm/dd/yyyy}

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████    Date: _November 7th 2021_

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06/21/2019_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ███████████████         Date: _November 7, 2021_

Before me the undersigned, A Notary Public for Shelby County, State of Indiana, personally appeared ████████████, and acknowledged the execution of this instrument on November 7, 2021.       _Jashua A. Cranfill_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/06/2018 .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮   Date: 11/5/21

RPLI_03633443

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1-7 below)
☐ See Statement Below (Lines 1-7 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of <u>San Mateo</u>

Subscribed and sworn to (or affirmed) before me

on this ___5___ day of ___November___, 2021, by

(1) ███████████████████████████████

( and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

CARLOS GARCIA
Notary Public - California
San Mateo County
Commission # 2375381
My Comm. Expires Oct 15, 2025

Signature _____

*Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

- - - - - - - - - - - - - - - - - - - - - - - - - OPTIONAL - - - - - - - - - - - - - - - - - - - - - - - -

*Though this section is optional, completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: <u>XRP Holder Affidavit (Investor/user</u>
<u>Category 2B)</u>

CONFIDENTIAL                                                            RPLI_03633444

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12·02–2019_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant:                                    Date: _11-25-2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12/21/2017__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████    Date: __11/6/21__

RPLI_03633446

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04 / 05 / 2021_ .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████   Date: _05/24/2022_

Acknowledged before me in Jackson County, MI on May 24, 2022
by AJ Fisher.

A J FISHER
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF INGHAM
My Commission Expires January 06, 2026
Acting in the County of _Jackson_

RPLI_03633447

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*11/24/2020*___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████   Date: ___*11/1/21*___

SWORN TO AND SUBSCRIBED TO ME THIS 1 DAY OF NOV 2021



Jennifer L. Lawrence
Notary Public, State of Ohio
My Commission Expires
8/21/22

RPLI_03633448

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ *10/12/2018* ___ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ██████████████████    Date: *11/03/2021*

State of Utah
County of *Davis*

The foregoing was acknowledged before me
this ___ day of *November* 2021
███████████████
NOTARY PUBLIC
My Comm. Expires: *6-7-2025*

KRISTA GROLL
Notary Public  State of Utah
My Commission Expires on:
June 07, 2025
Comm. Number: 718726

CONFIDENTIAL

RPLI_03633449

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/20/2019___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████  Date: 12/15/2021

State of Pennsylvenic County of Dauphin

This record was acknowledged before me on 12/15/21 (date) by Margaret H. Doebler

Signature of notarial officer

Commonwealth of Pennsylvania - Notary Seal
Margaret H. Doebler, Notary Public
My commission expires April 15, 2024
Commission number 1297680

RPLI_03633450

<u>XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12 / 23 / 2017___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: __11 / 07 / 2021__

RPLI_03633451