# EXHIBIT 43

# Exhibit 167
# (Part 18 of 26)

CONFIDENTIAL

RPLI_03633452

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.

    [full legal name]

2. I reside at ██████████████████████████████████████

    [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/12/2020_ .

    [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.



Signature of Affiant: ████████████████  Date: _12/29/2021_

_12/30/2021_

CONFIDENTIAL

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          }

COUNTY OF **SAN JOAQUIN**          }

Subscribed and sworn to (or affirmed) before me on this ___30th___ day of ___December___, ___2021___
                                                                    Date          Month              Year

by _____

_____
                    *Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
        *Signature of Notary Public*

ARIELLE JAIMEE HOFFMAN
COMM. # 2323028
NOTARY PUBLIC • CALIFORNIA
SAN JOAQUIN COUNTY
Comm. Exp. MAR. 7, 2024

*Seal*
*Place Notary Seal Above*

------------------------------ **OPTIONAL** ------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: XRP Holder Affidavit (Investor/user-
                                            category 2B)

Document Date:_____

Number of Pages:_____

Signer(s) Other Than Named Above:_____

CONFIDENTIAL

RPLI_03633454

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/21/2021___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████████ Date: 11/4/2021.

*Park* 11/4/2021

JP 103439 NSW

RPLI_03633455

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on April 19, 2021.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████     Date: 11/10/21

_Jennifer D'Alfonso_   11/10/2021

JENNIFER D'ALFONSO
Notary Public, State of Rhode Island
My Commission Expires Apr. 13, 2025

RPLI_03633456

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08 / 19 / 2019_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████  Date: 2/11/2021



CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___15-9-2017___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████   Date: ___14-12-21___

Witnessed by : Jenna Byrne          Date : 14/12/21

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02 - 06 - 2018_ .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████          Date: _25 - 05 - 2022_

RPLI_03633459

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on    11/21/2020
   _____.

   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date:   11/5/2021
_____

RPLI_03633460

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____ .
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 08/09/2021 _____ .
    **[mm/dd/yyyy]**

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: _____ 05/25/2022 _____

RPLI_03633461

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __04 / 13 / 2021__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████        Date: __11 / 06 / 2021__

RPLI_03633462

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/11/2019_.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11/8/2021_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/12/2019 _____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████    Date: 11/1/2021 _____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _approx. on 09/01/2019_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████     Date: _February 11, 2022_

STEVEN B GARRETT
Notary Public
State of Ohio
My Comm. Expires
June 22, 2026

2/11/22

RPLI_03633465

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/30/20___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: ___4/1/21___

RPLI_03633466

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/06/2018_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____  Date: __11-05-2021__

CONFIDENTIAL

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas

County of _Harris_

Before me,

_Bernice Castañeda , Notary Public_
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*

on this day personally appeared

███████████████

*Name of Signer*

☐ known to me

☐ proved to me on the oath of

_____
*Name of Credible Witness*

☒ proved to me through _____

_TX Driver License_
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_5th_ day of _November_ _2021_
*Day*        *Month*        *Year*

_____
*Signature of Notarizing Officer*

BERNICE CASTANEDA
Notary ID #128682488
My Commission Expires
March 27, 2023

*Place Notary Seal and/or Stamp Above*

--- **OPTIONAL** ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _FRL Holder Affidavit (Category 2B)_

Document Date: _11/5/2021_        Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

©2020 National Notary Association

M1304-16 (11/20)

CONFIDENTIAL

RPLI_03633468

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at _____
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___01/06/2018___.
    **[mm/dd/yyyy]**

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __11-05-2021__

RPLI_03633469

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas

County of _Harris_

Before me,

_Bernice Castañeda , Notary Public_
*Name and Character of Notarizing Officer;*
*e.g., "John Smith, Notary Public"*
on this day personally appeared

███████████████████████
*Name of Signer*

☐ known to me
☐ proved to me on the oath of

_____
*Name of Credible Witness*

☑ proved to me through _____

_TX Driver License_
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_5th_ day of _November_ _2021_
*Day*          *Month*          *Year*

_____
*Signature of Notarizing Officer*

BERNICE CASTANEDA
Notary ID #128682488
My Commission Expires
March 27, 2023

*Place Notary Seal and/or Stamp Above*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _TRP Holder Affidavit (Category 28)_

Document Date: _11/5/2021_          Number of Pages: _1_

Signer(s) Other Than Named Above. _None_

---

©2020 National Notary Association

M1304-16 (11/20)

CONFIDENTIAL

RPLI_03633470

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __01/03/2021__.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: _9 22 21_

Signed by the Afiant at Kilcoy in the State
of Queensland before me.

Holland

**Tricia Margaret Holland**

Justice of The Peace (Qualified)

Ph: +61 403 518 640

RPLI_03633471

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *5/8/2020*
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided, and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

███████████████████████

Signature of Affiant          Date: *11-3-2021*

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _6/20/2017_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: _11/2/2021_

Carol A. Lucardi
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
5/13/2027

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *02/14/2021* .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross-border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: *11/02/2021*

RPLI_03633474

**XRP HOLDER AFFIDAVIT (INVESTOR - CATEGORY 1B)**

Under oath, I solemnly swear:

1.  My name is ████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 02/14/2021
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

Signature of Affiant ████████████████      Date: 11/02/2021

RPLI_03633475

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/15/2019___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __11-11-21__

Tiffany Laudette
NOTARY PUBLIC
Oconee County, GEORGIA
My Commission Expires 02/14/2022

RPLI_03633476

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/01/2021___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮     Date: ___11/07/2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 04/15/2021
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output, and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████████    Date: 05/24/2022

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _6/22/2018_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████    Date: _5/25/22_

RPLI_03633479

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   {full legal name}

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07 / 21 / 2017.
   {mm/dd/yyyy}

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮   Date: 11 / 03 / 2021

Witnessed by: Kanupriya
KANUPRIYA JHAIN
Senior Financial Advisor
Scotiabank Financial

RPLI_03633480

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _7/19/2021_ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████   Date: _11/2/21_

KATRINA BELFORD
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO: 18-2168-1
MY APPT. EXPIRES: MARCH 15, 2024

State of Nevada
County of _Clark_
This instrument was acknowledged before me on _Nov 29, 2021_
by ████████████████████

_Signature of Notarial Officer_

RPLI_03633481

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/01/2018___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: __12/07/2021__

## XRP HOLDER AFFIDAVIT [INVESTOR/USER - CATEGORY 2B]

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _15-08-2020_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: _15-11-2021_

RPLI_03633483

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/01/2017___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: 11/05/2021

DENNESKA GODOY
Notary Public - State of Florida
Commission # HH 068214
My Comm. Expires Sep 29, 2024
Bonded through National Notary Assn.

D.K.M. · 11/05/2021

CONFIDENTIAL

RPLI_03633484



Monday, November 8, 2021

Deaton Law Firm
450 North Broadway
East Providence, Rhode Island 02914

RE:  **S.E.C v. Ripple Labs, Inc. et al** U.S.D.C., N.Y.S.D. **20 Civ.** 10832

Dear Attorney Deaton,

Enclosed please find my notarized affidavit, category 2B.

I am an XRP holder and I have been following the lawsuit closely.  I also wanted you to know that I am a civil litigator with 26 years of trial experience.

If you find that you need some assistance, or a second set of eyes on something, I would be grateful to assist.



CONFIDENTIAL

RPLI_03633485

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ August 18, 2017 _____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affi▮▮▮▮ Date: _____ November 8, 2021 _____

Norfolk, ss.

On this the __8th__ day of November 2021, then appeared the above named ▮▮▮▮▮ who is personally know me and acknowledged the foregoing signature to be his free act and deed before me.

THOMAS A BIZZO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
November 22, 2024

RPLI_03633486

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09 / 18 / 2019___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮    Date: 11/5/2021

Commonwealth of Pennsylvania
County of __Allegheny__

Signed and sworn to (or affirmed) before me,
on __November 5, 2021__
by __▮▮▮▮▮▮▮▮▮__

Commonwealth of Pennsylvania - Notary Seal
Kristin A. Tapocik, Notary Public
Allegheny County
My commission expires December 30, 2022
Commission number 1259660
Member, Pennsylvania Association of Notaries

RPLI_03633487

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/20/2017___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: 9/20/2022

duly sworn on May 24, 2022

Lisa Lewis

LISA LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6184203
Qualified in Bronx County
My Commission Expires 03-31-2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___03/23/2021___.
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: █████████████████    Date: ___11/16/2021___

RPLI_03633489

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **07/26/2017**.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant _____          Date: **11/03/2021**

NOTARY PUBLIC OFFICIAL SEAL
DEBRA K COLANERO
State of West Virginia
My Commission Expires
July 29, 2022
1528 Fetty Avenue, Fairmont, WV 26554

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/20/2019___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: __11/5/21__

Subscribed and sworn to before me this __5th__ day
of __November__ 20 21
_____
Notary Public for Idaho
Residing in Ada County
Comm Exp __02/24/2027__

GAIL ARBOGAST
COMMISSION #20210893
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 02/24/2027

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/13/2019___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮ Date: 12/11/21

RPLI_03633492

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████   Date: 10 Nov 2021

State of Maine, Lincoln County
personally appeared the above
named ███████████████ and
acknowledged the above instrument
To be h___ free act and deed

SHERRY L. HODGDON
NOTARY PUBLIC
State of Maine
My Commission Expires
May 17, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11 / 21 / 2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affi███████████████████   Date: ___Dec 15 / 2020___

                                    RPLI_03633494

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___8 /20 /2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _11/3/2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   {full legal name}

2. I reside at ███████████████████
   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12 . 5 . 2020
   {mm/dd/yyyy}

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████        Date: 3 . 11 . 2021

RPLI_03633496

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10 / 6 / 2017___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████   Date: 11 / 4 / 2021

11/4/2021

DENNISON ████████
Notary Public - State of Florida
Commission # ████████
My Comm. Expires Mar 29, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/15/2020_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████ _____ Date: __04 November 2021_____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/27/2021_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: _11/1/2021_

Note! In addition, I have Inlaws in the Philippines and intend to send and receive XRP to and from them at a reduced exchange fee and quicker transfer times.

CONFIDENTIAL

RPLI_03633499

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/25/2017 _____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____ Date: 11/8/21

City/County of _____
Commonwealth of Virginia
The foregoing instrument was acknowledged
before me this ___ day of _____ 2021
by _____
[name of person making acknowledgment]

_____
Notary Public
Commission Exp. _____ Notary Registration # _____

Zander Omar Rupiev
Commonwealth of Virginia
Notary Public
Commission No. 7621998
My Commission Expires 5/31/2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ██████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __12/05/2020__.
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: __11/2/21__

SUBSCRIBED AND SWORN BEFORE ME THIS
__2__ DAY OF __November__, 20__21__

_Tammy R. Gallegos_
NOTARY - EL PASO COUNTY - COLORADO
MY COMMISSION EXPIRES __August 5, 2023__

TAMMY RENEE GALLEGOS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194029521
MY COMMISSION EXPIRES AUGUST 5, 2023

RPLI_03633501

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ .
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09/28/2021 _____ .
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: 09/11/2021

RPLI_03633502

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____12/03/2017____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___11/17/21___

RPLI_03633503

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____06/18/2018_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: ___11-05-2021___

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____07/19/2019_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████     Date: _11-5-21_

Sworn to and subscribed before me
this 5th day of _November_, 20_21_

Notary Public

*[Notary seal: D. BRENT TAUNTON, NOTARY PUBLIC, COBB COUNTY, GEORGIA, COM. EXP. April 20, 2024]*

RPLI_03633505

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   /        **[full legal name]**

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.    12/8/2020

4. I acquired XRP for the first time on _____12/8/2020 PM D_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓          Date: 11/8/2021

Sworn to me on this
8th day of November, 2021.

X B. ▓▓▓
Notary Public

REBECCA A. KARK
Notary Public, State of New York
No. 01KA6395013
Qualified in Broome County
Commission Expires July 22, 20 23

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    <span style="display:block; text-align:center;">[full legal name]</span>

2.  I reside at _____
    <span style="display:block; text-align:center;">[street name, city, state, ZIP code, country]</span>

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___11/10/2020___
    <span style="display:block; text-align:center;">[mm/dd/yyyy]</span>

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____        Date: __11/3/2021__

MIRELLA OLIVIA CEJA-OROZCO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Signed before me on
Nov. 3, 2021.

RPLI_03633507

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/10/2017_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided, and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮          Date _11/1/2021_

RPLI_03633508

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/08/2018_____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _____11/12/2021_____

RPLI_03633509

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *10/26/2018* _____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: *Nov 5/2021*

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/05/2020___ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date: 11/04/2021

LUCAS UNDERWOOD
Resident of Vanderburgh County, IN
Commission Expires: February 8, 2021
Commission # 696395

11-4-21

CONFIDENTIAL

RPLI_03633511

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/24/2020 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████     Date: 12/23/2021

*Vicki Resendez*
12/23/21

VICKI RESENDEZ
My Notary ID # 124907422
Expires April 28, 2024

RPLI_03633512

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/18/2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮   Date: __11-15-21__

Joseph Jinkyu Jung     11/15/2021

JOSEPH JINKYU JUNG
Notary Public, State of Texas
Comm. Expires 03-03-2025
Notary ID 132952802

RPLI_03633513

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4/24/2020_ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮    Date: _10/8/2021_

RPLI_03633514

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ██████████████ _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/02/2017 _____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████     Date: 11-3-21

State of Arizona )
County of Maricopa )
The foregoing instrument was acknowledged
before me this 3 day of November 2021,
by. _____
   **Notary Public**
My commission expires 06/23/2025

JOEL VOLCY
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 608506
Expires June 23, 2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  07 / 26 /2021 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████         Date: 11 /04 /2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/03/2019___
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____          Date: ___11/02/2021___

RPLI_03633517

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on     02/02/2021
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date:     02/11/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___3/20/2020___
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11/5/2021_

State of Colorado    County of Jefferson
Subscribed and sworn before me on 5th November 2021
                                        **(Date)**
_Nicole Kerr_
**(Notary Signature)**

NICOLE KERR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214037161
MY COMMISSION EXPIRES 09/20/2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on $\underline{05/31/2018}$ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████     Date: $\underline{11/5/2021}$

*Loose certificate attached*

CONFIDENTIAL                                                    RPLI_03633520

**JURAT**

State of _Nevada_

County of _Clark_  } ss.

Subscribed and sworn to (or affirmed) before me this

_5th_ day of _November 2021_, by

_____

_Date_        _Month_        _Year_

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Name of Signer No. 1*

_____

*Name of Signer No. 2 (if any)*

**B. CUTLER-CLARK**
Notary Public-State of Nevada
APPT. NO. 14-12623-1
My Appt. Expires 01-16-2022

_____

*Signature of Notary Public*

_none_

*Place Notary Seal/Stamp Above*          *Any Other Required Information*
                                          *(Residence, Expiration Date, etc.)*

---

**OPTIONAL**

*This section is required for notarizations performed in Arizona but is optional in other states.*
*Completing this information can deter alteration of the document or fraudulent reattachment*
*of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit - cat. 3B_

Document Date: _November 5, 2021_          Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

©2019 National Notary Association

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  3/20/2020 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████████     Date: 11/5/2021

State of Colorado County of Jefferson
Subscribed and sworn before me on 5th November 2021
**(Date)**

_____
(Notary Signature)

NICOLE KERR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214037161
MY COMMISSION EXPIRES 09/20/2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ █████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06/01/2020 _____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████ _____     Date: _____ 05/23/2022 _____

RPLI_03633523

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11__/_23_/_2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: __Nov 31 21__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ████████████████████████ and I am 18 years of age or older.

    **[full legal name]**

2.  I reside at ████████████████████████████████████████████

    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _approx Oct 2019_ .

    **[mm/dd/yyyy]**

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____  Date: _1 - 5 - 2021_

State of _Nevada_
County of _Lincoln_

This instrument was acknowledged before me

on _5_ day of _Nov_, 20 _21_ by ████████████

_Sasha Orr_
Notary Public's Signature
My Commission Expires _Dec 2 2021_

```
SASHA J. ORR
Notary Public, State of Nevada
No. 13-12275-11
My Appt. Exp. Dec. 2, 2021
```

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11 · 10 · 2018___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████          Date: 3 d November 2021

SWORN BEFORE ME,
JEREMY MICHAEL GILLHAM,
SOLICITOR, AT 29
HERMITAGE ROAD, HITCHIN,
HERTFORDSHIRE, SG5 1BS,
UNITED KINGDOM this 3 d
November 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/11/2021_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a "Top 10" cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11/02/2021_

RPLI_03633527

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/21/2020_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _Nov. 5, 2021_

_notarized before me on November 5, 2021_
_at Fort McMurray in the province_
_of Alberta, canada_

**PHYLLIS C. YETMAN**
Notary Public for the Province of Alberta
My Appointment Expires: December 31, 2023
202A, 8706 Franklin Ave.
Fort McMurray, AB T9H 2J6
780-743-2860

CONFIDENTIAL

RPLI_03633528

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  10/04/2020
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇     Date: 11/01/2021

RPLI_03633529

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/04/2018_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████        Date: _11/04/2021_

Courtney Michelle Dolney
Exp 2/24/2004          11/4/2021
ID: 642001

CONFIDENTIAL

RPLI_03633530

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04/10/2021_
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████████     Date: _11-5-21_



BREANNA POLLMEIER
Commission Number 832065
My Commission Expires
5-17-2024

*Breanna Pollmeier*

RPLI_03633531

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07/22/2020_.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████████████     Date: _12/9/21_

RPLI_03633532

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03 / 17 / 2021___
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____        Date: 2ⁿᵈ Nov 2021.

CONFIDENTIAL

RPLI_03633533

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05 / 03 / 2020_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮   Date: _2/2/22_

RPLI_03633534

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/01/2019___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████    Date: ___12/1/2021___

RPLI_03633535

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/28/2020___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: _11/1/21_

Personally known to me

Wendy Burnett

WENDY BURNETT
Notary Public, State Of Florida
Commission No. HH 174723
My Commission Expires 9-11-2025

RPLI_03633536

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   [full legal name]

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/01/2018_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided, and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ⬛⬛⬛⬛⬛⬛          Date: _11/2/21_

Kristen L. Treen
KRISTEN L. TREEN
Notary Public in the State of New York
No. 01TR6032818
Qualified in Oneida County
Commission Expires November 8, 2021

RPLI_03633537

### XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02-21-2019_.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████  Date: _11-11-2021_

CONFIDENTIAL

RPLI_03633538

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/07/2018___
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ████████████          Date: 08th November 2021

RPLI_03633539

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2. I reside at ████████████████████████████
    **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____06/18/2019____.
    **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████  Date: 11/08/21

County/City of Prince William
Commonwealth/State of Virginia
The foregoing instrument was acknowledged
before me this 8th day of November
20 21 by
(name of person seeking acknowledgment) ████████
Notary Public
My Commission Expires May 31, 2025

CELESTE M RILEY
Notary Public
Commonwealth of Virginia
Registration No. 363106
My Commission Expires May 31, 2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/29/2020 .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████ Date: 12/13/2021

Subscribed and sworn before me this 13th day of December, 2021.

Mary Morris, Notary Public

*[Notary seal: MARY MORRIS NOTARY 12002906 Expires Mar. 26, 2024 STATE OF OKLAHOMA]*

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████ .
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _08-06-2020_ .
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████   Date: _11·2·21_

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/20/2020_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____     Date: _11/2/21_____

RPLI_03633543

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on July 14, 2019.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮   Date: 11-2-2021

Notary Public
CYNTHIA RENEE WRIGHT
Wake County
My Comm. Exp. 05-01-2024
NORTH CAROLINA

Sworn & Subscribed to me
11-2-2021
Cynthia Renee Wright
Notary Public

CONFIDENTIAL

RPLI_03633544

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [Street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____02 / 14 /2020____.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ▮▮▮▮▮▮▮▮▮        Date: 11/06/2021

CONFIDENTIAL

INDIVIDUAL ACKNOWLEDGMENT

State (or Commonwealth) of __Idaho__ }
County of __Kootenai__ } ss

On this the __6__ day of __December__, __2021__, before me,
__Brian Davis__, the undersigned Notary Public,
Name of Notary Public

personally appeared ███████████████████
Name(s) of Signer(s)

☐ personally known to me – OR –
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

_B. D._
Signature of Notary Public

__Brian Davis   Ex 6-08-2023__

__Commission  #  70111__
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

BRIAN DAVIS
Commission #70111
Notary Public
State of Idaho

Place Notary Seal/Stamp Above

---

**OPTIONAL**

This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: __X & P  Holder  Affidavit__

Document Date: __11 - 06 - 2021__                    Number of Pages: __4__

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

CONFIDENTIAL                                                    RPLI_03633546

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06 / 01 / 2018 _____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant ██████████████████████  Date: 11 / 05 / 2018

loose certificate attached

CONFIDENTIAL

RPLI_03633547

**JURAT**

State of _Nevada_

County of _Clark_ } ss.

Subscribed and sworn to (or affirmed) before me this

_5th_ day of _November_ _2021_, by

Date            Month       Year

███████████████████████████████████████

_Name of Signer No. 1_

✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗

_Name of Signer No. 2 (if any)_

B. CUTLER-CLARK
Notary Public-State of Nevada
APPT. NO. 14-12623-1
My Appt. Expires 01-16-2022

_Signature of Notary Public_

_Place Notary Seal/Stamp Above_

_Any Other Required Information
(Residence, Expiration Date, etc.)_

---

─────────── **OPTIONAL** ───────────

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit - exet. 3B_

Document Date: _November 5, 2021_     Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

────────────────────────────────

©2019 National Notary Association

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____04\12\2021_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: 11-04-2021

In the County of _Salt Lake_, State of Utah, on this _4_ day of _November_, 20_21_, a notary public, personally appeared ████████████, proved on the basis of satisfactory evidence to be the person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged (he/she/they) executed the same.

Notary Signature and seal

JET XHAFOLLI
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 700790
COMM. EXP. 06/06/2022

RPLI_03633549

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/06/2017.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████████   Date: 11/02/2021

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/23/2017__.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▓▓▓▓▓▓▓▓        Date: __11/2/2021__

Please See
Attachment

CONFIDENTIAL

RPLI_03633551

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

| Signature of Document Signer No. 1 | Signature of Document Signer No. 2 (if any) |

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me

on this ___2___ day of ___November___ 20_21_,
                          Date          Month            Year

by

(1) ██████████████████████████

(and (2) _____ ),
                  Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
                    Signature of Notary Public

GABRIEL KIM
Notary Public - California
Los Angeles County
Commission # 2275404
My Comm. Expires Jan 22, 2023

Place Notary Seal Above

---

============ OPTIONAL ============

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit Questionnaire — Category 2B)  Document Date: NA

Number of Pages: __2__  Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5910

RPLI_03633552

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __18/12/2017_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____    Date: __02/11/2021_____

RPLI_03633553

# Western Australia

## *Oaths, Affidavits and Statutory Declarations Act 2005*

### Statutory Declaration

I, ███████████████ {name of person making declaration}

of ████████████████████████ {address of person making declaration}

occupation ████████████ {occupation of person making declaration}

sincerely declare as follows:

> The attached document titled "XRP HOLDER AFFIDAVIT (INVESTOR/USER -
> CATEGORY 2B) being 1 page single sided and signed by myself on the 02/11/2021
> is true and correct.

{insert above the content of the statutory declaration; use numbered paragraphs if content is long}

This declaration is true and I know that it is an offence to make a declaration knowing that it is false in a material particular.

This declaration is made under the *Oaths, Affidavits and Statutory Declarations Act 2005.*

At ___81 Princep rd Jandakot, Western Australia, 6164, Australia___ {place}

On ___02/11/2021___ {date}

By _____ {Signature of person making the declaration}

In the presence of

_____ {Signature of authorised witness}

___Oliver Trifunoski___ {Name of authorised witness}

___Physiotherapist___ {Qualification as such a witness}

**\*Important - This Declaration must be made before any of the following persons:**

| | |
|---|---|
| Academic (post-secondary institution) | Local government councillor |
| Accountant | Loss adjuster |
| Architect | Marriage Celebrant |
| Australian Consular Officer | Member of Parliament |
| Australian Diplomatic Officer | Minister of religion |
| Bailiff | Nurse |
| Bank Manager | Optometrist |
| Chartered secretary | Patent Attorney |
| Chemist | Physiotherapist |
| Chiropractor | Podiatrist |
| Company auditor or liquidator | Police officer |
| Court officer (magistrate, registrar or clerk) | Post Office manager |
| Defence Force officer | Psychologist |
| Dentist | Public Notary |
| Doctor | Public Servant (State or Commonwealth) |
| Electorate Officer (State – WA only) | Real Estate agent |
| Engineer | Settlement agent |
| Industrial organisation secretary | Sheriff or deputy Sheriff |
| Insurance broker | Surveyor |
| Justice of the Peace (any State) | Teacher |
| Lawyer | Tribunal officer |
| Local government CEO or deputy CEO | Veterinary surgeon |

Full descriptions of these professions are available via the following website link
**http://www.courts.justice.wa.gov.au/_files/Professions_witness_statutory_declar ations.pdf**

Or

any person before whom, under the *Statutory Declarations Act 1959* of the Commonwealth, a Statutory Declaration may be made.

Any authorised witness for the State of Western Australia may also witness a Commonwealth Statutory Declaration, as long as they are in Western Australia at the time of witnessing - Schedule 2, item 231 of the *Statutory Declarations Regulations 1993 (Commonwealth)*.

**Further information on witnessing documents is available at www.courts.justice.wa.gov.au.**

Last updated on 31 October 2017

RPLI_03633555

**IN THE CUSTOMARY COURT OF ANAMBRA STATE OF NIGERIA**
**IN THE CUSTOMARY COURT OF AWKA MBAILINOFU DISTRICT**
**HOLDEN AT AWKA**

**AFFIDAVIT OF FACTS**

XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

I, ████████████████████████ (male) a resident of ████████████

████████████████████████████████

hereby make an Oath and state as follows:

1. That I am the deponent in this affidavit.
2. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.("Ripple"), its executives, or affiliates.
3. I acquired XRP for the first time on 23rd September, 2019
4. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).
5. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.
6. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.
7. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose
8. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and low-energy output), and because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.
9. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for the following reasons:
   a. As a form of currency for payment for goods and services I provided; and
   b. As a substitute for fiat currency, utilized as a store of value, and to purchase everyday items such as food, clothing, and other retail purchases.

**AND THAT I** make this solemn declaration sincerely and conscientiously believing same to be true and correct in accordance with the Oath Acts of 1990.

Sworn to at the Customary Court Registry
Awka this 11th day of November, 2021.

**BEFORE ME:**

**COMMISSIONER FOR OATHS**

RPLI_03633556

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/04:2021 _____ .
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████_____     Date: 11/2/2021 _____

XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ ███████████ _____ and I am 18 years of age or older.

 [full legal name]

2. I reside at ___ ████████████████████

████████████████ _____

.

 [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/07/2021_____.

 [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:

a. As a form of currency for payment for goods and/or services I provided; and/or

b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____ ████████ _____ Date: __11/02/2021_____

CONFIDENTIAL

RPLI_03633558

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1.  My name is ██████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on __02/07/2021__
    [mm/dd/yyyy]

5.  When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6.  When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7.  When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8.  Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9.  I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a.  As a form of currency for payment for goods and/or services I provided; and/or
    b.  As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ███████████     Date: __01/17/2021__

RPLI_03633559

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████_____, _____, _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07/14/2017_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████_____      Date: __11/02/2021_____

RPLI_03633560

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
               [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
         [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/23/2019_
                               [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇        Date: 11/12/2021



STATE OF NEW YORK
COUNTY OF NASSAU
SWORN TO AND SUBSCRIBED BEFORE
ME THIS _12th_ DAY OF _November_ 2021

NOTARY PUBLIC

JOAN MACKNIGHT
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Nassau County
01MA4813833
MY COMMISSION EXPIRES 03/30/2022

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder: I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/05/2020___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: _____   Date: 11/2/2021

Notary: _____
expires: 10/06/2024
Comm.# 20012329

PEYTON BAKER
NOTARY
# 20012329
EXP. 10/06/24
STATE OF OKLAHOMA
PUBLIC

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05 / 13 / 2021_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ██████████████     Date: __11 / 1 / 2021__

CONFIDENTIAL

RPLI_03633563

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
    **[full legal name]**

2. I reside at _____
    **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/22/2020_____.
    **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant                                Date: _____5-25-2022_____

BRIAN BOWERS
Notary Public - Notary Seal
State of Missouri
St. Charles County
My Commission Expires 08-20-2023
Commission # 15389390

RPLI_03633564

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/04/2019___.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: ___November 2, 2021___

SEE ATTACHED
DOCUMENT

CONFIDENTIAL

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ San Diego _____ )

On _November 02, 2021_ before me, Patsy M. Rosado Martinez Notary Public,
(insert name and title of the officer)

personally appeared ████████████████████████,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

PATSY M. ROSADO MARTINEZ
COMM. #2227886
Notary Public - California
San Diego County
My Comm. Expires Jan. 7, 2022

Signature _____ (Seal)

RPLI_03633566

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___*11-29-2020*___.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████████    Date: *11-2-2021*

RPLI_03633567

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02/15/2018_____.
   **[mm/dd/yyyy]**

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████_____    Date: 11/01/2021_____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/01/2021_.
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇▇    Date: 11/04/21

Notary Public

JARROD ALLEN ORR
NOTARY
ID NO. 368704
MY COMMISSION
EXPIRES
11/29/2024
PUBLIC
STATE AT LARGE, KY.

RPLI_03633569

## XRP HOLDER AFFIDAVIT (INVESTOR/USER - CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/20/2020_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ████████████████     Date: _11-4-2021_

Subscribed and Sworn to before me by ████████████████ on this the 4th day of Nove... ...tify which witness my hand and...

SUSANA M. WALDON
Notary Public, State of Texas
Comm. Expires 03-07-2025
Notary ID 6173188

Susana M. Waldon

CONFIDENTIAL

RPLI_03633570

## XRP HOLDER AFFIDAVIT (INVESTOR/USER – CATEGORY 2B)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4-20-2020_
   [mm/dd/yyyy]

5. When I first acquired XRP, I was aware of the company Ripple and that it sold software products to banks and offered a product that utilizes XRP for cross border payments. I was also aware that other companies and developers were building products that incorporate the XRP Ledger (XRPL).

6. When I acquired XRP I did not rely on any statements, promises, or inducements from Ripple, its executives, or affiliates.

7. When I acquired XRP I did not believe I was acquiring any legal or financial interest in Ripple.

8. Although I was aware that Ripple offered a product to banks or other companies utilizing XRP, when I acquired XRP I was not relying on the efforts of Ripple or its management team for any purpose.

9. I acquired XRP because of its superior technology related to other digital assets (i.e., superior transaction speed, minimal costs, and/or low-energy output), and/or because it was a 'Top 10' cryptocurrency by market cap and was listed at a lower price compared to others.

10. In addition to acquiring XRP for investment purposes, I have acquired XRP for non-investment reasons. I have acquired XRP for one or more of the following reasons:
    a. As a form of currency for payment for goods and/or services I provided; and/or
    b. As a substitute for fiat currency, utilized as a store of value, and/or to purchase everyday items such as food, clothing, and other retail purchases.

Signature of Affiant: ▇▇▇▇▇▇▇▇    Date: 11/1/21

_Ledema Ridge_
11/1/2021

RPLI_03633571