# EXHIBIT 50

Case 1:08-cv-06633-AJN Document 665-25 Filed 02/10/22 Page 2 of 144

# Exhibit 167
# (Part 25 of 26)

CONFIDENTIAL

RPLI_03634368

Acknowledgement

State of Michigan

County of _Wayne_____

On _November 2__, 20 _21_ before me, the undersigned notary public, personally appeared ███████████

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature _Joslyn May_____

Printed name _Joslyn Mays_____

Notary Public, State of Michigan,
Commissioned in County of _____Oakland_____
My commission expires_____10.29.2026_____
Acting in County of_____Wayne_____

JOSLYN MAYS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Oct 29, 2026
ACTING IN COUNTY OF _Wayne_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____May 06, 2020_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____  Date: __11-3-2021__

Jennifer Crandall
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174022342
MY COMMISSION EXPIRES        May 25, 2025

Jenn Crandall
11/3/2021

RPLI_03634370

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/21/2020_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____          Date: _11/8/2021_

Sworn to and subscribed before me this
8th day of November, 2021

Rande Miller, Notary Public

RANDE MILLER
NOTARY PUBLIC – OHIO
MY COMMISSION EXPIRES 12-11-2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11/23/2020_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: _11-8-21_

```
TIMOTHY D. MAYNARD
Notary Public
Commonwealth of Kentucky
Commission Number KYNP15035
My Commission Expires Sep 14, 2024
```

*Timothy D Maynard*
11-8-2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/12/2021___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___11/2/21___

State of Nevada
County of Clark

This instrument was acknowledged before me on this
Day of Nov 21, 20 21 by _____

_____
(Notary Public)

ALPESH PATEL
Notary Public, State of Nevada
No. 12-6510-1
My Appt. Exp. Dec. 7, 2023

CONFIDENTIAL

RPLI_03634373

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/20/2020_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: _11-03-2021_

Leonard Douglas Davis Sr.
Notary Public of Michigan
Oakland County
Expires 02/26/2023
Acting in the County of _____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   
   {full legal name}

2. I reside at _____

   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___16 / 05 / 2021___

   {mm/dd/yyyy}

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: 03 / 11 / 21

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05, 21, 2020_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████    Date: _11, 02, 2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___8/2017___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████    Date: 11/5/21

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/04/2020_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11-8-21_

Sworn to before me this 8ᵗʰ day of November, 2021.

_Wendy Rhine_
Notary Public

WENDY R. WILCOX
Notary Public, State of New York
# 01WI5023726, Reg. in Chautauqua Co.
My Commission Expires January 18, 20_22_

CONFIDENTIAL



## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 5)

Under oath, I solemnly s▮▮▮▮▮▮▮

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/30/2020_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮ Date: _11/2/2021_

In this 2nd day November, 2021, ▮▮▮▮▮▮▮ appeared before me in Wayne county, Mich.

Stephanie Y Tomlinson
Notary Public, Wayne County, Michigan
My Commission Expires October 1, 2022
Acting in the County of _Wayne_

RPLI_03634379

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████████
   [street name, city, state, ZIP/code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __1/2021__ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Aff███████████████████     Date: _2/2/22_

CONFIDENTIAL

RPLI_03634380

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# CALIFORNIA JURAT

State of California )

County of ___Kern___ )

Subscribed and sworn to (or affirmed) before me on this __6th__ day

of ___April___ , 20 __22__ , by _____

_____ ,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

**KELSEY FRENES**
COMM. #2312586
NOTARY PUBLIC • CALIFORNIA
KERN COUNTY
My Comm. Exp. Dec. 13, 2023

Signature ___Kelsey Frenes___

(Seal)

---

*OPTIONAL INFORMATION*

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

This certificate is attached to a document titled/for the purpose of

XKP Holder Affidavit XKP
Collateral Stalking Category 6

containing _____ pages, and dated April 6th, 2022

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page #               Entry #

Notary contact: _____

Other
☐ Affiant(s) Thumbprint(s)   ☐ Describe:

---

© Copyright 2007-2014 Notary Rotary, Inc.   PO Box 41400, Des Moines, IA 50311-0507   All Rights Reserved. Item Number 101884.   Please contact your Authorized Reseller to purchase copies of this form.

CONFIDENTIAL

RPLI_03634381

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ███████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/24/2021___

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: Nov. 2/2021

RPLI_03634382

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05_/_02_/_2020_

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affi _____      Date: _11_/_02_/_21_

Sworn to and subscribed before me
this 2nd day of November 2021

Commonwealth of Pennsylvania
County of Armstrong

Allison McCoy Jones
Commission expires: Aug 23, 2024

Commonwealth of Pennsylvania - Notary Seal
Allison A. McCoy Jones, Notary Public
Armstrong County
My commission expires August 23, 2024
Commission number 1300428
Member, Pennsylvania Association of Notaries

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _09/20/2019_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████          Date: _11/03/2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████ ........................................ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/06/2018___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████_____        Date: 3ᴿᴰ November 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/04/2017___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: _11/8/2021_

STATE OF FLORIDA
COUNTY OF MIAMI DADE
Sworn to (or affirmed) and subscribed before me,
this ___ day of _Nov_____, 20 _21_,
by ▮▮▮▮▮▮▮▮

_Valdes_
PRINT TYPE OR STAMP OF NOTARY
Personally known ✓
or Produced identification ___
Type of Identification Produced _Jamaica Passp- A6053050_

CLAUDIA VALDES CABRERA
MY COMMISSION # HH 169298
EXPIRES: August 25, 2025
Bonded Thru Notary Public Underwriters

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▉▉▉▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/1/2017__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▉▉▉▉▉▉▉▉▉         Date: __11/3/2021__

ASHTON BAILEY
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES FEBRUARY 19, 2025
COMMISSION #50123099

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01_/_01_/_2018___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Birrie, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████_____     Date: _11/3/_2021_

RPLI_03634388

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/02/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: 11/04/21

State of TX
County of COLLIN

This instrument was acknowledged before ...
on 4th day of NOV, 2021 by J.Wellheuser

Notary Public's Signature
My Commission Expires 1/28/25

JACQUELINE WELLHEUSER
Notary Public, State of Texas
Comm. Expires 07-28-2025
Notary ID 133236997

RPLI_03634389

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___10/02/2019___
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮    Date: 3 NOV 2021

*Before*    *WITNESS*

Donald Wright, Notary Public
1 Walker Street
Edinburgh, UK
www.notary.scot

RPLI_03634390

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08\12\2021___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: _17\11\21_
                                                             DD\mm\YY

CONFIDENTIAL

RPLI_03634391

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02 / 5 / 2019___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████     Date: ___11-28-21___

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/06/2020_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████_____     Date: _11-11-21_____

CONFIDENTIAL

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____04/29/2020_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: __11/4/21__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___08/28/2019___.
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████_____ Date: __05/11/2021__

RPLI_03634395

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs, Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Nov/01/2017_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):
   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████████     Date _5/31/2021_

RPLI_03634396

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08 / 16 / 2020___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: ___NOV 7th 2021___

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____03/08/2017_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____       Date: 05/26/2022

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
           **[full legal name]**

2.  I reside at ████████████████████████████████ .
           **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple") its executives, or affiliates.

4.  I acquired XRP for the first time on __03 / 26 / 2020__ .
           **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████     Date: __11 - 12 - 21__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ███████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/06/2017___.

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████  Date: ___11/06/21___

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/04/2020___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮    Date: ___05/26/2020___

CONFIDENTIAL

RPLI_03634401

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __12/01/2020__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████   Date: __11/26/2022__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/05/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a.) I utilize my XRP as collateral to obtain financing; and/or
   b.) I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _11-1-2021_

County/City of _Augusta_
Commonwealth/State of _Virginia_
The foregoing instrument was subscribed and
sworn before me this _1_ day of _November_
_2021_ by
████████
(name of person seeking acknowledgment)
Notary Public
My commission expires _4-30-2025_

*Bethany Fretwell*

**BETHANY FRETWELL**
Notary Public
Commonwealth of Virginia
My Commission Expires _4-30-2025_
Commission ID# 7937240

CONFIDENTIAL

RPLI_03634403

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,"), its executives, or affiliates.

4. I acquired XRP for the first time on _09 / 09 / 2020_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing, and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11 / 7 / 21_

RPLI_03634404

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/24/2021_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: 5-23-22

CO   County of LARIMER
Signed before me on this 23
May 22 by

VICTORIA VILLAREAL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214025794
MY COMMISSION EXPIRES 05/27/2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/6/2020 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████████   Date: 11/2/2021 _____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ███████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___/___/_____

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way in relation to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████      Date: _11/3/2021_

LOUIS J LONDINO
Notary Public
State of Washington
Commission # 20121220
My Comm. Expires Aug 3, 2024

11/3/2021

RPLI_03634407

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 2-20-2018 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████  Date: 5-23-2022

RPLI_03634408

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/27/2020_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____        Date: _Nov, 8, 2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08-21-2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: __11-2- 2021__

**Laura L. Chavez**
**Notary Public - State of Michigan**
**County of Wayne**
**My Commission Expires 07/30/2027**
**Acting in the County of Wayne**

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11 / 1 / 2017__ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: __11/3/2021__

State of TEXAS
County of _Orange_
Sworn to and subscribed before me on the
_03rd_ day of _November 2021_
by ▮▮▮▮▮▮▮

CHRIS ANTHONY
Notary Public, State of Texas
Comm. Expires 03-28-2022
Notary ID 125615565

_Notary Public, Texas_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _04 JUL 2017_.

   **[mm/dd/yyyy]**
   _07/04/2017_

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮    Date: _03 NOV 21_

_Pat A. Walter_

PAT A WALTER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇ and I am 18 years of age or older.

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on April 29, 2020.

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▇▇▇▇▇▇▇▇                    Date: January 3, 2022

STATE OF TEXAS
COUNTY OF HARRIS

This XRP Holder Affidavit was executed before me on January 3, 2022 by James Edmond Vallee.

Notary Public, State of Texas

PHONG Q PHAM
Notary ID #11193442
My Commission Expires
April 27, 2022

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/16/2019 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████    Date: 5/27/22

RPLI_03634414

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09-10-2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████   Date: _1-26-22_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/01/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: ____11/1/2021____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ [REDACTED] _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ [REDACTED] _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 11/16/2020 _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant [REDACTED]                    Date: ___ 11/04/2021 ___

CONFIDENTIAL

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **03/ 15 /2018** *Jm*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: **11-6-21**

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 4/26/18 _____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Binue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ██████████████████     Date: 11/2/21

████████████████████

Subscribed and sworn to before me
in Providence, Rhode Island
this 4 day of NOV 2021

*Marsha J Cotugno*

Comm exp 6/18/23

# 60607

RPLI_03634419

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 2/28/2019 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮     Date: 11-5-2021

State of Maryland
County of Montgomery.

The foregoing instrument was acknowledged before me this 5th day of November, 2021 by ▮▮▮▮▮▮▮▮
Produced MD Drivers License as identification

_Katherine Weaver_
Katherine Weaver
Notary

[Notary stamp: KATHERINE WEAVER, Notary Public-Maryland, Montgomery County, My Commission Expires...]

    RPLI_03634420

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/29/2019___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____ Date: _05/26/2022_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/30/2017___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████    Date: __11/08/2021__

*A See attached acknowledgment A*

CONFIDENTIAL

State of Oregon} ss
County of Deschutes}

On this 8th day of _November, 2021, before me, Jennifer Ann Schossow, a Notary
Public in and for said state, personally appeared ███████████ known or
identified to me to be the person(s) whose name(s) is/are subscribed to the within
Instrument and acknowledged to me that he/she/they executed same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the
day and year in this certificate first above written.

Notary Public for the State of OR_____
Residing at:    Oregon_____
Commission Expires: _____6/10/2024____

OFFICIAL STAMP
JENNIFER ANN SCHOSSOW
NOTARY PUBLIC-OREGON
COMMISSION NO. 1000961
MY COMMISSION EXPIRES JUNE 10, 2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear

1. My name is ███████████████████ and I am 18 years of age or older

   [full legal name]

2. I reside at ███████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 04/15/2021

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing, and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant _____     Date 11/2/2021

CONFIDENTIAL

RPLI_03634424

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____12/27/2018____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: **November 5, 2021**

Declared remotely and virtually commissioned using secure electronic signatures via online video conference before me in Scarborough, ON, on the date herein, while the declarant was in Winnipeg, MB, in accordance with O. Reg 431/20, Administer Oath or Declaration Remotely, to the Ontario Commissioner for Taking Affidavits Act.

Danny Hua
Ontario Paralegal, Notary Public & Commissioner
Law Society of Ontario Licensee P17118

*Danny Hua*

Notary Pro - www.notarypro.ca - 1-888-313-0909 - support@notarypro.ca
Please refer to the Document History page attached below for proof of electronic signature and contact Notary Pro for any questions about this electronically signed document.

CONFIDENTIAL



# signNow

## Document History

SignNow E-Signature Audit Log

All dates expressed in MM/DD/YYYY (US)

| | |
|---|---|
| **Document name:** | NEW CATEGORY 6 _ Collateral_Staking Affidavit 703098395 ▇▇▇▇ |
| **Document created:** | 11/05/2021 17:00:10 |
| **Document pages:** | 1 |
| **Document ID:** | 2ff68f7e3a1744179165c3554031ae04bd4d1a2c |
| **Document Sent:** | 11/05/2021 17:05:16 UTC |
| **Document Status:** | Signed |
| | 11/05/2021 17:18:09UTC |

| | |
|---|---|
| **Sender:** | online@notarypro.ca |
| **Signers:** | notary@notarypro.ca (NotaryPro), jeremeoliver@gmail.com (NotaryPro) |
| **CC:** | |



CONFIDENTIAL

RPLI_03634426

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

       1. My name is █████████ and I am 18 years of age or older.

       2. I reside at ████████████████████████

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on May of 2018.

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

       a. I utilize my XRP as collateral to obtain financing; and/or
       b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████  Date: 11-23-21

RPLI_03634427

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___5-9-2020___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 11-4-2021

CONFIDENTIAL

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ SANTA CRUZ

On NOV 4, 2021 before me, JANE A BENDICK
(insert name and title of the officer)

personally appeared _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Jane A Bendick_ (Seal)

JANE A. BENDICK
COMM. #2229023
Notary Public · California
Santa Cruz County
My Comm. Expires Jan. 20, 2022

Attached to XRP Holder
AFFIDAVIT #6
CATEGORY

CONFIDENTIAL

RPLI_03634429

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/22/2018___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: ___11/01/2021___

Scanned with CamScanner

CONFIDENTIAL

RPLI_03634430

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 10/06/2020 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████     Date: 11/5/21

Linda Goode
NOTARY
# 09004709
EXP. 06/04/25
STATE OF OKLAHOMA
PUBLIC

RPLI_03634431

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/15/2021___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following ways:
   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on those platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████ Date: _NOV.1/21_

RPLI_03634432

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _2/10/2021_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▆▆▆▆▆▆▆▆▆▆▆    Date: _11/03/2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____ 07/16/2021 ____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▆▆▆▆▆▆▆▆   Date: 11/2/21

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/23/2018_____.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___November 1, 2021___

RPLI_03634435

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04/16/2020___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: 11/3/2021

State of Nevada
County of Clark
This instrument was acknowledged before me
by ████████████████
Date 11/3/2021
Notary Signature

TIMOTHY J. SMITH
Notary Public, State of Nevada
No. 19-1472-1
My Appt. Exp. Feb. 11, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___8/23/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████   Date: __1/28/22__

CONFIDENTIAL

RPLI_03634437

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Los Angeles _____ }

On Jan 28, 2022 before me, Ally Ko, Notary Public _____,
(here insert name and title of the officer)

personally appeared ████████████████████ _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

Notary Public Signature                          (Notary Public Seal)

ALLY KO
Notary Public - California
Los Angeles County
Commission # 2337226
My Comm. Expires Nov 13, 2024

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

XRP Holder Affidavit
(Title or description of attached document)

XRP Collateral/Staking-Category 6
(Title or description of attached document continued)

Number of Pages _1_ Document Date 1/28/2022

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

RPLI_03634438

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _23/07/ 2020_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮         Date: _Nov 6, 2021_

Sworn/Declared/Affirmed before
me at the City of Edmonton in the
Province of Alberta this ___ day
of _____, 2021, A.D.

Sanjh Jovain Barrister & Solicitor
Notary Public and Commissioner for
Oaths in the Province of Alberta
10621 100 Street Edmonton, AB T5H 2L8
Phone: (780) XXX Phone: (780)xxx

NO LEGAL ADVICE
SOUGHT OR GIVEN

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   *[full legal name]*

2. I reside at ███████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04-05-2021___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: 11-3-21

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF _San Diego_
Subscribed and sworn to (or affirmed) before me on this __3rd__ day of _Nov_
20_21_. By ████████████
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Loretta Agnes Hernandez_
(Signature of Notary)

LORETTA AGNES HERNANDEZ
COMM. # 2233130
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MARCH 31, 2022

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/18/2020_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: _11-8-2021_

TERESA PURVIANCE
Notary Public, State of Oklahoma
Commission Number 17008502
My Commission Expires Sep 12, 2025

RPLI_03634441

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 3-24-2018 _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: 11/1/21

PLEASE SEE THE
ATTACHMENT
fw 14/1/2021

CONFIDENTIAL

RPLI_03634442

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
County of _Los Angeles_    )

On _November 1, 2021_ before me, _Ramin Mirage / Notary Public_
    *Date*               *Here Insert Name and Title of the Officer*

personally appeared ███████████████████████
                             *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**RAMIN MIRAGE**
**COMM. #2295515**
Notary Public · California
Los Angeles County
My Comm. Expires June 29, 2023

Signature _____
              *Signature of Notary Public*

*Place Notary Seal Above*

───────────────── **OPTIONAL** ─────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _XRP Holder Affidavit_
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5907

CONFIDENTIAL                                         RPLI_03634443

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  07/27/2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: November 2, 2021 _____

# NEVADA NOTARY ACKNOWLEDGEMENT
# (INDIVIDUAL)

State of Nevada }

County of ___Clark_____ }

This instrument was acknowledged before me on ____November 2, 2021____ [date] by _____

_____███████████_____ [name(s) of person(s)].

(Seal)

_____
Signature of notarial officer
Notary Public

_____
Title (and Rank)

YAHUEI HSU
NOTARY PUBLIC
STATE OF NEVADA
Acpt. No. 20-3554-01
Expires June 19, 2024

This act was done by means of audio/video communication.

RPLI_03634445

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/23/2017__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: __05/23/22__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ████████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____8/27/2020_____
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _11/2/2021_

RPLI_03634447

Acknowledgement

State of Michigan

County of _____ WAYNE _____

On _____ November 2 _____, 20 21 before me, the undersigned notary public, personally appeared ████████████████

_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

Signature _____

Printed name _____ Dontell Cokley _____

Notary Public, State of Michigan,
Commissioned in County of _____ Wayne _____
My commission expires _____ MAY 22, 2027 _____
Acting in County of _____ Wayne _____

DONTELL COKLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES May 22, 2027
ACTING IN COUNTY OF
WAYNE

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.

   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/27/2020_

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date: _12/2/2021_

State of California, County of _Santa Cruz_
Subscribed and sworn to (or affirmed) before me
on this _02nd_ day of _Dec_, 20 _21_,
By ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
proved me on the basis of satisfactory evidence
to be the person(s) who appeared before me

Signature: _Namita K. Devi_

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

NAMITA KUMARI DEVI
Commission # 2246558
Notary Public - California
Santa Clara County
My Comm. Exp. JUN. 18, 2022

CONFIDENTIAL

RPLI_03634449

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __SEPT / 2017__ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __Oct 31 / 2021__

RPLI_03634450

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/15/2017_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮   Date: _11/3/2020_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **11/27/2020**.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇    Date: **11/2/2021**

RPLI_03634452

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___11/07/19_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11/01/21____

CONFIDENTIAL

RPLI_03634453

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████████
    **[street name, city, state, ZIP code, country]** ██████████

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____ 2017 _____
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: __5/26/22__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/31/2021_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████     Date: _Nov 2/2021_

CONFIDENTIAL                                                            RPLI_03634455

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▉▉▉▉▉▉▉▉▉▉▉ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _8 / 5 / 2020_.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▉▉▉▉▉▉▉▉▉▉ Date: _11 / 7 / 21_

RPLI_03634456

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 02/22/2021 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing, and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████   Date 29 Nov 2021

CONFIDENTIAL

RPLI_03634457

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/06/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████          Date: _20/11/2021_____

CONFIDENTIAL                                                          RPLI_03634458

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04 · 19 · 2020___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: __11 · 03 · 21__

CONFIDENTIAL

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**     CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )
County of ___Orange_____            )

On _Nov 3 rd, 2021_____ before me, _Karina Citlali Octamendez_____,
     *Date*                                                 *Here Insert Name and Title of the Officer*

personally appeared [REDACTED]

                                       *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> KARINA CITLALI OCTAMENDEZ
> Notary Public - California
> Orange County
> Commission # 2357301
> My Comm. Expires May 12, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

                                  *Signature of Notary Public*

       *Place Notary Seal Above*

━━━━━━━━━━━━━━━━━ OPTIONAL ━━━━━━━━━━━━━━━━━
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _XRP Holder Affidavit 6_ Document Date: _11/3/21_
Number of Pages: ___1___  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___08/02/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: 12/20/21

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH
The foregoing instrument was acknowledged
before me this 2_3_ Dec , 2021
for ████████████ , who is _____
personally known, OR ✗ produced identification.
Type of identification: FL DL # W800-505-30-043-0
_____
Notary Public

HELEN SCOTT
Notary Public - State of Florida
Commission # HH 181260
My Comm. Expires Oct 4, 2025
Bonded through National Notary Assn.

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is █████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on **06/12/2017**.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████     Date: **NOV 17, 2021**

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is █████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at █████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *10/04/2020* .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: █████████████████     Date: *11/04/2021*

RPLI_03634463

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04 / 11 / 2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████     Date: _Nov. 4, 2021_

_Sworn and signed before me in the City of Regina, Province of Saskatchewan this 4th day of November, 2021_

**Yvonne Bloos**
**Mobile Notary Public**
**7318 Rimmer Bay**
**Regina, SK S4X 2X3 CANADA**
**(306) 535-8122**
**yvonnebloos@sasktel.net**
**www.yvonnebloos.com**

YVONNE BLOOS
Notary Public
SASKATCHEWAN

MY TERM EXPIRES ON
MAY 31, 2022

CONFIDENTIAL

RPLI_03634464

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ████████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ████████████████████████████
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___05 / 27 / 2019___ .
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████ _____    Date: 11 / 06 / 2021

> Please see attached
> All Purpose
> Acknowledgement form
> for additional
> Notary Events

CONFIDENTIAL

# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___Texas_____ }

COUNTY OF ___Harris_____ }

On __11/06/2021_____ before me, __Ana Laura Salazar Uribe_____, on this day
    Date                                 (Notary Public)

personally appeared by means of an interactive two-way audio and video communication

█████████████ _____

_____, who has
provided satisfactory evidence of identity in accordance with Chapter 406, Texas Government
Code to be the person whose name is subscribed to the foregoing instrument and acknowledged
to me that they executed the same for the purposes and consideration therein expressed. This
notarial act was an online notarization.

WITNESS my hand and official seal.

ANA LAURA SALAZAR URIBE
ELECTRONIC NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID: 131757036
COMISSION EXP: OCT 11, 2022

Signature: _____           (Seal)

_____ OPTIONAL _____

Description of Attached Document

Title or Type of Document: __affidavit.pdf_____ Number of Pages: _3____

Document Date: __11/06/2021_____ Other: _____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/12/2017___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___03/11/2021___

Nov 04 21, 06.22p       Tithe & Taxes                    18552045020              p.9

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████████ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ███████████████████████████████████████.
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _03/30/2019_
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████       Date: 11/03/2021

OFFICIAL SEAL
Rodney Armijo
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires 5/1/2025

CONFIDENTIAL                                                                      RPLI_03634468

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 4-15-2020.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████     Date: 11-9-2021

Apurva Patel
My Commission Expires
03/07/2025
ID No. 131033718

RPLI_03634469

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/18/2019___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____  Date: _11-4-21_

Notary Public _____

[Notary seal: JARROD ALLEN ORR, NOTARY PUBLIC, STATE AT LARGE, KY, ID NO 588104, MY COMMISSION EXPIRES ...]

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,"), its executives, or affiliates.

4. I acquired XRP for the first time on  11/15/2017  .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date:  11/9/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___5/6/2019___ .
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ▮▮▮▮▮▮▮▮▮▮▮▮        Date: 11/3/21

AMANDA MACDONALD 11/3/2021
NOTARY PUBLIC, VAN BUREN COUNTY, MI
ACTING IN Van Buren COUNTY
MY COMMISSION EXPIRES June 3, 2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/08/2021_ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _4 Nov 2021_

CONFIDENTIAL

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**    GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of San Mateo

Subscribed and sworn to (or affirmed) before me

on this 4 day of November, 2021
by            *Date*         *Month*        *Year*

(1) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(and 2) _____ ),
                    *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DOUGLAS J. WINTER
Notary Public - California
San Mateo County
Commission # 2260193
My Comm. Expires Sep 28, 2022

Signature _____

*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

---
**OPTIONAL**
---

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit (xRP collateral/staking category 6)

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

CONFIDENTIAL                                    RPLI_03634474

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 06/01/20 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                    Date: 11-10-21

                                    RPLI_03634475

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on 11/10/21 (Date) by ████████████ (Name of Person Making Statement).

(Seal)

Signature of Notary Public

Notary Public, 9206607
Title or Rank

My Commission Expires: 11-16-24

5 pages / Affidavits

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

CONFIDENTIAL

RPLI_03634476

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/24/20_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                                      Date: _5/24/22_

24th day of May, 2022
Marissa L. Hanson
Marissa Hanson
Dane County
State of Wisconsin

MARISSA L. HANSON
NOTARY
PUBLIC
STATE OF WISCONSIN

CONFIDENTIAL                                      RPLI_03634477

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __08/03/2020__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████████   Date: __11-16-2021__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is [REDACTED] and I am 18 years of age or older.
   [full legal name]

2. I reside at [REDACTED]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/22/2019
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant [REDACTED]       Date: 11/05/2021

11/5/2021

## FLORIDA SHORT-FORM ATTORNEY IN FACT ACKNOWLEDGMENT
F.S. 695.25 — Effective January 1, 2020

State of Florida

County of _Dade_

The foregoing instrument was acknowledged before me by means of

☒ Physical Presence, — OR —

☐ Online Notarization,

this _5th of November 2021_ by
_____ Date

████████████████████████

_____ Name of Attorney in Fact

as attorney in fact, who

☒ is personally known to me — OR —

☐ has produced _____
_____ Type of Identification

as identification, on behalf of

████████████████████████

_____ Name of Principal

_____
Signature of Notary Public

_____
Name of Notary Typed, Printed or Stamped

Notary Public — State of Florida

Commission No. _GG 976079_

NERLIN GUERRERO RODRIGUEZ
Notary Public - State of Florida
Commission # GG 976079
My Comm. Expires Apr 3, 2024
Bonded through National Notary Assn.

Place Notary Seal and/or Stamp Above

---

### OPTIONAL

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

CONFIDENTIAL

RPLI_03634480

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___June, 26, 2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___Dec 15, 2021___

RPLI_03634481

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 04/25/2020 _____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████     Date: 11-10-21

CONFIDENTIAL

# ILLINOIS NOTARIAL CERTIFICATE
## (VERIFICATION UPON OATH OR AFFIRMATION)

State of Illinois
County of Winnebago

Signed and sworn (or affirmed) to before me on ___11/10/21___ (Date) by
_____ (Name of Person Making Statement).

~~signature~~

(Seal)

Signature of Notary Public

Notary Public, 920607
Title or Rank

My Commission Expires: 11-16-24

5 pages / Affidants

ABIGAIL BOLSTER
OFFICIAL SEAL
Notary Public - State Of Illinois
My Commission Expires
November 16, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____ ███████████████████ _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/29/2017 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████          Date: 11-3-2021

CONFIDENTIAL

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County Of   *Solano*

Subscribed and sworn to (or affirmed) before me on this *3* day of *NOVEMBER* 2021,

by ████████████████████████

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC

NANCY SHOEMAKER
Notary Public - California
Solano County
Commission # 2362361
My Comm. Expires Jan 17, 2025

Affidavit – Uninsured Deed

CONFIDENTIAL

RPLI_03634485

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/03/2020___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____ Date: __11/9/2021__

Notary Public,
State of South Carolina
County of _Greenville_
Commission Expires: _9.10.29_

PENNY PHILLIPS
NOTARY
My Comm. Expires
SEPT. 10, 2029
PUBLIC
SOUTH CAROLINA

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/06/2021 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████      Date: 18/11/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/22/2019___ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _Nov. 2, 2021_

State of _Colorado_ County of _Arapahoe_
Subscribed and sworn before me on _11/2/2021_
_____ {Date}
(Notary Signature)

BRIAN VICKER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174028627
MY COMMISSION EXPIRES JUNE 23, 2025

RPLI_03634488

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/15/2019_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _04 Nov 2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___10/17/2017___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).


Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮    Date: ___11/3/21___


VICKI WARRIOR
NOTARY PUBLIC - State of Kansas
My Appt. Exp. 3/3/2025

RPLI_03634490

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.

   [full legal name]

2. I reside at _____

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _4/13/2020_  *Ref ⅃725378*

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit. *CC*

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies). *CC*

Signature of Affiant: _____          Date: _5/3/2022_

CONFIDENTIAL

RPLI_03634491

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___9/13/20___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___12/1/21___

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear: ▮▮

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple."), its executives, or affiliates.

4. I acquired XRP for the first time on  08/18/2019  .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮         Date: 11/03/2021

RONNISHA DEVERN MUNGIN
Notary Public - State of Florida
Commission # GG 278924
My Comm. Expires Mar 15, 2023
Bonded through National Notary Assn

Ronnisha R. Mungin

CONFIDENTIAL

RPLI_03634493

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____08/06/2020____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮   Date: __05/25/22__

State of <u>New York</u>
County of <u>Nassau</u>

This Affidavit was acknowledged before me on this 25th day of MAY , 2022 by ▮▮▮▮▮▮

_Margaret A. Musa_
Signature of Notary Public
My Commission Expires:_____

MARGARET A. MUSA
Notary Public - State of New York
No. 01MU6238159
Qualified In Nassau County
My Comm. Expires April 4, 2023

CONFIDENTIAL

RPLI_03634494

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ feb 12 2021 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date: _____ november 1 2021 _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11.11.2017_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: _____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   {full legal name}

2. I reside at ████████████████████████████████████
   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01 / 12 / 2018
   {mm/dd/yyyy}

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant:                          Date:  11 / 08 / 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ████████████████████.
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ___03/23/2021___.
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant ████████████  Date: 11-8-2021

11-16-2021

JAMI M KING
Notary Public
State of Washington
Commission # 183971
My Comm. Expires Apr 8, 2024

CONFIDENTIAL

*Attachment to*
*XRP Holder Affidavit*
*pg. 1-2*

# WASHINGTON NOTARY ACKNOWLEDGMENT

State of Washington

County of ‾Snohomish‾

I certify that I know or have satisfactory evidence that ███████████ ne of

person) is the person who appeared before me, and said person acknowledged

that (he/she) signed this instrument and acknowledged it to be (his/her) free and

voluntary act for the uses and purposes mentioned in the instrument.

Dated: ‾11-16-2021‾

(Seal or Stamp)

JAMI M KING
Notary Public
State of Washington
Commission # 183971
My Comm. Expires Apr 8, 2024

‾Jami M. K‾
Signature

‾Notary Public‾
Title

My Appointment Expires: ‾04-08-2024‾

CONFIDENTIAL

RPLI_03634499

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▐▐▐▐▐▐▐▐▐▐▐ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐▐
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/16/2020___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▐▐▐▐▐▐▐▐▐▐     Date: __1/10/2022__

State of MISSOURI     County of JACKSON
On this 10th day of JANUARY , 20 22
before me the undersigned notary public personally appeared
personally known or proved to me through satisfactory evidence of
identification to be the person(s) whose name(s) is/are signed on the
preceeding or attached document and acknowledged to me that
he/she/they signed it voluntarily for its stated purpose.

_Akeela B___
Signature of Notary Public
My Commission Expires 10/13/25

AKEELA BROWN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 13, 2025
JACKSON COUNTY
COMMISSION #21123439

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 1/12/2018 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮    Date: 7/12/2021

RPLI_03634501

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  24 / 07 / 2017 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████          Date:  26 / 05 / 2022

CONFIDENTIAL

RPLI_03634502

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/01/2018___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: 5/24/2022

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____12/21/2017_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: ____11/01/2021____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11/06/2018__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████         Date: __11/4/21__

CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/15/2017___ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.c., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ⬛⬛⬛⬛⬛⬛        Date: __11/8/2021__

See Attached Notary Certificate D.C

CONFIDENTIAL

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ San Bernardino _____ )

On _November 8, 2021_____ before me, _Derick Daniel Camorlinga, Notary Public_
(insert name and title of the officer)

personally appeared _____ █████████████████ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DERICK DANIEL CAMORLINGA
COMM...2325121
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Term Exp. March 20, 2024

Signature _____ (Seal)

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   _____ **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/22/2017_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: ____11/02/2021_____

CONFIDENTIAL

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   {full legal name}

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/01/2021___.
   {mm/dd/yyyy}

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my
   ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate
   a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Forum, and/or
      other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn
      interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▓▓▓▓▓▓▓▓    Date: 05/11/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/28/2020 _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____ Date: 11/1/2021

CONFIDENTIAL

RPLI_03634510