# EXHIBIT 51

# Exhibit 167
# (Part 26 of 26)

CONFIDENTIAL

RPLI_03634511

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____2/11/2021_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████  Date: 11/4/2021

CONFIDENTIAL

RPLI_03634512

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 5/3/2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: 11/1/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ████████████████████████████████████████

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04_/_13_/_2021_

   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████     Date: 2 NOV 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____02/09/2021_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _____02/11/21_____

I certify that this document is
a true copy of the original
Signed:.......................
Date: .........4/3/2022

**JR Accounts**

Chartered Certified Accountants & Registered Auditors
164 - 166 High Road, Ilford, Essex, IG1 1LL
Tel: 02089118899 Fax: 02089118917

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is [BLACK BAR] and I am 18 years of age or older.
   [full legal name]

2. I reside at [BLACK BAR]
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _12/06/2020_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: [BLACK BAR]        Date: _29 NOV 21_

CONFIDENTIAL          RPLI_03634516

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates

4. I acquired XRP for the first time on ___ 05/08/2021 ___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e. Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: ___ 11/09/21 ___

RPLI_03634517

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____05/07/2018____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: __11/3/2021__

CONFIDENTIAL

RPLI_03634518

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *09 / 04 / 2019*.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: _*11-29-2021*_

Elizabeth Danielle Whitlock
State At Large, Kentucky
Notary Public
Commission No. KYNP11171
My Commission Expires 07/24/2024

*Elizabeth Whitlock*

*My Commission Expires  07/24/2024*

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02/01/2018_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████      Date: _11/1/2021_

CAROL FRASER
Notary Public State of Nevada
No. 06-109893-1
My Appt. Exp. December 6, 2022

State Of Nevada
County Of Clark

Cank frasn    11/01/21
No hary

RPLI_03634520

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
    **[full legal name]**

2.  I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    **[street name, city, state, ZIP code, country]**

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on  08/23/2017  .
    **[mm/dd/yyyy]**

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇▇   Date: 11/03/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/03/2020_____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____  Date: __11/5/21__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _July 15, 2018_.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████ Date: _11/4/2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11 /16 /2021__
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮▮▮▮▮    Date: _11 /16 /2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at █████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___04 / 01 / 2021___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: ___Nov 1, 2021___

*Scanned by TapScanner*

CONFIDENTIAL

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is █████████, and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on July 11, 2019.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):
   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████     Date: _11-11-21_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 8 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Im unsure_ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓▓▓   Date: _1-11-21_



CONFIDENTIAL

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08 / 28 / 2020_ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: _11-3-21_

_Cameron Culpepper_
DATE: 11-3-2021
COUNTY: DONA ANA
NEW MEXICO



Official Seal
CAMERON CULPEPPER
Notary Public
State of New Mexico
My Comm. Expires 1-24-22

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *October 12 2020*.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: *3 Nov. 2021*

CONFIDENTIAL


# first community
### c r e d i t   u n i o n

## Certificate of Acknowledgement
(Notary Attachment)

State of Oregon )

County of Josephine County ▾ )

On Nov. 3rd , 20 21 before me, Kassie Hertler , Notary Public

Notary's Name

in and for said county, personally appeared ████████████████ ,

Signer/Witness

_____ , and _____

Signer/Witness                                Signer/ Witness

who has/have satisfactorily identified him/her/themselves as the signer(s) or witness(es) to the above referenced document.

Kassie Dianne Hertler   11-3-21

Notary Signature                                Date

OFFICIAL STAMP
KASSIE DIANNE HERTLER
NOTARY PUBLIC-OREGON
COMMISSION NO. 1013852
MY COMMISSION EXPIRES JUNE 27, 2025

RPLI_03634530

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on June 15TH 2019.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████     Date: December 1TH 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___05/28/2019___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: __11-2-21__

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████ ████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __03/06/20__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████ Date: __11/5/21__

CONFIDENTIAL

RPLI_03634533

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**    GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1-7 below)
☐ See Statement Below (Lines 1-7 to be completed only by document signer[s], *not* Notary)

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

_____    _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Mateo

CARLOS GARCIA
Notary Public - California
San Mateo County
Commission # 2375381
My Comm. Expires Oct 15, 2025

Subscribed and sworn to (or affirmed) before me

on this __5__ day of ___November___, 2021, by

(1) ███████████████████████████

( and (2) _____ ),
                Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                Signature of Notary Public

Seal
Place Notary Seal Above

- - - - - - - - - - - - - - - - - - - - - - - OPTIONAL - - - - - - - - - - - - - - - - - - - - - - -

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: XRP Holder Affidavit (XRP Collateral/staking - Category 6)

CONFIDENTIAL

RPLI_03634534

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/31/2021___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮     Date: __05/25/2022__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __01__/__30__/__2021__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/8/2021__

Notary Public    11-8-21
Cameron Cook

NOTARY PUBLIC OFFICIAL SEAL
CAMERON COOK
State of West Virginia
My Commission Expires January 19, 2026
47 Washington Ave, Wheeling, WV 25428-0704

RPLI_03634536

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/28/2019 _____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affia████████████████    Date: 11-2-21

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___06/21/2021___
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ██████████████████     Date: _11/4/2021_

*Mark 11/4/2021*
*JP 103439 NSW.*

CONFIDENTIAL

RPLI_03634538

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____08/21/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: ___11/02/2021___

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _02-05-2018_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████████     Date: _05-05-2022_

RPLI_03634540

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/28/2020_____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).


Signature of Affiant: _____     Date: _____

CONFIDENTIAL

RPLI_03634541

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,,), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/19/2017___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████        Date: 12/6/2021

Sworn to and subscribed before me this
6th day of December 20 21.

By ███████████████

Notary Public/Dallas County, Texas

ALEXSIS GONZALEZ
My Notary ID # 131902468
Expires February 21, 2023

RPLI_03634542

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___5th May 2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: ___1st Nov 2021___

RPLI_03634543

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 07/12/2019 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: 11/01/2021 _____

RPLI_03634544

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _01/06/2018_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████    Date: _11-05-2021_

CONFIDENTIAL

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas

County of _Harris_

Before me,

_Bernice Castañeda, Notary Public_
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*
on this day personally appeared

██████████████████████

*Name of Signer*

☐ known to me
☐ proved to me on the oath of

_____
*Name of Credible Witness*

☒ proved to me through _____
_TX Driver License_
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_5th_ day of _November_ _2021_
*Day*        *Month*        *Year*

_____
*Signature of Notarizing Officer*

BERNICE CASTANEDA
Notary ID #128682488
My Commission Expires
March 27, 2023

*Place Notary Seal and/or Stamp Above*

---- OPTIONAL ----

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit (Category 6)_

Document Date: _11/5/2021_        Number of Pages: _1_

Signer(s) Other Than Named Above: _None._

©2020 National Notary Association

M1304-16 (11/20)

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at ████████████████████████████████

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on <u>10 - August 2018</u>

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: 3/11/2021

Signed Before me
Barbara Brown @ 39 High Street
3rd November 2021.                    Littlehampton
                                     BN17 5EG

BARBARA A. BROWN
Solicitor
39a High Street
Littlehampton BN17 5EG

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/01/2021_.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████    Date: _03/10/2022_

CONFIDENTIAL

RPLI_03634548

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *12-25-2020*
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████   Date: *11-12-21*

JOHN P. WHOOLEY
Notary Public, Commonwealth of Massachusetts
My Commission Expires February 10, 2028

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  01/18/2017                .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant                                    Date:  2022/05/26

CONFIDENTIAL                                    RPLI_03634550

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is _____ and I am 18 years of age or older.
    [full legal name]

2.  I reside at _____
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on _____2019_____.
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: 10th November 2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____06/20/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Date: 5/8/22

CONFIDENTIAL

RPLI_03634552

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 04/10/2021 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████    Date: 11/3/21

State of MN    County of ████████
On this ___ day of November 20___
personally appeared before me ████████ ved to me through
satisfactory evidence of identification, which were _____
to be the person whose name is signed on the preceding or
attached document in my presence.

_____ Notary Public
My Commission Expires 05/18/2023

RPLI_03634553

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/30/2019___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11/5/2021_

SUBSCRIBED AND SWORN TO BEFORE ME ON
THIS __5__ DAY OF __NOV__, 20_21_

_____
NOTARY PUBLIC

Wendell Allen
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AL6436319
Qualified in Nassau County
Commission Expires 04/13/2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/17/2019___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Aff███████████          Date: ___11/2/2021___

CONFIDENTIAL                                                    RPLI_03634555

**VERIFICATION ON OATH OR AFFIRMATION WITH AFFIANT STATEMENT**

State of _Michigan_ }
County of _____ } ss.

☑ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

_Signature of Document Signer No. 1_          _Signature of Document Signer No. 2 (if any)_

Subscribed and sworn to (or affirmed) before me

this _2nd_ day of _November_ _2021_ by

_Name of Signer No. 1_

JANET CASTELLANO
Notary Public – State of Michigan
County of Ottawa
My Commission Expires Mar 10, 2023
Acting in the County of _Kent_

_Name of Signer No. 2 (if any)_

_Signature of Notary Public_

_Place Notary Seal/Stamp Above_          _Any Other Required Information_
_(Residence, Expiration Date, etc.)_

---

**OPTIONAL**

_Completing this information can deter alteration of the document or_
_fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit_

Document Date: _11/02/2021_          Number of Pages: _1_

Signer(s) Other Than Named Above: _no other signers_

---

©2020 National Notary Association

M2010-02 (09/2021)

Used for states (DE, GA, IA, IL, KS, MD, MI, MN, MT, NC, ND, NH, OK, OR, WA, WV, WI)

RPLI_03634556

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _20 - 08 - 2020_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____  Date _15 - 11 - 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████ _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _October 13th 2017_
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████     Date: _November 2021_

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __**10/24/2019**__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____  Date: __**05/24/2022**__

RPLI_03634559

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __07/26/2017__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Aff[██████████]       Date: 11/03/2021

██████████████████
Notary

NOTARY PUBLIC OFFICIAL SEAL
DEBRA K COLANERO
State of West Virginia
My Commission Expires
July 29, 2022
1528 Fetty Avenue, Fairmont, WV 26554

RPLI_03634560

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _[REDACTED]_ and I am 18 years of age or older.
   [full legal name]

2. I reside at _[REDACTED]_
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Feb/Mar 2018_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   ☒ I utilize my XRP as collateral to obtain financing; and/or
   ☒ I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _[REDACTED]_          Date: _11-5-2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████ _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _1 / 6 / 2018_____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████ _____      Date: _12/10/21_____

MIRELLA CALCAGNI
Notary Public, State of Rhode Island
My Commission Expires Feb. 27, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1.  My name is ███████████████ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ██████████████████████████████████
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,), its executives, or affiliates.

4.  I acquired XRP for the first time on ___02 / 13 / 2019___
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████        Date: 11/11/21

CONFIDENTIAL

RPLI_03634563

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/09/2019___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: __11/1/2021__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *Nov 6th 2020*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████     Date: *Nov 2nd, 2021*

*Lorena M. Thurman*
Notary

RPLI_03634565

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/2017 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ██████████████████          Date: 11/13/21

State of Michigan
County of Oakland
Subscribed and sworn to (or affirmed) before me
this 13 day of Nov 2021
by ██████████████████
Signature of Notary Public

HANAN Y KATAA
Notary Public - State of Michigan
Oakland County
My Commission Expires Jan 16, 2023
Acting in the County of Oakland

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 02/02/2019 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▆▆▆▆▆▆▆ Date: 11-02-2021

Country of Canada
Province of Quebec

The foregoing instrument was acknowledged before me by means of physical presence this 2nd day of November 2021 by Robert Célinas who have produced Driver's Licences as identification.

Notary Public

Printed name: Philippe GOUGEON, notary

My Commission Expires: NOT APPLICABLE

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____11/14/2013____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ███████████████      Date: ____11/05/2021____

RPLI_03634568

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  05/16/2018
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████  Date: 05/11/2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▓▓▓▓▓▓▓▓▓▓▓▓ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _MAY 3rd 2016_ .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▓▓▓▓▓▓▓▓▓▓▓   Date: _01/NOVEMBER/2021_

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ██████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/4/19 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████     Date: 11/9/21

Signed before me on this 9th day of November 2021,

My Seal expires:

SUBSCRIBED AND AFFIRMED, OR
SWORN TO BEFORE ME IN THE COUNTY
OF DOUGLAS, STATE OF COLORADO.
THIS 9th DAY OF NOV 2021
_____
NOTARY PUBLIC, STATE OF COLORADO

ELYSE FINCHEM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204006546
MY COMMISSION EXPIRES 02/14/2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___Jun 15 2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _H. 10. 2021_

Sworn and signed before me
Date: _11-10-2021_
Signed: _Blind Kahn_
Jefferson Co WI Notary Pblc
Commission Exp: _2-5-2024_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 01/01/2020 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: 11/04/2021

CONFIDENTIAL

RPLI_03634573

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __11-24-2020 on Coinbase__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __12-01-2021__

CONFIDENTIAL

First Citizens Bank  4/21/2022 3:46:44 PM  PAGE  8/008  Fax Server

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  *03-10-2020*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant: ████████████████     Date: *04-20-2022*

CONFIDENTIAL

RPLI_03634575

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____████████████_____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____████████████_____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple,"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/25/2017_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████     Date: 11/8/21

City/County of Fairfax
Commonwealth of Virginia
The foregoing instrument was acknowledged
before me this ____ day of _____ 21
by ████████████

Notary Public
Commission Exp. _____ Notary Registration #_____

Zardar Olzem Babaev
Commonwealth of Virginia
Notary Public
Commission No. 7821800
My Commission Expires 4/30/2026

RPLI_03634576

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _07-19-2019_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ████████████████     Date: _11-8-2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/03/2017 _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date: ___11/17/21___

RPLI_03634578

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   <br>[full legal name]

2. I reside at ████████████████████████
   <br>[street name, city, state, ZIP code, country]
   <br>(mailing: PO BOX 81 Government Camp, OR, 97028)

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___09/08/2020___.
   <br>[mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: /█████████████          Date: _11/05/21_

Notary Signature  *Taryn Renee Dinucci*



OFFICIAL STAMP
**TARYN RENEE DINUCCI**
NOTARY PUBLIC - OREGON
COMMISSION NO. 993172
MY COMMISSION EXPIRES NOVEMBER 19, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  06 · 11 · 2021 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇▇    Date: 02 · 11 · 2021

RPLI_03634580

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03/10/2021_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _11/02/2021_____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/16/2017___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____  Date: ___11/1/2021___

CONFIDENTIAL

RPLI_03634582

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02/29/2020__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮        Date: 11-03-2021

Notary: Caryn K Rodman
Commission Expires: 10/21/2022

Notary Seal: CARYN K. RODMAN / NOTARY PUBLIC / STATE OF WISCONSIN

CONFIDENTIAL

## <u>XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)</u>

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on /before 05/06/2018 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: 12/25/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/19/2020_____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _11/8/21_

Commonwealth of Pennsylvania - Notary Seal
PETER D TONER III - Notary Public
Bucks County
My Commission Expires December 7, 2024
Commission Number 1352130

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   {full legal name}

2. I reside at ████████████████████████████████
   {street name, city, state, ZIP code, country}

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ Dec 04 2020
   {mm/dd/yyyy}

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: Jan 08 2022

RPLI_03634586

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older
{full legal name}

2. I reside at ████████████████████████████████████████
[street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ~~01/01/2020~~ 12/01/2021
[mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████  Date: 9/11/21

CONFIDENTIAL

RPLI_03634587

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____April 12, 2019____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: ____November 5, 2021____

Signed and sworn to (or affirmed) before me on 11/05/2021 by Sergio Ramirez.

MISTY L. BICE
My Notary ID # 129317728
Expires February 28, 2025

Misty Bice
Signature of Notary
My commission expires: 02/28/2025

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ [full legal name] and I am 18 years of age or older.

2. I reside at ███████████ [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 12/10/2017 [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████   Date: 12/12/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ **12/27/17** _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: _____ **11/1/21** _____

### XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/31/2019 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮  Date: 11/5/2021

Loose certificate attached

CONFIDENTIAL

**JURAT**

State of ⎰⎱⎰⎱⎰⎱

State of _Nevada_

County of _Clark_ } ss.

Subscribed and sworn to (or affirmed) before me this

___5th___ day of ___November 2021___ by

Date     Month     Year

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Name of Signer No. 1*

*Name of Signer No. 2 (If any)*

*Signature of Notary Public*

*Any Other Required Information
(Residence, Expiration Date, etc.)*

B. CUTLER-CLARK
Notary Public-State of Nevada
APPT. NO. 14-12623-1
My Appt. Expires 01-16-2022

*Place Notary Seal/Stamp Above*

--- **OPTIONAL** ---

*This section is required for notarizations performed in Arizona but is optional in other states.
Completing this information can deter alteration of the document or fraudulent reattachment
of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder certificate - opt. 6_

Document Date: _November 5, 2021_          Number of Pages: ___

Signer(s) Other Than Named Above: _None_

©2019 National Notary Association

CONFIDENTIAL

## **XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___ 08 / 2020 ___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___ 11. 4. 21 ___

RPLI_03634593

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▬▬▬▬▬▬▬▬▬▬▬▬▬ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *APPROXIMATELY SUMMER 2018*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▬▬▬▬▬▬▬▬▬     Date: *2 NOVEMBER 2021*

State of *Nebraska*
County of *Sarpy*
The foregoing instrument was acknowledged before me
this *2nd* day of *November 2021*
By ▬▬▬▬▬▬▬▬
Personally known _____ OR produced identification *X*
Type identification produced *TX DL*

_____
Notary Public

GENERAL NOTARY - State of Nebraska
MICHAEL SMITH
My Comm. Exp. July 30, 2025

RPLI_03634594

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____09/08/2020_____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████    Date: 11/16/21

CONFIDENTIAL

**CALIFORNIA JURAT**

GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on

this _6th_ day of _November_, 20 _21_, by

Date   Month   Year

(1) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(and (2) _____ ),

Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Angeli M. Tan_

Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

---

## OPTIONAL

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP HOLDER AFFIDAVIT_

Document Date: _Nov 6, 2021_          Number of Pages: _One_

Signer(s) Other Than Named Above: _N/A_

©2019 National Notary Association

CONFIDENTIAL

RPLI_03634596

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Dec 19, 2017_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _Nov 16, 2021_

_Nov 16, 2021_

SHANNON MONAHAN
Notary Public - State of New Jersey
My Commission Expires Jun 21, 2026

RPLI_03634597

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on  07/09/2019 _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▆▆▆▆▆▆▆▆         Date: 11/8/21

Notarized 11/8/2021

*[notary signature]*

Allison Braet
Notary Public, State of New York
No. 01BR6120366
Qualified in Suffolk County
Commission Expires 12/20/2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 05/12/2020 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: November 3, 2021

NOTARY CERTIFICATE
ON NEXT PAGE

CONFIDENTIAL

## HAWAI'I ALL-PURPOSE ACKNOWLEDGMENT

STATE OF HAWAI'I

CITY AND COUNTY OF HONOLULU } SS.

On this 3rd day of _Nov_ , 20_21_ , A.D.,
         Date      Month      Year
before me personally appeared

(I) ████████████████████████████
                              Name of Signer

and

(II)_____.
                       Name of Signer

to me personally known, who, being by me duly sworn or
affirmed, did say that such person(s) executed the foregoing
instrument as the free act and deed of such person(s), and if
applicable in the capacity shown, having been duly
authorized to execute such instrument in such capacity.

_[signature]_          11/03/2021
Notary's Signature                 Date

CHITA CALBERO
Notary's Printed Name
My commission expires: JUNE 18. 2022

*[Notary seal: CHITA CALBERO / NOTARY PUBLIC / Comm. No. 97-488 / STATE OF HAWAII]*

Document Description: _XRP HOLDER_
_AFFIDAVIT (XRP COLLATERAL/_
_STAKING — CATEGORY 6)_
Document Date: _11/03/2021_ No. Pages: _1_
Notary Public, State of Hawai'i, First Circuit

_[signature]_        11/03/2021
Notary's Signature             Date
CHITA CALBERO
Notary's Printed Name
My commission expires: JUNE 18. 2022

*[Notary seal: CHITA CALBERO / NOTARY PUBLIC / Comm. No. 97-488 / STATE OF HAWAII]*

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 5)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _11_/_11_/_2020_
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. ~~I utilize my XRP as collateral to obtain financing; and/or~~
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date _6_/_11_/_2020_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___??/02/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: _____

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on *05/13/2013*
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████████     Date: *23 Nov 2021*

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/30/2018 .
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____    Date: 11-10-2021

Mariah Qualls
11-10-2021

RPLI_03634604

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____12/29/2017_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date: ____11/02/2021____

RPLI_03634605

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of ___FLORIDA___ )

☐ City ☑ County of ___Miami Dade___ )

On ___11/02/2021___ before me, ___Kevyne Ogadah___,
  Date                                          Notary Name

personally appeared ___█████████___
                              Name(s) of Signer(s)

☐ personally known to me -- OR --

☐ proved to me on the basis of the oath of _____ -- OR --
                                              Name of Credible Witness

☑ proved to me on the basis of satisfactory evidence: ___driver_license___
                                                          Type of ID Presented

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal. _Kevyne Ogadah_

Notary Public Signature: _____ Kevyne Ogadah

KEVYNE OGADAH
Notary Public · State of Florida
Commission # HH97834
Expires on February 25, 2025

Notary Name: ___Kevyne Ogadah___

Notary Commission Number: ___HH97834___

Notary Commission Expires: ___02/25/2025___

*Notarized online using audio-video communication*

Type of Identification produced by Mr. Steven Jay Borne is a State of Colorado Driver's License.

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: ___Stakeholding Affidavit___

Document Date: ___11/02/2021___     Number of Pages (w/ certificate): ___2___

Signer(s) Other Than Named Above: ___N/A___

| Capacity(ies) Claimed by Signer(s) | Capacity(ies) Claimed by Signer(s) |
|---|---|
| Signer's Name: ███████ | Signer's Name: ___N/A___ |

| | | | | |
|---|---|---|---|---|
| ☐ Corporate Officer Title: _____ | | ☐ Corporate Officer Title: _____ | |
| ☐ Partner – ☐ Limited ☐ General | | ☐ Partner – ☐ Limited ☐ General | |
| ☑ Individual ☐ Attorney in Fact | | ☐ Individual ☐ Attorney in Fact | |
| ☐ Trustee ☐ Guardian of Conservator | | ☐ Trustee ☐ Guardian of Conservator | |
| ☐ Other: _____ | | ☐ Other: _____ | |

Signer Is Representing: ___Self___          Signer Is Representing: ___N/A___

( 2 )

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *06/25/2019* _____
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: *11/6/21*

**CALIFORNIA JURAT CERTIFICATE**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Riverside

Subscribed and sworn to (or affirmed) before me on this 6th day of November 20 21,

by_____
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public Signature          Notary Seal

SOPHIA FORBUS
Notary Public - California
Riverside County
Commission # 2301444
My Comm. Expires Aug 15, 2023

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _05/03/21_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▆▆▆▆▆▆▆▆     Date: _Nov 19 2021_

RPLI_03634608

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ███████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 09/21/2018 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: 11-1-21

RPLI_03634609

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ███████ _____ and I am 18 years of age or older.
    **[full legal name]**

2. I reside at ███████████████████████████████████ .
    **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___5/18/2020_____ .
    **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

    a. I utilize my XRP as collateral to obtain financing; and/or
    b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ___███████████_____     Date: ___Nov 02 2021 11:48 PDT_____



# Certificate of Completion

## Summary

**Document ID :** ███████████████████████

**Document Name :** CATEGORY 6.pdf

**Sent by :** ████████████████

**Organization :** ██████████

**Sent on :** Nov 2, 2021 11:48 PDT

**Completed on :** Nov 2, 2021 11:48 PDT

**Sign order :** Random

**No. of documents :** 1

**Signers :** 1

**Receives a copy :** 0

**Approvers :** 0

## Recipients

████████████████████

**Emailed on :** –

**Viewed on :** –

**Signed on :** Nov 2, 2021 11:48 PDT

Signature

████████████████

**Accessed from :** ████████

**Device used :** Web

**Authentication type :** None

RPLI_03634611

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ██████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ *2016* _____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _NOVEMBER 5, 2021_

Affidavit # 4,516
Signed and sworn before me, Jorge Molina Mencia, Public Notary, by
████████████████ of the personal circumstances before mentioned
and whom I give faith of knowing personally. In San Juan, Puerto
Rico, on November 5, 2021.





CONFIDENTIAL

RPLI_03634612

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 8)

Under oath, I solemnly swear:

1. My name is ███████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____06 27 2019_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████     Date: _11 03 2021_

On this __2nd__ day of __November__, 20_21_, before me, the undersigned notary public, personally appeared _____ proved to me through satisfactory evidence of identification, which were __MA-DL__ to be the person whose name is signed on the preceding or attached document and swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

Upasana Nyaupane



CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___07/01/2019___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____      Date: ___12/1/2021___

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 05/03/2017
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████          Date 11/9/2021

11/9/2021
State- NH
County- Strafford.

Joanne M. Murphy
JOANNE M. MURPHY, Notary Public
My Commission Expires September 1, 2026

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___12/05/2017___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/1/2021__

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __02-21-2019__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____  Date: __11-11-2021__

CONFIDENTIAL

RPLI_03634617

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ ██████████ _____ and I am 18 years of age or older.

   **[full legal name]**

2. I reside at _____ ████████████████████████ _____.

   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 12/20/2020 _____.

   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).


Signature of Affiant: _____ ██████████ _____      Date: _____ 12/20/2020 _____

RPLI_03634618

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01 /12 /2018___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████    Date: __11 / 4 / 2021__

CONFIDENTIAL

RPLI_03634619

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 03/26/2021 _____
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: 11/9/2021

*Faith E. Marusich*

FAITH E MARUSICH
Notary Public-State of South Carolina
My Commission Expires
January 27, 2027

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____ .
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____01/01/2021_____ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant _____    Date: 11/3/2021

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _Nov. 23, 2020_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____        Date: _Nov 09, 2021____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 133365
CRYSTAL WILLIAMS
Commission Expires
March 16, 2022
RANKIN COUNTY

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____11/24/2020_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____          Date: _____11/03/2021_____

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ██████████████████████████████████████████,
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _03-06-2020_.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ██████████████████     Date: 1/2/21

RPLI_03634624

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ███████████████████████████████████.
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___02/14/2020___.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Aff███████████████        Date: _11/06/2021_

CONFIDENTIAL

RPLI_03634625

**INDIVIDUAL ACKNOWLEDGMENT**

State ~~or~~ Commonwealth of _Idaho_ }ss

County of _Kootenai_ }

On this the _6_ day of _December_ _2021_, before me

_Brian Davis_, the undersigned Notary Public,

*Name of Notary Public*

personally appeared ███████████████████████

*Name(s) of signer(s)*

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal

```
┌─────────────────────────┐
│     BRIAN DAVIS          │
│   Commission #70111      │
│    Notary Public         │
│    State of Idaho        │
└─────────────────────────┘
```

*Place Notary Seal/Stamp Above*

_B. D._

*Signature of Notary Public*

_Brian Davis  Ex. 6-08-2023_

_Commission # 70111_

*Any Other Required Information*
*(Printed Name of Notary, Expiration Date, etc.)*

---

**OPTIONAL**

*This section is required for notarizations performed in Arizona but is optional in other states.*
*Completing this information can deter alteration of the document or fraudulent reattachment*
*of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _XRP Holder Affidavit_

Document Date: _11-06-2021_        Number of Pages: _4_

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

CONFIDENTIAL

RPLI_03634626

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____ 06 / 01 / 2018 _____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affia ████████████████     Date: 11 / 05 / 2021

*Loose certificate attached*

CONFIDENTIAL

# JURAT

State of _____
County of _____ } ss.

Subscribed and sworn to (or affirmed) before me this

_____ day of _____ _____ by

Date        Month        Year

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

_____
Any Other Required Information
(Residence, Expiration Date, etc.)

B. CUTLER-CLARK
Notary Public-State of Nevada
APPT. NO. 14-12623-1
My Appt. Expires 01-16-2022

*Place Notary Seal/Stamp Above*

---

## OPTIONAL

*This section is required for notarizations performed in Arizona but is optional in other states.*
*Completing this information can deter alteration of the document or fraudulent reattachment*
*of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 11/06/2017 .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).



Signature of Affiant: ███████████_____     Date: 11/02/2021

RPLI_03634629

# IN THE CUSTOMARY COURT OF ANAMBRA STATE OF NIGERIA
# IN THE CUSTOMARY COURT OF AWKA MBAILINOFU DISTRICT
# HOLDEN AT AWKA

## AFFIDAVIT OF FACTS

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

I, ███████████████████████ (male) a resident of ████████████
████████████████████ and a true citizen of the Federal Republic of Nigeria, do hereby make an Oath and state as follows:

1. That I am the deponent in this affidavit.

2. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.("Ripple"), its executives, or affiliates.

3. I acquired XRP for the first time on 23rd September, 2019

4. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

5. I utilize XRP itself in the following ways

    a. I utilize my XRP as collateral to obtain financing; and

    b. I stake (i.e., loan) my XRP on digital trading platforms like Nexo and Bitrue and By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

AND THAT I make this solemn declaration sincerely and conscientiously believing same to be true and correct in accordance with the Oath Acts of 1990.

Sworn to at the Customary Court Registry
Awka this 11th day of November, 2021.

BEFORE ME:

COMMISSIONER FOR OATHS

RPLI_03634630

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___01/04/2021___.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: ___11/9/2021___

CONFIDENTIAL                                                                 RPLI_03634631

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _08/08/2020_.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████████    Date: _11/03/2021_

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 9)

Under oath, I solemnly swear:

1.  My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and I am 18 years of age or older.
    [full legal name]

2.  I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    [street name, city, state, ZIP code, country]

3.  I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4.  I acquired XRP for the first time on ▮▮▮▮▮▮▮▮▮
    [mm/dd/yyyy]

5.  I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6.  I utilize XRP itself in the following way(s):

    a.  I utilize my XRP as collateral to obtain financing; and/or
    b.  I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ▮▮▮▮▮▮▮▮       Date: ▮▮▮ 01/17/2021

RPLI_03634633

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __05.10.2021__.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████     Date: 11.03.2021

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ___03/29/2021___
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ███████████    Date: __04 NOV 2021__

### PLEASE SEE NOTARIZED ATTACHMENT

CONFIDENTIAL

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of** SAN DIEGO _____ s.s.

Subscribed and sworn to (or affirmed) before me on this __4th__ day of __November__

20 21 , by ████████████████ and

_____
Name of Signer (1)

_____, proved to me on the basis of
Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_P. M. Chaganlal_
Signature of Notary Public

PANKAJKUMAR CHAGANLAL - Notary Public
Print other required information (Notary Name, Commission No. etc.)

PANKAJKUMAR CHAGANLAL
COMM. #2359938
Notary Public - California
San Diego County
My Comm. Expires Oct. 23, 2022

Seal

─────────────── OPTIONAL INFORMATION ───────────────

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The certificate is attached to a document titled/for the purpose of

XRP HOLDER AFFIDAVIT (XRP COLLATERAL/
STAKING - CATEGORY 6)

containing __1__ pages, and dated __11/04/2021__

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
☑ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____
Notary contact: _____
Other

☐ Affiant(s) Thumbprint(s)   ☐ Describe: _____

© 2008-2015 Notary Learning Center - All Rights Reserved    You can purchase copies of this form from us and sell with us at www.TheNotarysStore.com

CONFIDENTIAL

RPLI_03634636

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ████████████████ and I am 18 years of age or older.

   [full legal name]

2. I reside at ██████████████████████████.

   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from *Ripple Labs Inc.* ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on ____01 | 2017____.

   [mm/dd/yyyy]

5. *I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.*

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████____    Date: __11 | 29 | 21__

State of: New York
County of: New York
The foregoing document was acknowledged
before me this 29 day of Nov 20 21
by Mohan D Buxani
Mohan D. Buxani, Notary Public

Mohan D. Buxani
Notary Public, State of New York
Registration No. 01BU6266896
Qualified in New York County
Commission Expires August 06, 2024

CONFIDENTIAL

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _2018 year_ .
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████          Date: _11-15-2021_

Notary Public

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   [full legal name]

2. I reside at _____
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _____05/13/2021_____.
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____     Date: __11/1/2021__

CONFIDENTIAL

RPLI_03634639

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ███████████████████████ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at ████████████████████████████████████.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on _06/04/2019_____.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: ████████████████     Date: _November 2, 2021_____

SEE ATTACHED
DOCUMENT

CONFIDENTIAL

RPLI_03634640

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____San Diego_____ )

On _November 02, 2021_ before me, Patsy M. Rosado Martinez Notary Public,
_____
(insert name and title of the officer)

personally appeared ███████████████████████████,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ **(Seal)**

PATSY M. ROSADO MARTINEZ
COMM. #2227886
Notary Public - California
San Diego County
My Comm. Expires Jan. 7, 2022

RPLI_03634641

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ▇▇▇▇▇▇▇▇▇ and I am 18 years of age or older.
   [full legal name]

2. I reside at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 09/05/2019
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e. additional cryptocurrencies).

Signature of Affiant: ▇▇▇▇▇▇▇▇▇   Date: 11/07/21

Scanned with CamScanner

CONFIDENTIAL

RPLI_03634642

**XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING - CATEGORY 6)**

Under oath, I solemnly swear:

1. My name is _____ and I am 18 years of age or older.
   **[full legal name]**

2. I reside at _____.
   **[street name, city, state, ZIP code, country]**

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc.
   ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on __08_/_25_/_2018__.
   **[mm/dd/yyyy]**

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my
   ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate
   a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or
      other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn
      interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant: _____   Date: _11_/_02_/_2021_

CONFIDENTIAL

**Acknowledgment of instrument signed by one person:**

North Carolina

Pitt _____ County

I, Sierra  A. Wheeler _____, a Notary Public for said County and
State, do hereby certify that ██████████████████ personally
appeared before me this day and acknowledged the due execution of the
foregoing instrument.

Witness my hand and official seal, this the 2nd day of November,
20 21 .

(Official Seal)                              _Sierra A. Wheeler_
                                                    Notary Public

SIERRA A. WHEELER
NOTARY PUBLIC
PITT COUNTY, NC
My Commission Expires: 02/27/2024

My commission expires  02 · 27 _____, 20 24 .

---

\* If you ever had to write this out yourself – you would replace "foregoing instrument" with "attached_____" you would fill
in the blank with whatever the document was – (ie: attached medical record)

page 26 in Notary Public Guidebook for North Carolina

RPLI_03634644

## XRP HOLDER AFFIDAVIT (XRP COLLATERAL/STAKING – CATEGORY 6)

Under oath, I solemnly swear:

1. My name is ██████████████████ and I am 18 years of age or older.
   [full legal name]

2. I reside at ████████████████████████████
   [street name, city, state, ZIP code, country]

3. I am an XRP Holder. I acquired XRP in the secondary market and not from Ripple Labs Inc. ("Ripple"), its executives, or affiliates.

4. I acquired XRP for the first time on 03/01/2019
   [mm/dd/yyyy]

5. I do not rely on the efforts of Ripple, its executives, or affiliates in any way as it relates to my ownership of XRP. By owning XRP itself, I do not need to rely on the efforts of Ripple to generate a profit or to receive any financial benefit.

6. I utilize XRP itself in the following way(s):

   a. I utilize my XRP as collateral to obtain financing; and/or
   b. I stake (i.e., loan) my XRP on digital trading platforms (i.e., Nexo, Celsius, Bitrue, and/or other trading platforms). By staking/loaning my XRP on these platforms, I'm able to earn interest and/or receive additional compensation (i.e., additional cryptocurrencies).

Signature of Affiant ██████████████     Date: 11/04/21

Notary Public ████████

[Notary seal: JARROD ALLEN ORR — NOTARY PUBLIC — STATE AT LARGE, KY. — NO. 589106 — MY COMMISSION EXPIRES 11/20/2024 — IDAHO]

CONFIDENTIAL