1  Marc M. Seltzer (SBN 54534)
   mseltzer@susmangodfrey.com
2  Steven G. Sklaver (SBN 237612)
   ssklaver@susmangodfrey.com
3  Oleg Elkhunovich (SBN 269238)
   oelkhunovich@susmangodfrey.com
4  Krysta Kauble Pachman (280951)
   kpachman@susmangodfrey.com
5  Nicholas N. Spear (304281)
   nspear@susmangodfrey.com
6  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, 14th Floor
7  Los Angeles, CA 90067
   Telephone: (310) 789-3100
8  Facsimile: (310) 789-3150

9  James Q. Taylor-Copeland (SBN 284743)
   james@taylorcopelandlaw.com
10 TAYLOR-COPELAND LAW
   501 W. Broadway, Suite 800
11 San Diego, CA 92101
   Telephone: (619) 400-4944
12 Facsimile: (619) 566-4341

13

14 *Counsel for Lead Plaintiff Bradley Sostack*

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

19 In re RIPPLE LABS INC. LITIGATION,    Case No. 4:18-cv-06753-PJH

20 _____    **LEAD PLAINTIFF'S STATEMENT IN**
                                              **SUPPORT OF SEALING MATERIALS**
21 This Document Relates to:                  **IDENTIFIED IN DEFENDANTS'**
                                              **ADMINISTRATIVE MOTION TO**
22 ALL ACTIONS                                **CONSIDER WHETHER ANOTHER**
                                              **PARTY'S MATERIALS SHOULD BE**
23                                            **SEALED (ECF NO. 200)**

24                                            (Civil L.R. 79-5)

25                                            Judge: Hon. Phyllis J. Hamilton

26

27

28

---

LEAD PLAINTIFF'S STATEMENT IN                          Case No. 4:18-cv-06753-PJH
SUPPORT OF SEALING

1

2          Pursuant to Northern District of California Civil Local Rules 7-11, 79-5(c), 79-5(f), and

3    this Court's Standing Order, Plaintiff Bradley Sostack ("Plaintiff") respectfully submits this

4    statement and declaration in response to Defendants' Administrative Motion to Consider Whether

5    Another Party's Materials Should be Sealed (ECF No. 200).   Plaintiff seeks an order sealing

6    portions of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification filed on

7    February 2, 2023, and Exhibits 6 and 8 to the Strong Declaration in support thereof, as those

8    materials contain numerous references to Plaintiff's confidential financial affairs.

9          The excerpts of the transcript of Mr. Sostack's deposition included in Exhibit 6 contain

10   numerous references to Plaintiff's private financial affairs, including information regarding a

11   limited liability company created by Plaintiff, Plaintiff's ownership of various digital assets,

12   Plaintiff's use of wallets to store digital assets, and specific transactions in various digital assets.

13   Declaration of James Taylor-Copeland ("Taylor-Copeland Decl."), ¶ 4.   These excerpts overlap

14   largely with excerpts of the same deposition which this Court sealed in a January 26, 2023 Order.

15   ECF No. 196.   Exhibit 6 also contains detailed information regarding Mr. Sostack and his family's

16   private living arrangements.

17         Exhibit 8 contains Plaintiff's detailed trading records and know-your-customer information

18   on the Poloniex exchange.   The trading records reflect Plaintiff's "confidential financial affairs,"

19   including the timing of Plaintiff's deposits and purchases of both XRP and various other digital

20   assets.   *See* Taylor-Copeland Decl. at ¶ 5.   The Court sealed references to these same records in its

21   January 26, 2023 Order.   Exhibit 8 also contains extremely sensitive personally identifiable

22   information, including a photocopy of Plaintiff's passport and a record of all IP addresses used to

23   access the Poloniex exchange.   *Id.*

24         The redacted portions of Defendants' Opposition to Class Certification similarly contain

25   contain detailed references to (a) Plaintiff's trading records on the Poloniex exchange and (b)

26   excerpts of the transcript of Plaintiff's deposition.   As laid out above, both the trading records and

27   references to the deposition transcript reflect Plaintiff's confidential financial information.   *Id.* at

28   ¶ 6.

/N/A/

"It has been well established that the rights of privacy extend to one's confidential financial affairs."  *Christensen-Thorson v. E\*TRADE Fin. Corp.*, 2006 WL 8431340, at \*3 (N.D. Cal. July 11, 2006); *see also Ryan v. Editions Ltd. W., Inc.*, 2007 WL 2348724, at \*3 (N.D. Cal. Aug. 14, 2007) ("Private financial records are normally entitled to privacy protections."); *Valley Bank of Nevada v. Superior Ct.*, 15 Cal. 3d 652, 656 (1975) ("'right of privacy extends to one's confidential financial affairs.").

If these documents are not properly sealed, Plaintiff's personal and private financial records will become part of the public record, thereby eviscerating Plaintiff's privacy and potentially exposing him to harassment and/or identity theft.  Taylor-Copeland Decl. at ¶ 6.  There is thus no less restrictive alternative to sealing that will protect Plaintiff's privacy in his confidential financial affairs.  Plaintiff therefore respectfully requests that the Court seal the following materials.

| Documents to be Sealed | Portions to Be Sealed |
|---|---|
| Defendants' Opposition to Class Certification | • Page 7, lines 3-7.<br>• Page 18, lines 7-10.<br>• Page 18, fn. 15. |
| Ex. 6, Excerpts of Sostack Deposition Transcript | Entirety of document |
| Ex. 8, Plaintiff's Poloniex Trading Records and Know-You-Customer Information | Entirety of document |

Dated: February 10, 2023

By: /s/ Nicholas N. Spear
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Krysta Kauble Pachman (280951)
Nicholas N. Spear (304281)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

1

mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

2

oelkhunovich@susmangodfrey.com
kpachman@susmangodfrey.com

3

nspear@susmangodfrey.com

4

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW

5

501 W. Broadway, Suite 800
San Diego, CA 92101

6

james@taylorcopelandlaw.com

7

Telephone: (619) 400-4944
Facsimile: (619) 566-4341

8

9

*Counsel for Lead Plaintiff Bradley Sostack*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

*/s/ Nicholas N. Spear*

5

11174581v1/016433