Marc M. Seltzer (SBN 54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (SBN 237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (SBN 269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION, | Case No. 4:18-cv-06753-PJH |
|---|---|
| This Document Relates to: ALL ACTIONS | **DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF SEALING PURSUANT TO LOCAL RULES 79-5(C) & (E)** |

**DECLARATION OF JAMES TAYLOR-COPELAND**

1. I am an attorney in the law firm of Taylor-Copeland Law, and counsel for Lead Plaintiff Bradley Sostack. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I respectfully submit this declaration in support of Plaintiffs' Administrative Motion to Seal materials submitted by Defendants in connection with their Opposition to Lead Plaintiff's Motion for Class Certification

3. The documents below contain and describe information that has been designated as "CONFIDENTIAL" pursuant to the parties' Stipulated Protective Order. *See* ECF No. 143.

| Documents to be Sealed | Portions to Be Sealed |
|---|---|
| Defendants' Opposition to Class Certification | • Page 7, lines 3-7.<br>• Page 18, lines 7-10.<br>• Page 18, fn. 15. |
| Ex. 6, Excerpts of Sostack Deposition Transcript | Entirety of document |
| Ex. 8, Plaintiff's Poloniex Trading Records and Know-You-Customer Information | Entirety of document |

4. The excerpts of the transcript of Mr. Sostack's deposition included in Exhibit 6 contain numerous references to Plaintiff's private financial affairs, including information regarding a limited liability company created by Plaintiff, Plaintiff's ownership of various digital assets, Plaintiff's use of wallets to store digital assets, and specific transactions in various digital assets.

5. Exhibit 8 contains Plaintiff's detailed trading records and know-your-customer information on the Poloniex exchange. The trading records reflect Plaintiff's confidential financial affairs, including the timing of Plaintiff's deposits and purchases of both XRP and various other digital assets. Exhibit 8 also contains extremely sensitive personally identifiable information,

including a photocopy of Plaintiff's passport and a record of all IP addresses used to access the Poloniex exchange.

6. The redacted portions of the Joint Letter Brief contain detailed references to (a) excerpts of the transcript of Plaintiff's deposition (Exhibit 6) and Plaintiff's trading records on the Poloniex exchange (Exhibit 8). Both the trading records and references to the deposition transcript reflect Plaintiff's private financial affairs, including the timing of Plaintiff's purchases of both XRP and various other digital assets and the circumstances surrounding those purchases.

7. If these documents are not properly sealed, Plaintiff's personal and private financial records will become part of the public record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/10/2023

By: _____
James Taylor-Copeland
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 734-8770
james@taylorcopelandlaw.com

*Counsel for Lead Plaintiff*