Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| In re RIPPLE LABS, INC. LITIGATION | <u>DISCOVERY MATTER</u> |
|---|---|
| This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION PURSUANT TO L.R. 6-3 AND 7-11 TO MODIFY THE SCHEDULING ORDER TO ALLOW LIMITED POST-CERTIFICATION DISCOVERY** |

The Court, having read and considered Lead Plaintiff's Unopposed Motion Pursuant to Local Rules 6-3 and 7-11 to Modify the Scheduling Order, hereby GRANTS the motion. The Case Schedule is MODIFIED to allow a ninety (90)-day period after the Court rules on Lead Plaintiff's pending motion for class certification for Lead Plaintiff to seek information about potential members of any certified class from the Exchanges.

**IT IS SO ORDERED.**

Date: _____  By: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2023, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

        */s/ Nicholas N. Spear*
        Nicholas N. Spear