UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Vladi Zakinov, et al.                           ,

Plaintiff(s),

v.

RIPPLE LABS INC., XRP II, LLC.        ,

Defendant(s).

Case No. 4:18-cv-06753-PJH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Bradley E. Oppenheimer  , an active member in good standing of the bar of

The District of Columbia          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Ripple Labs Inc., XRP II, LLC.   in the

above-entitled action. My local co-counsel in this case is Suzanne Nero          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 284894          .

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
MY ADDRESS OF RECORD

King & Spalding LLP
101 Second Street, Suite 1000
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-326-7968
MY TELEPHONE # OF RECORD

415-318-1254
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

boppenheimer@kellogghansen.com
MY EMAIL ADDRESS OF RECORD

snero@kslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 1025006          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:   3/7/2023                                          Bradley E. Oppenheimer
                                                                APPLICANT
5

6    ═══════════════════════════════════════════════════════════════

7

8                              ORDER GRANTING APPLICATION

9                       FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Bradley E. Oppenheimer    is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:   March 7, 2023

16

17    

18    UNITED STATES DISTRICT ___ THE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                                      2

*(left margin, vertical text)* United States District Court / Northern District of California