James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-734-877
Attorneys for Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Case No. 4:18-cv-06753-PJH <br><br> CLASS ACTION <br><br> **NOTICE OF APPEARANCE OF MAX AMBROSE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Max Ambrose of Taylor-Copeland Law, 501 W. Broadway, Suite 800, San Diego, CA 92101, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiff Bradley Sostack in the above referenced matter.

DATED:  March 9, 2023

Respectfully submitted,

*/s/Max Ambrose*
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101

Attorneys for Plaintiff Bradley Sostack