James Taylor-Copeland (SBN 284743)
james@taylorcopelandlaw.com
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-734-877

Attorneys for Plaintiff Bradley Sostack

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | Case No. 4:18-cv-06753-PJH<br><br>CLASS ACTION<br><br>CERTIFICATE OF MAX AMBROSE PURSUANT TO LOCAL RULE 3-7(D) |

Pursuant to Northern District Local Rule 3-7(d), I, Max Ambrose, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

DATED: March 9, 2023                             Respectfully submitted,

                                                 /s/Max Ambrose
                                                 Max Ambrose (SBN 320964)
                                                 maxambrose@taylorcopelandlaw.com
                                                 TAYLOR-COPELAND LAW
                                                 501 W. Broadway, Suite 800
                                                 San Diego, CA 92101

                                                 Attorney for Plaintiff Bradley Sostack