Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI) |
| | CLASS ACTION |
| This Document Relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE** |
| All Actions | |

Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

1. On February 23, 2022, the Court issued an order modifying the case schedule. Dkt. 158. Pursuant to this order, non-expert discovery closes on March 31, 2023, and expert discovery closes on July 21, 2023.

2. The Parties have been diligently and cooperatively engaged in completing fact discovery by the deadline, including the scheduling and completion of all depositions. Due to scheduling constraints, depositions of current and former Ripple witnesses were scheduled for late February and throughout March, with the last deposition set to occur on March 30, 2023.

3. The Parties have met and conferred and agree that additional time is warranted to incorporate information obtained from these depositions into pending discovery responses and the upcoming expert reports. This additional time will reduce the burden on the Parties, minimize the need for supplemented responses or reports, and potentially reduce the burden on the Court by narrowing or averting future disputes about discovery responses or expert reports.

4. The Parties have therefore agreed to short extensions of the discovery and expert deadlines, which will give all Parties sufficient time to respond to outstanding discovery requests and produce expert reports. Due to the proximity of the summary judgment deadlines to the expert discovery deadlines, and the Court's practice of hearing dispositive motions at least 120 days before trial (*see* Dkt. 158), the proposed extensions also apply to the summary judgment deadlines and trial setting. The proposed modifications do not affect any of the class certification deadlines.

5. The Parties stipulate and agree and request the Court modify the pretrial schedule as follows:

11360829v1/016433

| **Deadline** | **Current Schedule** | **New Agreed Date** |
|---|---|---|
| Class Cert Reply Due | 3/31/23 (Dkt. 185) | Same |
| Non-Expert Discovery Cut-Off | 3/31/23 (Dkt. 158) | Same   The deadline to respond to outstanding discovery requests is extended to 4/10/23.  Any motion to compel on pending discovery requests must be filed by 4/17/23. |
| Class Cert Hearing | 4/26/23 | Same |
| Plaintiff's Expert Disclosures | 4/28/23 | 5/8/23 |
| Defendants' Expert Disclosures | 5/23/23 | 6/9/23 |
| Plaintiff's Rebuttal Disclosures | 6/23/23 | 7/10/23 |
| Close of Expert Discovery | 7/21/23 | 8/7/23 |
| Dispositive Motions Due | 8/25/23 | 9/11/23 |
| Dispositive Opps | 9/22/23 | 10/10/23 |
| Dispositive Replies | 10/20/23 | 11/7/23 |
| Dispositive Motion Hearing Date | 11/22/23 | 12/13/23 |
| Pretrial Conference | 2/29/24 | 3/18/24 |
| Trial Date | 3/25/24 | 4/15/24 |

6. The Court has modified the schedule on two prior occasions.  First, the Court granted-in-part the parties' stipulation regarding a modified case schedule in February 2022. Dkts. 157–58.  Second, the Court granted the parties' stipulation to extend the deadlines for the class certification opposition and reply by one week in December 2022. Dkt. 185.  There is currently an unopposed, pending motion filed by Lead Plaintiff to allow limited discovery on user data from

digital asset exchanges after the Court issues an order on the motion for class certification.  Dkt. 208.

By:  */s/ Nicholas N. Spear*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (SBN 320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

By:  */s/ Suzanne E. Nero*

Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

Suzanne E. Nero (SBN 284894)
snero@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

# **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2023

_____
The Honorable Phyllis J. Hamilton

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 20, 2023         */s/ Nicholas N. Spear*
                              Nicholas N. Spear