Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | **DISCOVERY MATTER**<br><br>Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION PURSUANT TO L.R. 6-3 AND 7-11 TO MODIFY THE SCHEDULING ORDER TO ALLOW LIMITED POST-CERTIFICATION DISCOVERY** |

The Court, having read and considered Lead Plaintiff's Unopposed Motion Pursuant to Local Rules 6-3 and 7-11 to Modify the Scheduling Order, hereby GRANTS the motion. The Case Schedule is MODIFIED to allow a ninety (90)-day period after the Court rules on Lead Plaintiff's pending motion for class certification for Lead Plaintiff to seek information about potential members of any certified class from the Exchanges.

**IT IS SO ORDERED.**

Date: March 27, 2023      By: _____
                              Hon Phyllis J. Hamilton
                              U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*