1  Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2  Steven G. Sklaver (237612)
   ssklaver@susmangodfrey.com
3  Oleg Elkhunovich (269238)
   oelkhunovich@susmangodfrey.com
4  Krysta Kauble Pachman (280951)
   kpachman@susmangodfrey.com
5  Nicholas N. Spear (304281)
   nspear@susmangodfrey.com
6  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
7  Los Angeles, CA  90067-6029
   Telephone: (310) 789-3100
8  Facsimile: (310) 789-3150

9  James Q. Taylor-Copeland (284743)
   james@taylorcopelandlaw.com
10 Max Ambrose (SBN 320964)
   maxambrose@taylorcopelandlaw.com
11 TAYLOR-COPELAND LAW
   501 W. Broadway, Suite 800
12 San Diego, CA 92101
   Telephone: (619) 400-4944
13 Facsimile: (619) 566-4341

14 *Counsel for Lead Plaintiff Bradley Sostack*

15 *[Additional counsel on signature page]*

16                 **UNITED STATES DISTRICT COURT**

17               **NORTHERN DISTRICT OF CALIFORNIA**

18                        **OAKLAND DIVISION**

19

   In re RIPPLE LABS, INC. LITIGATION        Case No. 4:18-cv-06753-PJH (RMI)
20

21                                           CLASS ACTION

22 This Document Relates to:                 **JOINT STIPULATION AND**
                                             **[PROPOSED] ORDER AS**
23 All Actions                               **MODIFIED BY THE COURT**
                                             **MODIFYING CASE SCHEDULE**
24

25

26

27

28

                                   1

1    Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley

2    Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to

3    the following:

4        1.    On February 23, 2022, the Court issued an order modifying the case schedule.  Dkt.

5    158.  Pursuant to this order, non-expert discovery closes on March 31, 2023, and expert discovery

6    closes on July 21, 2023.

7        2.    The Parties have been diligently and cooperatively engaged in completing fact

8    discovery by the deadline, including the scheduling and completion of all depositions.  Due to

9    scheduling constraints, depositions of current and former Ripple witnesses were scheduled for late

10   February and throughout March, with the last deposition set to occur on March 30, 2023.

11       3.    The Parties have met and conferred and agree that additional time is warranted to

12   incorporate information obtained from these depositions into pending discovery responses and the

13   upcoming expert reports.  This additional time will reduce the burden on the Parties, minimize the

14   need for supplemented responses or reports, and potentially reduce the burden on the Court by

15   narrowing or averting future disputes about discovery responses or expert reports.

16       4.    The Parties have therefore agreed to short extensions of the discovery and expert

17   deadlines, which will give all Parties sufficient time to respond to outstanding discovery requests

18   and produce expert reports.  Due to the proximity of the summary judgment deadlines to the expert

19   discovery deadlines, and the Court's practice of hearing dispositive motions at least 120 days before

20   trial (*see* Dkt. 158), the proposed extensions also apply to the summary judgment deadlines and

21   trial setting.  The proposed modifications do not affect any of the class certification deadlines.

22       5.    The Parties stipulate and agree and request the Court modify the pretrial schedule

23   as follows:

24

25

26

27

28

2

| **Deadline** | **Current Schedule** | **New Agreed Date** |
|---|---|---|
| Class Cert Reply Due | 3/31/23 (Dkt. 185) | Same |
| Non-Expert Discovery Cut-Off | 3/31/23 (Dkt. 158) | Same<br><br>The deadline to respond to outstanding discovery requests is extended to 4/10/23. Any motion to compel on pending discovery requests must be filed by 4/17/23. |
| Class Cert Hearing | 4/26/23 | Same |
| Plaintiff's Expert Disclosures | 4/28/23 | 5/8/23 |
| Defendants' Expert Disclosures | 5/23/23 | 6/9/23 |
| Plaintiff's Rebuttal Disclosures | 6/23/23 | 7/10/23 |
| Close of Expert Discovery | 7/21/23 | 8/7/23 |
| Dispositive Motions Due | 8/25/23 | 9/11/23 |
| Dispositive Opps | 9/22/23 | 10/10/23 |
| Dispositive Replies | 10/20/23 | 11/7/23 |
| Dispositive Motion Hearing Date | 11/22/23 | ~~12/13/23~~ 12/14/2023 |
| Pretrial Conference | 2/29/24 | ~~3/18/24~~ 3/21/2024 |
| Trial Date | 3/25/24 | ~~4/15/24~~ 4/22/2024 |

6.     The Court has modified the schedule on two prior occasions.  First, the Court granted-in-part the parties' stipulation regarding a modified case schedule in February 2022.  Dkts. 157–58.  Second, the Court granted the parties' stipulation to extend the deadlines for the class certification opposition and reply by one week in December 2022.  Dkt. 185.  There is currently an unopposed, pending motion filed by Lead Plaintiff to allow limited discovery on user data from

3

1  digital asset exchanges after the Court issues an order on the motion for class certification.  Dkt.

2  208.

3                                            By: /s/ Nicholas N. Spear

4                                            Marc M. Seltzer (54534)
                                             mseltzer@susmangodfrey.com
5                                            Steven G. Sklaver (237612)
                                             ssklaver@susmangodfrey.com
6                                            Oleg Elkhunovich (269238)
                                             oelkhunovich@susmangodfrey.com
7                                            Krysta Kauble Pachman (280951)
                                             kpachman@susmangodfrey.com
8                                            Nicholas N. Spear (304281)
                                             nspear@susmangodfrey.com
9                                            SUSMAN GODFREY L.L.P.
                                             1900 Avenue of the Stars, Suite 1400
10                                           Los Angeles, CA  90067-6029
                                             Telephone: (310) 789-3100
11                                           Facsimile: (310) 789-3150

12                                           James Q. Taylor-Copeland (284743)
                                             james@taylorcopelandlaw.com
13                                           Max Ambrose (SBN 320964)
                                             maxambrose@taylorcopelandlaw.com
14                                           TAYLOR-COPELAND LAW
                                             501 W. Broadway, Suite 800
15                                           San Diego, CA 92101
                                             Telephone: (619) 400-4944
16                                           Facsimile: (619) 566-4341

17                                           *Counsel for Lead Plaintiff Bradley Sostack*

18                                           By: /s/ Suzanne E. Nero

19
                                             Damien J. Marshall (*pro hac vice*)
20                                           dmarshall@kslaw.com
                                             Andrew Michaelson (*pro hac vice*)
21                                           amichaelson@kslaw.com
                                             KING & SPALDING LLP
22                                           1185 Avenue of the Americas, 34th Floor
                                             New York, NY 10036
23                                           Tel: (212) 556-2100; Fax: (212) 556-2222

24
                                             Suzanne E. Nero (SBN 284894)
25                                           snero@kslaw.com
                                             KING & SPALDING LLP
26                                           50 California St., Suite 3300
                                             San Francisco, CA 94111
27                                           Tel: (415) 318-1200; Fax: (415) 318-1300

28
                                             4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

5

STIPULATION & [PROPOSED] ORDER
MODIFYING CASE SCHEDULE

11360829v1/016433

1

**[PROPOSED]** **ORDER**

2    PURSUANT TO STIPULATION AS MODIFIED, IT IS SO ORDERED.

3

4    Dated: __March 27_____, 2023

5    The Ho~~nor~~ ~~ble~~ ~~mi~~lton

     U.S. Distr~~ict~~

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

11360829v1/016433

1

## **ATTESTATION**

2
3

    Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

filing of this document has been obtained from the other signatories.

4

DATED: March 20, 2023                    */s/ Nicholas N. Spear*
                                                    Nicholas N. Spear

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER
MODIFYING CASE SCHEDULE

11360829v1/016433