Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Consolidated First Amended Complaint Filed:  March 25, 2020 |
| This Document Relates to:<br><br>All Actions | |

Pursuant to Civil Local Rule 79-5(f), Lead Plaintiff Bradley Sostack respectfully asks the Court to consider whether the following materials, filed in relation to the Plaintiff's reply in support of motion for class certification, should be sealed. These documents have been designated as confidential by Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse or the identified third parties.

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiff's Reply in Support of Motion for Class Certification | • Defendants<br>• Securities and Exchange Commission (third party)<br>• GSR (third party)<br>• Chris Larsen (third party) | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Supplemental Declaration of Nicholas N. Spear | • Defendants | Portions highlighted in yellow throughout | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 70 to the Supplemental Spear Declaration (Excerpts of Transcript of Deposition of Dinuka Samarasinghe) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 71 to the Supplemental Spear Declaration (Excerpts of Transcript of | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the |

| | | | |
|---|---|---|---|
| Deposition of Dr. Mukarram Attari) | | | Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 72 to the Supplemental Spear Declaration (RPLI_00915782) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 73 to the Supplemental Spear Declaration (RPLI_01017858) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |
| Exhibit 74 to the Supplemental Spear Declaration (RPLI_00699976) | • Defendants | Entirety of the document | Refers to material designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Revised Stipulated Protective Order (Dkt. 143) |

Pursuant to Civil Local Rule 79-5(f), Defendants and third parties, as the Designating Parties, bears the responsibility to establish that its designated material is sealable.

Dated: March 31, 2023                            SUSMAN GODFREY L.L.P.

                                         By /s/ Nicholas N. Spear
                                             Marc M. Seltzer (54534)
                                             Steven G. Sklaver (237612)
                                             Oleg Elkhunovich (269238)
                                             Krysta Kauble Pachman (280951)
                                             Nicholas N. Spear (304281)
                                             SUSMAN GODFREY L.L.P.
                                             1900 Avenue of the Stars, Suite 1400
                                             Los Angeles, CA  90067-6029
                                             Telephone: (310) 789-3100

Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
kpachman@susmangodfrey.com
nspear@susmangodfrey.com

James Q. Taylor-Copeland (284743)
Max Ambrose (320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
maxambrose@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

*/s/ Nicholas N. Spear*
Nicholas N. Spear

11383126v1/016433