Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Attorneys for Lead Plaintiff Bradley Sostack*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF NICHOLAS N. SPEAR IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Consolidated First Amended Complaint Filed: March 25, 2020<br><br>**FILED UNDER SEAL**<br><br>**[REDACTED]** |

I, Nicholas N. Spear, hereby declare as follows:

1. I am a member in good standing of the bar of the State of California, a partner with the law firm of Susman Godfrey L.L.P., and counsel of record for Lead Plaintiff Bradley Sostack. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of Lead Plaintiff's "Motion for Class Certification," filed on November 18, 2022 (Dkt. 181).

3. The exhibits in this declaration will be consecutively numbered in conjunction with the exhibits in the "Declaration of Nicholas N. Spear in Support of Motion for Class Certification," filed on November 18, 2022 (Dkt. 181-1).

4. Attached as Exhibit 67 is a true and correct copy of the March 31, 2023 Reply Declaration of Dr. Steven P. Feinstein.

5. Attached as Exhibit 68 is a true and correct copy of excerpts of the January 20, 2023 deposition of Dr. Steven P. Feinstein.

6. Attached as Exhibit 69 is a true and correct copy of excerpts of the January 20, 2023 deposition of Cameron Azari.

7. Attached as Exhibit 70 is a true and correct copy of excerpts of the February 21, 2023 Deposition of Dinuka Samarasinghe.

8. Attached as Exhibit 71 is a true and correct copy of excerpts of the March 8, 2023 deposition of Dr. Mukarram Attari.

9. Attached as Exhibit 72 is a true and correct copy of a document titled "▮▮▮▮▮▮" produced in this matter at bates number RPLI_00915782.

10. Attached as Exhibit 73 is a true and correct copy of a powerpoint titled ▮▮▮▮ ▮▮▮▮ produced in this matter at bates number RPLI_01017858.

11. Attached as Exhibit 74 is a true and correct copy of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, produced in this matter at bates number RPLI_00699976.

12. Attached as Exhibit 75 is a true and correct copy of the August 9, 2019 Declaration of Cameron R. Azari, filed in *Audet v. Garza et al.*, Case No. 3:16-cv-00940-MPS, Dkt. 162-3 (D. Conn. Aug. 13, 2019).

13. Attached as Exhibit 76 is a true and correct copy of an August 16, 2019 docket text entry order in *Audet*, filed as Docket No. 164 in that matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March, 2023, at Los Angeles, California.

*/s/ Nicholas N. Spear*
Nicholas N. Spear
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

                                    */s/ Nicholas N. Spear*
                                    Nicholas N. Spear