# EXHIBIT 76

# *Audet et al v. Garza et al*

**Connecticut District Court**

Case no. 3:16-cv-00940-MPS (D. Conn.)
Filed date: August 16, 2019
Docket entry no.: 164

Docket text:

> ORDER: The 162 Joint Motion to Approve Form and Matter of Notice is GRANTED. As to the parties' two disputes, the Court orders as follows:First, the language in the long-form notice regarding deposition testimony shall be "If you choose to remain in the Class, there is a slight possibility that you will be required to offer testimony under oath at a deposition regarding your transactions involving the Companies."Second, both notices shall include the word "may" to describe the likelihood that class members will need to provide proof of their transactions to share in any class recovery. Accordingly, the long-form notice shall state that "You may also be required to submit information substantiating any losses you suffered"; and the short-form notice shall state that "If you want to stay in the class, you do not have to do anything now, but you may be required to show proof of your transactions at a later time."Signed by Judge Michael P. Shea on 8/16/2019. (Ram, Megha) (Entered: 08/16/2019)

This PDF was generated on September 20, 2022 by PacerPro for a text-only docket entry synced on June 27, 2022.

https://app.pacerpro.com/cases/2922067