UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vladi Zakinov, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>RIPPLE LABS INC., XRP II, LLC.,<br><br>Defendant(s). | Case No. 4:18-cv-06756-PJH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Gregory G. Rapawy, an active member in good standing of the bar of The District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Ripple Labs Inc., XRP II, LLC. in the above-entitled action. My local co-counsel in this case is Suzanne Nero, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 284894.

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M. Street, N.W., Suite 400
Washington D.C 20036
MY ADDRESS OF RECORD

King & Spalding LLP
101 Second Street, Suite 1000
San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-326-7967
MY TELEPHONE # OF RECORD

415-318-1254
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

grapawy@kellogghansen.com
MY EMAIL ADDRESS OF RECORD

snero@kslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 493973.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/6/2023

Gregory G. Rapawy
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory G. Rapawy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 6, 2023

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton