DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
MEGHAN H STRONG (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**DECLARATION OF ANA GUARDADO IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATING TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Ana Guardado, declare as follows:

1. I am Litigation Director at Ripple Labs Inc. I make this declaration in support of Lead Plaintiff's Administrative Motion to File Under Seal Materials Relating to Lead Plaintiff's Reply in support of Motion for Class Certification ("Motion to Seal"), Dkt. 218. Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

2. Lead Plaintiff's Motion to Seal seeks to redact portions of Plaintiff's Reply in support of Motion for Class Certification, supporting declaration, and 5 exhibits (the "Protected Materials"), described in greater detail below.  Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Ripple") designated these documents as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order as Modified by the Court ("Protective Order"), Dkt. 143.  I now submit this declaration in support of the Motion to Seal.

3. I have reviewed each portion of the Protected Materials, which contain information Ripple considers to be highly sensitive and confidential information, the disclosure of which could result in competitive harm to Ripple. I submit that the Protected Materials should be sealed for the reasons set forth in the below chart:

| Type of Material Defendants Seek to Seal | Page/Paragraph/Exhibit Numbers to be Redacted or Sealed in Full |
|---|---|
| Documents or portions thereof describing or providing detailed information on trade secret business information and highly sensitive internal strategy information, disclosure of which would be very likely to result in unjustified competitive harm. | Reply in support of Motion for Class Certification at 6, 9, and 15; N. Spear Decl. at ¶ 9, 10, and 11; Exhibits 70, 72, 73, and 74. |

4. Ripple respectfully requests that the Court grant the Motion to Seal and allow the Protected Materials to remain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of April, 2023, in San Francisco, California.

*Ana Guardado*

Ana Guardado