DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

SUZANNE E. NERO (SBN 284894)
snero@kslaw.com
MEGHAN H STRONG (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), on November 18, 2022, Lead Plaintiff Bradley Sostack filed an Administrative Motion to File Under Seal Materials Relating to Lead Plaintiff's Reply in support of Motion for Class Certification ("Motion to Seal"). The documents contain and describe information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the Stipulated Protective Order as Modified by the Court, Dkt. 143. On April 7, 2023, pursuant to Civil Local Rules 79-5(f)(3) and 79-5(c), Defendants filed a statement and declaration in support of the Motion to Seal detailing why the sealed materials should be sealed. Having reviewed Lead Plaintiff's Motion to Seal and Defendants' statement and declaration, the Motion is granted as follows:

| Type of Material Defendants Seek to Seal | Page/Paragraph/Exhibit Numbers to be Redacted or Sealed in Full |
|---|---|
| Documents or portions thereof describing or providing detailed information on trade secret business information and highly sensitive internal strategy information, disclosure of which would be very likely to result in unjustified competitive harm. | Reply in support of Motion for Class Certification at 6, 9, and 15; N. Spear Decl. at ¶ 9, 10, and 11; Exhibits 70, 72, 73, and 74. |

**IT IS SO ORDERED.**

Date:                                    By: _____

                                         PHYLLIS J. HAMILTON

                                         United States District Judge