Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
Max Ambrose (SBN 320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
maxambrose@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. 4:18-cv-06753-PJH (RMI)<br><br>**DISCOVERY MATTER**<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) DEPOSITION** |

Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

1. On February 23, 2022, the Court issued an order modifying the case schedule. Dkt. 158. Pursuant to this order, non-expert discovery closed on March 31, 2023. *Id.*; *see also* Dkt. 217 (reaffirming this deadline). Under Northern District of California Civil Local Rule 37-3, "a 'discovery cut-off' is the date by which all responses to written discovery are due and by which all depositions must be concluded." Depositions may only occur after this date "by order of the Court for good cause shown." *Id.*

2. On March 30, 2023, Lead Plaintiff took the deposition of Ripple's Federal Rule of Civil Procedure 30(b)(6) witness.

3. During and after the deposition, Lead Plaintiff raised concerns about certain of the 30(b)(6) witness's responses. The parties met and conferred about Lead Plaintiff's concerns on April 4–6, 2023.

4. Defendants dispute Lead Plaintiff's concerns but agreed to resolve the dispute by reopening the deposition and presenting the 30(b)(6) witness for an additional 30 minutes.

5. The Parties therefore stipulate and request that the Court issue an order allowing this deposition to take place within 14 days of the filing of the order.

6. This order will not affect any dates or deadlines in the scheduling order. *See* Dkt. 217.

IT IS SO STIPULATED.

DATED: April 7, 2023

By: */s/ Nicholas N. Spear*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com

```
                    SUSMAN GODFREY L.L.P.
                    1900 Avenue of the Stars, Suite 1400
                    Los Angeles, CA  90067-6029
                    Telephone: (310) 789-3100
                    Facsimile: (310) 789-3150

                    James Q. Taylor-Copeland (284743)
                    Max Ambrose (SBN 320964)
                    TAYLOR-COPELAND LAW
                    501 W. Broadway, Suite 800
                    San Diego, CA 92101
                    james@taylorcopelandlaw.com
                    maxambrose@taylorcopelandlaw.com
                    Telephone: (619) 400-4944
                    Facsimile: (619) 566-4341
```

*Counsel for Lead Plaintiff Bradley Sostack*

By: */s/ Andrew Michaelson*

Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

Suzanne E. Nero (SBN 284894)
snero@kslaw.com
Meghan H. Strong (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Reid M. Figel (pro hac vice)
rfigel@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com

George Rapawy (*pro hac vice*)
grapawy@kellogghansen.com
Bethan R. Jones
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 7, 2023        */s/ Nicholas N. Spear*
                            Nicholas N. Spear

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2023         _____
                            The Honorable Phyllis J. Hamilton

4
STIPULATION & [PROPOSED] ORDER RE FRCP 30(B)(6) DEPOSITION
Case No. 4:18-cv-06753-PJH (RMI)