1  Marc M. Seltzer (54534)
   mseltzer@susmangodfrey.com
2  Steven G. Sklaver (237612)
   ssklaver@susmangodfrey.com
3  Oleg Elkhunovich (269238)
   oelkhunovich@susmangodfrey.com
4  Krysta Kauble Pachman (280951)
   kpachman@susmangodfrey.com
5  Nicholas N. Spear (304281)
   nspear@susmangodfrey.com
6  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
7  Los Angeles, CA  90067-6029
   Telephone: (310) 789-3100
8  Facsimile: (310) 789-3150

9  James Q. Taylor-Copeland (284743)
   Max Ambrose (SBN 320964)
10 TAYLOR-COPELAND LAW
   501 W. Broadway, Suite 800
11 San Diego, CA 92101
   james@taylorcopelandlaw.com
12 maxambrose@taylorcopelandlaw.com
   Telephone: (619) 400-4944
13 Facsimile: (619) 566-4341

14 *Counsel for Lead Plaintiff Bradley Sostack*

15 *[Additional counsel on signature page]*

16                **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18                      **OAKLAND DIVISION**

19

| | |
|---|---|
| 20  In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI) |
| 21 | **DISCOVERY MATTER** |
| 22  _____ | <u>CLASS ACTION</u> |
| 23  This Document Relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER RE DOCUMENT PRODUCTION** |
| 24  All Actions | |

25

26

27

28

Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

WHEREAS, Defendants are involved in litigation against the Securities and Exchange Commission in *Securities and Exchange Commission v. Ripple Labs Inc.*, Case No. 1:20-cv-10832-AT-SN (S.D.N.Y.) (hereafter, the "SEC Action");

WHEREAS, videotaped depositions took place in the SEC Action;

WHEREAS, Defendants have produced transcripts of these depositions to Lead Plaintiff in this action, with the transcripts of Ethan Beard and Chris Larsen containing redactions;

WHEREAS, Lead Plaintiff has requested, and Defendants have agreed to produce, subject to their objections, the video files of these depositions; and

WHEREAS, producing these videos in the manner required by the "Stipulated Order re: Discovery of Electronically Stored Information for Standard Litigation as Modified by the Court," Dkt. 121 ("ESI Order"), would be costly, time-consuming, and unduly burdensome.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Lead Plaintiff and Defendants, through their respective counsel, that:

1.      Defendants' production of the deposition videos does not need to comply with the ESI Order.

2.      For all depositions other than the Beard and Larsen depositions, Defendants will load the videos onto an FTP and will send Lead Plaintiff a link.  Defendants will send Lead Plaintiff an accounting of costs related to the production of these videos, and Lead Plaintiff will pay up to $1,000 to Defendants in relation to the production of these videos.

3.      For the Beard and Larsen depositions, Lead Plaintiff will retain a third-party video editor to edit out the redacted portions of the depositions and will provide the name and contact information of the video editor to Defendants.  Defendants will send the videos and redaction instructions to the video editor, and will receive the videos back after editing for review.  Defendants will then produce those videos to Lead Plaintiff using an FTP.  Lead Plaintiff will be

responsible for the cost of the video editor.  Defendants will be responsible for all other costs in relation to the production of the Beard and Larsen depositions.

IT IS SO STIPULATED.

DATED: April 7, 2023                 By:  */s/ Nicholas N. Spear*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
Max Ambrose (SBN 320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
maxambrose@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

By: */s/ Meghan H. Strong*

Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

Suzanne E. Nero (SBN 284894)
snero@kslaw.com
Meghan H. Strong (SBN 324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300

3

1

San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

2

3

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

4

5

6

7

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Reid M. Figel (pro hac vice)
rfigel@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
George Rapawy (*pro hac vice*)
grapawy@kellogghansen.com
Bethan R. Jones
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

8

9

10

11

12

13

14

15

16

*Attorneys for Defendants Ripple Labs Inc.,*
*XRP II, LLC, and Bradley Garlinghouse*

17

18

## **ATTESTATION**

19

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

20

filing of this document has been obtained from the other signatories.

21

DATED: April 7, 2023

22

*/s/ Nicholas N. Spear*
Nicholas N. Spear

23

24

## **[PROPOSED] ORDER**

25

PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27

Dated:_____, 2023

28

The Honorable Phyllis J. Hamilton

4