| | |
|---|---|
| DAMIEN J. MARSHALL | MICHAEL K. KELLOGG |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| dmarshall@kslaw.com | mkellogg@kellogghansen.com |
| ANDREW MICHAELSON | REID M. FIGEL |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| amichaelson@kslaw.com | rfigel@kellogghansen.com |
| KING & SPALDING LLP | GREGORY G. RAPAWY |
| 1185 Avenue of the Americas, 34th Floor | (admitted *pro hac vice*) |
| New York, NY 10036 | grapawy@kellogghansen.com |
| Tel: (212) 556-2100; Fax: (212) 556-2222 | BRADLEY E. OPPENHEIMER |
| | (admitted *pro hac vice*) |
| SUZANNE E. NERO (SBN 284894) | boppenheimer@kellogghansen.com |
| snero@kslaw.com | BETHAN R. JONES |
| MEGHAN H. STRONG (SBN 324503) | (admitted *pro hac vice*) |
| mstrong@kslaw.com | bjones@kellogghansen.com |
| KING & SPALDING LLP | KELLOGG, HANSEN, TODD, FIGEL, |
| 50 California Street, Suite 3300 | & FREDERICK, P.L.L.C. |
| San Francisco, CA 94111 | Sumner Square |
| Tel: (415) 318-1200; Fax: (415) 318-1300 | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| ANDREW J. CERESNEY | +1 (202) 326-7900 |
| (admitted *pro hac vice*) | |
| aceresney@debevoise.com | *Counsel for Defendant Ripple Labs Inc.* |
| DEBEVOISE & PLIMPTON LLP | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Tel: (212) 909-6000; Fax: (212) 909-6836 | |

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br>ALL ACTIONS | **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO STRIKE REBUTTAL REPORT OF PLAINTIFF'S EXPERT** |

1  Before the Court is Defendants Ripple Labs Inc., XRP II LLC, and Bradley Garlinghouse's
2  (collectively, "Defendants'") Motion to Strike Rebuttal Report of Dr. Steven P. Feinstein (ECF
3  No. 219-2, Ex. 67) On consideration of all the papers filed in connection therewith, IT IS HEREBY
4  ORDERED that:
5  Defendants' request to strike the rebuttal report of Dr. Steven P. Feinstein (ECF No. 219-
6  2, Ex. 67) is GRANTED.

8  **IT IS SO ORDERED.**

10  Dated: _____    By: _____
11  HON. PHYLLIS J. HAMILTON
    United States Senior District Judge