Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
Max Ambrose (SBN 320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
maxambrose@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI) |
| | **DISCOVERY MATTER** |
| | CLASS ACTION |
| This Document Relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER RE FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6) DEPOSITION** |
| All Actions | |

Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

1.      On February 23, 2022, the Court issued an order modifying the case schedule.  Dkt. 158.  Pursuant to this order, non-expert discovery closed on March 31, 2023.  *Id.*; *see also* Dkt. 217 (reaffirming this deadline).  Under Northern District of California Civil Local Rule 37-3, "a 'discovery cut-off' is the date by which all responses to written discovery are due and by which all depositions must be concluded."  Depositions may only occur after this date "by order of the Court for good cause shown."  *Id.*

2.      On March 30, 2023, Lead Plaintiff took the deposition of Ripple's Federal Rule of Civil Procedure 30(b)(6) witness.

3.      During and after the deposition, Lead Plaintiff raised concerns about certain of the 30(b)(6) witness's responses.  The parties met and conferred about Lead Plaintiff's concerns on April 4–6, 2023.

4.      Defendants dispute Lead Plaintiff's concerns but agreed to resolve the dispute by reopening the deposition and presenting the 30(b)(6) witness for an additional 30 minutes.

5.      The Parties therefore stipulate and request that the Court issue an order allowing this deposition to take place within 14 days of the filing of the order.

6.      This order will not affect any dates or deadlines in the scheduling order.  *See* Dkt. 217.

IT IS SO STIPULATED.

DATED:  April 7, 2023

By: */s/ Nicholas N. Spear*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com

2

1  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
2  Los Angeles, CA  90067-6029
   Telephone: (310) 789-3100
3  Facsimile: (310) 789-3150

4  James Q. Taylor-Copeland (284743)
   Max Ambrose (SBN 320964)
5  TAYLOR-COPELAND LAW
   501 W. Broadway, Suite 800
6  San Diego, CA 92101
   james@taylorcopelandlaw.com
7  maxambrose@taylorcopelandlaw.com
   Telephone: (619) 400-4944
8  Facsimile: (619) 566-4341

9  *Counsel for Lead Plaintiff Bradley Sostack*

10 By: */s/ Andrew Michaelson*

11 Damien J. Marshall (*pro hac vice*)
   dmarshall@kslaw.com
12 Andrew Michaelson (*pro hac vice*)
   amichaelson@kslaw.com
13 KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
14 New York, NY 10036
   Tel: (212) 556-2100; Fax: (212) 556-2222
15
16 Suzanne E. Nero (SBN 284894)
   snero@kslaw.com
17 Meghan H. Strong (SBN 324503)
   mstrong@kslaw.com
18 KING & SPALDING LLP
   50 California St., Suite 3300
19 San Francisco, CA 94111
   Tel: (415) 318-1200; Fax: (415) 318-1300
20
21 Andrew J. Ceresney (*pro hac vice*)
   aceresney@debevoise.com
22 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
23 New York, NY 10022
   Tel: (212) 909-6000; Fax: (212) 909-6836
24
25 Michael Kellogg (*pro hac vice*)
   mkellogg@kellogghansen.com
26 Reid M. Figel (pro hac vice)
   rfigel@kellogghansen.com
27 Bradley Oppenheimer (*pro hac vice*)
   boppenheimer@kellogghansen.com
28

3

STIPULATION & [~~PROPOSED~~] ORDER RE FRCP 30(B)(6) DEPOSITION
Case No. 4:18-cv-06753-PJH (RMI)

George Rapawy (*pro hac vice*)
grapawy@kellogghansen.com
Bethan R. Jones
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

*Attorneys for Defendants Ripple Labs Inc.,*
*XRP II, LLC, and Bradley Garlinghouse*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

filing of this document has been obtained from the other signatories.

DATED: April 7, 2023        */s/ Nicholas N. Spear*
                                     Nicholas N. Spear

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2023        _____
                                     The Honorable Phyllis J. Hamilton

4
STIPULATION & [PROPOSED] ORDER RE FRCP 30(B)(6) DEPOSITION
Case No. 4:18-cv-06753-PJH (RMI)