UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADI ZAKINOV, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIPPLE LABS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06753-PJH<br><br>**ORDER GRANTING IN PART STIPULATION RE MOTION TO STRIKE BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 235 |

    The parties in the above-captioned case have filed a stipulation to expedite the briefing and hearing schedule on defendants' motion to strike. See Dkt. 235. To the extent the parties seek expedited briefing, the stipulation is GRANTED. Plaintiffs' response shall be filed by April 19, 2023 and defendants' reply shall be filed by April 21, 2023. To the extent the parties seek an expedited hearing so that the motion is heard at the same time as the motion for class certification, that request is DENIED, as the motion will be fully briefed only three business days before the class certification motion hearing. Instead, the motion to strike will be decided on the papers.

    **IT IS SO ORDERED.**

Dated: April 14, 2023

                                        /s/ *Phyllis J. Hamilton*
                                      PHYLLIS J. HAMILTON
                                      United States District Judge