| | |
|---|---|
| DAMIEN J. MARSHALL | MICHAEL K. KELLOGG |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| dmarshall@kslaw.com | mkellogg@kellogghansen.com |
| ANDREW MICHAELSON | REID M. FIGEL |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| amichaelson@kslaw.com | rfigel@kellogghansen.com |
| KING & SPALDING LLP | GREGORY G. RAPAWY |
| 1185 Avenue of the Americas, 34th Floor | (admitted *pro hac vice*) |
| New York, NY 10036 | grapawy@kellogghansen.com |
| Tel: (212) 556-2100; Fax: (212) 556-2222 | BRADLEY E. OPPENHEIMER |
| | (admitted *pro hac vice*) |
| SUZANNE E. NERO (SBN 284894) | boppenheimer@kellogghansen.com |
| snero@kslaw.com | BETHAN R. JONES |
| MEGHAN H. STRONG (SBN 324503) | (admitted *pro hac vice*) |
| mstrong@kslaw.com | bjones@kellogghansen.com |
| KING & SPALDING LLP | KELLOGG, HANSEN, TODD, FIGEL, |
| 50 California Street, Suite 3300 | & FREDERICK, P.L.L.C. |
| San Francisco, CA 94111 | Sumner Square |
| Tel: (415) 318-1200; Fax: (415) 318-1300 | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| ANDREW J. CERESNEY | +1 (202) 326-7900 |
| (admitted *pro hac vice*) | |
| aceresney@debevoise.com | *Counsel for Defendant Ripple Labs Inc.* |
| DEBEVOISE & PLIMPTON LLP | |
| 919 Third Avenue | |
| New York, NY 10022 | |
| Tel: (212) 909-6000; Fax: (212) 909-6836 | |

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| ALL ACTIONS | |
| | Magistrate Judge: Robert M. Illman |

Having reviewed Defendants' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and the Declaration of Suzanne E. Nero in support therefor, Lead Plaintiff's declaration in response, if any, and for good cause appearing, the motion is granted as follows:

| Documents to be Filed Under Seal | Portions to Be Filed Under Seal |
|---|---|
| Joint Letter Brief | Entirety of the document |
| Ex. A, Plaintiff's Response and Objections to Defendant Ripple Labs Inc.'s Second Set of Interrogatories | Entirety of the document |
| Ex. B, Plaintiff's Supplemental Responses and Objections to Defendant Ripple Labs Inc.'s Second Set of Requests for Admission | Entirety of the document |

**IT IS SO ORDERED.**

Date: _____

By: _____
ROBERT M. ILLMAN
United States Magistrate Judge