Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Attorneys for Lead Plaintiff Bradley Sostack*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION,<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**DECLARATION OF NICHOLAS N. SPEAR IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE REBUTTAL REPORT OF PLAINTIFF'S EXPERT**<br><br>Consolidated First Amended Complaint Filed: March 25, 2020 |

I, Nicholas N. Spear, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California, a partner with the law firm of Susman Godfrey L.L.P., and counsel of record for Lead Plaintiff Bradley Sostack. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2.      I make this declaration in support of Lead Plaintiff's "Opposition to Defendants' Motion to Strike Rebuttal Report of Plaintiff's Expert."

3.      Attached as **Exhibit 1** is a true and correct copy of an email chain ending on December 6, 2022.

4.      Attached as **Exhibit 2** is a true and correct copy of Lead Plaintiff's Responses to Defendant Ripple Labs Inc.'s First Set of Interrogatories, served on January 9, 2023.

5.      Attached as **Exhibit 3** is a true and correct copy of the January 20, 2023 deposition transcript of Dr. Steven P. Feinstein.

6.      Attached as **Exhibit 4** is a true and correct copy of the March 8, 2023 deposition transcript of Dr. Mukarram Attari.

7.      On April 4 and 5, 2023, the parties met and conferred over telephone and email about an additional deposition for Dr. Feinstein.  Attaches as **Exhibits 5** and **6** are true and correct copies of email chains, ending on April 5, 2023, relating to these efforts.  In these communications, Defendants' counsel told Lead Plaintiff's counsel that they reserved the right to move to compel an additional deposition if the parties could not agree.  Defendants never informed Lead Plaintiff that they intended to file a motion to strike, and the parties never met and conferred about a motion to strike.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April, 2023, at Los Angeles, California.

*/s/ Nicholas N. Spear*
Nicholas N. Spear