# EXHIBIT 1

# Nick Spear

| | |
|---|---|
| **From:** | Suzanne Nero <snero@kslaw.com> |
| **Sent:** | Tuesday, December 6, 2022 2:00 PM |
| **To:** | Nick Spear; Meghan Strong |
| **Cc:** | Marc Seltzer; Steven Sklaver; Oleg Elkhunovich; Krysta Pachman; james@taylorcopelandlaw.com; Max Ambrose - Taylor-Copeland Law (maxambrose@taylorcopelandlaw.com); Simon DeGeorges; Christopher Maldonado; Damien Marshall; Andrew Michaelson |
| **Subject:** | RE: In re Ripple |

**EXTERNAL Email**

Hi Nick,

Thanks for the update.

With regards to Mr. Sostack, will you let us know where that deposition will take place? Once we know where it will be we will revert back promptly on whether that date works. We do not object to this being Mr. Sostack's single deposition for this case.

With regards to Mr. Feinstein, that date is too close to our opposition deadline. If Mr. Feinstein is not available earlier in January, we propose to push out the briefing deadlines (both the opposition and Plaintiff's reply) by one week to accommodate Mr. Feinstein's schedule. Please advise.

Thanks,
Suzanne

---

**From:** Nick Spear <NSpear@susmangodfrey.com>
**Sent:** Tuesday, December 6, 2022 11:22 AM
**To:** Suzanne Nero <snero@kslaw.com>; Meghan Strong <MStrong@KSLAW.com>
**Cc:** Marc Seltzer <MSeltzer@SusmanGodfrey.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Krysta Pachman <KPachman@susmangodfrey.com>; james@taylorcopelandlaw.com; Max Ambrose - Taylor-Copeland Law (maxambrose@taylorcopelandlaw.com) <maxambrose@taylorcopelandlaw.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>; Christopher Maldonado <CMaldonado@susmangodfrey.com>
**Subject:** RE: In re Ripple

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Suzanne,

Following up on the below. Mr. Sostack is available on January 13, 2023. We do not think there is any basis for deposing Mr. Sostack multiple times, so please confirm that this will be the sole deposition of Mr. Sostack.

Dr. Feinstein has commitments through the first half of January, but is available on January 20, 2023. Please confirm that date will work.

We will follow-up shortly on Mr. Azari.

Sincerely,

1

Nick

**From:** Suzanne Nero <snero@kslaw.com>
**Sent:** Tuesday, November 29, 2022 3:10 PM
**To:** Nick Spear <NSpear@susmangodfrey.com>
**Cc:** Meghan Strong <MStrong@KSLAW.com>
**Subject:** In re Ripple

EXTERNAL Email
Hi Nick,

I hope you had a nice Thanksgiving holiday.  Given the upcoming winter holidays we wanted to start coordinating on dates for depositions of the declarants in support of your class cert motion.  Could you please let us know the availability in the timeframes below for the following depositions:

- Cameron Azari:  January 2-6
- Brad Sostack:  January 9-13
- Steven Feinstein:  January 9-13

Thanks,
Suzanne

**Suzanne E Nero**
*Partner*

T: +1 415 318 1254  |  E: snero@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.