Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br><br>All Actions | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE REBUTTAL REPORT OF PLAINTIFF'S EXPERT** |

11433014v1/016433

[PROPOSED] ORDER

1

The Court, having read and considered Defendants' "Motion to Strike Rebuttal Report of Plaintiff's Expert" and Lead Plaintiff's opposition to the motion, and the accompanying filings, hereby DENIES the motion.

**IT IS SO ORDERED.**

Date: _____        By: _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge