1   DAMIEN J. MARSHALL            MICHAEL K. KELLOGG
    (admitted *pro hac vice*)         (admitted *pro hac vice*)
2   dmarshall@kslaw.com          mkellogg@kellogghansen.com
    ANDREW MICHAELSON            REID M. FIGEL
3   (admitted *pro hac vice*)         (admitted *pro hac vice*)
    amichaelson@kslaw.com        rfigel@kellogghansen.com
4   KING & SPALDING LLP          GREGORY G. RAPAWY
    1185 Avenue of the Americas, 34th Floor   (admitted *pro hac vice*)
5   New York, NY 10036           grapawy@kellogghansen.com
    Tel: (212) 556-2100; Fax: (212) 556-2222   BRADLEY E. OPPENHEIMER
6                                 (admitted *pro hac vice*)
    SUZANNE E. NERO (SBN 284894)   boppenheimer@kellogghansen.com
7   snero@kslaw.com              BETHAN R. JONES
    MEGHAN H STRONG (SBN 324503)   (admitted *pro hac vice*)
8   mstrong@kslaw.com            bjones@kellogghansen.com
    KING & SPALDING LLP          KELLOGG, HANSEN, TODD, FIGEL,
9   50 California Street, Suite 3300   & FREDERICK, P.L.L.C.
    San Francisco, CA 94111      Sumner Square
10  Tel: (415) 318-1200; Fax: (415) 318-1300   1615 M Street, N.W., Suite 400
                                  Washington, D.C. 20036
11  ANDREW J. CERESNEY          Tel: (202) 326-7900
    (admitted *pro hac vice*)
12  aceresney@debevoise.com       *Counsel for Defendant Ripple Labs Inc.*
    DEBEVOISE & PLIMPTON LLP
13  919 Third Avenue
    New York, NY 10022
14  Tel: (212) 909-6000; Fax: (212) 909-6836

15  *Attorneys for Defendants Ripple Labs Inc.,*
    *XRP II, LLC, and Bradley Garlinghouse*

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19

20  In re RIPPLE LABS INC. LITIGATION        Case No. 4:18-cv-06753-PJH

21

22  ─────────────────────────────────        **DEFENDANTS' STATEMENT IN**
                                              **SUPPORT OF LEAD PLAINTIFF'S**
23  This Document Relates to:                 **ADMINISTRATIVE MOTION TO**
                                              **CONSIDER WHETHER ANOTHER**
    ALL ACTIONS                               **PARTY'S MATERIALS SHOULD BE**
24                                            **SEALED**

25

26

27

28

Pursuant to Northern District of California Civil Local Rules 7-11, 79-5(c), 79-5(f), and this Court's Standing Order, Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Ripple") respectfully submit this statement and declaration in response to Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (ECF No. 239).

Lead Plaintiff's Motion to Seal seeks to redact portions of Joint Letter Brief filed on April 17, 2023 and accompanying Exhibit A (the "Protected Materials"), described in greater detail below. Ripple designated these documents as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order as Modified by the Court ("Protective Order"), Dkt. 143, and Lead Plaintiff was thus compelled to file these documents under seal. Ripple now submits this statement and accompanying declaration in support of the Motion to Seal.

In the Ninth Circuit, "when a party attaches a sealed discovery document to a non-dispositive motion, the usual presumption of the public's right of access is rebutted." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A showing of "'good cause' suffices to warrant preserving the secrecy of [such] sealed discovery material attached to non-dispositive motions." *Id.*

Under the "good cause" standard, a party seeking to file documents under seal pursuant to that standard must make a "particularized showing" under the "good cause standard of Rule 26(c)." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citations and quotation marks omitted). The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

For the reasons stated below, it is appropriate to seal the Protected Materials because the "good cause" standard is met.

The Protected Materials contain information Ripple considers to be highly sensitive and confidential information, the disclosure of which could result in competitive harm to Ripple. The Protected Materials should be sealed for the reasons set forth in the below chart:

| Type of Material Defendants Seek to Seal | Page/Paragraph/Exhibit Numbers to be Redacted or Sealed in Full |
|---|---|
| Documents or portions thereof describing or providing detailed information on Ripple's trade secret business information and highly sensitive internal strategy information, disclosure of which would be very likely to result in unjustified competitive harm. | Highlighted portions of Joint Letter Brief at pages 1, 2, 3, and 6.<br><br>Exhibit A to Joint Letter Brief. |

For the reasons stated above, Ripple respectfully requests that the Court grant the Motion to Seal and allow the Protected Materials to remain under seal.

DATED: April 21, 2023                KING & SPALDING LLP


By:   /s/ Meghan H. Strong
      Meghan H. Strong

      DAMIEN J. MARSHALL (admitted pro hac vice)
      dmarshall@kslaw.com
      ANDREW MICHAELSON (admitted pro hac vice)
      amichaelson@kslaw.com
      KING & SPALDING LLP
      1185 Avenue of the Americas, 34th Floor
      New York, NY 10036
      Tel: (212) 556-2100; Fax: (212) 556-2222

      SUZANNE E. NERO (SBN 284894)
      snero@kslaw.com
      MEGHAN H STRONG (SBN 324503)
      mstrong@kslaw.com
      KING & SPALDING LLP
      50 California St., Suite 3300
      San Francisco, CA 94111
      Tel: (415) 318-1200; Fax: (415) 318-1300

      ANDREW J. CERESNEY (admitted pro hac vice)

aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,*
*XRP II, LLC, and Bradley Garlinghouse*

MICHAEL K. KELLOGG
(admitted pro hac vice)
mkellogg@kellogghansen.com
REID M. FIGEL
(admitted pro hac vice)
rfigel@kellogghansen.com
GREGORY G. RAPAWY
(admitted pro hac vice)
grapawy@kellogghansen.com
BRADLEY E. OPPENHEIMER
(admitted pro hac vice)
boppenheimer@kellogghansen.com
BETHAN R. JONES
(admitted pro hac vice)
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900

*Counsel for Defendant Ripple Labs Inc.*

1

**CERTIFICATE OF SERVICE**

2         I hereby certify that on April 21, 2023, I electronically filed the foregoing document with

3    the clerk of the Court and served counsel of record via the CM/ECF system.

4

5                                            */s/ Meghan H. Strong*
                                             Meghan H. Strong

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28