**EXHIBIT A**

| | | |
|---|---|---|
| 1 | DAMIEN J. MARSHALL | MICHAEL K. KELLOGG |
| | (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| 2 | dmarshall@kslaw.com | mkellogg@kellogghansen.com |
| | ANDREW MICHAELSON | REID M. FIGEL |
| 3 | (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| | amichaelson@kslaw.com | rfigel@kellogghansen.com |
| 4 | KING & SPALDING LLP | GREGORY G. RAPAWY |
| | 1185 Avenue of the Americas, 34th Floor | (admitted *pro hac vice*) |
| 5 | New York, NY 10036 | grapawy@kellogghansen.com |
| | Tel: (212) 556-2100; Fax: (212) 556-2222 | BRADLEY E. OPPENHEIMER |
| 6 | | (admitted *pro hac vice*) |
| | SUZANNE E. NERO (SBN 284894) | boppenheimer@kellogghansen.com |
| 7 | snero@kslaw.com | BETHAN R. JONES |
| | MEGHAN H STRONG (SBN 324503) | (admitted *pro hac vice*) |
| 8 | mstrong@kslaw.com | bjones@kellogghansen.com |
| | KING & SPALDING LLP | KELLOGG, HANSEN, TODD, FIGEL, |
| 9 | 50 California Street, Suite 3300 | & FREDERICK, P.L.L.C. |
| | San Francisco, CA 94111 | Sumner Square |
| 10 | Tel: (415) 318-1200; Fax: (415) 318-1300 | 1615 M Street, N.W., Suite 400 |
| | | Washington, D.C. 20036 |
| 11 | ANDREW J. CERESNEY | Tel: (202) 326-7900 |
| | (admitted pro hac vice) | |
| 12 | aceresney@debevoise.com | *Counsel for Defendant Ripple Labs Inc.* |
| | DEBEVOISE & PLIMPTON LLP | |
| 13 | 919 Third Avenue | |
| | New York, NY 10022 | |
| 14 | Tel: (212) 909-6000; Fax: (212) 909-6836 | |

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to:<br>ALL ACTIONS | **DECLARATION OF ANA GUARDADO IN SUPPORT OF LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Ana Guardado, declare as follow:

1. I am Litigation Director at Ripple Labs Inc. I make this declaration in support of Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed ("Motion to Seal"), Dkt. 239. Based on my personal experience, knowledge, and review of the files, records, and communications in this case, I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would testify competently to those facts under oath.

2. Lead Plaintiff's Motion to Seal seeks to redact portions of Joint Letter Brief filed on April 17, 2023 and accompanying Exhibit A (the "Protected Materials"), described in greater detail below. Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Ripple") designated these documents as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Stipulated Protective Order as Modified by the Court ("Protective Order"), Dkt. 143. I now submit this declaration in support of the Motion to Seal.

3. I have reviewed each portion of the Protected Materials, which contain information Ripple considers to be highly sensitive and confidential information, the disclosure of which could result in competitive harm to Ripple. I submit that the Protected Materials should be sealed for the reasons set forth in the below chart:

| Type of Material Defendants Seek to Seal | Page/Paragraph/Exhibit Numbers to be Redacted or Sealed in Full |
|---|---|
| Documents or portions thereof describing or providing detailed information on Ripple's trade secret business information and highly sensitive internal strategy information, disclosure of which would be very likely to result in unjustified competitive harm. | Highlighted portions of Joint Letter Brief at pages 1, 2, 3, and 6.<br>Exhibit A to Joint Letter Brief. |

4. Ripple respectfully requests that the Court grant the Motion to Seal and allow the Protected Materials to remain under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2023, in San Francisco, California.

*Ana Guardado*
Ana Guardado