| | |
|---|---|
| DAMIEN J. MARSHALL<br>(admitted *pro hac vice*)<br>dmarshall@kslaw.com<br>ANDREW MICHAELSON<br>(admitted *pro hac vice*)<br>amichaelson@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: (212) 556-2100; Fax: (212) 556-2222<br><br>SUZANNE E. NERO (SBN 284894)<br>snero@kslaw.com<br>MEGHAN H STRONG (SBN 324503)<br>mstrong@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax: (415) 318-1300<br><br>ANDREW J. CERESNEY<br>(admitted pro hac vice)<br>aceresney@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6000; Fax: (212) 909-6836 | MICHAEL K. KELLOGG<br>(admitted *pro hac vice*)<br>mkellogg@kellogghansen.com<br>REID M. FIGEL<br>(admitted *pro hac vice*)<br>rfigel@kellogghansen.com<br>GREGORY G. RAPAWY<br>(admitted *pro hac vice*)<br>grapawy@kellogghansen.com<br>BRADLEY E. OPPENHEIMER<br>(admitted *pro hac vice*)<br>boppenheimer@kellogghansen.com<br>BETHAN R. JONES<br>(admitted *pro hac vice*)<br>bjones@kellogghansen.com<br>KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br><br>*Counsel for Defendant Ripple Labs Inc.* |

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

1    Pursuant to Civil Local Rule 79-5(f), on April 17, 2023, Lead Plaintiff Bradley Sostack
2  filed an Administrative Motion to File Under Seal Materials relating to the Joint Letter Brief
3  filed on April 17, 2023 ("Motion to Seal"). The documents contain and describe information
4  designated by Defendants as CONFIDENTIAL or HIGHLY CONFIDENTIAL –
5  ATTORNEY'S EYES ONLY under the Stipulated Protective Order as Modified by the Court,
6  Dkt. 143. On April 21, 2023, pursuant to Civil Local Rules 79-5(f)(3) and 79-5(c), Defendants
7  filed a statement and declaration in support of the Motion to Seal detailing why the sealed
8  materials should be sealed. Having reviewed Lead Plaintiff's Motion to Seal and Defendants'
9  statement and declaration in support, the Motion is granted as follows:

| Type of Material Defendants Seek to Seal | Page/Paragraph/Exhibit Numbers to be Redacted or Sealed in Full |
|---|---|
| Documents or portions thereof describing or providing detailed information on Ripple's trade secret business information and highly sensitive internal strategy information, disclosure of which would be very likely to result in unjustified competitive harm. | Highlighted portions of Joint Letter Brief at pages 1, 2, 3, and 6. Exhibit A to Joint Letter Brief. |

**IT IS SO ORDERED.**

Date:                                                    By:_____
                                                              ROBERT M. ILLMAN
                                                              United States Magistrate Judge