| | |
|---|---|
| DAMIEN J. MARSHALL<br>(admitted *pro hac vice*)<br>dmarshall@kslaw.com<br>ANDREW MICHAELSON<br>(admitted *pro hac vice*)<br>amichaelson@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: (212) 556-2100; Fax: (212) 556-2222<br><br>SUZANNE E. NERO (SBN 284894)<br>snero@kslaw.com<br>MEGHAN H. STRONG (SBN 324503)<br>mstrong@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax: (415) 318-1300<br><br>ANDREW J. CERESNEY<br>(admitted *pro hac vice*)<br>aceresney@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6000; Fax: (212) 909-6836<br><br>*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse* | MICHAEL K. KELLOGG<br>(admitted *pro hac vice*)<br>mkellogg@kellogghansen.com<br>REID M. FIGEL<br>(admitted *pro hac vice*)<br>rfigel@kellogghansen.com<br>GREGORY G. RAPAWY<br>(admitted *pro hac vice*)<br>grapawy@kellogghansen.com<br>BRADLEY E. OPPENHEIMER<br>(admitted *pro hac vice*)<br>boppenheimer@kellogghansen.com<br>BETHAN R. JONES<br>(admitted *pro hac vice*)<br>bjones@kellogghansen.com<br>KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br><br>*Counsel for Defendant Ripple Labs Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**DECLARATION OF ANDREW MICHAELSON ISO DEFENDANTS' REPLY ISO MOTION TO STRIKE REBUTTAL REPORT OF PLAINTIFF'S EXPERT** |

# DECLARATION OF ANDREW MICHAELSON

I, Andrew Michaelson, declare as follows:

1. I am a member of the bar of the state of New York and admitted *pro hac vice* to practice before this Court. I am a partner in the law firm of King & Spalding LLP and counsel for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants") in the above-captioned action. I have personal knowledge of the following facts and, if called as a witness, could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' Reply in Support of Motion to Strike Rebuttal Report of Plaintiff's Expert.

2. On April 5, 2023, I participated in a meet-and-confer call with Plaintiff's counsel regarding the Rebuttal Report submitted by Plaintiff's expert with Plaintiff's Reply in Support of Class Certification. During that call, I articulated the unfairness presented by Plaintiff's reliance on Dr. Feinstein's Rebuttal Report, including because it presented new opinions. I stated that Dr. Feinstein presented new opinions in rebuttal to the report of Dr. Attari, Defendants' expert, and also that Dr. Feinstein attempted to expand upon the opinions concerning a common methodology to calculate damages presented in his initial report. In an attempt to resolve this issue, I requested that Plaintiff make Dr. Feinstein available for a deposition on the opinions expressed in his Rebuttal Report.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an emails exchanged between counsel on April 4 and 5, 2023. This is the same chain contained in Plaintiff's Exhibit 5 but contains Plaintiff's counsel's final response to my email, which was not contained in Plaintiff's Exhibit 5.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Deposition of Dr. Mukarram Attari, taken on March 8, 2023.

///

///

///

///

1  I declare under penalty of perjury pursuant to the laws of the State of California that the
2  foregoing is true and correct.
3  Executed this 21st day of April 2023, at New York, New York.

_____
Andrew Michaelson