# EXHIBIT 2

**In the Matter Of:**

*IN RE MATTER OF RIPPLE LABS*

*MUKARRAM ATTARI, PH.D.*

*March 08, 2023*



Confidential          Mukarram Attari, PH.D. - March 08, 2023

```
                                                              1
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4

 5

 6   IN RE MATTER OF:            )
                                 )
 7   RIPPLE LABS INC. LITIGATION )
                                 ) CASE NO. 4:18-cv-06753-PJH
 8   _____)

 9

10

11                   *** CONFIDENTIAL ***

12

13      VIDEOTAPED DEPOSITION OF MUKARRAM ATTARI, Ph.D.

14               REMOTE VIA VIDEOCONFERENCE

15                  Wednesday, March 8, 2023

16

17

18

19

20   Stenographically Reported by:

21   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
22   California CSR License #11600
     Oregon CSR License #21-0005
23   Washington License #21009491
     Nevada CCR License #980
24   Texas CSR License #10725

25   Job No.:  2023-884741
```

Confidential          Mukarram Attari, PH.D. - March 08, 2023

53

1   Q.   Have you ever been an expert in a case where
2   he's an expert?
3   A.   I don't recall.
4   Q.   Do you know him professionally?
5   A.   I don't know him.
6   Q.   And you are aware that Dr. Feinstein submitted
7   a report in this action?
8   A.   I'm aware of that.
9   Q.   Did you -- and you reviewed that report?
10  A.   I recall reviewing the report.
11  Q.   And this was prior to submitting your expert
12  report; correct?
13  A.   This was prior to submitting my expert report.
14  Q.   So I'm going to show previously marked
15  Exhibit 10.  This is Exhibit 62 to Plaintiff's Motion
16  for Class Certification.  And this is the expert report
17  of Dr. Steven Feinstein.  You see that?
18  A.   Okay.  Yes.
19  Q.   You're not offering any opinions about
20  Dr. Feinstein's report; correct?
21  A.   Correct; I'm not offering any opinions about
22  Dr. Feinstein's report.
23  Q.   You're not critiquing any of Dr. Feinstein's
24  analysis; correct?
25  A.   I'm not --

54

```
 1          MR. MICHAELSON:  Objection.  Form.
 2          THE WITNESS:  I'm not offering any opinions
 3   about Dr. Feinstein's report.
 4      Q.   (By Mr. Spear)  In Appendix 2 of your report,
 5   you note that you also reviewed the deposition of
 6   Dr. Steven Feinstein.
 7      A.   Yes.
 8      Q.   You're not offering any opinions about the
 9   Feinstein deposition; correct?
10      A.   I am not offering any opinions about the
11   Feinstein deposition.
12      Q.   Let me ask that question a little better.
13           You're not offering any opinions about
14   Dr. Feinstein's testimony in that deposition; correct?
15      A.   I'm not offering any opinions about the
16   deposition or the testimony in that deposition.
17      Q.   Makes my life easier.
18           Let's go back to your report, Paragraph 7.
19      A.   Okay.
20      Q.   Can you please read Paragraph 7 out loud.
21      A.   All of it?
22      Q.   Yes, please.
23      A.   Okay.
24           "I have been asked by counsel for Defendants
25   Ripple Labs, Inc., defined as Ripple, its wholly owned
```

148

1     I, HEATHER J. BAUTISTA, CSR No. 11600, Certified
2  Shorthand Reporter, certify:
3     That the foregoing  proceedings were taken before
4  me at the time and place therein set forth, at which
5  time the witness declared under penalty of perjury; that
6  the testimony of the witness and all objections made at
7  the time of the examination were recorded
8  stenographically by me and were thereafter transcribed
9  under my direction and supervision;
10    That the foregoing is a full, true, and correct
11 transcript of my shorthand notes so taken and of the
12 testimony so given;
13    (  ) Reading and signing was requested/offered.
14    (XX) Reading and signing was not requested/offered.
15    (  ) Reading and signing was waived.
16    I further certify that I am not financially
17 interested in the action, and I am not a relative or
18 employee of any attorney of the parties, nor of any of
19 the parties.
20    I declare under penalty of perjury under the laws
21 of California that the foregoing is true and correct.
22
23    Dated:    March 14, 2023
24
25            *Heather Bautista*
              HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR