April 24, 2023

**DISCOVERY MATTER**

<u>BY ECF</u>
Honorable Robert M. Illman
United States District Court
Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave
McKinleyville, CA 95519

     Re:   *In re Ripple Labs Inc. Litigation*, Case No. 4:18-cv-06753-PJH-RMI

Dear Judge Illman:

Pursuant to the Court's instructions and minute order, ECF No. 244, the parties met and conferred via telephone on April 20, 2023 and again via email in the days that followed. The Parties have resolved their disputes as to all discovery requests except for Plaintiff's Interrogatories No. 12 and 14, which the parties previously addressed in ECF No. 239. The parties respectfully request the Court's assistance to resolve the disputes over those two interrogatories.

                                 Sincerely,

                                 */s/ Meghan H. Strong*

                                 Damien J. Marshall (*pro hac vice*)
                                 dmarshall@kslaw.com
                                 Andrew Michaelson (*pro hac vice*)
                                 amichaelson@kslaw.com
                                 KING & SPALDING LLP
                                 1185 Avenue of the Americas, 34th Floor
                                 New York, NY 10036
                                 Tel: (212) 556-2100; Fax: (212) 556-2222

                                 Suzanne E. Nero (SBN 284894)
                                 snero@kslaw.com
                                 Meghan H. Strong (SBN 324503)
                                 mstrong@kslaw.com
                                 KING & SPALDING LLP
                                 50 California St., Suite 3300
                                 San Francisco, CA 94111
                                 Tel: (415) 318-1200; Fax: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Reid M. Figel (pro hac vice)
rfigel@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
George Rapawy (*pro hac vice*)
grapawy@kellogghansen.com
Bethan R. Jones
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

*Counsel for Ripples Labs Inc.*

 /s/ James Q. Taylor-Copeland            

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100

Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
Max Ambrose (SBN 320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
maxambrose@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

        */s/ Meghan H. Strong*
        Meghan H. Strong