**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

### CIVIL MINUTES

**Date: April 26, 2023 (Time: 1 hour, 17 minutes)    JUDGE:  Phyllis J. Hamilton**

**Case No:18-cv-06753-PJH**
**Case Name: Zakinov, et al v. Ripple Labs, Inc., et al**

**Attorney(s) for Plaintiff:          Nicholas Spear; James Taylor-Copeland; Steven**
**                                                    Sklaver; Oleg Elkhunovich**
**Attorney(s) for Defendant:       Andrew Michaelson; Damien Marshall; Bradley**
**                                                    Oppenheimer; Meghan Strong; Bethan Jones**

**Deputy Clerk: Kelly Collins            Court Reporter: Raynee Mercado**

### PROCEEDINGS

Plaintiff's Motion for Class Certification-HELD. The Court takes the matter under submission.

**Order to be prepared by:   [] Pl [] Def [X] Court**

**Notes:**

**cc: chambers**