**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 4:18-cv-06753-PJH<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER REGARDING DISCOVERY JOINT LETTER MOTIONS (ECF NOS. 238 & 239)<br><br>Magistrate Judge: Robert M. Illman |

Having reviewed the parties' Joint Discovery Motions regarding Defendants' Interrogatory 15 and Requests for Admission 138-140 (ECF No. 238) and Plaintiff's Interrogatories 5-7, 12, and 14 (ECF No. 239), and for good cause appearing, the Court orders as follows:

1. Defendants' request that Plaintiff provide further responses to Ripple Labs Inc.'s Interrogatory 15 and Requests for Admission 138-140 (ECF No. 238) is denied as moot.

2. Plaintiff's request that Defendants provide further responses to Plaintiff's Interrogatories 5-7 (ECF No. 239) is denied as moot.

3. Plaintiff's request that Defendants provide a further response to Interrogatory 12 is denied.

4. Plaintiff's request that Defendants provide a further response to Interrogatory 14 is granted in part, with the time period limited to November 1, 2014, through December 31, 2017 and a pause defined as any period over a week. Defendants shall thus answer the following Interrogatory: From November 1, 2014 through December 31, 2017, for each instance in which You directed a MARKET MAKER to pause programmatic sales of XRP and such pause lasted for more than a week, identify the MARKET MAKER, the date You directed programmatic sales be paused, the reason You directed programmatic sales be paused, and the date You directed programmatic sales resume.

///

///

**IT IS SO ORDERED**

Dated: _____ May 4th, 2023

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge