1   Marc M. Seltzer (54534)
    mseltzer@susmangodfrey.com
2   Steven G. Sklaver (237612)
    ssklaver@susmangodfrey.com
3   Oleg Elkhunovich (269238)
    oelkhunovich@susmangodfrey.com
4   Krysta Kauble Pachman (280951)
    kpachman@susmangodfrey.com
5   Nicholas N. Spear (304281)
    nspear@susmangodfrey.com
6   SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars, Suite 1400
7   Los Angeles, CA  90067-6029
    Telephone: (310) 789-3100
8   Facsimile: (310) 789-3150

9   James Q. Taylor-Copeland (284743)
    james@taylorcopelandlaw.com
10  Max Ambrose (320964)
    maxambrose@taylorcopelandlaw.com
11  TAYLOR-COPELAND LAW
    501 W. Broadway, Suite 800
12  San Diego, CA 92101
    Telephone: (619) 400-4944
13  Facsimile: (619) 566-4341

14  *Counsel for Lead Plaintiff Bradley Sostack*

15  *[Additional counsel on signature page]*

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18                     **OAKLAND DIVISION**

19

20  In re RIPPLE LABS, INC. LITIGATION        Case No. 4:18-cv-06753-PJH

21  _____          CLASS ACTION

22  This Document Relates To:                 **JOINT STIPULATION **AS MODIFIED
                                              BY THE COURT** AND [PROPOSED]
23  All Actions                               ORDER MODIFYING CASE SCHEDULE**

24  _____

25

26

27

28

Lead Plaintiff Bradley Sostack and Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

1.      On March 27, 2023, the Court issued an order modifying the case schedule.  Dkt. 217.  Pursuant to this order, the non-expert fact discovery cut-off was April 10, 2023, with any motion to compel due by April 17, 2023.  *Id.*  The order further set May 8, 2023 as the deadline for Lead Plaintiff's expert disclosures, June 9, 2023 as the deadline for Defendants' expert disclosures, July 10, 2023 as the deadline for Lead Plaintiff's rebuttal disclosures, and August 7, 2023 as the close of expert discovery.  *Id.*

2.      The Parties have been diligently and cooperatively engaged in completing fact discovery, including extensive meet-and-confer efforts to minimize and resolve discovery disputes.  The Parties have also worked diligently and cooperatively with third-party subpoena recipients to receive access to documents and data from these third parties without the need for court intervention.

3.      Despite the Parties' efforts, there remain several outstanding fact discovery issues.

4.      First, on April 17, 2023, the Parties filed motions to compel.  Dkts. 238–40.  After a hearing with Magistrate Judge Illman, Dkts. 241, 244, the Parties continued to meet and confer and have been able to further narrow their disputes, and have agreed to an exchange of supplemental discovery responses.  The Parties have a hearing with Judge Illman on May 2, 2023 to address the few remaining discovery disputes.  Dkt. 249.

5.      Second, while the Parties have been able to reach agreements with third parties on the outstanding subpoena requests, the third-party digital asset exchanges are still completing transactional data productions.   A large data production from one third-party digital asset exchange—containing approximately 2.5 million transactional records—was received on April 21, 2023.  The Parties further expect another large production from a different third-party digital asset exchange to be produced by May 1, 2023.

6.     The Parties have met and conferred and agree that additional time is warranted to incorporate information obtained from these efforts into the upcoming expert reports.  This additional time will reduce the burden on the Parties, minimize the need for supplementation of discovery responses and expert reports, and potentially reduce the burden on the Court by narrowing or averting future disputes about discovery responses and expert reports.

7.     The Parties have therefore agreed to extensions of the expert deadlines, which will give all Parties sufficient time to produce expert reports.  Due to the proximity of the summary judgment deadlines to the expert discovery deadlines, and the Court's practice of hearing dispositive motions at least 120 days before trial (*see* Dkt. 158), the proposed extensions also apply to the summary judgment deadlines and trial setting.

8.     The Parties stipulate and agree and request that, for good cause shown on the basis of the facts set forth above, the Court modify the pretrial schedule as follows:

| **Deadline** | **Current Schedule** | **New Agreed Date** |
|---|---|---|
| Plaintiff's Expert Disclosures | 5/8/23 | 6/7/23 |
| Defendants' Expert Disclosures | 6/9/23 | 7/18/23 |
| Plaintiff's Rebuttal Disclosures | 7/10/23 | 8/16/23 |
| Close of Expert Discovery | 8/7/23 | 9/13/23 |
| Dispositive Motions Due | 9/11/23 | ~~10/18/23~~ 10/19/2023 |
| Dispositive Opps | 10/10/23 | 11/16/23 |
| Dispositive Replies | 11/7/23 | 12/14/23 |
| Dispositive Motion Hearing Date | 12/13/23 | ~~1/22/24~~ 1/25/2024 |
| Pretrial Conference | 3/18/24 | 5/2/24 |
| Trial Date | 4/15/24 | 6/3/24 |

9. The Court has modified the schedule on four prior occasions. First, the Court granted-in-part the Parties' stipulation regarding a modified case schedule in February 2022. Dkts. 157–58. Second, the Court granted the Parties' stipulation to extend the deadlines for the class certification opposition and reply by one week in December 2022. Dkt. 185. Third, the Court granted Lead Plaintiffs' request for limited post-certification discovery. Dkt. 216. Fourth, the Court granted-in-part the Parties' stipulation regarding a modified case schedule on March 27, 2023. Dkt. 217.

Dated: April 28, 2023

By: */s/ Nicholas N. Spear*

Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

By: */s/ Andrew Michaelson*

Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com

3

KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

Suzanne E. Nero (284894)
snero@kslaw.com
Meghan Strong (324503)
mstrong@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Ryan Figel (*pro hac vice*)
rfigel@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
Bethan Jones (*pro hac vice*)
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036
Tel: (202) 326-7900

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

1

### **ATTESTATION**

2          Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3   filing of this document has been obtained from the other signatories.

4   Dated: April 28, 2023                    _/s/ Nicholas N. Spear_____

5                                            Nicholas N. Spear

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION & [PROPOSED] ORDER MODIFYING CASE SCHEDULE
4:18-cv-06753-PJH

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AS MODIFIED BY THE COURT, IT IS SO ORDERED.


Dated:_____May 8_____, 2023          _____

                                           HON. PH...
                                           United Sta...

IT IS SO ORDERED

Judge Phyllis J. Hamilton

JOINT STIPULATION & [PROPOSED] ORDER MODIFYING CASE SCHEDULE
4:18-cv-06753-PJH