| | |
|---|---|
| DAMIEN J. MARSHALL<br>(admitted *pro hac vice*)<br>dmarshall@kslaw.com<br>ANDREW MICHAELSON<br>(admitted *pro hac vice*)<br>amichaelson@kslaw.com<br>KING & SPALDING LLP<br>1185 Avenue of the Americas, 34th Floor<br>New York, NY 10036<br>Tel: (212) 556-2100; Fax: (212) 556-2222<br><br>LISA BUGNI (SBN 323962)<br>lbugni@kslaw.com<br>MEGHAN H. STRONG (SBN 324503)<br>mstrong@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200; Fax: (415) 318-1300<br><br>ANDREW J. CERESNEY<br>(admitted *pro hac vice*)<br>aceresney@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Tel: (212) 909-6000; Fax: (212) 909-6836<br><br>*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse* | MICHAEL K. KELLOGG<br>(admitted *pro hac vice*)<br>mkellogg@kellogghansen.com<br>REID M. FIGEL<br>(admitted *pro hac vice*)<br>rfigel@kellogghansen.com<br>GREGORY G. RAPAWY<br>(admitted *pro hac vice*)<br>grapawy@kellogghansen.com<br>BRADLEY E. OPPENHEIMER<br>(admitted *pro hac vice*)<br>boppenheimer@kellogghansen.com<br>BETHAN R. JONES<br>(admitted *pro hac vice*)<br>bjones@kellogghansen.com<br>KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br><br>*Counsel for Defendant Ripple Labs Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:18-cv-06753-PJH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants") submit this Notice of Substitution of Counsel and Notice of Appearance in the above-captioned litigation. Lisa Bugni hereby enters her appearance as additional counsel for Defendants and enters a substitution of attorney in place of Suzanne E. Nero. Defendants will continue to be represented by Damien J. Marshall, Andrew Michaelson and Meghan Strong of King & Spalding LLP, who have each previously entered their appearances in this action.

Defendants' other counsel remains unchanged. Andrew Ceresney of Debevoise & Plimpton LLP continues to represent Defendants. Michael Kellogg, Reid Figel, Gregory Rapawy, Bradley Oppenheimer, and Bethan Jones of Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C. continue to represent Ripple Labs Inc.

Accordingly, Defendants respectfully request that Ms. Nero be removed from the Court's electronic mail notice list and counsel's service lists. Ms. Bugni's contact information for service is as follows:

LISA BUGNI
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   (415) 318-1200
Facsimile:   (415) 318-1300
Email:       lbugni@kslaw.com

Dated: May 9, 2023                     Respectfully submitted,

                                       By: */s/ Lisa Bugni*
                                       LISA BUGNI (SBN 323962)

                                       *Attorney for Defendants Ripple Labs Inc.,
                                       XRP II, LLC, and Bradley Garlinghouse*