UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADI ZAKINOV, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIPPLE LABS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06753-PJH<br><br>**ORDER RE JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**<br><br>Re: Dkt. No. 297 |

The parties in the above-captioned case have filed a joint administrative motion to exceed page limits for the parties' motions for summary judgment, and to modify the briefing schedule for Daubert motions. The parties' joint motion is GRANTED in part, as follows: (1) the memoranda in support of, and in opposition to, motions for summary judgment shall not exceed 50 pages, and replies shall not exceed 30 pages, and (2) <u>all</u> Daubert motions shall be noticed for May 30, 2024 and briefed on the same schedule as dispositive motions. Because the court anticipates that the parties' pretrial filings will be voluminous, and would prefer to resolve Daubert motions earlier than the pretrial conference, the court orders that all Daubert motions must be briefed on the same schedule as dispositive motions, and the court will not consider any additional Daubert motions filed after the dispositive motion dates.

**IT IS SO ORDERED.**

Dated: November 20, 2023

                                                      /s/ *Phyllis J. Hamilton*
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge