# Exhibit 1

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

_____

In re RIPPLE LABS INC.      ) Case No. 4:18-cv-

LITIGATION                  ) 06753-PJH

_____ )

This Document Relates to:  )

ALL ACTIONS                 )

_____ )

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SAIFEDEAN AMMOUS, PhD

LOS ANGELES, CALIFORNIA

WEDNESDAY, DECEMBER 13, 2023

9:08 A.M.

Reported by: Leslie A. Todd, CSR No. 5129 and RPR

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1      Deposition of SAIFEDEAN AMMOUS, PhD, held at

2    the offices of:

3

4

5              KING & SPALDING LLP

6              LOS ANGELES OFFICE

7              633 West 5th Street

8              Suite 1600

9              Los Angeles, California 90071

10

11

12

13

14      Pursuant to notice, before Leslie Anne Todd,

15    California Certified Shorthand Reporter in and for

16    the State of California, who officiated in

17    administering the oath to the witness.

18

19

20

21

22

Page 3

1              A P P E A R A N C E S

2

3    On Behalf of Lead Plaintiff and Certified Class:

4        OLEG ELKHUNOVICH, ESQUIRE

         MICHAEL TAYAG, ESQUIRE

5        SUSMAN GODFREY LLP

         1900 Avenue of the Stars, Suite 1400

6        Los Angeles, California 90067

7        (310) 789-3193

8        mtayag@susmangodfrey.com

9        oelkhunovich@susmangodfrey.com

10

11   On Behalf of Defendant Ripple Labs Inc.:

12       BRADLEY OPPENHEIMER, ESQUIRE

13       JUSTIN BERG, ESQUIRE

14       KELLOGG HANSEN TODD FIGEL & FREDERICK

15       1615 M Street, N.W., Suite 400

16       Washington, D.C. 20036

17       (202) 326-7968

18       boppenheimer@kellogghansen.com

19       jberg@kellogghansen.com

20

21   ALSO PRESENT:

22       JINAH CHOI, Videographer

Page 4

1                         C O N T E N T S

2    EXAMINATION OF SAIFEDEAN AMMOUS, PhD           PAGE

3        By Mr. Oppenheimer                          9

4

5                         E X H I B I T S

6                 (Attached to transcript)

7    AMMOUS DEPOSITION EXHIBITS                      PAGE

8    No. 175   Twitter posts                          23

9    No. 176   Twitter posts                          25

10   No. 177   Transcript of interview of Jeff

11             Deist by Saifedean Ammous:  Sound

12             Economics in a Confused World          28

13   No. 178   Twitter posts                          53

14   No. 179   Twitter posts                          54

15   No. 180   URL of podcast interview of

16             Jeff Davidson by Saifedean Ammous      56

17   No. 181   Podcast interview of Jeff Davidson

18             by Saifedean Ammous                    56

19   No. 182   XRP Market Structure Working Paper:

20             A Macroeconomic Perspective,

21             beginning Bates No. RPLI_00499634     130

22

Page 5

1              E X H I B I T S   C O N T I N U E D

2                  (Attached to transcript)

3     AMMOUS DEPOSITION EXHIBITS                           PAGE

4     No. 183   Columbia University Center on

5               Capitalism and Society Working

6               Paper No. 92, August 2016:  Can

7               Cryptocurrencies fulfil the

8               functions of money? by

9               Dr. Saifedean Ammous                       203

10    No. 184   Insights "On-Demand Liquidity

11              Spans Worldwide," November 2022    206

12    No. 185   Twitter posts                              229

13    No. 186   Twitter posts                              237

14    No. 187   Twitter posts                              241

15    No. 188   Twitter posts                              242

16    No. 189   Twitter posts                              246

17    No. 190   Twitter posts                              249

18    No. 191   Twitter posts                              252

19    No. 192   Twitter posts                              254

20    No. 193   Book written by Saifedean Ammous:

21              Principles of Economics                    258

22

Page 6

1              E X H I B I T S   C O N T I N U E D

2                   (Attached to transcript)

3    AMMOUS DEPOSITION EXHIBITS                        PAGE

4    No. 194   Book written by Saifedean Ammous:

5              The Fiat Standard, The Debt

6              Slavery Alternative to Human

7              Civilization                            259

8    No. 195   Article by Joakim Book, March 10,

9              2022: Everything is the Fed's Fault:

10             A Review of the Fiat Standard           265

11   No. 196   Book written by Saifedean Ammous:

12             The Bitcoin Standard                    269

13   No. 197   Article by David Gerard, 7th April

14             2018: Saifedean Ammous: The Bitcoin

15             Standard - Making the Austrian School

16             case for Bitcoin                        271

17   No. 198   David Gerard's profile from

18             Lawrence University                     271

19   No. 199   Twitter posts                          273

20   No. 200   Coppola Comment:  The Bitcoin

21             Standard - a critical review,

22             April 11, 2018                          275

12/13/2023            In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                            Confidential

Page 7

1              E X H I B I T S   C O N T I N U E D

2                  (Attached to transcript)

3    AMMOUS DEPOSITION EXHIBITS                    PAGE

4    No. 201    Twitter posts                      279

5    No. 202    Twitter posts                      280

6    No. 203    Twitter posts                      281

7    No. 204    Twitter posts                      284

8    No. 205    Twitter posts                      288

9    No. 206    Twitter posts                      289

10   No. 207    Twitter posts                      292

11

12

13

14

15

16

17

18

19

20

21

22

Page 8

```
 1                  P R O C E E D I N G S

 2                  ------------------

 3              THE VIDEOGRAPHER:  This is the beginning

 4   of media number 1 in the videotaped deposition of

 5   Dr. Saifedean Ammous taken by counsel for

 6   defendant in the matter of Ripple Labs Inc.

 7   Litigation filed in the United States District

 8   Court, Northern District of California, Oakland

 9   Division, Case No. 4:18-cv-06753-PJH.

10              This deposition is being held at King &

11   Spalding, located at 633 West Fifth Street, Unit

12   1600, Los Angeles, California 90071.  Today's date

13   is December 13th, 2023, and the time on the

14   monitor is 9:09 a.m.

15              My name is Jinah Choi.  I am the

16   videographer, and the court reporter is Leslie

17   Todd, representing Digital Evidence Group.

18              Counsel will state their appearances for

19   the record, after which the court reporter will

20   swear in the witness.

21              MR. ELKHUNOVICH:  Oleg Elkhunovich,

22   Susman Godfrey, on behalf of lead plaintiff and
```

Page 9

1   certified class.

2          MR. TAYAG:  Michael Tayag, Susman

3   Godfrey, class counsel.

4          MR. OPPENHEIMER:  Bradley Oppenheimer

5   from Kellogg Hansen Todd Figel & Frederick for

6   defendant Ripple Labs Inc.  I'm joined by my

7   colleague Justin Berg from the same firm.

8             SAIFEDEAN AMMOUS, PhD,

9       and having been first duly sworn,

10      was examined and testified as follows:

11               EXAMINATION

12  BY MR. OPPENHEIMER:

13      Q     Good morning, Dr. Ammous.  Could you

14  please state your name for the record.

15      A     Saifedean Ammous.

16      Q     And where do you currently live?

17      A     Amman in Jordan.

18      Q     And where do you ordinarily conduct

19  business?

20      A     Amman, where I live.

21      Q     You understand that you're testifying

22  today under the same oath that you would take if

Page 10

1    you were testifying in a courtroom before a jury,

2    right?

3        A      Yes.

4        Q      Is there any reason you can't give

5    truthful and accurate testimony today?

6        A      No.

7        Q      Have you ever been deposed before?

8        A      No.

9        Q      Okay.  It looks like you brought a

10   couple of documents with you.  Can you tell us

11   what those are?

12       A      This is my report and this is

13   Professor Allen Ferrell's report.

14       Q      Have you made any annotations in

15   those copies?

16       A      No.

17       Q      Okay.  So let's start with your

18   report, and we've got a copy that we'll mark as

19   an exhibit for identification.  This will be

20   Exhibit 174.

21              (Exhibit No. 174 was marked for

22              identification.)

Page 11

1   BY MR. OPPENHEIMER:

2        Q     Is Exhibit 174 a copy of the rebuttal

3   report you submitted in this litigation?

4        A     Let me just make sure.  (Peruses

5   document.)

6              Looks like it, yes.

7        Q     And this report is dated August 30th,

8   2023, right?

9        A     Yes.

10       Q     You haven't submitted any supplements

11  or amendments since August 30th, 2023, correct?

12       A     I have not.

13       Q     And you don't currently intend to do

14  so, correct?

15       A     I do not intend to do so.

16       Q     Your August 30th report marked as

17  Exhibit 174 contains all of the expert opinions

18  you intend to offer in this case, right?

19       A     Yes.

20       Q     And it contains all the bases for

21  those opinions, correct?

22       A     I mean, I would imagine that that

Page 12

1    would be difficult.  The basis for that opinion

2    is my 20-year career in this field, which can't

3    all be contained in a report, but it includes a

4    significant -- it includes the reference to all

5    the material that was consulted directly and

6    cited.

7         Q     And your report contains all of the

8    reasoning that you've applied to reach your

9    conclusions in this case?

10        A     Yes.

11        Q     If you look at Exhibit 174, your

12   report, there's an Exhibit A within that.

13        A     Yes.

14        Q     Exhibit A is a copy of your CV,

15   correct?

16        A     Yes.

17        Q     And the CV that you submitted with

18   your report contains all of the credentials you

19   believe to be relevant to your opinions in this

20   case; is that right?

21        A     Yes.

22        Q     Please turn to paragraph 1 of your

Page 13

1    report on page 1.

2          A        Mm-hmm.

3          Q        In paragraph 1, you write:  "I have

4    been asked to offer my expert opinion on and

5    respond to the expert report of Professor Allen

6    Ferrell dated July 18, 2023, in this case."

7                   Does that accurately describe the

8    assignment you were given?

9          A        Yes.

10         Q        And all of the opinions that you're

11   offering in this case are intended to rebut

12   opinions that were offered by Professor Ferrell,

13   correct?

14         A        Correct.

15         Q        You're not here to offer any opinions

16   rebutting the expert reports submitted by any of

17   defendants' other expert witnesses, correct?

18         A        Correct.

19         Q        Let me ask you to turn to paragraph

20   14.

21                  In paragraph 14 you write:  "Based on

22   my qualifications and work experience, I believe

Page 14

1    I am qualified to offer an assessment of the

2    economics of digital assets."

3              Do you see that?

4        A    Yes.

5        Q    What do you mean by the "economics of

6    digital assets" in that paragraph?

7        A    It means the study of the economics

8    of digital assets like Bitcoin, Ripple, Ethereum.

9        Q    I don't mean to be tedious, but I

10   think your answer to what you mean by "the

11   economics of digital assets" was the study of the

12   economics of digital assets.

13             Can you define that term, "the

14   economics of digital assets"?

15       A    So economics is the field of study of

16   human action under the condition of scarcity.

17   And the -- the applications of this field extend

18   to all kinds of avenues of human action.  And

19   digital assets are forms of digital property that

20   are new, and they have economic value and they

21   are scarce, and they are traded, some of them --

22   in exchanges, some of them peer to peer, and so

Page 15

1    they have economics, and I study these economics.

2         Q      Do you understand Professor Ferrell

3    to have offered an opinion on the economics of

4    digital assets in his report?

5         A      I would say yes.

6         Q      Let's turn to paragraph 15, the next

7    paragraph in your report.

8         A      Mm-hmm.

9         Q      There you write:  "I am being

10   compensated at a rate of $500 per hour for my

11   work on this case, including the preparation of

12   this report.  No part of my compensation is

13   contingent on the substance of my opinions or on

14   the outcome of this case."

15               Do you see that?

16        A      Yes.

17        Q      How much time approximately did you

18   spend writing the report in this case?

19        A      Forty-one hours.

20        Q      And how much time have you spent

21   working on this case beyond writing the report?

22        A      I'm guessing around another 30 hours.

Page 16

1          Q       So if my math is right, you've been

2     paid or at least billed something around $35,000;

3     is that right?

4          A       Mmm, yes, sort of.  Well, I haven't

5     billed the final -- the last month or so, I

6     haven't billed it yet, so I've billed less than

7     that.

8          Q       Okay.  Did you do anything to prepare

9     for today's deposition?

10         A       Yes.

11         Q       And what did you do?

12         A       I reread the reports.

13         Q       Anything else?

14         A       That's pretty much it.

15         Q       Did you meet with anyone to prepare

16    for your deposition today?

17         A       Yes, I met with counsel.

18         Q       Approximately how many times?

19         A       We met in person yesterday, and we

20    met over videoconferencing over the past couple

21    of months, I would say -- I don't know exactly

22    how many off the top of my head, but somewhere

Page 17

1    between four and six, I think, times.

2         Q       Roughly how many hours total have you

3    spent meeting with counsel in preparation for

4    your deposition?

5         A       Approximately 12, I'd say.

6         Q       Did you do anything else to prepare

7    for your deposition today?

8         A       I flew in from Amman, Jordan.  That

9    was a 24-hour trip.  I don't know if that counts

10   as preparation, but, yeah, that was for this

11   deposition.

12        Q       Anything else?

13        A       No, that's it.

14        Q       Have you discussed your testimony in

15   this case with anyone other than counsel?

16        A       No.

17        Q       Have you discussed your involvement

18   in this case with anybody other than counsel?

19        A       No.

20        Q       Let's turn back to your CV, Exhibit A

21   to Exhibit 174.

22        A       Mm-hmm.

Page 18

1          Q       Is this a -- is this CV complete and

2    accurate to the best of your knowledge?

3          A       Probably, yes.

4          Q       So let's start with the Education

5    section at the beginning.

6          A       Mm-hmm.

7          Q       Does your -- does the Education

8    section here reflect a complete and accurate list

9    of the degrees that you've obtained?

10         A       Yes.

11         Q       And below that you've got a section

12   called Experience.  Do you see that?

13         A       Yes.

14         Q       Does the Experience section reflect a

15   complete and accurate list of the work experience

16   that you've had since 2001?

17         A       Yes.

18         Q       Below that is a section called

19   Publications.

20         A       Mm-hmm.

21         Q       Does the Publications section contain

22   a complete and accurate list of books and

Page 19

1    articles that you have published?

2         A      Yes.

3         Q      Now, let's turn back to the Education

4    section just for a minute.

5         A      Mm-hmm.

6         Q      Starting at the bottom of this

7    section, you list a Bachelor of Engineering in

8    mechanical engineering from American University

9    in Beirut earned in 2003, right?

10        A      Yes.

11        Q      And that was followed by an MSc in

12   development management in 2004, correct?

13        A      Mm-hmm.

14        Q      What is development management?

15        A      It refers to management in the

16   context of development projects, economic

17   development.

18        Q      And by "economic development," is

19   that referring to developing public areas,

20   private buildings, other things?

21        A      In this context it specifically

22   refers to developing countries.  So projects in

Page 20

1    the context of poor countries transforming to

2    more developed, more advanced, industrialized

3    economies.

4          Q      And an MSc, is that a master's

5    degree?

6          A      Yes.

7          Q      Now, next up on the list, 2006, MA in

8    sustainable development.  In 2007, MPhil in

9    sustainable development.

10         A      Mm-hmm.

11         Q      Those are also master's degrees,

12   right?

13         A      Yes.

14         Q      And what is sustainable development?

15         A      It's a field of study of economic

16   development within the context of sustainability

17   and environmental concerns.

18         Q      And were those master's degrees

19   earned in the course of you working on your PhD?

20         A      Yes.

21         Q      So let's talk about your PhD then.

22   You received a PhD in sustainable development in

Page 21

1   2011, right?

2         A      Yes.

3         Q      And your dissertation was on

4   alternative energy science and policy, correct?

5         A      Correct.

6         Q      You're not claiming that your PhD

7   dissertation topic is relevant to the opinions

8   that you're offering here, are you?

9               MR. ELKHUNOVICH:  Objection.  Form.

10  BY MR. OPPENHEIMER:

11        Q      You can answer.

12        A      I think it is relevant in that it all

13  depends on -- it is economics, and it's the

14  application of the tools of economics.

15        Q      How does your opinion in this case

16  relate to biofuels?

17        A      Both are economic topics, and so

18  understanding economics allows me to develop

19  mental tools for analyzing both.

20        Q      So you're saying that because your

21  PhD dissertation involved economic tools that

22  that is its relevance to your report here; is

Page 22

1    that right?

2         A      No, I'm saying that any -- I'm saying

3    that studying economics at a graduate level and

4    obtaining a PhD degree allows you to understand

5    economic questions with a certain level of

6    command.

7         Q      Dr. Ammous, isn't it true that you've

8    previously called your PhD mostly unreadable

9    academic nonsense?

10        A      I may have said that online, yeah,

11   probably.

12        Q      Well, not just "may have."  In fact,

13   you did say that online; isn't that right?

14        A      Yeah.

15        Q      And you've also said that you learned

16   more about economics from a website called

17   Mises.org than you did when obtaining any of your

18   university degrees, right?

19        A      Yes.

20        Q      Mises.org is the website for the

21   Mises Institute; is that right?

22        A      Yes.

Page 23

1          Q        And is it true that Mises -- the

2     Mises Institute website taught you more than your

3     PhD did about economics?

4          A        I would say so, yeah.

5          Q        You've also said that you've learned

6     more from Twitter than you did from any school or

7     university; is that right?

8          A        That is probably accurate, yes.

9          Q        Well, let's see if we can do better

10    than "probably."

11                  I'm going to show you a document that

12    we will mark as Exhibit 175.

13                  (Exhibit No. 175 was marked for

14                  identification.)

15    BY MR. OPPENHEIMER:

16         Q        Exhibit 175 is a post on Twitter from

17    the account @Saifedean.  Is that your account?

18         A        Yes.

19         Q        And it has a blue checkmark.  Does

20    that indicate that this is a verified account?

21         A        Yes.

22         Q        How long have you had a verified

Page 24

1    Twitter account?

2         A       I don't remember exactly.  I think

3    it's been around a year.

4         Q       Why did you decide to get a verified

5    account?

6         A       Because there are a lot of

7    impersonator accounts that impersonate me and

8    contact people.

9         Q       So the verified account allows people

10   to know that the tweets from this account are

11   really yours and not an impersonator?

12        A       Yes, in theory.  Although,

13   unfortunately, many of the impersonator accounts

14   can get the verified checkmark as well, so it's

15   not exactly foolproof.

16        Q       But this account shown in

17   Exhibit 175, @Saifedean, that's the account that

18   you control, right?

19        A       Yes.

20        Q       And what you wrote here was, in the

21   bottom tweet on this page dated January 4th,

22   2019, at 8:50 a.m., quote:  No, I use Twitter

Page 25

1   primarily for my education, and in 10 years it's

2   taught me more than any school or university and

3   completely changed my life.  Is that right?

4        A     Yes.

5        Q     Do you believe that Twitter has

6   taught you more than your PhD program at

7   Columbia?

8        A     I would say so.

9        Q     And it's also true that you said

10  Bitcoin podcasts provide a more sound economic

11  education than universities do, correct?

12       A     I don't remember the exact context in

13  which I said this, and if I -- if I did say it in

14  those terms, but I will -- I do remember sharing

15  that sentiment at certain points, not necessarily

16  in the same exact words you mentioned.

17       Q     All right.  Well, let's -- let's see

18  if we can get the exact words then.

19             We'll mark this document Exhibit 176.

20             (Exhibit No. 176 was marked for

21             identification.)

22  BY MR. OPPENHEIMER:

Page 26

1          Q       And if you look on Exhibit 176, the

2     third tweet down on the page, it's dated

3     August 9th, 2023, at 8:04 p.m.

4                  Do you see that?

5          A       Mm-hmm.

6          Q       What you write there is:  "Bitcoin

7     podcasts have definitely done more sound economic

8     education in a year than fiat universities manage

9     in a century."

10                 Do you see that?

11         A       Yes.

12         Q       Is that your view sitting here today

13    that Bitcoin podcasts do more sound economic

14    education than fiat universities do?

15         A       I think I would have to agree with

16    that, yeah.

17         Q       This tweet is dated about three weeks

18    before you submitted your rebuttal report in this

19    case.  Had you already been engaged as an expert

20    in this litigation by that time?

21         A       I don't remember exactly when the

22    term of engagement started, but I think -- I'm

Page 27

1    pretty sure I was by August 9th.  I don't

2    think -- yeah, and this was definitely longer

3    than a three-week engagement.

4           Q      Do you have an approximate date of

5    when before your report you were engaged?

6           A      Not off the top of my head,

7    unfortunately.

8           Q      Do you know if it was before or after

9    Professor Ferrell submitted his report?

10          A      I do not remember, no.

11          Q      Okay.  And I apologize, I don't

12   remember if we covered this earlier, so I'll just

13   ask it now.

14                 Have you ever been engaged as an

15   expert witness in any other case?

16          A      No.

17          Q      Okay.  Turning back to your PhD in

18   sustainable development, isn't it true that you

19   believe the economics you learned in your PhD

20   program made no sense?

21          A      A lot of it, yeah.

22          Q      Well, not just "a lot of it," all of

Page 28

1    it.

2            Isn't it true that you think none of

3    what you learned in your PhD program made any

4    sense?

5        A     No, I think "none" is a big word.   I

6    wouldn't say "none," but I think a lot of it did

7    not make sense.

8        Q     Well, you said "none" in the past

9    when describing this, haven't you?

10       A     I may have.

11       Q     Let's get another exhibit.   We will

12   mark this as 177.

13            (Exhibit No. 177 was marked for

14            identification.)

15   BY MR. OPPENHEIMER:

16       Q     Exhibit 177 is a transcript of an

17   interview that you did with Jeff Deist,

18   D-E-I-S-T, at the Mises Institute in February of

19   2020, correct -- I'm sorry, February of 2022,

20   correct?

21       A     Yes.

22       Q     And if you look on the first page of

Page 29

1    Exhibit 177, the bottom paragraph --

2         A      Yes.

3         Q      -- what you state there in this

4    transcript is:  "I was a PhD student at Columbia

5    University learning regular mainstream economics,

6    none of which made any sense."

7         A      Mm-hmm.

8         Q      Do you see that?

9         A      Mm-hmm.

10        Q      Was that statement accurate when you

11   made it in February of 2022?

12        A      Well, I would say here, if you read

13   the sentence, it says, "... learning regular

14   mainstream economics, none of which made any

15   sense."

16               Your earlier question asked me if

17   everything I learned at Columbia didn't make

18   sense, but I did learn things other than what I

19   would term regular mainstream economics.  So for

20   instance, the statistics that I learned at

21   Columbia I believe was very useful.

22        Q      So let's -- let's make sure we've

Page 30

1    really clarified this then.

2              You agree that the regular mainstream

3    economics you learned during your PhD program did

4    not make any sense, right?

5        A    And by that, yeah, I refer to the --

6    what I would call the neoclassical approach to

7    economics and macroeconomic theory in particular.

8        Q    And you weren't taught any Austrian

9    theory economics during your PhD program, were

10   you?

11       A    No, I wasn't taught it, but I did

12   learn it on my own.

13       Q    Right, and we'll come back to that.

14             Was there any other form of economics

15   other than the neoclassical approach that you

16   were taught during your PhD program?

17       A    We were taught a lot of econometrics

18   and statistical analysis, which is neither

19   Austrian nor neoclassical.  It's completely

20   separate.

21       Q    And how much of the econometrics that

22   you were taught made sense?

Page 31

1        A       A lot of it.  It was very useful.

2        Q       Were there any other fields that you

3    studied in your PhD program?

4        A       Yes.  I mean, it was a

5    multidisciplinary program where we took a variety

6    of topics.  So I took courses in climate, I took

7    courses in science policy, I took courses in

8    energy, and I took -- and a lot of statistics.

9        Q       Anything else?

10       A       And then, you know, the economics

11   courses as well.

12       Q       Right.  Do you consider yourself an

13   econometrician?

14       A       I would not call myself an

15   econometrician as a first job, but it's something

16   that I've studied extensively.

17       Q       Professor Ferrell's econometric

18   analysis here, or at least part of it, involves a

19   factor model, correct?

20       A       Mm-hmm.

21       Q       You've never published any papers

22   employing a factor model, have you?

In re Ripple Labs. Inc., Litigation
Confidential

Page 32

 1        A      I have not.

 2        Q      His report also discusses the concept

 3   known as an event study.  Right?

 4        A      Yes.

 5        Q      You've never published any papers

 6   employing an event study, have you?

 7        A      I have not.

 8        Q      You don't have any degrees in

 9   finance, correct?

10        A      I do not.

11        Q      You don't have any degrees in

12   psychology?

13        A      I do not.

14        Q      One other concept that Professor

15   Ferrell discusses in his report is market

16   efficiency.  You've never published any papers on

17   how to measure market efficiency, have you?

18        A      No, I have not.

19        Q      Now, we mentioned Austrian School

20   economics briefly earlier, and I'd like to dive

21   into that a little more.  I think you testified

22   that you taught yourself Austrian School

Page 33

1    economics; is that right?

2         A     Yes.  I mean, online.

3         Q     It's fair to say that Austrian

4    economics is outside the academic mainstream,

5    correct?

6         A     Correct.

7         Q     And it's fair to say that you reject

8    views of mainstream academic economics, right?

9         A     I mean, it depends on views.

10   Obviously, there are some things that I accept

11   and that I wouldn't disagree with, but there are

12   some, of course, that I do disagree with.  And I

13   would say it isn't really like it is a cut and

14   dry issue of who's in the mainstream and who

15   isn't.  It's a lot more shades of gray rather

16   than white and black.

17             So a lot of -- some Austrian

18   economists would be considered in the mainstream.

19   So Friedrich Hayek, for instance, he won the

20   Nobel Prize in economics, and he is an Austrian.

21        Q     Right.  So fair to say there are in

22   some sense two major sub-schools of Austrian

Page 34

1    thought, one associated with Friedrich Hayek and

2    one associated with von Mises?

3         A      It's difficult to say that.   I

4    wouldn't entirely agree, because there is an

5    enormous amount of overlap and agreement between

6    them.  And they -- it's -- trying to split it

7    into different schools makes it sound a little

8    more separate than it really is.  I'd say there's

9    a lot more homogeneity than to say -- I mean it's

10   debatable, a subjective thing.

11        Q      Well, your view is that Austrian

12   economists are vilified and excluded from

13   mainstream academia, correct?

14        A      There is a degree of that, yes.

15        Q      And it's also your view that

16   mainstream economics is a load of rubbish, right?

17        A      Yes.

18        Q      Now, is it fair to say in general

19   terms Austrian School economists don't use an

20   empirical approach based on mathematical

21   modeling, that they -- well, let me stop the

22   question there.  So I'll withdraw it and give you

Page 35

1    a clean one.

2              Is it fair to say in general terms

3    that Austrian School economics don't use an

4    empirical approach based on mathematical

5    modeling?

6         A    No, I think this is -- it's -- the

7    issue is not that they don't use it.  This is a

8    common misconception, I think.  The issue is that

9    Austrians believe that empirical analysis has to

10   be grounded in theory.  And so without theory,

11   data is -- data is mute.  Data can't tell you

12   anything.

13        Q    And one concept associated with the

14   Austrian School of economics is praxiology,

15   right?

16        A    Yes.

17        Q    The notion of praxiology is, in

18   general terms, making logical deductions from

19   basic human truths.  Is that fair?

20        A    Yeah, specifically the study of human

21   action.

22        Q    And so in Austrian praxiological

Page 36

1    analysis, you start with axioms about universal

2    truths of human action and reason from that.  Is

3    that right?

4          A      Yeah.

5          Q      Now -- isn't it true that you've said

6    your PhD is worthless?

7          A      I don't remember the exact time and

8    place if I said that.  I don't know.  I may have.

9          Q      Isn't it true that you've said PhDs

10   are a dime a dozen a day -- sorry, a dime a dozen

11   today?

12         A      I have probably said that, yes.

13         Q      And isn't it true that you said to

14   get a PhD, you just need to repeat the propaganda

15   of the government funding you?

16         A      I think I probably said that, yes.

17         Q      And you've called university degrees

18   stupid pointless signals, right?

19         A      Probably, yes.

20         Q      And you called your own university

21   education a stupid waste of your youth, right?

22         A      I think I have, yes.

Page 37

1        Q        Let's turn back to the CV attached to

2    your report, Exhibit 174.

3                 Now, from 2003 until 2011, you were a

4    graduate student, right?

5        A        No.  2004.

6        Q        What did you do between the time you

7    got your bachelor's degree in 2003 and the time

8    you started grad school in 2004?

9        A        Well, I started my PhD grad school,

10   so I -- I guess you could say yes, because in

11   2003 I started the master's degree in the London

12   School of Economics, yeah.

13       Q        Okay.  So you were in that graduate

14   program 2003 and 2004, and then at Columbia 2004

15   to 2011; is that right?

16       A        Yes.

17       Q        Now, after you graduated from your

18   PhD program, you joined the Columbia University

19   Center on Capitalism and Society, right?

20       A        Yes.

21       Q        What were your responsibilities in

22   that role, if any?

Page 38

1       A       So this was -- I should say I started

2   working with them a little bit earlier as well in

3   2000 and -- I think it was in 2007.  No, 2011.

4       Q       If you --

5       A       Actually, it's not listed here, but I

6   think in 2011, I joined the center.  But in any

7   case, I was a member -- a foreign member of the

8   center, which included being part of the center's

9   events, the center's publications, and working on

10  task forces on grants and conferences and so on.

11      Q       Did you get paid for your work in

12  that role?

13      A       Well, the role itself didn't entail

14  compensation, but it allowed me to get into -- to

15  get -- so we worked on the research, the Smith

16  Richardson Foundation grant, so I was part of

17  that.  So it wasn't the role itself that offered

18  me compensation, but some part of the works there

19  was involved -- involved compensation.

20      Q       The research that you did in

21  connection with your role at the Columbia

22  University Center on Capitalism and Society

Page 39

1    concerned the Arab Spring, right?

2         A       Some of it, yes.

3         Q       Was there other research that you did

4    in that role?

5         A       Yes.  I worked with -- with three

6    other economists in the center, Edmund Phelps and

7    Gylfi Zoega and Raicho Bojilov, on economic

8    research on the topic of economic dynamism under

9    a grant from the Smith Richardson Foundation.

10        Q       Now, you never published any peer-

11   reviewed articles on the Arab Spring research

12   that you were doing, have you?

13        A       What I did publish was an article

14   called "Arab Corporatism in Corruption and

15   Economic Development," selected papers from the

16   Economic Research Forum, 18th Annual Conference.

17        Q       And that was published in 2012,

18   right?

19        A       Yes.

20        Q       Which was the same year that you

21   joined the Center on Capitalism and Society,

22   correct?

In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
Confidential

Page 40

 1       A       Well, it's -- this is the first year

 2    that I joined it as a foreign member, but I was

 3    also there in 2011.  But I guess I just didn't

 4    include it in this version of the CV.

 5       Q       Do you know why you didn't include it

 6    on this CV?

 7       A       No, I think it was because I was just

 8    trying to make the CV concise.  Because I was

 9    there as a visiting scholar in 2016 and I was

10    there in 2011, so I didn't mention 2011 because

11    it's already in 2016, and I didn't want to repeat

12    the same thing.  I think it's just -- that's it.

13       Q       Are you still associated with the

14    Center on Capitalism and Society today?

15       A       No, the Center on Capitalism and

16    Society has shuttered its door recently.

17       Q       When did that happen?

18       A       I don't know exactly -- I don't

19    remember exactly, but it was within the last

20    year, I think.

21       Q       Do you know if it was within the last

22    three months?

Page 41

1          A          I don't know for sure.

2          Q          Okay.  So your CV here lists the

3     dates of your affiliation with the Center on

4     Capitalism and Society as 2012 to present.

5          A          Mm-hmm.

6          Q          And it's your testimony, though, that

7     the affiliation no longer goes to the present

8     because that center has shut down, correct?

9          A          Yeah, although -- yeah, I would have

10    forgotten to update this.  Although, no, I think

11    it may be the case that when I submitted my CV

12    for this court case, I think the center was still

13    going on.  I don't remember to be honest.  I

14    don't remember when the date of the shuttering of

15    the center was, and I clearly didn't update my

16    CV.

17         Q          Why did you stay affiliated with the

18    Columbia University Center on Capitalism and

19    Society given your thoughts about how

20    universities are a waste of time and talent?

21         A          Well, I think the center has always

22    been a place where I thought I could find

Page  42

 1    intellectual stimulation and the ability to think

 2    outside of dominant convention.

 3          Q      So universities are a waste of time

 4    and talent, except not at the Center on

 5    Capitalism and Society at Columbia?

 6                  MR. ELKHUNOVICH:  Objection.  Form.

 7                  THE WITNESS:  I did not say that.

 8    BY MR. OPPENHEIMER:

 9          Q      Your CV says that in 2009 you were an

10    instructor at Columbia University.  That was

11    while you were a PhD student, correct?

12          A      Yes.

13          Q      An instructor is not a professor,

14    right?

15          A      Mm-hmm.

16          Q      It's a student teaching position?

17          A      Well, in that case it wasn't really a

18    student teacher position.  It was a teaching

19    position.

20          Q      Well, a teaching position you held as

21    a student, right?

22          A      I would say it would be more accurate

Page 43

1    to say that it was held on top of being a

2    student, so it was separate from me being a

3    student because you couldn't teach as a student

4    like this.

5          Q       An instructor is not a tenure-track

6    position at Columbia, is it?

7          A       No.

8          Q       Later on in your CV you describe the

9    role of lecturer at the Columbia University

10   Middle East research center.  Do you see that?

11         A       Yes.

12         Q       A lecturer also is not a tenure-track

13   position, is it?

14         A       No, it is not.

15         Q       Now, when you were at the Columbia

16   University Middle East research center, you

17   weren't teaching university students, were you?

18         A       No.

19         Q       You were teaching Jordanian civil

20   servants, correct?

21         A       Yes.

22         Q       At some point, Dr. Ammous, did you

Page 44

1   start a company called Thabit Economics?

2        A       Yes.

3        Q       What was Thabit Economics?

4        A       It was an embryonic idea for a

5   business that went nowhere.

6        Q       What was the nature of that business

7   or the idea that you had for it?

8        A       The basic business idea was that it

9   would be a service that would offer people to use

10  a digital currency that was backed by physical

11  gold stored in safe locations in Switzerland.

12       Q       And Thabit Economics itself was a

13  Swiss company, right?

14       A       Yes.

15       Q       When did you shut it down?

16       A       Mmm, I'm not entirely certain.  It

17  was 2013 or 2014, but most likely 2013.

18       Q       Why did you leave that off of your

19  resume?

20       A       Because it went nowhere.

21       Q       Moving upwards on your CV here, the

22  next item in your experience is listed as 2016 to

Page 45

1    2019, co-founder and research fellow with the

2    Lebanese Institute for Market Studies.

3                    Do you see that?

4         A       Yes.

5         Q       Was that your primary employment from

6    2016 to 2019?

7         A       No.

8         Q       What was your primary employment from

9    2016 to 2019?

10        A       I was an assistant professor of

11   economics in the Lebanese American University.

12        Q       Well, if you look a few lines up on

13   your CV, there is an entry for Lebanese American

14   University.  It's the second one --

15        A       Yes.

16        Q       -- under Experience.  Do you see

17   that?

18        A       Yes.  There is some typo there I just

19   realized now.

20        Q       Okay.  So just to make the record

21   clear, assistant professor of economics is listed

22   as 2018 to 2019.  You're saying those dates are

Page 46

1    wrong?

2        A     Yes.  It should have been 2011

3    instead of 2018.  So I was a lecturer in

4    economics from 2009 to 2011, I was assistant

5    professor of economics from 2011 to 2019, and I

6    was an associate professor of economics from

7    2000 and -- no, sorry.  Actually, wait a second.

8              I was assistant professor of

9    economics from 2011 to 2018, and then I was

10   associate professor of economics from 2018 until

11   2019.

12       Q     And were those tenure-track positions

13   at Lebanese American University?

14       A     Yes.

15       Q     Did you get tenure?

16       A     No.

17       Q     When did you find out you weren't

18   getting tenure?

19       A     In 2018.

20       Q     So you found out in 2018 that you

21   weren't going to get tenure there.  In 2019 you

22   left Lebanese American University, right?

Page 47

1          A       No, I left -- yes, 2019, yes.

2          Q       Why did you leave?

3          A       I left because I decided that it was

4     better for me to work on being an -- to work as

5     an independent author and educator.

6          Q       Was that related to the fact that you

7     weren't going to get tenure there?

8          A       Not much.  I don't think it would

9     have made a difference.  Even if I got tenure, I

10    would have left.

11         Q       And you've been self-employed since

12    2019, correct?

13         A       Yes.

14         Q       Is it fair to say that today you make

15    your living primarily through selling online

16    courses and books?

17         A       Not online books.  I make my living

18    from selling online courses.  Well, I would say

19    from selling books and online courses.

20         Q       Thanks for the clarification.

21                 Approximately how much do you make

22    each year from your online courses?  We'll take

In re Ripple Labs. Inc., Litigation
                                 Confidential

Page 48

1   books separately.

2        A        From my courses, I would say -- I

3   don't have the numbers, to be honest, so I don't

4   really have accurate numbers on it.  And I -- I

5   don't remember at this point.  I haven't run the

6   numbers on what my income is from courses.

7        Q        How about from your books?

8        A        I also don't have accurate estimates

9   for the last year, and the numbers vary

10   drastically.  So book sales are highly variable.

11        Q        Well, let me ask it this way:

12   Earlier I think we established you've incurred

13   something like $35,000 in fees for your expert

14   work in this case.  Whether that's been billed or

15   not to this point, you've worked the hours for

16   that.

17              Do you have an approximate estimate

18   of what percentage of your income that would be

19   for the year?

20        A        I would say it's less than 10 percent

21   of my income.

22        Q        Approximately how many subscribers

Page 49

1   does your website have?

2        A       I don't know.

3        Q       Is it more than a thousand?

4        A       I think so, but I'm not sure.

5        Q       More than 10,000?

6        A       I don't think so, no.

7        Q       When did you first start selling

8   online courses?

9        A       In 2019 -- well, 2019 or 2020.  I'm

10  almost certain it's 2019.

11       Q       And you've done that through the

12  website Saifedean.com; is that right?

13       A       Yes.

14       Q       You own and operate that website,

15  correct?

16       A       Yes.

17       Q       Now, on your website you offer

18  subscribers an option to become Saifedean.com

19  affiliates, right?

20       A       Yes.

21       Q       What does it mean to be a

22  Saifedean.com affiliate?

Page 50

1       A       It means you tell people about the

2   course, you get them to sign up and they get a

3   discount, and you get a referral fee.

4       Q       Saifedean.com affiliates get a

5   percentage of the subscription fees that people

6   they refer pay to the website, right?

7       A       Yes.

8       Q       Approximately how many affiliates are

9   there today?

10      A       I don't know.

11      Q       When did you first launch the

12  program?

13      A       August or September of this year.

14      Q       You also offer courses online at

15  Saylor Academy, right?

16      A       Yes.

17      Q       Have you ever had any financial

18  relationship with Saylor Academy or any of its

19  affiliates?

20      A       Yes.

21      Q       Can you describe the financial

22  relationship you've had?

12/13/2023                In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                        Confidential

                                                                      Page 51

 1          A        They pay me to host my courses on

 2     their website.

 3          Q        Approximately how much do they pay

 4     you for that?

 5          A        I'm not sure if I'm supposed to be

 6     saying it.  I don't know if there was a

 7     confidentiality agreement.  I don't remember at

 8     this point.

 9          Q        Sitting here today, are you aware of

10     any confidentiality agreement between you and

11     Saylor Academy?

12          A        I am not aware of any, no.

13          Q        So approximately how much do they pay

14     you for hosting your courses on their website?

15                   MR. ELKHUNOVICH:  Counsel, I'm going

16     to object.  I sort of gave you leeway on these

17     questions, but I think you already asked and got

18     an answer to the only one that mattered, which is

19     how his compensation compares in this case to

20     everything else.  So it seems like getting into

21     the details of his compensation for a variety of

22     his activities is just designed to be intrusive

Page 52

1   into his private life as opposed to his expert

2   life.  So I suggest we move on.

3               MR. OPPENHEIMER:  I disagree, and I

4   don't think the federal system is the place for a

5   long speaking objection like that.

6               Are you instructing him not to answer?

7               MR. ELKHUNOVICH:  I'm not instructing

8   anything.  I'm suggesting we should move on to

9   other topics.

10              MR. OPPENHEIMER:  Okay.  Well, the

11  question stands.

12              MR. ELKHUNOVICH:  Okay.  And my

13  objection stands as well.

14              THE WITNESS:  They pay $20,000 I think

15  per course.

16  BY MR. OPPENHEIMER:

17       Q     Per course?

18       A     Yeah.

19       Q     And how many courses do you have on

20  the Saylor Academy website?

21       A     There are two live, and there's a

22  third that should go live very soon.

Page 53

1        Q       Have you ever been paid to promote

2   Saylor Academy?

3        A       No, not to promote it.

4        Q       Okay.  You've told your online

5   followers that Saylor Academy offers a fully

6   accredited university degree, haven't you?

7        A       Mmm, I don't remember if that was the

8   exact phrasing that I used.

9        Q       Okay.  We're going to mark this

10  exhibit as 178.

11               (Exhibit No. 178 was marked for

12               identification.)

13  BY MR. OPPENHEIMER:

14       Q       Exhibit 178 is a Twitter thread, the

15  bottom tweet here is dated June 23rd, 2023,

16  1:51 a.m.

17       A       Mm-hmm.

18       Q       In that tweet you wrote:  "Some of

19  them are offered on Saylor.org where you can get

20  a fully accredited university degree."

21               You see that?

22       A       Yes.

Page 54

1        Q      I'm going to mark another exhibit.

2    This will be Exhibit 179.

3                (Exhibit No. 179 was marked for

4                identification.)

5    BY MR. OPPENHEIMER:

6        Q      Exhibit 179 is another Twitter

7    thread.  If you look at the second one on the

8    page, it's dated October 5th, 2021, 2:01 p.m.

9        A      Mm-hmm.

10       Q      What you wrote there in the third

11   line was:  "Go to Saylor.org and take courses and

12   get full degrees for free."

13               Do you see that?

14       A      Mm-hmm.

15       Q      You also wrote in your report in this

16   case at paragraph 10 of Exhibit 174 that

17   Saylor.org is, quote, a degree granting online

18   university.

19               Do you see that?

20       A      Mm-hmm.

21       Q      Dr. Ammous, it's not true to say that

22   Saylor Academy grants degrees, is it?

Page 55

1       A       I think it is.  That's what -- I

2   think I heard it from a discussion with their --

3   I forget his exact title.  His name is -- I

4   forget his exact name and his exact title, but he

5   is I think the executive director of Saylor

6   Academy, and he came on my podcast and he

7   explained that you can take their courses, pay

8   for somebody to proctor the exams, and get a

9   degree.

10      Q       Well, in fact, what he told you is

11  that they can't say that you get degrees from

12  Saylor Academy; isn't that right?

13      A       I don't remember that.

14      Q       All right.  So we're going to

15  introduce a video clip.  I believe this is the

16  podcast interview you were just discussing.

17              MR. OPPENHEIMER:  For the record, we

18  will mark as Exhibit 180 just a page that has the

19  URL of the video that we're going to play, and

20  then we'll play part of the video on the screen.

21              So Exhibit 180 is the URL.  We will

22  mark the electronic video file as Exhibit 181.

Page 56

1                    (Exhibit Nos. 180 and 181 were

2                    marked for identification.)

3                    MR. ELKHUNOVICH:  Well, do we have an

4      electronic video file?

5                    MR. OPPENHEIMER:  Our -- our hot

6      seater has it.  I --

7                    (Video played:)

8                    "DR. AMMOUS:  So, you guys, you offer

9      a full" --

10                   MR. ELKHUNOVICH:  Well, hold on.

11     Let's turn it off.

12                   MR. OPPENHEIMER:  Can our hot seater

13     wait just a second?

14                   MR. ELKHUNOVICH:  I mean, how are we

15     handling this?  You didn't produce this.  This

16     is -- as far as I'm concerned, this doesn't exist.

17     So you're marking something that I don't have.

18                   MR. OPPENHEIMER:  Yeah, Oleg, you have

19     the link to it.  You can type in this link on your

20     computer and get the same thing we're exactly

21     about to play.  It's publicly available --

22                   MR. ELKHUNOVICH:  Okay.  So I object

Page 57

1    --

2                    MR. OPPENHEIMER:  Hang on.  It's

3    publicly available, so there's no production

4    obligation here.

5                    MR. ELKHUNOVICH:  I object to marking

6    Exhibit 181 (sic) and Exhibit 181, which does not

7    exist.  I haven't seen it.  I do not have it.

8                    I do not object to you playing the

9    video that you want to play -- which I understand

10   you're representing is a YouTube video with a link

11   on Exhibit 180; is that right?

12                   MR. OPPENHEIMER:  That's right.

13                   MR. ELKHUNOVICH:  Okay.

14                   MR. OPPENHEIMER:  Okay.  It's noted.

15                   So if our hot seater can pull up this

16   clip, what I'm going to show you is on the YouTube

17   link reflected in Exhibit 180, we're going to play

18   that video from time stamps 5 minutes, 38 seconds,

19   to 6 minutes, 4 seconds.

20                   (Video clip played:)

21                   "DR. AMMOUS:  Yeah, and so you guys,

22   you offer a full university degree for free?

Page 58

1                    "JEFF DAVIDSON:  Well, certificates.

2      And right now we don't -- we don't -- we don't

3      have the degree right now.  So we are in the

4      process of getting permission for the degree.  For

5      a business degree, we have all the (inaudible) up

6      there, all the courses you would need.  And so in

7      America the word 'degree' is highly regulated, so

8      we can't use the word 'degree' yet."

9                    (End of video clip.)

10     BY MR. OPPENHEIMER:

11          Q      That was a clip from your podcast

12     episode with Jeff Davidson, right?

13          A      Yes.

14          Q      And Jeff Davidson is the CEO of

15     Saylor.org; is that right?

16          A      I'm not sure, but I think so.

17          Q      And he told you, "We can't use the

18     word 'degree' yet" when he was on your show,

19     right?

20          A      It seems like it, yes.

21          Q      Why did you say that Saylor

22     University grants degrees in your report and in

Page 59

1    Exhibits 178 and 179?

2        A       Mmm.  I'm not sure.  I think I -- it

3    must have slipped my attention when he was

4    speaking, but I'm -- I'm clearly mistaken if this

5    is the case.

6                 MR. OPPENHEIMER:  Okay.  We've been

7    going about an hour.  If you would like to take a

8    break, I'm happy to.  If you would rather keep

9    going, it's up to you.

10                MR. ELKHUNOVICH:  Let's take a little

11   break.

12                MR. OPPENHEIMER:  Okay.

13                THE VIDEOGRAPHER:  We're off the

14   record at 10:09 a.m.

15                (Recess.)

16                THE VIDEOGRAPHER:  This marks the

17   beginning of media number 2.  We're on the record

18   at 10:20 a.m.

19   BY MR. OPPENHEIMER:

20       Q       Dr. Ammous, can I ask you to please

21   open your expert rebuttal report, Exhibit 174, to

22   paragraph 11.

Page 60

1        A        Mm-hmm.

2        Q        What you wrote in paragraph 11 was:

3    "I have worked as a consultant and advisor to

4    several companies in the digital asset space,

5    including NYDIG, Upstream Data Inc., and

6    Coinbits."

7               You see that?

8        A        Yes.

9        Q        Have you worked as a consultant and

10   advisor to any companies other than the ones

11   listed in this paragraph?

12               Let me withdraw that question and

13   give it a little better.

14               Have you worked as a consultant and

15   advisor for any other digital asset companies

16   other than the ones listed in paragraph 11?

17       A        Yes.

18       Q        What other companies?

19       A        Off the top of my head now, there's

20   Block App.  And for a very brief period, I was --

21   worked with a company called GiveBitcoin.  Those

22   are the only two that I remember at this point.

Page 61

1      Q      Okay.  So let's start with the ones

2   you've listed here.  The first one is NYDIG.

3   What is NYDIG?

4      A      NYDIG is a financial -- digital asset

5   financial services company headquartered in New

6   York.

7      Q      And what is your relationship with

8   NYDIG?

9      A      I am an advisor to the company.

10     Q      Is that role ongoing as of today?

11     A      Yes.

12     Q      When did you start as an advisor to

13  NYDIG?

14     A      In 2019, I think May.  I'm not

15  exactly sure if it was May or June, but it was

16  around that time in 2019.

17     Q      And in general terms, what issues do

18  you consult NYDIG on?

19     A      Bitcoin mostly.

20     Q      Does NYDIG pay you?

21     A      Yes.

22     Q      For all of these consulting

Page 62

1    engagements taken together, approximately what

2    percentage of your income do these constitute?

3          A       I'm guessing somewhere in the range

4    of 30 percent.  Maybe for my overall income, 20,

5    30 percent, something like that.

6          Q       And roughly how much of that is from

7    NYDIG in particular?

8          A       The bulk of it.

9          Q       Are you aware that NYDIG is owned by

10   Stone Ridge Asset Management?

11         A       Yes.

12         Q       Do you have any investments in NYDIG?

13         A       No.

14         Q       Any other financial interest aside

15   from their payment of you as a consultant?

16         A       No.

17         Q       You've promoted NYDIG online before

18   on your Twitter account, right?

19         A       Fair to say.

20         Q       Was that a paid promotion?

21         A       No.

22         Q       Do you know whether NYDIG has ever

12/13/2023              In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                                  Confidential

Page 63

1    acquired or owned XRP?

2          A       Not in particular.  I don't have

3    this -- I've never received any information one

4    way or the other, so I don't know.

5          Q       Do you have any reason to doubt that

6    the NYDIG Basket Fund owned XRP at some time?

7          A       No reason to doubt it.  I think it's

8    plausible.

9          Q       And do you know whether the parent

10   company Stone Ridge Asset Management has ever

11   purchased XRP?

12         A       Yes.

13         Q       Has it?

14         A       Yes, I do.  They have.

15         Q       Do you know if NYDIG or Stone Ridge

16   Asset Management are class members in this case?

17         A       I don't know if they are, no.  I have

18   no idea.

19         Q       Did you do any work to find out if

20   they are before you took on this engagement?

21         A       No.

22         Q       Have you done any work to find out

Page 64

1    since the time you started this engagement?

2          A      No.

3          Q      Why not?

4          A      It did not cross my mind.

5          Q      The next one on the list is Upstream

6    Data Inc.  What work do you do for Upstream Data

7    Inc.?

8          A      I -- I also advise them on Bitcoin

9    strategy.

10         Q      When did that work begin?

11         A      I think 2019 as well, but I could be

12   wrong.

13         Q      And does that work continue as of

14   today?

15         A      Yes.

16         Q      Do you know if Upstream Data ever

17   purchased any XRP?

18         A      I don't think they have.

19         Q      You said you don't think they have.

20   Do you know for certain one way or the other?

21         A      I don't know for certain, but I don't

22   think they have.

                                                                    Page 65

1          Q       The next one you list is Coinbits.

2    What work have you done for Coinbits?

3          A       I've also discussed Bitcoin strategy

4    with them.

5          Q       When did your work for Coinbits

6    begin?

7          A       I honestly don't remember the date.

8    I'm guessing 2020 or 2021.

9          Q       And is that work continuing as of

10   today?

11         A       Yes.

12         Q       Are you aware that Coinbits suspended

13   its operations in June of 2023?

14         A       Yes.

15         Q       What work have you done for Coinbits

16   since the time they shut down their operations?

17         A       I haven't really done much.  We have

18   been discussing -- they have been discussing with

19   me their strategies for returning to the market.

20   They want to come back.

21         Q       You've promoted Coinbits online as

22   well, correct?

Page 66

1          A          Yes.

2          Q          Was that a paid promotion?

3          A          No, but it was part of my advisory

4    role with them.

5          Q          And your advisory role is a paid

6    role, right?

7          A          No, in this case it was actually

8    unpaid.  I don't get paid with a salary, but I

9    was given stock options.

10         Q          Do you still hold those stock options

11   today?

12         A          I think so, yeah.

13         Q          And I think you also identified Block

14   App as another company you've consulted for.

15   What work have you done for Block App?

16         A          I should say Blockcap.  Right, is

17   that what it is?  Yeah.

18         Q          Thank you.  Blockcap.

19                    What work have you done for them?

20         A          I was also a Bitcoin advisor for

21   them.

22         Q          When did that begin?

Page 67

1        A        In 2021.

2        Q        And is that ongoing today?

3        A        No.

4        Q        When did that end?

5        A        Well, Blockcap became Core

6    Scientific, and then Core Scientific went

7    bankrupt.

8        Q        And you haven't done any work for

9    them since that bankruptcy; is that right?

10       A        Yes.

11       Q        Do you know if Blockcap or Core

12   Scientific is a class member in this case?

13       A        I don't know.

14       Q        Have you done anything to figure it

15   out?

16       A        I have not, no.

17       Q        You also mention GiveBitcoin.  What

18   were the approximate dates of your work for

19   GiveBitcoin?

20       A        That was really brief, a couple of

21   weeks, and then I just -- and then I stopped

22   doing it because I realized I didn't have the

Page 68

1    time for it.

2          Q      And roughly when was that?

3          A      2019 probably.

4          Q      Was that a paid engagement?

5          A      No.  It was compensated by stock

6    options.

7          Q      Do you still have those stock options

8    today?

9          A      Yes.

10         Q      I'm not sure I asked you for

11   Blockcap, so for Blockcap were you paid for that

12   engagement?

13         A      No.  It was also stock options.

14         Q      And do you still have those today?

15         A      No, the company went bankrupt.

16         Q      I take it you own Bitcoin.

17         A      Yes.

18         Q      Have you ever sold any of your

19   Bitcoin?

20         A      I -- I mean, I -- I sell to -- I earn

21   Bitcoin.  A lot of my earnings are in Bitcoin, so

22   I regularly sell to fund my spending.

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

Page 69

1        Q       And when you say to fund your

2    spending, you mean you convert Bitcoin into fiat

3    currency that you can use for day-to-day

4    purchases; is that right?

5        A       Yes.

6        Q       Do you consider Bitcoin an

7    investment?

8        A       You could say that Bitcoin is an

9    investment, yes.

10        Q       Do you own any other cryptocurrency

11    besides Bitcoin?

12        A       No.

13        Q       Have you ever purchased any

14    cryptocurrency besides Bitcoin?

15        A       Yes.

16        Q       Which crytopcurrencies have you

17    purchased?

18        A       Litecoin and Ethereum.

19        Q       Have you ever purchased XRP?

20        A       No.

21        Q       When was the last time you bought

22    either Litecoin or Ethereum, the latest of those?

Page 70

```
 1        A      2014.

 2        Q      So from 2015 to the present, you've

 3   never bought any cryptocurrencies other Bitcoin;

 4   is that right?

 5        A      Correct.

 6        Q      Why did you buy Litecoin or Ethereum?

 7        A      I was new to the space and I didn't

 8   really understand what was going on, and I just

 9   thought it was worth throwing a few bucks at

10   them.

11        Q      Have you sold all of your Litecoin

12   and Ethereum?

13        A      I sold my Litecoin within a few days

14   or weeks of buying it.  And the Ethereum, I lost

15   it.  I lost the passwords for it a long time ago

16   and have given up to try to find it.

17        Q      To the best of your knowledge, have

18   any of your immediate family members ever

19   purchased XRP?

20        A      No.

21        Q      Do you invest in any other financial

22   assets other than cryptocurrency -- or, sorry,
```

Page 71

1    other than Bitcoin?

2         A        No.

3         Q        So is it fair to say then that the --

4         A        Hang on.  Would you include gold as a

5    financial asset?  Then, yeah, if you would

6    include gold.

7         Q        Okay.  Is it fair to say then that

8    your net worth consists of Bitcoin, gold,

9    physical assets, and your businesses, nothing

10   else; is that right?

11        A        Some dollars as well.  Some U.S.

12   dollars and Jordanian dinars.

13        Q        Anything else?

14        A        No.

15        Q        You're not an accountant, correct?

16        A        No, I'm not.

17        Q        You're not a certified financial

18   planner?

19        A        No.

20        Q        And you're not a chartered financial

21   analyst, are you?

22        A        I am not.

Page 72

```
 1        Q       You don't hold any professional

 2   certifications that you believe are relevant to

 3   the opinions you've offered in this case, do you?

 4        A       I guess my PhD degree.  Although

 5   that's not a professional certification, right?

 6        Q       I'm asking specifically about

 7   certifications, you know, things that you take a

 8   test, get accredited for.  Do you have any

 9   professional certifications?

10        A       No.

11        Q       Have you ever provided professional

12   investment advice to other people?

13        A       Not as a professional, no.

14        Q       Have you ever provided investment

15   advice other than as a professional?

16        A       Yes.  I've told people things.

17        Q       What -- what -- what people have you

18   given nonprofessional investment advice to?

19        A       Family and friends.

20        Q       And what things have you told them?

21        A       Generally the only financial advice

22   that I ever tell anybody is to hold Bitcoin for
```

Page 73

1    the long term.

2        Q      Let's turn to your list of

3    publications in your CV.  For the record, that's

4    in Exhibit A to Exhibit 174.

5        A      Mm-hmm.

6        Q      Overall you've published seven

7    articles in peer-reviewed journals; is that

8    right?

9        A      I guess you could say eight because

10   one of these is listed here as a working paper,

11   but it has actually been published in an academic

12   journal, and that is the fifth -- no, sixth

13   publication in the list, "Slowdown:  Aviation and

14   Modernity's Lost Dynamism."

15       Q      Okay.  So you published eight peer-

16   reviewed articles, right?

17       A      Mm-hmm.

18       Q      Of those eight -- let's see -- three

19   of them address biofuels; is that right?

20       A      I'd say two.

21       Q      And how many of them address

22   aviation?

Page 74

1        A       One.

2        Q       And three of them address digital

3    assets, right?

4        A       Yes, three.   Although there is one

5    missing from this list.

6        Q       What publication is missing from this

7    list?

8        A       "Can cryptocurrencies fulfil the

9    functions of money?"

10       Q       When was that published?

11       A       I think 2018.   I'm not sure.

12       Q       Why didn't you list that on your

13   publications here?

14       A       I don't know.   I'm not sure.   It

15   should have been listed.

16       Q       Just so the record is clear then,

17   your four publications on -- that relate to

18   cryptocurrencies are, 2018, Blockchain

19   Technology:   What is it good for?"   2018, "Can

20   Bitcoin's Volatility Be Tamed?"   2015, "Economics

21   Beyond Financial Intermediation," and the

22   unlisted paper "Can cryptocurrencies fulfil the

Page 75

1    functions of money?"  Is that right?

2          A      Correct.

3          Q      Now, none of your peer-reviewed

4    publications conduct quantitative price impact

5    analyses, do they?

6          A      No.

7          Q      None of them apply factor models,

8    right?

9          A      No.

10         Q      And none of them apply event studies.

11         A      No.

12         Q      And the most recent peer-reviewed

13   article you published was in 2018.  Is that

14   accurate?

15         A      I'm not entirely sure if it was 2018

16   or -- no, I think it was 2018, yeah.

17         Q      2018 is the most recent one you

18   listed here, right?

19         A      Yeah.

20         Q      And you've also published three

21   books, the Principles of Economics, The Fiat

22   Standard, and The Bitcoin Standard, correct?

Page 76

1      A      Correct.

2      Q      And your opinion in this case relies

3   on those three books in part, right?

4      A      Yes, to an extent.

5      Q      And they form part of the basis for

6   the expertise that you're claiming to bring to

7   bear on the issues in this case, right?

8      A      Yes.

9      Q      Now, The Fiat Standard and Principles

10   of Economics are both self-published, right?

11      A      Yes.

12      Q      And in particular, the publisher

13   that's listed on them is Saif House Publishing,

14   correct?

15      A      Yes.

16      Q      And you own that?

17      A      Yes.

18      Q      When did you establish Saif House

19   Publishing?

20      A      2021 with the publication of The Fiat

21   Standard.

22      Q      And why did you start Saif House

Page 77

1    Publishing?

2         A      So that I could publish my own books.

3         Q      Since the time you started Saif House

4    Publishing, that has been the only publisher you

5    have worked through, right?

6         A      Yes.

7         Q      Now if you could turn forward in

8    Exhibit 174, there is another section, Exhibit B,

9    which is the List of Materials Considered.  Do

10   you see that?

11        A      Mm-hmm.

12        Q      Is this a complete list of the

13   materials that you considered in preparing your

14   report for this case?

15        A      Yes.

16        Q      Did you personally review all of the

17   documents that are listed here?

18        A      Yes.

19        Q      So if a document is not listed in

20   this exhibit, it means that you did not consider

21   it when forming your opinions, right?

22        A      No.  That does not follow.

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

Page 78

1      Q      Well, I'm trying to understand all of

2  the documents you considered in forming your

3  opinions.  Are there any that aren't listed in

4  Exhibit B to your report?

5      A      Yes.  I mean, understanding fields as

6  complex as digital currencies and economics

7  requires a significant amount of research and

8  study that I have performed over many, many

9  years.

10              And the -- this appendix refers to

11  the material directly considered for the writing

12  of this paper, but that does not equal all the

13  material considered or all the material that

14  helped me form my opinions.  So I can't cite

15  every single book of economics, every single

16  resource on digital currencies.

17      Q      All right.  And I'm not asking you

18  to, you know, try to come up with a list of every

19  book that you've read over the course of your

20  career.

21              But the question I have for you is,

22  in connection with writing this report, did you

Page 79

1    consult any documents that aren't listed in

2    Exhibit B?

3         A       There's my other paper which isn't

4    listed here but it should have been listed, "Can

5    cryptocurrencies fulfil the functions of money?"

6    For some reason that's not listed, but I did

7    consider that one.

8         Q       Anything else?

9         A       I do not recall.  I -- I might have

10   looked at some other files that didn't end up

11   making the cut.

12        Q       But as you sit here today, you're

13   unable to name any other documents that you

14   considered in connection with writing your

15   report.

16        A       Yes, none that I can recall.

17        Q       Right.  Have you reviewed the

18   deposition transcript or video of Allen Ferrell?

19        A       Yes.

20        Q       Which one, transcript?

21        A       Transcript.

22        Q       Okay.  Is it correct that in forming

Page 80

1    your opinions in this case, you did not consider

2    academic literature concerning XRP or the XRP

3    Ledger?

4           A       No, because my paper "Can

5    cryptocurrencies fulfil the functions of money?"

6    is an academic paper, and it also discusses XRP.

7           Q       Okay.  And that's the one that's not

8    listed here?

9           A       Yes.

10          Q       Other than that paper that you wrote,

11   you didn't consider any other academic literature

12   concerning XRP or the XRP Ledger in connection

13   with writing this report, right?

14          A       It's not easy for me to determine

15   that sitting here because I don't have access to

16   all my files and all the papers that I've read

17   over the last months.

18          Q       Did you make an effort to note which

19   documents you were considering as you prepared

20   your report and opinions in this case?

21          A       Yes.

22          Q       Does the list in Exhibit B reflect

12/13/2023                 In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                        Confidential

Page 81

1    your best effort to compile the list of materials

2    that you considered in forming your opinions and

3    writing your report?

4          A      Yes.

5          Q      Now, Professor Ferrell provided

6    workpapers and data files to support his expert

7    report.

8                 You didn't review those workpapers

9    and backup data files in connection with forming

10   your opinions, did you?

11         A      I did.

12         Q      You did.

13         A      Mm-hmm.

14         Q      Approximately when were they provided

15   to you?

16         A      I don't remember.

17         Q      What was in the workpapers and data

18   files that Professor Ferrell produced?

19         A      I remember the data for these -- for

20   the factor analysis that he conducted.

21         Q      Anything else you recall?

22         A      No.

Page 82

1          Q        When did you first learn about this

2    case?

3          A        I don't remember the date.  It was

4    sometime in the summer.  I'm guessing June or

5    July.

6          Q        And was that when you were first

7    contacted by counsel?

8          A        Yes.  I presume it must have been

9    July because I think the report was already out

10   when they contacted me.

11         Q        Did counsel provide you with any

12   assumptions about facts in this case that you

13   relied on when forming your opinions?

14         A        I don't recall anything of the sort.

15         Q        Did anybody assist you in writing

16   your report?

17         A        I mean counsel read it and reviewed

18   it and offered me notes.

19         Q        So I'm not asking about conversations

20   with counsel.  Putting that aside, did anyone

21   else assist you in writing your report?

22         A        No.

Page 83

1        Q        Your list of materials considered

2    also includes reports by some of the other

3    experts that the plaintiffs have introduced in

4    this case, including the reports of Jeremy Clark,

5    Steven Feinstein and Joel Seligman.  Do you see

6    that?

7        A        Yes.

8        Q        Did you rely on any of those reports

9    in forming the opinions you've offered in your

10   rebuttal report here?

11       A        Yes.

12       Q        Which ones?

13       A        I think -- I mean, I read all three.

14   I think the one that was the most relevant and

15   influential was probably Jeremy Clark's.

16       Q        Well, let's take them one at a time

17   to make it clear.

18                So you -- you read and relied on the

19   opinions offered by Jeremy Clark, right?

20       A        I would say so, yeah.

21       Q        Did you rely on the opinions offered

22   by Steven Feinstein?

Page 84

1          A       I don't think so, no.

2          Q       Did you rely on the opinions offered

3    by Joel Seligman?

4          A       Not to the best of my knowledge.  I

5    don't recall them being very relevant to my

6    topic.  They might be, but I can't remember off

7    the top of my head.

8          Q       If you were relying on Professor

9    Seligman's opinions, you would cite his report

10   and the places where you were relying on them,

11   right?

12         A       I mean, if I would quote him

13   directly.  But there is a gray area of I may have

14   learned things from his report that don't

15   necessarily require a citation.

16         Q       So you think there may be some things

17   that you learned from Professor Seligman's report

18   that you're relying on that aren't directly cited

19   in your opinion; is that right?

20         A       I'm not saying there is.  I'm just --

21   I wasn't just comfortable with the broad brush

22   dismissal that you had offered, so I was just

Page 85

1   qualifying that.

2        Q      Well, I'm trying to get exactly what

3   your testimony is here.  My question to you was,

4   you think there may be some things that you

5   learned from Professor Seligman's report that you

6   are relying on that weren't directly cited in

7   your report; is that right?

8        A      I don't think there is.  I think the

9   possibility exists that I may have benefitted

10  from reading these reports.

11       Q      Got it.  Thank you.

12              You traveled internationally for your

13  deposition today, right?

14       A      Yes.

15       Q      I take it then you have a passport.

16       A      Yes.

17       Q      Do you have more than one passport?

18       A      No.

19       Q      Which country is the issuer of your

20  passport?

21       A      Jordan.

22       Q      And which country or countries are

Page 86

1    you a citizen of?

2          A       Jordan.

3          Q       Is that it?

4          A       Yes.

5          Q       Are you a legal resident of any other

6    countries?

7          A       No.

8          Q       Your CV indicates that you lived in

9    Lebanon for some time.  Are you legally permitted

10   to live in Lebanon as of today?

11         A       I can go to Lebanon for three months

12   at a time with my Jordanian passport.

13         Q       Did you understand when you accepted

14   your engagement in this case that you may need to

15   testify in person at trial if the case reaches

16   that stage?

17         A       Yes.

18         Q       And did you understand that the trial

19   would take place in California, if there is one?

20         A       Yes.

21         Q       Are you aware of any reason as you

22   sit here today why you wouldn't be able to travel

Page 87

1    to California to testify for trial?

2         A       No.

3         Q       There are no direct flights from

4    Jordan to Los Angeles, correct?

5         A       No, there aren't.

6         Q       Were you aware that defendants

7    offered to hold your deposition in a U.S. city

8    with direct commercial flights to or from Jordan?

9         A       I think there was a lot of back and

10   forth on the issue of the deposition.

11        Q       Was it your preference to have your

12   deposition held in Los Angeles?

13        A       No.

14        Q       Let me sharpen that question.  Was it

15   your preference to have your deposition held in

16   Los Angeles as compared to any other U.S. city?

17        A       No, it doesn't make much of a

18   difference for me anywhere in the U.S.

19        Q       Okay.

20                MR. OPPENHEIMER:  Let's go off the

21   record for a second.

22                THE VIDEOGRAPHER:  We're off the

Page 88

1    record at 10:52 a.m.

2                    (Pause in the proceedings.)

3                    THE VIDEOGRAPHER:  We're back on the

4    record at 10:53 a.m.

5    BY MR. OPPENHEIMER:

6        Q      Do you have a visa authorizing you to

7    travel to the United States?

8        A      Yes.

9        Q      What type of visa?

10       A      I'm not entirely sure.  I think it's

11   called a B-1.

12       Q      And do you know how long that visa is

13   valid for?

14       A      Yes.  Until early 2026.

15       Q      Okay.  In your report, Exhibit 174,

16   could you please turn to paragraph 16.

17       A      Yes.

18       Q      Now, paragraph 16 to 18, the header

19   on this section is "Summary," right?

20       A      Yes.

21       Q      And it's fair to say these paragraphs

22   contain an overview of the opinions you seek to

Page 89

1    offer in this case?

2         A      Yes.

3         Q      Now, in paragraph 16, you refer to

4    Professor Ferrell's econometric analysis.

5         A      Mm-hmm.

6         Q      Do you see that?

7         A      Yes.

8         Q      What do you understand his

9    econometric analysis to be?

10        A      It's the factor model.

11        Q      To make this section clearer and

12   easier, I'm going to give you a copy of Professor

13   Ferrell's report.  It's been previously marked as

14   Exhibit 149.

15              Now, if you look in Exhibit 149 at

16   paragraph 54, Professor Ferrell in that paragraph

17   says:  "I also present an alternative

18   specification," which in the next sentence he

19   says, "is following the Griffin and Shams 2020

20   framework."

21              Do you see that?

22        A      Yes.

Page 90

 1        Q        Your report never mentions the

 2    alternative specification based on Griffin and

 3    Shams, does it?

 4        A        No.

 5        Q        Are you intending to offer a separate

 6    response to that portion of Professor Ferrell's

 7    analysis?

 8        A        No.

 9        Q        Now, you understand that Professor

10    Ferrell's opinion in general terms was that

11    Ripple's actions had no long-term impact on the

12    price of XRP, right?

13        A        Yes.

14        Q        And you understand that he reached

15    that conclusion using a factor model, right?

16        A        Yes.

17        Q        You're not offering an opinion that

18    Professor Ferrell shouldn't have used a factor

19    model in the first place, are you?

20        A        No.

21        Q        You're not offering an opinion that

22    he chose the estimation periods for his factor

Page 91

1    model, are you?

2         A      I am not.

3         Q      You're not offering an opinion that

4    he selected the wrong factors for the factor

5    model, are you?

6         A      Well, what do you mean by "wrong"?

7         Q      Are you offering an opinion that

8    Professor Ferrell included factors that he ought

9    not to have included?

10        A      Ought?  For what purpose?

11        Q      Do you think that Professor --

12   withdrawn.

13               Are you offering an opinion that

14   Professor Ferrell's factor model includes any

15   factors that by virtue of their inclusion render

16   his factor model econometrically invalid?

17        A      In the way he interprets it, yes.

18        Q      Where can I find that opinion in your

19   report?

20        A      (Peruses document.)

21               So the analysis begins with paragraph

22   49 and continues up until paragraph 61.  I would

Page 92

1    say the punch line, if you want, is paragraph 58,

2    59, and 60.

3        Q      And so which particular factors did

4    Professor Ferrell include that, in your opinion,

5    render his factor model econometrically invalid?

6        A      The introduction of the price of --

7    the introduction of the metrics for the

8    cryptocurrency market broadly as an independent

9    variable and a variable exogenous to the actions

10   of Ripple Labs.  Those two variables in my

11   opinion are endogenous.

12              And so he treats them as if they are

13   exogenous and concludes that the driver of the

14   returns is the broader cryptocurrency market

15   rather than the efforts of Ripple Labs, and I

16   don't think you can make that conclusion if the

17   two factors are endogenous.

18       Q      So I think I heard you say "metrics

19   for the cryptocurrency market broadly," but then

20   you said "two variables."  Which two variables

21   specifically are you talking about?

22       A      Efforts of Ripple Labs and the

Page 93

1   movements of the cryptocurrency market.

2        Q      So in your opinion, Professor Ferrell

3   should not have included movements of the

4   cryptocurrency market as a factor in his factor

5   model; is that right?

6        A      Should to what end?  I mean, these

7   normative questions are difficult for me to

8   answer, because who's shoes am I in to say should

9   and to what purpose?

10       Q      Well, you're offering an opinion, are

11  you not, that by including that factor, Professor

12  Ferrell's factor analysis was invalid?

13       A      Mm-hmm.

14       Q      I need a verbal yes or no.

15       A      Yes.

16       Q      Would his factor analysis have been

17  econometrically valid had he excluded those two

18  factors you just identified?

19       A      He can't exclude the first one, which

20  is the efforts of Ripple Labs, because that's the

21  one that he's looking to test.  So it's not

22  possible to say that he could perform this test

Page 94

1    without that variable.

2                   For the second one, I mean, look, he

3    can perform whatever analysis he wants.  The

4    question is can we draw the conclusion.  And if

5    you're going to use this variable as a metric to

6    proxy for something that is outside of the

7    control of Ripple, it doesn't matter that it

8    is -- it's not -- it doesn't to have just to be

9    outside the control of Ripple, it has to also not

10   affect Ripple Labs.

11       Q      Do you consider yourself qualified

12   and capable of performing a factor analysis?

13       A      Yes.

14       Q      Do you think you could have performed

15   a factor analysis here that did not include

16   movements in the broader cryptocurrency market as

17   a factor?

18       A      Sorry.  Could you repeat the

19   question, could I what?

20       Q      Do you think you could have performed

21   a factor analysis here that did not include

22   movements in the broader cryptocurrency market as

In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
Confidential

 1    a factor?

 2        A    I could.  Anybody can perform any

 3    analysis with any factor they want, yes.

 4        Q    You didn't do that, did you?

 5        A    No.

 6        Q    Are you offering an opinion that

 7    there is no factor analysis that Professor

 8    Ferrell could have constructed that would have

 9    been econometrically valid to support a

10    conclusion about the causes for changes in XRP's

11    price?

12        A    No.

13        Q    You did not attempt to construct a

14    factor analysis that would have been

15    econometrically valid to support such a

16    conclusion, did you?

17        A    No, I did not.

18        Q    Is it your opinion that if Professor

19    Ferrell had excluded the factor on broader

20    cryptocurrency market movements, that his factor

21    analysis would have been econometrically valid?

22        A    You can't ask me that question

Page 96

1    because the analysis rests on this factor.  So

2    you can't remove this factor from the model and

3    then keep the model accurate because the whole

4    model estimates this factor.

5              I mean, the conclusions pertain to

6    Ripple Labs' efforts and the broad cryptocurrency

7    market.  You can't analyze those two things

8    without a factor for one and factor for the

9    other.  So it's a -- it's a contradictory

10   question to ask me, Well, if we take this out of

11   it, it's like taking the apple of the apple pie,

12   and then what's going to -- will the apple pie be

13   delicious if it doesn't have apple?  Or will it

14   be an apple pie if it doesn't have apple?

15        Q    So are you offering an opinion that

16   there is no econometrically valid factor analysis

17   that could be designed to determine whether

18   Ripple's efforts caused changes in XRP's price?

19        A    No.  I'm offering an opinion on this

20   particular econometric analysis.

21        Q    Okay.  So what factors would

22   Professor Ferrell need to have included in order

Page 97

1    to have an econometrically valid factor analysis

2    that he could use to determine whether Ripple's

3    efforts caused changes in XRP's price?

4        A      He would've had to find a factor that

5    proxies for the cryptocurrency market without

6    being endogenous to the efforts of Ripple --

7    Ripple Labs.

8        Q      Would he have had to change any other

9    factors or just that?

10       A      I think this is the most important

11   one, and this is the one that he's estimating

12   primarily.

13       Q      Well, you say it's the most important

14   one.  Are there other factors that he would've

15   had to change?

16       A      Well, I mean, look, there are several

17   parameters and several -- several specifications,

18   several ways in which he has laid out his

19   parameters.

20              I can imagine that if I were to take

21   a deeper look at each one of these, given the

22   counter -- the hypothetical counter scenario that

Page 98

1    you're offering, I may find more things to

2    change, but none come to my mind at this point.

3          Q      And you haven't listed any others in

4    your report, right?

5          A      No.

6          Q      No, you haven't?

7          A      I have not.

8          Q      Okay.  And your conclusion that the

9    factor on the broader cryptocurrency market was

10   inappropriate to include is based on your

11   analysis that -- or your conclusion that Ripple

12   Labs can affect the broader cryptocurrency market

13   beyond XRP; is that right?

14         A      No.  It is based on the fact that

15   Ripple can affect the cryptocurrency broader

16   market, and more importantly, that the broader

17   cryptocurrency market can affect what Ripple

18   does.  It's a two-way causality street.  And in

19   order for it to be an exogenous variable, neither

20   should be affecting the other, neither should be

21   driving the other.  Then we would be able to

22   discern the statistical impact of each.

Page 99

 1         Q        So in your view, the only way you can

 2    include a factor that is econometrically valid is

 3    if that factor has no causal relationship in

 4    either direction with the actions that you're

 5    trying to investigate; is that right?

 6         A        In the factor model where we're

 7    trying to distinguish the -- the impact of two

 8    particular factors on a price level.  If the two

 9    are endogenous, then, yes, you cannot do it.

10         Q        What do you mean when you say

11    "endogenous factors"?  How do you define that

12    term?

13         A        Endogeneity refers to the phenomena

14    where changes in one factor can lead to changes

15    in another factor.  An exogenous factor -- two

16    factors that are exogenous are two factors that

17    change without affecting one another.  Endogenous

18    factors will affect one another.

19         Q        And it's your opinion that if a

20    factor model includes endogenous factors, that

21    it's econometrically invalid; is that right?

22         A        I would say so.

In re Ripple Labs. Inc., Litigation
Confidential

Page 100

1         Q        What economic literature do you cite

2    to support that conclusion?

3         A        I mean, this is basic econometrics.

4    I don't particularly -- I don't think I cite any

5    one in particular about this, but this is basic

6    econometrics.

7         Q        But you don't have any citation for

8    it, correct?

9         A        Not in the report, no.

10        Q        And just to be clear, you're not

11   offering an opinion that Professor Ferrell got

12   the arithmetic wrong when doing his factor

13   analysis, right?

14        A        I'm not offering that opinion.

15        Q        Now, Professor Ferrell also offers an

16   opinion about Ripple's ODL product.  Are you

17   aware of that?

18        A        Yes.

19        Q        In terms of ODL, and specifically its

20   transaction costs, he offers an opinion at

21   paragraphs 76 and 77 of Exhibit 149.

22                 Do you see that?

In re Ripple Labs. Inc., Litigation
                                       Confidential

                                                                      Page 101

1          A       Yes.

2          Q       Now, you're not offering an opinion

3     that Professor Ferrell's math was wrong in the

4     calculations he did there, right?

5          A       No.

6          Q       You're not offering an opinion that

7     he was wrong to determine that ODL use increased

8     over time, are you?

9          A       No.

10         Q       You're not responding to the

11    break-even analysis that he conducted in

12    paragraph 77 and Exhibit 19 of his report, are

13    you?

14         A       I am not.

15         Q       And he also opined in paragraph 74 of

16    his report that ODL's technical efficiency

17    improved over time.

18                 You're not offering a response to

19    that opinion, are you?

20         A       I am not.

21         Q       And you're not opining that Professor

22    Ferrell was wrong to determine that as an

Page 102

1    empirical matter, ODL costs decreased over time

2    as XRP market liquidity improved, are you?

3        A      I am not offering an opinion on that.

4        Q      Okay.  Now, in Section 5A of his

5    report, Professor Ferrell offers an opinion that

6    XRP is a virtual currency, right?

7               It's page 31 of the report, if that

8    helps.

9        A      Yes.  Yes.

10       Q      And your rebuttal in response to that

11   opinion is expressed in paragraph 70 and 71 of

12   your report, right?

13       A      Mm-hmm.  Yes.

14       Q      And those two paragraphs contain the

15   entire substance of your rebuttal opinion there,

16   correct?

17       A      Yes.

18       Q      Okay.  Now, I want to ask you about

19   paragraph 52 of your report.  This paragraph has

20   some comments about when Ripple sold XRP on

21   public exchanges.

22               Do you see that?

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

                                                                        Page 103

1          A       Yes.  Yes.

2          Q       Is it your intent to offer an opinion

3    about when Ripple first began selling XRP on

4    public exchanges?

5          A       No, I'm not offering an opinion on

6    that.

7          Q       Okay.  Now, in paragraph 52, you say

8    in the second sentence:  "Ripple Labs began

9    selling XRP on digital asset exchanges in spring

10   2017."

11                 Do you see that?

12         A       Yes.

13         Q       Would it change your opinion if you

14   were to learn that Ripple Labs actually began

15   selling XRP on digital asset exchanges earlier

16   than that date?

17                 MR. ELKHUNOVICH:  Objection.  Form.

18                 You can answer.

19                 THE WITNESS:  I mean, if I find

20   contrary information, then yeah, that would change

21   my opinion.

22   BY MR. OPPENHEIMER:

Page 104

1        Q       Okay.  What methodology did you apply

2   to reach your opinions in this case?

3                MR. ELKHUNOVICH:  Objection.  Form.

4                THE WITNESS:  I applied my experience

5   from years of studying digital currencies.

6   BY MR. OPPENHEIMER:

7        Q       Anything else?

8        A       My understanding of statistics,

9   econometrics.

10       Q       Would somebody else be able to

11  replicate your methodology then if they didn't

12  have your exact experience from studying digital

13  currencies and your exact understanding of

14  statistics and econometrics?

15       A       I think they could do it if they

16  understand statistics and econometrics, not if

17  they -- but if they don't have the background in

18  digital currencies, they should still be able to

19  do it.

20       Q       So walk me through step by step what

21  methodology, if any, you followed in order to

22  opine on the validity of Professor Ferrell's

Page 105

1    factor analysis.

2         A       I started off by reading his model,

3    understanding what he said, and understanding the

4    assumptions he built the models on.  And then

5    from my understanding of how the digital currency

6    market works and how XRP works, I determined that

7    the endogeneity -- the exogeneity assumption in

8    his model is not valid.

9         Q       Are you offering an opinion that

10   Ripple's actions caused the price of XRP to

11   change?

12        A       I'm not offering that as an opinion.

13   I am arguing that the evidence presented by the

14   report from -- by Profess- -- Professor Ferrell

15   to prove the contrary is insufficient.

16        Q       Okay.  So you are not intending to

17   offer an opinion that any particular actions

18   Ripple took had an impact on the price of XRP; is

19   that right?

20        A       This was not the scope of my hiring.

21   I was just told to rebut the report by Professor

22   Aaron -- Allen Ferrell.

Page 106

1        Q       Okay.  So take a look at paragraph 26

2    of your report, and footnote 9 in particular.

3                Footnote 9 says:  "Ripple's

4    over-the-counter," parentheses, "OTC," "sales

5    also had an impact on XRP price."

6        A       Mm-hmm.

7        Q       Are you offering an opinion that

8    Ripple's OTC sales affected the price of XRP?

9        A       I'm citing the sources that where

10   members of Ripple themselves are saying this.

11       Q       So you're taking that as a factual

12   assumption based on the sources you cite.

13       A       Yes.  Based on the fact that they not

14   only were just discussing this, but they were

15   actually making decisions -- as we see from these

16   cited documents, they were deciding the magnitude

17   of their sales based on the data that they were

18   getting from the market.

19       Q       Okay.  So you didn't do any analysis

20   of your own to figure out whether any of Ripple's

21   actions affected the price of XRP, correct?

22       A       In fact, I did.  I went through the

Page 107

1    reports that are -- well, I mean I should say the

2    e-mails.  I -- there were several e-mails here in

3    which members of Ripple Labs had discussed

4    particular events and their impact, and had

5    discussed particular relationships between the

6    price trend of Bitcoin, XRP, ETH, and how it

7    related to particular events.

8         Q       My question is, did you do any

9    empirical analysis of your own beyond just

10   looking at e-mails people wrote during the

11   roughly 2016 through 2022 time period to figure

12   out whether Ripple's actions had any effect on

13   the price of XRP?

14        A       I did not perform econometric

15   analysis myself.  I analyzed the e-mails and I

16   analyzed Professor Ferrell's claims.

17        Q       Okay.  Who selected the e-mails for

18   you to analyze?

19                MR. ELKHUNOVICH:  You can answer

20   who --

21                THE WITNESS:  Counsel.

22                MR. ELKHUNOVICH:  -- selected them.

In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

Page 108

1   BY MR. OPPENHEIMER:

2       Q      Okay.  Did you provide any

3   instructions for the type or content of e-mails

4   that you wanted to see?

5                 MR. ELKHUNOVICH:  Objection.

6                 I'm going to instruct you not to

7   answer.  That gets into protected Rule 26

8   territory.

9                 MR. OPPENHEIMER:  If it's part of his

10  methodology, I'm not sure it does.  But let's see

11  if we can work around this for a minute, and we

12  might be able to avoid the question.

13  BY MR. OPPENHEIMER:

14      Q      Were there any e-mails or other

15  documents that you asked to see that were not

16  provided to you?

17      A      No.

18      Q      Did you request to review any

19  particular categories of documents in order to

20  write your opinion in this case?

21                 MR. ELKHUNOVICH:  Objection.

22                 I'm going to instruct you not to

Page 109

1    answer.

2              I don't understand how this is not

3    Rule 26 stuff.  You're asking him without saying

4    it about my communications with him.

5              MR. OPPENHEIMER:  I'm not asking him

6    for the substance of any communications.  I'm

7    asking him whether he made a request.

8              MR. ELKHUNOVICH:  And -- it's

9    a noncommunication -- noncommunicative request?

10             MR. OPPENHEIMER:  The existence of a

11   communication is not privileged.  It's the

12   substance of the communication that's privileged.

13             MR. ELKHUNOVICH:  But you're asking

14   for substance.  You're asking did a request with a

15   particular substance occur, which is just another

16   way of asking for substantive communication

17   between an expert and a -- and counsel in addition

18   to the process -- the protected process of writing

19   his report.

20             So, I mean, we've gone for a long time

21   asking about what he relied on, what he didn't

22   rely on, and you can keep going for another -- up

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

Page 110

1   to seven hours about that, but I will instruct him

2   not to answer questions that ask for his

3   communications with lawyers.

4              MR. OPPENHEIMER:  All right.  Then

5   just make the instruction.  The question stands.

6              MR. ELKHUNOVICH:  Okay.  I instruct

7   you not to answer that question.

8   BY MR. OPPENHEIMER:

9       Q     Did you provide any search terms that

10  you wanted to be used in order to identify

11  documents for your review?

12             MR. ELKHUNOVICH:  I will instruct you

13  not to answer that question.

14  BY MR. OPPENHEIMER:

15      Q     Did you make any effort to review

16  documents that would have indicated that Ripple

17  did not affect the price of XRP?

18             MR. ELKHUNOVICH:  You can answer yes

19  or no.

20             THE WITNESS:  Sorry, could you repeat

21  that?

22  BY MR. OPPENHEIMER:

Page 111

1          Q        Did you make any effort to review

2     documents that would have indicated that Ripple

3     did not affect the price of XRP?

4          A        I did not make a specific request for

5     something like that.

6          Q        Okay.  And what steps, if any, did

7     you take to determine whether the views of Ripple

8     employees expressed in the e-mails that you

9     relied on were in fact accurate?

10         A        I presume the papers presented by

11    counsel are accurate.  I don't believe they were

12    offering me forgeries.

13         Q        I'm not asking if they were

14    authentic.

15                  My question is, if you saw an e-mail

16    such as the one you cited in footnote 9 that we

17    were talking about, in which a Ripple employee

18    stated a belief that a particular action affected

19    the price of XRP, what steps, if any, did you

20    take to determine whether that employee was right

21    about that causal relationship?

22         A        I think what matters to me is not

Page 112

1    whether the employee is right or wrong.  For my

2    econometric critique of Professor Ferrell's work,

3    I'm simply stating that Ripple Labs was reacting

4    to the cryptocurrency market.  It doesn't matter

5    if they're analyzing it correctly; it doesn't

6    matter if they're analyzing it incorrectly.  What

7    matters is that their behavior is affected by the

8    cryptocurrency market.

9              So whether the e-mails were written

10   by people who understood correctly what was going

11   on or not is tangential to the main point.  The

12   main point is are their decisions being affected

13   by developments in the market.  That's what

14   matters.

15      Q    So if as a factual objective matter

16   Ripple Labs' actions did not have any affect on

17   the price of XRP, that wouldn't change the

18   opinions that you reached because you view that

19   as a tangential matter; is that right?

20      A    No.  This is not something that is

21   even -- it doesn't make sense in this situation.

22   You're talking about an entity that is selling

Page 113

1    directly into the market.  If you're selling and

2    buying, you are affecting the price.  I mean the

3    magnitude of the effect isn't the question here.

4    There is no question that any party in a market

5    is affecting the price, is part of the price

6    formation process.

7         Q      You agree that it is possible for

8    actions to have a price impact that is so small

9    it's not even detectible, right?

10                 MR. ELKHUNOVICH:  Objection.  Form.

11                 THE WITNESS:  It's possible.

12   BY MR. OPPENHEIMER:

13        Q      And you also agree that the test

14   Professor Ferrell ran indicated that there was no

15   statistically significant non-zero effect on

16   price, right?

17        A      Could you repeat that?  I wasn't

18   quite following your phrasing.

19        Q      Professor Ferrell concluded that

20   there was no statistically significant non-zero

21   effect of Ripple's actions on XRP's price, right?

22        A      I'm sorry.  I'm not sure that this is

Page 114

1    exactly how he phrased it, and I'm -- I'd

2    rather -- could you -- could you cite me to the

3    place where he indicates this in his report?

4          Q     Why don't we try it this way.

5                You understand that Professor

6    Ferrell's report calculates an alpha, right?

7          A     Mm-hmm.

8          Q     Can you give me your understanding of

9    what alpha refers to in this context?

10         A     Alpha refers to the -- could you

11   point me to the place where he explains it?  I

12   prefer to go back to the source.

13         Q     Well, my question is what's your

14   understanding of what alpha refers to, not what's

15   his understanding.

16               MR. ELKHUNOVICH:  Are you able to

17   point him to the report or do you want him to

18   review it and find it?

19               MR. OPPENHEIMER:  I want to know what

20   his understanding is.  If he can't provide that

21   without reviewing the report, that's fine.

22   BY MR. OPPENHEIMER:

Page 115

1          Q      But I'm asking for your

2    understanding, Dr. Ammous.

3                 MR. ELKHUNOVICH:  You can take your

4    time and find whatever you need to find.

5                 THE WITNESS:  Yeah.  No, I prefer to

6    have the exact specification that Professor

7    Ferrell is -- presents.

8    BY MR. OPPENHEIMER:

9          Q      So as you sit here, are you unable to

10   articulate an understanding of what alpha was

11   without going back to Professor Ferrell's report?

12         A      I can articulate it, but I prefer not

13   to put words in Professor Ferrell's mouth.

14                MR. ELKHUNOVICH:  But I -- but I think

15   he's making an effort to answer your question, and

16   while he's doing that, you're asking him others.

17   If you don't want him to look at a document, and

18   ask him another question, you can.  But I think

19   he's trying to do something, and I don't think

20   it's appropriate for you to just keep asking

21   questions over that.

22                MR. OPPENHEIMER:  Well, respectfully,

Page 116

1    I don't think he's answering the question I've

2    asked, and I don't think that's where this is

3    heading.

4    BY MR. OPPENHEIMER:

5         Q      So you just testified that you can't

6    articulate your understanding --

7                   MR. ELKHUNOVICH:  Well -- objection.

8    You will not --

9                   MR. OPPENHEIMER:  Wait for the

10   question before you object.

11                  MR. ELKHUNOVICH:  No, you cannot ask a

12   question while a question is pending and that he's

13   trying to answer.  You can withdraw that question,

14   tell him to put whatever he's doing aside, and --

15                  MR. OPPENHEIMER:  Right now there is

16   no question because you just interrupted when I

17   was trying to ask it.

18                  MR. ELKHUNOVICH:  No --

19                  MR. OPPENHEIMER:  Let me ask the

20   question, and you can object without a speaking

21   objection.

22                  MR. ELKHUNOVICH:  No.

Page 117

1    BY MR. OPPENHEIMER:

2        Q       The question, Dr. Ammous --

3                MR. ELKHUNOVICH:  Brad, no.  You --

4                MR. OPPENHEIMER:  Don't talk over me.

5                MR. ELKHUNOVICH:  Hold on --

6                MR. OPPENHEIMER:  The question -- I

7    withdraw whatever question was out there.

8                MR. ELKHUNOVICH:  Great.

9    BY MR. OPPENHEIMER:

10       Q       The question now, Dr. Ammous, is --

11       A       Mm-hmm.

12       Q       -- you just testified you can

13   articulate your understanding of what alpha was

14   without going back to Professor Ferrell's report.

15               What's your understanding of what

16   alpha was in that analysis?

17               MR. ELKHUNOVICH:  Objection.  Form.

18               THE WITNESS:  (Peruses document.)

19               Yeah, so the alpha is the metric that

20   would show up to -- next to the Ripple-based

21   efforts, and if it is statistically significant

22   from zero, then Professor Ferrell claims that it

Page 118

1    would suggest that Ripple is not -- Ripple's

2    efforts are not influential in the development of

3    the XRP price.

4    BY MR. OPPENHEIMER:

5         Q      Were you able to answer that question

6    without having to refer back to his report?

7         A      I understood the concept, of course,

8    but I prefer to have the exact phrasing that he

9    uses.

10                MR. OPPENHEIMER:  Okay.  Let's go off

11   the record.

12                THE VIDEOGRAPHER:  We're off the

13   record at 11:36 a.m.

14                (Recess.)

15                THE VIDEOGRAPHER:  This is the

16   beginning of media 3.  We're on the record at

17   11:49 a.m.

18   BY MR. OPPENHEIMER:

19        Q      Dr. Ammous, in your report,

20   Exhibit 174, please take a look at paragraph 124.

21                What you write in the last sentence

22   of paragraph 24 is its escrow of XRP in 2017

Page 119

1    created a pop in price.

2        A      I'm sorry, what?  Created -- where

3    was this?

4        Q      Do you see the last sentence of

5    paragraph 24?

6        A      Yes.

7        Q      You write:  "Its escrow of XRP in

8    December 2017 created a pop in price."

9              Do you see that?

10       A      Yes.

11       Q      What steps, if any, did you take to

12   determine whether that pop in price was

13   statistically different from zero?

14       A      That was a direct quote from a Ripple

15   employee.  I'm not sure which employee exactly in

16   this report -- in this one particular source.

17              But I -- as I mentioned earlier, my

18   analysis does not rest on the specific numerical

19   impact that Ripple's actions had or any

20   particular action by Ripple had.  My analysis is

21   purely about the fact that Ripple's actions were

22   informed by the market.  And so that's why this

In re Ripple Labs. Inc., Litigation
                        Confidential

                                                        Page 120

1    quotation matters.

2        Q       So to be clear, you didn't do any

3    independent analysis to determine whether that

4    pop in price was statistically different from

5    zero, correct?

6        A       I did not.

7        Q       And you don't know what analysis, if

8    any, the employee who wrote those words did to

9    determine whether -- what the causes of the pop

10   in price were, correct?

11       A       I don't remember this particular

12   e-mail.  I don't have it in front of me right

13   now, but I think the -- I think this one was

14   quite visible, that you could just see it quite

15   directly that there was a big rise in the price

16   after they announced the escrow.

17       Q       And do you know what work, if any,

18   the person who wrote this e-mail did to exclude

19   possible confounding factors as the cause of this

20   price change?

21       A       I do not recall, no.

22       Q       Turn back to footnote 9 in paragraph

Page 121

1    26.

2                    This is where you cite an e-mail in

3    support of the proposition that OTC sales also

4    had an impact on XRP price.  You didn't do any

5    analysis to determine whether that impact was

6    statistically significantly different from zero,

7    did you?

8         A     No, I did not.

9         Q     And you don't know what, if any,

10   analysis the person who wrote the e-mail did to

11   determine the impact on XRP price, did you?

12        A     They did include some numbers in

13   this.  I mean I saw their analysis that they had

14   included.

15        Q     And what, if anything, did the people

16   who wrote this e-mail do -- well, withdrawn.

17                    What, if anything, did the person who

18   wrote that e-mail do to exclude possible

19   confounding factors?

20        A     I do not remember.

21        Q     Turn to paragraph 59 of your report.

22                    In the second sentence in this

Page 122

1    paragraph, you write:   "When Ripple Labs sells

2    some of its XRP tokens, that would be likely to

3    cause all XRP tokens to decline in value."

4              Do you see that?

5        A    Yes.

6        Q    Are you offering an opinion that

7    Ripple's sales of XRP actually caused the price

8    of XRP to decline?

9        A    "Likely" is the word that I use.

10       Q    So my question is, are you offering

11   an opinion that the sales actually caused the

12   price of XRP to decline?

13       A    No.  Likely.

14       Q    Can you quantify how likely?

15       A    No.

16       Q    The next sentence says:   "This would

17   be likely to cause losses for XRP holders who

18   might react by reducing their allocation to other

19   digital assets or liquidating their entire

20   portfolio."

21              Do you see that?

22       A    Yes.

Page 123

1        Q       You use the word "likely" in that

2    sentence again.  Is it fair to say you're not

3    offering an opinion that Ripple's sales of XRP

4    actually caused losses for XRP holders?

5        A       I'm saying they could.  They are

6    likely to do that.  It doesn't -- it follows that

7    I'm not saying that it is certain that it would.

8        Q       And you can't quantify that

9    likelihood either, can you?

10       A       No.

11       Q       If you look ahead to the next

12   sentence:  "On the other hand, if Ripple Labs

13   were to purchase a sum of XRP, that would likely

14   raise the price of XRP."

15               Again, you use the word "likely"

16   there.  Are you able to quantify the likelihood

17   of this result that you described?

18       A       No.  I don't think you can produce

19   numerical estimates of these kind of

20   probabilities.

21       Q       Okay.  You opine in paragraph 59 that

22   changes in the price of XRP can cause changes in

In re Ripple Labs. Inc., Litigation
Confidential

Page 124

1    the prices of other cryptocurrencies like

2    Bitcoin, right?

3         A     Yes.

4         Q     Under the logic that you've applied

5    there, does it follow that changes in the price

6    of Bitcoin affect the price of XRP?

7         A     I would say so, yeah, slightly.

8         Q     Now, I'd like to direct your

9    attention to paragraphs 26 through 29 of your

10   report, Exhibit 174.

11        A     Mm-hmm.  Okay.

12        Q     These paragraphs make some statements

13   about how Ripple understood that its actions

14   related to XRP price or impacted XRP price citing

15   documents from the record, right?

16        A     Yes.

17        Q     And I think we made clear you are not

18   offering an opinion that Ripple actually affected

19   the price of XRP, just that it believed that its

20   actions were impacting XRP; is that right?

21        A     Well, I'm also offering an opinion

22   saying that Professor Ferrell's evidence against

Page 125

1    the contention that Ripple's actions affect XRP

2    is not satisfactory.  It's not convincing.

3              So I would say the null hypothesis

4    and the common sense starting point is that an

5    entity that owns more than a half and at some

6    point owns 100 percent of the supply of something

7    is likely going to have enormous impact on the

8    price.

9              So the -- this -- this I believe is

10   the reasonable starting point for the analysis,

11   and the onus of proof is on Professor Ferrell to

12   present convincing, compelling counterevidence to

13   this, and I believe he fails.

14             So I fall back on the common sense

15   position that an economist would have, which is

16   that somebody who is able to affect -- to sell

17   such significant quantities of a good has an

18   impact on it.

19       Q     And what you're doing in these

20   paragraphs is describing Ripple's belief that it

21   could affect the price of XRP; is that right?

22       A     Yes.

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

Page 126

1          Q        Now, in paragraph 48 of your report,

2     if you look at the very last sentence --

3          A        Mm-hmm.

4          Q        -- you see it says:  "Ripple

5     intentionally aligned its company with XRP's core

6     principles."

7                    You see that?

8          A        Yes.

9          Q        That's an assertion about what Ripple

10    intended, right?

11         A        Yes.

12         Q        What analysis did you conduct to

13    determine what Ripple intended?

14         A        This is from their own -- from the

15    reference -- I don't have the reference in front

16    of me now, but I presume this was internal

17    communication or a presentation to other clients.

18         Q        So you reached that conclusion from

19    reading the document that you cite there; is that

20    right?

21         A        Yes.

22         Q        Turn to paragraph 66, please.

Page 127

1            In the first sentence of this

2    paragraph you write:  "Ripple Labs thus

3    manufactures market demand through its ODL scheme

4    itself to intentionally impact XRP price."

5            What did you do to conclude that

6    Ripple was intending to impact XRP price through

7    ODL?

8        A     If you go to paragraph 50 -- 64, and

9    you see several sources there where Ripple Labs

10   understands that ODL XRP origination, that any

11   significant scale to have a negative impact on

12   XRP price."

13           Later on, we see:  "Ripple Labs

14   acknowledge that programatic sales are done

15   without liquidators directive to minimize market

16   impact, while ODL XRP origination orders are

17   effectively market sell orders that would

18   aggressively hit the open order book.  XRP

19   selling via XRPO has left a negative pressure on

20   XRP."

21           And then finally, the last line:

22   "Ripple Labs' CEO ultimately approved Ripple

Page 128

1    Labs' XRP buyback initiative."

2          Q      So you reached that conclusion by

3    reading the documents cited in paragraph 64.  Is

4    that right?

5          A      Yes.

6          Q      Let's turn back to paragraph 29 now.

7                 What you write in paragraph 29 in the

8    first sentence -- first two sentences are:

9    "Professor Ferrell did not measure short-term

10   price impact, nor did he measure XRP supply

11   inflation.  However, Ripple Labs did, and Ripple

12   Labs understood its sales behavior had a

13   measurable impact on XRP price."

14                Do you see that?

15         A      Yes.

16         Q      When you say "Ripple Labs did," what

17   is that referring to?  Ripple Labs did what?

18         A      They measured the supply inflation

19   and the short-term price impact of the supply

20   inflation.

21         Q      How do you find short -- how do you

22   define "short-term price impact"?

Page 129

1      A      I would say short term would be

2   around three months or under six months.

3      Q      Under six months is short term?

4      A      (Witness nods.)  Yeah.

5             But that's -- that's a subjective

6   definition.  You could -- it depends on the

7   context.  In some contexts a day could be

8   considered short term, and in some -- other

9   contexts it could be a year.

10     Q      Well, I'm asking you.  You know,

11  you've held yourself out as an expert in this

12  field in this case.  How do you define "short

13  term" as you've used that phrase in this

14  paragraph?

15     A      Quarterly.

16     Q      Quarterly.  Okay.

17     A      Yeah.

18     Q      Do you know what term Professor

19  Ferrell measured when he was looking at XRP price

20  returns?

21     A      Dollar price.

22     Q      I mean what time period in terms of

Page 130

1    long and short term.

2          A     Oh.  He looked at monthly returns.

3          Q     Okay.  That would be short term under

4    your definition, wouldn't it?

5          A     Yes.

6          Q     Do you think that Ripple Labs

7    measured a shorter term impact than Professor

8    Ferrell did?

9          A     I think in some of these e-mails,

10   yes, they do.

11         Q     Well, in fact, the e-mail that you

12   cite also uses monthly figures in order to do its

13   analysis; isn't that right?

14         A     I don't have the e-mail in front of

15   me now, but I'll take your word for it.

16         Q     Well, I don't want you to take my

17   word.

18               So let's mark this one as an exhibit.

19   I think we're on 182.  Yeah, 182.

20               (Exhibit No. 182 was marked for

21               identification.)

22   BY MR. OPPENHEIMER:

Page 131

1          Q        And in Exhibit 182 -- well, let's

2     just make the record clear first.  Exhibit 182 is

3     a document with Bates number RPLI_00499634.

4                   That's the document that you cited in

5     paragraph 29, right?

6          A        Yes.

7          Q        And if you turn to the page ending

8     with Bates number 639.

9          A        Mm-hmm.

10         Q        What you'll see there is -- in the

11    third sentence, it says:  "For much of the

12    analysis conducted, we analyzed monthly aggregate

13    data rather than daily figures."

14                  Do you see that?

15         A        Yes.

16         Q        That's the same time period that

17    Professor Ferrell looked at when he was doing his

18    analysis, isn't it?

19         A        Mm-hmm.

20         Q        That's a "yes"?

21         A        Yes.

22         Q        And in fact, Professor Ferrell also

Page 132

1   ran his model using weekly returns, didn't he?

2        A      I think that is the case.

3        Q      Well, if I can direct you to

4   Exhibit 149, the Ferrell report, paragraph 32.

5        A      32?

6        Q      Yeah.

7               Do you see there, he says:  "I show

8   the robustness on my factor model to weekly and

9   30-day monthly sampling frequencies."

10       A      Okay.

11       Q      Right?

12       A      Okay.

13       Q      So you agree a weekly interval is

14  more short term than a monthly interval, right?

15       A      Yes.

16       Q      I'd like to direct you now to

17  paragraph 22 of your report.

18              The last sentence of paragraph 22

19  says:  "The fact that Ripple Labs has spent years

20  selling these tokens at a slow pace has fostered

21  and established an expectation among XRP buyers

22  that Ripple Labs will not sell all its holdings

Page 133

1    at once."

2                    Do you see that?

3         A      Yes.

4         Q      What methodology, if any, did you use

5    to determine the expectations of XRP buyers?

6         A      I've spoken to a few over -- over

7    time.

8         Q      Did you speak to any after you were

9    engaged in this case?

10        A      No.

11        Q      When did you speak to the XRP buyers

12   you're referring to here?

13        A      I've spoken to several over the

14   years.  So starting, I would say, since 2016

15   until -- until this case, I've spoken to several.

16        Q      How many?

17        A      Very difficult to count.  Definitely

18   more than ten between in person and online.

19        Q      Was it more than 50?

20        A      Probably not.

21        Q      Okay.  And how did you go about

22   selecting the XRP purchasers that you talked to?

Page 134

1          A          I -- there was no -- there was no

2     research methodology involved here.  There were

3     just the conversations that I would happen to

4     have with people who talked to me about digital

5     currencies and end up holding Ripple.  This is

6     the kind of general impression that I got from

7     them.

8                    I should add also this is also

9     something that you get from the e-mails that we

10    cite in this report where Professor Ferrell --

11    sorry, where Ripple staff are discussing these

12    things with each other, and they seem particular

13    about the importance of establishing this kind of

14    expectation among Ripple holders.

15         Q          Can you give me the names of any of

16    the XRP buyers that you talked to in order to

17    form that belief?

18         A          Mmm.  I mean, mostly they were people

19    online that I would have discussed this with

20    fleetingly.  So -- some old discussions that I've

21    had online.

22         Q          As you sit here today, can you give

Page 135

```
 1   me any name of any of those XRP buyers you spoke

 2   with?

 3         A      I mean, I can give you a couple on a

 4   first name basis, but I don't know the last

 5   names, people I spoke to in person.  And then

 6   online it's just, you know, avatars that show up

 7   on Twitter or Facebook or -- so I don't really

 8   remember, no.

 9         Q      Okay.  So as you sit here today, you

10   don't remember the names of any of the XRP buyers

11   you spoke to to form that view?

12         A      No.

13         Q      All right.  Are you aware that there

14   are XRP buyers who said under oath that they

15   didn't even know Ripple existed when they bought

16   their XRP?

17         A      I'm not aware of that.

18         Q      Are you offering an opinion that

19   those buyers still somehow expected that Ripple

20   wouldn't sell all of its holdings at once?

21         A      I'm not offering that opinion.

22         Q      Let's go over to paragraph 70 of your
```

Page 136

1    report.

2                   The third sentence of paragraph 70

3    says:  "The fact that Ripple Labs holds such a

4    large stake in XRP will also prevent it from

5    achieving wider adoption, as investors are

6    unlikely to want to store wealth in a digital

7    asset whose value can be controlled by the

8    creators controlling a significant part of the

9    supply."

10                  How do you measure how widespread the

11   adoption of XRP or any other digital asset is?

12        A      For me I think the most reliable

13   metric for that is the dollar price of the token

14   multiplied by the number of the token that is in

15   circulation.

16        Q      You don't offer that definition in

17   your report, do you?

18        A      No.

19        Q      When you say in paragraph 70 that

20   this will prevent it from achieving wider

21   adoption, wider than what?  What do you mean by

22   that?

12/13/2023              In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                    Confidential

Page 137

1          A       Significantly wider than what it

2     is -- or I should say -- when I say that, I

3     probably mean it in comparison to Bitcoin.

4          Q       Okay.  So what you're saying in this

5     sentence in paragraph 70 is the fact that Ripple

6     Labs holds such a large stake in XRP will also

7     prevent XRP from achieving wider adoption than

8     Bitcoin; is that right?

9          A       I mean, I think the term "wider

10    adoption" here is -- it's a generic term that

11    refers to a growing amount of adoption worldwide,

12    but could also be construed as referring to wider

13    than Bitcoin adoptions, since Bitcoin is

14    effectively the -- the standard when looking at

15    digital currencies.  It's the measuring stick

16    against which they all have to measure up.

17         Q       Well, which way did you intend it to

18    be read here?  You wrote those words.

19         A       I think it goes both ways.

20         Q       You agree that Ripple Labs owned more

21    XRP in 2013 than it does today, right?

22         A       Yes.

12/13/2023                  In re Ripple Labs. Inc., Litigation              Saifedean Ammous, Ph.D.
                                        Confidential

1          Q       Do you also agree that XRP is more

2    widely adopted today than it was in 2013?

3          A       Yes.

4          Q       Do you think that Ripple's holdings

5    of XRP didn't become an impediment to wider

6    adoption until sometime after 2013?

7          A       I'm not sure I quite -- I'm not quite

8    sure I follow the question.

9          Q       Well, in the third sentence of

10   paragraph 70, you say:  "The fact that Ripple

11   Labs holds such a large stake in XRP will also

12   prevent it from achieving wider adoption."

13                 You agree that Ripple Labs held a

14   larger stake in XRP in 2013, right?

15         A       Mm-hmm.

16         Q       And you agree that that didn't

17   prevent it from achieving wider adoption between

18   2013 and today, right?

19         A       Okay.  Yeah.

20         Q       What analysis did you do to determine

21   whether Ripple Labs' holdings of XRP will prevent

22   XRP from achieving wider adoption in the future?

Page 139

1          A       I'd say if you compare Ripple over

2     the -- over the past 10 years from 2013 until

3     today, it's -- it has not grown as much as

4     Bitcoin has grown, and it contains -- it

5     continues to be decidedly smaller than Bitcoin,

6     even though it has a lot of marketing activity to

7     promote it.  It has an active lab behind it that

8     is pushing it, which Bitcoin does not have, and

9     yet XRP cannot catch up to Bitcoin.

10         Q       What analysis did you do to determine

11    that that's due to the stake that Ripple Labs

12    holds as opposed to any other factor?

13         A       Well, that I would refer you to my

14    earlier paper, "Can cryptocurrencies fulfil the

15    functions of money?"  And in that paper early on,

16    I think I point out the fact that this giant

17    stash of coins held by Ripple Labs is going to

18    always alienate a lot of people who might

19    consider buying it.

20         Q       Did you do any analysis to determine

21    whether XRP outperformed Bitcoin from the period

22    after you published that 2016 paper until today?

In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                              Confidential

                                                                    Page 140

1          A        Yes.  Actually, if you look at the

2    dates, it depends on where you calculate it, but

3    their performance isn't that different.

4          Q        So their performance is not that

5    different from the time you wrote the paper until

6    today?

7          A        Mm-hmm.

8          Q        In the third sentence of paragraph

9    70, going to the rest of the sentence, you also

10   say:  "Investors are unlikely to want to store

11   wealth in a digital asset whose value can be

12   controlled by the creators controlling a

13   significant part of the supply."

14         A        Mm-hmm.

15         Q        Are you stating here that Ripple can

16   control the value of XRP?

17         A        Yes.  If they'd sell all of their

18   Ripple -- if they sell all of their XRPs today, I

19   am highly confident that it would cause a massive

20   crash in the price.

21         Q        Do you know whether it is even

22   possible for Ripple to sell all of its XRP today?

In re Ripple Labs. Inc., Litigation
Confidential

Page 141

1          A       Yes, it is possible.

2          Q       You're familiar with the XRP escrow

3    that was established in 2017, right?

4          A       Yes.

5          Q       How can Ripple sell all of its XRP

6    today if most of it is locked in the escrow?

7          A       They can unlock it and sell it.

8          Q       How can Ripple unlock it?

9          A       They can do it.

10         Q       What analysis did you do to figure

11   out that Ripple can unlock the escrow?

12         A       Well, they locked it.  They locked

13   it, they put it there, so they can unlock it.

14         Q       How was the escrow created?

15         A       I think the -- there is a document

16   here in which they discuss the creation of the

17   escrow.  But it was I think through a smart

18   contract.

19         Q       And what analysis did you do to

20   determine whether the XRP Ledger allows Ripple

21   acting alone to unlock that smart contract?

22         A       That analysis is a result of the

Page 142

1    discussion of -- let me point it out here.

2              So the analysis in the Clark expert

3    report on the degree of Ripple Labs's control

4    over the protocol I believe is quite compelling

5    that in the same way that they are able to escrow

6    those coins, they -- if they chose to, they can

7    release the escrow.

8        Q     So this view depends on the opinion

9    that Professor Clark offered; is that right?

10       A     The opinion that Professor Clark

11   offered as well as my understanding and knowledge

12   of how Ripple Labs and XRP have operated since

13   their creation.

14       Q     I'll represent to you that Professor

15   Clark's opinion never says that Ripple can unlock

16   the XRP escrow unilaterally.

17             Is that your inference based on your

18   understanding of his opinion?

19       A     Yes, it's my understanding of how

20   digital currencies work.  At the end of the day

21   it's all code, so if you can change the code, you

22   can change everything.  They could change the

Page 143

1  supply, they could decrease the supply.  They can

2  lock it up, they can unlock it.

3      Q     And if Ripple can't change the code,

4  then it can't unlock its XRP from the escrow; is

5  that right?

6      A     Yes.  But I think the only digital

7  currency where you could make a coherent case

8  that there is no central authority that can

9  change the code is Bitcoin.

10     Q     Okay.  Let's go to paragraph 68 of

11 your report.

12           Paragraph 68 is one sentence.  It

13 says:  "In addition, the XRP Ledger itself relies

14 heavily on Ripple's efforts," and the footnote

15 points to the Clark report.

16           Do you see that?

17     A     Yes.

18     Q     What efforts in particular do you

19 think the XRP Ledger relies on from Ripple?

20     A     The maintenance of the large -- of a

21 number of nodes and the programming of the

22 software for the nodes.  And I think there's -- I

Page 144

1   think from the -- all of the contributors on the

2   GitHub page, I think -- I forget the exact

3   number, but it's mentioned in the Clark's report

4   that the vast majority of contributors on the

5   GitHub have either -- have been associated with

6   Ripple Labs at a certain point in time.

7          Q       You mentioned the number of nodes

8   that Ripple maintains.

9                  How many nodes are on the Unique Node

10  List either as of today or as of the date of the

11  Clark report?

12         A       I don't remember.

13         Q       Do you know how many of those nodes

14  on the Unique Node List are operated by Ripple?

15         A       I don't remember.

16         Q       Would it surprise you to learn that

17  there is only a single node on the Unique Node

18  List operated by Ripple?

19         A       It wouldn't surprise me much because

20  there's a difference between what is officially

21  operated by Ripple and what is not officially

22  operated.

Page 145

1          Q        So you think Ripple unofficially

2     operates additional nodes on the Unique Node

3     List; is that right?

4          A        I don't necessarily think that that

5     is the case.  I think it's a possibility.

6          Q        And what work have you done to either

7     confirm or refute that possibility?

8          A        The work that I've done is that I

9     look -- I compare it to Bitcoin, where Bitcoin

10    has tens of thousands of nodes all over the

11    world.  And I think that's what has made -- over

12    the past 15 years what has made Bitcoin so

13    difficult to change, and that's why Bitcoin

14    really is immutable and decentralized.  And

15    having looked at other digital currencies, I know

16    that they don't have that level of

17    decentralization that would make them so

18    difficult to alter.

19          Q        Let's go back to paragraph 48 of your

20    report.

21          A        Mm-hmm.

22          Q        In this paragraph, about a third to a

Page 146

1    halfway through, you write -- yeah, let me give

2    you better directions.

3                  Starting at the end of the fifth

4    line --

5          A      Mm-hmm.

6          Q      -- you write:  "The fact that Ripple

7    Labs and their associates are able to

8    significantly influence protocol development

9    means the entire economic value of the XRP Ledger

10   depends on Ripple Labs and its actions."

11                 Do you see that?

12         A      Yes.

13         Q      What associates are you referring to

14   in that sentence?

15         A      Various people that have been

16   associated with Ripple Labs.

17         Q      Who?

18         A      I don't particularly have exact names

19   at this point, but I would assume the people that

20   have received funding from Ripple Labs or the

21   people who were involved in the creation of XRP.

22         Q      You refer to the entire economic

1   value of the XRP Ledger.  Are you distinguishing

2   here between the value of the XRP Ledger and the

3   value of the sum total of units of XRP?

4        A      No.

5        Q      So is it your view then that the XRP

6   Ledger has no economic value beyond the total

7   value of all units of XRP?

8        A      I would say so.

9        Q      What analysis did you do to reach

10  that conclusion?

11       A      That's -- the token of the ledger is

12  the value of the ledger.  It's how the thing is

13  valued.  It's true for Bitcoin.  It's true for

14  Ripple.

15       Q      Do you understand Professor Ferrell

16  to be offering any opinion about the economic

17  value of the XRP Ledger?

18       A      Yes.

19       Q      Where is that in Professor Ferrell's

20  report?

21       A      His opinion is on whether the value

22  of that ledger is influenced by Ripple Labs'

Page 148

1    actions.

2         Q      I see.  And that's based on your view

3    that the value of the ledger is equal to the

4    value of all XRP?

5         A      Mm-hmm.

6         Q      Okay.  Do you understand Professor

7    Ferrell to be offering any opinions on whether

8    Ripple controls the XRP Ledger?

9         A      In terms of its economic value, yes.

10        Q      Right.  I understand that you're

11   offering opinion that Ripple -- that Professor

12   Ferrell is wrong because Ripple controls the

13   value of XRP.

14               My question is a little bit

15   different, so let me try to sharpen it.

16               Are you offering -- or withdrawn.

17               Did you understand Professor Ferrell

18   to be offering any opinions about whether Ripple

19   controls the operation of the XRP Ledger?

20        A      I find it hard to separate the price

21   of the token from the operation of the ledger, so

22   I can't say no.  I would say yes.

In re Ripple Labs. Inc., Litigation
Confidential

Page 149

1              And what he's describing in terms of

2    the relationship between the actions of Ripple

3    Labs and the price of XRP, I would include that

4    under the -- a broad banner of the value of the

5    ledger and control of the ledger.

6        Q     Did you independently -- withdrawn.

7              You've already testified about your

8    review of Professor Clark's report.  I want to

9    ask you a little bit more about that.

10             Did you ever independently evaluate

11   Professor Clark's methodology that he used in

12   forming his opinions?

13       A     I assessed it, and I couldn't -- it

14   confirms the ideas that I have developed over the

15   years of analyzing and studying.

16       Q     What did you do to assess Professor

17   Clark's analysis?

18       A     I read it and analyzed it.

19       Q     How did you analyze it?

20       A     By reading it and checking the

21   accuracy of the information in certain cases, and

22   reading other sources of material on the topic.

Page 150

1        Q        You don't have any computer science

2    degree, do you?

3        A        No.

4        Q        Did you do any independent testing to

5    evaluate the conclusions that Professor Clark

6    reached?

7        A        No.

8        Q        Did you review the underlying data

9    that Professor Clark reviewed?

10       A        No, but I don't believe it was a

11   heavily data centric paper that he described.

12   There wasn't a lot of econometric analysis in it,

13   as far as I can recall.

14       Q        Did you review the computer science

15   literature that Professor Clark cited in his

16   report?

17       A        Off the top of my head, I can't

18   remember.

19       Q        So sitting here today, you don't

20   recall reading any computer science papers in

21   connection with that review; is that right?

22       A        I don't think so.

Page 151

1          Q     Let's go to paragraph 30 of your

2     report.

3                MR. OPPENHEIMER:  Actually, let me

4     give you a choice.  I'm about to start a new

5     topic.  We can do that for a little bit or we can

6     stop here and get lunch.  What would you prefer?

7     Hardest question of the day?

8                THE WITNESS:  I'm honestly easy.

9     Either way.  If anybody has any strong

10    preferences, I'm happy to go whichever way.

11                MR. OPPENHEIMER:  Anyone?

12                MR. ELKHUNOVICH:  We can -- what are

13    the options?  We can keep going --

14                MR. OPPENHEIMER:  Stop now or go a

15    little longer.

16                MR. ELKHUNOVICH:  Let's go a little

17    longer --

18                MR. OPPENHEIMER:  Okay.

19                MR. ELKHUNOVICH:  -- if that's going

20    to get us toward the end faster.

21                MR. OPPENHEIMER:  Sure.

22    BY MR. OPPENHEIMER:

In re Ripple Labs. Inc., Litigation
                                    Confidential

Page 152

1        Q        Okay.  Now, paragraphs 30 to 47, in

2    general terms, are discussing monetary theory.

3    Is that a fair statement?

4        A        Yes.

5        Q        And paragraphs 30 to 44 discuss

6    monetary theory sort of in the abstract, and then

7    you have some Ripple specific conclusions in

8    paragraphs 45 to 47; is that right?

9        A        I believe that's fair.

10        Q        Okay.  Now, the Ripple specific

11    conclusion that you offer is that the only

12    purpose behind XRP is to finance Ripple's

13    operations; is that right?

14        A        The only purpose behind XRP sales.

15        Q        Yes, thank you.

16                The only purpose behind XRP sales is

17    to finance Ripple's operations, that's the

18    opinion you're offering, right?

19        A        Yes.

20        Q        Is it your opinion that every single

21    time Ripple sold XRP, it was doing so to finance

22    its own operations?

Page 153

1          A       No.

2          Q       Do you agree that Ripple could have

3    sold XRP at various times for other purposes?

4          A       Potentially.  I mean, I guess you

5    could argue that the initial allocation to the

6    people who made the XRP Ledger is an example

7    where it's not about financing Ripple's

8    operation.  The first 20 million -- 20 billion I

9    think that they allocated.

10         Q       What about from 2017 to 2023, is it

11   your opinion that every sale of XRP by Ripple in

12   that time period was to finance Ripple's

13   operations?

14         A       I -- I don't know what the purpose

15   was of every particular sale, but I would say

16   that the only conceivable rationale for the idea

17   of selling XRP at this point is to finance

18   Ripple's operation.

19         Q       Do you understand Professor Ferrell

20   to be offering any opinion about whether the

21   purpose of Ripple's sales was to finance its

22   operations?

In re Ripple Labs. Inc., Litigation
Confidential

Page 154

1        A        I don't believe he offered that

2    opinion on that, as far as I can tell.

3        Q        Well, what expertise do you have in

4    determining the reasons why a company sells

5    assets?

6        A        As an economist, I understand that

7    companies try -- companies exist to maximize the

8    financial well-being of their principals, the

9    people who own them.

10       Q        Any other basis of expertise?

11       A        I mean, being an economist, yeah.

12       Q        That's it, correct?

13       A        Pretty much, yeah.

14       Q        Okay.  Now, your discussion of

15   monetary theory in paragraphs 30 through 47 is

16   based on Austrian School of economics principles,

17   right?

18       A        Not exclusively but predominantly,

19   yes.

20       Q        It's also based on economic

21   principles set out in the books you published,

22   right?

Page 155

1       A       Yes.

2       Q       Is it fair to say mainstream

3    economists would reject many of the principles

4    you describe in this section?

5       A       Yeah, there will be economists who

6    will disagree with it, but, you know, economists

7    are a disagreeable bunch in general.

8       Q       Well, my question isn't whether you

9    could find an individual to disagree.  My

10   question is, is it fair to say mainstream

11   academic economists generally would reject many

12   of the principles you describe in this section?

13      A       Yes.

14      Q       Okay.  Is there -- withdrawn.

15              Now I'd like to take you to paragraph

16   49 of your report.

17      A       Mm-hmm.

18      Q       In the first sentence here, you

19   write:  "Professor Ferrell claims that the

20   plaintiffs' case is a testable economic

21   hypothesis, but provides little compelling

22   argument for why it is testable in the way he

In re Ripple Labs. Inc., Litigation
                                    Confidential

                                                              Page 156

1    presents it."

2                    Do you see that?

3         A       Yes.

4         Q       Now, Professor Ferrell in his report,

5    Exhibit 149, at paragraph 16, says, in substance,

6    that market expectations can be measured through

7    price, and therefore plaintiffs' case, which

8    describes market expectations, can be measured by

9    looking at XRP's price.

10                   Do you understand Professor Ferrell

11   to be offering that argument?

12        A       Sorry.  I think I lost you there for

13   a minute.

14                   Could you repeat that, please?

15        Q       Sure.  And you can reference

16   paragraph 16 of his report if it's helpful.

17        A       Sixteen?

18        Q       Yes, one six.

19                   Professor Ferrell is offering an

20   opinion that plaintiffs' case describes market

21   expectations.  Market expectations can be

22   measured through price, and therefore plaintiffs'

Page 157

1    case can be evaluated by looking at XRP's price.

2              Is that your understanding of -- of

3    what he's opining here?

4         A    Yes.

5         Q    Are you offering an opinion that an

6    assets price doesn't say anything about market

7    expectations?

8         A    No.

9         Q    Are you offering an opinion that you

10   cannot test plaintiffs' case as an empirical

11   matter?

12        A    No.

13        Q    Are you offering an opinion that the

14   plaintiffs' case does not present a testable

15   economic hypothesis?

16        A    No.

17        Q    So if you turn back to paragraph 49

18   in your report, the third sentence of that

19   paragraph says:  "However, the underlying

20   econometric analysis, even if it were accurate,

21   does not support this sweeping conclusion."

22              When you say "even if it were

Page 158

1   accurate," is that referring to Professor

2   Ferrell's inclusion of the broader cryptocurrency

3   market factor that we discussed earlier?

4        A     Yes -- no.  I'm sorry.  What exactly

5   am I --

6        Q     That -- sorry, go ahead.

7        A     What exactly are you asking is

8   referring to that?

9        Q     Yeah, I -- it wasn't a very good

10  question.  Let me give you a better one.

11             You say:  "The underlying econometric

12  analysis, even if it were accurate, does not

13  support this sweeping conclusion."

14             Are you offering an opinion that

15  Professor Ferrell's underlying econometric

16  analysis is not accurate?

17       A     No.

18       Q     Okay.  Now, you're not contesting

19  Professor Ferrell's conclusions about which of

20  his factors had or didn't have statistically

21  significant relationships with XRP's price

22  returns, are you?

Page 159

1        A       I'm not contesting that.

2        Q       Okay.

3                MR. OPPENHEIMER:  I think this is a

4    good break point.  Let's go off the record.

5                THE WITNESS:  All right, cool.

6                THE VIDEOGRAPHER:  We're off the

7    record at 12:38 p.m.

8                (Lunch recess.)

9                THE VIDEOGRAPHER:  This marks the

10   beginning of media number 4.  We're back on the

11   record at 1:31 p.m.

12   BY MR. OPPENHEIMER:

13       Q       Dr. Ammous, I would like to turn your

14   attention to paragraph 58 of your report.

15               You testified earlier a bit about

16   endogeneity, and in this paragraph in the third

17   sentence, you write:  "Ripple Labs is not an

18   exogenous factor."

19               Can you define what an exogenous

20   factor is in your field?

21       A       An exogenous factor -- two factors

22   are exogenous to one another if movement in one

Page 160

1    does not cause movement in the other.

2                    MR. OPPENHEIMER:  Let's go off the

3    record for a second.  I think we're having issues

4    with the realtime.

5                    THE VIDEOGRAPHER:  We are going off

6    the record at 1:32 p.m.

7                    (Pause in the proceedings.)

8                    THE VIDEOGRAPHER:  We are back on the

9    record at 1:34 p.m.

10   BY MR. OPPENHEIMER:

11        Q     Is it your understanding, Dr. Ammous,

12   that Professor Ferrell was describing Ripple Labs

13   as an exogenous factor in his report?

14        A     Yes.

15        Q     Can you point me to where in

16   Professor Ferrell's report, Exhibit 149, he makes

17   that claim?

18        A     Paragraph 27, in the bullet point at

19   the end of the paragraph, he says:  "Variation in

20   the long run XRP price return can be explained by

21   endogenous cryptocurrency market factors that are

22   outside of Ripple's control."

Page 161

 1        Q      Oh, just so the record is clear,

 2   you're looking at the heading little -- little

 3   "i"; is that right?

 4        A      Well, there's the bullet point before

 5   it and the header, yeah, same thing.

 6        Q      Okay.  Now, in paragraph 58 of your

 7   report, the third sentence we were just looking

 8   at, you state that:  "Ripple Labs is not an

 9   exogenous factor that can be assessed

10   independently of the movements of the market

11   because the company is reacting to those

12   movements."

13              Are you offering an opinion that it's

14   impossible to run a valid empirical asset pricing

15   model whenever the company being studied reacts

16   to broader market movements?

17        A      No.  I'm specifically referring to

18   this example here.

19        Q      Is there any way you can distinguish

20   your criticism of this example from any other

21   asset pricing model where the company being

22   studied reacts to broader market movements?

In re Ripple Labs. Inc., Litigation
                                     Confidential

                                                          Page 162

1        A       I think the distinction would be in

2    the example of a company that is not buying and

3    selling its own stock, so therefore its reaction

4    to the market is constrained to its managerial

5    decisions in terms of running the market, rather

6    than intervening in the market by selling and

7    buying stocks as a response to daily market

8    movement.  And herein lies the important

9    distinction.

10       Q       So if a company maintains treasury

11   stock that it sells from time to time or if it

12   engages in stock buybacks, then your view would

13   be that you can't run an asset pricing model on

14   that company?

15       A       I'd have to see more about the

16   details of the scale of the operation, but I

17   would lean toward this conclusion.

18       Q       What about in the commodity space?

19               Suppose a company, let's say,

20   produces oil and is aware of market factors in

21   the oil market, would it be your view that you

22   can't run a valid empirical asset pricing model

In re Ripple Labs. Inc., Litigation
Confidential

Page 163

1    on whether that company -- whether that company's

2    actions affect the price of oil?

3         A      It's difficult to answer a question

4    from this perspective.  I'd have to look at the

5    data on it, and I'd have to see the size of the

6    company, I'd have to see the size of their

7    operations.

8         Q      What data would you need to look at?

9         A      I'd need to analyze, I would say, the

10   logic of it.  So the onus would be on somebody

11   trying to make the case for why this company does

12   not affect the oil market to present compelling

13   evidence for why it is possible to disentangle

14   broader oil market movements from the actions of

15   the company.

16        Q      And what -- what data or logic would

17   you need to see in order to consider someone to

18   have carried their burden of proving that to you?

19        A      As is the case with this case, I'd

20   require to see compelling evidence that the

21   purchase and sales decisions carried out by the

22   company in the market in which it is active are

Page 164

1   driven by considerations substantially different

2   from market movements.

3            And it's difficult for me to specify

4   these things right now because I was not hired to

5   look at the oil market.  I'd have to -- I'd have

6   to study this as an independent question.

7       Q    What would you consider compelling

8   evidence that the purchase and sale decisions are

9   driven by considerations substantially different

10  from market movements in the XRP market?

11      A    I'd -- I mean I would say that it is

12  very difficult in this market to find any way in

13  which you could disentangle the causality between

14  the market and the decisions of Ripple Labs since

15  all that Ripple Labs does is react to the market

16  as we saw.

17           So what would constitute something

18  like this would be a set sales schedule that they

19  announce and they stick to credibly saying, We

20  are going to be selling this many XRP per day,

21  regardless of what happens to price, regardless

22  of what happens to market volume, we're going to

12/13/2023            In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                             Confidential

1    be selling a hundred a day or a million a day,

2    whatever.

3         Q       Take a look at paragraph 49 of your

4    report.

5         A       Although I would say that even that

6    itself in the case of XRP and Ripple, that

7    doesn't necessarily go all the way toward

8    satisfying this.  This would be an initial step

9    that I would consider, but I don't think it goes

10   all the way because ultimately they are -- even

11   if they stick to it, they are choosing to stick

12   to it.  And so that's a daily decision that they

13   do every day.

14        Q       So even if Ripple had announced in

15   advance a precise schedule on what it -- when it

16   was going to sell and how much and then followed

17   that schedule, you wouldn't consider that

18   sufficient to show that it wasn't reacting to

19   market prices.

20        A       Not necessarily, because I don't

21   think there's a credible commitment to it, as is

22   the case with Bitcoin where we know there's

Page 166

1    nobody who can change the supply schedule.  So

2    it's a distinction wherein with Bitcoin nobody

3    can change it, and so we know every 10 minutes

4    we're going to get a new block, and depending on

5    what four-year period we are in, each new block

6    is going to contain a set number of new Bitcoins.

7    We know that is the case because nobody is able

8    to change it with Bitcoin.  But I think in the

9    case of Ripple, it's highly plausible that

10   somebody could change it, so therefore sticking

11   to the schedule would still be -- could still be

12   viewed as reacting to the market.

13       Q       So let me direct you to paragraph 49

14   of your report now.

15       A       Yes.

16       Q       In this paragraph -- let's see -- in

17   the second to last sentence, you write:  "In

18   fact, there is significant correlation between

19   the returns of individual stocks and the stock

20   market as a whole.  The correlation between

21   stocks in the same market segment is even

22   greater, but this, of course, does not mean that

Page 167

1    the efforts of individual companies do not impact

2    the price of their stock."

3              Do you see that?

4    A      Yes.

5    Q      Are you asserting here that returns

6    on individual stocks have no statistically

7    significant alpha when compared to the stock

8    market as a whole?

9    A      No.

10   Q      If you had wanted to, you could have

11   run Professor Ferrell's factor model using the

12   stock market as an independent variable and the

13   XRP price as a dependent variable, couldn't you?

14   A      Yes.

15   Q      You didn't do that, though, did you?

16   A      No.

17   Q      Why not?

18   A      Because I wasn't asked to look at

19   whether it is the stock market that is driving

20   returns in XRP.  I was asked to offer my opinion

21   on Professor Ferrell's work, not to provide my

22   own.

Page 168

1          Q       Sitting here today, you can't

2     identify a single stock that has zero alpha after

3     controlling for the broader stock market

4     movement, can you?

5          A       I have not performed this analysis in

6     order to be able to tell you what the result of

7     this analysis would be.  If you want me to do

8     it -- I mean I could do it as an exercise and I

9     could find stocks, but I haven't done this.

10         Q       Right, you haven't done it.

11                 All right.  So let's turn to

12    paragraph 60 of your report.

13                 In paragraph 60, in the last sentence

14    you write:  "If one were to test whether Ripple

15    Labs has a controlling influence on XRP, it seems

16    more appropriate to test Ripple Labs' sales

17    against Ripple Labs' bottom line."

18                 First, do you understand Professor

19    Ferrell to be testing whether Ripple Labs has a

20    controlling influence on XRP?

21         A       He's testing whether they are the --

22    they affect long-term price performance and

Page 169

1   returns and short term.

2        Q       And that's -- sorry.

3        A       He's looking at whether their actions

4   affect returns on XRP.

5        Q       And that's different from whether

6   they have a controlling influence on XRP, right?

7        A       Distinct but similar.

8        Q       What does it mean to test Ripple

9   Labs' sales against Ripple Labs' bottom line?

10       A       To see if their sales of Ripple -- or

11  if their sales of XRP are correlating with

12  success for the company, for financial success

13  for the company.

14       Q       How would you define "financial

15  success"?

16       A       Profitability.

17       Q       So in your view, if Ripple Labs sold

18  XRP for a gain, that would show that Ripple Labs

19  has a controlling influence on XRP?

20       A       I wouldn't say it would prove it, but

21  it would suggest that -- it's -- it's a better

22  indicator of their effort -- their profitability

Page 170

1   is a better indicator of their effort than

2   whatever happens to the price, because they are

3   not primarily out there to influence the price in

4   a particular direction.

5                    This is the point that I'm trying to

6   make, that his specification -- even ignoring the

7   problem of endogeneity and exogeneity, his

8   specification is effectively saying we need to

9   see that Ripple Labs' sales are resulting in a --

10  resulting in a statistically significant

11  performance of XRP, the asset, in order to find a

12  link between their actions and the price.

13                   But that misses the point that, as

14  I'm saying here, they are a conscious actor, and

15  they're not out there to leave a mark on the

16  price.  They're not trying to perform their sales

17  with the intent purpose of causing a specific

18  change in the price that will show up in

19  Professor Ferrell's report.

20                   On the contrary, they're doing the

21  opposite, consciously.  They're trying to avoid

22  being effective.  They're trying to minimize

12/13/2023                  In re Ripple Labs. Inc., Litigation              Saifedean Ammous, Ph.D.
                                       Confidential

                                                                              Page 171

1    their sales as much as possible in order so that

2    they can sell as much as they can so that they

3    can increase their profitability, which is their

4    fiduciary duty.

5         Q     So let me take that one piece at a

6    time.

7               Your testimony is that Ripple Labs

8    was trying to avoid affecting the price through

9    its actions; is that right?

10              MR. ELKHUNOVICH:  Objection.  Form.

11              THE WITNESS:  That's not my testimony.

12   That is the evidence that we see from the internal

13   communications that members of Ripple Labs had

14   with one another.

15   BY MR. OPPENHEIMER:

16        Q     Okay.  So as you see it, the

17   underlying facts here are that Ripple Labs was

18   trying to avoid affecting the price of XRP

19   through its actions; is that right?

20        A     It definitely seems to be that way

21   from the discussion I've seen.

22        Q     And you don't have any separate

In re Ripple Labs. Inc., Litigation
Confidential

Page 172

1    analysis to determine one way or the other

2    whether Ripple succeeded in trying to avoid

3    affecting the price of XRP, do you?

4         A      No.  I mean, I did analyze the

5    e-mails and I looked at the data myself, but I

6    don't present econometric analysis in my report.

7         Q      Now, do you understand Professor

8    Ferrell's report to be investigating the question

9    of whether there is any link between the price of

10   XRP and Ripple's actions?

11        A      He's investigating whether the main

12   driver of these actions are the movements in the

13   cryptocurrency market versus the actions of

14   Ripple.

15        Q      Let's say there is a person who owns

16   ten XRP --

17        A      Mm-hmm.

18        Q      -- and they sell their ten XRP for

19   more than they bought it for.  They turn a

20   profit.  That sale has a positive effect on that

21   person's bottom line, right?

22        A      Yes.

In re Ripple Labs. Inc., Litigation
                                            Confidential

                                                          Page 173

1          Q         Would it be your opinion that that

2     hypothetical person who sold ten XRP has a

3     controlling influence on XRP?

4          A         No.

5          Q         What leads you to the conclusion that

6     Ripple has a controlling influence on XRP by

7     virtue of profiting off XRP sales when that

8     hypothetical holder of ten XRP doesn't?

9          A         The difference is the holder of ten

10    XRP has ten XRP, whereas Ripple Labs has 100

11    billion -- or had 100 billion, which is all of

12    the XRPs.  So that's a pretty huge difference.

13               Ripple Labs has them all, and it

14    functions as a company with a fiduciary duty to

15    its shareholders.  So their ability to control

16    the supply of XRP and manage it in a way that

17    turns a profit is -- suggests that they are

18    exerting a controlling influence.

19               I wouldn't say that it proves it, but

20    I would say that it is -- it could be disproven

21    if you come up with the opposite result.  In

22    other words, if you see that they're -- they are

Page 174

1   turning a loss from their management of the XRP

2   stash, that would suggest they don't have a

3   controlling influence on XRP or that this is not

4   what they are trying to achieve from it, that

5   they're trying to achieve maybe perhaps something

6   else.

7        Q     What if Ripple Labs owned 10 billion

8   XRP.  If that were the case, then would you still

9   look at the correlation between Ripple's sales

10  and its bottom line to determine whether it has a

11  controlling influence?

12            MR. ELKHUNOVICH:  Objection.  Form.

13            THE WITNESS:  I'd have to consider

14  that question independently and thoroughly.  I

15  can't answer it offhand like that.

16  BY MR. OPPENHEIMER:

17       Q     So you can say offhand that because

18  Ripple Labs initially owned something like 80

19  billion XRP, that testing its sales against its

20  bottom line does allow you to determine whether

21  Ripple has a controlling influence, and you --

22  withdrawn.

Page 175

1        A       It doesn't allow me --

2        Q       Withdrawn.  No question yet.

3                I think what you said is that it's

4    appropriate to test Ripple Labs' sales against

5    Ripple Labs' bottom line to determine whether

6    Ripple has a controlling influence on XRP given

7    that Ripple initially owned something like 80

8    billion XRP, and you said that that doesn't work

9    for somebody who owned 10 XRP.

10               Sitting here today, are you able to

11   tell me what the line is in the middle as to when

12   someone owns enough XRP that this is the

13   appropriate test for them?

14       A       No, I don't think it's easy to

15   specify a particular line in the middle.  I would

16   say that's easy to decide on the extreme cases.

17   So if you own 80 percent of the supply, 70

18   percent of the supply, 60 percent of the supply,

19   then that's clearly -- I think makes it very

20   telling what is happening.

21               In other words, if you own that, then

22   we can look at your profitability, and if you're

Page 176

1    not being profitable, then maybe you don't run

2    this thing if you're unable to turn a profit, or

3    at least the entity itself is not in charge of

4    this thing.

5              It's -- it's possible for an oil

6    company to lose money in oil.  It's possible for

7    a gold mine to lose money while mining gold.  And

8    in this situation, if you're losing money

9    managing this commodity, then that would suggest

10   that you are not the one in charge of it.

11        Q    You don't cite any academic

12   authorities supporting the proposed use of this

13   test you've set out in paragraph 60, do you?

14        A    No.  And it's not -- it's not really

15   a test that I'm -- that I think is going to be

16   necessarily decisive in answering this question.

17        Q    Well, what you wrote is:  "It seems

18   more appropriate to test Ripple Labs' sales

19   against Ripple Labs' bottom line this way."

20             Are you saying now that that may not

21   be the appropriate test?

22        A    I'm saying it might not be

12/13/2023            In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                              Confidential

                                                                      Page 177

1    conclusive.

2         Q       Okay.   In paragraph 61, the first

3    sentence you write:   "There is no reason to

4    suppose that Ripple Labs' control over the market

5    will necessarily return" -- sorry -- "result in

6    returns statistically different from zero."

7                 What market are you suggesting that

8    Ripple has control over in this sentence?

9         A       XRP.

10        Q       Are you offering an opinion that

11   Ripple has control over the broader

12   cryptocurrency market?

13        A       No.

14        Q       All right.  Let me direct your

15   attention now to paragraph 29 of your report.

16                Now, in the first sentence you write:

17   "Professor Ferrell did not measure short-term

18   price impact, nor did he measure XRP supply

19   inflation."

20                We talked about short-term price

21   impact earlier.  I want to ask you about XRP

22   supply inflation now.

Page 178

```
 1        A       Mm-hmm.

 2        Q       What do you mean by "XRP supply

 3    inflation"?

 4        A       The increase in the supply of XRP

 5    that is in circulation.

 6        Q       So there's a distinction you

 7    understand between the amount of XRP in

 8    circulation and the amount of XRP that exists.

 9    Is that right?

10        A       Yes.

11        Q       The amount of XRP that exists, I

12    think you refer to in your report as total

13    supply; is that right?

14        A       I think so.

15        Q       Isn't it true that -- well,

16    withdrawn.

17                So in this first sentence of

18    paragraph 29, are you saying that Professor

19    Ferrell did not measure inflation in the

20    circulating supply of XRP?

21        A       Yes.

22        Q       Dr. Ammous, isn't it true that
```

Page 179

1    Professor Ferrell did measure the change in

2    circulating supply of XRP?

3           A      I don't think so.

4           Q      Let me turn you to Professor

5    Ferrell's report.  That's Exhibit 149.  And I'll

6    direct your attention to paragraph 49 of the

7    report.

8                  And the third sentence, Professor

9    Ferrell writes:  "A widely used website coin

10   market cap also reports circulating supply for

11   XRP," parentheses, "and many other

12   cryptocurrencies."  And then he writes:

13   "Exhibit 11 shows XRP circulating supply and the

14   total XRP distributions."

15                 Do you see that?

16          A      Yes.

17          Q      And if you turn to Exhibit 11 of the

18   report --

19          A      Yeah.

20          Q      -- you see that there is a graph of

21   the XRP total distributions and circulating

22   supply over time, right?

In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                                      Confidential

Page 180

1          A       Yes.

2          Q       And this chart is tracking the

3    monthly change in XRP circulating supply,

4    correct?

5          A       No.  This is tracking the circulating

6    supply, not the change.  That's what I'm

7    referring to in my sentence.  I'm saying XRP

8    supply inflation, which would be the rate --

9    which would be the rate of change.

10         Q       You can determine the rate of change

11   by seeing how much the supply increases at any

12   time, right?

13         A       Yes.  You would have to measure it.

14         Q       And that's reflected on this graph in

15   Exhibit 11, isn't it?

16         A       No, it's not.

17         Q       So you're saying, as you understand

18   it, Exhibit 11 of the Ferrell report does not

19   show increases in the circulating supply of XRP.

20         A       No.  That's not what you asked.

21         Q       Okay.  Let's start with -- with the

22   easy part then.

Page 181

1               Can we agree that Exhibit 11 of

2    Professor Ferrell's report is showing the

3    increases in the circulating supply of XRP?

4         A    It's showing the circulating supply.

5         Q    And it's showing that circulating

6    supply increasing over time, right?

7         A    Yes.

8         Q    And the data in Professor Ferrell's

9    workpapers shows the specific numbers by which

10   XRP increased over time in order to make this

11   graph, right?

12        A    Yes.

13        Q    So it's inaccurate to say that

14   Professor Ferrell did not measure XRP supply

15   inflation, isn't it?

16        A    No, it is not inaccurate.  It is

17   accurate, because what we see here is the supply.

18   What I'm referring to is the supply growth rate.

19   Those are distinct metrics, and you have to

20   measure that one from this one.

21               So you would look at it and you would

22   see that during this month the supply went up by,

Page 182

1    say, 0.1 percent, for that month it went up by

2    0.3 percent, for this month it went up by 5

3    percent, and then you would plot it for each

4    month.  That's a distinct metric from this.  It

5    is the slope of this, but you have to measure the

6    slope.

7        Q      And your testimony is that Professor

8    Ferrell didn't do that.

9        A      He does not provide it in the report.

10   If he does, please point me to it, but I do not

11   recall him mentioning supply growth rate.

12       Q      Okay.  Now, let's turn back to your

13   report, Exhibit 174, and I'd like to direct you

14   to paragraph 67.

15              In this paragraph, you write:

16   "Professor Ferrell conveniently ignores Ripple

17   Labs' XRP buybacks altogether, both in Ripple

18   Labs' programmatic sales and as part of Ripple

19   Labs' ODL scheme."

20              Do you see that?

21       A      Yes.

22       Q      You are stating here that Professor

In re Ripple Labs. Inc., Litigation
                                    Confidential

Page 183

1    Ferrell failed to measure XRP buybacks, right?

2        A      No.

3        Q      Well, is it fair to say that your

4    critique is that Professor Ferrell only counted

5    XRP sales but not its buybacks of XRP?

6        A      No.

7        Q      What are you intending to critique

8    about Professor Ferrell's analysis through this

9    sentence that we just read?

10       A      The mere existence of these buybacks

11   illustrates that Ripple Labs is reacting to the

12   prices on the market, which invalidates the

13   endogeneity requirement for his analysis.  That's

14   what I'm trying to get at.

15       Q      And what you say is that he

16   conveniently ignores the buybacks altogether.

17   Right?

18       A      Yes.

19       Q      Isn't it true that Professor

20   Ferrell's analysis measured Ripple's net outflows

21   of XRP and took account of its buybacks in that

22   measurement?

Page 184

1          A        Off the top of my head, I don't

2     remember right now.  Could you point me to the

3     place where this is mentioned in his report?

4          Q        Sure.  Why don't you -- why don't we

5     start with the Ferrell report, Exhibit 149, at

6     paragraph 48.

7                   And in this paragraph he says:

8     "Exhibits 9 and 10 show monthly distributions

9     that is the monthly XRP outflows net of any

10    potential inflows to Ripple."

11         A        Yes.

12         Q        Do you see that?

13         A        Yes.

14         Q        You understand that net outflows

15    means the amount of XRP distributed after

16    subtracting any amounts that Ripple bought back,

17    right?

18         A        Yes.

19         Q        So Professor Ferrell did take XRP

20    buybacks into account in his analysis, correct?

21         A        In his data, but he does not take it

22    into account in the endogeneity of the factor.

Page 185

1          Q      Okay.  I'd like to turn to

2     paragraph 62 of your report, Exhibit 174.  This

3     is in the section where you discuss ODL.

4                 Are you offering an opinion as to

5     whether ODL can, as a theoretical matter, work

6     effectively?

7          A      No, I'm not.

8          Q      Can you describe what your opinion as

9     to ODL is?

10         A      My opinion of ODL is that in order

11    for it to work, it requires active management of

12    the market for XRP by Ripple Labs.

13         Q      Can you explain how ODL works as you

14    understand it?

15         A      I mean, I'd prefer to read from a

16    place because it's a highly technical thing.

17    It's not something that I could explain very

18    briefly.  It's a -- it's an extremely complicated

19    process.  I could give a very brief overview of

20    how it intuitively works.

21         Q      Why don't we start with that.

22         A      Effectively, it allows two

Page 186

1    financial -- two individuals who want to send

2    money to one another to do it using XRP as the

3    back end for it.  So that would work through the

4    creation of a market in XRP and the sender's

5    currency where the sender buys -- or not the

6    sender -- the sender, the financial institution,

7    takes his money.

8                So let's say the sender is going to

9    send dollars.  The recipient is going to get

10   Mexican pesos.  The sender's financial

11   institution would take the dollars from the

12   sender, use them to buy XRP, send XRP to the

13   financial institution on the other end, which is

14   going to sell it in order to procure pesos and

15   give to the recipient.

16               That's a kind of very broad outline.

17      Q       Now, in your report in paragraph 64,

18   you write in the first sentence:  "To deploy this

19   technology for transfer of other currencies, ODL

20   partners would need to hold a balance of XRP at

21   all its branches, which involves a cost and

22   carries foreign exchange risk."

Page 187

1              Do you see that?

2       A       Yes.

3       Q       Isn't it true that ODL can be set up

4   such that the participating institution only

5   needs to have an account at the sending digital

6   asset exchange?

7       A       I'm sorry, could you repeat the

8   question?

9       Q       Isn't it true that ODL could be set

10  up such that the participating institution only

11  needs to have an account at the sending digital

12  asset exchange?

13      A       What do you mean sending digital

14  asset exchange?  What --

15      Q       The digital asset exchange in the

16  sending currency.

17      A       I think from what I understood, the

18  recipient financial institution also needs an

19  account to be able to trade their XRP for the

20  recipient's currency.

21      Q       And is it your understanding that ODL

22  participants have to maintain an inventory of XRP

Page 188

1    in order to use ODL?

2         A       As a participant -- the financial

3    institutions you mean or the individuals?

4         Q       The participating financial

5    institutions.

6         A       Yes, either they're going to keep it

7    on hand or they're going to have an account with

8    a cryptocurrency exchange.  Or some other

9    financial institution that provides them an

10   account in XRP.

11        Q       So my question is, is it your

12   understanding that institutions participating in

13   XRP -- in ODL have to maintain an inventory of

14   XRP in order to use it?

15        A       No.  They don't have to maintain an

16   inventory themselves.  They could have it in

17   other financial institutions.

18        Q       And are you aware that contracts for

19   ODL participating institutions provide guarantees

20   against slippage risk for the ODL process?

21        A       I think I've come across that fact

22   while reading about ODL.  I'm not entirely sure,

In re Ripple Labs. Inc., Litigation
                                          Confidential

                                                                        Page 189

1    though.  I'd have to review my notes -- I mean

2    review the ODL FAQ document.

3         Q      If the participating institutions

4    have an anti-slippage guarantee, then they

5    wouldn't be exposed to currency risk from holding

6    XRP, would they?

7         A      It depends on how good the guarantee

8    is.

9         Q      And if the guarantee is good, they

10   wouldn't have that risk, would they?

11        A      Well, they wouldn't have it, but

12   whoever is making the guarantee would have it.

13   You can't just wish the risk away.  Someone's

14   going to be taking it.

15        Q      I'd like to direct you now a little

16   later in the ODL section to paragraph 69 of your

17   report.

18        A      Mm-hmm.

19        Q      In paragraph 69, you write:  "The

20   introduction of XRP as a trading currency is

21   another significant obstacle to the success of

22   the Ripple Labs payment technology."

In re Ripple Labs. Inc., Litigation
Confidential

Page 190

1                    Do you see that?

2         A       Yes.

3         Q       By "payment technology," are you

4    referring to ODL?

5         A       Yes.  ODL or any other kind of system

6    wherein XRP is not held for its own sake as an

7    asset, but used in order to facilitate payments

8    with other currencies.

9         Q       So you then state:  "Individuals or

10   institutions looking to adopt the system have no

11   possible way of calculating the cost of the

12   transactions given that the cost is denominated

13   in a currency that fluctuates in value."

14                   Do you see that?

15        A       Mm-hmm.

16        Q       When you say "adopt the system," are

17   you referring to using ODL?

18        A       Or any similar system that operates

19   on the same principle.

20        Q       And at the end of that sentence, you

21   say:  "... is denominated in a currency that

22   fluctuates in value."

Page 191

1                    Is the currency that fluctuates in

2       value a reference to XRP?

3           A       Mm-hmm.

4           Q       Are there any currencies that don't

5       fluctuate in value?

6           A       If you're carrying out the

7       transaction in your own currency, then, yeah,

8       your currency doesn't fluctuate in value compared

9       to your currency.

10                   Or specifically, I should say the

11      transaction fee in dollars does not oscillate

12      based on the value of the dollar in your bank

13      account.  So when you send the wire transfer and

14      you pay 25 bucks, it's 25 bucks.  It's not

15      denominated in a currency that's going to

16      oscillate.

17          Q       And let's say you're sending from

18      U.S. dollars to Mexican pesos --

19          A       Mm-hmm.

20          Q       -- and the fee is $25.  If you care

21      about how much that is in pesos because you want

22      to have pesos in the end, that 25 U.S. dollars

Page 192

1     oscillate compared to pesos, right?

2          A      Yes.

3          Q      Your own website allows people to pay

4     for books using Bitcoin, right?

5          A      Yes.

6          Q      Bitcoin also fluctuates in value,

7     right?

8          A      Yes.

9          Q      Is it your view that people who are

10    buying your books have no possible way of

11    calculating the cost of those books if their base

12    currency is U.S. dollars?

13         A      No.

14         Q      Why is it then that you say people

15    who are using ODL have no possible way of

16    calculating the cost of those transactions if

17    they pay a fee in XRP?

18         A      Because the ODL transaction is a

19    dollar transaction.  You're sending dollars in

20    that transaction.  And then the fee is quoted in

21    XRP, and the value of XRP is fluctuating.  So the

22    distinction here is that the fluctuation is in

Page 193

1    the value of the currency in which you're

2    carrying out the transfer.

3              That's why this model doesn't work

4    for XRP, in my opinion, or for Bitcoin.  And many

5    people have tried to do this with Bitcoin.  So

6    you can still sell things for Bitcoin, as I do on

7    my website, but I would not run a money transfer

8    service that relied on paying transaction fees in

9    Bitcoin.

10        Q      So, in your view, having a money

11   transfer service that charges a fee in a

12   different currency than the base currency makes

13   it impossible to calculate the cost of those

14   transactions.  Is that right?

15        A      No.  It's not necessarily that way.

16   It's that the -- the volatility of the currency

17   makes it so that the entire operation of the

18   system becomes unpredictable, and it creates a

19   new level of variability in the fees that are

20   being paid, which is that the currency itself is

21   fluctuating.

22              Now, on the one hand, this is a

Page 194

1    problem because the currency is fluctuating, but

2    on the bigger hand -- or on the other hand, the

3    bigger problem is that this is creating a

4    headache for the market makers on both ends, and

5    the only way to solve that is for somebody to

6    step in and essentially subsidize the entire

7    process, which is the case with what XRP is

8    doing.

9         Q       Well, what you wrote in paragraph 69

10   was:  "Individuals or institutions looking to

11   adopt the system have no possible way of

12   calculating the cost of the transactions given

13   that the cost is denominated in a currency that

14   fluctuates in value."

15               Is it or is it not possible for ODL

16   users to calculate the cost of their

17   transactions?

18        A       Well, I guess it would -- it depends

19   on about if you're talking about it prospectively

20   or retroactivity.  So it's possible to calculate

21   it retroactivity.  After you've paid it, you can

22   see that, yeah, I paid 3 XRPs, which translates

Page 195

1    to $5, and so therefore I paid five bucks.

2              But there's no way to tell ahead of

3    time that tomorrow I'm going to be able to send

4    the money for five bucks because you might need

5    -- 3 XRP might be worth five bucks or could be

6    worth 50 cents or could be worth more.

7         Q    So it is possible to calculate the

8    cost of transactions as or after they've

9    occurred.

10        A    Yes.

11        Q    Are ODL fees paid in XRP?

12        A    It depends on which fees you're

13   referring to.

14        Q    Are there any fees in the ODL process

15   that are paid in XRP?

16        A    I presume there are.  Again, I'm --

17   I -- I haven't ever run ODL, and I'm no expert on

18   design, but I presume it entails an XRP

19   transaction, and therefore that's going to

20   require payment of an XRP transaction fee, which

21   is in -- which is paid with XRP.

22        Q    And who do you presume that XRP

In re Ripple Labs. Inc., Litigation
                                        Confidential

                                                                    Page 196

1    transaction fee is paid to?

2        A       It's the network.  The validators, I

3    think the nodes in the XRP network.

4        Q       So in your view in order to run an

5    ODL transaction, the institution participating in

6    ODL has to pay a fee in XRP to the validators

7    running the XRP Ledger; is that right?

8        A       I'm -- I'm not a hundred percent

9    confident of it because I haven't looked at the

10   details, and I don't have them in front of me

11   right now.  But I would lean toward that, yeah.

12       Q       Did you make an effort to figure that

13   out before offering an opinion about how the fees

14   in ODL transactions are calculated?

15       A       Yes, I read the report by Professor

16   Ferrell, and I read the FAQs on ODL.

17       Q       But after reading those and sitting

18   here today, you're not a hundred percent

19   confident of whether the participating

20   institution has to pay a fee in XRP to validators

21   on the Ledger?

22       A       Yeah, I -- I -- if you have the

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

Page 197

1    document, I could refresh my memory, but I'm not

2    a hundred percent confident of whether that is

3    the case or not.

4              Because -- I mean, the -- it's

5    important here to remember one thing, which is

6    that ODL has always -- has never really launched

7    commercially in a sustainable manner where it was

8    operating fully functional on the market.  So

9    it's difficult to say what -- what its final form

10   would look like.  It's operated in trials that

11   have been subsidized by XRP, so they may have

12   made it so that you don't have to pay a

13   transaction fee to the network in order to make

14   it easier and simpler for them.  Maybe, maybe

15   not.

16        Q     How do you know whether ODL has

17   operated in a fully functional manner?

18        A     Because the only examples I've ever

19   heard of the implementation of ODL have all come

20   from situations where their use has been heavily

21   funded by Ripple Labs, and with financial

22   institutions that were heavily involved with

Page 198

1   Ripple Labs as well.

2           So MoneyGram had taken on investment

3   I think from Ripple Labs, and so it was always

4   subsidized.  It was always a trial.  It was

5   always a pilot program.  It's never quite cut it

6   in the open.  And I think for very good reasons.

7       Q     What effort did you make to find out

8   whether ODL has ever emerged out of the trial

9   phase?

10      A     Well, I looked at Professor Ferrell's

11  report, and since he was trying to make the case

12  for ODL, I considered that to be a good steel man

13  of the case for why ODL would have succeeded, and

14  all that he could present was the example of

15  MoneyGram, which I find highly unconvincing.

16      Q     Do you know when MoneyGram was using

17  ODL?

18      A     I would have to look it up.

19      Q     I'll represent to you that it was

20  mostly in 2019.

21      A     Mm-hmm.

22      Q     You don't have to take my word for

Page 199

1    it, but I'll represent that to you.

2              Have you done any work to figure out

3    whether the ODL product has changed in any way

4    since 2019?

5    A         It's -- from what I could tell, it's

6    changed in that it's -- they stopped -- that

7    they've stopped the trial I think at MoneyGram,

8    and I don't think they are doing it anywhere else

9    anymore --

10   Q         Okay.

11   A         -- as far as I could tell, but I'm

12   not entirely sure.

13   Q         All right.  Now, we've been looking

14   at paragraph 69 of your report that gives your

15   opinion on ODL.

16   A         Mm-hmm.

17   Q         What methodology did you use to

18   arrive at this opinion?

19   A         I would say the main thing that has

20   influenced me on this is that this is something

21   that I have considered myself as a business idea

22   in a Bitcoin setting as early as 2014, I would

Page 200

1    say.  That I considered, well, Bitcoin is a fast

2    and cheap way to send money across the world, so

3    it seems like it would make sense that you would

4    be able to do remittances around Bitcoin.  And

5    it's something that I considered working on for a

6    while, and then I concluded that there is a

7    serious problem here that makes it unworkable,

8    even for a currency that is significantly larger

9    than XRP, that has more liquidity than XRP, and

10   that is more provably and reliably neutral and

11   decentralized.

12              The problem is that for transfers

13   that involve currencies other than Bitcoin, the

14   transaction fees -- the transaction costs -- the

15   cost of transacting and selling the native

16   currency, buying Bitcoin, and then selling

17   Bitcoin, buying the recipient's currency, that

18   I've seen up front.  I haven't done numbers on

19   considering doing something like this.  I've seen

20   how it's just not workable.

21        Q     So because it wasn't feasible in your

22   view to use Bitcoin to facilitate international

In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                                                Confidential

Page 201

1    remittances, you concluded that it wouldn't be

2    feasible to use XRP to do that either; is that

3    right?

4        A      No.  Because I've considered this

5    with other digital currencies as well.  It's not

6    the issue.  The issue is not Bitcoin.  The issue

7    is not XRP in particular.

8                The issue is that if you're doing a

9    transfer in a currency other than the currencies

10   of the people holding it, that's what it comes

11   down to.

12               I think people mistake -- and this is

13   something that I feature in my work

14   extensively -- people mistake the cost of

15   transactions as if it is the cost of sending

16   information.  They think it's the information

17   that's expensive to send in a sense.  But

18   information is not expensive to send.

19   Information is very cheap today.

20               The cost of these transactions, money

21   transfers, Western Union, PayPal, all of those

22   things, is the creation of liquidity available to

Page 202

1    both parties by the intermediary or

2    intermediaries usually, and adding another

3    currency is just adding to the cost of creating

4    the market on both ends, which is ultimately the

5    cost.

6                    So it comes from a misunderstanding

7    of conflating the cost as being the cost of

8    sending information.  So those little currencies

9    can bring down the cost of sending information

10   slightly, but that's an insignificant cost

11   compared to the economic cost of making markets

12   on both ends.

13        Q     So because you've thought about

14   trying to establish an international remittance

15   system in this way, and realized that using an

16   additional currency adds cost, you conclude that

17   it's not feasible to run such a system in XRP or

18   any other currency; is that right?

19        A     Run a system where you're using a

20   currency other than the ones that the sender and

21   recipient are using, yes.

22        Q     Okay.  Did you consider facts about

Page 203

1   XRP -- or I'm sorry, about ODL before writing

2   this opinion?

3        A      Yes.

4        Q      Isn't it true that you actually

5   formed this opinion before you reviewed any of

6   the evidence in the case?

7        A      I had formed the opinion in general

8   on this idea that you could use another currency

9   for transferring other currencies, and then I

10  reviewed the ODL information for this case.

11       Q      I'm going to show you another

12  document we'll mark as Exhibit 183.

13              (Exhibit No. 183 was marked for

14              identification.)

15  BY MR. OPPENHEIMER:

16       Q      Exhibit 183 is headed "Working Paper

17  No. 92, August 2016."  The title is "Can

18  cryptocurrencies fulfil the functions of money?"

19              This is a working paper that you

20  wrote, right?

21       A      Yes.

22       Q      And this is the paper, or at least a

Page 204

1   working draft of it, that I think you mentioned

2   earlier was omitted from your CV, right?

3       A      Yes.

4       Q      The pages here aren't numbered, but

5   if you count along to page 16.

6       A      Okay.

7       Q      You see that, just to make sure we're

8   on the same page, this page starts with the

9   sentence that says:  "The third largest currency

10  by market cap is Ripple."

11             Do you see that?

12      A      Yes.

13      Q      Okay.  I'd like you to look at the

14  bottom paragraph on this page, and start at the

15  third sentence that starts with "Bitcoin's

16  blockchain."

17      A      Okay.

18      Q      Do you see that?

19      A      Yes.

20      Q      Take a second to read that from there

21  to the end of the paragraph, and then I'll ask

22  you to go back and look again at paragraph 69 of

Page 205

1    your report.

2            A       (Peruses document.)  Mm-hmm.

3            Q       Those two paragraphs, at least the

4    portion of the paragraph starting with "Bitcoin's

5    blockchain" are essentially identical, aren't

6    they?

7            A       Yes.

8            Q       Did you copy paragraph 69 out of your

9    paper "Can cryptocurrencies fulfil the functions

10   of money?"

11           A       I don't think I copied it.  I think I

12   just -- I -- I paraphrased it.

13           Q       Let me ask it this way:  Did you copy

14   and paste it, subject to a couple of minor

15   tweaks, from this paper?

16           A       I think so.  It looks like it, yeah.

17           Q       ODL didn't exist in August of 2016,

18   did it?

19           A       I don't know, but Ripple definitely

20   had something similar working on -- they were

21   already touting Ripple as a mechanism for

22   interbank transfers.

12/13/2023                  In re Ripple Labs. Inc., Litigation            Saifedean Ammous, Ph.D.
                                          Confidential

                                                                        Page 206

1          Q       Dr. Ammous, isn't it true that you

2     formed the opinion expressed in paragraph 69

3     before ODL even existed?

4          A       I don't think -- I don't know exactly

5     when ODL existed.

6          Q       All right.  Let me show you another

7     document we'll mark as Exhibit 184.

8                  (Exhibit No. 184 was marked for

9                  identification.)

10    BY MR. OPPENHEIMER:

11         Q       Exhibit 184 is a posting about

12    on-demand liquidity.

13         A       Yeah.

14         Q       The title is "On-Demand Liquidity

15    Spans Worldwide," from Ripple, November 2022.

16                 If you look at page 2, the second

17    paragraph, it says:  "Introduced in 2018, ODL was

18    initially built to ease the restrictions

19    associated with low value, high volume cross-

20    border payments."

21                 Do you have any reason to doubt that

22    ODL was introduced in 2018?

In re Ripple Labs. Inc., Litigation
                            Confidential

                                                        Page  207

1        A      No.

2        Q      And the working paper --

3        A      Mm-hmm.

4        Q      -- that we just looked at in

5   Exhibit 183, that was written in 2016, right?

6        A      Yes.

7        Q      Okay.  Let's --

8        A      Although I would say, as I was saying

9   earlier, the conclusions that I draw are

10  applicable to earlier iterations of Ripple Labs'

11  ideas on how to use XRP to facilitate bank

12  transfers, even before ODL came about, and it

13  applies to any -- any -- any utilization of

14  cryptocurrencies for fiat transfers.

15       Q      And sitting here today, you don't

16  know what total volume of currency has passed

17  through ODL for international transfers, do you?

18       A      I think Professor Ferrell mentions

19  this in his report.

20              Yeah, it says "reaching a high of

21  $410 million in April of 2020."

22       Q      For the record, can you state where

Page 208

1    you're reading from?

2        A       Paragraph 72 in Professor Ferrell's

3    report.

4        Q       And do you know if that reference to

5    a high of 410 million refers to -- up to the

6    period by November 2020 that Professor Ferrell

7    was discussing in the previous sentence?

8        A       Sorry, could you repeat the question?

9        Q       Yeah.  You just read a line

10   mentioning a high of $410 million in April of

11   2020.

12              My question to you is, do you know if

13   that reference to a high is with regard to the

14   period up through November of 2020 that Professor

15   Ferrell was discussing in the previous sentence?

16       A       Just reading the sentence, it seems

17   like that is the case, yes.

18       Q       In fact, you're aware that billions

19   of dollars have moved through ODL each quarter in

20   recent years; isn't that right?

21       A       I don't have the data ahead of me

22   right now.  I don't know.

Page 209

1        Q       Well, take a look at paragraph 65 of

2    your report.

3        A       My report?

4        Q       Your report.  Exhibit 174 for the

5    record.

6        A       Mm-hmm.  Okay.

7        Q       You mention in the last sentence, for

8    example, that Ripple had net sales of 536.99

9    million of XRP in Q3 and Q4 2022.

10               Do you see that?

11       A       Okay.

12       Q       And you cite an XRP Markets Report as

13   your source for that one, right?

14       A       Okay.

15       Q       You could have consulted other

16   publicly available XRP Markets Reports to figure

17   out how much ODL has -- or how much volume has

18   passed through ODL since November of 2020,

19   couldn't you?

20       A       I could have.

21       Q       Right.

22       A       But...

Page 210

1                    MR. OPPENHEIMER:  Let's go off the

2      record here.

3                    THE VIDEOGRAPHER:  We're off the

4      record at 2:35 p.m.

5                    (Recess.)

6                    THE VIDEOGRAPHER:  This marks the

7      beginning of media number 5.  We're on the record

8      at 2:50 p.m.

9      BY MR. OPPENHEIMER:

10          Q     Dr. Ammous, could you please turn to

11     paragraph 40 of your report.

12          A     Mm-hmm.

13          Q     In paragraph 40 you write:  "The XRP

14     Ledger is perfectly capable of operating with the

15     total 100 billion XRP or the currently

16     circulating approximately 50 billion XRP or 10

17     billion XRP.  There is no need whatsoever for the

18     supply of XRP to increase in order for it to

19     operate since any existing supply will suffice to

20     meet any amount of demand because the value of

21     the tokens can appreciate to satisfy the needs of

22     all users for whatever quantity of XRP they

Page 211

1   desire."

2                  Do you see that?

3        A        Yes.

4        Q        When you say, "There is no need

5   whatsoever for the supply of XRP to increase,"

6   are you referring to the circulating supply, the

7   total supply, or something else?

8        A        In this situation, it would be the

9   circulating supply.

10       Q        And when you say, "Any existing

11  supply will suffice to meet any amount of

12  demand," what sort of analysis did you do to

13  reach that conclusion?

14       A        This is a very fundamental point in

15  economics, something that I have studied

16  extensively, that I base my book of The Bitcoin

17  Standard on it, and I -- I quote other economists

18  who have discussed this.

19                  And I also -- if you look at footnote

20  18, I show how the size of the Bitcoin economy

21  has grown enormously, whereas the -- the number

22  of the Bitcoins in circulation has only grown

Page 212

1    very little during the same period.

2         Q      To your knowledge, would the XRP

3    Ledger work if there were only 5 XRP that

4    existed?

5         A      Yeah, if they were visible enough,

6    you could keep dividing them down into smaller

7    units, and then it would work with 5 XRP.

8         Q      How many wallet addresses could

9    someone set up if there were only 5 XRP that

10   existed?

11        A      You could set up the wallet addresses

12   to be denominated and then drops, or you could

13   make smaller denominations than drops.

14        Q      Do you know if doing that would

15   require changes to the XRP Ledger code?

16        A      I presume at a number of around 5

17   XRPs, then the drops -- then you're going to need

18   to make more drops or split the drops down to

19   smaller units.

20        Q      Suppose there were only 5 XRP that

21   existed.  On the XRP Ledger code as it exists

22   today, how many wallet addresses could you make,

Page 213

1    if any?

2         A      I don't know.

3         Q      Sitting here today, can you say with

4    confidence that a supply of 5 XRP would suffice

5    for the XRP Ledger to function?

6         A      If they're divisible, as I mention in

7    the example that I use on the drops, ultimately

8    it's all about the divisibility.

9         Q      How many XRP would it take to make a

10   wallet address for every person in the world, do

11   you know?

12        A      There is no set number because it

13   depends on the denomination of the XRP.  So if

14   each XRP can be divided into 10 trillion units,

15   then 1 XRP is more than enough.

16        Q      Do you know if there is a minimum

17   number of XRP that has to be held in order for a

18   wallet address to get set up?

19        A      I do not -- I've never used XRP.

20        Q      Okay.  And that's not something you

21   investigated before writing your report in this

22   case, correct?

Page 214

1          A        No, but I do not believe that it is

2     even relevant because you could change that

3     requirement as you increase the number of -- as

4     you increase the number of -- as you increase the

5     divisibility of the token.

6          Q        I just want to make sure the record

7     is clear on that one.  I asked you if that's

8     something -- that's not something you

9     investigated before writing your report, and you

10    said no.

11                  Is it your testimony that you did not

12    investigate that question before writing your

13    report?

14         A        Yes, I did not investigate that

15    question.

16         Q        Okay, thank you.

17                  Let's turn now to paragraph 47.

18                  At the end of the first sentence in

19    paragraph 47, what you write is:  "The only

20    rationale remaining for the increase of the

21    supply is the same rationale governments use for

22    using inflation to finance their operation."

Page 215

1                Do you see that?

2       A       Yes.

3       Q       So there's another reference to

4   increase of the supply.  Is that again the

5   circulating supply or the total supply, or

6   something else?

7       A       Circulating.  I guess in this context

8   it would work for both as well, but for

9   consistency, let's go with circulating.

10      Q       What work, if any, did you do to

11  identify all of the possible rationales for why

12  Ripple might distribute XRP before reaching this

13  conclusion?

14      A       I've seen a lot of currencies in my

15  life.

16      Q       And that's the entirety of the

17  analysis that you did?

18      A       Of every single currency I've ever

19  seen, the main purpose for increasing the supply

20  is to finance and profit -- it's for the profit

21  of the people who are able to increase the

22  supply.

Page 216

1          Q       Did you consider any other possible

2     justifications for increasing a supply?

3          A       I have not come across any.

4     Professor Ferrell certainly does not mention

5     another one.

6          Q       Do you understand professor --

7     Professor Ferrell to be offering an opinion about

8     why Ripple was distributing XRP?

9          A       He is offering an opinion on the

10    distribution of XRP not being the driver of XRP's

11    price movement.

12         Q       And is it your view that he can't

13    offer that opinion unless he first identifies the

14    reasons why XRP -- why Ripple was distributing

15    XRP?

16         A       Not necessarily, no.

17         Q       Let's go to paragraph 22 of your

18    report.

19                 In paragraph 22 you say:  "As Ripple

20    Labs currently continues to hold approximately

21    50 billion tokens, around half of the total

22    supply, selling that entire supply on the market

Page 217

1    in a short period of time would devastate XRP's

2    price.  The fact that Ripple Labs has not

3    undertaken such a step shows that the price of

4    XRP depends on the actions of Ripple Labs."

5                  Do you see that?

6        A      Yes.

7        Q      Are you offering an opinion that the

8    fact that someone has declined to take a step

9    that might significantly affect the price of an

10   asset means that the price depends on that

11   person's actions?

12       A      I'm not saying that that is the case

13   always.  Me not crossing the street today is not

14   going to affect the price of copper.  So I can't

15   generalize that.

16       Q      Well, my question was about declining

17   to take a step that might significantly affect

18   the price of an asset.

19       A      Well, it depends on what the step is,

20   but, yeah, if the step is selling -- doubling the

21   circulated supply, then yeah, being able to take

22   that step and not taking that step is affecting

Page 218

1   the price.

2        Q       Let me give you a hypothetical.

3                As of last month, November 2023, the

4   investment firm Berkshire Hathaway had more than

5   $150 billion in cash available.  Suppose

6   Berkshire Hathaway decided to take that 150

7   billion and use it all to buy XRP.

8                That would significantly affect the

9   price of XRP, wouldn't it?

10       A       Yes.

11       Q       Is it your opinion that the price of

12  XRP depends on the actions of Berkshire Hathaway?

13       A       If they do act with XRP -- if they

14  have the XRP, if they buy XRP, then yes.

15       Q       And does the fact that they refrained

16  from taking that step mean that the price of XRP

17  still depends on their actions?

18       A       No.

19       Q       In paragraph 22, you offer an opinion

20  that the fact that Ripple Labs has not undertaken

21  such a step shows that the price of XRP depends

22  on Ripple's actions.

Page 219

1                    How do you distinguish Ripple from

2    Berkshire Hathaway in that hypothetical?

3         A       Because when Berkshire Hathaway

4    doesn't buy the Ripple, the XRPs, they are

5    holding dollars and they're not buying XRPs.  So

6    there's no conceivable effect that they have on

7    the Ripple market, the XRP market.

8                    On the other hand, in the case of

9    Ripple Labs, if they don't dump their 50 billion

10   XRPs, they are holding 50 billion XRPs.  They're

11   not holding U.S. dollar cash.  That's the

12   distinction.  That's why they are inescapably a

13   player on the market, whereas Berkshire Hathaway

14   is not, because Berkshire Hathaway, if they don't

15   buy, they're holding dollars.

16        Q       So if Ripple decided to sell all of

17   its XRP, in your view that would affect the price

18   of XRP on the market, right?

19        A       Yes.

20        Q       And if Ripple decided not to sell all

21   of its XRP, in your view, that would also affect

22   the price of XRP on the market, right?

Page 220

1          A        Yes.

2          Q        Now, in that sentence we were just

3    looking at in paragraph 22, you say selling the

4    entire supply on the market would devastate XRP's

5    price.

6          A        Yes.

7          Q        You're not claiming that the price

8    would go all the way to zero, are you?

9          A        I'm not necessarily claiming that,

10   no.

11         Q        But -- and I think we talked about

12   this earlier, but in paragraph 21, you do say:

13   "The entirety of the economic value of XRP

14   depends on Ripple Labs."

15                  Do you see that?

16         A        Yes.

17         Q        So if Ripple were to sell all of its

18   XRP, and the price didn't go to zero, wouldn't

19   that indicate that there is some economic value

20   that's not dependent on Ripple?

21         A        It's a hypothetical thing.  Although

22   I would also add that it's not just the behavior

Page 221

1    of XRP with the -- with the allocation.  It's

2    also their behavior in general in terms of their

3    ability to maintain the protocol.  They could

4    introduce a bug.  They could make an error that

5    could make the network inoperable and destroy the

6    value that takes place in it.

7         Q      Do you think Ripple has the

8    unilateral ability to make changes to the XRP

9    Ledger's code?

10        A      I lean towards saying yes.

11        Q      What analysis did you do to figure

12   that out?

13        A      I've looked at digital currencies

14   over the past 10 years, and I think the only

15   digital currency that has shown that it is

16   resistant to a central authority being able to

17   change it is Bitcoin.  Because when we've had

18   people trying to make changes to Bitcoin, what

19   followed was years and years of acrimony and an

20   inability to check -- to make changes to the

21   consensus rules, whereas, we have never heard of

22   anything like that with Ripple.

In re Ripple Labs. Inc., Litigation
                                            Confidential

                                                                Page 222

1              So the Ripple network has reinvented

2      itself over the years with all kinds of different

3      rationales and all kinds of different marketing

4      talking points, and we've never heard of any

5      contentious problems with making these upgrades,

6      if you want.

7              So the -- the dog that doesn't bark

8      here in this case is if it's not possible for

9      Ripple Labs to change things, where is all the

10     acrimony, where is all the contention on who gets

11     to make the changes, and who can or cannot make

12     changes.

13     Q     You said in that last answer, "We've

14     never heard of any contentious problems."

15             Who is "we"?

16     A     Yeah, that's -- I probably should

17     have said "I."

18     Q     And what investigation have you done

19     to seek out whether there were any disagreements

20     about changes to the XRP Ledger code?

21     A     I've researched Ripple for my first

22     paper, I followed it -- I follow the news on

Page 223

1    Ripple, and I've never come across anybody

2    mentioning acrimony and deadlock and an inability

3    to move forward.  On the contrary, we always get

4    the opposite, which is Ripple is nimble, Ripple

5    can make -- can change and adjust.

6           Q      Just to be clear, you said you

7    researched Ripple for your first paper.

8                  Was that the paper that we looked at

9    earlier in Exhibit 184?

10          A      183.

11          Q      Thank you, the paper we looked at in

12   183.

13          A      Yes.

14          Q      Okay.  You didn't do any additional

15   research after writing that paper, did you?

16          A      I've read about the cryptocurrency

17   markets regularly since then.  I follow the news.

18          Q      Okay.  Let's look at paragraph 25 of

19   your report.

20          A      Mm-hmm.

21          Q      Still discussing what would happen if

22   Ripple sold all or a substantial portion of its

In re Ripple Labs. Inc., Litigation
                                    Confidential

                                                          Page 224

1    XRP, what you say in the second sentence here is:

2    "Such a sale would completely destroy the

3    correlation of XRP with the rest of the digital

4    asset market."

5                 When you say, "It would completely

6    destroy the correlation," are you referring to

7    going forward after Ripple had sold all of that

8    XRP?

9         A      Referring particularly to the period

10   after the sale.  So the correlation would be such

11   that -- let's say Ripple is highly correlated

12   with the rest of the cryptocurrency market, that

13   it would explain a significant percentage of the

14   variation.  But then you would expect that to say

15   if the cryptocurrency market on that day went up

16   2 percent, you would expect Ripple to move

17   something in the range of 2 percent, but such a

18   move would probably make Ripple drop by, I'd say,

19   80, maybe 90 percent, something like that, in

20   which case it's going to be completely flying in

21   the face of the correlation.

22        Q      So I just want to make sure I

Page 225

1    understand fully.

2              When you say, "It would completely

3    destroy the correlation," you're talking about on

4    the day it happens, not before that, not going

5    forward after that?

6        A    Mm-hmm.  Definitely on the day it

7    happens, and the short term after that.  But

8    later on, it might -- it's difficult to predict

9    how it's going to play out in the long term.

10       Q    What testing or analysis have you

11   done to figure out whether the hypothetical sale

12   that you've posited would destroy correlation in

13   the short term following the sale?

14       A    I've looked at -- there are several

15   examples of currencies where this has happened

16   where the founding team manages to dump a large

17   amount of tokens on the market, and the price

18   collapses immediately.  You see the price drop by

19   90 percent, 99 percent, 99.9 percent, something

20   like that.

21             And I've also looked at the

22   discussions that the Ripple Labs team had amongst

Page 226

1    themselves about the degree of responsiveness of

2    the market to their sales, and how even tiny

3    sales were causing prices to decline when they

4    were basing the volume of their sales on the --

5    what they later discovered was erroneous data

6    from coin market gap that overstated the volume.

7                   So even small margins affect the

8    price, I think then that's very good compelling

9    evidence for that, and there's, of course, very

10   strong theoretical reasons to believe that this

11   is the case.  That's just the simple logic of

12   supply and demand, which is the first thing you

13   learn as an economist or one of the first and

14   most important things you learn as an economist

15   is that supply goes up, price goes down.

16        Q    So you mention there that there are

17   several examples of currency where that happens.

18   You don't describe any of those examples in your

19   report, do you?

20        A    I do not, no.

21        Q    Okay.  Sitting here today, can you

22   say what other currencies you have in mind as

Page  227

1    those examples?

2         A      I know Bitconnect is one.  That one

3    off the top of my head, I remember that situation

4    happening.

5              I think more recently there was one

6    called Pepe, I think in which something like this

7    happened.

8         Q      Any others that you can think of as

9    you sit here today?

10        A      Not off the top of my head, no.

11        Q      Okay.  In that sentence we were just

12   looking at in paragraph 25, you said, "...

13   selling all or a substantial portion of Ripple's

14   XRP."

15              How do you define a "substantial

16   portion" for this purpose?

17        A      Well, I mean, I guess the term

18   "substantial" here is a little bit of a -- it's

19   almost tautological in the sense that a

20   substantial portion is the one that would

21   completely destroy the correlation.  It -- it

22   would be one that would make Ripple move

Page 228

1    drastically differently from the rest of the

2    market.

3         Q       So when you say that:  "An analysis

4    should take into account what would happen if

5    Ripple Labs were to sell all or a substantial

6    portion of its XRP," you're saying that

7    "substantial portion" there means an amount

8    sufficient to completely destroy the correlation

9    between XRP and the rest of the market?  Is that

10   right?

11        A       Mm-hmm.

12        Q       That's a "yes"?

13        A       Yes.

14        Q       Okay.  Dr. Ammous, would you say you

15   approached your assignment in this case with an

16   open mind?

17        A       Yes.

18        Q       Were you open to the possibility that

19   Professor Ferrell was correct that XRP's price

20   movements could be explained by factors other

21   than Ripple's actions?

22        A       Yes, certainly.

Page 229

1       Q       You had preexisting views about

2    Ripple and XRP before being retained in this

3    case, didn't you?

4       A       Yes.

5       Q       And you shared those views publicly,

6    right?

7       A       Yes.

8       Q       Your own personal view is that Ripple

9    is a scam, right?

10      A       I've probably said that several

11   times, yes.

12      Q       Yeah, let's look at some.  I'm going

13   to show you a document we'll mark as Exhibit 185.

14              (Exhibit No. 185 was marked for

15              identification.)

16   BY MR. OPPENHEIMER:

17      Q       Exhibit 185 is a set of tweets from

18   your account.  I'm looking at one dated

19   November 25th, 2016.  This tweet says:  "Ripple

20   is a fucking scam, and only an idiot could

21   believe it will do anything other than raise

22   money for the scammers who made it."

Page 230

1                   Do you see that?

2        A        Yes.

3        Q        Did that tweet accurately reflect

4    your views about XRP and Ripple?

5        A        Probably around that time, yes.

6        Q        When did you first form the belief

7    that Ripple was a scam?

8        A        I would say it was when I studied it

9    for that paper, "Can cryptocurrencies fulfil the

10   functions of money?"

11       Q        And have you ever changed your mind

12   as to that belief?

13       A        No.

14       Q        You state here that "only an idiot

15   would buy XRP," right?

16       A        I do write that there, yeah.

17       Q        Is that still your opinion today?

18       A        No.  I'd say that since then, I --

19   I've come to accept that that's probably not a

20   fair assessment.

21       Q        Why have you come to the conclusion

22   that that's probably not a fair assessment?

Page 231

1          A          When I analyzed this in 2016, I was

2     looking at them from the lens of somebody who's

3     looking at them as digital currencies, and in my

4     mind, they were all trying to be decentralized

5     digital currencies like Bitcoin.  And so in my

6     mind, if you were to invest in something like

7     Ripple, then you'd need to ask yourself about the

8     decentralization first.  And for me, if you

9     didn't grasp that Bitcoin was decentralized,

10    whereas Ripple was not, then clearly you didn't

11    get what was going on.

12              Where I've changed my mind on this is

13    that, now later on, I've come to realize that

14    many people who invested in Ripple didn't do so

15    based on the idea that this was going to be a

16    better Bitcoin or a faster Bitcoin or a better

17    way of doing decentralized currency, but they did

18    so based on the premise that this is -- this

19    is -- they thought of it as if it is this new

20    Uber, this new way that's going to revolutionize

21    banking the same way that Uber revolutionized

22    taxis in the sense of a startup investment.

Page 232

1                And so I can see how thinking of it

2     from that perspective might cloud you from

3     considering the aspect of decentralization,

4     whereas from that context, having Ripple Labs in

5     charge seems like a plus, just like you want to

6     have Uber's admins -- the Uber leadership in

7     charge of the company, you want to have this labs

8     entity in charge of the protocol.

9          Q      And what -- I think you just

10    attributed that view to people who purchased XRP;

11    is that right?

12         A      Sorry, your question is not clear.

13    What exactly do you mean?

14         Q      Well, you just as subscribed -- well,

15    let's get it this way.  Withdrawn.

16                In your last answer you said, "I've

17    come to realize that many people who invested in

18    Ripple didn't do so based on the idea that this

19    was going to be a better Bitcoin or a faster

20    Bitcoin ..."

21                When you say "invested in Ripple," do

22    you mean bought XRP?

Page 233

```
 1        A      Yes.

 2        Q      What did you do to figure out that

 3   that was the viewpoint of people who bought XRP?

 4        A      Just came across more and more people

 5   who -- who thought of it as an investment in a

 6   startup.  I think this is -- this is the thing

 7   that I was unaware of as an idea back then.

 8        Q      You wrote in paragraph 70 of your

 9   report -- I'll give you a minute to turn there.

10   Let me know when you're there.

11        A      Yes.

12        Q      You wrote in paragraph 70 of your

13   report:  "Investors are unlikely to want to store

14   wealth in a digital asset whose value can be

15   controlled by the creators controlling a

16   significant part of the supply."

17              Are you now saying that actually

18   investors wanted to store wealth in a digital

19   asset because the creators had an active role?

20        A      So within the context of your last

21   question on this statement, I would say that my

22   assessment of Ripple investors as idiots has
```

Page 234

1   softened because I can see the rationale for it

2   as if you're investing in it as a payment

3   technology, like you're investing in a startup

4   that does payments technology.

5              But that is distinct from investing

6   in XRP as a store of value.  And I think this is

7   the thing where I predict they are likely -- the

8   network is likely to face the serious headwind,

9   which is, all right, people might want to buy it

10  initially as the kind of token that will go up in

11  value because of its use in payments, but that's

12  distinct from wanting to hold it as money, as

13  people hold gold or Bitcoin.

14       Q     So your view is that people might

15  want to buy XRP because it could be used in

16  payments, but might not want to hold it long term

17  because it wouldn't function as money or gold or

18  Bitcoin.  Is that a fair summary?

19              MR. ELKHUNOVICH:  Objection.

20  Misstates prior testimony.

21              THE WITNESS:  I think it's -- I mean,

22  I think those are likely to coexist as

Page 235

1   motivations, but I do not see the demand for XRP

2   as a neutral monetary asset.

3   BY MR. OPPENHEIMER:

4        Q       You haven't done any formal surveys

5   to figure out the views of XRP buyers, right?

6        A       No.

7        Q       You haven't done any informational

8   interviews with them, right?

9        A       No.

10       Q       Your belief on what XRP holders

11  thought about XRP just comes from hearing some of

12  what they said on the internet; is that right?

13       A       No, it also comes from understanding

14  monetary assets and how monetary assets rise as

15  monies.  And historically, we have two kinds of

16  currencies:  Market commodities or government

17  currencies.

18       Q       You just said that your view on XRP

19  holders has softened over time.  When did it

20  soften?

21       A       I can't point to a particular date,

22  but I would say my initial reaction which you see

Page 236

1    in that tweet was -- was something that I held

2    more strongly back then.

3         Q        Well, that tweet is 2016.  That was

4    still your view in 2017, right?

5         A        Probably, yes.  Yeah.

6         Q        And 2018?

7         A        I'd say so.

8         Q        And in 2019?

9         A        Yeah.

10        Q        It was also still your view in 2020,

11   wasn't it?

12        A        I'm a little less certain here.  I

13   don't exactly remember what my views were.  I

14   didn't publish anything in 2020 about Ripple, so

15   I can't remember exactly what I thought back

16   then.

17        Q        When you say you didn't publish

18   anything in 2020 about Ripple, are you talking

19   about academic articles or Twitter or something

20   else?

21        A        Academic articles or books.

22        Q        The only academic article you've ever

Page 237

1    published about Ripple was the one we looked at

2    in Exhibit 183, right?

3          A      Yes.

4          Q      I'm going to mark this exhibit as

5    186.

6                 (Exhibit No. 186 was marked for

7                 identification.)

8    BY MR. OPPENHEIMER:

9          Q      Exhibit 186 is another tweet from

10   your account dated August 24th, 2017.  It says:

11   "Anyone who takes Ripple seriously is not worth

12   taking seriously."

13                Do you see that?

14         A      Yes.

15         Q      And did that view soften at some

16   later date?

17         A      Yes.

18         Q      But sitting here today, you can't say

19   exactly when; is that right?

20         A      No.

21         Q      No, it's not right or, no, you can't

22   say?

Page 238

1        A        I cannot really say.  I just think

2    I've got more empathy to somebody who would have

3    invested in Ripple today.

4        Q        When you say "invested in Ripple," do

5    you mean invested in XRP?

6        A        Yes.  It's hard for me to tell the

7    two apart.  I keep getting them mixed up.

8        Q        Are you familiar with the term

9    "Bitcoin maximalist"?

10       A        Yes.

11       Q        What does the term mean to you?

12       A        To me it means somebody who believes

13   that the -- the only digital asset that matters

14   is Bitcoin.

15       Q        Are you a Bitcoin maximalist?

16       A        I would say so, yes.

17       Q        Okay.  Isn't it true that you want

18   XRP to fail?

19       A        I'm -- I'm more concerned about

20   Bitcoin's success.  I think with XRP and with

21   digital -- with other digital currencies, I'm

22   mostly indifferent at this point.  I don't

Page 239

1    particularly pay much attention to them, except

2    when asked to do so in a professional -- in a

3    professional context like now.

4        Q       So before you were engaged to offer

5    an opinion in this case, you weren't paying much

6    attention to other cryptocurrencies like XRP; is

7    that right?

8        A       Probably, yes.

9        Q       Now, you view Bitcoin as the solution

10   to problems created by fiat currency, correct?

11       A       Yes.

12       Q       And in your view, the use of any

13   non-Bitcoin digital asset diverts people from

14   that solution, right?

15       A       Well, I -- I can see both points in

16   this regard.  I've -- I've argued this at a

17   certain point that digital -- other digital

18   currencies detract from Bitcoin because they

19   distract from Bitcoin.  But I -- to be fair, I

20   think there is -- the opposite effect is also

21   true.

22               I know many people who got into

Page  240

1    Bitcoin because they first heard about some of

2    the other digital currencies.  And the

3    difference, of course, is that other digital

4    currencies have marketing teams which do a much

5    better job of marketing their currencies than

6    Bitcoin because Bitcoin doesn't have a marketing

7    team.  It doesn't have a central authority.  It

8    doesn't have anybody who can print Bitcoins to

9    finance a marketing campaign.

10                  So a lot of people end up catching

11   the marketing for the other currencies, which

12   gets them familiar with the concept of digital

13   currency, and then gets them to start looking

14   into Bitcoin more.  So overall, I wouldn't be so

15   sure if I would say that other digital currencies

16   are net positive or net negative on Bitcoin.

17       Q     Well, you previously have called them

18   negatives, haven't you?

19       A     Yes.  As I said earlier, I used to

20   lean to the idea that they are negative, but I

21   think now I'm more open-minded to the concept

22   that maybe they are positive.

Page 241

1          Q        Roughly when would you say you became

2     more open-minded on that issue?

3          A        Difficult to tell, but I might guess

4     sometime maybe 2019, 2020.

5          Q        Okay.  Let me show you an exhibit

6     we're going to mark as Exhibit 187.

7                   (Exhibit No. 187 was marked for

8                   identification.)

9     BY MR. OPPENHEIMER:

10         Q        Exhibit 187 is another set of tweets

11    from your account.  If you look at the fourth

12    tweet down on the page, this is dated

13    September 10th, 2021.

14                  And the second sentence here says:

15    "When you promote stupid shitcoin Ponzi schemes,

16    you're diverting people away from the solution.

17    The sooner you get in on Bitcoin, the sooner the

18    nightmare ends.  Everything else is like farting

19    in the wind."

20                  Do you see that?

21         A        Yeah.

22         Q        Did that accurately state your views

Page 242

1    as of September of 2021?

2          A      Yeah, I guess.

3          Q      Would you say it accurately reflects

4    your views as of today?

5          A      I mean I -- in this particular

6    context, I'm saying that he's -- if he's

7    promoting other currencies.  So the question of

8    actually actively promoting other currencies,

9    yeah, I mean I would lean towards -- if you're

10   being out there actively promoting the other

11   currencies.  Again, though, promoting the other

12   currencies does bring attention to Bitcoin.  So

13   I'm -- I don't feel strongly either way.  I'm

14   willing to see the points in both.

15         Q      By the way, we've looked at a few of

16   your tweets so far.  I've got a question about

17   the profile picture that you have.  It's hard to

18   see on that one.  So I'll mark this as

19   Exhibit 188.

20                (Exhibit No. 188 was marked for

21                identification.)

22                THE WITNESS:  Yes.

Page 243

1    BY MR. OPPENHEIMER:

2         Q      So the front page of Exhibit 188 is

3    your profile on Twitter.  The back page is a

4    zoomed-in copy of the picture --

5         A      Yes.

6         Q      -- and your photo.

7                It looks like you have glowing laser

8    eyes.  Can you explain what that indicates?

9         A      Yes.  Back in 2021, it became a meme

10   among Bitcoiners that they have laser eyes, and

11   they started putting laser eyes on their profile

12   pics.  Somebody made me this picture, and I --

13   they took my profile picture, they added the

14   laser eyes, and then I uploaded it.

15        Q      And there's this third -- is it an

16   eye?

17        A      Yes.

18        Q      There's a third eye in your picture.

19   What's that indicating to you?

20        A      Well, the person who did it did it as

21   a joke.  I presume he -- the third eye is

22   referred to as the eye of wisdom, foresight, I

Page 244

1    guess, in a lot of ancient traditions, and so he

2    gave me an extra eye.

3         Q      So this profile picture indicates

4    that you're a -- a wise Bitcoiner.  Is that fair

5    to say?

6         A      I presume that was the intent of the

7    graphic design job there.

8         Q      You said that this meme version was

9    2021.  It's December of 2023 now.  Have you --

10   why have you kept it as your profile picture for

11   that time?

12        A      A lot of people have kept it.  It

13   just became -- it became a part of Bitcoin

14   internet culture, I guess.

15        Q      Okay.  Now, I think we saw in

16   Exhibit 187 you used the term "shitcoin."  When

17   you use that term, you mean anything other than

18   gold or Bitcoin, right?

19        A      Pretty much, yes.

20        Q      So in your view XRP is a shitcoin,

21   correct?

22        A      I would say so, yes.

Page 245

1        Q        And so is the U.S. dollar, right?

2        A        Yes.

3        Q        The Euro?

4        A        Yes.

5        Q        Ethereum?

6        A        Yes.

7        Q        Government bonds?

8        A        Yes.

9        Q        Diamonds?

10        A        Diamonds, I would class as shitcoins.

11   I should clarify here that for things like

12   diamonds, it's not the good itself that is

13   necessarily the shitcoin.  It's its use as a

14   store of value.  So the idea that I'm going to

15   buy a diamond ring because that's going to

16   maintain purchasing powers into the future, I

17   think of that particular use of diamond as being

18   a shitcoin.

19        Q        Okay.  So diamonds aren't a shitcoin

20   if they're used in industrial drills.

21        A        Yes, or if you just buy them because

22   they look pretty.

In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                  Confidential

                                                              Page 246

1        Q        Okay.  You view cryptocurrencies as a

2    zero-sum game, right?

3        A        Mmm.  Well, that depends on the

4    context.  In certain ways, yes.  In certain ways,

5    no.  I think -- again, this is one of those

6    things where I would have been a little bit more

7    leaning towards this conclusion a little bit

8    earlier, but with time I think I've become a

9    little bit more open-minded to the alternative

10   which I mentioned, which is that more

11   cryptocurrency activity in general leads to more

12   eyes and attention to Bitcoin.

13       Q        Let's get another exhibit marked.

14   We'll mark it as 189.

15               (Exhibit No. 189 was marked for

16               identification.)

17   BY MR. OPPENHEIMER:

18       Q        Exhibit 189 is another set of tweets

19   from your account.

20               We'll look at the first one here.  In

21   this one you write:  "Cryptocurrencies are a

22   zero-sum game, and if you're not Bitcoin, you've

Page 247

1    already lost.  Copying Bitcoin is not innovation;

2    it's just a new way of running an old scam, money

3    printing.  Actual innovations will be built on

4    Bitcoin, not by people copying it to print their

5    own money."

6              Do you see that?

7         A    Mm-hmm.

8         Q    And then --

9         A    Yes.

10        Q    -- in the next tweet below that, you

11   write:  "The only way to support innovation is by

12   ignoring shitcoins and focusing on Bitcoin."

13   Right?

14        A    Mm-hmm.  Yes.

15        Q    That was your view at the time you

16   wrote this tweet, right?

17        A    Yes.

18        Q    Is it your testimony that you've

19   softened this view since?

20        A    Well, I would say in terms of

21   innovations, the -- I'd make one exception to

22   stable coins, Tether in particular.  That was one

12/13/2023                     In re Ripple Labs. Inc., Litigation              Saifedean Ammous, Ph.D.
                                        Confidential

                                                                        Page 248

1    thing that I have changed my mind upon.

2        Q       In what way have you changed your

3    mind about Tether?

4        A       So I used to think there are no

5    innovations anywhere outside of Bitcoin, and then

6    I think Tether is the first example of an

7    innovation in the space that is worthwhile that

8    is outside of Bitcoin.

9        Q       Other than changing that view of

10   Tether, do you still stand by the opinions you

11   expressed in Exhibit 189?

12       A       Which ones exactly?  There's a lot --

13   there's two tweets with several sentences.  Which

14   one are you referring --

15       Q       We'll start with the very beginning.

16   "Cryptocurrencies are a zero-sum game, and if

17   you're not Bitcoin, you've already lost."

18               Is that still your view today?

19       A       No, I don't think they are a zero-sum

20   game anymore.

21       Q       And when did you change that view?

22       A       I'm thinking around 2020, 2021,

Page 249

1    something like that.  And I -- this is -- this

2    isn't like a major milestone where one day I woke

3    up and decided, all right, this is it.

4              But I would say that in 2020 was when

5    I got introduced to several people who got into

6    Bitcoin through other digital currencies, and I

7    think that's helped me come to a more open-minded

8    acceptance of the fact that these other digital

9    currencies are doing Bitcoin a favor in a sense.

10       Q     It is still today your hope that

11   non-Bitcoin digital assets will be destroyed,

12   right?

13       A     I don't particularly care.

14       Q     I'm going to show you another exhibit

15   we'll mark as 190.

16             (Exhibit No. 190 was marked for

17             identification.)

18   BY MR. OPPENHEIMER:

19       Q     This is a tweet from your account

20   from May 27th, 2022.  The first one in the chain,

21   you write:  "There is nothing wrong with being

22   happy to see shitcoins being -- getting

Page 250

1    destroyed.  All shitcoins are inevitably going to

2    zero.  And the bigger they get, the more people

3    will eventually be hurt when they do.  The sooner

4    they die, the better."

5                        Is it your testimony that when you

6    wrote "the sooner they die, the better," that

7    wasn't particularly caring either way whether

8    other cryptocurrencies get destroyed?

9          A      Yeah.

10         Q      You do think that it would be a good

11   thing if XRP were destroyed soon, don't you?

12         A      Mmm.  I mean, I guess it depends on

13   the context.  So I presume this was -- the

14   context here was people saying -- yeah, so now I

15   remember this.  This is May 2022.  This was the

16   context of the failure of LUNA, which is a --

17   which is a coin that was -- it was a pretty high

18   profile coin in early 2022.  A lot of people made

19   a lot of money on it very quickly.  Everybody was

20   saying this is the most innovative, this is the

21   future, and then it fell apart.

22                        And the context here is that a lot of

Page 251

1    Bitcoiners were cheering on its fall and a lot of

2    people were saying, No, you can't cheer it on.

3    That's not nice.  We're all in this together.

4               So within that context, if a coin

5    like that falls, I don't think it makes sense to

6    be haranguing the people that are happy that it

7    fell.  I think the blame lies with the people who

8    sold this catastrophe and ruined the lives of the

9    investors in it.

10              And so with -- with things like these

11   in that context, I don't think there's anything

12   wrong with being happy to see them go.  But I

13   don't particularly care enough -- if you look at

14   most of my work, whether it's my books or my

15   podcasts, I'm not out there -- going out and

16   telling people we must kill the shitcoins, we

17   must stop killing the shitcoins.

18              In fact, in recent debates in the

19   Bitcoin circle about implementing some changes to

20   Bitcoin, one of my main disagreements with that

21   proposal called Drivechain is the fact that the

22   people marketing it are saying that this is

Page 252

1    what's going to kill the shitcoins.

2                    And for me this is absolutely a red

3    flag because you would not want to make any

4    changes to Bitcoin in order to kill the

5    shitcoins, because Bitcoin matters far too much

6    to be tweaking it to care about shitcoins.

7         Q     Your view is that it would be a good

8    thing for shitcoins to get destroyed, right?

9         A     Yeah, I wouldn't be crying over them.

10        Q     And you include XRP in the set of

11   shitcoins, right?

12        A     Yes.

13        Q     You've stated that you would like to

14   see all non-Bitcoin digital assets die a gruesome

15   death, haven't you?

16        A     I probably have, yes.

17        Q     And in fact, you stated that just a

18   few months ago; isn't that right?

19        A     I don't recall that.

20        Q     All right.  Let's mark Exhibit 191.

21              (Exhibit No. 191 was marked for

22              identification.)

Page 253

1                    THE WITNESS:  Thank you.

2    BY MR. OPPENHEIMER:

3         Q        Exhibit 191 has a tweet from you on

4    June 13th, 2013 -- or I'm sorry, 2023.

5         A        Yeah.

6         Q        In that tweet you write:  "If this

7    pathetic concerned trolling and straw manning is

8    representative of intelligent shitcoiners, then

9    I'm increasingly optimistic about the entire

10   shitcoin industrial complex dying the beautiful

11   gruesome death it deserves sooner than anyone

12   expected."  Right?

13        A        Yes.

14        Q        Now, isn't it true that you've

15   publicly accused Ripple of offering unregistered

16   securities?

17        A        I do not recall.  It was not in any

18   of my academic papers, and it was not in this

19   report.

20        Q        Right.  But you did do it on Twitter,

21   right?

22        A        I don't recall.  I've been on Twitter

Page 254

1    for a long time.  I've tweeted a lot of tweets.

2        Q     I'm aware.  Let's go to what we'll

3    mark as Exhibit 192.

4              (Exhibit No. 192 was marked for

5              identification.)

6    BY MR. OPPENHEIMER:

7        Q     Exhibit 192 is a Twitter thread from

8    your account.  The date is June 4th, 2022.

9              There is a news article first that

10   says "Inside the Environmentalist's Campaign to

11   Change Bitcoin's Code," and then you have a

12   comment on that in your tweet.

13             Do you see that?

14       A     Yes.

15       Q     And what you say is:  "Inside XRP's

16   campaign to hire washed-up green prostitutes to

17   cry harder in the hope of shifting crypto

18   regulators' focus from illegal security offerings

19   to green hysteria."

20             Do you see that?

21       A     Yes.

22       Q     What do you mean by "XRP's campaign"?

Page 255

```
 1        A       Well, it's -- as I said earlier, I

 2   always get XRP and Ripple mixed up because I

 3   vaguely remember they were basically the same

 4   thing when they first came out.  It used to be

 5   that people used to use Ripple to refer to the

 6   token as well.  And so I'm -- I'm liable to using

 7   it -- using the two terms to refer to each other.

 8        Q       So what you meant there was inside

 9   Ripple's campaign.  Is that your testimony?

10        A       Probably, yes.  Yeah.

11        Q       What did you mean by washed-up green

12   prostitutes?

13        A       Greenpeace.

14        Q       So in your view, Ripple was hiring

15   Greenpeace to try to shift regulators' focus; is

16   that right?

17        A       I mean it's a tweet.  I don't have

18   compelling evidence.  Nobody is -- I'm not really

19   presenting this as a court case.  But it's my

20   impression of what was going on at that point is

21   that, yeah, Greenpeace made money to try and

22   focus on Bitcoin.
```

Page 256

1          Q      And you did believe that at the time

2     you wrote it, right?

3          A      Yes.

4          Q      It's fair to say you're not open to

5     changing your views on XRP, right?

6          A      Oh, no, I am open.

7          Q      Do you believe it's possible that the

8     XRP Ledger could have a feature that is more

9     important than the principal features you

10    attribute to Bitcoin?

11               MR. ELKHUNOVICH:  Objection.  Form.

12               THE WITNESS:  I mean, that's a

13    difficult question to answer.  Is it possible?

14    Like if it has a feature like that, it doesn't.

15    So now is it possible?  Well, I mean it depends on

16    what you consider to be within the realm of

17    possibility.

18    BY MR. OPPENHEIMER:

19         Q      Do you think another cryptocurrency

20    could possibly add a feature that's more

21    important than what you view as the -- the core

22    features of Bitcoin?

Page 257

```
 1        A       No.

 2                MR. OPPENHEIMER:  Why don't we go off

 3    the record here for a bit.

 4                THE VIDEOGRAPHER:  We're off the

 5    record at 3:48 p.m.

 6                (Recess.)

 7                THE VIDEOGRAPHER:  This is the

 8    beginning of media number 6.  We're on the record

 9    at 3:59 p.m.

10    BY MR. OPPENHEIMER:

11        Q       We've looked at a decent number of

12    tweets from your account so far.

13                Do you also use Instagram?

14        A       Yes.

15        Q       And what is your Instagram user name?

16        A       @Saifedean.

17        Q       Approximately how much time per week,

18    let's say on average, do you spend using or

19    creating content to post on social media sites

20    like Twitter and Instagram?

21        A       Mmm.  Well, I mean, the content

22    creation part of it is not a very significant
```

Page 258

1    amount of time.  I tweet when I get on -- when I

2    have something to say, I tweet.  So it doesn't

3    take me a lot of time to tweet.  I do spend a lot

4    of time on Twitter because I consume Twitter, so

5    I spend several hours every day reading Twitter,

6    but I wouldn't say creating content.

7         Q     Okay.  Dr. Ammous, do you believe

8    that most peer-reviewed economic publications and

9    academic journals are a form of government

10   propaganda?

11        A     A very significant portion of them, I

12   would say yes.

13        Q     Let's look at what we'll mark as

14   Exhibit 193.

15              (Exhibit No. 193 was marked for

16              identification.)

17   BY MR. OPPENHEIMER:

18        Q     Exhibit 193 is a copy of your

19   Principles of Economics textbook that was

20   published this year, correct?

21        A     Yes.

22        Q     I worry that my copy doesn't have

Page 259

1   page numbers, which might make this difficult,

2   but -- oh, I see them.  Okay.

3                  I'll direct your attention to

4   page 325.

5                  In the second paragraph on page 325,

6   you write, starting at the beginning of the

7   paragraph:  "The conveyor belt of mainstream

8   economists in the highly rewarded, unreadable

9   papers published over the past few decades

10  contains an inordinate amount of government

11  propaganda masquerading as economic analysis."

12                 Do you see that?

13       A     Yes.

14       Q     Does that accurately describe your

15  views about academic economists' publications?

16       A     Yes.

17       Q     Let's mark another exhibit.  This

18  will be 194.

19                 (Exhibit No. 194 was marked for

20                 identification.)

21  BY MR. OPPENHEIMER:

22       Q     Exhibit 194 is a copy of your book

Page 260

1    The Fiat Standard.  What year was this book

2    published?

3          A      2021.

4          Q      I'll direct you to page 155 in this

5    one.

6          A      Okay.

7          Q      On page 155, the first full

8    paragraph, you write:  "All along the content of

9    the journals has continued to deteriorate to the

10   point where it is predominantly unreadable

11   academic masturbation with no link to the real

12   world, which nonetheless adheres to the correct

13   political, grammatical, and methodological

14   guidelines needed to keep up the pretense that

15   actual scholarship is taking place."

16               Do you see that?

17         A      Yes.

18         Q      Does that accurately reflect your

19   views today?

20         A      Yes.

21         Q      And then later in that same

22   paragraph, towards the very end:  "Academic

Page 261

1    publication has been reduced to a circle jerk

2    which only has consequences for the academic

3    careers of those in the circle."

4            Does that also accurately represent

5    your views today?

6        A    Yes.

7        Q    You can put that aside for now.

8            It's your view that universities are

9    government propaganda machines, correct?

10       A    Well, not exclusively.

11       Q    "Over the course of the last several

12   decades, universities have been transformed into

13   propaganda machines bent on the indoctrination of

14   young people."

15           Does that accurately reflect your

16   view of universities?

17       A    Yes.

18       Q    Okay.  Now, both of these last two

19   books we looked at in Exhibits 193 and 194, The

20   Fiat Standard and Principles of Economics were

21   published by the Saif House, right?

22       A    Yes.

Page 262

1        Q      Did you ever submit either of these

2   books to an independent publisher for review or

3   publication?

4        A      No.

5        Q      Your first book, The Bitcoin

6   Standard, was published by Wiley, right?

7        A      Yes.

8        Q      Did you ever submit your second book

9   to Wiley for review?

10        A      I didn't submit it, but they had

11   offered me to publish it before I had finished

12   it.

13        Q      Why didn't you choose to submit that

14   book to Wiley for publication?

15        A      Because I've -- I decided that I

16   wanted to self-publish for a variety of business

17   and intellectual reasons.

18        Q      Do you think Wiley would have

19   demanded changes to some of the content if you

20   had asked them to publish it?

21        A      I don't think so.  I mean, obviously

22   they would have.  It's an editor, that's their

Page 263

1    job is to make changes and suggest changes.  But

2    I don't think they would have been -- I think it

3    would have been stylistic, linguistic.  There may

4    have been suggestions about things to introduce.

5                    But I don't think they would have

6    been -- I don't think it would have been a

7    problem, because my first book, The Bitcoin

8    Standard, I got highly constructive feedback from

9    my editor.  We didn't get into any conflict about

10   you should remove this, we can't publish that,

11   you have to get rid of this.

12                    So I wouldn't expect to -- I did not

13   expect to have been -- to have run into these

14   kind of problems if I had published with Wiley.

15        Q       And so why did you choose not to go

16   with Wiley?

17        A       It was primarily about owning my own

18   intellectual property rights, and just I think

19   the -- the business decision here is that I have

20   a very -- I have a good readership, people who

21   like my book, who are going to buy my book

22   regardless of where I publish it from.  And I

Page 264

1    thought it would make more sense for me to

2    capitalize on this by integrating -- doing

3    vertical integration of the supply chain from the

4    writing of the book to the printing, to the

5    distribution and fulfillment.

6          Q      Do you know who Nassim Taleb is?

7          A      Yes.

8          Q      Who is he?

9          A      He's a Lebanese author.

10         Q      He wrote the original forward for

11   your first book The Bitcoin Standard, right?

12         A      Yes.

13         Q      Do you know if Wiley, your publisher,

14   made publication of The Bitcoin Standard

15   conditional on Nassim Taleb writing the forward?

16         A      No.  I don't think it was

17   conditional, but it was Nassim Taleb who gave

18   them my book.

19         Q      Do you know if Wiley requested that

20   he write the forward to your book before

21   publication?

22         A      They didn't request it formally, but

Page 265

1    I believe they expected it, they thought it would

2    happen.

3         Q      And Mr. Taleb has subsequently

4    withdrawn his forward, correct?

5         A      No.  He did not withdraw it.  I

6    removed it.

7         Q      You removed it.  And that was after

8    he called you "dangerously crankish and

9    conspiratorial," right?

10        A      Yes.

11        Q      Have you ever spoken to Mr. Taleb

12   about those comments?

13        A      No, I haven't spoken to him since.

14        Q      And do you monitor the reception or

15   reviews of the books that you've published?

16        A      To some extent.  Obviously I can't

17   monitor it completely.  There are thousands and

18   thousands of reviews online.

19        Q      So let's start with this one.  We'll

20   mark it as Exhibit 195.

21               (Exhibit No. 195 was marked for

22               identification.)

Page 266

 1   BY MR. OPPENHEIMER:

 2        Q      Exhibit 195 is a review of The Fiat

 3   Standard by Joakim Book published on the AIER.  I

 4   believe that's American Institute for Economic

 5   Research website.

 6              Are you familiar with this review?

 7        A      I've seen it before.  Yes.

 8        Q      If you look at page 4 of this review,

 9   to give you an example, in the first full

10   paragraph, he writes:  "The book reads like a

11   350-page undersourced rallying tweet full of

12   insults, name calling, and hyperbolic language.

13   While entertaining, it's tiresome -- and worth

14   very little.  Saif's aggressive tone and

15   outlandish claims undercut his argument and

16   bewilder the reader.  He rarely provides

17   references for his claims."

18              And then the next paragraph:  "Anyone

19   who endures the full length of the book deserves

20   a medal."

21              Have you ever published any response

22   to this review?

Page 267

```
 1        A      No.

 2        Q      Have you ever had any conversations

 3   with this reviewer about it?

 4        A      I -- not after it was published.

 5   I've spoken to him once before -- well, I've had

 6   an interaction with him on Twitter -- maybe a

 7   couple of interactions on Twitter, and I also met

 8   him in person once.

 9        Q      Did you discuss The Fiat Standard

10   with him?

11        A      No.

12        Q      This review points out some factual

13   errors that the reviewer claims are in The Fiat

14   Standard.  Have you done any work to verify

15   whether those statements that he points out in

16   here are errors in The Fiat Standard?

17        A      I remember going through this review

18   rather quickly, and I remember I said to myself

19   that I was going to verify each one of these

20   before I published the second edition of the

21   book.

22        Q      And have you done so at this point?
```

Page 268

```
 1         A       Not yet, no.

 2         Q       So for example, if you look at page 9

 3  of Exhibit 195, after the heading halfway down

 4  the page, he writes:  "The book is also teaming

 5  with errors, and not just about the academic

 6  disciplines Saif sets out to denounce, but simple

 7  ones that are too numerous to" --

 8         A       I'm sorry, which page is that?  You

 9  said 9?

10         Q       Page 6.

11         A       Six.  Okay.

12         Q       I'm sorry, I think I may have said

13  page 9, but it's page 6.

14         A       Okay.

15         Q       Halfway down the page under the

16  heading:  "The book is also teeming with errors

17  -- and not just about the academic disciplines

18  Saif sets out to denounce, but simple ones that

19  are too numerous to be random.  The Bretton Woods

20  conference is dated 1946, not 1944, and the

21  Glass-Steagall Act to 1934, whereas the act with

22  that name passed in 1932."
```

Page 269

1              Have you verified whether those facts

2       were errors in the book that you published?

3              A       No, I have not.

4              Q       What work did you do before

5       publishing The Fiat Standard to fact-check it?

6              A       I read it, reread it.  Hired several

7       editors to go over it and help me with it.

8                      I will -- now that you mention it, I

9       remember that for my third book, Principles of

10      Economics, I hired an editor, a mathematics

11      editor, as I called her, specifically to just go

12      through the book and go through all the numbers

13      that were listed in the book and double-check

14      them, double-check the math, double-check the

15      sources, double-check that everything was

16      correct.

17             Q       Okay.  I will show you a document now

18      that we'll mark as Exhibit 196.  This will be a

19      copy of your book The Bitcoin Standard.

20                     (Exhibit No. 196 was marked for

21                     identification.)

22                     THE WITNESS:  Thank you.

Page 270

1   BY MR. OPPENHEIMER:

2        Q      When was The Bitcoin Standard

3   published?

4        A      2018.

5        Q      And you recognize this as a copy of

6   that book?

7        A      Yes.

8        Q      Now, in your report, Exhibit 174, in

9   paragraph 5, you wrote that this book, The

10  Bitcoin Standard, quote:  Is widely hailed as the

11  most important book on the economics of digital

12  currencies.

13             Did you read reviews of The Bitcoin

14  Standard before you wrote that sentence?

15       A      Yes.

16       Q      Are you aware that academic reviews

17  of The Bitcoin Standard have been critical of it?

18       A      I don't recall a critical academic

19  review.

20       Q      Let me mark for you Exhibit 197,

21  which is a review of The Bitcoin Standard written

22  by a professor named -- or a PhD economist named

Page 271

1    David Gerard.

2                    (Exhibit No. 197 was marked for

3                    identification.)

4                    THE WITNESS:   I'm pretty sure David

5    Gerard is not a PhD economist.

6    BY MR. OPPENHEIMER:

7        Q      Well, I'm ready to discuss that with

8    you.  Let's mark Exhibit 198.

9                    (Exhibit No. 198 was marked for

10                   identification.)

11   BY MR. OPPENHEIMER:

12       Q      Exhibit 198 is a copy of David

13   Gerard's profile from Lawrence University.  He's

14   listed as the John R. Kimberly Distinguished

15   Professor in the American Economic System and

16   professor of economics.

17                   Do you see that?

18       A      Yes.

19       Q      Do you believe that this is a

20   different David Gerard?

21       A      Yes.

22       Q      Which David Gerard do you believe

In re Ripple Labs. Inc., Litigation
                                Confidential

 1   wrote the review that we're discussing in

 2   Exhibit 197?

 3        A       He is -- he wrote a book -- I think

 4   he wrote this book called Attack of the 55 Foot

 5   Blockchain.

 6                He looks different -- I knew him on

 7   Twitter.  He's a lot more -- he's got a lot more

 8   body weight than this David Gerard; that's a lot

 9   less hair.  This guy has hair.  The guy who wrote

10   this article doesn't have hair.

11        Q       And do you know what the David Gerard

12   you know from Twitter, do you know if he has any

13   university affiliations?

14        A       I don't know.

15        Q       Okay.  The David Gerard that you know

16   on Twitter, you sent him a copy of your book for

17   review before it was published, right?

18        A       I think so.  I'm not sure.  It might

19   have been after publication.  I think so.

20        Q       Well, I'll show you a Twitter thread

21   that may refresh your recollection on this.  This

22   is going to be Exhibit 199.

Page 273

1                    (Exhibit No. 199 was marked for

2                    identification.)

3    BY MR. OPPENHEIMER:

4         Q      If you look down, the third tweet in

5    this chain --

6         A      Mm-hmm.

7         Q      -- is from David Gerard, April 6th,

8    2018.  Do you see that?

9         A      Yes.

10        Q      Is that the David Gerard we've been

11   discussing?

12        A      Yes.

13        Q      And what he writes there is:  "Sure,

14   e-mail a review copy."  And you respond:  "Sent.

15   Check your DMs."  Right?

16        A      Yep.

17        Q      Does that refresh your recollection

18   that you sent him a review copy?

19        A      Yes.

20        Q      And do you know at the time you did

21   that whether this book had been published?

22        A      This was April 6th, 2018, so this was

Page 274

1    around the exact same time that the book came

2    out.  The book's official publication date was

3    April 24, I believe, and it came out a few

4    days -- a few weeks earlier.

5         Q     But this is before the official

6    publication date, right?

7         A     Yeah.

8         Q     Okay.  A little farther down on

9    Exhibit 199, there's also a Frances Cassandra

10   Coppola who says:  "Could you send me a review

11   copy too, please?"  And you say:  "Done."

12              Do you see that?

13        A     Yes.

14        Q     Did you also send a review copy to

15   Ms. Coppola?

16        A     Yes.

17        Q     After you sent the review copy to

18   Mr. Gerard, did you read it after he published

19   it?

20        A     Did I read what?

21        Q     Did you read his review after he

22   published it?

Page 275

```
 1        A      Yes.

 2        Q      And have you ever published any

 3   response to his review?

 4        A      No.

 5        Q      Let me show you what we'll mark as

 6   Exhibit -- I believe we're on 200 -- 200.

 7               (Exhibit No. 200 was marked for

 8               identification.)

 9   BY MR. OPPENHEIMER:

10        Q      Exhibit 200 is a review of The

11   Bitcoin Standard written by Frances Coppola on

12   April 11th, 2018.

13               Have you read this before?

14        A      Yes.

15        Q      It's fair to say that Ms. Coppola's

16   review of The Bitcoin Standard is a critical one,

17   right?

18        A      Yes.

19        Q      And it's also fair to say that

20   Mr. Gerard's review in Exhibit 197 is also

21   critical, right?

22        A      Yes.
```

Page 276

1          Q       And you're aware that there have been

2      other critical reviews as well, correct?

3          A       Yes.

4          Q       Dr. Ammous, you believe that

5      mainstream economists are part of a fiat cartel;

6      isn't that right?

7          A       Yes, I've used the term.

8          Q       What do you mean by "fiat cartel"?

9          A       Well, a cartel in economics is a term

10     that refers to a conglomerate or a grouping of

11     producers who maintain a monopoly on a particular

12     good and prevent competitors from getting into

13     that good.  And I think this is an accurate way

14     of describing the global financial system that

15     rests around a monopoly of money.

16         Q       You believe that fiat currencies

17     around the world are controlled by a small cabal

18     of politicians and bankers, right?

19         A       I think it's -- the controls -- these

20     currencies are controlled by the governments and

21     the central banks.

22         Q       And specifically, by a small cabal of

12/13/2023            In re Ripple Labs. Inc., Litigation            Saifedean Ammous, Ph.D.
                              Confidential

Page 277

1   politicians and bankers, right?

2        A      I mean I think that's charged

3   terminology.  It might -- I may have used it as a

4   kind of rhetorical flourish, but ultimately,

5   yeah, it is a cabal and that it is -- it's a

6   cartel, I mean in that they restrict the entry

7   into the market.

8        Q      And you don't dispute that you have

9   in fact used that exact term "small cabal of

10  politicians and bankers" before, correct?

11       A      I don't have exact recollection, but

12  I probably have used it, yes.

13       Q      And you also think that universities

14  are part of the same fiat conspiracy, right?

15       A      I wouldn't call it a conspiracy,

16  because conspiracy is something that is hidden.

17  This is out in the open:  Universities receive

18  their funding from governments.

19       Q      So universities are part of the same

20  fiat cartel; is that right?

21       A      Yes.

22       Q      What, if anything, did you do to

Page 278

1    determine that this fiat cartel exists?

2          A       Well, I wrote a whole book on this.

3          Q       You're referring to The Fiat

4    Standard?

5          A       Yes.

6          Q       And that book relies on your Austrian

7    economics background, right?

8          A       Yes.

9          Q       And that's what led you to your

10   conclusions about the existence of the fiat

11   cartel?

12         A       Yes.

13         Q       You also think that the fiat cartel

14   is responsible for advocating green energy,

15   right?

16         A       Well, I wouldn't say responsible for

17   it entirely, because other parties, other people

18   are part of this, but it does support it, yes.

19         Q       So the fiat cartel supports

20   advocating green energy.

21         A       It supports green energy financially.

22         Q       And in fact, you believe they use it

Page 279

1    as a way to destroy grids, impoverish countries,

2    and get them ensnared into debt slavery forever.

3    Right?

4        A     I -- I've been growing into that

5    conviction recently that it's -- it's a good way

6    to keep countries in debt.

7        Q     And that's your belief as you sit

8    here today, right?

9        A     I mean, I think there's -- there's an

10   element of truth to it, definitely.

11       Q     You also believe that concerns about

12   climate change are lies that are being pedaled by

13   scammers, right?

14       A     I'm not sure if I've used this exact

15   terminology, but generally, yes.

16       Q     Well, let me show you the tweet where

17   you used that exact terminology.  This is going

18   to be Exhibit 201.

19              (Exhibit No. 201 was marked for

20              identification.)

21   BY MR. OPPENHEIMER:

22       Q     This is a tweet from your account

Page 280

1    dated March 24th, 2023, right?

2         A       Yes.

3         Q       And what you write here is:  "If you

4    consume any magazine, TV channel, newspaper or

5    university that tells you we are in a," quote,

6    "climate crisis," quote, "you are willingly

7    choosing to be scammed by corrupt liars who

8    profit from your fear.  Have fun staying scared."

9    Right?

10        A       Yes.

11        Q       Let's also mark Exhibit 202.

12                (Exhibit No. 202 was marked for

13                identification.)

14   BY MR. OPPENHEIMER:

15        Q       Exhibit 202 is a Twitter postdated

16   June 19th, 2023.  Here you write:  "Wind and

17   solar electricity scams are a very efficient --

18   efficient and effective way for the World Bank

19   and the fiat cartel criminals to destroy grids,

20   impoverish countries, and get them ensnared into

21   debt slavery forever."  Right?

22        A       Yes.

Page 281

 1        Q      And that's still your view as of

 2   today, right?

 3        A      Yes.

 4        Q      You haven't softened on that view?

 5        A      No.

 6        Q      Let's -- well, you're aware that some

 7   people have raised environmental concerns about

 8   Bitcoin due to the amount of energy that its

 9   proof of work protocol requires, right?

10        A      Yes.

11        Q      And it's fair to say that your view

12   is anyone raising such concerns is just a

13   scammer?

14        A      No.

15        Q      Fair to say your view is that climate

16   change doesn't pose any real threat?

17        A      No.

18        Q      All right.  Let's mark Exhibit 203.

19               (Exhibit No. 203 was marked for

20               identification.)

21   BY MR. OPPENHEIMER:

22        Q      Exhibit 203 is a Twitter thread.

Page 282

1    It's got a post from your account on

2    September 25th, 2023, 2:33 a.m.  It's the second

3    one down on the page.

4              Do you see that?

5        A      Mm-hmm.  Yes.

6        Q      And what you write in the first

7    sentence is:  "There is no threat from climate

8    change."  Right?

9        A      Yes.

10       Q      Is it fair to say that your view is

11   that climate change doesn't pose any real threat?

12       A      Well, I would say -- I think I

13   misphrased it here, because I think the climate

14   is always obviously a threat.  So, you know, when

15   you're tweeting you just tweet off the cuff.

16   But, no, realistically I think the climate is a

17   threat.  It can get too cold, people die.  It

18   can -- you can get a snowstorm, people die.

19              So climate and climate changing is,

20   of course, a threat, but I don't think it is a

21   threat in the exaggerated sense in which our

22   emissions -- anthropogenic emissions are going to

Page 283

1    create irreversible catastrophic impact on earth.

2         Q      Would you also say that you

3    misphrased it when you wrote:  "It's all a stupid

4    scam with absolutely no basis in fact"?

5         A      The idea that our emissions are going

6    to cause catastrophe and disaster for human

7    beings is the part that I would call.

8         Q      So your view is that the idea that

9    human emissions are going to cause catastrophe

10   and disaster for human beings, that's a stupid

11   scam with absolutely no basis in fact?

12        A      Yes.

13        Q      Okay.  Now, you also believe that

14   public health responses to the COVID-19 pandemic

15   were also driven by the fiat cartel, right?

16        A      I probably said something along those

17   lines.  I don't remember the exact phrasing.

18        Q      That is an accurate statement of your

19   belief, isn't it?

20        A      Yes.

21        Q      You've called the World Health

22   Organization criminals, right?

In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                              Confidential

                                                                    Page 284

 1          A       Yes.

 2          Q       And you've called for them to be put

 3   to death, haven't you?

 4          A       I don't recall that.

 5          Q       Let's introduce Exhibit 204.

 6                  (Exhibit No. 204 was marked for

 7                  identification.)

 8   BY MR. OPPENHEIMER:

 9          Q       Exhibit 204 is a thread of tweets

10   from your account dated October 11th, 2020.  And

11   if you look at the last full one on the first

12   page of Exhibit 204, it's 11:55 a.m.

13                  Do you see that one?

14          A       Yes.

15          Q       What you wrote there is:  "Unless we

16   get a pandemic crimes tribunal where these

17   criminals hang, then it's clear that this

18   criminal organization exists above the law able

19   to enforce anything on anyone in the world,

20   protected from facing any consequences for its

21   actions."

22                      With that reference to a tribunal

In re Ripple Labs. Inc., Litigation
                                    Confidential

                                                            Page 285

1    where these criminals hang, were you calling for

2    the hanging of World Health Organization members?

3         A      No.

4         Q      Were you saying that if they did not

5    receive the death penalty, then that would mean

6    that they don't face any consequences for their

7    actions?

8         A      I'm sorry, what was the question?

9         Q      Were you saying in that tweet that if

10   members of the World Health Organization didn't

11   receive the death penalty, then that would mean

12   they weren't facing any consequences for their

13   actions?

14        A      No, they could face consequences

15   other than the death penalty.

16        Q      Okay.  You also believe that the fiat

17   cartel has corrupted the food that we eat, right?

18        A      The what?

19        Q      The food that we eat.

20        A      Yes.

21        Q      And you've said Bitcoin fixes this,

22   right?

Page 286

1          A       Yes.

2          Q       How would Bitcoin fix the food people

3     eat?

4          A       Well, this is an extensive discussion

5     in my book The Fiat Standard.  I'm not sure I'm

6     going to be able to give it a quick summary here,

7     but I'll just -- the basic idea is that with

8     inflationary money, the value -- the price of

9     food is constantly going up, which is an

10    enormously big political problem for governments

11    and central banks because people watch their

12    money decrease in value, they watch their food go

13    up in price, and that makes them unhappy, and

14    they don't want to vote for the people in power.

15               So the way around that as I explain

16    in The Fiat Standard, I think in the 20th century

17    across the world governments have done this is to

18    promote cheaper foods as alternatives to the

19    foods that people are used to.  And so if you

20    substitute away from the expensive foods that you

21    can no longer afford by convincing yourself that

22    you're better off eating the cheap industrial

In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                                Confidential

1    waste that you can afford, well, then inflation

2    isn't much of a problem if you just convince

3    yourself that the new food is as good as the old

4    food.

5              And so I think governments have

6    sought to replace the kind of food that people

7    eat in order to understate the effect of

8    inflation.

9        Q      You said that that's discussed in The

10   Fiat Standard.  Is that also an application of

11   Austrian School economic theory?

12       A      I mean, I think, yes, it's -- it's --

13   it is an Austrian analysis.

14       Q      Is it true that you've stated

15   previously that the Impossible Burger causes

16   infertility?

17       A      I don't remember.  Yeah, but it

18   sounds like something I probably did say.  I

19   probably cited a study too that mentioned it.

20             MR. OPPENHEIMER:  Let's take a quick

21   break.

22             THE VIDEOGRAPHER:  We're off the

Page 288

 1   record at 4:36 p.m.

 2              (Recess.)

 3              THE VIDEOGRAPHER:  We're back on the

 4   record at 4:49 p.m.

 5   BY MR. OPPENHEIMER:

 6       Q     We discussed earlier the reviews of

 7   The Bitcoin Standard by David Gerard and Frances

 8   Coppola.  You also had an exchange with them on

 9   Twitter about their reactions to your book,

10   right?

11       A     Yes.

12       Q     Let's mark this as Exhibit 205.

13              (Exhibit No. 205 was marked for

14              identification.)

15   BY MR. OPPENHEIMER:

16       Q     Is Exhibit 205 one of the Twitter

17   exchanges that you had with these two

18   individuals?

19       A     Yes.

20       Q     And after they offer some critical

21   feedback, what you write in your tweet, third

22   from the bottom on the first page, this is

Page 289

1    April 7th, 2018, 6:14 a.m., is:  "Sorry to break

2    it to you, but all the garbage you learned in

3    university are not schools like the Austrians are

4    schooled.  The Austrian School of economics is

5    sound economics.  The brain damage you repeat is

6    state propaganda manufactured by a child rapist."

7                Do you see that?

8    A      Yes.

9    Q      Is that still your view today that

10   the economics learned in university is garbage,

11   state propaganda manufactured by a child rapist?

12   A      Well, some of it.

13   Q      Mainstream economics at universities,

14   correct?

15   A      In particular, things related to

16   macroeconomics.

17   Q      And the field of macroeconomics

18   includes topics like money supply, right?

19   A      Amongst them, yeah.

20   Q      Okay.  I'm going to show you another

21   Twitter thread.  We'll mark this as Exhibit 206.

22                (Exhibit No. 206 was marked for

Page 290

1               identification.)

2     BY MR. OPPENHEIMER:

3          Q       Exhibit 206 is a Twitter thread.   The

4     date on the top tweet from you is November 3rd,

5     2023.

6               And this is commenting on a news

7     article about the U.S. House of Representatives

8     voting to give Israel funding with regard to the

9     Gaza conflict.

10               Your response is:   "Bitcoin fixes

11     this."

12               You see that?

13          A     Yes.

14          Q       Is that an accurate statement of your

15     view that Bitcoin fixes the Arab-Israeli conflict

16     that's been going on for more than 75 years?

17          A     No.   It fixes -- in this particular

18     instance, I'm referring to fixes the fact that

19     the U.S. government can finance the conflict so

20     easily, because it has a monetary printer that

21     allows it to just give 14.6 billion -- $14.3

22     billion without having to have any American

Page 291

 1    sacrifice a dime, at least not directly.

 2         Q       There would be indirect sacrifices,

 3    right?

 4         A       Yeah.  This money creation results in

 5    price rises.  So eventually it does devalue the

 6    wealth that people have, but it's still possible

 7    to do it in the short term without people feeling

 8    it.

 9         Q       Is there a difference in your view

10    between printing money and borrowing money?

11         A       There are differences, yes.

12         Q       When the U.S. voted to send funding

13    to Israel here, was that an exercise in printing

14    money or borrowing money?

15         A       Well, in this case, it's -- it

16    involves both, because it's money given away by

17    the Treasury, and so the Treasury finances its

18    operation by selling bonds.  But these bonds are

19    usually purchased by -- or a large amount of

20    these bonds are purchased by the Federal Reserve.

21         Q       And your view that Bitcoin fixes

22    this, that's based on the principles of Austrian

Page 292

1    School of economics, right?

2        A      Well, I'd say this is -- yeah, it's

3    not really economic theory per se.  It's just

4    understanding how financing government functions.

5        Q      Is it your view that Israel used

6    Jeffrey Epstein to blackmail world leaders into

7    supporting it so that it could commit genocide?

8        A      I think there's substantive --

9    substantial evidence to suggest there is an

10   element of blackmail involved in the Jeffrey

11   Epstein operations.

12       Q      I'll show you a -- a document that

13   we're going to mark as Exhibit 207.

14              (Exhibit No. 207 was marked for

15              identification.)

16              THE WITNESS:  Thank you.

17   BY MR. OPPENHEIMER:

18       Q      Exhibit 207 is a Twitter thread.

19   You've got a post here on October 15th, 2023, at

20   11:07 a.m.

21              And what you write here is:  "If you

22   care about Israelis, why don't you call on Israel

In re Ripple Labs. Inc., Litigation
Confidential

Page 293

1   to stop using pedophile pimps like Epstein to

2   blackmail world leaders into supporting Israel so

3   it keeps creating crimes, creating monsters

4   desperate enough for revenge to be beyond all

5   logical reproach."

6               Do you see that?

7        A    Yes.

8        Q    What investigation have you done to

9   figure out that Israel is using pedophile pimps

10  to blackmail world leaders?

11       A    I cite a book called One Nation Under

12  Blackmail by Whitney Webb.

13       Q    Any other sources?

14       A    No.

15       Q    Okay.  One last thing, if you

16  turn back to your report, Exhibit 174, at

17  paragraph 15.

18       A    Yes.

19       Q    This says:  "I'm being compensated at

20  a rate of $500 per hour for my work on this

21  case."

22               Do you see that?

Page 294

1        A        Yes.

2        Q        Is that 500 U.S. dollars per hour?

3        A        Yes.

4        Q        Why did you agree to get paid in

5    dollars instead of Bitcoin?

6        A        Because most people in today's world

7    still use the dollar.  And I -- I use the dollar

8    in my -- most of my dealings with people.

9                 MR. OPPENHEIMER:  All right.  No

10   further questions at this time.

11                MR. ELKHUNOVICH:  No questions here.

12                MR. OPPENHEIMER:  Okay.  Thank you,

13   Dr. Ammous.

14                THE WITNESS:  Great.

15                THE VIDEOGRAPHER:  This concludes the

16   videotaped proceeding of Saifedean Ammous.  We're

17   off the record at 4:57 p.m.

18                (A discussion was held off the

19   record.)

20                MR. OPPENHEIMER:  We discussed off the

21   record, I think Ripple is going to designate this

22   transcript "Confidential."

Page 295

1                    Are the plaintiffs designating as well

2    or just Ripple?

3                    MR. ELKHUNOVICH:  We have no objection

4    to the above designation.

5                    MR. OPPENHEIMER:  Okay.  Great.  We

6    can go off the record.

7                    (Whereupon, the deposition of

8                    SAIFEDEAN AMMOUS, PhD was concluded

9                    at 4:58 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 296

1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2      The undersigned Certified Shorthand Reporter
       does hereby certify:

3      That the foregoing proceeding was taken before
       me remotely via Zoom videoconferencing at the time

4      therein set forth, at which time the witness was

5      duly sworn; That the testimony of the witness and
       all objections made at the time of the examination

6      were recorded stenographically by me and were
       thereafter transcribed, said transcript being a

7      true and correct copy of my shorthand notes

8      thereof; That the dismantling of the original

9      transcript will void the reporter's certificate.

10     In witness thereof, I have subscribed my name

11     this date:  December 14, 2023.

12

13

14

15                     _Leslie A. Todd_

16          LESLIE A. TODD

17

18     (The foregoing certification of

19     this transcript does not apply to any

20     reproduction of the same by any means,

21     unless under the direct control and/or

22     supervision of the certifying reporter.)

Page  297

1        Saifedean Ammous, Ph.D., c/o

         SUSMAN GODFREY L.L.P.

2        1900 Avenue of the Stars, Suite 1400

         Los Angeles, California 90067-6029

3

         Case: In re Ripple Labs. Inc., Litigation

4        Date of deposition: December 13, 2023

         Deponent: Saifedean Ammous, Ph.D.

5

6        Please be advised that the transcript in the above

         referenced matter is now complete and ready for signature.

7        The deponent may come to this office to sign the transcript,

8        a copy may be purchased for the witness to review and sign,

9        or the deponent and/or counsel may waive the option of

10       signing. Please advise us of the option selected.

11       Please forward the errata sheet and the original signed

12       signature page to counsel noticing the deposition, noting the

13       applicable time period allowed for such by the governing

14       Rules of Procedure. If you have any questions, please do

15       not hesitate to call our office at (202)-232-0646.

16

17

18       Sincerely,

19       Digital Evidence Group

20       Copyright 2023 Digital Evidence Group

21       Copying is forbidden, including electronically, absent

22       express written consent.

Page 298

1      Digital Evidence Group, L.L.C.
       1730 M Street, NW, Suite 812
2      Washington, D.C. 20036
       (202) 232-0646

3

4      SIGNATURE PAGE
       Case: In re Ripple Labs. Inc., Litigation
5      Witness Name: Saifedean Ammous, Ph.D.
       Deposition Date: December 13, 2023

6

       I do hereby acknowledge that I have read
7      and examined the foregoing pages
       of the transcript of my deposition and that:

8

9      (Check appropriate box):
       (  ) The same is a true, correct and
10     complete transcription of the answers given by
       me to the questions therein recorded.
11     (  ) Except for the changes noted in the
       attached Errata Sheet, the same is a true,
12     correct and complete transcription of the
13     answers given by me to the questions therein
14     recorded.

15

16     _____              _____

17       DATE                         WITNESS SIGNATURE

18

19

20

21     _____              _____

22       DATE                         NOTARY

```
                                                               Page 299

 1      Digital Evidence Group, LLC

 2      1730 M Street, NW, Suite 812

 3      Washington, D.C.  20036

 4      (202)232-0646

 5

 6                          ERRATA SHEET

 7

 8      Case: In re Ripple Labs. Inc., Litigation

 9      Witness Name: Saifedean Ammous, Ph.D.

10      Deposition Date: December 13, 2023

11      Page No.    Line No.       Change

12

13

14

15

16

17

18

19

20

21      _____        _____

22           Signature                               Date
```

12/13/2023              In re Ripple Labs. Inc., Litigation              Saifedean Ammous, Ph.D.
                                      Confidential

**A**

**a.m** 1:16 8:14
  24:22 53:16
  59:14,18 88:1
  88:4 118:13,17
  282:2 284:12
  289:1 292:20
**Aaron** 105:22
**ability** 42:1
  173:15 221:3,8
**able** 86:22 98:21
  104:10,18
  108:12 114:16
  118:5 123:16
  125:16 142:5
  146:7 166:7
  168:6 175:10
  187:19 195:3
  200:4 215:21
  217:21 221:16
  284:18 286:6
**absent** 297:21
**absolutely** 252:2
  283:4,11
**abstract** 152:6
**academia** 34:13
**academic** 22:9
  33:4,8 73:11
  80:2,6,11
  155:11 176:11
  236:19,21,22
  253:18 258:9
  259:15 260:11
  260:22 261:2
  268:5,17
  270:16,18
**Academy** 50:15
  50:18 51:11
  52:20 53:2,5
  54:22 55:6,12
**accept** 33:10
  230:19
**acceptance**
  249:8
**accepted** 86:13

**access** 80:15
**account** 23:17
  23:17,20 24:1
  24:5,9,10,16
  24:17 62:18
  183:21 184:20
  184:22 187:5
  187:11,19
  188:7,10
  191:13 228:4
  229:18 237:10
  241:11 246:19
  249:19 254:8
  257:12 279:22
  282:1 284:10
**accountant**
  71:15
**accounts** 24:7,13
**accredited** 53:6
  53:20 72:8
**accuracy** 149:21
**accurate** 10:5
  18:2,8,15,22
  23:8 29:10
  42:22 48:4,8
  75:14 96:3
  111:9,11
  157:20 158:1
  158:12,16
  181:17 276:13
  283:18 290:14
**accurately** 13:7
  230:3 241:22
  242:3 259:14
  260:18 261:4
  261:15
**accused** 253:15
**achieve** 174:4,5
**achieving** 136:5
  136:20 137:7
  138:12,17,22
**acknowledge**
  127:14 298:6
**acquired** 63:1
**acrimony** 221:19
  222:10 223:2

**act** 218:13
  268:21,21
**acting** 141:21
**action** 14:16,18
  35:21 36:2
  111:18 119:20
**actions** 1:9 90:11
  92:9 99:4
  105:10,17
  106:21 107:12
  112:16 113:8
  113:21 119:19
  119:21 124:13
  124:20 125:1
  146:10 148:1
  149:2 163:2,14
  169:3 170:12
  171:9,19
  172:10,12,13
  217:4,11
  218:12,17,22
  228:21 284:21
  285:7,13
**active** 139:7
  163:22 185:11
  233:19
**actively** 242:8,10
**activities** 51:22
**activity** 139:6
  246:11
**actor** 170:14
**actual** 247:3
  260:15
**add** 134:8
  220:22 256:20
**added** 243:13
**adding** 202:2,3
**addition** 109:17
  143:13
**additional** 145:2
  202:16 223:14
**address** 73:19,21
  74:2 213:10,18
**addresses** 212:8
  212:11,22
**adds** 202:16

**adheres** 260:12
**adjust** 223:5
**administering**
  2:17
**admins** 232:6
**adopt** 190:10,16
  194:11
**adopted** 138:2
**adoption** 136:5
  136:11,21
  137:7,10,11
  138:6,12,17,22
**adoptions**
  137:13
**advance** 165:15
**advanced** 20:2
**advice** 72:12,15
  72:18,21
**advise** 64:8
  297:10
**advised** 297:6
**advisor** 60:3,10
  60:15 61:9,12
  66:20
**advisory** 66:3,5
**advocating**
  278:14,20
**affect** 94:10
  98:12,15,17
  99:18 110:17
  111:3 112:16
  124:6 125:1,16
  125:21 163:2
  163:12 168:22
  169:4 217:9,14
  217:17 218:8
  219:17,21
  226:7
**affiliate** 49:22
**affiliated** 41:17
**affiliates** 49:19
  50:4,8,19
**affiliation** 41:3,7
**affiliations**
  272:13
**afford** 286:21

  287:1
**aggregate**
  131:12
**aggressive**
  266:14
**aggressively**
  127:18
**ago** 70:15 252:18
**agree** 26:15 30:2
  34:4 113:7,13
  132:13 137:20
  138:1,13,16
  153:2 181:1
  294:4
**agreement** 34:5
  51:7,10
**ahead** 123:11
  158:6 195:2
  208:21
**AIER** 266:3
**alienate** 139:18
**aligned** 126:5
**Allen** 10:13 13:5
  79:18 105:22
**allocated** 153:9
**allocation**
  122:18 153:5
  221:1
**allow** 174:20
  175:1
**allowed** 38:14
  297:13
**allows** 21:18
  22:4 24:9
  141:20 185:22
  192:3 290:21
**alpha** 114:6,9,10
  114:14 115:10
  117:13,16,19
  167:7 168:2
**alter** 145:18
**alternative** 6:6
  21:4 89:17
  90:2 246:9
**alternatives**
  286:18

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 302 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                                     Confidential

                                                                        Page 2

**altogether**
  182:17 183:16
**amendments**
  11:11
**America** 58:7
**American** 19:8
  45:11,13 46:13
  46:22 266:4
  271:15 290:22
**Amman** 9:17,20
  17:8
**Ammous** 1:13
  2:1 4:2,7,11,16
  4:18 5:3,9,20
  6:3,4,11,14 7:3
  8:5 9:8,13,15
  22:7 43:22
  54:21 56:8
  57:21 59:20
  115:2 117:2,10
  118:19 159:13
  160:11 178:22
  206:1 210:10
  228:14 258:7
  276:4 294:13
  294:16 295:8
  297:1,4 298:5
  299:9
**amount** 34:5
  78:7 137:11
  178:7,8,11
  184:15 210:20
  211:11 225:17
  228:7 258:1
  259:10 281:8
  291:19
**amounts** 184:16
**analyses** 75:5
**analysis** 30:18
  31:18 35:9
  36:1 81:20
  89:4,9 90:7
  91:21 93:12,16
  94:3,12,15,21
  95:3,7,14,21
  96:1,16,20

97:1 98:11
100:13 101:11
105:1 106:19
107:9,15
117:16 119:18
119:20 120:3,7
121:5,10,13
125:10 126:12
130:13 131:12
131:18 138:20
139:10,20
141:10,19,22
142:2 147:9
149:17 150:12
157:20 158:12
158:16 168:5,7
172:1,6 183:8
183:13,20
184:20 211:12
215:17 221:11
225:10 228:3
259:11 287:13
**analyst** 71:21
**analyze** 96:7
  107:18 149:19
  163:9 172:4
**analyzed** 107:15
  107:16 131:12
  149:18 231:1
**analyzing** 21:19
  112:5,6 149:15
**ancient** 244:1
**and/or** 296:21
  297:9
**Angeles** 1:14 2:6
  2:9 3:6 8:12
  87:4,12,16
  297:2
**Anne** 2:14
**annotations**
  10:14
**announce**
  164:19
**announced**
  120:16 165:14
**Annual** 39:16

**answer** 14:10
  21:11 51:18
  52:6 93:8
  103:18 107:19
  108:7 109:1
  110:2,7,13,18
  115:15 116:13
  118:5 163:3
  174:15 222:13
  232:16 256:13
**answering** 116:1
  176:16
**answers** 298:10
  298:13
**anthropogenic**
  282:22
**anti-slippage**
  189:4
**anybody** 17:18
  72:22 82:15
  95:2 151:9
  223:1 240:8
**anymore** 199:9
  248:20
**apart** 238:7
  250:21
**apologize** 27:11
**App** 60:20 66:14
  66:15
**appearances**
  8:18
**appendix** 78:10
**apple** 96:11,11
  96:12,13,14,14
**applicable**
  207:10 297:13
**application**
  21:14 287:10
**applications**
  14:17
**applied** 12:8
  104:4 124:4
**applies** 207:13
**apply** 75:7,10
  104:1 296:19
**appreciate**

210:21
**approach** 30:6
  30:15 34:20
  35:4
**approached**
  228:15
**appropriate**
  115:20 168:16
  175:4,13
  176:18,21
  298:9
**approved** 127:22
**approximate**
  27:4 48:17
  67:18
**approximately**
  15:17 16:18
  17:5 47:21
  48:22 50:8
  51:3,13 62:1
  81:14 210:16
  216:20 257:17
**April** 6:13,22
  207:21 208:10
  273:7,22 274:3
  275:12 289:1
**Arab** 39:1,11,14
**Arab-Israeli**
  290:15
**area** 84:13
**areas** 19:19
**argue** 153:5
**argued** 239:16
**arguing** 105:13
**argument**
  155:22 156:11
  266:15
**arithmetic**
  100:12
**arrive** 199:18
**article** 6:8,13
  39:13 75:13
  236:22 254:9
  272:10 290:7
**articles** 19:1
  39:11 73:7,16

236:19,21
**articulate**
  115:10,12
  116:6 117:13
**aside** 62:14
  82:20 116:14
  261:7
**asked** 13:4 29:16
  51:17 68:10
  108:15 116:2
  167:18,20
  180:20 214:7
  239:2 262:20
**asking** 72:6
  78:17 82:19
  109:3,5,7,13
  109:14,16,21
  111:13 115:1
  115:16,20
  129:10 158:7
**aspect** 232:3
**asserting** 167:5
**assertion** 126:9
**assess** 149:16
**assessed** 149:13
  161:9
**assessment** 14:1
  230:20,22
  233:22
**asset** 60:4,15
  61:4 62:10
  63:10,16 71:5
  103:9,15 136:7
  136:11 140:11
  161:14,21
  162:13,22
  170:11 187:6
  187:12,14,15
  190:7 217:10
  217:18 224:4
  233:14,19
  235:2 238:13
  239:13
**assets** 14:2,6,8
  14:11,12,14,19
  15:4 70:22

Case 4:18-cv-06753-PJH    Document 341-2    Filed 01/23/24    Page 303 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                     Confidential

                                                                              Page 3

71:9 74:3
122:19 154:5
157:6 235:14
235:14 249:11
252:14
**assignment** 13:8
228:15
**assist** 82:15,21
**assistant** 45:10
45:21 46:4,8
**associate** 46:6,10
**associated** 34:1
34:2 35:13
40:13 144:5
146:16 206:19
**associates** 146:7
146:13
**assume** 146:19
**assumption**
105:7 106:12
**assumptions**
82:12 105:4
**attached** 4:6 5:2
6:2 7:2 37:1
298:11
**Attack** 272:4
**attempt** 95:13
**attention** 59:3
124:9 159:14
177:15 179:6
239:1,6 242:12
246:12 259:3
**attribute** 256:10
**attributed**
232:10
**August** 5:6 11:7
11:11,16 26:3
27:1 50:13
203:17 205:17
237:10
**Austrian** 6:15
30:8,19 32:19
32:22 33:3,17
33:20,22 34:11
34:19 35:3,14
35:22 154:16

278:6 287:11
287:13 289:4
291:22
**Austrians** 35:9
289:3
**authentic** 111:14
**author** 47:5
264:9
**authorities**
176:12
**authority** 143:8
221:16 240:7
**authorizing** 88:6
**available** 56:21
57:3 201:22
209:16 218:5
**avatars** 135:6
**Avenue** 3:5
297:2
**avenues** 14:18
**average** 257:18
**aviation** 73:13
73:22
**avoid** 108:12
170:21 171:8
171:18 172:2
**aware** 51:9,12
62:9 65:12
86:21 87:6
100:17 135:13
135:17 162:20
188:18 208:18
254:2 270:16
276:1 281:6
**axioms** 36:1

──────────
         **B**
──────────
**B** 4:5 5:1 6:1 7:1
77:8 78:4 79:2
80:22
**B-1** 88:11
**Bachelor** 19:7
**bachelor's** 37:7
**back** 17:20 19:3
27:17 30:13
37:1 65:20

87:9 88:3
114:12 115:11
117:14 118:6
120:22 125:14
128:6 145:19
157:17 159:10
160:8 182:12
184:16 186:3
204:22 233:7
236:2,15 243:3
243:9 288:3
293:16
**backed** 44:10
**background**
104:17 278:7
**backup** 81:9
**balance** 186:20
**bank** 191:12
207:11 280:18
**bankers** 276:18
277:1,10
**banking** 231:21
**bankrupt** 67:7
68:15
**bankruptcy** 67:9
**banks** 276:21
286:11
**banner** 149:4
**bark** 222:7
**base** 192:11
193:12 211:16
**based** 13:21
34:20 35:4
90:2 98:10,14
106:12,13,17
142:17 148:2
154:16,20
191:12 231:15
231:18 232:18
291:22
**bases** 11:20
**basic** 35:19 44:8
100:3,5 286:7
**basically** 255:3
**basing** 226:4
**basis** 12:1 76:5

135:4 154:10
283:4,11
**Basket** 63:6
**Bates** 4:21 131:3
131:8
**bear** 76:7
**beautiful** 253:10
**began** 103:3,8
103:14
**beginning** 4:21
8:3 18:5 59:17
118:16 159:10
210:7 248:15
257:8 259:6
**begins** 91:21
**behalf** 3:3,11
8:22
**behavior** 112:7
128:12 220:22
221:2
**beings** 283:7,10
**Beirut** 19:9
**belief** 111:18
125:20 134:17
230:6,12
235:10 279:7
283:19
**believe** 12:19
13:22 25:5
27:19 29:21
35:9 55:15
72:2 111:11
125:9,13 142:4
150:10 152:9
154:1 214:1
226:10 229:21
256:1,7 258:7
265:1 266:4
271:19,22
274:3 275:6
276:4,16
278:22 279:11
283:13 285:16
**believed** 124:19
**believes** 238:12
**belt** 259:7

**benefitted** 85:9
**bent** 261:13
**Berg** 3:13 9:7
**Berkshire** 218:4
218:6,12 219:2
219:3,13,14
**best** 18:2 70:17
81:1 84:4
**better** 23:9 47:4
60:13 146:2
158:10 169:21
170:1 231:16
231:16 232:19
240:5 250:4,6
286:22
**bewilder** 266:16
**beyond** 15:21
74:21 98:13
107:9 147:6
293:4
**big** 28:5 120:15
286:10
**bigger** 194:2,3
250:2
**billed** 16:2,5,6,6
48:14
**billion** 153:8
173:11,11
174:7,19 175:8
210:15,16,17
216:21 218:5,7
219:9,10
290:21,22
**billions** 208:18
**biofuels** 21:16
73:19
**bit** 38:2 148:14
149:9 151:5
159:15 227:18
246:6,7,9
257:3
**Bitcoin** 6:12,14
6:16,20 14:8
25:10 26:6,13
61:19 64:8
65:3 66:20

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 304 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

                                                                              Page 4

68:16,19,21,21
69:2,6,8,11,14
70:3 71:1,8
72:22 75:22
107:6 124:2,6
137:3,8,13,13
139:4,5,8,9,21
143:9 145:9,9
145:12,13
147:13 165:22
166:2,8 192:4
192:6 193:4,5
193:6,9 199:22
200:1,4,13,16
200:17,22
201:6 211:16
211:20 221:17
221:18 231:5,9
231:16,16
232:19,20
234:13,18
238:9,14,15
239:9,18,19
240:1,6,6,14
240:16 241:17
242:12 244:13
244:18 246:12
246:22 247:1,4
247:12 248:5,8
248:17 249:6,9
251:19,20
252:4,5 255:22
256:10,22
262:5 263:7
264:11,14
269:19 270:2
270:10,13,17
270:21 275:11
275:16 281:8
285:21 286:2
288:7 290:10
290:15 291:21
294:5
**Bitcoin's** 74:20
204:15 205:4
238:20 254:11

**Bitcoiner** 244:4
**Bitcoiners**
243:10 251:1
**Bitcoins** 166:6
211:22 240:8
**Bitconnect**
227:2
**black** 33:16
**blackmail** 292:6
292:10 293:2
293:10,12
**blame** 251:7
**block** 60:20
66:13,15 166:4
166:5
**Blockcap** 66:16
66:18 67:5,11
68:11,11
**blockchain**
74:18 204:16
205:5 272:5
**blue** 23:19
**body** 272:8
**Bojilov** 39:7
**bonds** 245:7
291:18,18,20
**book** 5:20 6:4,8
6:11 48:10
78:15,19
127:18 211:16
259:22 260:1
262:5,8,14
263:7,21,21
264:4,11,18,20
266:3,10,19
267:21 268:4
268:16 269:2,9
269:12,13,19
270:6,9,11
272:3,4,16
273:21 274:1
278:2,6 286:5
288:9 293:11
**book's** 274:2
**books** 18:22
47:16,17,19

48:1,7 75:21
76:3 77:2
154:21 192:4
192:10,11
236:21 251:14
261:19 262:2
265:15
**boppenheimer...**
3:18
**border** 206:20
**borrowing**
291:10,14
**bottom** 19:6
24:21 29:1
53:15 168:17
169:9 172:21
174:10,20
175:5 176:19
204:14 288:22
**bought** 69:21
70:3 135:15
172:19 184:16
232:22 233:3
**box** 298:9
**Brad** 117:3
**Bradley** 3:12 9:4
**brain** 289:5
**branches** 186:21
**break** 59:8,11
159:4 287:21
289:1
**break-even**
101:11
**Bretton** 268:19
**brief** 60:20
67:20 185:19
**briefly** 32:20
185:18
**bring** 76:6 202:9
242:12
**broad** 84:21
96:6 149:4
186:16
**broader** 92:14
94:16,22 95:19
98:9,12,15,16

158:2 161:16
161:22 163:14
168:3 177:11
**broadly** 92:8,19
**brought** 10:9
**brush** 84:21
**bucks** 70:9
191:14,14
195:1,4,5
**bug** 221:4
**buildings** 19:20
**built** 105:4
206:18 247:3
**bulk** 62:8
**bullet** 160:18
161:4
**bunch** 155:7
**burden** 163:18
**Burger** 287:15
**business** 9:19
44:5,6,8 58:5
199:21 262:16
263:19
**businesses** 71:9
**buy** 70:6 186:12
218:7,14 219:4
219:15 230:15
234:9,15
245:15,21
263:21
**buyback** 128:1
**buybacks** 162:12
182:17 183:1,5
183:10,16,21
184:20
**buyers** 132:21
133:5,11
134:16 135:1
135:10,14,19
235:5
**buying** 70:14
113:2 139:19
162:2,7 192:10
200:16,17
219:5
**buys** 186:5

        **C**
**C** 3:1 4:1 5:1 6:1
7:1 8:1
**c/o** 297:1
**cabal** 276:17,22
277:5,9
**calculate** 140:2
193:13 194:16
194:20 195:7
**calculated**
196:14
**calculates** 114:6
**calculating**
190:11 192:11
192:16 194:12
**calculations**
101:4
**California** 1:2
1:14 2:9,15,16
3:6 8:8,12
86:19 87:1
297:2
**call** 30:6 31:14
277:15 283:7
292:22 297:15
**called** 18:12,18
22:8,16 36:17
36:20 39:14
44:1 60:21
88:11 227:6
240:17 251:21
265:8 269:11
272:4 283:21
284:2 293:11
**calling** 266:12
285:1
**campaign** 240:9
254:10,16,22
255:9
**cap** 179:10
204:10
**capable** 94:12
210:14
**Capitalism** 5:5
37:19 38:22

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 305 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

Page 5

39:21 40:14,15
41:4,18 42:5
**capitalize** 264:2
**care** 191:20
  249:13 251:13
  252:6 292:22
**career** 12:2
  78:20
**careers** 261:3
**caring** 250:7
**carried** 163:18
  163:21
**carries** 186:22
**carrying** 191:6
  193:2
**cartel** 276:5,8,9
  277:6,20 278:1
  278:11,13,19
  280:19 283:15
  285:17
**case** 1:5 6:16 8:9
  11:18 12:9,20
  13:6,11 15:11
  15:14,18,21
  17:15,18 21:15
  26:19 27:15
  38:7 41:11,12
  42:17 48:14
  51:19 54:16
  59:5 63:16
  66:7 67:12
  72:3 76:2,7
  77:14 80:1,20
  82:2,12 83:4
  86:14,15 89:1
  104:2 108:20
  129:12 132:2
  133:9,15 143:7
  145:5 155:20
  156:7,20 157:1
  157:10,14
  163:11,19,19
  165:6,22 166:7
  166:9 174:8
  194:7 197:3
  198:11,13

203:6,10
208:17 213:22
217:12 219:8
222:8 224:20
226:11 228:15
229:3 239:5
255:19 291:15
293:21 297:3
298:4 299:8
**cases** 149:21
  175:16
**cash** 218:5
  219:11
**Cassandra** 274:9
**catastrophe**
  251:8 283:6,9
**catastrophic**
  283:1
**catch** 139:9
**catching** 240:10
**categories**
  108:19
**causal** 99:3
  111:21
**causality** 98:18
  164:13
**cause** 120:19
  122:3,17
  123:22 140:19
  160:1 283:6,9
**caused** 96:18
  97:3 105:10
  122:7,11 123:4
**causes** 95:10
  120:9 287:15
**causing** 170:17
  226:3
**center** 5:4 37:19
  38:6,8,22 39:6
  39:21 40:14,15
  41:3,8,12,15
  41:18,21 42:4
  43:10,16
**center's** 38:8,9
**central** 143:8
  221:16 240:7

276:21 286:11
**centric** 150:11
**cents** 195:6
**century** 26:9
  286:16
**CEO** 58:14
  127:22
**certain** 22:5
  25:15 44:16
  49:10 64:20,21
  123:7 144:6
  149:21 236:12
  239:17 246:4,4
**certainly** 216:4
  228:22
**certificate** 296:1
  296:9,16
**certificates** 58:1
**certification**
  72:5 296:18
**certifications**
  72:2,7,9
**certified** 2:15
  3:3 9:1 71:17
  296:1,2
**certify** 296:2
**certifying**
  296:22
**chain** 249:20
  264:3 273:5
**change** 97:8,15
  98:2 99:17
  103:13,20
  105:11 112:17
  120:20 142:21
  142:22,22
  143:3,9 145:13
  166:1,3,8,10
  170:18 179:1
  180:3,6,9,10
  214:2 221:17
  222:9 223:5
  248:21 254:11
  279:12 281:16
  282:8,11
  299:11

**changed** 25:3
  199:3,6 230:11
  231:12 248:1,2
**changes** 95:10
  96:18 97:3
  99:14,14
  123:22,22
  124:5 212:15
  221:8,18,20
  222:11,12,20
  251:19 252:4
  262:19 263:1,1
  298:11
**changing** 248:9
  256:5 282:19
**channel** 280:4
**charge** 176:3,10
  232:5,7,8
**charged** 277:2
**charges** 193:11
**chart** 180:2
**chartered** 71:20
**cheap** 200:2
  201:19 286:22
**cheaper** 286:18
**check** 221:20
  273:15 298:9
**checking** 149:20
**checkmark**
  23:19 24:14
**cheer** 251:2
**cheering** 251:1
**child** 289:6,11
**Choi** 3:22 8:15
**choice** 151:4
**choose** 262:13
  263:15
**choosing** 165:11
  280:7
**chose** 90:22
  142:6
**circle** 251:19
  261:1,3
**circulated**
  217:21
**circulating**

178:20 179:2
179:10,13,21
180:3,5,19
181:3,4,5
210:16 211:6,9
215:5,7,9
**circulation**
  136:15 178:5,8
  211:22
**citation** 84:15
  100:7
**cite** 78:14 84:9
  100:1,4 106:12
  114:2 121:2
  126:19 130:12
  134:10 176:11
  209:12 293:11
**cited** 12:6 84:18
  85:6 106:16
  111:16 128:3
  131:4 150:15
  287:19
**citing** 106:9
  124:14
**citizen** 86:1
**city** 87:7,16
**civil** 43:19
**Civilization** 6:7
**claim** 160:17
**claiming** 21:6
  76:6 220:7,9
**claims** 107:16
  117:22 155:19
  266:15,17
  267:13
**clarification**
  47:20
**clarified** 30:1
**clarify** 245:11
**Clark** 83:4,19
  142:2,9,10
  143:15 144:11
  150:5,9,15
**Clark's** 83:15
  142:15 144:3
  149:8,11,17

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 306 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation         Saifedean Ammous, Ph.D.
                                     Confidential

                                                                            Page 6

**class** 3:3 9:1,3
    63:16 67:12
    245:10
**clean** 35:1
**clear** 45:21
    74:16 83:17
    100:10 120:2
    124:17 131:2
    161:1 214:7
    223:6 232:12
    284:17
**clearer** 89:11
**clearly** 41:15
    59:4 175:19
    231:10
**clients** 126:17
**climate** 31:6
    279:12 280:6
    281:15 282:7
    282:11,13,16
    282:19,19
**clip** 55:15 57:16
    57:20 58:9,11
**cloud** 232:2
**co-founder** 45:1
**code** 142:21,21
    143:3,9 212:15
    212:21 221:9
    222:20 254:11
**coexist** 234:22
**coherent** 143:7
**coin** 179:9 226:6
    250:17,18
    251:4
**Coinbits** 60:6
    65:1,2,5,12,15
    65:21
**coins** 139:17
    142:6 247:22
**cold** 282:17
**collapses** 225:18
**colleague** 9:7
**Columbia** 5:4
    25:7 29:4,17
    29:21 37:14,18
    38:21 41:18

42:5,10 43:6,9
    43:15
**come** 30:13
    65:20 78:18
    98:2 173:21
    188:21 197:19
    216:3 223:1
    230:19,21
    231:13 232:17
    249:7 297:7
**comes** 201:10
    202:6 235:11
    235:13
**comfortable**
    84:21
**command** 22:6
**comment** 6:20
    254:12
**commenting**
    290:6
**comments**
    102:20 265:12
**commercial** 87:8
**commercially**
    197:7
**commit** 292:7
**commitment**
    165:21
**commodities**
    235:16
**commodity**
    162:18 176:9
**common** 35:8
    125:4,14
**communication**
    109:11,12,16
    126:17
**communications**
    109:4,6 110:3
    171:13
**companies** 60:4
    60:10,15,18
    154:7,7 167:1
**company** 44:1
    44:13 60:21
    61:5,9 63:10

66:14 68:15
    126:5 154:4
    161:11,15,21
    162:2,10,14,19
    163:1,6,11,15
    163:22 169:12
    169:13 173:14
    176:6 232:7
**company's** 163:1
**compare** 139:1
    145:9
**compared** 87:16
    167:7 191:8
    192:1 202:11
**compares** 51:19
**comparison**
    137:3
**compelling**
    125:12 142:4
    155:21 163:12
    163:20 164:7
    226:8 255:18
**compensated**
    15:10 68:5
    293:19
**compensation**
    15:12 38:14,18
    38:19 51:19,21
**competitors**
    276:12
**compile** 81:1
**complete** 18:1,8
    18:15,22 77:12
    297:6 298:10
    298:12
**completely** 25:3
    30:19 224:2,5
    224:20 225:2
    227:21 228:8
    265:17
**complex** 78:6
    253:10
**complicated**
    185:18
**computer** 56:20
    150:1,14,20

**conceivable**
    153:16 219:6
**concept** 32:2,14
    35:13 118:7
    240:12,21
**concerned** 39:1
    56:16 238:19
    253:7
**concerning** 80:2
    80:12
**concerns** 20:17
    279:11 281:7
    281:12
**concise** 40:8
**conclude** 127:5
    202:16
**concluded**
    113:19 200:6
    201:1 295:8
**concludes** 92:13
    294:15
**conclusion** 90:15
    92:16 94:4
    95:10,16 98:8
    98:11 100:2
    126:18 128:2
    147:10 152:11
    157:21 158:13
    162:17 173:5
    211:13 215:13
    230:21 246:7
**conclusions** 12:9
    96:5 150:5
    152:7 158:19
    207:9 278:10
**conclusive** 177:1
**condition** 14:16
**conditional**
    264:15,17
**conduct** 9:18
    75:4 126:12
**conducted** 81:20
    101:11 131:12
**conference**
    39:16 268:20
**conferences**

38:10
**confidence** 213:4
**confident** 140:19
    196:9,19 197:2
**Confidential**
    1:12 294:22
**confidentiality**
    51:7,10
**confirm** 145:7
**confirms** 149:14
**conflating** 202:7
**conflict** 263:9
    290:9,15,19
**confounding**
    120:19 121:19
**Confused** 4:12
**conglomerate**
    276:10
**connection**
    38:21 78:22
    79:14 80:12
    81:9 150:21
**conscious** 170:14
**consciously**
    170:21
**consensus**
    221:21
**consent** 297:22
**consequences**
    261:2 284:20
    285:6,12,14
**consider** 31:12
    69:6 77:20
    79:7 80:1,11
    94:11 139:19
    163:17 164:7
    165:9,17
    174:13 202:22
    216:1 256:16
**considerations**
    164:1,9
**considered**
    33:18 77:9,13
    78:2,11,13
    79:14 81:2
    83:1 129:8

Case 4:18-cv-06753-PJH    Document 341-2    Filed 01/23/24    Page 307 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation              Saifedean Ammous, Ph.D.
                                     Confidential

Page 7

198:12 199:21
200:1,5 201:4
**considering**
80:19 200:19
232:3
**consistency**
215:9
**consists** 71:8
**conspiracy**
277:14,15,16
**conspiratorial**
265:9
**constantly** 286:9
**constitute** 62:2
164:17
**constrained**
162:4
**construct** 95:13
**constructed** 95:8
**constructive**
263:8
**construed**
137:12
**consult** 61:18
79:1
**consultant** 60:3
60:9,14 62:15
**consulted** 12:5
66:14 209:15
**consulting** 61:22
**consume** 258:4
280:4
**contact** 24:8
**contacted** 82:7
82:10
**contain** 18:21
88:22 102:14
166:6
**contained** 12:3
**contains** 11:17
11:20 12:7,18
139:4 259:10
**content** 108:3
257:19,21
258:6 260:8
262:19

**contention** 125:1
222:10
**contentious**
222:5,14
**contesting**
158:18 159:1
**context** 19:16,21
20:1,16 25:12
114:9 129:7
215:7 232:4
233:20 239:3
242:6 246:4
250:13,14,16
250:22 251:4
251:11
**contexts** 129:7,9
**contingent** 15:13
**continue** 64:13
**continued** 260:9
**continues** 91:22
139:5 216:20
**continuing** 65:9
**contract** 141:18
141:21
**contracts** 188:18
**contradictory**
96:9
**contrary** 103:20
105:15 170:20
223:3
**contributors**
144:1,4
**control** 24:18
94:7,9 140:16
142:3 149:5
160:22 173:15
177:4,8,11
296:21
**controlled** 136:7
140:12 233:15
276:17,20
**controlling**
136:8 140:12
168:3,15,20
169:6,19 173:3
173:6,18 174:3

174:11,21
175:6 233:15
**controls** 148:8
148:12,19
276:19
**conveniently**
182:16 183:16
**convention** 42:2
**conversations**
82:19 134:3
267:2
**convert** 69:2
**conveyor** 259:7
**conviction** 279:5
**convince** 287:2
**convincing**
125:2,12
286:21
**cool** 159:5
**copied** 205:11
**copies** 10:15
**copper** 217:14
**Coppola** 6:20
274:10,15
275:11 288:8
**Coppola's**
275:15
**copy** 10:18 11:2
12:14 89:12
205:8,13 243:4
258:18,22
259:22 269:19
270:5 271:12
272:16 273:14
273:18 274:11
274:14,17
296:7 297:8
**copying** 247:1,4
297:21
**Copyright**
297:20
**core** 67:5,6,11
126:5 256:21
**Corporatism**
39:14
**correct** 11:11,14

11:21 12:15
13:13,14,17,18
19:12 21:4,5
25:11 28:19,20
31:19 32:9
33:5,6 34:13
39:22 41:8
42:11 43:20
47:12 49:15
65:22 70:5
71:15 75:2,22
76:1,14 79:22
87:4 100:8
102:16 106:21
120:5,10
154:12 180:4
184:20 213:22
228:19 239:10
244:21 258:20
260:12 261:9
265:4 269:16
276:2 277:10
289:14 296:7
298:9,12
**correctly** 112:5
112:10
**correlated**
224:11
**correlating**
169:11
**correlation**
166:18,20
174:9 224:3,6
224:10,21
225:3,12
227:21 228:8
**corrupt** 280:7
**corrupted**
285:17
**Corruption**
39:14
**cost** 186:21
190:11,12
192:11,16
193:13 194:12
194:13,16

195:8 200:15
201:14,15,20
202:3,5,7,7,9
202:10,11,16
**costs** 100:20
102:1 200:14
**counsel** 8:5,18
9:3 16:17 17:3
17:15,18 51:15
82:7,11,17,20
107:21 109:17
111:11 297:9
297:12
**count** 133:17
204:5
**counted** 183:4
**counter** 97:22,22
**counterevidence**
125:12
**countries** 19:22
20:1 85:22
86:6 279:1,6
280:20
**country** 85:19
85:22
**counts** 17:9
**couple** 10:10
16:20 67:20
135:3 205:14
267:7
**course** 20:19
33:12 50:2
52:15,17 78:19
118:7 166:22
226:9 240:3
261:11 282:20
**courses** 31:6,7,7
31:11 47:16,18
47:19,22 48:2
48:6 49:8
50:14 51:1,14
52:19 54:11
55:7 58:6
**court** 1:1 8:8,16
8:19 41:12
255:19

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 308 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

Page 8

courtroom 10:1
covered 27:12
COVID-19
  283:14
crankish 265:8
crash 140:20
create 283:1
created 119:1,2
  119:8 141:14
  239:10
creates 193:18
creating 194:3
  202:3 257:19
  258:6 293:3,3
creation 141:16
  142:13 146:21
  186:4 201:22
  257:22 291:4
creators 136:8
  140:12 233:15
  233:19
credentials
  12:18
credible 165:21
credibly 164:19
crimes 284:16
  293:3
criminal 284:18
criminals 280:19
  283:22 284:17
  285:1
crisis 280:6
critical 6:21
  270:17,18
  275:16,21
  276:2 288:20
criticism 161:20
critique 112:2
  183:4,7
cross 64:4
cross- 206:19
crossing 217:13
cry 254:17
crying 252:9
crypto 254:17
cryptocurrenc...

5:7 70:3 74:8
74:18,22 79:5
80:5 124:1
139:14 179:12
203:18 205:9
207:14 230:9
239:6 246:1,21
248:16 250:8
cryptocurrency
  69:10,14 70:22
  92:8,14,19
  93:1,4 94:16
  94:22 95:20
  96:6 97:5 98:9
  98:12,15,17
  112:4,8 158:2
  160:21 172:13
  177:12 188:8
  223:16 224:12
  224:15 246:11
  256:19
crytopcurrenc...
  69:16
CSR 1:19 296:15
cuff 282:15
culture 244:14
currencies 78:6
  78:16 104:5,13
  104:18 134:5
  137:15 142:20
  145:15 186:19
  190:8 191:4
  200:13 201:5,9
  202:8 203:9
  215:14 221:13
  225:15 226:22
  231:3,5 235:16
  235:17 238:21
  239:18 240:2,4
  240:5,11,15
  242:7,8,11,12
  249:6,9 270:12
  276:16,20
currency 44:10
  69:3 102:6
  105:5 143:7

186:5 187:16
187:20 189:5
189:20 190:13
190:21 191:1,7
191:8,9,15
192:12 193:1
193:12,12,16
193:20 194:1
194:13 200:8
200:16,17
201:9 202:3,16
202:18,20
203:8 204:9
207:16 215:18
221:15 226:17
231:17 239:10
240:13
currently 9:16
  11:13 210:15
  216:20
cut 33:13 79:11
  198:5
CV 12:14,17
  17:20 18:1
  37:1 40:4,6,8
  41:2,11,16
  42:9 43:8
  44:21 45:13
  73:3 86:8
  204:2

              D
D 5:1 6:1 7:1 8:1
D-E-I-S-T 28:18
D.C 1:21 3:16
  298:2 299:3
daily 131:13
  162:7 165:12
damage 289:5
dangerously
  265:8
data 35:11,11,11
  60:5 64:6,6,16
  81:6,9,17,19
  106:17 131:13
  150:8,11 163:5

163:8,16 172:5
181:8 184:21
208:21 226:5
date 8:12 27:4
  41:14 65:7
  82:3 103:16
  144:10 235:21
  237:16 254:8
  274:2,6 290:4
  296:11 297:4
  298:5,17,22
  299:10,22
dated 11:7 13:6
  24:21 26:2,17
  53:15 54:8
  229:18 237:10
  241:12 268:20
  280:1 284:10
dates 41:3 45:22
  67:18 140:2
David 6:13,17
  271:1,4,12,20
  271:22 272:8
  272:11,15
  273:7,10 288:7
Davidson 4:16
  4:17 58:1,12
  58:14
day 36:10 129:7
  142:20 151:7
  164:20 165:1,1
  165:13 224:15
  225:4,6 249:2
  258:5
day-to-day 69:3
days 70:13 274:4
deadlock 223:2
dealings 294:8
death 252:15
  253:11 284:3
  285:5,11,15
debatable 34:10
debates 251:18
debt 6:5 279:2,6
  280:21
decades 259:9

261:12
December 1:15
  8:13 119:8
  244:9 296:11
  297:4 298:5
  299:10
decent 257:11
decentralization
  145:17 231:8
  232:3
decentralized
  145:14 200:11
  231:4,9,17
decide 24:4
  175:16
decided 47:3
  218:6 219:16
  219:20 249:3
  262:15
decidedly 139:5
deciding 106:16
decision 165:12
  263:19
decisions 106:15
  112:12 162:5
  163:21 164:8
  164:14
decisive 176:16
decline 122:3,8
  122:12 226:3
declined 217:8
declining 217:16
decrease 143:1
  286:12
decreased 102:1
deductions
  35:18
deeper 97:21
defendant 3:11
  8:6 9:6
defendants 87:6
defendants'
  13:17
define 14:13
  99:11 128:22
  129:12 159:19

12/13/2023        In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
Confidential

169:14 227:15
**definitely** 26:7
27:2 133:17
171:20 205:19
225:6 279:10
**definition** 129:6
130:4 136:16
**degree** 20:5 22:4
34:14 37:7,11
53:6,20 54:17
55:9 57:22
58:3,4,5 72:4
142:3 150:2
226:1
**degree'** 58:7,8
58:18
**degrees** 18:9
20:11,18 22:18
32:8,11 36:17
54:12,22 55:11
58:22
**Deist** 4:11 28:17
**delicious** 96:13
**demand** 127:3
210:20 211:12
226:12 235:1
**demanded**
262:19
**denominated**
190:12,21
191:15 194:13
212:12
**denomination**
213:13
**denominations**
212:13
**denounce** 268:6
268:18
**dependent**
167:13 220:20
**depending** 166:4
**depends** 21:13
33:9 129:6
140:2 142:8
146:10 189:7
194:18 195:12

213:13 217:4
217:10,19
218:12,17,21
220:14 246:3
250:12 256:15
**deploy** 186:18
**deponent** 297:4
297:7,9
**deposed** 10:7
**deposition** 1:13
2:1 4:7 5:3 6:3
7:3 8:4,10 16:9
16:16 17:4,7
17:11 79:18
85:13 87:7,10
87:12,15 295:7
297:4,12 298:5
298:7 299:10
**describe** 13:7
43:8 50:21
155:4,12 185:8
226:18 259:14
**described**
123:17 150:11
**describes** 156:8
156:20
**describing** 28:9
125:20 149:1
160:12 276:14
**deserves** 253:11
266:19
**design** 195:18
244:7
**designate** 294:21
**designating**
295:1
**designation**
295:4
**designed** 51:22
96:17
**desire** 211:1
**desperate** 293:4
**destroy** 221:5
224:2,6 225:3
225:12 227:21
228:8 279:1

280:19
**destroyed**
249:11 250:1,8
250:11 252:8
**details** 51:21
162:16 196:10
**detectible** 113:9
**deteriorate**
260:9
**determine** 80:14
96:17 97:2
101:7,22 111:7
111:20 119:12
120:3,9 121:5
121:11 126:13
133:5 138:20
139:10,20
141:20 172:1
174:10,20
175:5 180:10
278:1
**determined**
105:6
**determining**
154:4
**detract** 239:18
**devalue** 291:5
**devastate** 217:1
220:4
**develop** 21:18
**developed** 20:2
149:14
**developing**
19:19,22
**development**
19:12,14,16,17
19:18 20:8,9
20:14,16,22
27:18 39:15
118:2 146:8
**developments**
112:13
**diamond** 245:15
245:17
**diamonds** 245:9
245:10,12,19

**die** 250:4,6
252:14 282:17
282:18
**difference** 47:9
87:18 144:20
173:9,12 240:3
291:9
**differences**
291:11
**different** 34:7
119:13 120:4
121:6 140:3,5
148:15 164:1,9
169:5 177:6
193:12 222:2,3
271:20 272:6
**differently** 228:1
**difficult** 12:1
34:3 93:7
133:17 145:13
145:21 163:3
164:3,12 197:9
225:8 241:3
256:13 259:1
**digital** 1:20 8:17
14:2,6,8,11,12
14:14,19,19
15:4 44:10
60:4,15 61:4
74:2 78:6,16
103:9,15 104:5
104:12,18
105:5 122:19
134:4 136:6,11
137:15 140:11
142:20 143:6
145:15 187:5
187:11,13,15
201:5 221:13
221:15 224:3
231:3,5 233:14
233:18 238:13
238:21,21
239:13,17,17
240:2,3,12,15
249:6,8,11

252:14 270:11
297:19,20
298:1 299:1
**dime** 36:10,10
291:1
**dinars** 71:12
**direct** 87:3,8
119:14 124:8
132:3,16
166:13 177:14
179:6 182:13
189:15 259:3
260:4 296:21
**direction** 99:4
170:4
**directions** 146:2
**directive** 127:15
**directly** 12:5
78:11 84:13,18
85:6 113:1
120:15 291:1
**director** 55:5
**disagree** 33:11
33:12 52:3
155:6,9
**disagreeable**
155:7
**disagreements**
222:19 251:20
**disaster** 283:6
283:10
**discern** 98:22
**disciplines** 268:6
268:17
**discount** 50:3
**discovered** 226:5
**discuss** 141:16
152:5 185:3
267:9 271:7
**discussed** 17:14
17:17 65:3
107:3,5 134:19
158:3 211:18
287:9 288:6
294:20
**discusses** 32:2

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 310 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

Page 10

32:15 80:6
**discussing** 55:16
65:18,18
106:14 134:11
152:2 208:7,15
223:21 272:1
273:11
**discussion** 55:2
142:1 154:14
171:21 286:4
294:18
**discussions**
134:20 225:22
**disentangle**
163:13 164:13
**dismantling**
296:8
**dismissal** 84:22
**disproven**
173:20
**dispute** 277:8
**dissertation** 21:3
21:7,21
**distinct** 169:7
181:19 182:4
234:5,12
**distinction** 162:1
162:9 166:2
178:6 192:22
219:12
**distinguish** 99:7
161:19 219:1
**Distinguished**
271:14
**distinguishing**
147:1
**distract** 239:19
**distribute**
215:12
**distributed**
184:15
**distributing**
216:8,14
**distribution**
216:10 264:5
**distributions**

179:14,21
184:8
**District** 1:1,2 8:7
8:8
**dive** 32:20
**diverting** 241:16
**diverts** 239:13
**divided** 213:14
**dividing** 212:6
**divisibility** 213:8
214:5
**divisible** 213:6
**Division** 1:3 8:9
**DMs** 273:15
**document** 1:8
11:5 23:11
25:19 77:19
91:20 115:17
117:18 126:19
131:3,4 141:15
189:2 197:1
203:12 205:2
206:7 229:13
269:17 292:12
**documents**
10:10 77:17
78:2 79:1,13
80:19 106:16
108:15,19
110:11,16
111:2 124:15
128:3
**dog** 222:7
**doing** 39:12
67:22 100:12
115:16 116:14
125:19 131:17
152:21 170:20
194:8 199:8
200:19 201:8
212:14 231:17
249:9 264:2
**dollar** 129:21
136:13 191:12
192:19 219:11
245:1 294:7,7

**dollars** 71:11,12
186:9,11
191:11,18,22
192:12,19
208:19 219:5
219:15 294:2,5
**dominant** 42:2
**door** 40:16
**double-check**
269:13,14,14
269:15
**doubling** 217:20
**doubt** 63:5,7
206:21
**dozen** 36:10,10
**Dr** 5:9 8:5 9:13
22:7 43:22
54:21 56:8
57:21 59:20
115:2 117:2,10
118:19 159:13
160:11 178:22
206:1 210:10
228:14 258:7
276:4 294:13
**draft** 204:1
**drastically** 48:10
228:1
**draw** 94:4 207:9
**drills** 245:20
**Drivechain**
251:21
**driven** 164:1,9
283:15
**driver** 92:13
172:12 216:10
**driving** 98:21
167:19
**drop** 224:18
225:18
**drops** 212:12,13
212:17,18,18
213:7
**dry** 33:14
**due** 139:11
281:8

**duly** 9:9 296:5
**dump** 219:9
225:16
**duty** 171:4
173:14
**dying** 253:10
**dynamism** 39:8
73:14

_____

**E**

**E** 3:1,1 4:1,5 5:1
5:1 6:1,1 7:1,1
8:1,1
**e-mail** 111:15
120:12,18
121:2,10,16,18
130:11,14
273:14
**e-mails** 107:2,2
107:10,15,17
108:3,14 111:8
112:9 130:9
134:9 172:5
**earlier** 27:12
29:16 32:20
38:2 48:12
103:15 119:17
139:14 158:3
159:15 177:21
204:2 207:9,10
220:12 223:9
240:19 246:8
255:1 274:4
288:6
**early** 88:14
139:15 199:22
250:18
**earn** 68:20
**earned** 19:9
20:19
**earnings** 68:21
**earth** 283:1
**ease** 206:18
**easier** 89:12
197:14
**easily** 290:20

**East** 43:10,16
**easy** 80:14 151:8
175:14,16
180:22
**eat** 285:17,19
286:3 287:7
**eating** 286:22
**econometric**
31:17 89:4,9
96:20 107:14
112:2 150:12
157:20 158:11
158:15 172:6
**econometrically**
91:16 92:5
93:17 95:9,15
95:21 96:16
97:1 99:2,21
**econometrician**
31:13,15
**econometrics**
30:17,21 100:3
100:6 104:9,14
104:16
**economic** 14:20
19:16,18 20:15
21:17,21 22:5
25:10 26:7,13
39:7,8,15,16
100:1 146:9,22
147:6,16 148:9
154:20 155:20
157:15 202:11
220:13,19
258:8 259:11
266:4 271:15
287:11 292:3
**economics** 4:12
5:21 14:2,5,7
14:11,12,14,15
15:1,1,3 21:13
21:14,18 22:3
22:16 23:3
27:19 29:5,14
29:19 30:3,7,9
30:14 31:10

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 311 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

Page 11

32:20 33:1,4,8
33:20 34:16
35:3,14 37:12
44:1,3,12
45:11,21 46:4
46:5,6,9,10
74:20 75:21
76:10 78:6,15
154:16 211:15
258:19 261:20
269:10 270:11
271:16 276:9
278:7 289:4,5
289:10,13
292:1
**economies** 20:3
**economist**
   125:15 154:6
   154:11 226:13
   226:14 270:22
   271:5
**economists**
   33:18 34:12,19
   39:6 155:3,5,6
   155:11 211:17
   259:8 276:5
**economists'**
   259:15
**economy** 211:20
**edition** 267:20
**editor** 262:22
   263:9 269:10
   269:11
**editors** 269:7
**Edmund** 39:6
**education** 18:4,7
   19:3 25:1,11
   26:8,14 36:21
**educator** 47:5
**effect** 107:12
   113:3,15,21
   172:20 219:6
   239:20 287:7
**effective** 170:22
   280:18
**effectively**

127:17 137:14
170:8 185:6,22
**efficiency** 32:16
32:17 101:16
**efficient** 280:17
280:18
**effort** 80:18 81:1
110:15 111:1
115:15 169:22
170:1 196:12
198:7
**efforts** 92:15,22
93:20 96:6,18
97:3,6 117:21
118:2 143:14
143:18 167:1
**eight** 73:9,15,18
**either** 69:22 99:4
123:9 144:5,10
145:6 151:9
188:6 201:2
242:13 250:7
262:1
**electricity**
280:17
**electronic** 55:22
56:4
**electronically**
297:21
**element** 279:10
292:10
**Elkhunovich** 3:4
8:21,21 21:9
42:6 51:15
52:7,12 56:3
56:10,14,22
57:5,13 59:10
103:17 104:3
107:19,22
108:5,21 109:8
109:13 110:6
110:12,18
113:10 114:16
115:3,14 116:7
116:11,18,22
117:3,5,8,17

151:12,16,19
171:10 174:12
234:19 256:11
294:11 295:3
**embryonic** 44:4
**emerged** 198:8
**emissions** 282:22
282:22 283:5,9
**empathy** 238:2
**empirical** 34:20
35:4,9 102:1
107:9 157:10
161:14 162:22
**employee** 111:17
111:20 112:1
119:15,15
120:8
**employees** 111:8
**employing** 31:22
32:6
**employment**
45:5,8
**endogeneity**
99:13 105:7
159:16 170:7
183:13 184:22
**endogenous**
92:11,17 97:6
99:9,11,17,20
160:21
**ends** 194:4 202:4
202:12 241:18
**endures** 266:19
**energy** 21:4 31:8
278:14,20,21
281:8
**enforce** 284:19
**engaged** 26:19
27:5,14 133:9
239:4
**engagement**
26:22 27:3
63:20 64:1
68:4,12 86:14
**engagements**
62:1

**engages** 162:12
**engineering** 19:7
19:8
**enormous** 34:5
125:7
**enormously**
211:21 286:10
**ensnared** 279:2
280:20
**entail** 38:13
**entails** 195:18
**entertaining**
266:13
**entire** 102:15
122:19 146:9
146:22 193:17
194:6 216:22
220:4 253:9
**entirely** 34:4
44:16 75:15
88:10 188:22
199:12 278:17
**entirety** 215:16
220:13
**entity** 112:22
125:5 176:3
232:8
**entry** 45:13
277:6
**environmental**
20:17 281:7
**Environmenta...**
254:10
**episode** 58:12
**Epstein** 292:6,11
293:1
**equal** 78:12
148:3
**errata** 297:11
298:11 299:6
**erroneous** 226:5
**error** 221:4
**errors** 267:13,16
268:5,16 269:2
**escrow** 118:22
119:7 120:16

141:2,6,11,14
141:17 142:5,7
142:16 143:4
**ESQUIRE** 3:4,4
3:12,13
**essentially** 194:6
205:5
**establish** 76:18
202:14
**established**
48:12 132:21
141:3
**establishing**
134:13
**estimate** 48:17
**estimates** 48:8
96:4 123:19
**estimating** 97:11
**estimation** 90:22
**ETH** 107:6
**Ethereum** 14:8
69:18,22 70:6
70:12,14 245:5
**Euro** 245:3
**evaluate** 149:10
150:5
**evaluated** 157:1
**event** 32:3,6
75:10
**events** 38:9
107:4,7
**eventually** 250:3
291:5
**Everybody**
250:19
**evidence** 1:20
8:17 105:13
124:22 163:13
163:20 164:8
171:12 203:6
226:9 255:18
292:9 297:19
297:20 298:1
299:1
**exact** 25:12,16
25:18 36:7

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

53:8 55:3,4,4
104:12,13
115:6 118:8
144:2 146:18
274:1 277:9,11
279:14,17
283:17
**exactly** 16:21
24:2,15 26:21
40:18,19 56:20
61:15 85:2
114:1 119:15
158:4,7 206:4
232:13 236:13
236:15 237:19
248:12
**exaggerated**
282:21
**examination** 4:2
9:11 296:5
**examined** 9:10
298:7
**example** 153:6
161:18,20
162:2 198:14
209:8 213:7
248:6 266:9
268:2
**examples** 197:18
225:15 226:17
226:18 227:1
**exams** 55:8
**exception** 247:21
**exchange** 186:22
187:6,12,14,15
188:8 288:8
**exchanges** 14:22
102:21 103:4,9
103:15 288:17
**exclude** 93:19
120:18 121:18
**excluded** 34:12
93:17 95:19
**exclusively**
154:18 261:10
**executive** 55:5

**exercise** 168:8
291:13
**exerting** 173:18
**exhibit** 10:19,20
10:21 11:2,17
12:11,12,14
17:20,21 23:12
23:13,16 24:17
25:19,20 26:1
28:11,13,16
29:1 37:2
53:10,11,14
54:1,2,3,6,16
55:18,21,22
56:1 57:6,6,11
57:17 59:21
73:4,4 77:8,8
77:20 78:4
79:2 80:22
88:15 89:14,15
100:21 101:12
118:20 124:10
130:18,20
131:1,2 132:4
156:5 160:16
179:5,13,17
180:15,18
181:1 182:13
184:5 185:2
203:12,13,16
206:7,8,11
207:5 209:4
223:9 229:13
229:14,17
237:2,4,6,9
241:5,6,7,10
242:19,20
243:2 244:16
246:13,15,18
248:11 249:14
249:16 252:20
252:21 253:3
254:3,4,7
258:14,15,18
259:17,19,22
265:20,21

266:2 268:3
269:18,20
270:8,20 271:2
271:8,9,12
272:2,22 273:1
274:9 275:6,7
275:10,20
279:18,19
280:11,12,15
281:18,19,22
284:5,6,9,12
288:12,13,16
289:21,22
290:3 292:13
292:14,18
293:16
**Exhibits** 4:7 5:3
6:3 7:3 59:1
184:8 261:19
**exist** 56:16 57:7
154:7 205:17
**existed** 135:15
206:3,5 212:4
212:10,21
**existence** 109:10
183:10 278:10
**existing** 210:19
211:10
**exists** 85:9 178:8
178:11 212:21
278:1 284:18
**exogeneity** 105:7
170:7
**exogenous** 92:9
92:13 98:19
99:15,16
159:18,19,21
159:22 160:13
161:9
**expect** 224:14,16
263:12,13
**expectation**
132:21 134:14
**expectations**
133:5 156:6,8
156:21,21

157:7
**expected** 135:19
253:12 265:1
**expensive**
201:17,18
286:20
**experience** 13:22
18:12,14,15
44:22 45:16
104:4,12
**expert** 11:17
13:4,5,16,17
26:19 27:15
48:13 52:1
59:21 81:6
109:17 129:11
142:2 195:17
**expertise** 76:6
154:3,10
**experts** 83:3
**explain** 185:13
185:17 224:13
243:8 286:15
**explained** 55:7
160:20 228:20
**explains** 114:11
**exposed** 189:5
**express** 297:22
**expressed**
102:11 111:8
206:2 248:11
**extend** 14:17
**extensive** 286:4
**extensively**
31:16 201:14
211:16
**extent** 76:4
265:16
**extra** 244:2
**extreme** 175:16
**extremely**
185:18
**eye** 243:16,18,21
243:22 244:2
**eyes** 243:8,10,11
243:14 246:12

## F

**face** 224:21
234:8 285:6,14
**Facebook** 135:7
**facilitate** 190:7
200:22 207:11
**facing** 284:20
285:12
**fact** 22:12 47:6
55:10 98:14
106:13,22
111:9 119:21
130:11 131:22
132:19 136:3
137:5 138:10
139:16 146:6
166:18 188:21
208:18 217:2,8
218:15,20
249:8 251:18
251:21 252:17
277:9 278:22
283:4,11
290:18
**fact-check** 269:5
**factor** 31:19,22
75:7 81:20
89:10 90:15,18
90:22 91:4,14
91:16 92:5
93:4,4,11,12
93:16 94:12,15
94:17,21 95:1
95:3,7,14,19
95:20 96:1,2,4
96:8,8,16 97:1
97:4 98:9 99:2
99:3,6,14,15
99:15,20
100:12 105:1
132:8 139:12
158:3 159:18
159:20,21
160:13 161:9
167:11 184:22

12/13/2023

In re Ripple Labs. Inc., Litigation
Confidential

Saifedean Ammous, Ph.D.

**factors** 91:4,8,15
  92:3,17 93:18
  96:21 97:9,14
  99:8,11,16,16
  99:18,20
  120:19 121:19
  158:20 159:21
  160:21 162:20
  228:20
**facts** 82:12
  171:17 202:22
  269:1
**factual** 106:11
  112:15 267:12
**fail** 238:18
**failed** 183:1
**fails** 125:13
**failure** 250:16
**fair** 33:3,7,21
  34:18 35:2,19
  47:14 62:19
  71:3,7 88:21
  123:2 152:3,9
  155:2,10 183:3
  230:20,22
  234:18 239:19
  244:4 256:4
  275:15,19
  281:11,15
  282:10
**fall** 125:14 251:1
**falls** 251:5
**familiar** 141:2
  238:8 240:12
  266:6
**family** 70:18
  72:19
**FAQ** 189:2
**FAQs** 196:16
**far** 56:16 150:13
  154:2 199:11
  242:16 252:5
  257:12
**farther** 274:8
**farting** 241:18
**fast** 200:1

**faster** 151:20
  231:16 232:19
**Fault** 6:9
**favor** 249:9
**fear** 280:8
**feasible** 200:21
  201:2 202:17
**feature** 201:13
  256:8,14,20
**features** 256:9
  256:22
**February** 28:18
  28:19 29:11
**Fed's** 6:9
**federal** 52:4
  291:20
**fee** 50:3 191:11
  191:20 192:17
  192:20 193:11
  195:20 196:1,6
  196:20 197:13
**feedback** 263:8
  288:21
**feel** 242:13
**feeling** 291:7
**fees** 48:13 50:5
  193:8,19
  195:11,12,14
  196:13 200:14
**Feinstein** 83:5
  83:22
**fell** 250:21 251:7
**fellow** 45:1
**Ferrell** 13:6,12
  15:2 27:9
  32:15 79:18
  81:5,18 89:16
  90:18 91:8
  92:4 93:2 95:8
  95:19 96:22
  100:11,15
  101:22 102:5
  105:14,22
  113:14,19
  115:7 117:22
  125:11 128:9

  129:19 130:8
  131:17,22
  132:4 134:10
  147:15 148:7
  148:12,17
  153:19 155:19
  156:4,10,19
  160:12 168:19
  177:17 178:19
  179:1,9 180:18
  181:14 182:8
  182:16 183:1,4
  184:5,19
  196:16 207:18
  208:6,15 216:4
  216:7 228:19
**Ferrell's** 10:13
  31:17 89:4,13
  90:6,10 91:14
  93:12 101:3
  104:22 107:16
  112:2 114:6
  115:11,13
  117:14 124:22
  147:19 158:2
  158:15,19
  160:16 167:11
  167:21 170:19
  172:8 179:5
  181:2,8 183:8
  183:20 198:10
  208:2
**fiat** 6:5,10 26:8
  26:14 69:2
  75:21 76:9,20
  207:14 239:10
  260:1 261:20
  266:2 267:9,13
  267:16 269:5
  276:5,8,16
  277:14,20
  278:1,3,10,13
  278:19 280:19
  283:15 285:16
  286:5,16
  287:10

**fiduciary** 171:4
  173:14
**field** 12:2 14:15
  14:17 20:15
  129:12 159:20
  289:17
**fields** 31:2 78:5
**fifth** 8:11 73:12
  146:3
**Figel** 3:14 9:5
**figure** 67:14
  106:20 107:11
  141:10 196:12
  199:2 209:16
  221:11 225:11
  233:2 235:5
  293:9
**figures** 130:12
  131:13
**file** 55:22 56:4
**filed** 8:7
**files** 79:10 80:16
  81:6,9,18
**final** 16:5 197:9
**finally** 127:21
**finance** 32:9
  152:12,17,21
  153:12,17,21
  214:22 215:20
  240:9 290:19
**finances** 291:17
**financial** 50:17
  50:21 61:4,5
  62:14 70:21
  71:5,17,20
  72:21 74:21
  154:8 169:12
  169:14 186:1,6
  186:10,13
  187:18 188:2,4
  188:9,17
  197:21 276:14
**financially**
  278:21
**financing** 153:7
  292:4

**find** 41:22 46:17
  63:19,22 70:16
  91:18 97:4
  98:1 103:19
  114:18 115:4,4
  128:21 148:20
  155:9 164:12
  168:9 170:11
  198:7,15
**fine** 114:21
**finished** 262:11
**firm** 9:7 218:4
**first** 9:9 28:22
  31:15 40:1
  49:7 50:11
  61:2 82:1,6
  90:19 93:19
  103:3 127:1
  128:8,8 131:2
  135:4 153:8
  155:18 168:18
  177:2,16
  178:17 186:18
  214:18 216:13
  222:21 223:7
  226:12,13
  230:6 231:8
  240:1 246:20
  248:6 249:20
  254:9 255:4
  260:7 262:5
  263:7 264:11
  266:9 282:6
  284:11 288:22
**five** 195:1,4,5
**fix** 286:2
**fixes** 285:21
  290:10,15,17
  290:18 291:21
**flag** 252:3
**fleetingly** 134:20
**flew** 17:8
**flights** 87:3,8
**flourish** 277:4
**fluctuate** 191:5,8
**fluctuates**

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

190:13,22
191:1 192:6
194:14
**fluctuating**
192:21 193:21
194:1
**fluctuation**
192:22
**flying** 224:20
**focus** 254:18
255:15,22
**focusing** 247:12
**follow** 77:22
124:5 138:8
222:22 223:17
**followed** 19:11
104:21 165:16
221:19 222:22
**followers** 53:5
**following** 89:19
113:18 225:13
**follows** 9:10
123:6
**food** 285:17,19
286:2,9,12
287:3,4,6
**foods** 286:18,19
286:20
**foolproof** 24:15
**Foot** 272:4
**footnote** 106:2,3
111:16 120:22
143:14 211:19
**forbidden**
297:21
**forces** 38:10
**foregoing** 296:3
296:18 298:7
**foreign** 38:7
40:2 186:22
**foresight** 243:22
**forever** 279:2
280:21
**forgeries** 111:12
**forget** 55:3,4
144:2

**forgotten** 41:10
**form** 21:9 30:14
42:6 76:5
78:14 103:17
104:3 113:10
117:17 134:17
135:11 171:10
174:12 197:9
230:6 256:11
258:9
**formal** 235:4
**formally** 264:22
**formation** 113:6
**formed** 203:5,7
206:2
**forming** 77:21
78:2 79:22
81:2,9 82:13
83:9 149:12
**forms** 14:19
**forth** 87:10
296:4
**Forty-one** 15:19
**Forum** 39:16
**forward** 77:7
223:3 224:7
225:5 264:10
264:15,20
265:4 297:11
**fostered** 132:20
**found** 46:20
**Foundation**
38:16 39:9
**founding** 225:16
**four** 17:1 74:17
**four-year** 166:5
**fourth** 241:11
**framework**
89:20
**Frances** 274:9
275:11 288:7
**Frederick** 3:14
9:5
**free** 54:12 57:22
**frequencies**
132:9

**Friedrich** 33:19
34:1
**friends** 72:19
**front** 120:12
126:15 130:14
196:10 200:18
243:2
**fucking** 229:20
**fulfil** 5:7 74:8,22
79:5 80:5
139:14 203:18
205:9 230:9
**fulfillment** 264:5
**full** 54:12 56:9
57:22 260:7
266:9,11,19
284:11
**fully** 53:5,20
197:8,17 225:1
**fun** 280:8
**function** 213:5
234:17
**functional** 197:8
197:17
**functions** 5:8
74:9 75:1 79:5
80:5 139:15
173:14 203:18
205:9 230:10
292:4
**fund** 63:6 68:22
69:1
**fundamental**
211:14
**funded** 197:21
**funding** 36:15
146:20 277:18
290:8 291:12
**further** 294:10
**future** 138:22
245:16 250:21

──────── G ────────

**G** 8:1
**gain** 169:18
**game** 246:2,22

248:16,20
**gap** 226:6
**garbage** 289:2
289:10
**Gaza** 290:9
**general** 34:18
35:2,18 61:17
90:10 134:6
152:2 155:7
203:7 221:2
246:11
**generalize**
217:15
**generally** 72:21
155:11 279:15
**generic** 137:10
**genocide** 292:7
**Gerard** 6:13
271:1,5,20,22
272:8,11,15
273:7,10
274:18 288:7
**Gerard's** 6:17
271:13 275:20
**getting** 46:18
51:20 58:4
106:18 238:7
249:22 276:12
**giant** 139:16
**GitHub** 144:2,5
**give** 10:4 34:22
60:13 89:12
114:8 134:15
134:22 135:3
146:1 151:4
158:10 185:19
186:15 218:2
233:9 266:9
286:6 290:8,21
**GiveBitcoin**
60:21 67:17,19
**given** 13:8 41:19
66:9 70:16
72:18 97:21
175:6 190:12
194:12 291:16

298:10,13
**gives** 199:14
**Glass-Steagall**
268:21
**global** 276:14
**glowing** 243:7
**go** 52:22 54:11
86:11 87:20
114:12 118:10
127:8 133:21
135:22 143:10
145:19 151:1
151:10,14,16
158:6 159:4
160:2 165:7
204:22 210:1
215:9 216:17
220:8,18
234:10 251:12
254:2 257:2
263:15 269:7
269:11,12
286:12 295:6
**Godfrey** 3:5
8:22 9:3 297:1
**goes** 41:7 137:19
165:9 226:15
226:15
**going** 23:11
41:13 46:21
47:7 51:15
53:9 54:1
55:14,19 57:16
57:17 59:7,9
70:8 89:12
94:5 96:12
108:6,22
109:22 112:10
115:11 117:14
125:7 139:17
140:9 151:13
151:19 160:5
164:20,22
165:16 166:4,6
176:15 186:8,9
186:14 188:6,7

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

195:3,19
203:11 212:17
217:14 224:7
224:20 225:4,9
229:12 231:11
231:15,20
232:19 237:4
241:6 245:14
245:15 249:14
250:1 251:15
252:1 255:20
263:21 267:17
267:19 272:22
279:17 282:22
283:5,9 286:6
286:9 289:20
290:16 292:13
294:21
**gold** 44:11 71:4
71:6,8 176:7,7
234:13,17
244:18
**good** 9:13 74:19
125:17 158:9
159:4 189:7,9
198:6,12 226:8
245:12 250:10
252:7 263:20
276:12,13
279:5 287:3
**governing**
297:13
**government**
36:15 235:16
245:7 258:9
259:10 261:9
290:19 292:4
**governments**
214:21 276:20
277:18 286:10
286:17 287:5
**grad** 37:8,9
**graduate** 22:3
37:4,13
**graduated** 37:17
**grammatical**

260:13
**grant** 38:16 39:9
**granting** 54:17
**grants** 38:10
54:22 58:22
**graph** 179:20
180:14 181:11
**graphic** 244:7
**grasp** 231:9
**gray** 33:15 84:13
**Great** 117:8
294:14 295:5
**greater** 166:22
**green** 254:16,19
255:11 278:14
278:20,21
**Greenpeace**
255:13,15,21
**grids** 279:1
280:19
**Griffin** 89:19
90:2
**grounded** 35:10
**Group** 1:20 8:17
297:19,20
298:1 299:1
**grouping** 276:10
**growing** 137:11
279:4
**grown** 139:3,4
211:21,22
**growth** 181:18
182:11
**gruesome**
252:14 253:11
**guarantee** 189:4
189:7,9,12
**guarantees**
188:19
**guess** 37:10 40:3
72:4 73:9
153:4 194:18
215:7 227:17
241:3 242:2
244:1,14
250:12

**guessing** 15:22
62:3 65:8 82:4
**guidelines**
260:14
**guy** 272:9,9
**guys** 56:8 57:21
**Gylfi** 39:7

——————
**H**
——————

**H** 4:5 5:1 6:1 7:1
**hailed** 270:10
**hair** 272:9,9,10
**half** 125:5
216:21
**halfway** 146:1
268:3,15
**hand** 123:12
188:7 193:22
194:2,2 219:8
**handling** 56:15
**hang** 57:2 71:4
284:17 285:1
**hanging** 285:2
**Hansen** 3:14 9:5
**happen** 40:17
134:3 223:21
228:4 265:2
**happened**
225:15 227:7
**happening**
175:20 227:4
**happens** 164:21
164:22 170:2
225:4,7 226:17
**happy** 59:8
151:10 249:22
251:6,12
**haranguing**
251:6
**hard** 148:20
238:6 242:17
**harder** 254:17
**Hardest** 151:7
**Hathaway** 218:4
218:6,12 219:2
219:3,13,14

**Hayek** 33:19
34:1
**head** 16:22 27:6
60:19 84:7
150:17 184:1
227:3,10
**headache** 194:4
**headed** 203:16
**header** 88:18
161:5
**heading** 116:3
161:2 268:3,16
**headquartered**
61:5
**headwind** 234:8
**health** 283:14,21
285:2,10
**heard** 55:2 92:18
197:19 221:21
222:4,14 240:1
**hearing** 235:11
**heavily** 143:14
150:11 197:20
197:22
**held** 2:1 8:10
42:20 43:1
87:12,15
129:11 138:13
139:17 190:6
213:17 236:1
294:18
**help** 269:7
**helped** 78:14
249:7
**helpful** 156:16
**helps** 102:8
**hesitate** 297:15
**hidden** 277:16
**high** 206:19
207:20 208:5
208:10,13
250:17
**highly** 48:10
58:7 140:19
166:9 185:16
198:15 224:11

259:8 263:8
**hire** 254:16
**hired** 164:4
269:6,10
**hiring** 105:20
255:14
**historically**
235:15
**hit** 127:18
**hold** 56:10 66:10
72:1,22 87:7
117:5 186:20
216:20 234:12
234:13,16
**holder** 173:8,9
**holders** 122:17
123:4 134:14
235:10,19
**holding** 134:5
189:5 201:10
219:5,10,11,15
**holdings** 132:22
135:20 138:4
138:21
**holds** 136:3
137:6 138:11
139:12
**homogeneity**
34:9
**honest** 41:13
48:3
**honestly** 65:7
151:8
**hope** 249:10
254:17
**host** 51:1
**hosting** 51:14
**hot** 56:5,12
57:15
**hour** 15:10 59:7
293:20 294:2
**hours** 15:19,22
17:2 48:15
110:1 258:5
**House** 76:13,18
76:22 77:3

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 316 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

                                                                  Page 16

261:21 290:7
**huge** 173:12
**human** 6:6 14:16
   14:18 35:19,20
   36:2 283:6,9
   283:10
**hundred** 165:1
   196:8,18 197:2
**hurt** 250:3
**hyperbolic**
   266:12
**hypothesis** 125:3
   155:21 157:15
**hypothetical**
   97:22 173:2,8
   218:2 219:2
   220:21 225:11
**hysteria** 254:19

                    **I**

**idea** 44:4,7,8
   63:18 153:16
   199:21 203:8
   231:15 232:18
   233:7 240:20
   245:14 283:5,8
   286:7
**ideas** 149:14
   207:11
**identical** 205:5
**identification**
   10:19,22 23:14
   25:21 28:14
   53:12 54:4
   56:2 130:21
   203:14 206:9
   229:15 237:7
   241:8 242:21
   246:16 249:17
   252:22 254:5
   258:16 259:20
   265:22 269:21
   271:3,10 273:2
   275:8 279:20
   280:13 281:20
   284:7 288:14

290:1 292:15
**identified** 66:13
   93:18
**identifies** 216:13
**identify** 110:10
   168:2 215:11
**idiot** 229:20
   230:14
**idiots** 233:22
**ignores** 182:16
   183:16
**ignoring** 170:6
   247:12
**illegal** 254:18
**illustrates**
   183:11
**imagine** 11:22
   97:20
**immediate** 70:18
**immediately**
   225:18
**immutable**
   145:14
**impact** 75:4
   90:11 98:22
   99:7 105:18
   106:5 107:4
   113:8 119:19
   121:4,5,11
   125:7,18 127:4
   127:6,11,16
   128:10,13,19
   128:22 130:7
   167:1 177:18
   177:21 283:1
**impacted** 124:14
**impacting**
   124:20
**impediment**
   138:5
**impersonate**
   24:7
**impersonator**
   24:7,11,13
**implementation**
   197:19

**implementing**
   251:19
**importance**
   134:13
**important** 97:10
   97:13 162:8
   197:5 226:14
   256:9,21
   270:11
**importantly**
   98:16
**impossible**
   161:14 193:13
   287:15
**impoverish**
   279:1 280:20
**impression**
   134:6 255:20
**improved**
   101:17 102:2
**inability** 221:20
   223:2
**inaccurate**
   181:13,16
**inappropriate**
   98:10
**inaudible** 58:5
**include** 40:4,5
   71:4,6 92:4
   94:15,21 98:10
   99:2 121:12
   149:3 252:10
**included** 38:8
   91:8,9 93:3
   96:22 121:14
**includes** 12:3,4
   83:2 91:14
   99:20 289:18
**including** 15:11
   60:5 83:4
   93:11 297:21
**inclusion** 91:15
   158:2
**income** 48:6,18
   48:21 62:2,4
**incorrectly**

112:6
**increase** 171:3
   178:4 210:18
   211:5 214:3,4
   214:4,20 215:4
   215:21
**increased** 101:7
   181:10
**increases** 180:11
   180:19 181:3
**increasing** 181:6
   215:19 216:2
**increasingly**
   253:9
**incurred** 48:12
**independent**
   47:5 92:8
   120:3 150:4
   164:6 167:12
   262:2
**independently**
   149:6,10
   161:10 174:14
**indicate** 23:20
   220:19
**indicated** 110:16
   111:2 113:14
**indicates** 86:8
   114:3 243:8
   244:3
**indicating**
   243:19
**indicator** 169:22
   170:1
**indifferent**
   238:22
**indirect** 291:2
**individual** 155:9
   166:19 167:1,6
**individuals**
   186:1 188:3
   190:9 194:10
   288:18
**indoctrination**
   261:13
**industrial**

245:20 253:10
   286:22
**industrialized**
   20:2
**inescapably**
   219:12
**inevitably** 250:1
**inference** 142:17
**infertility** 287:16
**inflation** 128:11
   128:18,20
   177:19,22
   178:3,19 180:8
   181:15 214:22
   287:1,8
**inflationary**
   286:8
**inflows** 184:10
**influence** 146:8
   168:15,20
   169:6,19 170:3
   173:3,6,18
   174:3,11,21
   175:6
**influenced**
   147:22 199:20
**influential** 83:15
   118:2
**information**
   63:3 103:20
   149:21 201:16
   201:16,18,19
   202:8,9 203:10
**informational**
   235:7
**informed** 119:22
**initial** 153:5
   165:8 235:22
**initially** 174:18
   175:7 206:18
   234:10
**initiative** 128:1
**innovation**
   247:1,11 248:7
**innovations**
   247:3,21 248:5

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

innovative
   250:20
inoperable 221:5
inordinate
   259:10
inside 254:10,15
   255:8
Insights 5:10
insignificant
   202:10
Instagram
   257:13,15,20
instance 29:20
   33:19 290:18
Institute 22:21
   23:2 28:18
   45:2 266:4
institution 186:6
   186:11,13
   187:4,10,18
   188:9 196:5,20
institutions
   188:3,5,12,17
   188:19 189:3
   190:10 194:10
   197:22
instruct 108:6
   108:22 110:1,6
   110:12
instructing 52:6
   52:7
instruction
   110:5
instructions
   108:3
instructor 42:10
   42:13 43:5
insufficient
   105:15
insults 266:12
integrating
   264:2
integration
   264:3
intellectual 42:1
   262:17 263:18

intelligent 253:8
intend 11:13,15
   11:18 137:17
intended 13:11
   126:10,13
intending 90:5
   105:16 127:6
   183:7
intent 103:2
   170:17 244:6
intentionally
   126:5 127:4
interaction
   267:6
interactions
   267:7
interbank
   205:22
interest 62:14
intermediaries
   202:2
intermediary
   202:1
Intermediation
   74:21
internal 126:16
   171:12
international
   200:22 202:14
   207:17
internationally
   85:12
internet 235:12
   244:14
interprets 91:17
interrupted
   116:16
interval 132:13
   132:14
intervening
   162:6
interview 4:10
   4:15,17 28:17
   55:16
interviews 235:8
introduce 55:15

221:4 263:4
   284:5
introduced 83:3
   206:17,22
   249:5
introduction
   92:6,7 189:20
intrusive 51:22
intuitively
   185:20
invalid 91:16
   92:5 93:12
   99:21
invalidates
   183:12
inventory
   187:22 188:13
   188:16
invest 70:21
   231:6
invested 231:14
   232:17,21
   238:3,4,5
investigate 99:5
   214:12,14
investigated
   213:21 214:9
investigating
   172:8,11
investigation
   222:18 293:8
investing 234:2
   234:3,5
investment 69:7
   69:9 72:12,14
   72:18 198:2
   218:4 231:22
   233:5
investments
   62:12
investors 136:5
   140:10 233:13
   233:18,22
   251:9
involve 200:13
involved 21:21

38:19,19 134:2
   146:21 197:22
   292:10
involvement
   17:17
involves 31:18
   186:21 291:16
irreversible
   283:1
Israel 290:8
   291:13 292:5
   292:22 293:2,9
Israelis 292:22
issue 33:14 35:7
   35:8 87:10
   201:6,6,6,8
   241:2
issuer 85:19
issues 61:17 76:7
   160:3
item 44:22
iterations 207:10

          J
January 24:21
jberg@kellogg...
   3:19
Jeff 4:10,16,17
   28:17 58:1,12
   58:14
Jeffrey 292:6,10
Jeremy 83:4,15
   83:19
jerk 261:1
Jinah 3:22 8:15
Joakim 6:8
   266:3
job 31:15 240:5
   244:7 263:1
Joel 83:5 84:3
John 271:14
joined 9:6 37:18
   38:6 39:21
   40:2
joke 243:21
Jordan 9:17

17:8 85:21
   86:2 87:4,8
Jordanian 43:19
   71:12 86:12
journal 73:12
journals 73:7
   258:9 260:9
July 13:6 82:5,9
June 53:15
   61:15 65:13
   82:4 253:4
   254:8 280:16
jury 10:1
justifications
   216:2
Justin 3:13 9:7

          K
keep 59:8 96:3
   109:22 115:20
   151:13 188:6
   212:6 238:7
   260:14 279:6
keeps 293:3
Kellogg 3:14 9:5
kept 244:10,12
kill 251:16 252:1
   252:4
killing 251:17
Kimberly
   271:14
kind 123:19
   134:6,13
   186:16 190:5
   234:10 263:14
   277:4 287:6
kinds 14:18
   222:2,3 235:15
King 2:5 8:10
knew 272:6
know 16:21 17:9
   24:10 27:8
   31:10 36:8
   40:5,18,21
   41:1 49:2
   50:10 51:6

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 318 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                                    Confidential

                                                                      Page  18

62:22 63:4,9
63:15,17 64:16
64:20,21 67:11
67:13 72:7
74:14 78:18
88:12 114:19
120:7,17 121:9
129:10,18
135:4,6,15
140:21 144:13
145:15 153:14
155:6 165:22
166:3,7 197:16
198:16 205:19
206:4 207:16
208:4,12,22
212:14 213:2
213:11,16
227:2 233:10
239:22 264:6
264:13,19
272:11,12,12
272:14,15
273:20 282:14
**knowledge** 18:2
70:17 84:4
142:11 212:2
**known** 32:3

**L**

**L.L.C** 298:1
**L.L.P** 297:1
**lab** 139:7
**labs** 1:5 3:11 8:6
9:6 92:10,15
92:22 93:20
94:10 97:7
98:12 103:8,14
107:3 112:3
122:1 123:12
127:2,9,13
128:11,12,16
128:17 130:6
132:19,22
136:3 137:6,20
138:11,13

139:11,17
142:12 144:6
146:7,10,16,20
149:3 159:17
160:12 161:8
164:14,15
168:15,19
169:17,18
171:7,13,17
173:10,13
174:7,18
183:11 185:12
189:22 197:21
198:1,3 216:20
217:2,4 218:20
219:9 220:14
222:9 225:22
228:5 232:4,7
297:3 298:4
299:8
**Labs'** 96:6
112:16 127:22
128:1 138:21
147:22 168:16
168:17 169:9,9
170:9 175:4,5
176:18,19
177:4 182:17
182:18,19
207:10
**Labs's** 142:3
**laid** 97:18
**language** 266:12
**large** 136:4
137:6 138:11
143:20 225:16
291:19
**larger** 138:14
200:8
**largest** 204:9
**laser** 243:7,10,11
243:14
**latest** 69:22
**launch** 50:11
**launched** 197:6
**law** 284:18

**Lawrence** 6:18
271:13
**lawyers** 110:3
**lead** 3:3 8:22
99:14
**leaders** 292:6
293:2,10
**leadership** 232:6
**leads** 173:5
246:11
**lean** 162:17
196:11 221:10
240:20 242:9
**leaning** 246:7
**learn** 29:18
30:12 82:1
103:14 144:16
226:13,14
**learned** 22:15
23:5 27:19
28:3 29:17,20
30:3 84:14,17
85:5 289:2,10
**learning** 29:5,13
**leave** 44:18 47:2
170:15
**Lebanese** 45:2
45:11,13 46:13
46:22 264:9
**Lebanon** 86:9,10
86:11
**lecturer** 43:9,12
46:3
**led** 278:9
**ledger** 80:3,12
141:20 143:13
143:19 146:9
147:1,2,6,11
147:12,17,22
148:3,8,19,21
149:5,5 153:6
196:7,21
210:14 212:3
212:15,21
213:5 222:20
256:8

**Ledger's** 221:9
**leeway** 51:16
**left** 46:22 47:1,3
47:10 127:19
**legal** 86:5
**legally** 86:9
**length** 266:19
**lens** 231:2
**Leslie** 1:19 2:14
8:16 296:15
**let's** 10:17 15:6
17:20 18:4
19:3 20:21
23:9 25:17,17
28:11 29:22,22
37:1 56:11
59:10 61:1
73:2,18 83:16
87:20 108:10
118:10 128:6
130:18 131:1
135:22 143:10
145:19 151:1
151:16 159:4
160:2 162:19
166:16 168:11
172:15 180:21
182:12 186:8
191:17 207:7
210:1 214:17
215:9 216:17
223:18 224:11
229:12 232:15
246:13 252:20
254:2 257:18
258:13 259:17
265:19 271:8
280:11 281:6
281:18 284:5
287:20 288:12
**level** 22:3,5 99:8
145:16 193:19
**liable** 255:6
**liars** 280:7
**lies** 162:8 251:7
279:12

**life** 25:3 52:1,2
215:15
**likelihood** 123:9
123:16
**line** 54:11 92:1
127:21 146:4
168:17 169:9
172:21 174:10
174:20 175:5
175:11,15
176:19 208:9
299:11
**lines** 45:12
283:17
**linguistic** 263:3
**link** 56:19,19
57:10,17
170:12 172:9
260:11
**liquidating**
122:19
**liquidators**
127:15
**liquidity** 5:10
102:2 200:9
201:22 206:12
206:14
**list** 18:8,15,22
19:7 20:7 64:5
65:1 73:2,13
74:5,7,12 77:9
77:12 78:18
80:22 81:1
83:1 144:10,14
144:18 145:3
**listed** 38:5 44:22
45:21 60:11,16
61:2 73:10
74:15 75:18
76:13 77:17,19
78:3 79:1,4,4,6
80:8 98:3
269:13 271:14
**lists** 41:2
**Litecoin** 69:18
69:22 70:6,11

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 319 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                                  Confidential

Page 19

70:13
**literature** 80:2
  80:11 100:1
  150:15
**litigation** 1:6 8:7
  11:3 26:20
  297:3 298:4
  299:8
**little** 32:21 34:7
  38:2 59:10
  60:13 148:14
  149:9 151:5,15
  151:16 155:21
  161:2,2 189:15
  202:8 212:1
  227:18 236:12
  246:6,7,9
  266:14 274:8
**live** 9:16,20
  52:21,22 86:10
**lived** 86:8
**lives** 251:8
**living** 47:15,17
**LLC** 299:1
**LLP** 2:5 3:5
**load** 34:16
**located** 8:11
**locations** 44:11
**lock** 143:2
**locked** 141:6,12
  141:12
**logic** 124:4
  163:10,16
  226:11
**logical** 35:18
  293:5
**London** 37:11
**long** 23:22 52:5
  70:15 73:1
  88:12 109:20
  130:1 160:20
  225:9 234:16
  254:1
**long-term** 90:11
  168:22
**longer** 27:2 41:7

151:15,17
286:21
**look** 12:11 26:1
  28:22 45:12
  54:7 89:15
  94:2 97:16,21
  106:1 115:17
  118:20 123:11
  126:2 140:1
  145:9 163:4,8
  164:5 165:3
  167:18 174:9
  175:22 181:21
  197:10 198:18
  204:13,22
  206:16 209:1
  211:19 223:18
  229:12 241:11
  245:22 246:20
  251:13 258:13
  266:8 268:2
  273:4 284:11
**looked** 79:10
  130:2 131:17
  145:15 172:5
  196:9 198:10
  207:4 221:13
  223:8,11
  225:14,21
  237:1 242:15
  257:11 261:19
**looking** 93:21
  107:10 129:19
  137:14 156:9
  157:1 161:2,7
  169:3 190:10
  194:10 199:13
  220:3 227:12
  229:18 231:2,3
  240:13
**looks** 10:9 11:6
  205:16 243:7
  272:6
**Los** 1:14 2:6,9
  3:6 8:12 87:4
  87:12,16 297:2

**lose** 176:6,7
**losing** 176:8
**loss** 174:1
**losses** 122:17
  123:4
**lost** 70:14,15
  73:14 156:12
  247:1 248:17
**lot** 24:6 27:21,22
  28:6 30:17
  31:1,8 33:15
  33:17 34:9
  68:21 87:9
  139:6,18
  150:12 215:14
  240:10 244:1
  244:12 248:12
  250:18,19,22
  251:1 254:1
  258:3,3 272:7
  272:7,8
**low** 206:19
**LUNA** 250:16
**lunch** 151:6
  159:8

───────────
**M**
**M** 1:21 3:15
  298:1 299:2
**MA** 20:7
**machines** 261:9
  261:13
**macroeconomic**
  4:20 30:7
**macroeconomi...**
  289:16,17
**magazine** 280:4
**magnitude**
  106:16 113:3
**main** 112:11,12
  172:11 199:19
  215:19 251:20
**mainstream**
  29:5,14,19
  30:2 33:4,8,14
  33:18 34:13,16

155:2,10 259:7
276:5 289:13
**maintain** 187:22
  188:13,15
  221:3 245:16
  276:11
**maintains** 144:8
  162:10
**maintenance**
  143:20
**major** 33:22
  249:2
**majority** 144:4
**makers** 194:4
**making** 6:15
  35:18 79:11
  106:15 115:15
  189:12 202:11
  222:5
**man** 198:12
**manage** 26:8
  173:16
**management**
  19:12,14,15
  62:10 63:10,16
  174:1 185:11
**managerial**
  162:4
**manages** 225:16
**managing** 176:9
**manner** 197:7
  197:17
**manning** 253:7
**manufactured**
  289:6,11
**manufactures**
  127:3
**March** 6:8 280:1
**margins** 226:7
**mark** 10:18
  23:12 25:19
  28:12 53:9
  54:1 55:18,22
  130:18 170:15
  203:12 206:7
  229:13 237:4

241:6 242:18
246:14 249:15
252:20 254:3
258:13 259:17
265:20 269:18
270:20 271:8
275:5 280:11
281:18 288:12
289:21 292:13
**marked** 10:21
  11:16 23:13
  25:20 28:13
  53:11 54:3
  56:2 89:13
  130:20 203:13
  206:8 229:14
  237:6 241:7
  242:20 246:13
  246:15 249:16
  252:21 254:4
  258:15 259:19
  265:21 269:20
  271:2,9 273:1
  275:7 279:19
  280:12 281:19
  284:6 288:13
  289:22 292:14
**market** 4:19
  32:15,17 45:2
  65:19 92:8,14
  92:19 93:1,4
  94:16,22 95:20
  96:7 97:5 98:9
  98:12,16,17
  102:2 105:6
  106:18 112:4,8
  112:13 113:1,4
  119:22 127:3
  127:15,17
  156:6,8,20,21
  157:6 158:3
  160:21 161:10
  161:16,22
  162:4,5,6,7,20
  162:21 163:12
  163:14,22

In re Ripple Labs. Inc., Litigation
Confidential
Saifedean Ammous, Ph.D.

164:2,5,10,10
164:12,14,15
164:22 165:19
166:12,20,21
167:8,12,19
168:3 172:13
177:4,7,12
179:10 183:12
185:12 186:4
194:4 197:8
202:4 204:10
216:22 219:7,7
219:13,18,22
220:4 224:4,12
224:15 225:17
226:2,6 228:2
228:9 235:16
277:7
**marketing** 139:6
222:3 240:4,5
240:6,9,11
251:22
**markets** 202:11
209:12,16
223:17
**marking** 56:17
57:5
**marks** 59:16
159:9 210:6
**masquerading**
259:11
**massive** 140:19
**master's** 20:4,11
20:18 37:11
**masturbation**
260:11
**material** 12:5
78:11,13,13
149:22
**materials** 77:9
77:13 81:1
83:1
**math** 16:1 101:3
269:14
**mathematical**
34:20 35:4

**mathematics**
269:10
**matter** 8:6 94:7
102:1 112:4,6
112:15,19
157:11 185:5
297:6
**mattered** 51:18
**matters** 111:22
112:7,14 120:1
238:13 252:5
**maximalist**
238:9,15
**maximize** 154:7
**mean** 11:22 14:5
14:9,10 31:4
33:2,9 34:9
49:21 56:14
68:20 69:2
78:5 82:17
83:13 84:12
91:6 93:6 94:2
96:5 97:16
99:10 100:3
103:19 107:1
109:20 113:2
121:13 129:22
134:18 135:3
136:21 137:3,9
153:4 154:11
164:11 166:22
168:8 169:8
172:4 178:2
185:15 187:13
188:3 189:1
197:4 218:16
227:17 232:13
232:22 234:21
238:5,11 242:5
242:9 244:17
250:12 254:22
255:11,17
256:12,15
257:21 262:21
276:8 277:2,6
279:9 285:5,11

287:12
**means** 14:7 50:1
77:20 146:9
184:15 217:10
228:7 238:12
296:20
**meant** 255:8
**measurable**
128:13
**measure** 32:17
128:9,10
136:10 137:16
177:17,18
178:19 179:1
180:13 181:14
181:20 182:5
183:1
**measured**
128:18 129:19
130:7 156:6,8
156:22 183:20
**measurement**
183:22
**measuring**
137:15
**mechanical** 19:8
**mechanism**
205:21
**medal** 266:20
**media** 8:4 59:17
118:16 159:10
210:7 257:8,19
**meet** 16:15
210:20 211:11
**meeting** 17:3
**member** 38:7,7
40:2 67:12
**members** 63:16
70:18 106:10
107:3 171:13
285:2,10
**meme** 243:9
244:8
**memory** 197:1
**mental** 21:19
**mention** 40:10

67:17 209:7
213:6 216:4
226:16 269:8
**mentioned** 25:16
32:19 119:17
144:3,7 184:3
204:1 246:10
287:19
**mentioning**
182:11 208:10
223:2
**mentions** 90:1
207:18
**mere** 183:10
**met** 16:17,19,20
267:7
**methodological**
260:13
**methodology**
104:1,11,21
108:10 133:4
134:2 149:11
199:17
**metric** 94:5
117:19 136:13
182:4
**metrics** 92:7,18
181:19
**Mexican** 186:10
191:18
**Michael** 3:4 9:2
**middle** 43:10,16
175:11,15
**milestone** 249:2
**million** 153:8
165:1 207:21
208:5,10 209:9
**mind** 64:4 98:2
226:22 228:16
230:11 231:4,6
231:12 248:1,3
**mine** 176:7
**minimize** 127:15
170:22
**minimum**
213:16

**mining** 176:7
**minor** 205:14
**minute** 19:4
108:11 156:13
233:9
**minutes** 57:18
57:19 166:3
**misconception**
35:8
**Mises** 22:21 23:1
23:2 28:18
34:2
**Mises.org** 22:17
22:20
**misphrased**
282:13 283:3
**misses** 170:13
**missing** 74:5,6
**Misstates** 234:20
**mistake** 201:12
201:14
**mistaken** 59:4
**misunderstan...**
202:6
**mixed** 238:7
255:2
**Mm-hmm** 13:2
15:8 17:22
18:6,20 19:5
19:13 20:10
26:5 29:7,9
31:20 41:5
42:15 53:17
54:9,14,20
60:1 73:5,17
77:11 81:13
89:5 93:13
102:13 106:6
114:7 117:11
124:11 126:3
131:9,19
138:15 140:7
140:14 145:21
146:5 148:5
155:17 172:17
178:1 189:18

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 321 of 341

12/13/2023        In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                            Confidential

Page  21

190:15 191:3
191:19 198:21
199:16 205:2
207:3 209:6
210:12 223:20
225:6 228:11
247:7,14 273:6
282:5
**Mmm** 16:4
44:16 53:7
59:2 134:18
246:3 250:12
257:21
**model** 31:19,22
89:10 90:15,19
91:1,5,14,16
92:5 93:5 96:2
96:3,4 99:6,20
105:2,8 132:1
132:8 161:15
161:21 162:13
162:22 167:11
193:3
**modeling** 34:21
35:5
**models** 75:7
105:4
**Modernity's**
73:14
**monetary** 152:2
152:6 154:15
235:2,14,14
290:20
**money** 5:8 74:9
75:1 79:5 80:5
139:15 176:6,7
176:8 186:2,7
193:7,10 195:4
200:2 201:20
203:18 205:10
229:22 230:10
234:12,17
247:2,5 250:19
255:21 276:15
286:8,12
289:18 291:4

291:10,10,14
291:14,16
**MoneyGram**
198:2,15,16
199:7
**monies** 235:15
**monitor** 8:14
265:14,17
**monopoly**
276:11,15
**monsters** 293:3
**month** 16:5
181:22 182:1,2
182:4 218:3
**monthly** 130:2
130:12 131:12
132:9,14 180:3
184:8,9
**months** 16:21
40:22 80:17
86:11 129:2,2
129:3 252:18
**morning** 9:13
**motivations**
235:1
**mouth** 115:13
**move** 52:2,8
223:3 224:16
224:18 227:22
**moved** 208:19
**movement**
159:22 160:1
162:8 168:4
216:11
**movements** 93:1
93:3 94:16,22
95:20 161:10
161:12,16,22
163:14 164:2
164:10 172:12
228:20
**Moving** 44:21
**MPhil** 20:8
**MSc** 19:11 20:4
**mtayag@sus...**
3:8

**multidisciplin...**
31:5
**multiplied**
136:14
**mute** 35:11

---

### N

**N** 3:1 4:1,1 5:1,1
6:1,1 7:1,1 8:1
**N.W** 3:15
**name** 8:15 9:14
55:3,4 79:13
135:1,4 257:15
266:12 268:22
296:10 298:5
299:9
**named** 270:22
270:22
**names** 134:15
135:5,10
146:18
**Nassim** 264:6,15
264:17
**Nation** 293:11
**native** 200:15
**nature** 44:6
**necessarily**
25:15 84:15
145:4 165:7,20
176:16 177:5
193:15 216:16
220:9 245:13
**need** 36:14 58:6
86:14 93:14
96:22 115:4
163:8,9,17
170:8 186:20
195:4 210:17
211:4 212:17
231:7
**needed** 260:14
**needs** 187:5,11
187:18 210:21
**negative** 127:11
127:19 240:16
240:20

**negatives** 240:18
**neither** 30:18
98:19,20
**neoclassical** 30:6
30:15,19
**net** 71:8 183:20
184:9,14 209:8
240:16,16
**network** 196:2,3
197:13 221:5
222:1 234:8
**neutral** 200:10
235:2
**never** 31:21 32:5
32:16 39:10
63:3 70:3 90:1
142:15 197:6
198:5 213:19
221:21 222:4
222:14 223:1
**new** 14:20 61:5
70:7 151:4
166:4,5,6
193:19 231:19
231:20 247:2
287:3
**news** 222:22
223:17 254:9
290:6
**newspaper**
280:4
**nice** 251:3
**nightmare**
241:18
**nimble** 223:4
**Nobel** 33:20
**node** 144:9,14
144:17,17
145:2
**nodes** 143:21,22
144:7,9,13
145:2,10 196:3
**nods** 129:4
**non-Bitcoin**
239:13 249:11
252:14

**non-zero** 113:15
113:20
**noncommunic...**
109:9
**noncommunic...**
109:9
**nonprofessional**
72:18
**nonsense** 22:9
**normative** 93:7
**Northern** 1:2 8:8
**Nos** 56:1
**NOTARY**
298:22
**note** 80:18
**noted** 57:14
298:11
**notes** 82:18
189:1 296:7
**notice** 2:14
**noticing** 297:12
**noting** 297:12
**notion** 35:17
**November** 5:11
206:15 208:6
208:14 209:18
218:3 229:19
290:4
**null** 125:3
**number** 8:4
59:17 131:3,8
136:14 143:21
144:3,7 159:10
166:6 210:7
211:21 212:16
213:12,17
214:3,4 257:8
257:11
**numbered** 204:4
**numbers** 48:3,4
48:6,9 121:12
181:9 200:18
259:1 269:12
**numerical**
119:18 123:19
**numerous** 268:7

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
Confidential

268:19
NW 1:21 298:1
299:2
NYDIG 60:5
61:2,3,4,8,13
61:18,20 62:7
62:9,12,17,22
63:6,15

**O**

O 4:1 5:1 6:1 7:1
8:1
Oakland 1:3 8:8
oath 2:17 9:22
135:14
object 51:16
56:22 57:5,8
116:10,20
objection 21:9
42:6 52:5,13
103:17 104:3
108:5,21
113:10 116:7
116:21 117:17
171:10 174:12
234:19 256:11
295:3
objections 296:5
objective 112:15
obligation 57:4
obstacle 189:21
obtained 18:9
obtaining 22:4
22:17
obviously 33:10
262:21 265:16
282:14
occur 109:15
occurred 195:9
October 54:8
284:10 292:19
ODL 100:16,19
101:7 102:1
127:3,7,10,16
182:19 185:3,5
185:9,10,13

186:19 187:3,9
187:21 188:1
188:13,19,20
188:22 189:2
189:16 190:4,5
190:17 192:15
192:18 194:15
195:11,14,17
196:5,6,14,16
197:6,16,19
198:8,12,13,17
199:3,15 203:1
203:10 205:17
206:3,5,17,22
207:12,17
208:19 209:17
209:18
ODL's 101:16
oelkhunovich...
3:9
offer 11:18 13:4
13:15 14:1
44:9 49:17
50:14 56:8
57:22 89:1
90:5 103:2
105:17 136:16
152:11 167:20
216:13 218:19
239:4 288:20
offered 13:12
15:3 38:17
53:19 72:3
82:18 83:9,19
83:21 84:2,22
87:7 142:9,11
154:1 262:11
offering 13:11
21:8 90:17,21
91:3,7,13
93:10 95:6
96:15,19 98:1
100:11,14
101:2,6,18
102:3 103:5
105:9,12 106:7

111:12 122:6
122:10 123:3
124:18,21
135:18,21
147:16 148:7
148:11,16,18
152:18 153:20
156:11,19
157:5,9,13
158:14 161:13
177:10 185:4
196:13 216:7,9
217:7 253:15
offerings 254:18
offers 53:5
100:15,20
102:5
offhand 174:15
174:17
office 2:6 297:7
297:15
offices 2:2
official 274:2,5
officially 144:20
144:21
officiated 2:16
oh 130:2 161:1
256:6 259:2
oil 162:20,21
163:2,12,14
164:5 176:5,6
Okay 10:9,17
16:8 27:11,17
37:13 41:2
45:20 52:10,12
53:4,9 56:22
57:13,14 59:6
59:12 61:1
71:7 73:15
79:22 80:7
87:19 88:15
96:21 98:8
102:4,18 103:7
104:1 105:16
106:1,19
107:17 108:2

110:6 111:6
118:10 123:21
124:11 129:16
130:3 132:10
132:12 133:21
135:9 137:4
138:19 143:10
148:6 151:18
152:1,10
154:14 155:14
158:18 159:2
161:6 171:16
177:2 180:21
182:12 185:1
199:10 202:22
204:6,13,17
207:7 209:6,11
209:14 213:20
214:16 223:14
223:18 226:21
227:11 228:14
238:17 241:5
244:15 245:19
246:1 258:7
259:2 260:6
261:18 268:11
268:14 269:17
272:15 274:8
283:13 285:16
289:20 293:15
294:12 295:5
old 134:20 247:2
287:3
Oleg 3:4 8:21
56:18
omitted 204:2
on-demand 5:10
206:12,14
once 133:1
135:20 267:5,8
ones 60:10,16
61:1 83:12
202:20 248:12
268:7,18
ongoing 61:10
67:2

online 22:10,13
33:2 47:15,17
47:18,19,22
49:8 50:14
53:4 54:17
62:17 65:21
133:18 134:19
134:21 135:6
265:18
onus 125:11
163:10
open 59:21
127:18 198:6
228:16,18
256:4,6 277:17
open-minded
240:21 241:2
246:9 249:7
operate 49:14
210:19
operated 142:12
144:14,18,21
144:22 197:10
197:17
operates 145:2
190:18
operating 197:8
210:14
operation
148:19,21
153:8,18
162:16 193:17
214:22 291:18
operations 65:13
65:16 152:13
152:17,22
153:13,22
163:7 292:11
opine 104:22
123:21
opined 101:15
opining 101:21
157:3
opinion 12:1
13:4 15:3
21:15 76:2

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

                                                                          Page  23

84:19 90:10,17
90:21 91:3,7
91:13,18 92:4
92:11 93:2,10
95:6,18 96:15
96:19 99:19
100:11,14,16
100:20 101:2,6
101:19 102:3,5
102:11,15
103:2,5,13,21
105:9,12,17
106:7 108:20
122:6,11 123:3
124:18,21
135:18,21
142:8,10,15,18
147:16,21
148:11 152:18
152:20 153:11
153:20 154:2
156:20 157:5,9
157:13 158:14
161:13 167:20
173:1 177:10
185:4,8,10
193:4 196:13
199:15,18
203:2,5,7
206:2 216:7,9
216:13 217:7
218:11,19
230:17 239:5
**opinions** 11:17
11:21 12:19
13:10,12,15
15:13 21:7
72:3 77:21
78:3,14 80:1
80:20 81:2,10
82:13 83:9,19
83:21 84:2,9
88:22 104:2
112:18 148:7
148:18 149:12
248:10

**Oppenheimer**
3:12 4:3 9:4,4
9:12 11:1
21:10 23:15
25:22 28:15
42:8 52:3,10
52:16 53:13
54:5 55:17
56:5,12,18
57:2,12,14
58:10 59:6,12
59:19 87:20
88:5 103:22
104:6 108:1,9
108:13 109:5
109:10 110:4,8
110:14,22
113:12 114:19
114:22 115:8
115:22 116:4,9
116:15,19
117:1,4,6,9
118:4,10,18
130:22 151:3
151:11,14,18
151:21,22
159:3,12 160:2
160:10 171:15
174:16 203:15
206:10 210:1,9
229:16 235:3
237:8 241:9
243:1 246:17
249:18 253:2
254:6 256:18
257:2,10
258:17 259:21
266:1 270:1
271:6,11 273:3
275:9 279:21
280:14 281:21
284:8 287:20
288:5,15 290:2
292:17 294:9
294:12,20
295:5

**opposed** 52:1
139:12
**opposite** 170:21
173:21 223:4
239:20
**optimistic** 253:9
**option** 49:18
297:9,10
**options** 66:9,10
68:6,7,13
151:13
**order** 96:22
98:19 104:21
108:19 110:10
127:18 130:12
134:16 163:17
168:6 170:11
171:1 181:10
185:10 186:14
188:1,14 190:7
196:4 197:13
210:18 213:17
252:4 287:7
**orders** 127:16,17
**ordinarily** 9:18
**organization**
283:22 284:18
285:2,10
**original** 264:10
296:8 297:11
**origination**
127:10,16
**oscillate** 191:11
191:16 192:1
**OTC** 106:4,8
121:3
**ought** 91:8,10
**outcome** 15:14
**outflows** 183:20
184:9,14
**outlandish**
266:15
**outline** 186:16
**outperformed**
139:21
**outside** 33:4

42:2 94:6,9
160:22 248:5,8
**over-the-coun...**
106:4
**overall** 62:4 73:6
240:14
**overlap** 34:5
**overstated** 226:6
**overview** 88:22
185:19
**owned** 62:9 63:1
63:6 137:20
174:7,18 175:7
175:9
**owning** 263:17
**owns** 125:5,6
172:15 175:12

───────────
**P**
**P** 3:1,1 8:1
**p.m** 26:3 54:8
159:7,11 160:6
160:9 210:4,8
257:5,9 288:1
288:4 294:17
295:9
**pace** 132:20
**page** 4:2,7 5:3
6:3 7:3 13:1
24:21 26:2
28:22 54:8
55:18 102:7
131:7 144:2
204:5,8,8,14
206:16 241:12
243:2,3 259:1
259:4,5 260:4
260:7 266:8
268:2,4,8,10
268:13,13,15
282:3 284:12
288:22 297:12
298:4 299:11
**pages** 204:4
298:7
**paid** 16:2 38:11

53:1 62:20
66:2,5,8 68:4
68:11 193:20
194:21,22
195:1,11,15,21
196:1 294:4
**pandemic**
283:14 284:16
**paper** 4:19 5:6
73:10 74:22
78:12 79:3
80:4,6,10
139:14,15,22
140:5 150:11
203:16,19,22
205:9,15 207:2
222:22 223:7,8
223:11,15
230:9
**papers** 31:21
32:5,16 39:15
80:16 111:10
150:20 253:18
259:9
**paragraph** 12:22
13:3,19,21
14:6 15:6,7
29:1 54:16
59:22 60:2,11
60:16 88:16,18
89:3,16,16
91:21,22 92:1
101:12,15
102:11,19,19
103:7 106:1
118:20,22
119:5 120:22
121:21 122:1
123:21 126:1
126:22 127:2,8
128:3,6,7
129:14 131:5
132:4,17,18
135:22 136:2
136:19 137:5
138:10 140:8

12/13/2023                    In re Ripple Labs. Inc., Litigation                Saifedean Ammous, Ph.D.
                                         Confidential

143:10,12
145:19,22
151:1 155:15
156:5,16
157:17,19
159:14,16
160:18,19
161:6 165:3
166:13,16
168:12,13
176:13 177:2
177:15 178:18
179:6 182:14
182:15 184:6,7
185:2 186:17
189:16,19
194:9 199:14
204:14,21,22
205:4,8 206:2
206:17 208:2
209:1 210:11
210:13 214:17
214:19 216:17
216:19 218:19
220:3,12
223:18 227:12
233:8,12 259:5
259:7 260:8,22
266:10,18
270:9 293:17
**paragraphs**
  88:21 100:21
  102:14 124:9
  124:12 125:20
  152:1,5,8
  154:15 205:3
**parameters**
  97:17,19
**paraphrased**
  205:12
**parent** 63:9
**parentheses**
  106:4 179:11
**part** 15:12 31:18
  38:8,16,18
  55:20 66:3

76:3,5 108:9
113:5 136:8
140:13 180:22
182:18 233:16
244:13 257:22
276:5 277:14
277:19 278:18
283:7
**participant**
  188:2
**participants**
  187:22
**participating**
  187:4,10 188:4
  188:12,19
  189:3 196:5,19
**particular** 30:7
  62:7 63:2
  76:12 92:3
  96:20 99:8
  100:5 105:17
  106:2 107:4,5
  107:7 108:19
  109:15 111:18
  119:16,20
  120:11 134:12
  143:18 153:15
  170:4 175:15
  201:7 235:21
  242:5 245:17
  247:22 276:11
  289:15 290:17
**particularly**
  100:4 146:18
  224:9 239:1
  249:13 250:7
  251:13
**parties** 202:1
  278:17
**partners** 186:20
**party** 113:4
**passed** 207:16
  209:18 268:22
**passport** 85:15
  85:17,20 86:12
**passwords** 70:15

**paste** 205:14
**pathetic** 253:7
**Pause** 88:2 160:7
**pay** 50:6 51:1,3
  51:13 52:14
  55:7 61:20
  191:14 192:3
  192:17 196:6
  196:20 197:12
  239:1
**paying** 193:8
  239:5
**payment** 62:15
  189:22 190:3
  195:20 234:2
**payments** 190:7
  206:20 234:4
  234:11,16
**PayPal** 201:21
**pedaled** 279:12
**pedophile** 293:1
  293:9
**peer** 14:22,22
**peer-** 39:10
  73:15
**peer-reviewed**
  73:7 75:3,12
  258:8
**penalty** 285:5,11
  285:15
**pending** 116:12
**people** 24:8,9
  44:9 50:1,5
  72:12,16,17
  107:10 112:10
  121:15 134:4
  134:18 135:5
  139:18 146:15
  146:19,21
  153:6 154:9
  192:3,9,14
  193:5 201:10
  201:12,14
  215:21 221:18
  231:14 232:10
  232:17 233:3,4

234:9,13,14
239:13,22
240:10 241:16
244:12 247:4
249:5 250:2,14
250:18 251:2,6
251:7,16,22
255:5 261:14
263:20 278:17
281:7 282:17
282:18 286:2
286:11,14,19
287:6 291:6,7
294:6,8
**Pepe** 227:6
**percent** 48:20
  62:4,5 125:6
  175:17,18,18
  182:1,2,3
  196:8,18 197:2
  224:16,17,19
  225:19,19,19
**percentage**
  48:18 50:5
  62:2 224:13
**perfectly** 210:14
**perform** 93:22
  94:3 95:2
  107:14 170:16
**performance**
  140:3,4 168:22
  170:11
**performed** 78:8
  94:14,20 168:5
**performing**
  94:12
**period** 60:20
  107:11 129:22
  131:16 139:21
  153:12 166:5
  208:6,14 212:1
  217:1 224:9
  297:13
**periods** 90:22
**permission** 58:4
**permitted** 86:9

**person** 16:19
  86:15 120:18
  121:10,17
  133:18 135:5
  172:15 173:2
  213:10 243:20
  267:8
**person's** 172:21
  217:11
**personal** 229:8
**personally** 77:16
**perspective** 4:20
  163:4 232:2
**pertain** 96:5
**Peruses** 11:4
  91:20 117:18
  205:2
**pesos** 186:10,14
  191:18,21,22
  192:1
**Ph.D** 297:1,4
  298:5 299:9
**phase** 198:9
**PhD** 1:13 2:1 4:2
  9:8 20:19,21
  20:22 21:6,21
  22:4,8 23:3
  26:3 27:17,19
  28:3 29:4 30:3
  30:9,16 31:3
  36:6,14 37:9
  37:18 42:11
  72:4 270:22
  271:5 295:8
**PhDs** 36:9
**Phelps** 39:6
**phenomena**
  99:13
**photo** 243:6
**phrase** 129:13
**phrased** 114:1
**phrasing** 53:8
  113:18 118:8
  283:17
**physical** 44:10
  71:9

12/13/2023        In re Ripple Labs. Inc., Litigation        Saifedean Ammous, Ph.D.
                         Confidential

**pics** 243:12
**picture** 242:17
    243:4,12,13,18
    244:3,10
**pie** 96:11,12,14
**piece** 171:5
**pilot** 198:5
**pimps** 293:1,9
**place** 36:8 41:22
    52:4 86:19
    90:19 114:3,11
    184:3 185:16
    221:6 260:15
**places** 84:10
**plaintiff** 3:3 8:22
**plaintiffs** 83:3
    295:1
**plaintiffs'**
    155:20 156:7
    156:20,22
    157:10,14
**planner** 71:18
**plausible** 63:8
    166:9
**play** 55:19,20
    56:21 57:9,17
    225:9
**played** 56:7
    57:20
**player** 219:13
**playing** 57:8
**please** 9:14
    12:22 59:20
    88:16 118:20
    126:22 156:14
    182:10 210:10
    274:11 297:6
    297:10,11,14
**plot** 182:3
**plus** 232:5
**podcast** 4:15,17
    55:6,16 58:11
**podcasts** 25:10
    26:7,13 251:15
**point** 43:22 48:5
    48:15 51:8

60:22 98:2
112:11,12
114:11,17
125:4,6,10
139:16 142:1
144:6 146:19
153:17 159:4
160:15,18
161:4 170:5,13
182:10 184:2
211:14 235:21
238:22 239:17
255:20 260:10
267:22
**pointless** 36:18
**points** 25:15
    143:15 222:4
    239:15 242:14
    267:12,15
**policy** 21:4 31:7
**political** 260:13
    286:10
**politicians**
    276:18 277:1
    277:10
**Ponzi** 241:15
**poor** 20:1
**pop** 119:1,8,12
    120:4,9
**portfolio** 122:20
**portion** 90:6
    205:4 223:22
    227:13,16,20
    228:6,7 258:11
**pose** 281:16
    282:11
**posited** 225:12
**position** 42:16
    42:18,19,20
    43:6,13 125:15
**positions** 46:12
**positive** 172:20
    240:16,22
**possibility** 85:9
    145:5,7 228:18
    256:17

**possible** 93:22
    113:7,11
    120:19 121:18
    140:22 141:1
    163:13 171:1
    176:5,6 190:11
    192:10,15
    194:11,15,20
    195:7 215:11
    216:1 222:8
    256:7,13,15
    291:6
**possibly** 256:20
**post** 23:16
    257:19 282:1
    292:19
**postdated**
    280:15
**posting** 206:11
**posts** 4:8,9,13,14
    5:12,13,14,15
    5:16,17,18,19
    6:19 7:4,5,6,7
    7:8,9,10
**potential** 184:10
**Potentially**
    153:4
**power** 286:14
**powers** 245:16
**praxiological**
    35:22
**praxiology** 35:14
    35:17
**precise** 165:15
**predict** 225:8
    234:7
**predominantly**
    154:18 260:10
**preexisting**
    229:1
**prefer** 114:12
    115:5,12 118:8
    151:6 185:15
**preference** 87:11
    87:15
**preferences**

151:10
**premise** 231:18
**preparation**
    15:11 17:3,10
**prepare** 16:8,15
    17:6
**prepared** 80:19
**preparing** 77:13
**present** 3:21
    41:4,7 70:2
    89:17 125:12
    157:14 163:12
    172:6 198:14
**presentation**
    126:17
**presented**
    105:13 111:10
**presenting**
    255:19
**presents** 115:7
    156:1
**pressure** 127:19
**presume** 82:8
    111:10 126:16
    195:16,18,22
    212:16 243:21
    244:6 250:13
**pretense** 260:14
**pretty** 16:14
    27:1 154:13
    173:12 244:19
    245:22 250:17
    271:4
**prevent** 136:4,20
    137:7 138:12
    138:17,21
    276:12
**previous** 208:7
    208:15
**previously** 22:8
    89:13 240:17
    287:15
**price** 75:4 90:12
    92:6 95:11
    96:18 97:3
    99:8 105:10,18

106:5,8,21
107:6,13
110:17 111:3
111:19 112:17
113:2,5,5,8,16
113:21 118:3
119:1,8,12
120:4,10,15,20
121:4,11 122:7
122:12 123:14
123:22 124:5,6
124:14,14,19
125:8,21 127:4
127:6,12
128:10,13,19
128:22 129:19
129:21 136:13
140:20 148:20
149:3 156:7,9
156:22 157:1,6
158:21 160:20
163:2 164:21
167:2,13
168:22 170:2,3
170:12,16,18
171:8,18 172:3
172:9 177:18
177:20 216:11
217:2,3,9,10
217:14,18
218:1,9,11,16
218:21 219:17
219:22 220:5,7
220:18 225:17
225:18 226:8
226:15 228:19
286:8,13 291:5
**prices** 124:1
165:19 183:12
226:3
**pricing** 161:14
161:21 162:13
162:22
**primarily** 25:1
47:15 97:12
170:3 263:17

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 326 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

Page  26

**primary** 45:5,8
**principal** 256:9
**principals** 154:8
**principle** 190:19
**principles** 5:21
  75:21 76:9
  126:6 154:16
  154:21 155:3
  155:12 258:19
  261:20 269:9
  291:22
**print** 240:8
  247:4
**printer** 290:20
**printing** 247:3
  264:4 291:10
  291:13
**prior** 234:20
**private** 19:20
  52:1
**privileged**
  109:11,12
**Prize** 33:20
**probabilities**
  123:20
**probably** 18:3
  22:11 23:8,10
  36:12,16,19
  68:3 83:15
  133:20 137:3
  222:16 224:18
  229:10 230:5
  230:19,22
  236:5 239:8
  252:16 255:10
  277:12 283:16
  287:18,19
**problem** 170:7
  194:1,3 200:7
  200:12 263:7
  286:10 287:2
**problems** 222:5
  222:14 239:10
  263:14
**Procedure**
  297:14

**proceeding**
  294:16 296:3
**proceedings**
  88:2 160:7
**process** 58:4
  109:18,18
  113:6 185:19
  188:20 194:7
  195:14
**proctor** 55:8
**procure** 186:14
**produce** 56:15
  123:18
**produced** 81:18
**producers**
  276:11
**produces** 162:20
**product** 100:16
  199:3
**production** 57:3
**Profess-** 105:14
**professional**
  72:1,5,9,11,13
  72:15 239:2,3
**professor** 10:13
  13:5,12 15:2
  27:9 31:17
  32:14 42:13
  45:10,21 46:5
  46:6,8,10 81:5
  81:18 84:8,17
  85:5 89:4,12
  89:16 90:6,9
  90:18 91:8,11
  91:14 92:4
  93:2,11 95:7
  95:18 96:22
  100:11,15
  101:3,21 102:5
  104:22 105:14
  105:21 107:16
  112:2 113:14
  113:19 114:5
  115:6,11,13
  117:14,22
  124:22 125:11

128:9 129:18
130:7 131:17
131:22 134:10
142:9,10,14
147:15,19
148:6,11,17
149:8,11,16
150:5,9,15
153:19 155:19
156:4,10,19
158:1,15,19
160:12,16
167:11,21
168:18 170:19
172:7 177:17
178:18 179:1,4
179:8 181:2,8
181:14 182:7
182:16,22
183:4,8,19
184:19 196:15
198:10 207:18
208:2,6,14
216:4,6,7
228:19 270:22
271:15,16
**profile** 6:17
  242:17 243:3
  243:11,13
  244:3,10
  250:18 271:13
**profit** 172:20
  173:17 176:2
  215:20,20
  280:8
**profitability**
  169:16,22
  171:3 175:22
**profitable** 176:1
**profiting** 173:7
**program** 25:6
  27:20 28:3
  30:3,9,16 31:3
  31:5 37:14,18
  50:12 198:5
**programatic**

127:14
**programmatic**
  182:18
**programming**
  143:21
**projects** 19:16
  19:22
**promote** 53:1,3
  139:7 241:15
  286:18
**promoted** 62:17
  65:21
**promoting** 242:7
  242:8,10,11
**promotion** 62:20
  66:2
**proof** 125:11
  281:9
**propaganda**
  36:14 258:10
  259:11 261:9
  261:13 289:6
  289:11
**property** 14:19
  263:18
**proposal** 251:21
**proposed** 176:12
**proposition**
  121:3
**prospectively**
  194:19
**prostitutes**
  254:16 255:12
**protected** 108:7
  109:18 284:20
**protocol** 142:4
  146:8 221:3
  232:8 281:9
**provably** 200:10
**prove** 105:15
  169:20
**proves** 173:19
**provide** 25:10
  82:11 108:2
  110:9 114:20
  167:21 182:9

188:19
**provided** 72:11
  72:14 81:5,14
  108:16
**provides** 155:21
  188:9 266:16
**proving** 163:18
**proxies** 97:5
**proxy** 94:6
**psychology**
  32:12
**public** 19:19
  102:21 103:4
  283:14
**publication**
  73:13 74:6
  76:20 261:1
  262:3,14
  264:14,21
  272:19 274:2,6
**publications**
  18:19,21 38:9
  73:3 74:13,17
  75:4 258:8
  259:15
**publicly** 56:21
  57:3 209:16
  229:5 253:15
**publish** 39:13
  77:2 236:14,17
  262:11,20
  263:10,22
**published** 19:1
  31:21 32:5,16
  39:10,17 73:6
  73:11,15 74:10
  75:13,20
  139:22 154:21
  237:1 258:20
  259:9 260:2
  261:21 262:6
  263:14 265:15
  266:3,21 267:4
  267:20 269:2
  270:3 272:17
  273:21 274:18

12/13/2023
In re Ripple Labs. Inc., Litigation
Confidential
Saifedean Ammous, Ph.D.

274:22 275:2
**publisher** 76:12
77:4 262:2
264:13
**publishing** 76:13
76:19 77:1,4
269:5
**pull** 57:15
**punch** 92:1
**purchase** 123:13
163:21 164:8
**purchased** 63:11
64:17 69:13,17
69:19 70:19
232:10 291:19
291:20 297:8
**purchasers**
133:22
**purchases** 69:4
**purchasing**
245:16
**purely** 119:21
**purpose** 91:10
93:9 152:12,14
152:16 153:14
153:21 170:17
215:19 227:16
**purposes** 153:3
**Pursuant** 2:14
**pushing** 139:8
**put** 115:13
116:14 141:13
261:7 284:2
**putting** 82:20
243:11

**Q**
**Q3** 209:9
**Q4** 209:9
**qualifications**
13:22
**qualified** 14:1
94:11
**qualifying** 85:1
**quantify** 122:14
123:8,16

**quantitative**
75:4
**quantities**
125:17
**quantity** 210:22
**quarter** 208:19
**Quarterly**
129:15,16
**question** 29:16
34:22 52:11
60:12 78:21
85:3 87:14
94:4,19 95:22
96:10 107:8
108:12 110:5,7
110:13 111:15
113:3,4 114:13
115:15,18
116:1,10,12,12
116:13,16,20
117:2,6,7,10
118:5 122:10
138:8 148:14
151:7 155:8,10
158:10 163:3
164:6 172:8
174:14 175:2
176:16 187:8
188:11 208:8
208:12 214:12
214:15 217:16
232:12 233:21
242:7,16
256:13 285:8
**questions** 22:5
51:17 93:7
110:2 115:21
294:10,11
297:14 298:10
298:13
**quick** 286:6
287:20
**quickly** 250:19
267:18
**quite** 113:18
120:14,14

138:7,7 142:4
198:5
**quotation** 120:1
**quote** 24:22
54:17 84:12
119:14 211:17
270:10 280:5,6
**quoted** 192:20

**R**
**R** 3:1 8:1 271:14
**Raicho** 39:7
**raise** 123:14
229:21
**raised** 281:7
**raising** 281:12
**rallying** 266:11
**ran** 113:14 132:1
**random** 268:19
**range** 62:3
224:17
**rapist** 289:6,11
**rarely** 266:16
**rate** 15:10 180:8
180:9,10
181:18 182:11
293:20
**rationale** 153:16
214:20,21
234:1
**rationales**
215:11 222:3
**reach** 12:8 104:2
147:9 211:13
**reached** 90:14
112:18 126:18
128:2 150:6
**reaches** 86:15
**reaching** 207:20
215:12
**react** 122:18
164:15
**reacting** 112:3
161:11 165:18
166:12 183:11
**reaction** 162:3

235:22
**reactions** 288:9
**reacts** 161:15,22
**read** 29:12 78:19
80:16 82:17
83:13,18
137:18 149:18
183:9 185:15
196:15,16
204:20 208:9
223:16 269:6
270:13 274:18
274:20,21
275:13 298:6
**reader** 266:16
**readership**
263:20
**reading** 85:10
105:2 126:19
128:3 149:20
149:22 150:20
188:22 196:17
208:1,16 258:5
**reads** 266:10
**ready** 271:7
297:6
**real** 260:11
281:16 282:11
**realistically**
282:16
**realize** 231:13
232:17
**realized** 45:19
67:22 202:15
**really** 24:11 30:1
33:13 34:8
42:17 48:4
65:17 67:20
70:8 135:7
145:14 176:14
197:6 238:1
255:18 292:3
**realm** 256:16
**realtime** 160:4
**reason** 10:4 36:2
63:5,7 79:6

86:21 177:3
206:21
**reasonable**
125:10
**reasoning** 12:8
**reasons** 154:4
198:6 216:14
226:10 262:17
**rebut** 13:11
105:21
**rebuttal** 11:2
26:18 59:21
83:10 102:10
102:15
**rebutting** 13:16
**recall** 79:9,16
81:21 82:14
84:5 120:21
150:13,20
182:11 252:19
253:17,22
270:18 284:4
**receive** 277:17
285:5,11
**received** 20:22
63:3 146:20
**reception** 265:14
**recess** 59:15
118:14 159:8
210:5 257:6
288:2
**recipient** 186:9
186:15 187:18
202:21
**recipient's**
187:20 200:17
**recognize** 270:5
**recollection**
272:21 273:17
277:11
**record** 8:19 9:14
45:20 55:17
59:14,17 73:3
74:16 87:21
88:1,4 118:11
118:13,16

12/13/2023                In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                      Confidential

124:15 131:2
159:4,7,11
160:3,6,9
161:1 207:22
209:5 210:2,4
210:7 214:6
257:3,5,8
288:1,4 294:17
294:19,21
295:6
**recorded** 296:6
298:10,14
**red** 252:2
**reduced** 261:1
**reducing** 122:18
**refer** 30:5 50:6
89:3 118:6
139:13 146:22
178:12 255:5,7
**reference** 12:4
126:15,15
156:15 191:2
208:4,13 215:3
284:22
**referenced** 297:6
**references**
266:17
**referral** 50:3
**referred** 243:22
**referring** 19:19
128:17 133:12
137:12 146:13
158:1,8 161:17
180:7 181:18
190:4,17
195:13 211:6
224:6,9 248:14
278:3 290:18
**refers** 19:15,22
78:10 99:13
114:9,10,14
137:11 208:5
276:10
**reflect** 18:8,14
80:22 230:3
260:18 261:15

**reflected** 57:17
180:14
**reflects** 242:3
**refrained** 218:15
**refresh** 197:1
272:21 273:17
**refute** 145:7
**regard** 208:13
239:16 290:8
**regardless**
164:21,21
263:22
**regular** 29:5,13
29:19 30:2
**regularly** 68:22
223:17
**regulated** 58:7
**regulators'**
254:18 255:15
**reinvented** 222:1
**reject** 33:7 155:3
155:11
**relate** 21:16
74:17
**related** 47:6
107:7 124:14
289:15
**Relates** 1:8
**relationship**
50:18,22 61:7
99:3 111:21
149:2
**relationships**
107:5 158:21
**release** 142:7
**relevance** 21:2
**relevant** 12:19
21:7,12 72:2
83:14 84:5
214:2
**reliable** 136:12
**reliably** 200:10
**relied** 82:13
83:18 109:21
111:9 193:8
**relies** 76:2

143:13,19
278:6
**rely** 83:8,21 84:2
109:22
**relying** 84:8,10
84:18 85:6
**remaining**
214:20
**remember** 24:2
25:12,14 26:21
27:10,12 36:7
40:19 41:13,14
48:5 51:7 53:7
55:13 60:22
65:7 81:16,19
82:3 84:6
120:11 121:20
135:8,10
144:12,15
150:18 184:2
197:5 227:3
236:13,15
250:15 255:3
267:17,18
269:9 283:17
287:17
**remittance**
202:14
**remittances**
200:4 201:1
**remotely** 296:3
**remove** 96:2
263:10
**removed** 265:6,7
**render** 91:15
92:5
**repeat** 36:14
40:11 94:18
110:20 113:17
156:14 187:7
208:8 289:5
**replace** 287:6
**replicate** 104:11
**report** 10:12,13
10:18 11:3,7
11:16 12:3,7

12:12,18 13:1
13:5 15:4,7,12
15:18,21 21:22
26:18 27:5,9
32:2,15 37:2
54:15 58:22
59:21 77:14
78:4,22 79:15
80:13,20 81:3
81:7 82:9,16
82:21 83:10
84:9,14,17
85:5,7 88:15
89:13 90:1
91:19 98:4
100:9 101:12
101:16 102:5,7
102:12,19
105:14,21
106:2 109:19
114:3,6,17,21
115:11 117:14
118:6,19
119:16 121:21
124:10 126:1
132:4,17
134:10 136:1
136:17 142:3
143:11,15
144:3,11
145:20 147:20
149:8 150:16
151:2 155:16
156:4,16
157:18 159:14
160:13,16
161:7 165:4
166:14 168:12
170:19 172:6,8
177:15 178:12
179:5,7,18
180:18 181:2
182:9,13 184:3
184:5 185:2
186:17 189:17
196:15 198:11

199:14 205:1
207:19 208:3
209:2,3,4,12
210:11 213:21
214:9,13
216:18 223:19
226:19 233:9
233:13 253:19
270:8 293:16
**Reported** 1:19
**reporter** 2:15
8:16,19 296:1
296:2,22
**reporter's** 296:9
**reports** 13:16
16:12 83:2,4,8
85:10 107:1
179:10 209:16
**represent** 142:14
198:19 199:1
261:4
**representative**
253:8
**Representatives**
290:7
**representing**
8:17 57:10
**reproach** 293:5
**reproduction**
296:20
**request** 108:18
109:7,9,14
111:4 264:22
**requested**
264:19
**require** 84:15
163:20 195:20
212:15
**requirement**
183:13 214:3
**requires** 78:7
185:11 281:9
**reread** 16:12
269:6
**research** 38:15
38:20 39:3,8

In re Ripple Labs. Inc., Litigation
Confidential

39:11,16 43:10
43:16 45:1
78:7 134:2
223:15 266:5
**researched**
222:21 223:7
**Reserve** 291:20
**resident** 86:5
**resistant** 221:16
**resource** 78:16
**respectfully**
115:22
**respond** 13:5
273:14
**responding**
101:10
**response** 90:6
101:18 102:10
162:7 266:21
275:3 290:10
**responses**
283:14
**responsibilities**
37:21
**responsible**
278:14,16
**responsiveness**
226:1
**rest** 119:18
140:9 224:3,12
228:1,9
**restrict** 277:6
**restrictions**
206:18
**rests** 96:1 276:15
**result** 123:17
141:22 168:6
173:21 177:5
**resulting** 170:9
170:10
**results** 291:4
**resume** 44:19
**retained** 229:2
**retroactivity**
194:20,21
**return** 160:20

177:5
**returning** 65:19
**returns** 92:14
129:20 130:2
132:1 158:22
166:19 167:5
167:20 169:1,4
177:6
**revenge** 293:4
**review** 6:10,21
77:16 81:8
108:18 110:11
110:15 111:1
114:18 149:8
150:8,14,21
189:1,2 262:2
262:9 266:2,6
266:8,22
267:12,17
270:19,21
272:1,17
273:14,18
274:10,14,17
274:21 275:3
275:10,16,20
297:8
**reviewed** 39:11
73:16 79:17
82:17 150:9
203:5,10
**reviewer** 267:3
267:13
**reviewing**
114:21
**reviews** 265:15
265:18 270:13
270:16 276:2
288:6
**revolutionize**
231:20
**revolutionized**
231:21
**rewarded** 259:8
**rhetorical** 277:4
**Richardson**
38:16 39:9

**rid** 263:11
**Ridge** 62:10
63:10,15
**right** 10:2 11:8
11:18 12:20
16:1,3 19:9
20:12 21:1
22:1,13,18,21
23:7 24:18
25:3,17 30:4
30:13 31:12
32:3 33:1,8,21
34:16 35:15
36:3,18,21
37:4,15,19
39:1,18 42:14
42:21 44:13
46:22 49:12,19
50:6,15 55:12
55:14 57:11,12
58:2,3,12,15
58:19 62:18
66:6,16 67:9
69:4 70:4
71:10 72:5
73:8,16,19
74:3 75:1,8,18
76:3,7,10 77:5
77:21 78:17
79:17 80:13
83:19 84:11,19
85:7,13 88:19
90:12,15 93:5
98:4,13 99:5
99:21 100:13
101:4 102:6,12
105:19 110:4
111:20 112:1
112:19 113:9
113:16,21
114:6 116:15
120:12 124:2
124:15,20
125:21 126:10
126:20 128:4
130:13 131:5

132:11,14
135:13 137:8
137:21 138:14
138:18 141:3
142:9 143:5
145:3 148:10
150:21 152:8
152:13,18
154:17,22
159:5 161:3
164:4 168:10
168:11 169:6
171:9,19
172:21 177:14
178:9,13
179:22 180:12
181:6,11 183:1
183:17 184:2
184:17 192:1,4
192:7 193:14
196:7,11
199:13 201:3
202:18 203:20
204:2 206:6
207:5 208:20
208:22 209:13
209:21 219:18
219:22 228:10
229:6,9 230:15
232:11 234:9
235:5,8,12
236:4 237:2,19
237:21 239:7
239:14 244:18
245:1 246:2
247:13,16
249:3,12 252:8
252:11,18,20
253:12,20,21
255:16 256:2,5
261:21 262:6
264:11 265:9
272:17 273:15
274:6 275:17
275:21 276:6
276:18 277:1

277:14,20
278:7,15 279:3
279:8,13 280:1
280:9,21 281:2
281:9,18 282:8
283:15,22
285:17,22
288:10 289:18
291:3 292:1
294:9
**rights** 263:18
**ring** 245:15
**Ripple** 1:5 3:11
8:6 9:6 14:8
92:10,15,22
93:20 94:7,9
94:10 96:6
97:6,7 98:11
98:15,17
102:20 103:3,8
103:14 105:18
106:10 107:3
110:16 111:2,7
111:17 112:3
112:16 118:1
119:14,20
122:1 123:12
124:13,18
126:4,9,13
127:2,6,9,13
127:22,22
128:1,11,16
128:17 130:6
132:19,22
134:5,11,14
135:15,19
136:3 137:5,20
138:10,13,21
139:1,11,17
140:15,18,22
141:5,8,11,20
142:3,12,15
143:3,19 144:6
144:8,14,18,21
145:1 146:6,10
146:16,20

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 330 of 341

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                              Confidential

                                                                            Page 30

147:14,22
148:8,11,12,18
149:2 152:7,10
152:21 153:2
153:11 159:17
160:12 161:8
164:14,15
165:6,14 166:9
168:14,16,17
168:19 169:8,9
169:10,17,18
170:9 171:7,13
171:17 172:2
172:14 173:6
173:10,13
174:7,18,21
175:4,5,6,7
176:18,19
177:4,8,11
182:16,17,18
183:11 184:10
184:16 185:12
189:22 197:21
198:1,3 204:10
205:19,21
206:15 207:10
209:8 215:12
216:8,14,19
217:2,4 218:20
219:1,4,7,9,16
219:20 220:14
220:17,20
221:7,22 222:1
222:9,21 223:1
223:4,4,7,22
224:7,11,16,18
225:22 227:22
228:5 229:2,8
229:19 230:4,7
231:7,10,14
232:4,18,21
233:22 236:14
236:18 237:1
237:11 238:3,4
253:15 255:2,5
255:14 294:21

295:2 297:3
298:4 299:8
**Ripple's** 90:11
96:18 97:2
100:16 105:10
106:3,8,20
107:12 113:21
118:1 119:19
119:21 122:7
123:3 125:1,20
138:4 143:14
152:12,17
153:7,12,18,21
160:22 172:10
174:9 183:20
218:22 227:13
228:21 255:9
**Ripple-based**
117:20
**rise** 120:15
235:14
**rises** 291:5
**risk** 186:22
188:20 189:5
189:10,13
**robustness** 132:8
**role** 37:22 38:12
38:13,17,21
39:4 43:9
61:10 66:4,5,6
233:19
**roughly** 17:2
62:6 68:2
107:11 241:1
**RPLI_00499634**
4:21 131:3
**RPR** 1:19
296:15
**rubbish** 34:16
**ruined** 251:8
**Rule** 108:7 109:3
**rules** 221:21
297:14
**run** 48:5 160:20
161:14 162:13
162:22 167:11

176:1 193:7
195:17 196:4
202:17,19
263:13
**running** 162:5
196:7 247:2

─────────
**S**
─────────

**S** 3:1 4:1,5 5:1
6:1 7:1 8:1
**sacrifice** 291:1
**sacrifices** 291:2
**safe** 44:11
**Saif** 76:13,18,22
77:3 261:21
268:6,18
**Saif's** 266:14
**Saifedean** 1:13
2:1 4:2,11,16
4:18 5:9,20 6:4
6:11,14 8:5 9:8
9:15 23:17
24:17 257:16
294:16 295:8
297:1,4 298:5
299:9
**Saifedean.com**
49:12,18,22
50:4
**sake** 190:6
**salary** 66:8
**sale** 153:11,15
164:8 172:20
224:2,10
225:11,13
**sales** 48:10 106:4
106:8,17 121:3
122:7,11 123:3
127:14 128:12
152:14,16
153:21 163:21
164:18 168:16
169:9,10,11
170:9,16 171:1
173:7 174:9,19
175:4 176:18

182:18 183:5
209:8 226:2,3
226:4
**sampling** 132:9
**satisfactory**
125:2
**satisfy** 210:21
**satisfying** 165:8
**saw** 111:15
121:13 164:16
244:15
**saying** 21:20
22:2,2 45:22
51:6 84:20
106:10 109:3
123:5,7 124:22
137:4 164:19
170:8,14
176:20,22
178:18 180:7
180:17 207:8
217:12 221:10
228:6 233:17
242:6 250:14
250:20 251:2
251:22 285:4,9
**Saylor** 50:15,18
51:11 52:20
53:2,5 54:22
55:5,12 58:21
**Saylor.org** 53:19
54:11,17 58:15
**says** 29:13 42:9
89:17,19 106:3
122:16 126:4
131:11 132:7
132:19 136:3
142:15 143:13
156:5 157:19
160:19 184:7
204:9 206:17
207:20 229:19
237:10 241:14
254:10 274:10
293:19
**scale** 127:11

162:16
**scam** 229:9,20
230:7 247:2
283:4,11
**scammed** 280:7
**scammer** 281:13
**scammers**
229:22 279:13
**scams** 280:17
**scarce** 14:21
**scarcity** 14:16
**scared** 280:8
**scenario** 97:22
**schedule** 164:18
165:15,17
166:1,11
**scheme** 127:3
182:19
**schemes** 241:15
**scholar** 40:9
**scholarship**
260:15
**school** 6:15 23:6
25:2 32:19,22
34:19 35:3,14
37:8,9,12
154:16 287:11
289:4 292:1
**schooled** 289:4
**schools** 34:7
289:3
**science** 21:4 31:7
150:1,14,20
**Scientific** 67:6,6
67:12
**scope** 105:20
**screen** 55:20
**se** 292:3
**search** 110:9
**seater** 56:6,12
57:15
**second** 45:14
46:7 54:7
56:13 87:21
94:2 103:8
121:22 160:3

12/13/2023             In re Ripple Labs. Inc., Litigation             Saifedean Ammous, Ph.D.
                                    Confidential

166:17 204:20
206:16 224:1
241:14 259:5
262:8 267:20
282:2
**seconds** 57:18,19
**section** 18:5,8,11
  18:14,18,21
  19:4,7 77:8
  88:19 89:11
  102:4 155:4,12
  185:3 189:16
**securities** 253:16
**security** 254:18
**see** 14:3 15:15
  18:12 23:9
  25:17 26:4,10
  29:8 43:10
  45:3,16 53:21
  54:13,19 60:7
  73:18 77:10
  83:5 89:6,21
  100:22 102:22
  103:11 106:15
  108:4,10,15
  119:4,9 120:14
  122:4,21 126:4
  126:7 127:9,13
  128:14 131:10
  131:14 132:7
  133:2 143:16
  146:11 148:2
  156:2 162:15
  163:5,6,17,20
  166:16 167:3
  169:10 170:9
  171:12,16
  173:22 179:15
  179:20 181:17
  181:22 182:20
  184:12 187:1
  190:1,14
  194:22 204:7
  204:11,18
  209:10 211:2
  215:1 217:5

220:15 225:18
230:1 232:1
234:1 235:1,22
237:13 239:15
241:20 242:14
242:18 247:6
249:22 251:12
252:14 254:13
254:20 259:2
259:12 260:16
271:17 273:8
274:12 282:4
284:13 289:7
290:12 293:6
293:22
**seeing** 180:11
**seek** 88:22
  222:19
**seen** 57:7 171:21
  200:18,19
  215:14,19
  266:7
**segment** 166:21
**selected** 39:15
  91:4 107:17,22
  297:10
**selecting** 133:22
**self-employed**
  47:11
**self-publish**
  262:16
**self-published**
  76:10
**Seligman** 83:5
  84:3
**Seligman's** 84:9
  84:17 85:5
**sell** 68:20,22
  125:16 127:17
  132:22 135:20
  140:17,18,22
  141:5,7 165:16
  171:2 172:18
  186:14 193:6
  219:16,20
  220:17 228:5

**selling** 47:15,18
  47:19 49:7
  103:3,9,15
  112:22 113:1
  127:19 132:20
  153:17 162:3,6
  164:20 165:1
  200:15,16
  216:22 217:20
  220:3 227:13
  291:18
**sells** 122:1 154:4
  162:11
**send** 186:1,9,12
  191:13 195:3
  200:2 201:17
  201:18 274:10
  274:14 291:12
**sender** 186:5,6,6
  186:8,12
  202:20
**sender's** 186:4
  186:10
**sending** 187:5,11
  187:13,16
  191:17 192:19
  201:15 202:8,9
**sense** 27:20 28:4
  28:7 29:6,15
  29:18 30:4,22
  33:22 112:21
  125:4,14 200:3
  201:17 227:19
  231:22 249:9
  251:5 264:1
  282:21
**sent** 272:16
  273:14,18
  274:17
**sentence** 29:13
  89:18 103:8
  118:21 119:4
  121:22 122:16
  123:2,12 126:2
  127:1 128:8
  131:11 132:18

136:2 137:5
138:9 140:8,9
143:12 146:14
155:18 157:18
159:17 161:7
166:17 168:13
177:3,8,16
178:17 179:8
180:7 183:9
186:18 190:20
204:9,15 208:7
208:15,16
209:7 214:18
220:2 224:1
227:11 241:14
270:14 282:7
**sentences** 128:8
  248:13
**sentiment** 25:15
**separate** 30:20
  34:8 43:2 90:5
  148:20 171:22
**separately** 48:1
**September**
  50:13 241:13
  242:1 282:2
**serious** 200:7
  234:8
**seriously** 237:11
  237:12
**servants** 43:20
**service** 44:9
  193:8,11
**services** 61:5
**set** 154:21
  164:18 166:6
  176:13 187:3,9
  212:9,11
  213:12,18
  229:17 241:10
  246:18 252:10
  296:4
**sets** 268:6,18
**setting** 199:22
**seven** 73:6 110:1
**shades** 33:15

**Shams** 89:19
  90:3
**shared** 229:5
**shareholders**
  173:15
**sharing** 25:14
**sharpen** 87:14
  148:15
**sheet** 297:11
  298:11 299:6
**shift** 255:15
**shifting** 254:17
**shitcoin** 241:15
  244:16,20
  245:13,18,19
  253:10
**shitcoiners**
  253:8
**shitcoins** 245:10
  247:12 249:22
  250:1 251:16
  251:17 252:1,5
  252:6,8,11
**shoes** 93:8
**short** 128:21
  129:1,3,8,12
  130:1,3 132:14
  169:1 217:1
  225:7,13 291:7
**short-term**
  128:9,19,22
  177:17,20
**shorter** 130:7
**shorthand** 2:15
  296:1,2,7
**show** 23:11
  57:16 58:18
  117:20 132:7
  135:6 165:18
  169:18 170:18
  180:19 184:8
  203:11 206:6
  211:20 229:13
  241:5 249:14
  269:17 272:20
  275:5 279:16

289:20 292:12
showing 181:2,4
    181:5
shown 24:16
    221:15
shows 179:13
    181:9 217:3
    218:21
shut 41:8 44:15
    65:16
shuttered 40:16
shuttering 41:14
sic 57:6
sign 50:2 297:7,8
signals 36:18
signature 297:6
    297:12 298:4
    298:17 299:22
signed 297:11
significant 12:4
    78:7 113:15,20
    117:21 125:17
    127:11 136:8
    140:13 158:21
    166:18 167:7
    170:10 189:21
    224:13 233:16
    257:22 258:11
significantly
    121:6 137:1
    146:8 200:8
    217:9,17 218:8
signing 297:10
similar 169:7
    190:18 205:20
simple 226:11
    268:6,18
simpler 197:14
simply 112:3
Sincerely 297:18
single 78:15,15
    144:17 152:20
    168:2 215:18
sit 79:12 86:22
    115:9 134:22
    135:9 227:9

279:7
sites 257:19
sitting 26:12
    51:9 80:15
    150:19 168:1
    175:10 196:17
    207:15 213:3
    226:21 237:18
situation 112:21
    176:8 211:8
    227:3
situations
    197:20
six 17:1 129:2,3
    156:18 268:11
Sixteen 156:17
sixth 73:12
size 163:5,6
    211:20
slavery 6:6 279:2
    280:21
slightly 124:7
    202:10
slippage 188:20
slipped 59:3
slope 182:5,6
slow 132:20
Slowdown 73:13
small 113:8
    226:7 276:17
    276:22 277:9
smaller 139:5
    212:6,13,19
smart 141:17,21
Smith 38:15
    39:9
snowstorm
    282:18
social 257:19
Society 5:5
    37:19 38:22
    39:21 40:14,16
    41:4,19 42:5
soften 235:20
    237:15
softened 234:1

235:19 247:19
    281:4
software 143:22
solar 280:17
sold 68:18 70:11
    70:13 102:20
    152:21 153:3
    169:17 173:2
    223:22 224:7
    251:8
solution 239:9
    239:14 241:16
solve 194:5
somebody 55:8
    104:10 125:16
    163:10 166:10
    175:9 194:5
    231:2 238:2,12
    243:12
Someone's
    189:13
soon 52:22
    250:11
sooner 241:17
    241:17 250:3,6
    253:11
sorry 28:19
    36:10 46:7
    70:22 94:18
    110:20 113:22
    119:2 134:11
    156:12 158:4,6
    169:2 177:5
    187:7 203:1
    208:8 232:12
    253:4 268:8,12
    285:8 289:1
sort 16:4 51:16
    82:14 152:6
    211:12
sought 287:6
sound 4:11
    25:10 26:7,13
    34:7 289:5
sounds 287:18
source 114:12

119:16 209:13
sources 106:9,12
    127:9 149:22
    269:15 293:13
space 60:4 70:7
    162:18 248:7
Spalding 2:5
    8:11
Spans 5:11
    206:15
speak 133:8,11
speaking 52:5
    59:4 116:20
specific 111:4
    119:18 152:7
    152:10 170:17
    181:9
specifically
    19:21 35:20
    72:6 92:21
    100:19 161:17
    191:10 269:11
    276:22
specification
    89:18 90:2
    115:6 170:6,8
specifications
    97:17
specify 164:3
    175:15
spend 15:18
    257:18 258:3,5
spending 68:22
    69:2
spent 15:20 17:3
    132:19
split 34:6 212:18
spoke 135:1,5,11
spoken 133:6,13
    133:15 265:11
    265:13 267:5
spring 39:1,11
    103:9
stable 247:22
staff 134:11
stage 86:16

stake 136:4
    137:6 138:11
    138:14 139:11
stamps 57:18
stand 248:10
standard 6:5,10
    6:12,15,21
    75:22,22 76:9
    76:21 137:14
    211:17 260:1
    261:20 262:6
    263:8 264:11
    264:14 266:3
    267:9,14,16
    269:5,19 270:2
    270:10,14,17
    270:21 275:11
    275:16 278:4
    286:5,16
    287:10 288:7
stands 52:11,13
    110:5
Stars 3:5 297:2
start 10:17 18:4
    36:1 44:1 49:7
    61:1,12 76:22
    151:4 180:21
    184:5 185:21
    204:14 240:13
    248:15 265:19
started 26:22
    37:8,9,11 38:1
    64:1 77:3
    105:2 243:11
starting 19:6
    125:4,10
    133:14 146:3
    205:4 259:6
starts 204:8,15
startup 231:22
    233:6 234:3
stash 139:17
    174:2
state 2:16 8:18
    9:14 29:3
    161:8 190:9

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 333 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation              Saifedean Ammous, Ph.D.
                                        Confidential

Page 33

207:22 230:14
241:22 289:6
289:11
**stated** 111:18
252:13,17
287:14
**statement** 29:10
152:3 233:21
283:18 290:14
**statements**
124:12 267:15
**States** 1:1 8:7
88:7
**stating** 112:3
140:15 182:22
**statistical** 30:18
98:22
**statistically**
113:15,20
117:21 119:13
120:4 121:6
158:20 167:6
170:10 177:6
**statistics** 29:20
31:8 104:8,14
104:16
**stay** 41:17
**staying** 280:8
**steel** 198:12
**stenographically**
296:6
**step** 104:20,20
165:8 194:6
217:3,8,17,19
217:20,22,22
218:16,21
**steps** 111:6,19
119:11
**Steven** 83:5,22
**stick** 137:15
164:19 165:11
165:11
**sticking** 166:10
**stimulation** 42:1
**stock** 66:9,10
68:5,7,13

162:3,11,12
166:19 167:2,7
167:12,19
168:2,3
**stocks** 162:7
166:19,21
167:6 168:9
**Stone** 62:10
63:10,15
**stop** 34:21 151:6
151:14 251:17
293:1
**stopped** 67:21
199:6,7
**store** 136:6
140:10 233:13
233:18 234:6
245:14
**stored** 44:11
**strategies** 65:19
**strategy** 64:9
65:3
**straw** 253:7
**street** 1:21 2:7
3:15 8:11
98:18 217:13
298:1 299:2
**strong** 151:9
226:10
**strongly** 236:2
242:13
**Structure** 4:19
**student** 29:4
37:4 42:11,16
42:18,21 43:2
43:3,3
**students** 43:17
**studied** 31:3,16
161:15,22
211:15 230:8
**studies** 45:2
75:10
**study** 14:7,11,15
15:1 20:15
32:3,6 35:20
78:8 164:6

287:19
**studying** 22:3
104:5,12
149:15
**stuff** 109:3
**stupid** 36:18,21
241:15 283:3
283:10
**stylistic** 263:3
**sub-schools**
33:22
**subject** 205:14
**subjective** 34:10
129:5
**submit** 262:1,8
262:10,13
**submitted** 11:3
11:10 12:17
13:16 26:18
27:9 41:11
**subscribed**
232:14 296:10
**subscribers**
48:22 49:18
**subscription**
50:5
**subsequently**
265:3
**subsidize** 194:6
**subsidized**
197:11 198:4
**substance** 15:13
102:15 109:6
109:12,14,15
156:5
**substantial**
223:22 227:13
227:15,18,20
228:5,7 292:9
**substantially**
164:1,9
**substantive**
109:16 292:8
**substitute**
286:20
**subtracting**

184:16
**succeeded** 172:2
198:13
**success** 169:12
169:12,15
189:21 238:20
**suffice** 210:19
211:11 213:4
**sufficient** 165:18
228:8
**suggest** 52:2
118:1 169:21
174:2 176:9
263:1 292:9
**suggesting** 52:8
177:7
**suggestions**
263:4
**suggests** 173:17
**Suite** 1:21 2:8
3:5,15 297:2
298:1 299:2
**sum** 123:13
147:3
**summary** 88:19
234:18 286:6
**summer** 82:4
**supervision**
296:22
**supplements**
11:10
**supply** 125:6
128:10,18,19
136:9 140:13
143:1,1 166:1
173:16 175:17
175:18,18
177:18,22
178:2,4,13,20
179:2,10,13,22
180:3,6,8,11
180:19 181:3,4
181:6,14,17,18
181:22 182:11
210:18,19
211:5,6,7,9,11

213:4 214:21
215:4,5,5,19
215:22 216:2
216:22,22
217:21 220:4
226:12,15
233:16 264:3
289:18
**support** 81:6
95:9,15 100:2
121:3 157:21
158:13 247:11
278:18
**supporting**
176:12 292:7
293:2
**supports** 278:19
278:21
**suppose** 162:19
177:4 212:20
218:5
**supposed** 51:5
**sure** 11:4 27:1
29:22 41:1
49:4 51:5
58:16 59:2
61:15 68:10
74:11,14 75:15
88:10 108:10
113:22 119:15
138:7,8 151:21
156:15 184:4
188:22 199:12
204:7 214:6
224:22 240:15
271:4 272:18
273:13 279:14
286:5
**surprise** 144:16
144:19
**surveys** 235:4
**Susman** 3:5 8:22
9:2 297:1
**suspended** 65:12
**sustainability**
20:16

12/13/2023

In re Ripple Labs. Inc., Litigation
Confidential

Saifedean Ammous, Ph.D.

**sustainable** 20:8
20:9,14,22
27:18 197:7
**swear** 8:20
**sweeping** 157:21
158:13
**Swiss** 44:13
**Switzerland**
44:11
**sworn** 9:9 296:5
**system** 52:4
190:5,10,16,18
193:18 194:11
202:15,17,19
271:15 276:14

**T**

**T** 4:1,1,5 5:1,1
6:1,1 7:1,1
**take** 9:22 47:22
54:11 55:7
59:7,10 68:16
72:7 83:16
85:15 86:19
96:10 97:20
106:1 111:7,20
115:3 118:20
119:11 130:15
130:16 155:15
165:3 171:5
184:19,21
186:11 198:22
204:20 209:1
213:9 217:8,17
217:21 218:6
228:4 258:3
287:20
**taken** 8:5 62:1
198:2 296:3
**takes** 186:7
221:6 237:11
**Taleb** 264:6,15
264:17 265:3
265:11
**talent** 41:20 42:4
**talk** 20:21 117:4

**talked** 133:22
134:4,16
177:20 220:11
**talking** 92:21
111:17 112:22
194:19 222:4
225:3 236:18
**Tamed** 74:20
**tangential**
112:11,19
**task** 38:10
**taught** 23:2 25:2
25:6 30:8,11
30:16,17,22
32:22
**tautological**
227:19
**taxis** 231:22
**Tayag** 3:4 9:2,2
**teach** 43:3
**teacher** 42:18
**teaching** 42:16
42:18,20 43:17
43:19
**team** 225:16,22
240:7
**teaming** 268:4
**teams** 240:4
**technical** 101:16
185:16
**technology**
74:19 186:19
189:22 190:3
234:3,4
**tedious** 14:9
**teeming** 268:16
**tell** 10:10 35:11
50:1 72:22
116:14 154:2
168:6 175:11
195:2 199:5,11
238:6 241:3
**telling** 175:20
251:16
**tells** 280:5
**ten** 133:18

172:16,18
173:2,8,9,10
**tens** 145:10
**tenure** 46:15,18
46:21 47:7,9
**tenure-track**
43:5,12 46:12
**term** 14:13
26:22 29:19
73:1 99:12
129:1,3,8,13
129:18 130:1,3
130:7 132:14
137:9,10 169:1
225:7,9,13
227:17 234:16
238:8,11
244:16,17
276:7,9 277:9
291:7
**terminology**
277:3 279:15
279:17
**terms** 25:14
34:19 35:2,18
61:17 90:10
100:19 110:9
129:22 148:9
149:1 152:2
162:5 221:2
247:20 255:7
**territory** 108:8
**test** 72:8 93:21
93:22 113:13
157:10 168:14
168:16 169:8
175:4,13
176:13,15,18
176:21
**testable** 155:20
155:22 157:14
**testified** 9:10
32:21 116:5
117:12 149:7
159:15
**testify** 86:15

87:1
**testifying** 9:21
10:1
**testimony** 10:5
17:14 41:6
85:3 171:7,11
182:7 214:11
234:20 247:18
250:5 255:9
296:5
**testing** 150:4
168:19,21
174:19 225:10
**Tether** 247:22
248:3,6,10
**textbook** 258:19
**Thabit** 44:1,3,12
**thank** 66:18
85:11 152:15
214:16 223:11
253:1 269:22
292:16 294:12
**Thanks** 47:20
**theoretical** 185:5
226:10
**theory** 24:12
30:7,9 35:10
35:10 152:2,6
154:15 287:11
292:3
**thereof** 296:8,10
**they'd** 140:17
**thing** 34:10
40:12 56:20
147:12 161:5
176:2,4 185:16
197:5 199:19
220:21 226:12
233:6 234:7
248:1 250:11
252:8 255:4
293:15
**things** 19:20
29:18 33:10
72:7,16,20
84:14,16 85:4

96:7 98:1
134:12 164:4
193:6 201:22
222:9 226:14
245:11 246:6
251:10 263:4
289:15
**think** 14:10 17:1
21:12 24:2
26:15,22 27:2
28:2,5,6 32:21
35:6,8 36:16
36:22 38:3,6
40:7,12,20
41:10,12,21
42:1 47:8
48:12 49:4,6
51:17 52:4,14
55:1,2,5 58:16
59:2 61:14
63:7 64:11,18
64:19,22 66:12
66:13 74:11
75:16 82:9
83:13,14 84:1
84:16 85:4,8,8
87:9 88:10
91:11 92:16,18
94:14,20 97:10
100:4 104:15
111:22 115:14
115:18,19
116:1,2 120:13
120:13 123:18
124:17 130:6,9
130:19 132:2
136:12 137:9
137:19 138:4
139:16 141:15
141:17 143:6
143:19,22
144:1,2 145:1
145:4,5,11
150:22 153:9
156:12 159:3
160:3 162:1

Case 4:18-cv-06753-PJH   Document 341-2   Filed 01/23/24   Page 335 of 341

12/13/2023                In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                                      Confidential

                                                                              Page  35

165:9,21 166:8
175:3,14,19
176:15 178:12
178:14 179:3
187:17 188:21
196:3 198:3,6
199:7,8 201:12
201:16 204:1
205:11,11,16
206:4 207:18
220:11 221:7
221:14 226:8
227:5,6,8
232:9 233:6
234:6,21,22
238:1,20
239:20 240:21
244:15 245:17
246:5,8 248:4
248:6,19 249:7
250:10 251:5,7
251:11 256:19
262:18,21
263:2,2,5,6,18
264:16 268:12
272:3,18,19
276:13,19
277:2,13
278:13 279:9
282:12,13,16
282:20 286:16
287:5,12 292:8
294:21
**thinking** 232:1
248:22
**third** 26:2 52:22
54:10 131:11
136:2 138:9
140:8 145:22
157:18 159:16
161:7 179:8
204:9,15
243:15,18,21
269:9 273:4
288:21
**thoroughly**

174:14
**thought** 34:1
41:22 70:9
202:13 231:19
233:5 235:11
236:15 264:1
265:1
**thoughts** 41:19
**thousand** 49:3
**thousands**
145:10 265:17
265:18
**thread** 53:14
54:7 254:7
272:20 281:22
284:9 289:21
290:3 292:18
**threat** 281:16
282:7,11,14,17
282:20,21
**three** 26:17 39:5
40:22 73:18
74:2,4 75:20
76:3 83:13
86:11 129:2
**three-week** 27:3
**throwing** 70:9
**time** 8:13 15:17
15:20 26:20
36:7 37:6,7
41:20 42:3
57:18 61:16
63:6 64:1
65:16 68:1
69:21 70:15
77:3 83:16
86:9,12 101:8
101:17 102:1
107:11 109:20
115:4 129:22
131:16 133:7
140:5 144:6
152:21 153:12
162:11,11
171:6 179:22
180:12 181:6

181:10 195:3
217:1 230:5
235:19 244:11
246:8 247:15
254:1 256:1
257:17 258:1,3
258:4 273:20
274:1 294:10
296:3,4,5
297:13
**times** 16:18 17:1
153:3 229:11
**tiny** 226:2
**tiresome** 266:13
**title** 55:3,4
203:17 206:14
**today** 9:22 10:5
16:16 17:7
26:12 36:11
40:14 47:14
50:9 51:9
61:10 64:14
65:10 66:11
67:2 68:8,14
79:12 85:13
86:10,22
134:22 135:9
137:21 138:2
138:18 139:3
139:22 140:6
140:18,22
141:6 144:10
150:19 168:1
175:10 196:18
201:19 207:15
212:22 213:3
217:13 226:21
227:9 230:17
237:18 238:3
242:4 248:18
249:10 260:19
261:5 279:8
281:2 289:9
**today's** 8:12
16:9 294:6
**Todd** 1:19 2:14

3:14 8:17 9:5
296:15
**token** 136:13,14
147:11 148:21
214:5 234:10
255:6
**tokens** 122:2,3
132:20 210:21
216:21 225:17
**told** 53:4 55:10
58:17 72:16,20
105:21
**tomorrow** 195:3
**tone** 266:14
**tools** 21:14,19,21
**top** 16:22 27:6
43:1 60:19
84:7 150:17
184:1 227:3,10
290:4
**topic** 21:7 39:8
84:6 149:22
151:5
**topics** 21:17 31:6
52:9 289:18
**total** 17:2 147:3
147:6 178:12
179:14,21
207:16 210:15
211:7 215:5
216:21
**touting** 205:21
**tracking** 180:2,5
**trade** 187:19
**traded** 14:21
**trading** 189:20
**traditions** 244:1
**transacting**
200:15
**transaction**
100:20 191:7
191:11 192:18
192:19,20
193:8 195:19
195:20 196:1,5
197:13 200:14

200:14
**transactions**
190:12 192:16
193:14 194:12
194:17 195:8
196:14 201:15
201:20
**transcribed**
296:6
**transcript** 4:6,10
5:2 6:2 7:2
28:16 29:4
79:18,20,21
294:22 296:6,9
296:19 297:6,7
298:7
**transcription**
298:10,12
**transfer** 186:19
191:13 193:2,7
193:11 201:9
**transferring**
203:9
**transfers** 200:12
201:21 205:22
207:12,14,17
**transformed**
261:12
**transforming**
20:1
**translates**
194:22
**travel** 86:22 88:7
**traveled** 85:12
**treasury** 162:10
291:17,17
**treats** 92:12
**trend** 107:6
**trial** 86:15,18
87:1 198:4,8
199:7
**trials** 197:10
**tribunal** 284:16
284:22
**tried** 193:5
**trillion** 213:14

12/13/2023                    In re Ripple Labs. Inc., Litigation                    Saifedean Ammous, Ph.D.
                                          Confidential

**trip** 17:9
**trolling** 253:7
**true** 22:7 23:1
   25:9 27:18
   28:2 36:5,9,13
   54:21 147:13
   147:13 178:15
   178:22 183:19
   187:3,9 203:4
   206:1 238:17
   239:21 253:14
   287:14 296:7
   298:9,11
**truth** 279:10
**truthful** 10:5
**truths** 35:19
   36:2
**try** 70:16 78:18
   114:4 148:15
   154:7 255:15
   255:21
**trying** 34:6 40:8
   78:1 85:2 99:5
   99:7 115:19
   116:13,17
   163:11 170:5
   170:16,21,22
   171:8,18 172:2
   174:4,5 183:14
   198:11 202:14
   221:18 231:4
**turn** 12:22 13:19
   15:6 17:20
   19:3 37:1
   56:11 73:2
   77:7 88:16
   120:22 121:21
   126:22 128:6
   131:7 157:17
   159:13 168:11
   172:19 176:2
   179:4,17
   182:12 185:1
   210:10 214:17
   233:9 293:16
**turning** 27:17

174:1
**turns** 173:17
**TV** 280:4
**tweaking** 252:6
**tweaks** 205:15
**tweet** 24:21 26:2
   26:17 53:15,18
   229:19 230:3
   236:1,3 237:9
   241:12 247:10
   247:16 249:19
   253:3,6 254:12
   255:17 258:1,2
   258:3 266:11
   273:4 279:16
   279:22 282:15
   285:9 288:21
   290:4
**tweeted** 254:1
**tweeting** 282:15
**tweets** 24:10
   229:17 241:10
   242:16 246:18
   248:13 254:1
   257:12 284:9
**Twitter** 4:8,9,13
   4:14 5:12,13
   5:14,15,16,17
   5:18,19 6:19
   7:4,5,6,7,8,9
   7:10 23:6,16
   24:1,22 25:5
   53:14 54:6
   62:18 135:7
   236:19 243:3
   253:20,22
   254:7 257:20
   258:4,4,5
   267:6,7 272:7
   272:12,16,20
   280:15 281:22
   288:9,16
   289:21 290:3
   292:18
**two** 33:22 52:21
   60:22 73:20

92:10,17,20,20
93:17 96:7
99:7,8,15,16
102:14 128:8
159:21 185:22
186:1 205:3
235:15 238:7
248:13 255:7
261:18 288:17
**two-way** 98:18
**type** 56:19 88:9
   108:3
**typo** 45:18

---

**U**

**U** 5:1 6:1 7:1
**U.S** 71:11 87:7
   87:16,18
   191:18,22
   192:12 219:11
   245:1 290:7,19
   291:12 294:2
**Uber** 231:20,21
   232:6
**Uber's** 232:6
**ultimately**
   127:22 165:10
   202:4 213:7
   277:4
**unable** 79:13
   115:9 176:2
**unaware** 233:7
**unconvincing**
   198:15
**undercut** 266:15
**underlying**
   150:8 157:19
   158:11,15
   171:17
**undersigned**
   296:2
**undersourced**
   266:11
**understand** 9:21
   15:2 22:4 57:9
   70:8 78:1

86:13,18 89:8
90:9,14 104:16
109:2 114:5
147:15 148:6
148:10,17
153:19 154:6
156:10 168:18
172:7 178:7
180:17 184:14
185:14 216:6
225:1
**understanding**
   21:18 78:5
   104:8,13 105:3
   105:3,5 114:8
   114:14,15,20
   115:2,10 116:6
   117:13,15
   142:11,18,19
   157:2 160:11
   187:21 188:12
   235:13 292:4
**understands**
   127:10
**understate** 287:7
**understood**
   112:10 118:7
   124:13 128:12
   187:17
**undertaken**
   217:3 218:20
**unfortunately**
   24:13 27:7
**unhappy** 286:13
**unilateral** 221:8
**unilaterally**
   142:16
**Union** 201:21
**Unique** 144:9,14
   144:17 145:2
**Unit** 8:11
**United** 1:1 8:7
   88:7
**units** 147:3,7
   212:7,19
   213:14

**universal** 36:1
**universities**
   25:11 26:8,14
   41:20 42:3
   261:8,12,16
   277:13,17,19
   289:13
**university** 5:4
   6:18 19:8
   22:18 23:7
   25:2 29:5
   36:17,20 37:18
   38:22 41:18
   42:10 43:9,16
   43:17 45:11,14
   46:13,22 53:6
   53:20 54:18
   57:22 58:22
   271:13 272:13
   280:5 289:3,10
**unlisted** 74:22
**unlock** 141:7,8
   141:11,13,21
   142:15 143:2,4
**unofficially**
   145:1
**unpaid** 66:8
**unpredictable**
   193:18
**unreadable** 22:8
   259:8 260:10
**unregistered**
   253:15
**unworkable**
   200:7
**update** 41:10,15
**upgrades** 222:5
**uploaded** 243:14
**Upstream** 60:5
   64:5,6,16
**upwards** 44:21
**URL** 4:15 55:19
   55:21
**use** 24:22 34:19
   35:3,7 44:9
   58:8,17 69:3

12/13/2023
In re Ripple Labs. Inc., Litigation
Confidential
Saifedean Ammous, Ph.D.

Page  37

94:5 97:2
101:7 122:9
123:1,15 133:4
176:12 186:12
188:1,14
197:20 199:17
200:22 201:2
203:8 207:11
213:7 214:21
218:7 234:11
239:12 244:17
245:13,17
255:5 257:13
278:22 294:7,7
useful 29:21
31:1
user 257:15
users 194:16
210:22
uses 118:9
130:12
usually 202:2
291:19
utilization
207:13

**V**
vaguely 255:3
valid 88:13
93:17 95:9,15
95:21 96:16
97:1 99:2
105:8 161:14
162:22
validators 196:2
196:6,20
validity 104:22
value 14:20
122:3 136:7
140:11,16
146:9 147:1,2
147:3,6,7,12
147:17,21
148:3,4,9,13
149:4 190:13
190:22 191:2,5

191:8,12 192:6
192:21 193:1
194:14 206:19
210:20 220:13
220:19 221:6
233:14 234:6
234:11 245:14
286:8,12
valued 147:13
variability
193:19
variable 48:10
92:9,9 94:1,5
98:19 167:12
167:13
variables 92:10
92:20,20
variation 160:19
224:14
variety 31:5
51:21 262:16
various 146:15
153:3
vary 48:9
vast 144:4
verbal 93:14
verified 23:20,22
24:4,9,14
269:1
verify 267:14,19
version 40:4
244:8
versus 172:13
vertical 264:3
video 55:15,19
55:20,22 56:4
56:7 57:9,10
57:18,20 58:9
79:18
videoconferen...
16:20 296:3
videographer
3:22 8:3,16
59:13,16 87:22
88:3 118:12,15
159:6,9 160:5

160:8 210:3,6
257:4,7 287:22
288:3 294:15
videotaped 1:13
8:4 294:16
view 26:12 34:11
34:15 99:1
112:18 135:11
142:8 147:5
148:2 162:12
162:21 169:17
192:9 193:10
196:4 200:22
216:12 219:17
219:21 229:8
232:10 234:14
235:18 236:4
236:10 237:15
239:9,12
244:20 246:1
247:15,19
248:9,18,21
252:7 255:14
256:21 261:8
261:16 281:1,4
281:11,15
282:10 283:8
289:9 290:15
291:9,21 292:5
viewed 166:12
viewpoint 233:3
views 33:8,9
111:7 229:1,5
230:4 235:5
236:13 241:22
242:4 256:5
259:15 260:19
261:5
vilified 34:12
virtual 102:6
virtue 91:15
173:7
visa 88:6,9,12
visible 120:14
212:5
visiting 40:9

void 296:9
volatility 74:20
193:16
volume 164:22
206:19 207:16
209:17 226:4,6
von 34:2
vote 286:14
voted 291:12
voting 290:8

**W**
wait 46:7 56:13
116:9
waive 297:9
walk 104:20
wallet 212:8,11
212:22 213:10
213:18
want 40:11 57:9
65:20 92:1
95:3 102:18
114:17,19
115:17 130:16
136:6 140:10
149:8 168:7
177:21 186:1
191:21 214:6
222:6 224:22
232:5,7 233:13
234:9,15,16
238:17 252:3
286:14
wanted 108:4
110:10 167:10
233:18 262:16
wanting 234:12
wants 94:3
washed-up
254:16 255:11
Washington
1:21 3:16
298:2 299:3
wasn't 30:11
38:17 42:17
84:21 113:17

150:12 158:9
165:18 167:18
200:21 236:11
250:7
waste 36:21
41:20 42:3
287:1
watch 286:11,12
way 48:11 63:4
64:20 91:17
99:1 109:16
114:4 137:17
142:5 151:9,10
155:22 161:19
164:12 165:7
165:10 171:20
172:1 173:16
176:19 190:11
192:10,15
193:15 194:5
194:11 195:2
199:3 200:2
202:15 205:13
220:8 231:17
231:20,21
232:15 242:13
242:15 247:2
247:11 248:2
250:7 276:13
279:1,5 280:18
286:15
ways 97:18
137:19 246:4,4
we'll 10:18 25:19
30:13 47:22
55:20 203:12
206:7 229:13
246:14,20
248:15 249:15
254:2 258:13
265:19 269:18
275:5 289:21
we're 53:9 55:14
55:19 56:20
57:17 59:13,17
87:22 88:3

12/13/2023          In re Ripple Labs. Inc., Litigation          Saifedean Ammous, Ph.D.
                            Confidential

99:6 118:12,16
130:19 159:6
159:10 160:3
164:22 166:4
204:7 210:3,7
241:6 251:3
257:4,8 272:1
275:6 287:22
288:3 292:13
294:16
**we've** 10:18
29:22 59:6
109:20 199:13
221:17 222:4
222:13 242:15
257:11 273:10
**wealth** 136:6
140:11 233:14
233:18 291:6
**Webb** 293:12
**website** 22:16,20
23:2 49:1,12
49:14,17 50:6
51:2,14 52:20
179:9 192:3
193:7 266:5
**WEDNESDAY**
1:15
**week** 257:17
**weekly** 132:1,8
132:13
**weeks** 26:17
67:21 70:14
274:4
**weight** 272:8
**well-being** 154:8
**went** 44:5,20
67:6 68:15
106:22 181:22
182:1,2 224:15
**weren't** 30:8
43:17 46:17,21
47:7 85:6
239:5 285:12
**West** 2:7 8:11
**Western** 201:21

**whatsoever**
210:17 211:5
**whichever**
151:10
**white** 33:16
**Whitney** 293:12
**widely** 138:2
179:9 270:10
**wider** 136:5,20
136:21 137:1,7
137:9,12 138:5
138:12,17,22
**widespread**
136:10
**Wiley** 262:6,9,14
262:18 263:14
263:16 264:13
264:19
**willing** 242:14
**willingly** 280:6
**wind** 241:19
280:16
**wire** 191:13
**wisdom** 243:22
**wise** 244:4
**wish** 189:13
**withdraw** 34:22
60:12 116:13
117:7 265:5
**withdrawn**
91:12 121:16
148:16 149:6
155:14 174:22
175:2 178:16
232:15 265:4
**witness** 2:17
8:20 27:15
42:7 52:14
103:19 104:4
107:21 110:20
113:11 115:5
117:18 129:4
151:8 159:5
171:11 174:13
234:21 242:22
253:1 256:12

269:22 271:4
292:16 294:14
296:4,5,10
297:8 298:5,17
299:9
**witnesses** 13:17
**woke** 249:2
**won** 33:19
**Woods** 268:19
**word** 28:5 58:7,8
58:18 122:9
123:1,15
130:15,17
198:22
**words** 25:16,18
115:13 120:8
137:18 173:22
175:21
**work** 13:22
15:11 18:15
38:11 47:4,4
48:14 63:19,22
64:6,10,13
65:2,5,9,15
66:15,19 67:8
67:18 108:11
112:2 120:17
142:20 145:6,8
167:21 175:8
185:5,11 186:3
193:3 199:2
201:13 212:3,7
215:8,10
251:14 267:14
269:4 281:9
293:20
**workable** 200:20
**worked** 38:15
39:5 48:15
60:3,9,14,21
77:5
**working** 4:19
5:5 15:21
20:19 38:2,9
73:10 200:5
203:16,19

204:1 205:20
207:2
**workpapers** 81:6
81:8,17 181:9
**works** 38:18
105:6,6 185:13
185:20
**world** 4:12
145:11 200:2
213:10 260:12
276:17 280:18
283:21 284:19
285:2,10
286:17 292:6
293:2,10 294:6
**worldwide** 5:11
137:11 206:15
**worry** 258:22
**worth** 70:9 71:8
195:5,6,6
237:11 266:13
**worthless** 36:6
**worthwhile**
248:7
**would've** 97:4
97:14
**wouldn't** 28:6
33:11 34:4
86:22 112:17
130:4 135:20
144:19 165:17
169:20 173:19
189:5,10,11
201:1 218:9
220:18 234:17
240:14 252:9
258:6 263:12
277:15 278:16
**write** 13:3,21
15:9 26:6
108:20 118:21
119:7 122:1
127:2 128:7
146:1,6 155:19
159:17 166:17
168:14 177:3

177:16 182:15
186:18 189:19
210:13 214:19
230:16 246:21
247:11 249:21
253:6 259:6
260:8 264:20
280:3,16 282:6
288:21 292:21
**writes** 179:9,12
266:10 268:4
273:13
**writing** 15:18,21
78:11,22 79:14
80:13 81:3
82:15,21
109:18 203:1
213:21 214:9
214:12 223:15
264:4,15
**written** 5:20 6:4
6:11 112:9
207:5 270:21
275:11 297:22
**wrong** 46:1
64:12 91:4,6
100:12 101:3,7
101:22 112:1
148:12 249:21
251:12
**wrote** 24:20
53:18 54:10,15
60:2 80:10
107:10 120:8
120:18 121:10
121:16,18
137:18 140:5
176:17 194:9
203:20 233:8
233:12 247:16
250:6 256:2
264:10 270:9
270:14 272:1,3
272:4,9 278:2
283:3 284:15

12/13/2023 In re Ripple Labs. Inc., Litigation Saifedean Ammous, Ph.D.
Confidential

**X**

**X** 4:5 5:1 6:1 7:1
**XRP** 4:19 63:1,6
63:11 64:17
69:19 70:19
80:2,2,6,12,12
90:12 98:13
102:2,6,20
103:3,9,15
105:6,10,18
106:5,8,21
107:6,13
110:17 111:3
111:19 112:17
118:3,22 119:7
121:4,11 122:2
122:3,7,8,12
122:17 123:3,4
123:13,14,22
124:6,14,14,19
124:20 125:1
125:21 127:4,6
127:10,12,16
127:18,20
128:1,10,13
129:19 132:21
133:5,11,22
134:16 135:1
135:10,14,16
136:4,11 137:6
137:7,21 138:1
138:5,11,14,21
138:22 139:9
139:21 140:16
140:22 141:2,5
141:20 142:12
142:16 143:4
143:13,19
146:9,21 147:1
147:2,3,5,7,17
148:4,8,13,19
149:3 152:12
152:14,16,21
153:3,6,11,17
160:20 164:10

164:20 165:6
167:13,20
168:15,20
169:4,6,11,18
169:19 170:11
171:18 172:3
172:10,16,18
173:2,3,6,7,8
173:10,10,16
174:1,3,8,19
175:6,8,9,12
177:9,18,21
178:2,4,7,8,11
178:20 179:2
179:11,13,14
179:21 180:3,7
180:19 181:3
181:10,14
182:17 183:1,5
183:5,21 184:9
184:15,19
185:12 186:2,4
186:12,12,20
187:19,22
188:10,13,14
189:6,20 190:6
191:2 192:17
192:21,21
193:4 194:7
195:5,11,15,18
195:20,21,22
196:3,6,7,20
197:11 200:9,9
201:2,7 202:17
203:1 207:11
209:9,12,16
210:13,15,16
210:17,18,22
211:5 212:2,3
212:7,9,15,20
212:21 213:4,5
213:9,13,14,15
213:17,19
215:12 216:8
216:10,14,15
217:4 218:7,9

218:12,13,14
218:14,16,21
219:7,17,18,21
219:22 220:13
220:18 221:1,8
222:20 224:1,3
224:8 227:14
228:6,9 229:2
230:4,15
232:10,22
233:3 234:6,15
235:1,5,10,11
235:18 238:5
238:18,20
239:6 244:20
250:11 252:10
255:2 256:5,8
**XRP's** 95:10
96:18 97:3
113:21 126:5
156:9 157:1
158:21 216:10
217:1 220:4
228:19 254:15
254:22
**XRPO** 127:19
**XRPs** 140:18
173:12 194:22
212:17 219:4,5
219:10,10

**Y**

**yeah** 17:10 22:10
22:14 23:4
26:16 27:2,21
30:5 35:20
36:4 37:12
41:9,9 52:18
56:18 57:21
66:12,17 71:5
75:16,19 83:20
103:20 115:5
117:19 124:7
129:4,17
130:19 132:6
138:19 146:1

154:11,13
155:5 158:9
161:5 179:19
191:7 194:22
196:11,22
205:16 206:13
207:20 208:9
212:5 217:20
217:21 222:16
229:12 230:16
236:5,9 241:21
242:2,9 250:9
250:14 252:9
253:5 255:10
255:21 274:7
277:5 287:17
289:19 291:4
292:2
**year** 24:3 26:8
39:20 40:1,20
47:22 48:9,19
50:13 129:9
258:20 260:1
**years** 25:1 78:9
104:5 132:19
133:14 139:2
145:12 149:15
208:20 221:14
221:19,19
222:2 290:16
**Yep** 273:16
**yesterday** 16:19
**York** 61:6
**young** 261:14
**youth** 36:21
**YouTube** 57:10
57:16

**Z**

**zero** 117:22
119:13 120:5
121:6 168:2
177:6 220:8,18
250:2
**zero-sum** 246:2
246:22 248:16

248:19
**Zoega** 39:7
**Zoom** 296:3
**zoomed-in** 243:4

**0**

**0.1** 182:1
**0.3** 182:2
**06753-PJH** 1:6

**1**

**1** 8:4 12:22 13:1
13:3 213:15
**1:31** 159:11
**1:32** 160:6
**1:34** 160:9
**1:51** 53:16
**10** 6:8 25:1
48:20 54:16
139:2 166:3
174:7 175:9
184:8 210:16
213:14 221:14
**10,000** 49:5
**10:09** 59:14
**10:20** 59:18
**10:52** 88:1
**10:53** 88:4
**100** 125:6 173:10
173:11 210:15
**10th** 241:13
**11** 6:22 59:22
60:2,16 179:13
179:17 180:15
180:18 181:1
**11:07** 292:20
**11:36** 118:13
**11:49** 118:17
**11:55** 284:12
**11th** 275:12
284:10
**12** 17:5
**12:38** 159:7
**124** 118:20
**13** 1:15 297:4
298:5 299:10

12/13/2023                In re Ripple Labs. Inc., Litigation                Saifedean Ammous, Ph.D.
                                      Confidential

**130** 4:21
**13th** 8:13 253:4
**14** 13:20,21
  296:11
**14.3** 290:21
**14.6** 290:21
**1400** 3:5 297:2
**149** 89:14,15
  100:21 132:4
  156:5 160:16
  179:5 184:5
**15** 15:6 145:12
  293:17
**150** 218:5,6
**155** 260:4,7
**15th** 292:19
**16** 88:16,18 89:3
  156:5,16 204:5
**1600** 2:8 8:12
**1615** 3:15
**1730** 1:21 298:1
  299:2
**174** 10:20,21
  11:2,17 12:11
  17:21 37:2
  54:16 59:21
  73:4 77:8
  88:15 118:20
  124:10 182:13
  185:2 209:4
  270:8 293:16
**175** 4:8 23:12,13
  23:16 24:17
**176** 4:9 25:19,20
  26:1
**177** 4:10 28:12
  28:13,16 29:1
**178** 4:13 53:10
  53:11,14 59:1
**179** 4:14 54:2,3
  54:6 59:1
**18** 13:6 88:18
  211:20
**180** 4:15 55:18
  55:21 56:1
  57:11,17

**181** 4:17 55:22
  56:1 57:6,6
**182** 4:19 130:19
  130:19,20
  131:1,2
**183** 5:4 203:12
  203:13,16
  207:5 223:10
  223:12 237:2
**184** 5:10 206:7,8
  206:11 223:9
**185** 5:12 229:13
  229:14,17
**186** 5:13 237:5,6
  237:9
**187** 5:14 241:6,7
  241:10 244:16
**188** 5:15 242:19
  242:20 243:2
**189** 5:16 246:14
  246:15,18
  248:11
**18th** 39:16
**19** 101:12
**190** 5:17 249:15
  249:16
**1900** 3:5 297:2
**191** 5:18 252:20
  252:21 253:3
**192** 5:19 254:3,4
  254:7
**193** 5:20 258:14
  258:15,18
  261:19
**1932** 268:22
**1934** 268:21
**194** 6:4 259:18
  259:19,22
  261:19
**1944** 268:20
**1946** 268:20
**195** 6:8 265:20
  265:21 266:2
  268:3
**196** 6:11 269:18
  269:20

**197** 6:13 270:20
  271:2 272:2
  275:20
**198** 6:17 271:8,9
  271:12
**199** 6:19 272:22
  273:1 274:9
**19th** 280:16

───────────
**2**
───────────
**2** 59:17 206:16
  224:16,17
**2:01** 54:8
**2:33** 282:2
**2:35** 210:4
**2:50** 210:8
**20** 62:4 153:8,8
**20-year** 12:2
**20,000** 52:14
**200** 6:20 275:6,6
  275:7,10
**2000** 38:3 46:7
**2001** 18:16
**2003** 19:9 37:3,7
  37:11,14
**20036** 1:21 3:16
  298:2 299:3
**2004** 19:12 37:5
  37:8,14,14
**2006** 20:7
**2007** 20:8 38:3
**2009** 42:9 46:4
**201** 7:4 279:18
  279:19
**2011** 21:1 37:3
  37:15 38:3,6
  40:3,10,10
  46:2,4,5,9
**2012** 39:17 41:4
**2013** 44:17,17
  137:21 138:2,6
  138:14,18
  139:2 253:4
**2014** 44:17 70:1
  199:22
**2015** 70:2 74:20

**2016** 5:6 40:9,11
  44:22 45:6,9
  107:11 133:14
  139:22 203:17
  205:17 207:5
  229:19 231:1
  236:3
**2017** 103:10
  118:22 119:8
  141:3 153:10
  236:4 237:10
**2018** 6:14,22
  45:22 46:3,9
  46:10,19,20
  74:11,18,19
  75:13,15,16,17
  206:17,22
  236:6 270:4
  273:8,22
  275:12 289:1
**2019** 24:22 45:1
  45:6,9,22 46:5
  46:11,21 47:1
  47:12 49:9,9
  49:10 61:14,16
  64:11 68:3
  198:20 199:4
  236:8 241:4
**202** 1:22 3:17
  7:5 280:11,12
  280:15 298:2
**202)-232-0646**
  297:15
**202)232-0646**
  299:4
**2020** 28:19 49:9
  65:8 89:19
  207:21 208:6
  208:11,14
  209:18 236:10
  236:14,18
  241:4 248:22
  249:4 284:10
**2021** 54:8 65:8
  67:1 76:20
  241:13 242:1

**243** 9 244:9
  248:22 260:3
**2022** 5:11 6:9
  28:19 29:11
  107:11 206:15
  209:9 249:20
  250:15,18
  254:8
**2023** 1:15 8:13
  11:8,11 13:6
  26:3 53:15
  65:13 153:10
  218:3 244:9
  253:4 280:1,16
  282:2 290:5
  292:19 296:11
  297:4,20 298:5
  299:10
**2026** 88:14
**203** 5:9 7:6
  281:18,19,22
**204** 7:7 284:5,6
  284:9,12
**205** 7:8 288:12
  288:13,16
**206** 5:11 7:9
  289:21,22
  290:3
**207** 7:10 292:13
  292:14,18
**20th** 286:16
**21** 220:12
**22** 132:17,18
  216:17,19
  218:19 220:3
**229** 5:12
**23** 4:8
**232-0646** 1:22
  298:2
**237** 5:13
**23rd** 53:15
**24** 118:22 119:5
  274:3
**24-hour** 17:9
**241** 5:14
**242** 5:15

12/13/2023

In re Ripple Labs. Inc., Litigation
Confidential

Saifedean Ammous, Ph.D.

**246** 5:16
**249** 5:17
**24th** 237:10
  280:1
**25** 4:9 191:14,14
  191:20,22
  223:18 227:12
**252** 5:18
**254** 5:19
**258** 5:21
**259** 6:7
**25th** 229:19
  282:2
**26** 106:1 108:7
  109:3 121:1
  124:9
**265** 6:10
**269** 6:12
**27** 160:18
**271** 6:16,18
**273** 6:19
**275** 6:22
**279** 7:4
**27th** 249:20
**28** 4:12
**280** 7:5
**281** 7:6
**284** 7:7
**288** 7:8
**289** 7:9
**29** 124:9 128:6,7
  131:5 177:15
  178:18
**292** 7:10

_____
**3**

**3** 118:16 194:22
  195:5
**3:48** 257:5
**3:59** 257:9
**30** 15:22 62:4,5
  151:1 152:1,5
  154:15
**30-day** 132:9
**30th** 11:7,11,16
**31** 102:7

**310** 3:7
**32** 132:4,5
**325** 259:4,5
**326-7968** 3:17
**35,000** 16:2
  48:13
**350-page** 266:11
**38** 57:18
**3rd** 290:4

_____
**4**

**4** 57:19 159:10
  266:8
**4:18-cv-** 1:5
**4:18-cv-06753...**
  8:9
**4:36** 288:1
**4:49** 288:4
**4:57** 294:17
**4:58** 295:9
**40** 210:11,13
**400** 3:15
**410** 207:21 208:5
  208:10
**44** 152:5
**45** 152:8
**47** 152:1,8
  154:15 214:17
  214:19
**48** 126:1 145:19
  184:6
**49** 91:22 155:16
  157:17 165:3
  166:13 179:6
**4th** 24:21 254:8

_____
**5**

**5** 57:18 182:2
  195:1 210:7
  212:3,7,9,16
  212:20 213:4
  270:9
**50** 127:8 133:19
  195:6 210:16
  216:21 219:9
  219:10

**500** 15:10 293:20
  294:2
**5129** 1:19 296:16
**52** 102:19 103:7
**53** 4:13
**536.99** 209:8
**54** 4:14 89:16
**55** 272:4
**56** 4:16,18
**58** 92:1 159:14
  161:6
**59** 92:2 121:21
  123:21
**5A** 102:4
**5th** 2:7 54:8

_____
**6**

**6** 57:19 257:8
  268:10,13
**6:14** 289:1
**60** 92:2 168:12
  168:13 175:18
  176:13
**61** 91:22 177:2
**62** 185:2
**633** 2:7 8:11
**639** 131:8
**64** 127:8 128:3
  186:17
**65** 209:1
**66** 126:22
**67** 182:14
**68** 143:10,12
**69** 189:16,19
  194:9 199:14
  204:22 205:8
  206:2
**6th** 273:7,22

_____
**7**

**70** 102:11 135:22
  136:2,19 137:5
  138:10 140:9
  175:17 233:8
  233:12
**71** 102:11

**72** 208:2
**74** 101:15
**75** 290:16
**76** 100:21
**77** 100:21 101:12
**789-3193** 3:7
**7th** 6:13 289:1

_____
**8**

**8:04** 26:3
**8:50** 24:22
**80** 174:18 175:7
  175:17 224:19
**812** 1:21 298:1
  299:2

_____
**9**

**9** 4:3 106:2,3
  111:16 120:22
  184:8 268:2,9
  268:13
**9:08** 1:16
**9:09** 8:14
**90** 224:19 225:19
**90067** 3:6
**90067-6029**
  297:2
**90071** 2:9 8:12
**92** 5:6 203:17
**99** 225:19
**99.9** 225:19
**9th** 26:3 27:1