# Exhibit 9

**Subject:**
Re: XRPL Foundation - follow ups
**From:**
█████████

**Date:**
2/19/21, 2:29 AM
**To:**
██████████

**CC:**

████████████████████████████████████████████████
█████████████

Thanks ██████,
I believe ██████ is out of office until next week, so I'll circle back next week for all of us to find some time to connect specifically on the logo and copyrights.

I'll connect you on a separate thread with ██████ and ██████, who will help handle transition of XRPL.org to the foundation.

More to come! Thanks,
███

On Wed, Feb 17, 2021 at 11:05 PM ███████████████████ wrote:

Thanks for the mail ██████ I'll go through the points one by one.

1. The XRP logo being unregistered is a bit perplexing. IMO, there is no such this as "open source", without an accompanying copyright where the owner permits use under a permissive (one of the many variants of the open source licenses available) license. In this context, something like Creative Commons would have been appropriate. The page here https://brand.ripple.com/article/xrp-symbol talks about the fact that it's open source, yet also gives a style guide. And specifically says that it's not to be used in conjunction with/conflated with Ripple marks. That is superfluous for something that the company doesn't own or claim rights over.

As pointed out earlier, there is an individual/entity who has taken advantage of the fact that there isn't a registered owner to claim it as theirs. We will have to examine the situations wherein we could get a cease and desist from the owner. Any documentation that shows the evolution and first use of the logo being prior to that registration would be very useful. https://www3.wipo.int/branddb/en/showData.jsp?ID=AUTM.1934441

Happy to jump on to a call with ██████ on this.

2. We are happy to have the registrant and DNS information for xrpl.org handed over to us. As you said, we'll take that on a separate thread.

3. This is the most complex process, so we'll discuss it at length when the Ripple team is clearer on the process.

Best regards

████

On 2/18/21 12:28 AM, ███████████ wrote:

Hi ██████ and ██████
Great to meet you yesterday and I'm looking forward to working together. As far as next steps on a few of

SEC-XRPL-E-0000333
SEC-LIT-EPROD-001748665
RPLI_02424182

the items we had discussed:

- Trademark portfolio, logos, and patents: Ripple currently has 4 registered trademarks related to XRP that we'd like to transfer to the Foundation. Ripple does not hold any patents that relate to XRP, and does not currently hold registration rights for any of the XRP logos. Once we've transferred the trademarks to the Foundation, the Foundation is free to decide what they want to do with the logos and trademarks - continue to renew them, or leave them as unregistered. I've cc'ed ███████ here, who is a lawyer on our team, and who is happy to jump on a call with you to discuss with you the factors behind Ripple's prior decisions not to trademark the XRP logos. She is currently starting to process the transfer of the 4 trademarks to the Estonian entity.
- Transferring XRPL.org domain: We'd love to transfer DNS ownership or XRPL.org to you, and retain content / repo ownership to continue managing content on the website. If we're aligned on this one, I'll start a separate thread with a few others on our team to discuss brass tacks of transfering the domain.

- Copyright transfer and GitHub Rippled Repository: I know we chatted about these two separate action items on our call - we're still working internally through the mechanics of these and the potential path forward, so we'll circle back with you once we have a clearer plan.

Please let me know if you have any questions - thanks!

███

SEC-XRPL-E-0000334
SEC-LIT-EPROD-001748666
RPLI_02424183