UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re RIPPLE LABS, INC. LITIGATION | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>All Actions | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference as soon as practicable. The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED.**

Dated: June 20, 2024

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record