UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re RIPPLE LABS, INC. LITIGATION | Case No. 18-cv-06753-PJH |
|---|---|
| This Document Relates To:<br>All Actions | **ORDER RE STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**<br>Re: Dkt. 432 |

Before the court is the parties' stipulation to modify the scheduling order and continue the pretrial and trial dates. See Dkt. 432. Because the current pretrial conference date is just one day after the parties' scheduled settlement conference, the court agrees that a continuance is warranted.

Accordingly, the pretrial conference will be conducted on **December 19, 2024**, and the trial date will be continued to **January 21, 2025**. Because the case is no longer proceeding as a class action, the amount of time allotted for trial will be reduced from twelve (12) days to **five (5) days**.

**IT IS SO ORDERED.**

Dated: July 19, 2024

                                             /s/ *Phyllis J. Hamilton*
                                           PHYLLIS J. HAMILTON
                                           United States District Judge