UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>All Actions | **ORDER RE JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND STAY**<br>Re: Dkt. 437 |

The court is in receipt of the parties' joint motion for entry of final judgment and stay. See Dkt. 437. Before making a decision on the parties' motion, the court would like the parties to consider an alternative resolution of filing a voluntary dismissal without prejudice of the remaining individual claim, subject to being re-filed after resolution of the appeal on the class claims. The law of the case would control in any re-filed proceedings, and the parties may agree to waive any statute of limitations issues that they anticipate.

If the parties are amenable to this alternative resolution, the court requests that they file an amended proposed order – and if the parties are not amenable, the court requests that they file a notice to that effect – by **November 4, 2024**.

**IT IS SO ORDERED.**

Dated: October 28, 2024

                                    /s/ *Phyllis J. Hamilton*
                                    PHYLLIS J. HAMILTON
                                    United States District Judge