Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
Michael Tayag (350113)
mtayag@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Attorneys for Lead Plaintiff Bradley Sostack and Class Counsel*

*[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION, | Case No. 18-cv-06753-PJH |
| This Document Relates To:<br>ALL ACTIONS | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO VACATE ORDER ON SUPPLEMENTAL BRIEFING** |

Lead Plaintiff Bradley Sostack ("Plaintiff") and Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse ("Defendants," and collectively with Plaintiff, the "Parties"), by and through undersigned counsel, hereby stipulate as follows:

**BACKGROUND**

The Court granted in part and denied in part Defendants' motion for summary judgment, ECF No. 419, dismissing all but a single state-law claim that Plaintiff is pursuing on an individual basis (the "Individual Claim"), ECF No. 87, subject to the parties' proposed stay, ECF No. 437, and ongoing meet and confer efforts regarding the Court's October 28, 2024 Order regarding a potential voluntary dismissal without prejudice of that Individual Claim, ECF No. 438.

On October 24, 2025, the Court issued an order on the Parties' *Daubert* motions, which motions the Parties filed before the Court's summary judgment order. ECF No. 436. The Court denied Defendants' motion to exclude the testimony of Plaintiff's expert Jeremy Clark "with the possible exception of Clark's rebuttal testimony of [Yesha] Yadav," on which the Court ordered additional briefing. *Id.* at 8. Specifically, the Court ordered the Parties to "file five-page supplemental briefs on the discrete issue of whether expert testimony from either party is needed to establish the domesticity of plaintiff Sostack's transactions." *Id.* at 7.

Neither Party intends to introduce expert testimony on the question of the domesticity of Sostack's XRP purchases at the presently-scheduled trial on the Individual Claim.[1] Therefore, the Parties respectfully request that the Court vacate as moot its Order that the Parties file supplemental briefing on this question.

**STIPULATION**

The Parties stipulate and agree and request that, for good cause shown on the basis of the facts set forth above, the Court (1) vacate Lead Plaintiff's October 31, 2024 deadline to file an opening brief, and Defendants' deadline to file a brief within seven days of Lead Plaintiff's opening brief, on whether expert testimony from either party is needed to establish the domesticity of Lead Plaintiff's transactions, and (2) deny as moot the motion to exclude the testimony of

[1] Defendants reserve all rights to introduce expert testimony and to challenge the domesticity of XRP purchases (including Plaintiff's XRP purchases) in other contexts, including without limitation on the class claims, and Plaintiff reserves all rights to oppose Defendants' positions.

Jeremy Clark to the extent it seeks exclusion of rebuttal expert testimony on the question of the domesticity of Sostack's XRP purchases at the presently-scheduled trial on the Individual Claim.

Dated: October 30, 2024

By: /s/ Steven G. Sklaver
Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
Michael Tayag (350113)
mtayag@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Attorneys for Lead Plaintiff Bradley Sostack and Class Counsel*

Dated: October 30, 2024

By: /s/ Andrew Michaelson
Damien J. Marshall (*pro hac vice*)
dmarshall@kslaw.com
Andrew Michaelson (*pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Lisa Bugni (323962)
lbugni@kslaw.com
Meghan Strong (324503)
mstrong@kslaw.com

KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Reid Figel (*pro hac vice*)
rfigel@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
Bethan Jones (*pro hac vice*)
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036 Tel: (202) 326-7900

*Attorneys for Defendant Ripple Labs Inc.*

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' foregoing stipulation, the Court's order on supplemental briefing, ECF No. 436 at 7, 15, is **VACATED** as moot. The motion to exclude the testimony of Jeremy Clark is **DENIED** as moot to the extent it seeks exclusion of rebuttal expert testimony on the question of the domesticity of Sostack's XRP purchases at the upcoming, presently-scheduled trial on the Individual Claim.

**IT IS SO ORDERED.**

Dated: November 4, 2024




The H[illegible]milton

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 30, 2024

*<u>/s/ Steven G. Sklaver</u>*
Steven G. Sklaver