United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 18-cv-06753-PJH |
| This Document Relates to:<br>ALL ACTIONS | **JUDGMENT**<br>Re: Dkt. No. 442 |

    Judgment is hereby entered consistent with the Court's Order Granting Motion for Entry of Judgment and Stay as Modified by the Court.

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 15th day of November 2024.

Mark B. Busby, Clerk of Court

*Kelly Collins*

Kelly Collins
Deputy Clerk