Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
Michael Tayag (350113)
mtayag@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Attorneys for Lead Plaintiff Bradley Sostack and Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21) |
| This Document Relates to:<br><br>All Actions | <u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

**PLEASE TAKE NOTICE** that Lead Plaintiff Bradley Sostack, on behalf of himself and the Federal and California State Securities Claims Classes certified in Dkt. 264, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's November 15, 2024 Judgment (Dkt. 443), attached hereto as Exhibit A; the Order Granting Joint Motion for Entry of Judgment and Stay as Modified by the Court (Dkt. 442), attached hereto as Exhibit B, as amended on November 26, 2024 by the Court's Order (Dkt. 446), attached hereto as Exhibit C, certifying the Judgment as final and appealable under Federal Rule of Civil Procedure 54(b); and all other orders, opinions, rulings, decrees, memoranda, conclusions, findings, and decisions preceding, leading to, merged into, underlying, included within, or related thereto, including, but not limited to, the Court's Order Granting in Part and Denying in Part Motion for Summary Judgment (Dkt. 419), attached hereto as Exhibit D, the Order Granting Motion for Class Certification (Dkt. 264), attached hereto as Exhibit E, the Order Re Daubert Motions (Dkt. 436), attached hereto as Exhibit F, the Order Granting in Part Motion to Approve Form and Manner of Class Notice (Dkt. 335), attached hereto as Exhibit G, the February 26, 2020 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (Dkt. 85), attached hereto as Exhibit H, and the October 2, 2020 Order Granting in Part and Denying in Part Motion to Dismiss Consolidated First Amended Complaint (Dkt. 115), attached hereto as Exhibit I.

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs attach a Representation Statement to this Notice of Appeal as Attachment 1.

Dated: December 10, 2024         SUSMAN GODFREY L.L.P.

                                 By: */s/ Marc M. Seltzer*

                                 Marc M. Seltzer (54534)
                                 Steven G. Sklaver (237612)
                                 Oleg Elkhunovich (269238)
                                 Krysta Kauble Pachman (280951)
                                 Nicholas N. Spear (304281)
                                 Michael Allen D. Tayag (350113)
                                 SUSMAN GODFREY L.L.P.
                                 1900 Avenue of the Stars, Suite 1400
                                 Los Angeles, CA  90067-6029
                                 Telephone: (310) 789-3100
                                 Facsimile: (310) 789-3150

|   |   |
|---|---|
| 1 | mseltzer@susmangodfrey.com |
|   | ssklaver@susmangodfrey.com |
| 2 | oelkhunovich@susmangodfrey.com |
|   | kpachman@susmangodfrey.com |
| 3 | nspear@susmangodfrey.com |
|   | mtayag@susmangodfrey.com |

James Q. Taylor-Copeland (284743)
Max Ambrose (320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341
james@taylorcopelandlaw.com
maxambrose@taylorcopeland.com

*Counsel for Lead Plaintiff*
*Bradley Sostack*