# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re RIPPLE LABS INC. LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 4:18-cv-06753-PJH

ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT AND STAY AS MODIFIED BY THE COURT

Pursuant to the Parties' foregoing Joint Motion, and for good cause shown, this Court GRANTS the Joint Motion for Entry of Final Judgment and to Stay. The Court finds that final judgment should be entered pursuant to Rule 54(b) with regard to Plaintiff's class claims that were resolved in Defendants' favor in the Court's Order and Opinion Granting In Part and Denying In Part Defendants' Motion for Summary Judgment (ECF No. 419). The Clerk is instructed to enter judgment in Defendants' favor on Plaintiff's following four class claims:

1. Violation of Section 12(a)(1) of the Securities Act (Title 15 U.S.C. § 77l(a)(1)) against defendants for the unregistered offer and sale of securities;

2. Violation of Section 15 of the Securities Act (Title 15 U.S.C. § 77o) against defendant Ripple and defendant Garlinghouse for control person liability for the primary violation of Title 15 U.S.C. § 77l(a)(1);

3. Violation of California Corporations Code § 25503 against defendants for a primary violation of § 25110's restriction on the offer or sale of unregistered securities;

4. Violation of California Corporations Code § 25504 against defendant Ripple and defendant Garlinghouse for control person liability in connection with defendants' primary violation of § 25110.

Additionally, the Court STAYS Plaintiff's Fourth Claim for Relief under § 25501 against defendant Ripple and defendant XRP II and § 25504.1 against defendant Ripple and defendant Garlinghouse, *see* First Am. Compl. ¶¶ 197–206, until the final resolution of any and all appeals of the class claims. The January 21, 2025 trial date and all attendant pretrial dates are hereby vacated and will be rescheduled as necessary following the resolution of any and all appeals of the class claims. Within 30 days after final resolution of the appeal of the class claims, the parties shall file a joint motion to lift the stay on the docket in this case.

**IT IS SO ORDERED.**

DATED: November 12, 2024

                                      */s/ Phyllis J. Hamilton*
                            THE HONORABLE PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT JUDGE

2