Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
Michael Tayag (350113)
mtayag@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO BILL OF COSTS** |
| This Document Relates to:<br><br>All Actions | |

1

DECL. OF JAMES TAYLOR-COPELAND ISO PLAINTIFF'S OBJECTIONS TO BILL OF COSTS
4:18-cv-06753-PJH

12959034v1/016433

I, James Taylor-Copeland, hereby declare as follows:

1. I am an attorney in the law firm of Taylor-Copeland Law and counsel for Lead Plaintiff Bradley Sostack. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2. I respectfully submit this declaration in support of Plaintiff's Objections to Ripple Labs, Inc.'s ("Ripple") Bill of Costs.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant's October 1, 2024 Offer of Judgment.

4. On December 4, 2024, I met and conferred by phone with Ripple's counsel, Bradley Oppenheimer, regarding Plaintiff's objections to Ripple's Bill of Costs. We discussed both Plaintiff's objections to the timing of Ripple's Bill of Costs as well as the specific costs that Ripple is seeking. We exchanged emails regarding those objections thereafter and were unable to resolve Plaintiff's objections. A true and correct copy of that email chain is attached hereto as **Exhibit 2**.

5. My co-counsel, Susman Godfrey, informed me that the document management platform used to store all productions received from Ripple in this case is currently storing about 922 GB of data.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a July 9, 2021 letter from Ripple's counsel, Suzanne Nero, regarding Ripple's fifteenth production of documents. The letter notes: "These documents that were recently produced in the SEC litigation (*SEC v. Ripple Labs, Inc. et al.*, Case No. 20 Civ. 10832 (AT) (S.D.N.Y.)) and are now being produced to you here in the same form and manner that they were produced in that action." The vast majority of the documents produced by Ripple in this matter were accompanied by a letter containing identical or similar language indicating that those documents had been previously produced in the SEC Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of December, 2024, at North Fork, California.

*/s/James Taylor-Copeland*
James Taylor-Copeland