# Exhibit 1

| | |
|---|---|
| DAMIEN J. MARSHALL | MICHAEL K. KELLOGG |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| dmarshall@kslaw.com | mkellogg@kellogghansen.com |
| ANDREW MICHAELSON | REID M. FIGEL |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| amichaelson@kslaw.com | rfigel@kellogghansen.com |
| KING & SPALDING LLP | GREGORY G. RAPAWY |
| 1185 Avenue of the Americas, 34th Floor | (admitted *pro hac vice*) |
| New York, NY 10036 | grapawy@kellogghansen.com |
| Tel: (212) 556-2100; Fax: (212) 556-2222 | BRADLEY E. OPPENHEIMER |
| | (admitted *pro hac vice*) |
| LISA BUGNI (SBN 323962) | boppenheimer@kellogghansen.com |
| lbugni@kslaw.com | BETHAN R. JONES |
| KING & SPALDING LLP | (admitted *pro hac vice*) |
| 50 California Street, Suite 3300 | bjones@kellogghansen.com |
| San Francisco, CA 94111 | JUSTIN B. BERG |
| Tel: (415) 318-1200; Fax: (415) 318-1300 | (admitted *pro hac vice*) |
| | jberg@kellogghansen.com |
| ANDREW J. CERESNEY | |
| (admitted *pro hac vice*) | KELLOGG, HANSEN, TODD, FIGEL, |
| aceresney@debevoise.com | & FREDERICK, P.L.L.C. |
| DEBEVOISE & PLIMPTON LLP | Sumner Square |
| 919 Third Avenue | 1615 M Street, N.W., Suite 400 |
| New York, NY 10022 | Washington, D.C. 20036 |
| Tel: (212) 909-6000; Fax: (212) 909-6836 | +1 (202) 326-7900 |

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

*Counsel for Defendant Ripple Labs Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| This Document Relates to: | **DEFENDANTS' OFFER OF JUDGMENT** |
| ALL ACTIONS | |

In light of the Court's summary judgment order in the action captioned *In re Ripple Labs*, No. 4:18-cv-06753-PJH ("Action"), ECF No. 419, the only remaining claim in the Action is Plaintiff Bradley Sostack's claim, brought in his individual capacity, under California Corporations Code § 25501 (the "Remaining Claim").  Pursuant to Federal Rule of Civil Procedure 68, Defendants Ripple Labs Inc. ("Ripple"), XRP II, LLC, and Bradley Garlinghouse (collectively "Defendants") hereby offer to allow judgment to be taken against them in favor of Plaintiff Bradley Sostack on the Remaining Claim, on the terms set forth below.  This Offer of Judgment shall not constitute or otherwise be construed in any respect as an admission of liability or of any point of fact or law alleged by Plaintiff.

1. Plaintiff shall recover $500 from Defendants, as well as prejudgment interest and reasonable attorneys' fees and costs as determined by the Court.

2. Any judgment entered pursuant to this offer shall fully and completely terminate Plaintiff's Remaining Claim in this Action with prejudice and shall have claim preclusive effects as between Plaintiff and Defendants.  Plaintiff expressly waives the right to appeal from any judgment on his Remaining Claim.

3. This Offer of Judgment is made with the intent of avoiding the cost of trial.  If Plaintiff accepts this Offer of Judgment, such acceptance shall not be construed to preclude Plaintiff from continuing to represent the certified classes in this action.  Plaintiff shall retain all his existing rights and abilities to represent the certified classes.  Further, neither this Offer of Judgment nor any judgment entered pursuant to it shall constitute or otherwise be construed as a finding or an admission by Defendants of any legal or factual allegations contained in any complaint, motion, or other paper submitted or filed by Plaintiff, nor as an admission of the insufficiency of any defense, affirmative or otherwise, Defendants have or could have asserted.

4. If this Offer of Judgment is not accepted and Plaintiff obtains a judgment that is not more favorable than this offer, Plaintiff must pay all of Defendants' costs incurred after this Offer of Judgment was made, as set forth in Rule 68(d).

5. In the event this offer is not accepted and judgment is not entered pursuant to its

terms, Defendants retain, reserve, and preserve any and all rights, including to contest liability and damages in any further proceedings.

6.  Pursuant to Federal Rule of Civil Procedure 68, this Offer of Judgment is made at least fourteen days before the date set for trial. This offer shall be deemed withdrawn unless written notice of acceptance is received within fourteen days of service.

Dated: October 1, 2024

          /s/ Damien Marshall

DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

LISA BUGNI (SBN 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

MICHAEL K. KELLOGG (admitted *pro hac vice*)
mkellogg@kellogghansen.com
REID M. FIGEL (admitted *pro hac vice*)
rfigel@kellogghansen.com
GREGORY G. RAPAWY (admitted *pro hac vice*)
grapawy@kellogghansen.com
BRADLEY E. OPPENHEIMER
(admitted *pro hac vice*)
boppenheimer@kellogghansen.com
BETHAN R. JONES (admitted *pro hac vice*)
bjones@kellogghansen.com

JUSTIN B. BERG (admitted *pro hac vice*)
jberg@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900

*Counsel for Defendant Ripple Labs Inc.*

3