# Exhibit 2

 Outlook

---

RE: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

---

**From** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>

**Date** Tue 12/10/2024 7:07 AM

**To** 'james@taylorcopelandlaw.com' <james@taylorcopelandlaw.com>; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>

**Cc** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>

James,

Confirming receipt of your email.  We are working promptly to evaluate the new points and question you raised below, but we may not be able to respond before your filing deadline today.

Regards,
Brad

---

**From:** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>
**Sent:** Monday, December 9, 2024 7:48 PM
**To:** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>
**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

Hi Brad,
We disagree with your analysis of the timing issue and plan to ask the Court to defer any ruling on costs until there has been a final judgment as to all parties and all causes of action. The *Shorter* case you rely on is entirely inapposite as it involves a situation where all claims against one defendant had been adjudicated. Obviously, that is not the case here.

Just to be entirely clear, we also plan to ask the Court to deny Ripple's request for fees entirely based on : "(1) the substantial public importance of the case, (2) the closeness and difficulty of the issues in the case, (3) the chilling effect on future similar actions, (4) the plaintiff's limited financial resources, and (5) the economic disparity between the parties." *Escriba v. Foster Poultry Farms, Inc*., 743 F.3d 1236, 1247–48 (9th Cir. 2014).

With respect to deposition costs, I would add that Ripple is also seeking expediting costs with respect to Exs. 44, 50, 51, 52, 56, 58, 60, 62, 64, and 65. Costs associated with expedited transcripts are generally not recoverable. Is Ripple able to identify the portion of these costs (if any) that is not associated with expediting the transcripts? If not, we will ask the court to strike those costs in their entirety.

Finally, your email confirms that the Data Processing costs which Ripple seeks reimbursement for were not incurred in making copies and are thus not taxable. We plan to object to these costs on this basis, as

well as on the grounds that it is not clear any of Ripple's purported "document reproduction costs" were actually incurred in this case.

Best regards

James

---

**From:** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>
**Sent:** Friday, December 6, 2024 5:33 PM
**To:** james@taylorcopelandlaw.com; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>
**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** Re: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

James,

This is to respond to the points raised in your email below.

On timing of the costs application, we don't think the cases you sent, which ultimately stem from the Tenth Circuit's *Woodmen* decision, apply here, for two main reasons. First, in this case there has been a final determination that Defendants are the prevailing parties with regard to claims brought by the certified class; even if plaintiff prevails on his individual claim, that would not make the class the prevailing party on its claims. *See Shorter v. S. California Buick Pontiac GMC Dealers Inc.*, 2018 WL 5903812, at *4 (C.D. Cal. June 7, 2018) ("*Woodmen* is distinguishable from this case because the Dismissal Order resolved all claims properly before the Court between Plaintiff and [a specific defendant]," even though claims between other parties remained live). Second, *Woodmen* turned in large part on the absence of a rule stating "a time in which the motion for costs must be made." 784 F.2d at 1058. By contrast, the local rules here require that a bill of costs must be filed within 14 days of the entry of judgment, *see* L.R. 54-1(a). That said, if you have any authority from this district or the Ninth Circuit suggesting that this 14-day limit does not apply to judgments entered under Rule 54(b) in particular, we are willing to consider it.

On deposition costs, I noted on our call that the local rules expressly allow for the cost of videotaped depositions. *See* L.R. 54-3(c)(1) (allowing costs of depositions, "including videotaped depositions"); *see also, e.g.*, *Granite Rock Co. v. Teamsters Local 287 Int'l B'hd*, 2008 WL 2697167, at *1 (July 7, 2008) ("[T]he explicit inclusion of videotaped depositions in Rule 54-3(c)(1) means that the cost is recoverable. The rule does not limit the recovery to either a written transcript or a videotape."). I said that we would consider any contrary authority you might have, but you have not provided any. Similarly, as to the request to limit deposition costs to transcripts cited at summary judgment, I noted during our call that the local rules are not so limited. *See* L.R. 54-3(c)(1) (cost of "*any* deposition . . . taken for *any* purpose in connection with the case is allowable") (emphasis added). You again have not provided any contrary authority.

On the document reproduction costs, your email below misstates our conversation. I said during our call that it was unclear what you meant when asking whether the costs related "solely" to productions; you did not attempt to clarify. In any event, as your email notes, I went on to explain that the costs were incurred for the purpose of preparing outbound productions. It's unclear from our call and your email below whether you intend to make an objection in this regard, but we would note that the scope of permissible production expenses in this district is significantly broader than the narrow categories Ripple included in its bill of costs. *See, e.g.*, *Parrish v. Manatt, Phelps & Phillips, LLP*, 2011 WL 1362112, at *2 (N.D. Cal. Apr. 11, 2011) (costs of "collecting, reviewing, and preparing client documents for production" "are properly taxable").

Finally, as to the size of Ripple's outbound production, we have not yet been able to obtain the figure you requested. We note, though, that it should be expected that "more data than was actually produced" got submitted for processing. As Ms. Guardado's declaration explained, the data processing charge includes tasks such as "de-NIST and deduplication," both of which serve to reduce the volume of data that is ultimately produced.

Regards,
Brad

---

**From:** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>
**Sent:** Wednesday, December 4, 2024 4:30:00 PM
**To:** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>
**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

Hi Brad,
Thanks for taking the time to speak with me. As discussed, we believe that it is inappropriate for Ripple to seek costs at this juncture since the Parties' Joint Motion and the Court's Order did not include a direction to tax costs and it is not yet clear who will be the prevailing party in this litigation. We therefore asked if Ripple would agree to defer adjudication of costs until there has been a final judgment as to all parties and all causes of action. I'm attaching a number of cases, including one from within the Ninth Circuit, that have identified this as the correct approach.

With respect to the costs themselves, I asked whether Ripple is able to break out the cost for transcription versus the cost for video deposition. As discussed, we don't believe that the costs of video are compensable here. I also asked whether Ripple would be willing to withdraw its request with respect to depositions that were not cited in the summary judgment briefing.

With respect to the document reproduction costs, I inquired whether Data Processing, OCR, Selective Image Creation, and Automated and Native Redaction services relate solely to productions. You stated that you were hesitant to say that they related solely to productions, because, for example, you would also have received copies of TIFF files generated through Selective Image Creation, but that your understanding was that these charges all relate to getting productions out the door.

I also asked whether Ripple can provide the number of GB of data it produced to Plaintiff in this matter. As discussed, based on our review of Ripple's productions, it appears that Ripple is seeking reimbursement related to the processing of significantly more data than was actually produced. You stated that you did not have this information on hand, but that you would see if you can obtain it from your client.

You agreed that you would try to get back to me on the above by this Friday.

Best regards

James

---

**From:** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>
**Sent:** Tuesday, December 3, 2024 11:07 AM
**To:** james@taylorcopelandlaw.com; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>

**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

You can call me directly if you'd like.  I'm at 202-326-7968.

---

**From:** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>
**Sent:** Tuesday, December 3, 2024 2:06 PM
**To:** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>
**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

That works. Will there be anyone else on your end or should I just give you a call then?

---

**From:** Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>
**Sent:** Tuesday, December 3, 2024 11:04 AM
**To:** james@taylorcopelandlaw.com; 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>
**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** RE: [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

Hi James,

I could do 3pm ET / 12pm PT tomorrow if that works for you.

Thanks,
Brad

---

**From:** james@taylorcopelandlaw.com <james@taylorcopelandlaw.com>
**Sent:** Tuesday, December 3, 2024 12:22 PM
**To:** 'Andrew Michaelson' <amichaelson@kslaw.com>; 'Damien Marshall' <dmarshall@kslaw.com>; 'Luke Roniger' <LRoniger@KSLAW.com>; Oppenheimer, Bradley E. <boppenheimer@kellogghansen.com>
**Cc:** 'Steven Sklaver' <ssklaver@SusmanGodfrey.com>; 'Marc Seltzer' <MSeltzer@SusmanGodfrey.com>; 'Oleg Elkhunovich' <oelkhunovich@SusmanGodfrey.com>; 'Michael Tayag' <MTayag@susmangodfrey.com>; 'Nick Spear' <NSpear@susmangodfrey.com>; 'Max Ambrose' <maxambrose@taylorcopelandlaw.com>
**Subject:** [EXTERNAL] FW: Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

Counsel,
We have a number of objections to the bill of costs filed by Ripple. Can you please let us know your availability for a meet and confer call to discuss? I'm generally available today and tomorrow.

Best regards

James

---

**From:** ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
**Sent:** Tuesday, November 26, 2024 12:05 PM

**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 4:18-cv-06753-PJH In re Ripple Labs Inc. Litigation Bill of Costs

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

**Notice of Electronic Filing**

The following transaction was entered by Oppenheimer, Bradley on 11/26/2024 at 12:05 PM PST and filed on 11/26/2024

| | |
|---|---|
| **Case Name:** | In re Ripple Labs Inc. Litigation |
| **Case Number:** | 4:18-cv-06753-PJH |
| **Filer:** | Ripple Labs, Inc. |
| **Document Number:** | 445 |

**Docket Text:**
**BILL OF COSTS by Ripple Labs, Inc.. Objections due by 12/10/2024. (Attachments: # (1) Declaration of Ana Guardado, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Exhibit 12, # (14) Exhibit 13, # (15) Exhibit 14, # (16) Exhibit 15, # (17) Exhibit 16, # (18) Exhibit 17, # (19) Exhibit 18, # (20) Exhibit 19, # (21) Exhibit 20, # (22) Exhibit 21, # (23) Exhibit 22, # (24) Exhibit 23, # (25) Exhibit 24, # (26) Exhibit 25, # (27) Exhibit 26, # (28) Exhibit 27, # (29) Exhibit 28, # (30) Exhibit 29, # (31) Exhibit 30, # (32) Exhibit 31, # (33) Exhibit 32, # (34) Exhibit 33, # (35) Exhibit 34, # (36) Exhibit 35, # (37) Exhibit 36, # (38) Exhibit 37, # (39) Exhibit 38, # (40) Exhibit 39, # (41) Exhibit 40, # (42) Exhibit 41, # (43) Exhibit 42, # (44) Exhibit 43, # (45) Exhibit 44, # (46) Exhibit 45, # (47) Exhibit 46, # (48) Exhibit 47, # (49) Exhibit 48, # (50) Exhibit 49, # (51) Exhibit 50, # (52) Exhibit 51, # (53) Exhibit 52, # (54) Exhibit 53, # (55) Exhibit 54, # (56) Exhibit 55, # (57) Exhibit 56, # (58) Exhibit 57, # (59) Exhibit 58, # (60) Exhibit 59, # (61) Exhibit 60, # (62) Exhibit 61, # (63) Exhibit 62, # (64) Exhibit 63, # (65) Exhibit 64, # (66) Exhibit 65) (Oppenheimer, Bradley) (Filed on 11/26/2024)**


**4:18-cv-06753-PJH Notice has been electronically mailed to:**

Andrew J. Ceresney      aceresney@debevoise.com, csford@debevoise.com, eashane@debevoise.com, jguo@debevoise.com, mao-ecf@debevoise.com

Andrew Zenner Michaelson      amichaelson@kslaw.com, andrew-michaelson-7338@ecf.pacerpro.com, hperez@kslaw.com, jlax@kslaw.com, LWilliams@KSLAW.com, MGonzalez@KSLAW.com, tle@kslaw.com

Bethan Jones      bjones@kelloghansen.com, bethan-jones-6226@ecf.pacerpro.com,

cmckenney@kellogghansen.com

Bradley Oppenheimer    boppenheimer@kellogghansen.com, ecf-4adb34292e3f@ecf.pacerpro.com, fgarcia@kellogghansen.com

Brandon A Prince , I    brandon.prince@nelsonmullins.com

Damien J. Marshall    dmarshall@kslaw.com, jcmccullough@kslaw.com

Gregory G. Rapawy    grapawy@kellogghansen.com, ecf-d84dce999fdb@ecf.pacerpro.com, ecf-dc07ee682bc9@ecf.pacerpro.com, edawson@kellogghansen.com, lkhan@kellogghansen.com

James Quinn Taylor-Copeland    james@taylorcopelandlaw.com, james_839@ecf.courtdrive.com

Jason Takenouchi    jtakenouchi@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, lrich@kasowitz.com

John Deaton    all-deaton@deatonlawfirm.com

John T. Jasnoch    jjasnoch@scott-scott.com, edewan@scott-scott.com, rswartz@scott-scott.com, scott-scott@ecf.courtdrive.com, tharo@scott-scott.com

Justin B. Berg    jberg@kellogghansen.com, hwhitfield@kellogghansen.com, justin-berg-5921@ecf.pacerpro.com

Krysta Kauble Pachman    kpachman@susmangodfrey.com, ecf-722572b98eb1@ecf.pacerpro.com, kerene-palmer-9134@ecf.pacerpro.com, kpalmer@susmangodfrey.com

Lauren Sager McCabe    lauren.mccabe@morganlewis.com

Lisa R. Bugni    lbugni@kslaw.com, dhill@kslaw.com, nrodriguez@kslaw.com, yherico@kslaw.com

Marc M. Seltzer    mseltzer@susmangodfrey.com, ecf-67366a65900c@ecf.pacerpro.com

Matthew Gordon Ball    matthew.ball@klgates.com, david.dunbar@klgates.com, kim.love@klgates.com, klgateseservice@klgates.com, Litigation.Docketing@klgates.com, stephany.mcknight@klgates.com

Max Ambrose    maxambrose@taylorcopelandlaw.com

Meng Xi    mxi@susmangodfrey.com, 7078@ecf.pacerpro.com, ecf-9b823860588d@ecf.pacerpro.com, ecf-9f8dc9551d55@ecf.pacerpro.com, wkelly@susmangodfrey.com

Meredith Richardson Dearborn    mdearborn@paulweiss.com, imcmillan@paulweiss.com, mao_fednational@paulweiss.com

Michael Tayag    mtayag@susmangodfrey.com

Michael J O'Connor    michaelo@kraken.com

Michael K. Kellogg    mkellogg@kellogghansen.com, mwilliams@kellogghansen.com

Nicholas Nathan Spear    nspear@susmangodfrey.com, ecf-f8a7a120fec0@ecf.pacerpro.com, jbelvin@susmangodfrey.com, mwilliams@susmangodfrey.com, nick-spear-0758@ecf.pacerpro.com

Oleg Elkhunovich     Oelkhunovich@susmangodfrey.com, cindy-liu-0832@ecf.pacerpro.com, cliu@susmangodfrey.com, ecf-3e7980029b5e@ecf.pacerpro.com, tbayliss@susmangodfrey.com

Pavel I. Pogodin, Ph.D., Esq.     pp@consensuslaw.io, ppogodin@gmail.com

Prachee Sawant     psawant@kslaw.com

Rebecca Anne Bellow     RBELLOW@BCSSLAW.COM, cacossano@bcsslaw.com

Reid Mason Figel     rfigel@kellogghansen.com, esavoie@kellogghansen.com

Rhiana Swartz     rswartz@scott-scott.com, efile@scott-scott.com, scott-scott@ecf.courtdrive.com

Robert Lauri Lindholm     robert.lindholm@nelsonmullins.com, maxine.irvinggist@nelsonmullins.com

Robert Santos Sandoval     robert.sandoval@kraken.com

Ross Evan Pitcoff     ross@rosspitcofflaw.com

Sarah Nicole Westcot     swestcot@bursor.com, swestcot@ecf.courtdrive.com

Stavroula Elias Lambrakopoulos     stavroula.lambrakopoulos@klgates.com

Steven Gerald Sklaver     ssklaver@susmangodfrey.com, ecf-d2dbeeed8fe0@ecf.pacerpro.com, gregory-wise-3486@ecf.pacerpro.com, GWise@susmangodfrey.com, jerod-williams-0433@ecf.pacerpro.com, jwilliams@susmangodfrey.com

Thomas L Laughlin , IV     tlaughlin@scott-scott.com, aweas@scott-scott.com, efile@scott-scott.com, rswartz@scott-scott.com, scott-scott@ecf.courtdrive.com, tharo@scott-scott.com

**4:18-cv-06753-PJH Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2024 11 26 Ripple Bill of Costs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-0
] [1101f530e79fd983a5dbbb7c67a70de78f5b87e32724fb457f5d61497af72afdb89
2b146a9211a37a0a0de516968b7062442dbf318976f94774eb549e94b0a99]]
**Document description:**Declaration of Ana Guardado
**Original filename:**C:\fakepath\2024 11 26 Declaration of A. Guardado ISO Bill of Costs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1
] [a0bf84ae16970d7641cf88e02dc57e7c36a1d0a1ffef17d99c0efc32ad5b51a6ef2
21fb5dd39e9a0c0c59297f975702cdca192048666f00986adf6a197d2ed74]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Exh 1 - 2020 11 04 [121] Stip Order Re Discovery of ESI.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
] [633f6518c5a1e4912703a441e599aed6d29580d99e44b4a93fd4f25de57594b4321
d286584c10b4ee3ef3ef8394bdfa29d0b58d9eb7311908db806d41538dd6a]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Exh 2 - 2020 10 08 Lead Pl's First RFPs.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
] [1dcffb838660f24f195e0a7344166e2bd8b7f567b5a41b1d648efb628c1a1e0f3a1
9d31abfc7d374e84c3e3b08d9983a5084708979890fa0eaeb6406bedcfabc]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\Exh 3 - 2021 01 04 Lead Pl's Second RFPs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
] [300bfedd02e20a532aa5294eac7c32a398663ee7195e4c02991065900a9c2d589f4
4c98137cb16bc9a3f52834d947cd26b7a3ed0dc35bbb30cde476116f4f310]]
**Document description:**Exhibit 4
**Original filename:**C:\fakepath\Exh 4 - 2021 01 08 Lead Pl's Third RFPs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
] [05808fb8af2b8be253e08ddad573956a0f9535be81292f0310994aff1412e7e90f0
64192319705c20a2ccc76bd064a6625f765e6630af3bc33c8ce89e916a81f]]
**Document description:**Exhibit 5
**Original filename:**C:\fakepath\Exh 5 - 2021 03 24 Lead Pl's Fourth RFPs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
] [2c1ca4d34b10186729d09f7f898705fe2acfd7b1223fe1c71104929ff2900e1f24c
d5e708a0cb26f8cbf4d91a62805e3e8652b844a9514cda387ee8397387578]]
**Document description:**Exhibit 6
**Original filename:**C:\fakepath\Exh 6 - 2021 05 03 Lead Pl's Fifth RFPs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-7
] [677476a467b793c3b22ce7ae85dd26920b0d12dc0374b0b2c834fe8f672ca4c2c8e
6621cf33bdb4b7bc4fd91cf56bedbd7a7b8e8fe46c344a3351b206492de06]]
**Document description:**Exhibit 7
**Original filename:**C:\fakepath\Exh 7 - 2023 03 24 Lead Pl's Amended Sixth Set of RFPs.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-8
] [3a03c8c87cece2748b8e2066efcc3f329a6b27f4ad0051f34697b8d01d1d2250df7
7f3c280521269f5447fc6817e1b56cb16faf6cfa96a56f8b569bda56e2e1c]]
**Document description:**Exhibit 8
**Original filename:**C:\fakepath\Exh 8 - INV217710.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-9
] [30c1b70cb9dea41bf38b888ca048466e23d4b37f00622aa994876c95c5b0188f15a
bd09e1f631a7927d8d451d9a463c0b261db537a62e310103351951145a9b2]]
**Document description:**Exhibit 9
**Original filename:**C:\fakepath\Exh 9 - INV228370.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1
0] [3410aaec52e81b4fc97b61c7aff2a070ab84288de29b2531ec35d42b0a9289ec7e
ad51293bd2da01e4f91a888c638eb118c609e9f6ee830092e72163d4540375]]
**Document description:**Exhibit 10
**Original filename:**C:\fakepath\Exh 10 - INV233413.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1
1] [5539d8c1df87c2ef944e1171b3fca0b7ca429027d3c05efd1d4af6f78d59fad1af
14ca7099c073dbda92192ab08b240da3a19be3e7216a4c378579615587e643]]
**Document description:**Exhibit 11
**Original filename:**C:\fakepath\Exh 11 - INV297705.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 2] [6ad5d7790e35d14626f61a3f6272043e789ec8dec22bbc24e1a8e1c23bad9e7faf 4ac4300ae19f8571e00ee6dda5e655ce3b31ea5f7dd25373cd1a52ffe5d648]]
**Document description:**Exhibit 12
**Original filename:**C:\fakepath\Exh 12 - INV374131.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 3] [a7f43ff6dc3f0378d69bc4c0b91fa17927381707ecf48ccb91dea5056db8a16333 5f3f318dd20526819057cb01e8d372fcb50dafbaa7932724c6bca2c1ab241f]]
**Document description:**Exhibit 13
**Original filename:**C:\fakepath\Exh 13 - INV444609.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 4] [4ab6edc37fea29d4d79eeb812b1988071ffa69e7f3aa31c11619f9bda3e9b803f3 e8dbf447e02ab613e1898fafe8ad746dfb97e788952fe33dabbdc3ce5bba2f]]
**Document description:**Exhibit 14
**Original filename:**C:\fakepath\Exh 14 - INV460911.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 5] [842ed7e2d3acae321f91375b71c6eb289c454d42a837d783cc976d0bc9984f57da dc4352ca4c4896d71fbd429278a53c4c03bd419cffa770ce6b2dd197309bb7]]
**Document description:**Exhibit 15
**Original filename:**C:\fakepath\Exh 15 - INV486947.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 6] [43623b1f174767bc1a2d91c2f449b25101481b2f7411e7704a0f08e85e3536a5a6 880b6dd28ff03c58649c38a8124fa98cafec14c3cc5d183f2015e1a4c0e3e6]]
**Document description:**Exhibit 16
**Original filename:**C:\fakepath\Exh 16 - INV494141.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 7] [a4b28ae4676ffc3119525f52b74cdde17a806da3ac721a592017d676785691136d 47ec4c658771e47df6f17cc3e5b181a1aeb6d019b057461fb3501b44244204]]
**Document description:**Exhibit 17
**Original filename:**C:\fakepath\Exh 17 - INV501373.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 8] [9999d281a033b2dabbb2c5781225bb3fd70531715165b570229197d16b06483706 f4b1d39106de9133a3b491e48c25232b0adc9a5592f852f0269ffaa26ecf8f]]
**Document description:**Exhibit 18
**Original filename:**C:\fakepath\Exh 18 - INV516035.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-1 9] [84793d185081c482c81f1a1f902a465ec95dde62e22be8cbe738f203d6908923ae bdeae55156e4cd6d6b8bd78a71d7173a019e35f645fb8ea0cd6949767b147d]]
**Document description:**Exhibit 19
**Original filename:**C:\fakepath\Exh 19 - INV523567.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2 0] [8ee5ccd135ba60b06e51df44e78e652a4f85467bb703bd6cfa363d5ee4f4801e7a 92bffa340943d9e262eabf775339386133ea9f488a10febf0392c217d163a1]]
**Document description:**Exhibit 20
**Original filename:**C:\fakepath\Exh 20 - INV539425.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
1] [086cec647fdff97df11660fd0a0d1b79e14cf2da3c8e66db68b33cd5ddf150d7e0
54afb259c029e1ea8349f76437d6c08d9982d564e9bb684d68b915ef2c2f9e]]
**Document description:**Exhibit 21
**Original filename:**C:\fakepath\Exh 21 - INV547753.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
2] [9a6ec2704fc7fbc3a17a87070e0793cc9867f9e534a4cf2060f82ed743eee09bba
31a080e2d218bbd3dd0c29c0d0d49ec41b99808a2b57201cba8a7bc52864d2]]
**Document description:**Exhibit 22
**Original filename:**C:\fakepath\Exh 22 - INVCUS1830166411041.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
3] [37be309f31a781b686ed7cfe6b836be0a02c2d801874a08811a0fac25282fc36bc
e447aff0362b6b2edcd64a6248c7ed52cf3bc706668743e623deb12cd0938a]]
**Document description:**Exhibit 23
**Original filename:**C:\fakepath\Exh 23 - INV237739.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
4] [27fa79a62c3500400ebf6c06700d853167cd68962f940754f7f7f2d5b86b1b9aca
b621d10cef26ef6560e41d7b36bccec0c02b0980d7a6a1615294bc57e4fee5]]
**Document description:**Exhibit 24
**Original filename:**C:\fakepath\Exh 24 - INV244241.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
5] [a6cd459cc66366773f1fc6b2dbd44a9c33c14b26bba3a7d50a9f31db7096c119e8
0e85a1dc74ceb5b8e6419f89f326fd781edd2f165c24457f93214c402dd3a9]]
**Document description:**Exhibit 25
**Original filename:**C:\fakepath\Exh 25 - INV249090.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
6] [5aacdf223cd5781d876b32a5799c04d95acf4e511a1d25607a37f9d7c650e46a84
2289bd625621d6ec663a5c40413bdaaa57ade9d93304fac7ec0611efdc5b3c]]
**Document description:**Exhibit 26
**Original filename:**C:\fakepath\Exh 26 - INV256788.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
7] [9728540620ed45589a9a1efb9dadab07c931799f8b49cc93a5542df4bc18f72607
b8c2e65a426166d8641fd8ad9ce7249e7ea3e46fede212ad038c1d414f7524]]
**Document description:**Exhibit 27
**Original filename:**C:\fakepath\Exh 27 - INV266641.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
8] [60cfd7ceff747766050e91b7da0f0a401d155019c8ecc9dc2f67a143290aee21b3
c0cad32f2613a9f8db3cdcf7751f25f216673891211d1c90e105ae1b5967ce]]
**Document description:**Exhibit 28
**Original filename:**C:\fakepath\Exh 28 - INV272641.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-2
9] [9bef0473d9471702e91f3ce1a2206ca9680cd675c5df6a4adf1e4731c6ca450d46
367098c603f8bdb71bf02f204885513245c288eb35b0069af4f16fccba4f8f]]
**Document description:**Exhibit 29
**Original filename:**C:\fakepath\Exh 29 - INV278461.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
0] [8922ed792712ef9e80faa3947077b647d00e18c030236c8e6dadd5931945783d0e
11eba3f7f096c90370d39c721013e2e1d38ba41e8b5e2c20a2a65c03f8e4da]]
**Document description:**Exhibit 30
**Original filename:**C:\fakepath\Exh 30 - INV291818.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
1] [73d80e3f0f645b2e595a4d0a6c63d04132d7a8795049f86a0d4301bc593540f7d0
c538066f44d5aab233501934eb21f9ba12e489e92eb581df6bb67067c25d54]]
**Document description:**Exhibit 31
**Original filename:**C:\fakepath\Exh 31 - INV312523.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
2] [6a3d0b4b260ea2558d621d7af805fdf956b47e9576ca9e8c23caa91436ac9031b6
d66eb9003c2c76ae0ee5ce2c01b1ea3b15d3493da98bd68a60e68cb889653c]]
**Document description:**Exhibit 32
**Original filename:**C:\fakepath\Exh 32 - INV319492.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
3] [99174ed1f86d737500dd502728fca1549a7dec17320b77fc3e10373e6abb6cd502
8600e005ab8f36709acd5bf70dbee40b18d29e55872d97610742cb1439f5d7]]
**Document description:**Exhibit 33
**Original filename:**C:\fakepath\Exh 33 - INV326448.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
4] [73ad015eca6c46420cdea6548f96981ba5577c2b4bd02f746259d0c340ad42351b
fd296c1ba50160d152ab0fd22308c7e9e150fee734346249506a21fac0d65b]]
**Document description:**Exhibit 34
**Original filename:**C:\fakepath\Exh 34 - INV333217.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
5] [7a83198082832964e802e8525c7d73ac912a6ee4f13d3f7c46fad553ab848ceb99
4373988f781c7f9bf04233454152adcc793caf8f5687116fc74b5fc1ec079a]]
**Document description:**Exhibit 35
**Original filename:**C:\fakepath\Exh 35 - INV469281.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
6] [3ff0ee77fad2f5ec0f13fdc016f08f8601896526f67b42f85b2f314684b71c35ba
b8411f10a22f7a2da2784bb29efd44abb6e98b193ddd550a56d91baa52b03f]]
**Document description:**Exhibit 36
**Original filename:**C:\fakepath\Exh 36 - INV479477.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
7] [0e7183481d5e067c5a7912c42f8d699331ab01f58d8177636da46b82a06284af7e
00703ef1af05bad5af683223617a8bddddddf314451a64ca8918577595682ba]]
**Document description:**Exhibit 37
**Original filename:**C:\fakepath\Exh 37 - Bradley Sostack - Invoice (Vol. I).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
8] [4682a1eacedbfee6519a4fd4b1b9a465b3206e4d0eea10cea1dfd5e65e02f6baf4
f209f78c8f114d542b9cdff2b1e742413b7d40623dda93916e7a900e7ea1e4]]
**Document description:**Exhibit 38
**Original filename:**C:\fakepath\Exh 38 - Bradley Sostack Video.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-3
9] [0d52abf7977a1ab3e7482662cd30ebe45df16a768fe660ae9fd8e5cedd28f224e8
b79452b351339d626b711ca4452137c1f4254962d0b6db4be6c10f3d935923]]
**Document description:**Exhibit 39
**Original filename:**C:\fakepath\Exh 39 - Cameron Azari - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
0] [7df9a91bbd7a8017cf9ce9ab979aa236726ce7f7b1150cc0ab7de665dd2905ba9e
fa0a39e7cde8866e67bbf5dd560ac24a9722e4cfe6abc36549f3065942a176]]
**Document description:**Exhibit 40
**Original filename:**C:\fakepath\Exh 40 - Cameron Azari - Video Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
1] [7cf6e7458cbf08a5f2cba202ad445ff698ef55f05bb56be120bc3f0b91aad7ccca
2fafe1671093e12d9046703b6bf66182f3b65942266a8da693547c5772ef81]]
**Document description:**Exhibit 41
**Original filename:**C:\fakepath\Exh 41 - Bradley Sostack - Invoice (Vol. II).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
2] [210c824bd4d16dd94e7d9436787ba5bd1091b1eb6a397d215a992e362ca58c46e0
21a0836571efa715974d48651b65a712f89c656f5fc1b38b91e89945759667]]
**Document description:**Exhibit 42
**Original filename:**C:\fakepath\Exh 42 - Bradley Sostack - Video Invoice (Vol. II).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
3] [01114246b25e769547d9e19227d80a0127aa101a9229679de8de4cdcf019b5664c
3e6e277318fdab16fb4118173c45e2cfb6a7b6cdcfeb501bec77dfa3a26132]]
**Document description:**Exhibit 43
**Original filename:**C:\fakepath\Exh 43 - Dinuka Samarasinghe - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
4] [afaf734a5b2cd1e53df33a5939262cf2ea990784be702f85ae359afeba2857fee3
f853e43e3f4e49fb96dc41d329e01f80697eec3ef2e4bfb7cc0cb7831a3f62]]
**Document description:**Exhibit 44
**Original filename:**C:\fakepath\Exh 44 - Miguel Vias - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
5] [8d84eaece2c369be08581b2fa9faab22b7f2b1e55a26b1069c7902fdda571ae1f4
afdb3837f1eaca0f1b920de1b4121772e826ebf34b5145dc4e75912aee5f9e]]
**Document description:**Exhibit 45
**Original filename:**C:\fakepath\Exh 45 - Miguel Vias - Video Copy Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
6] [7811522656a66c0238bd56d2541753ffc500173044ebb3537d9aec3e83dae43359
e92c86434774eba5f4015913f96ef8a342f6814ab69b21b21fbe071fe858fa]]
**Document description:**Exhibit 46
**Original filename:**C:\fakepath\Exh 46 - Mikarram Attari - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
7] [41a873a999927ced827f755023c55484232fef44ed2a3a63fb8d0da96c40c16d08
51901cccb692eddd1770d7623830a6c234178308f43cf7dc19c7413a3ab1bf]]
**Document description:**Exhibit 47
**Original filename:**C:\fakepath\Exh 47 - Monica Long - Invoice.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
8] [2f5e22f65261c96222ba2384bc286b07ce18161353fc862ac562f8bb08949c3cfe
4a8407739da4775179a1126b704beccc553dc1ee1d5ab384e40bbed7cd4bae]]
**Document description:**Exhibit 48
**Original filename:**C:\fakepath\Exh 48 - Christian Larsen - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-4
9] [a9ffe00c023f4bffc5392988ad53353dbb94dfa34861ea94aa987cfa924a41da7e
35e2a244173673b1f4891a066eb22cd3627d42e2cf4f33cbd83cd0bcf5faf8]]
**Document description:**Exhibit 49
**Original filename:**C:\fakepath\Exh 49 - Christian Larsen - Video Copy Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
0] [6c7b7c2c7199723b621a5f4a674132cb9f6667656fa561128ea28362fb4d56275a
86eb2a5d24304289eebeffaedbba345b39853bf313a8f923d819eafde2d140]]
**Document description:**Exhibit 50
**Original filename:**C:\fakepath\Exh 50 - Bradley Garlinghouse - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
1] [79c52d79e65fc99bed7a3cafa3a281a6413d0f2bd4532fe33459fefb26281964e8
fae8a57b8e4c93e0c2764db3ba246f73122536df5ee0978beeeb14767e0703]]
**Document description:**Exhibit 51
**Original filename:**C:\fakepath\Exh 51 - Jed McCaleb - Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
2] [3c1f68c6c9eec78e36e1da8463acb33cc0c75f094a6eef0f7e4b0a09fdb1f97830
46ab55f27d0c0eb19ba7b87b8f8b614447abc3b1bb3aa04a6678bd49cfd422]]
**Document description:**Exhibit 52
**Original filename:**C:\fakepath\Exh 52 - Carolyn Dicharry (30(b)(6)) - Invoice (Day 1).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
3] [668e4ea0ae9eb545987d84afaa10c26c7ec955fb7568bfa60f6af85439edfa0cbe
772bdc3ab454377a98ff799c79be58e4f69f33f48b4fa5f56e7f5236295621]]
**Document description:**Exhibit 53
**Original filename:**C:\fakepath\Exh 53 - Carolyn Dicharry (30(b)(6)) - Invoice (Day 2).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
4] [7787a16562af9014dff2929b22e0be72e0b76ee1fd132e0971333aa705e522133d
127f8597084c4bd2b515d9dbe96f8554b91a217e055519d08b69ff054b4ab5]]
**Document description:**Exhibit 54
**Original filename:**C:\fakepath\Exh 54 - Joel Seligman Depo Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
5] [3e6b1a82cdfe9cd3bb19c1860d9e090bc43fd60dd443a9e6b2118f65c5949c6eff
64f90ed2b5a4714a5a7ace6e7e28f336d90119e2e7a330aa3af4bceafe63a3]]
**Document description:**Exhibit 55
**Original filename:**C:\fakepath\Exh 55 - Joel Seligman - Video Invoice.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
6] [80839ae170782d1852f04285e3da67c8955fc28d93dfaeabb9dce7749673ce3038
d53a6166378ec9b2e0526fc242e80632bc2286a38c7efb78c613361b42529b]]
**Document description:**Exhibit 56
**Original filename:**C:\fakepath\Exh 56 - Ferrell Depo.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
7] [77bf0b9ad72c92249f1992fe1d75613e70f9df61de8407f83fb28f0eb75fb9c279
d294a0e1cba6c4dd647dd58a73c9b27e898038bd2b451b4d2a7a2793518fc4]]
**Document description:**Exhibit 57
**Original filename:**C:\fakepath\Exh 57 - Ferrell Sync.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
8] [913d82e6d5aaa037201a36f6eabb03ed1e3b70aefe7fb683b2f5470b066ef4b94b
9a2c53ab011529fc06e7ea7d95914a5382c17353bee0ab967bd555fa0d4079]]
**Document description:**Exhibit 58
**Original filename:**C:\fakepath\Exh 58 - Clark Depo.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-5
9] [41c915292e96750819c6b96bd7923ab67131bd9e02ecce04baec11c108c927f6e6
9d9e4fccd6edab4c39d5429955dd35f0b8e403184a9b35117148fabfa8af11]]
**Document description:**Exhibit 59
**Original filename:**C:\fakepath\Exh 59 - Clark Sync File.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
0] [317864d6b1ecbf6ff1df11add67eaab3b4135b3c2fc15f5d87f402f6c68e9ee030
d91766180089734952cd2779273a56e58a2d37439b532de8f34a642a3db6c1]]
**Document description:**Exhibit 60
**Original filename:**C:\fakepath\Exh 60 - Feinstein Depo.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
1] [8276e715fde9e61430e0de88ac9bee9cd5af3613cdbd4ebab26b6730c0c14338dd
2570bb9e32fb1514aecb27ab5703677543da5d709d585001deed4a2f690352]]
**Document description:**Exhibit 61
**Original filename:**C:\fakepath\Exh 61 - Feinstein Sync File.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
2] [1ea980a4cbd0da9e554b2987300746c23eb80330393cc0d96803278eb345ee6148
94905dd1a10acec013ec0fde17d5091f447d3e4a6148b147433ada94fbdada]]
**Document description:**Exhibit 62
**Original filename:**C:\fakepath\Exh 62 - Ammous Depo.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
3] [118cdaa9140ed435902ee8e6774394c1bf16dc3dfafabdedb8aa6fd774a336d2a7
f822e68584a011604e41c659c791482d81a721e43f42da82bceba45d3748f5]]
**Document description:**Exhibit 63
**Original filename:**C:\fakepath\Exh 63 - Ammous Sync File.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
4] [7b5a8f280a39422c8ce94365b6d4f8d4d32c4352a2acd5cb5d8d57aba5c3025ffe
2754942e407292627df391b3370e2241434cb2812190f15bc803209505a5bf]]
**Document description:**Exhibit 64
**Original filename:**C:\fakepath\Exh 64 - Kothari Depo.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
5] [2493546126f64151ebbda0e162d3591067430a7f2ff127102c9f53355b6fc28925
4ad218816417fe86d0b7a1025cb1d4d7feb837b302cf8c3fb586750359073b]]
**Document description:**Exhibit 65
**Original filename:**C:\fakepath\Exh 65 - Marais Depo.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/26/2024] [FileNumber=21902112-6
6] [b2a7fccc621608e41824125e786a0dc99c9711b80cd20215594cdd7ef21402d547
27cdc3d2093dfdbe0d56e6fb91aef7a436dc325113b994a091f683b9d1e12b]]