# Exhibit 3

# King & Spalding

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA  94111
Tel:  +1 415 318 1200
www.kslaw.com

Suzanne E. Nero
Counsel
snero@kslaw.com

July 9, 2021

**By Email**
Ryan Burningham
Susman Godfrey LLP
1201 Third Ave
Suite 3800
Seattle, WA 98101
RBurningham@susmangodfrey.com

Re:   **Production of Documents No. 15 in *In re Ripple Labs Inc., Litigation***

Dear Counsel:

On behalf of Defendants Ripple Labs, Inc., XRP II, and Bradley Garlinghouse, subject to our objections, we have uploaded to an FTP site documents Bates numbered RPLI_00557189-RPLI_00600664.  These documents that were recently produced in the SEC litigation (*SEC v. Ripple Labs, Inc. et al.*, Case No. 20 Civ. 10832 (AT) (S.D.N.Y.)) and are now being produced to you here in the same form and manner that they were produced in that action.  The cover e-mail includes instructions for accessing the documents.

Please note that certain of these documents have been designated CONFIDENTIAL or HIGHLY-CONFIDENTIAL—ATTORNEYS' EYES ONLY pursuant to the parties' Stipulated Protective Order.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Suzanne E. Nero
Counsel