Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
Michael Tayag (350113)
mtayag@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack and the Class*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
| | CLASS ACTION |
| This Document Relates To: | **[PROPOSED] ORDER SUSTAINING PLAINTIFF'S OBJECTIONS TO RIPPLE LABS, INC.'S BILL OF COSTS** |
| All Actions | |

[PROPOSED] ORDER

1 | Having considered Plaintiff's Objections to Ripple Labs, Inc.'s Bill of Costs, and good
2 | cause appearing therefor, the Court ORDERS as follows
3 |     1.    The Court exercises its discretion and DECLINES to tax costs against Plaintiff and
4 | in favor of Ripple Labs, Inc.

IT IS SO ORDERED.

DATED: _____

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE