Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Attorneys for Lead Plaintiff Bradley Sostack and Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH (RMI)<br>Formerly Consolidated/Related<br>Case No. 4:21-cv-06518 (Closed 9-27-21)<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| This Document Relates to:<br><br>All Actions | |

**PLEASE TAKE NOTICE** that Lead Plaintiff Bradley Sostack, on behalf of himself and the Federal and California State Securities Claims Classes certified in Dkt. 264, hereby appeals to the United States Court of Appeals for the Ninth Circuit the December 23, 2024 Costs Taxed in the Amount of $210,591.52 against Class Plaintiffs (Dkt. 450), attached hereto as Exhibit A, and all other orders, opinions, rulings, decrees, memoranda, conclusions, findings, and decisions preceding, leading to, merged into, underlying, included within, or related thereto.

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs attach a Representation Statement to this Notice of Appeal as Attachment 1.

Dated: January 21, 2025               SUSMAN GODFREY L.L.P.

By: */s/ Steven G. Sklaver*

Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
Oleg Elkhunovich (269238)
Krysta Kauble Pachman (280951)
Nicholas N. Spear (304281)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
kpachman@susmangodfrey.com
nspear@susmangodfrey.com

James Q. Taylor-Copeland (284743)
Max Ambrose (320964)
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
james@taylorcopelandlaw.com
maxambrose@taylorcopeland.com
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff
Bradley Sostack*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on January 21, 2025, I electronically filed the foregoing document |
| 3 | with the clerk of the Court and served counsel of record via the CM/ECF system. |
| 4 | |
| 5 | /s/ Steven G. Sklaver |