**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

December 9, 2024

Attorney Jason Bell
Jason Bell
813 South 17th Street
Philadelphia , PA  19146
jbell@susmangodfrey.com

    IN RE:    CERTIFICATE OF ADMISSION AND GOOD STANDING

    Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Jason Bell** .  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

    If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  12/09/2024 12.06.07.08.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 30, 2022**, said Court being the highest Court of Record in said Commonwealth:

## Jason Bell

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **December** in the year of our Lord **two thousand and twenty-four.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.