DAMIEN J. MARSHALL
(admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON
(admitted *pro hac vice*)
amichaelson@kslaw.com

KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

LISA BUGNI (SBN 323962)
lbugni@kslaw.com

KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY
(admitted *pro hac vice*)
aceresney@debevoise.com

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

MICHAEL K. KELLOGG
(admitted *pro hac vice*)
mkellogg@kellogghansen.com
REID M. FIGEL
rfigel@kellogghansen.com
GREGORY G. RAPAWY
(admitted *pro hac vice*)
grapawy@kellogghansen.com
BRADLEY E. OPPENHEIMER
(admitted *pro hac vice*)
boppenheimer@kellogghansen.com
BETHAN R. JONES
(admitted *pro hac vice*)
bjones@kellogghansen.com
JUSTIN B. BERG
(admitted *pro hac vice*)
jberg@kellogghansen.com

KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900

*Attorneys for Defendant Ripple Labs Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re RIPPLE LABS INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT MOTION TO LIFT STAY** |

Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse and Lead Plaintiff Bradley Sostack (collectively the "Parties"), by and through undersigned counsel, hereby stipulate to the following:

1.      On June 20, 2024, the Court issued an order granting in part and denying in part Defendants' motion for summary judgment.  Dkt. 419.  Pursuant to this order, the Court granted summary judgment in favor of Defendants on all class claims, but denied summary judgment as to Plaintiff Sostack's Fourth Claim for Relief, an individual claim brought solely on behalf of Plaintiff Sostack under California law (the "Remaining Claim"). *Id.*

2.      On November 12, 2024, the Court issued an order granting Parties' Joint Motion for Entry of Judgment and Stay.  Dkt. 442.  Pursuant to this order, Judgment was entered on Lead Plaintiff's class claims on November 14, 2024.  Dkt. 443.

3.      On November 26, 2024, the Court amended the November 12, 2024 Order Granting Joint Motion for Entry of Judgment and Stay.  Dkt. 446.  Pursuant to this order, the Court required the Parties to file a joint motion to lift the stay on the docket in this case within 30 days after final resolution of the appeal of the class claims.  *Id.*

4.      On December 10, 2024, Lead Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.  Dkt. 447.  On January 27, 2026, the Ninth Circuit affirmed the district court's grant of summary judgment in favor of Defendants.  Dkt.  466.

5.      Pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the Ninth Circuit's Judgment was entered on February 18, 2026. Dkt 467.

6.      The Parties have met and conferred and are discussing a potential resolution of the Remaining Claim.  The Parties agree that a brief extension of the deadline to file a joint motion to lift the stay on the docket in this case would be appropriate to allow time for the Parties to continue settlement discussions and avoid unnecessary burden on the Court.

7.      The Parties therefore respectfully request, for the reasons stated herein, that the Court extend the deadline for the Parties to file a joint motion to lift the stay by 14 days, to April 3, 2026.

Dated: March 20, 2026                                  Respectfully submitted,

By: /s/ Andrew Michaelson
DAMIEN J. MARSHALL (admitted *pro hac vice*)
dmarshall@kslaw.com
ANDREW MICHAELSON (admitted *pro hac vice*)
amichaelson@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel: (212) 556-2100; Fax: (212) 556-2222

LISA BUGNI (SBN 323962)
lbugni@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel: (415) 318-1200; Fax: (415) 318-1300

ANDREW J. CERESNEY (admitted *pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000; Fax: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc.,
XRP II, LLC, and Bradley Garlinghouse*

MICHAEL K. KELLOGG (admitted *pro hac vice*)
mkellogg@kellogghansen.com
REID M. FIGEL (admitted *pro hac vice*)
rfigel@kellogghansen.com
GREGORY G. RAPAWY (admitted *pro hac vice*)
grapawy@kellogghansen.com
BRADLEY E. OPPENHEIMER
(admitted *pro hac vice*)
boppenheimer@kellogghansen.com
BETHAN R. JONES (admitted *pro hac vice*)
bjones@kellogghansen.com
JUSTIN B. BERG (admitted *pro hac vice*)
jberg@kellogghansen.com

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE TO
FILE JOINT MOTION TO LIFT STAY

3                          Case No. 4:18-cv-06753-PJH

KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
+1 (202) 326-7900

*Counsel for Defendant Ripple Labs Inc.*

By: */s/ Nicholas N. Spear*
Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101 Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack*

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT MOTION TO LIFT STAY

4

Case No. 4:18-cv-06753-PJH

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 20, 2026

/s/*Andrew Michaelson*
Andrew Michaelson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____March 23___, 2026

_____
The Honorable Phyllis J. Hamilton