Marc M. Seltzer (54534)
mseltzer@susmangodfrey.com
Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Krysta Kauble Pachman (280951)
kpachman@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

James Q. Taylor-Copeland (284743)
james@taylorcopelandlaw.com
Max Ambrose (320964)
maxambrose@taylorcopelandlaw.com
TAYLOR-COPELAND LAW
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4944
Facsimile: (619) 566-4341

*Counsel for Lead Plaintiff Bradley Sostack
and Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| In re RIPPLE LABS, INC. LITIGATION | Case No. 4:18-cv-06753-PJH |
|---|---|
| | CLASS ACTION |
| This Document Relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER OF DISMISSAL** |
| *Sostack v. Ripple Labs, Inc. et al.* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bradley Sostack ("Plaintiff") and Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Defendants"), by and through their respective undersigned attorneys of record, hereby stipulate and agree to the dismissal **with prejudice** of Plaintiff's remaining individual claim under California Corporations Code §§ 25501 and 25504.1 for misleading statements in connection with the offer or sale of a security (the "Remaining Claim"), which was the sole claim that survived this Court's Order Granting in Part and Denying in Part Motion for Summary Judgment, dated June 20, 2024 (Dkt. 419).

The Parties further stipulate and agree as follows:

1. The Remaining Claim is dismissed with prejudice, with each Party to bear its own attorneys' fees and costs.

2. Defendants hereby irrevocably waive any and all rights to collect, enforce, or execute upon the costs taxed against Plaintiff in the amount of $210,591.52, as set forth in the Clerk's Order dated December 23, 2024 (Dkt. 450) and in the amount of $345.60 as set forth in the Ninth Circuit's Mandate dated February 18, 2026., including any interest thereon.

3. Defendants hereby irrevocably waive any and all claims, rights, or entitlements to recover attorneys' fees from Plaintiff and/or Plaintiff's counsel in connection with this Action, whether arising under statute, contract, rule, or otherwise.

4. The Court shall retain jurisdiction for the purpose of enforcing the terms of this Stipulation and the Settlement Agreement and Mutual Release entered into by the Parties.

5. The Parties respectfully request that the Court enter the [Proposed] Order of Dismissal attached hereto.

//

//

//

//

//

Dated: April 3, 2026                    By:      /s/ Nicholas N. Spear
                                                 Marc M. Seltzer (54534)
                                                 mseltzer@susmangodfrey.com
                                                 Steven G. Sklaver (237612)
                                                 ssklaver@susmangodfrey.com
                                                 Oleg Elkhunovich (269238)
                                                 oelkhunovich@susmangodfrey.com
                                                 Krysta Kauble Pachman (280951)
                                                 kpachman@susmangodfrey.com
                                                 Nicholas N. Spear (304281)
                                                 nspear@susmangodfrey.com
                                                 SUSMAN GODFREY L.L.P.
                                                 1900 Avenue of the Stars, 14th Floor
                                                 Los Angeles, CA 90067
                                                 Telephone: (310) 789-3100
                                                 Facsimile: (310) 789-3150

                                        By: /s/ James Q. Taylor-Copeland
                                                 James Q. Taylor-Copeland (284743)
                                                 james@taylorcopelandlaw.com
                                                 Max Ambrose (320964)
                                                 maxambrose@taylorcopelandlaw.com
                                                 TAYLOR-COPELAND LAW
                                                 501 W. Broadway, Suite 800
                                                 San Diego, CA 92101
                                                 Telephone: (619) 400-4944
                                                 Facsimile: (619) 566-4341

                                        *Attorneys for Lead Plaintiff*
                                        *Bradley Sostack and Class Counsel*

Dated: April 3, 2026                    By: /s/ Andrew Michaelson
                                                 Damien J. Marshall (*pro hac vice*)
                                                 dmarshall@kslaw.com
                                                 Andrew Michaelson (*pro hac vice*)
                                                 amichaelson@kslaw.com
                                                 KING & SPALDING LLP
                                                 1185 Avenue of the Americas, 34th Floor
                                                 New York, NY 10036
                                                 Telephone: (212) 556-2100
                                                 Facsimile: (212) 556-2222

                                                 Lisa Bugni (323962)
                                                 lbugni@kslaw.com
                                                 Meghan Strong (324503)

2
STIPULATION AND DISMISSAL WITH PREJUDICE
4:18-cv-06753-PJH

mstrong@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Andrew J. Ceresney (*pro hac vice*)
aceresney@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Defendants Ripple Labs Inc., XRP II, LLC, and Bradley Garlinghouse*

Michael Kellogg (*pro hac vice*)
mkellogg@kellogghansen.com
Reid Figel (*pro hac vice*)
rfigel@kellogghansen.com
Bradley Oppenheimer (*pro hac vice*)
boppenheimer@kellogghansen.com
Bethan Jones (*pro hac vice*)
bjones@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
Sumner Square
1615 M. Street, N.W., Suite 400
Washington D.C. 20036 Tel: (202) 326-7900

*Attorneys for Defendant Ripple Labs Inc.*

STIPULATION AND DISMISSAL WITH PREJUDICE
4:18-cv-06753-PJH

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 3, 2026

/s/ *Nicholas N. Spear*
Nicholas N. Spear

STIPULATION AND DISMISSAL WITH PREJUDICE
4:18-cv-06753-PJH

## [PROPOSED] ORDER

Having reviewed the Stipulation of Dismissal With Prejudice filed by Plaintiff Bradley Sostack ("Plaintiff") and Defendants Ripple Labs, Inc., XRP II, LLC, and Bradley Garlinghouse (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, the Court hereby ORDERS as follows:

1. Plaintiff's remaining individual claim under California Corporations Code §§ 25501 and 25504.1 (the "Remaining Claim") is hereby DISMISSED WITH PREJUDICE, with each Party to bear its own attorneys' fees and costs, except as set forth below.

2. Defendants' right to collect, enforce, or execute upon the costs taxed against Plaintiff in the amount of $210,591.52, as set forth in the Clerk's Order dated December 23, 2024 (Dkt. 450), including any interest thereon, is deemed irrevocably waived.

3. Defendants' claims, rights, or entitlements to recover attorneys' fees from Plaintiff and/or Plaintiff's counsel in connection with this Action, whether arising under statute, contract, rule, or otherwise, are deemed irrevocably waived.

4. The Court retains jurisdiction for the purpose of enforcing the terms of the Stipulation of Dismissal and the Settlement Agreement and Mutual Release entered into by the Parties.

**IT IS SO ORDERED.**

**Dated:** ___April 6, 2026___       _____
                                    The Honorable Phyllis J. Hamilton