**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-mail: swestcot@bursor.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RIPPLE LABS, INC. LITIGATION | Civil Action No. 4:18-cv-06753-PJH |
| This Document Relates to:<br><br>TYLER TOOMEY and MARKAS SERGALIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIPPLE LABS, INC., XRP II, LLC, BRADLEY GARLINGHOUSE, MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC.,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF TYLER TOOMEY'S CLAIMS AGAINST DEFENDANTS MCO MALTA DAX LIMITED (D/B/A CRYPTO.COM), FORIS DAX GLOBAL LIMITED (D/B/A CRYPTO.COM), FORIS DAX, INC., FORIS, INC.** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:18-CV-06753-PJH

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tyler Toomey hereby dismisses all claims in this action against Defendants MCO Malta Dax Limited (d/b/a Crypto.com), Foris Dax Global Limited (d/b/a Crypto.com), Foris Dax, Inc., and Foris, Inc. without prejudice.  No Defendant has served an Answer to Plaintiff Toomey's complaint, nor has any Defendant served a motion for summary judgment.  Accordingly, the action (as it pertains to Defendants MCO Malta Dax Limited (d/b/a Crypto.com), Foris Dax Global Limited (d/b/a Crypto.com), Foris Dax, Inc., and Foris, Inc.) may be dismissed without a court order.

Dated:  May 27, 2026                    Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:  */s/ Sarah N. Westcot*
         Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-mail: swestcot@bursor.com

*Counsel for Plaintiffs*